Turner P. Smith (TS 8052)
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178
(212) 696-6000

Attorneys for Plaintiffs Atateks Foreign Trade LTD, Jordan
And Atateks Dis Ticaret A.S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
ATATEKS FOREIGN TRADE LTD, JORDAN
AND ATATEKS DIS TICARET A.S.,

                          Plaintiffs,          2007 Civ.

            -against-          **RULE 7.1 STATEMENT**

PRIVATE LABEL SOURCING, LLC
AND SECOND SKIN, LLC,

                          Defendants.
------------------------------------------------------------------ X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Atateks Foreign Trade Ltd, Jordan and Atateks Dis Ticaret A.S. (private non-governmental parties) certifies that there are no corporate parents, affiliates and/or subsidiaries of said parties that are publicly held.

Dated:   New York, New York
           July 24, 2007

                                              CURTIS, MALLET-PREVOST,
                                              COLT & MOSLE LLP

                                              By: _____
                                                Turner P. Smith (TS 8052)
                                              Attorneys for Plaintiffs
                                              101 Park Avenue
                                              New York, New York 10178
                                              212-696-6000

3791834v1