ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/07

AUG 02 2007

HAROLD BAER
U.S. DISTRICT JUDGE
S. D. N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ATATEKS FOREIGN TRADE LTD, JORDAN
and ATATEKS DIS TICARET A.S.,

             Plaintiffs,

-against-

PRIVATE LABEL SOURCING, LLC
and SECOND SKIN, LLC,

             Defendants.
-------------------------------------------X

Index No. 07 Civ. 6665

**STIPULATION AND ORDER (HB)**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties herein, as follows:

    1.    Defendants hereby appear by Nesenoff & Miltenberg, LLP and waive any objections to personal jurisdiction;

    2.    Defendants' time to answer or otherwise move with respect to the Complaint is extended to August 31, 2007; and

    3.    For purposes of this Stipulation, facsimile signatures shall be deemed as originals.

Dated:    New York, New York
             August 1, 2007

*The PTC will go forward as scheduled on Oct. 4, 2007.*

NESENOFF & MILTENBERG, LLP

By: _____
Andrew T. Miltenberg, Esq. (AM 7006)

Attorneys for Defendants

363 Seventh Avenue, Fifth Floor
New York, New York 10001
212.736.4500

CURTIS, MALLET, PREVOST, COLT &
MOSLE, LLP

By: _____
Turner P. Smith, Esq. (TS 8052)

Attorneys for Plaintiff

101 Park Avenue
New York, New York 10178
212.696.6000

SO ORDERED

8/14/07
_____
Date

_____
Honorable Harold Baer, Jr.
United States District Judge