# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATATEKS FOREIGN TRADE LTD, JORDAN
AND ATATEKS DIS TICARET A.S.,
                Plaintiffs,

      -against-                CASE NO.: 07-CV-6665

PRIVATE LABEL SOURCING, LLC
AND SECOND SKIN, LLC,
                Defendants.

---

STATE OF NEW YORK )
COUNTY OF ALBANY )

      Keith J. Christiansen, being duly sworn, deposes and says that he is over the age of eighteen (18) years and resides in Voorheesville, NY: That on the 3rd day of August 2007 at 9:50 a.m. he served the SUMMONS IN A CIVIL ACTION, COMPLAINT, and JUDGES RULES in the above entitled action upon the defendant, SECOND SKIN LLC. Service was made by delivering two true copies of thereof, together with the statutory fee of $40.00 to the New York State Department of State, pursuant to Section 303 of the Limited Liability Company Law.

Location of Service: NYS Department of State, 41 State Street, Albany, NY.

Description of Person Served: Sex: female, Age: 38, Skin Color: white, Height: 5'5", Weight: 150, Hair Color: light.

Manner of Service: By , Donna Christie, clerk authorized to accept service.

                                                      Keith J. Christiansen

Sworn to before me this
6th day of August 2007

BART T. GOTTESMAN
Notary Public, State of New York
No. 4991260
Qualified in Albany County
Commission Expires Jan. 27, 20__