# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Atateks Foreign Trade Ltd., et al  
Plaintiff(s)  
v  
Private Label Sourcing, LLC, et al  
Defendant(s)

Case No: 07-CIV 6665

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized to perform said service

**Service:** I served Private Label Sourcing, LLC

With the documents: Summons; Complaint; Rule 7.1 Statement; Civil Cover Sheet; Individual Practices of Magistrate Judge Debra Freeman; Individual Practices of Judge Harold Baer, Jr.

Person Served: Mary Drummond, Managing Agent duly authorized to accept service.

Service Address: Corporation Service Company, 2711 Centerville Rd., Suite 400, Wilmington, DE 19808

Date of Service: August 1, 2007           Time of Service: 4:07 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address     ( ) Evading        ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____ , _____ at _____ ,
_____ at _____ , _____ at _____ , _____ at _____ , _____ at _____ ,

**Description:** Age: 40's  Sex: F   Race: B   Hgt: 5'6"   Wgt: 135   Hair: Brown   Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

August 2, 2007     at   Wilmington,   Delaware
Date                     City              State

Daniel Newcomb, Process Server

State of Delaware
County of New Castle

Subscribed and sworn before me, a Notary Public of the State of Delaware on August 2, 2007

Witness My Hand and Official Seal To

Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN
NOTARY PUBLIC-DELAWARE
My Commission Expires June 15, 2008