ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

**ATATEKS FOREIGN TRADE LTD, JORDAN**
**and ATATEKS DIS TICARET A.S.,**

          **Plaintiffs,**

          **-against-**

**PRIVATE LABEL SOURCING, LLC**
**and SECOND SKIN, LLC,**

          **Defendants.**
-----------------------------------------------------------X

**Index No. 07 Civ. 6665**

**STIPULATION AND ORDER (HB)**

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel

for the parties herein, as follows:

    1.    Defendants hereby appear by Nesenoff & Miltenberg, LLP and waive any objections

to personal jurisdiction;

    2.    Defendants' time to answer or otherwise move with respect to the Complaint is

extended to September 21, 2007; and

    3.    For purposes of this Stipulation, facsimile signatures shall be deemed as originals.

**Dated:**    **New York, New York**
          **August 1, 2007**

**NESENOFF & MILTENBERG, LLP**

By: _____
Andrew T. Miltenberg, Esq. (AM 7006)

**Attorneys for Defendants**

363 Seventh Avenue, Fifth Floor
New York, New York 10001
212.736.4500

**SO ORDERED**

_____
Date

**CURTIS, MALLET, PREVOST, COLT &**
**MOSLE, LLP**

By: _____
Turner P. Smith, Esq. (TS 8052)

**Attorneys for Plaintiff**

101 Park Avenue
New York, New York 10178
212.696.6000

_____
Honorable Harold Baer, Jr.
United States District Judge