UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ATATEKS FOREIGN TRADE LTD, JORDAN
and ATATEKS DIS TICARET A.S.,

                   Plaintiffs,

                 -against-

PRIVATE LABEL SOURCING, LLC
and SECOND SKIN, LLC,

                   Defendants.
------------------------------------------------------------------x

Index No. 07 Civ. 6665 (HB)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon: (i) the Declaration of Andrew T. Miltenberg, Esq., dated September 21, 2007, and the exhibits attached thereto, (ii) Defendant Second Skin, LLC's Memorandum of Law In Support of Motion To Dismiss Defendant Second Skin, LLC; and (iii) all prior proceedings had herein, Defendant Second Skin, LLC, through counsel, will move this Honorable Court, on a date to be specified by the Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, for an Order dismissing or for summary judgment dismissing Defendant Second Skin, LLC from the action and granting such further and other relief as the Court deems just and proper.

Dated:    New York, New York
             September 21, 2007

NESENOFF & MILTENBERG, LLP
Attorneys for Defendant Second Skin, LLC

By:   /s/ Philip A. Byler, Esq.____
      Philip A. Byler, Esq.
363 Seventh Avenue - Fifth Floor
New York, New York 10001
212.736.4500

TO:   CURTIS, MALLET, PREVOST, COLT & MOSLE, LLP
       Attn: Turner P. Smith, Esq.
       101 Park Avenue
       New York, New York 10178
       212.696.6000