UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ATATEKS FOREIGN TRADE LTD, JORDAN
and ATATEKS DIS TICARET A.S.,

                              **Plaintiffs,**

                        -against-

PRIVATE LABEL SOURCING, LLC
and SECOND SKIN, LLC,

                             **Defendants.**
-------------------------------------------------------------------x

Index No. 07 Civ. 6665 (HB)

### DECLARATION OF ANDREW T. MILTENBERG, ESQ.
### IN SUPPORT OF MOTION TO DISMISS DEFENDANT SECOND SKIN, LLC

**ANDREW T. MILTENBERG, ESQ.**, hereby declares subject to the penalties of perjury pursuant to 28 U.S. C. § 1746:

1. I am a member of the Bars of the State of New York and the U.S. District Courts for the Southern District of New York. I am a name partner of the firm of Nesenoff & Miltenberg, LLP, attorneys for Defendants Private Label, LLC and Second Skin, LLC.

2. I submit this declaration in support of the motion to dismiss Defendant Second Skin, LLC pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure in order to identify the motion papers and provide a copy of the pleadings as exhibits.

3. The following opposition papers are hereby being submitted: (a) this Declaration dated September 21, 2007, identifying the motion papers and providing a copy of the pleadings as exhibits; and (b) the Memorandum of Law In Support Of Motion To Dismiss Defendant Second Skin, LLC.

4. Attached as Exhibit A is a copy of the Complaint. Attached as Exhibit B is a copy of the Answer for Defendant Private Label, LLC.

-2-

5. For the reason stated in the accompanying Memorandum Of Law In Support Of Motion To Dismiss Defendant Second Skin, LLC, Defendants' motion should be granted.

I declare under the penalty of perjury that the foregoing is true and correct.

**Dated: New York, New York**
  **September 21, 2007**

_/s/ Andrew T. Miltenberg, Esq.
**Andrew T. Miltenberg, Esq.**