# AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NEW YORK           )

      **MARIANNA BEDINER**, being duly sworn, deposes and says I am not a party to this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 21st day of September, 2007 deponent prepared a true copy of the annexed **MEMORANDUM OF LAW IN SUPPORT OF MOTION TO DISMISS DEFENDANT SECOND SKIN, LLC** which was retrieved by a messenger of Defendant's choosing at the offices of Nesenoff & Miltenberg, located at 363 Seventh Avenue, Fifth Floor, New York, New York 10001 by 5:00 p.m. on such date.

TO:   CURTIS, MALLET, PREVOST, COLT & MOSLE, LLP
       Attn: Turner P. Smith, Esq.
       101 Park Avenue
       New York, New York 10178

_/s/ Marianna Bediner_
**Marianna Bediner**

Sworn to before me this
21st day of September, 2007

_/s/ Shari S. Laskowitz_
**Notary Public**

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 20_10_