UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATATEKS FOREIGN TRADE, LTD. AND JORDAN AND ATATEKS DIS TICARET A.S.,

           Plaintiff,

v.

PRIVATE LABEL SOURCING, LLC. AND SECOND SKIN, LLC,

           Defendants.

No. 07-CV-06665 (HB)

STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

---

IT IS HEREBY STIPULATED AND CONSENTED THAT Eric Grannis of the Law Offices of Eric J. Grannis of 620 Fifth Avenue, New York, New York 10020, be substituted as attorney of record for Plaintiffs in the above entitled action in place and stead of Turner Pearce Smith of Curtis, Mallet-Prevost, Colt and Mosle LLP as of the date hereof.

Dated as of:   March 26, 2008
                 New York, New York

Respectfully Submitted,

LAW OFFICES OF ERIC J. GRANNIS

By: _/s/ Eric Grannis_____
    Eric J. Grannis (EG 8403)
620 Fifth Avenue
New York, New York 10020-2457
Phone: (212) 903-1025
Fax: (212) 208-4597

CURTIS, MALLET-PROVOST, COLT AND MOSLE LLP

By: _/s/_____
    Turner Pearce Smith (TS 8052)
101 Park Avenue South 35th Floor
New York, New York 10178
Phone: (212) 696-6000
Fax: (212) 697-1559

SO ORDERED:

Dated:_____

                                                 Honorable Harold Baer
                                                 United States District Judge