ECF

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06665-HB

| | |
|---|---|
| Atateks Foreign Trade, Ltd. et al v. Private Label Sourcing, LLC et al | Date Filed: 07/24/2007 |
| Assigned to: Judge Harold Baer | Jury Demand: None |
| Cause: 28:1332 Diversity-Other Contract | Nature of Suit: 190 Contract: Other |
| | Jurisdiction: Diversity |

**Plaintiff**

Atateks Foreign Trade, Ltd.    represented by    Turner Pearce Smith
Curtis, Mallet-Prevost, Colt and Mosle LLP
101 Park Avenue South 35th Floor
New York, NY 10178
212-696-6000
Fax: 212-697-1559
Email: tsmith@cm-p.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Plaintiff**

Jordan and Atateks Dis Ticaret A.S.    represented by    Turner Pearce Smith
(See above for address)
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

V.

**Defendant**

Private Label Sourcing, LLC    represented by    Andrew T. Miltenberg
Nesenoff & Miltenberg, L.L.P.
363 Seventh Avenue
New York, NY 10001
(212) 736-4500
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

Philip Arwood Byler
Nesenoff & Miltenberg. LLP
363 Seventh Avenue, 5th Floor
New York, NY 10001
212-736-4500

Fax: 212-736-2260
Email: philb@optonline.net
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

Second Skin, LLC                    represented by   Andrew T. Miltenberg
                                                     (See above for address)
                                                     LEAD ATTORNEY
                                                     ATTORNEY TO BE NOTICED

                                                     Philip Arwood Byler
                                                     (See above for address)
                                                     LEAD ATTORNEY
                                                     ATTORNEY TO BE NOTICED

**Counter Claimant**

Private Label Sourcing, LLC         represented by   Andrew T. Miltenberg
                                                     (See above for address)
                                                     LEAD ATTORNEY
                                                     ATTORNEY TO BE NOTICED

                                                     Philip Arwood Byler
                                                     (See above for address)
                                                     LEAD ATTORNEY
                                                     ATTORNEY TO BE NOTICED

**Counter Claimant**

Second Skin, LLC                    represented by   Andrew T. Miltenberg
                                                     (See above for address)
                                                     LEAD ATTORNEY
                                                     ATTORNEY TO BE NOTICED

                                                     Philip Arwood Byler
                                                     (See above for address)
                                                     LEAD ATTORNEY
                                                     ATTORNEY TO BE NOTICED

V.

**Counter Defendant**

Atateks Foreign Trade, Ltd.         represented by   Turner Pearce Smith
                                                     (See above for address)
                                                     LEAD ATTORNEY
                                                     ATTORNEY TO BE NOTICED

**Counter Defendant**

Jordan and Atateks Dis Ticaret A.S.          represented by  Turner Pearce Smith
                                                            (See above for address)
                                                            LEAD ATTORNEY
                                                            ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2007 | 1 | COMPLAINT against Private Label Sourcing, LLC, Second Skin, LLC. (Filing Fee $ 350.00, Receipt Number 622081)Document filed by Atateks Foreign Trade, Ltd., Jordan and Atateks Dis Ticaret A.S.(tro) (Entered: 07/26/2007) |
| 07/24/2007 | | SUMMONS ISSUED as to Private Label Sourcing, LLC, Second Skin, LLC. (tro) (Entered: 07/26/2007) |
| 07/24/2007 | | Magistrate Judge Debra C. Freeman is so designated. (tro) (Entered: 07/26/2007) |
| 07/24/2007 | | Case Designated ECF. (tro) (Entered: 07/26/2007) |
| 07/24/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Atateks Foreign Trade, Ltd., Jordan and Atateks Dis Ticaret A.S.(tro) (Entered: 07/26/2007) |
| 08/14/2007 | 3 | STIPULATION AND ORDER, Defendants here y appear by Nesenoff & Miltenberg, LLP and waive and objections to personal jurisdiction; Defendants' time to answer or otherwise move with respect to the Complaint is extended to August 31, 2007; and For purposes of this stipulation, facsimile signatures shall be deemed as originals. The PTC will go forward as scheduled on Oct 4, 2007. Private Label Sourcing, LLC answer due 8/31/2007; Second Skin, LLC answer due 8/31/2007. SO ORDERED (Signed by Judge Harold Baer on 8/14/2007) (jmi) (Entered: 08/15/2007) |
| 08/15/2007 | 4 | AFFIDAVIT OF SERVICE of Summons and Complaint. Second Skin, LLC served on 8/3/2007, answer due 8/31/2007. Service was accepted by Donna Christie, Clerk, NYS Department of State. Document filed by Atateks Foreign Trade, Ltd.; Jordan and Atateks Dis Ticaret A.S.. (Smith, Turner) (Entered: 08/15/2007) |
| 08/15/2007 | 5 | AFFIDAVIT OF SERVICE of Summons and Complaint. Private Label Sourcing, LLC served on 8/1/2007, answer due 8/31/2007. Service was accepted by Mary Drummond, Managing Agent, Corporation Service Company, registered agent. Document filed by Private Label Sourcing, LLC. (Smith, Turner) (Entered: 08/15/2007) |
| 08/22/2007 | 6 | LETTER re: Letter addressed to Turner P. Smith from Linda Eckhouse, Judicial Assistant to Hon. Harold Baer, Jr. dated 8/8/07 re: There will be a Pre-Trial conference in this case at 2:45 p.m. on 10/4/07, in Room 2230. (jco) (Entered: 08/24/2007) |
| 08/22/2007 | | Set Deadlines/Hearings: Pretrial Conference set for 10/4/2007 at 02:45 PM before Judge Harold Baer. (jco) (Entered: 08/24/2007) |
| 09/04/2007 | 7 | STIPULATION AND ORDER: It is hereby stipulated and agreed by and between the undersigned counsel for the parties herein as follows: 1) Defendants hereby |

