UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATATEKS FOREIGN TRADE, LTD. AND JORDAN
AND ATATEKS DIS TICARET A.S.,

                Plaintiff,

v.

PRIVATE LABEL SOURCING, LLC. AND
SECOND SKIN, LLC,

                Defendants.

No. 07-CV-06665 (HB)

STIPULATION AND ORDER OF
SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND CONSENTED THAT Eric Grannis of the Law Offices of Eric J. Grannis of 620 Fifth Avenue, New York, New York 10020, be substituted as attorney of record for Plaintiffs in the above entitled action in place and stead of Turner Pearce Smith of Curtis, Mallet-Prevost, Colt and Mosle LLP as of the date hereof.

Dated as of:   March 26, 2008
                New York, New York

                Respectfully Submitted,

LAW OFFICES OF ERIC J. GRANNIS

By: _____
Eric J. Grannis (EG 8403)
620 Fifth Avenue
New York, New York 10020-2457
Phone: (212) 903-1025
Fax: (212) 208-4597

CURTIS, MALLET-PROVOST, COLT AND MOSLE LLP

By: _____
Turner Pearce Smith (TS 8052)
101 Park Avenue South 35th Floor
New York, New York 10178
Phone: (212) 696-6000
Fax: (212) 697-1559

SO ORDERED:

Dated: 4/7/08

_____
Honorable Harold Baer
United States District Judge