ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

Case 1:07-cv-06665-HB-DCF   Document 19   Filed 04/09/2008   Page 1 of 2

# NESENOFF & MILTENBERG, LLP

ATTORNEYS AT LAW

363 SEVENTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10001-3904

TELEPHONE (212) 736-4500
TELECOPIER (212) 736-2260

IRA S. NESENOFF
ANDREW T. MILTENBERG

PHILIP A. BYLER
ALAN M. SHECTMAN
SHARI S. LASKOWITZ
LAINE A. ARMSTRONG
MEGAN S. GODDARD
ANDREW B. PLOTKIN

PARALEGAL
TANYA C. SIMMONS

April 7, 2008

**BY UPS OVERNIGHT MAIL**
The Honorable Harold Baer
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Room 2230
New York, New York 10007

Re: *Atateks Foreign Trade Ltd, et. al. v. Private Label Sourcing, LLC, et. al.*
Index No. 07 Civ. 6665 (S.D.N.Y.)(HB)

**Dear Judge Baer:**

We are the attorneys for the Defendant Private Label Sourcing, LLC, and Defendant Second Skin, LLC in the above-referenced action. On Friday, April 4, 2008, at 5:45 p.m., we received by facsimile a copy of a letter dated April 4, 2008, from the Law Offices of Eric J Grannis counsel for Plaintiffs in this action, to Your Honor addressing numerous issues, including (i) substitution of counsel, (ii) extension of time to compete discovery, (iii) Plaintiffs' request to file an amended complaint against Defendant Second Skin, and (iv) Plaintiffs' "motion" to compel discovery from Defendant Second Skin (the "Plaintiffs' April 4th Letter").

Mr. Grannis has raised numerous substantive issues in the Plaintiffs' April 4th Letter, which Defendants believe should be addressed by formal motion, including but not limited to Mr. Grannis's contention that the parties agreed to suspend filing of an amended complaint indefinitely, and that, despite Mr. Grannis's admission that Plaintiff have not filed an amended complaint, the Defendants' response to discovery is nonetheless overdue (which it is not). Defendants will require some time to properly respond to Mr. Grannis's letter. Therefore, with Your Honor's permission, Defendants will submit a response to Mr. Grannis's letter by April 18, 2008. Thank you for your consideration.

Respectfully submitted,
NESENOFF & MILTENBERG, LLP.

By: _____
Laine A. Armstrong, Esq.

cc: Andrew T. Miltenberg, Esq.
Philip Byler, Esq.
Eric Grannis, Esq.

*[Handwritten note from Judge:]* The docket sheet reflects not a single notation for the last 6 months since 10/05/07. Your PTSO which provides for a 3 month period notice to... I'm sure successor as you decide you may take to this trial as to the date in... Change is a lot to... time. I'm sure you all deserve some additional time - perhaps that would permit some new attorneys... to choose...

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
Date: 4/9/08

Endorsement:

    The docket sheet reflects not a single notation for the last 6 months since 10/05/07 to be exact. Your PTSO which binds successor attorney provides for a July trial. As you know that month never or almost never changes and while you may take to April 18 there is a lot to be done in very little time. I may have time to try this in August if you are all available that would permit some additional time perhaps you best arrange a telephone conference with Chambers.