# <u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK    )
                              )ss.:
COUNTY OF NEW YORK  )

     **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

     On the 18th day of April, 2008, deponent served a true copy of the annexed **Rule 26(a)(1)(A)** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 5489, in a pre-paid wrapper addressed to:

**TO:   LAW OFFICES OF ERIC J. GRANNIS**
       **Attn.: Eric J. Grannis, Esq.**
       **620 Fifth Avenue**
       **New York, New York 10020**

                                                **Marianna Bediner**

Sworn to before me this
18th day of April, 2008

_____
NOTARY PUBLIC

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 2009