# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

  **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

  On the 18th day of April, 2008, deponent served a true copy of the annexed **DEFENDANTS' RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 5489, in a pre-paid wrapper addressed to:

TO: **LAW OFFICES OF ERIC J. GRANNIS**
   **Attn.: Eric J. Grannis, Esq.**
   **620 Fifth Avenue**
   **New York, New York 10020**

_____
**Marianna Bediner**

Sworn to before me this
18th day of April, 2008

_____
NOTARY PUBLIC

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 20___