DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

RECEIVED
APR 30 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATATEKS FOREIGN TRADE LTD, JORDAN and
ATATEKS DIS TICARET A.S.,

            Plaintiffs,

- against -

PRIVATE LABEL SOURCING, LLC and SECOND
SKIN, LLC,

            Defendants.

No. 07 Civ. 6665 (HB)

STIPULATION AND ORDER

THE PLAINTIFFS AND DEFENDANTS in the above-captioned case, by their attorneys, hereby agree to the following schedule in this matter:

1. Documents responsive to Plaintiffs' first set of document requests shall be produced by May 2, 2008.

2. Documents responsive to all other outstanding document requests shall be produced by May 15, 2008.

3. All Discovery shall be completed by May 29, 2008. The parties will reserve the following dates on which to schedule depositions in this matter: May 19-23; May 29. The parties shall make their clients available for depositions on those dates.

4. Motions for Summary judgment shall be served and filed by June 3, 2008.

5. Opposition papers shall be served and filed by June 10, 2008.

6. Reply papers shall be served and filed by June 12, 2008.

7. The Joint Pretrial order will be due on August 1, 2008.

8. The parties and their counsel will make themselves available to try this matter in August 2008.

1

Dated: New York, New York
April 30, 2008

LAW OFFICES OF ERIC J. GRANNIS

By: _____/s/ Eric Grannis_____
Eric J. Grannis          (EG8403)
620 Fifth Avenue
New York, NY 10020
212-903-1025
Attorneys for Plaintiffs


NESENHOFF & MILTENBERG, LLP

By: _____/s/ Philip A. Byler_____
Philip A. Byler          (PB 1234)
363 Seventh Avenue, Fifth Floor
New York, NY 10001
212-736-4500
Attorneys for Defendants


SO ORDERED

_____              ____5/5/08____
U.S.D.J.                                              Date

2