# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

**MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

On the 13th day of May, 2008, deponent served a true copy of the annexed **ANSWER TO AMENDED COMPLAINT AND COUNTERCLAIMS** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 9681, in a pre-paid wrapper addressed to:

TO:   **LAW OFFICES OF ERIC J. GRANNIS**
      **Attn.: Eric J. Grannis, Esq.**
      **620 Fifth Avenue**
      **New York, New York 10020**

_____
**Marianna Bediner**

Sworn to before me this
13th day of May, 2008

_____
NOTARY PUBLIC

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 20 10