UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ATATEKS FOREIGN TRADE LTD, JORDAN
and ATATEKS DIS TICARET A.S.,

                Plaintiffs,

-against-

PRIVATE LABEL SOURCING, LLC
and SECOND SKIN, LLC,

                Defendants.
-----------------------------------------------------------------x

Index No. 07 Civ. 6665 (HB)

**DEFENDANTS' NOTICE TO TAKE DEPOSITION UPON ORAL TESTIMONY**

      **PLEASE TAKE NOTICE THAT**, that pursuant to Fed. R. Civ. P. 30, Defendants Private Label Sourcing, LLC, and Second Skin, LLC, by their undersigned attorneys, will take the deposition upon oral examination of **Ihsan Arslan, on May 22, 2008 at 10:00 o'clock a.m.**, at the offices of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001. The deposition will be taken before a notary public, or some other person authorized by law to administer oaths, and will continue from day to day, as required, until completed.

**Dated:** New York, New York
       May 13, 2008

                                        NESENOFF & MILTENBERG, LLP

                                        By:_____
                                          **Laine A. Armstrong**

                                        **Attorneys for Plaintiff**
                                        363 Seventh Avenue - 5th Floor
                                        New York, New York 10001
                                        212.736.4500

TO:   Eric J. Grannis, Esq.
        Law Offices of Eric J. Grannis
        620 Fifth Avenue
        New York, New York 10020
        212.903.1025