UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ATATEKS FOREIGN TRADE LTD, JORDAN
and ATATEKS DIS TICARET A.S.,

                Plaintiffs,

-against-

PRIVATE LABEL SOURCING, LLC
and SECOND SKIN, LLC,

                Defendants.
----------------------------------------------------------------x

Index No. 07 Civ. 6665 (HB)

**DEFENDANTS' NOTICE
TO TAKE DEPOSITION
UPON ORAL TESTIMONY**

      PLEASE TAKE NOTICE THAT, that pursuant to Fed. R. Civ. P. 30, Defendants Private Label Sourcing, LLC, and Second Skin, LLC, by their undersigned attorneys, will take the deposition upon oral examination of **Ilhan Arslan, on May 23, 2008 at 10:00 o'clock a.m.**, at the offices of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001. The deposition will be taken before a notary public, or some other person authorized by law to administer oaths, and will continue from day to day, as required, until completed.

**Dated: New York, New York
       May 13, 2008**

                                          NESENOFF & MILTENBERG, LLP

                                          By: _____
                                              Laine A. Armstrong

                                        **Attorneys for Plaintiff**
                                        363 Seventh Avenue - 5th Floor
                                        New York, New York 10001
                                        212.736.4500

TO:    Eric J. Grannis, Esq.
         Law Offices of Eric J. Grannis
         620 Fifth Avenue
         New York, New York 10020
         212.903.1025