UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ATATEKS FOREIGN TRADE LTD, JORDAN
and ATATEKS DIS TICARET A.S.,

                      Plaintiffs,

              -against-

PRIVATE LABEL SOURCING, LLC
and SECOND SKIN, LLC,

                      Defendants.
----------------------------------------------------------------x

Index No. 07 Civ. 6665 (HB)

**DEFENDANTS' NOTICE TO TAKE DEPOSITION UPON ORAL TESTIMONY**

      **PLEASE TAKE NOTICE THAT**, that pursuant to Fed. R. Civ. P. 30, Defendants Private Label Sourcing, LLC, and Second Skin, LLC, by their undersigned attorneys, will take the deposition upon oral examination of **Alp Duman, on May 29, 2008 at 10:00 o'clock a.m.**, at the offices of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001. The deposition will be taken before a notary public, or some other person authorized by law to administer oaths, and will continue from day to day, as required, until completed.

Dated: New York, New York
         May 13, 2008

                                       NESENOFF & MILTENBERG, LLP

                                       By: _____
                                            Laine A. Armstrong

Attorneys for Plaintiff
363 Seventh Avenue - 5th Floor
New York, New York 10001
212.736.4500

TO:  Eric J. Grannis, Esq.
       Law Offices of Eric J. Grannis
       620 Fifth Avenue
       New York, New York 10020
       212.903.1025