# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                               )ss.:
COUNTY OF NEW YORK )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 14th day of May, 2008, deponent served a true copy of the annexed **DEFENDANTS' NOTICE TO TAKE DEPOSITION UPON ORAL TESTIMONY (for Ilhan Arslan)** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 9798, in a pre-paid wrapper addressed to:

TO:    LAW OFFICES OF ERIC J. GRANNIS
         Attn.: Eric J. Grannis, Esq.
         620 Fifth Avenue
         New York, New York 10020

                                                      _/s/ Marianna Bediner_
                                                          **Marianna Bediner**

Sworn to before me this
14th day of May, 2008

_/s/ Shari S. Laskowitz_
**NOTARY PUBLIC**

                     SHARI S. LASKOWITZ
              Notary Public, State of New York
                    No. 02LA6046659
               Qualified in New York County
          Commission Expires August 14, 20 _10_