# AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )

   **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

   On the 14th day of May, 2008, deponent served a true copy of the annexed **DEFENDANTS' NOTICE TO TAKE DEPOSITION UPON ORAL TESTIMONY (for Ihsan Arslan)** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 9798, in a pre-paid wrapper addressed to:

TO:   LAW OFFICES OF ERIC J. GRANNIS
      Attn.: Eric J. Grannis, Esq.
      620 Fifth Avenue
      New York, New York 10020

*(signature)*
**Marianna Bediner**

Sworn to before me this
14th day of May, 2008

*(signature)*
**NOTARY PUBLIC**

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 20 10