# AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          )ss.:
COUNTY OF NEW YORK        )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 14th day of May, 2008, deponent served a true copy of the annexed **DEFENDANTS' NOTICE TO TAKE DEPOSITION UPON ORAL TESTIMONY (for Alp Duman)** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 9798, in a pre-paid wrapper addressed to:

TO:   LAW OFFICES OF ERIC J. GRANNIS
       Attn.: Eric J. Grannis, Esq.
       620 Fifth Avenue
       New York, New York 10020

_/s/ Marianna Bediner_
**Marianna Bediner**

Sworn to before me this
14th day of May, 2008

_/s/ Shari S. Laskowitz_
**NOTARY PUBLIC**

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 2010