UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATATEKS FOREIGN TRADE LTD, JORDAN
AND ATATEKS DIS TICARET A.S.,

                              Plaintiffs,

                    v.

PRIVATE LABEL SOURCING, LLC
AND SECOND SKIN, LLC,

                              Defendants.

Index No.  07 Civ. 6665 (HB)

**REPLY TO COUNTERCLAIMS**

Plaintiffs, by their undersigned counsel, for their Reply to Defendants' Counterclaims, state the following:

## FIRST COUNTERCLAIM

1.      Plaintiffs admit the allegations contained in paragraph 53 of Defendants' Counterclaims.

2.      Plaintiffs admit the allegations contained in paragraph 54 of Defendants' Counterclaims.

3.      Plaintiffs admit the allegations contained in paragraph 55 of Defendants' Counterclaims.

4.      Plaintiffs deny the allegations contained in paragraph 56 of Defendants' Counterclaims.

5.      Plaintiffs deny the allegations contained in paragraph 57 of Defendants' Counterclaims.

6.      Plaintiffs deny the allegations contained in paragraph 58 of Defendants' Counterclaims.

## SECOND COUNTERCLAIM

7.    In response to Paragraph 60, Plaintiffs incorporate by reference the answer set forth above.

8.    Plaintiffs deny the allegations contained in paragraph 61 of Defendants' Counterclaims.

9.    Plaintiffs deny the allegations contained in paragraph 62 of Defendants' Counterclaims.

10.    Plaintiffs deny the allegations contained in paragraph 63 of Defendants' Counterclaims.

**WHEREFORE**, Plaintiffs pray that this Court grant judgment dismissing Defendants' Counterclaims.


Dated:   New York, New York
         May 19, 2008

LAW OFFICES OF ERIC J. GRANNIS

By: _____
      Eric J. Grannis
620 Fifth Avenue
New York, New York 10020
(212) 903-1025

Attorneys for Plaintiffs