UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ATATEKS FOREIGN TRADE LTD, JORDAN
and ATATEKS DIS TICARET A.S.,

                 Plaintiffs,

-against-

PRIVATE LABEL SOURCING, LLC
and SECOND SKIN, LLC,

                 Defendants.
------------------------------------------------------------x

Index No. 07 Civ. 6665 (HB)

**DEFENDANTS' NOTICE
TO TAKE DEPOSITION
UPON ORAL TESTIMONY**

      **PLEASE TAKE NOTICE THAT**, that pursuant to Fed. R. Civ. P. 30, Defendants Private Label Sourcing, LLC, and Second Skin, LLC, by their undersigned attorneys, will take the deposition upon oral examination of **Bahar Akbulut, on May 27, 2008 at 10:00 o'clock a.m.**, at the offices of Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001. The deposition will be taken before a notary public, or some other person authorized by law to administer oaths, and will continue from day to day, as required, until completed.

Dated: New York, New York
       May 20, 2008

                              NESENOFF & MILTENBERG, LLP

                              By: _____
                                  Laine A. Armstrong

                              Attorneys for Plaintiff
                              363 Seventh Avenue - 5th Floor
                              New York, New York 10001
                              212.736.4500

TO:   Eric J. Grannis, Esq.
        Law Offices of Eric J. Grannis
        620 Fifth Avenue
        New York, New York 10020
        212.903.1025