# AFFIDAVIT OF SERVICE

STATE OF NEW YORK       )
                        )ss.:
COUNTY OF NEW YORK   )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 20th day of May, 2008, deponent served a true copy of the annexed **DEFENDANTS' NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 9912, in a pre-paid wrapper addressed to:

TO:    LAW OFFICES OF ERIC J. GRANNIS
         Attn.: Eric J. Grannis, Esq.
         620 Fifth Avenue
         New York, New York 10020

                                                                 **Marianna Bediner**

Sworn to before me this
20th day of May, 2008

_____
NOTARY PUBLIC

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 2009