| | | |
|---|---|---|
| | | appear by Nesenoff & Miltenberg, LLP. and waive any objections to personal jurisdiction; Defendants' time to answer or otherwise move with respect to the Complaint is extended to September 21, 2007; and 3)For purposes of this Stipulation, facsimile signatures shall be deemed as originals. (Signed by Judge Harold Baer on 9/3/07) (js) (Entered: 09/04/2007) |
| 09/21/2007 | 8 | ANSWER to Complaint., COUNTERCLAIM against all plaintiffs. Document filed by Private Label Sourcing, LLC, Second Skin, LLC.(Byler, Philip) (Entered: 09/21/2007) |
| 09/21/2007 | 9 | MOTION to Dismiss Defendant Second Skin, LLC. Document filed by Private Label Sourcing, LLC, Second Skin, LLC.(Byler, Philip) (Entered: 09/21/2007) |
| 09/21/2007 | 10 | DECLARATION of Andrew T. Miltenberg in Support re: 9 MOTION to Dismiss Defendant Second Skin, LLC.. Document filed by Private Label Sourcing, LLC, Second Skin, LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Byler, Philip) (Entered: 09/21/2007) |
| 09/21/2007 | 11 | MONTHLY MEMORANDUM OF LAW in Support re: 9 MOTION to Dismiss Defendant Second Skin, LLC.. Document filed by Private Label Sourcing, LLC, Second Skin, LLC. (Byler, Philip) (Entered: 09/21/2007) |
| 09/24/2007 | 12 | AFFIDAVIT OF SERVICE of Answer and Counterclaim served on Turner P. Smith, Esq. on September 21, 2007. Service was accepted by C. Saavedra. Document filed by Private Label Sourcing, LLC, Second Skin, LLC. (Byler, Philip) (Entered: 09/24/2007) |
| 09/24/2007 | 13 | AFFIDAVIT OF SERVICE of Memorandum of Law in Support of Motion to Dismiss Defendant Second Skin, LLC served on Turner P. Smith, Esq. on September 21, 2007. Service was accepted by C. Saavedra. Document filed by Private Label Sourcing, LLC, Second Skin, LLC. (Byler, Philip) (Entered: 09/24/2007) |
| 09/24/2007 | 14 | AFFIDAVIT OF SERVICE of Notice of Motion with Supporting Declaration and Exhibits served on Turner P. Smith, Esq. on September 21, 2007. Service was accepted by C. Saavedra. Document filed by Private Label Sourcing, LLC, Second Skin, LLC. (Byler, Philip) (Entered: 09/24/2007) |
| 10/04/2007 | 15 | ANSWER to Counterclaim. Document filed by Atateks Foreign Trade, Ltd., Jordan and Atateks Dis Ticaret A.S..(Smith, Turner) (Entered: 10/04/2007) |
| 10/05/2007 | 16 | PRETRIAL SCHEDULING ORDER: Joinder of Parties due by 12/1/2007. Motions due by 5/1/2008. Discovery due by 3/15/2007. joint Pretrial Order due by 7/1/2008. So Ordered. (Signed by Judge Harold Baer on 10/4/07) (js) (Entered: 10/05/2007) |

## PACER Service Center

### Transaction Receipt

#### 03/17/2008 17:59:37

| PACER Login: | eg0450 | Client Code: | Olympia-P G |
|---|---|---|---|

| Description: | Docket Report | Search Criteria: | 1:07-cv-06665-HB |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.24 |