**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06  PAGE 1
P.O. #: 0000034293
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

FORWARDER:
FINAL DEST: USA

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/20/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| COROLLA SAND | 12 | 36 | 36 | 24 | 12 | | | 120 |

TOTAL AMOUNT $ U.S.:  570.00       TOTAL UNITS: 120

GAUGE       :
LABEL       : MA05_08A2
FINAL DEST: USA
RATIO       : S/M/L/XL/XXL

YARN COUNT:
HANG TAG    : MA04_01C1

WEIGHT      :
POLY BAG    : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK
DETAILS     : SOLID COLOR / SOLID SIZE
PRECARTON
DETAILS     : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
   IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
   *****TARGET.COM*****

SHIPPING MARKS ON OUTSIDE OF CARTON
FRONT MARK:                                        SIDE MARK:

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

TARGET.COM
TNC-3110
P.O BOX 9493
MINNEAPOLIS      MN 55440

| | COLOR | S | M | L |
|---|---|---|---|---|
| | | | | |

DEPT #    ___(USE_STORE_DEPT_#)___
ORDER #   ___(USE_STORE_P.O._#)___
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   ____(COUNTRY_NAME)_____
CTN #     _____ OF _____
DC P.O. # _____
MFG CODE  _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 04115
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY         BUYER'S SIGNATURE


DEFENDANT'S EXHIBIT

AT-0082

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 9000034294
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/20/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

STYLE #: 203452    DESCRIPTION: SEAMLESS LACE VEE NECK

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 24 | 48 | 60 | 36 | 12 | | | | 180 |
| SPANISH BROWN | 12 | 36 | 36 | 24 | 12 | | | | 120 |
| IRON CREEK TEAL | 12 | 36 | 36 | 24 | 12 | | | | 120 |
| SANDY ROSE | 12 | 36 | 36 | 24 | 12 | | | | 120 |

TOTAL AMOUNT $ U.S.: 2,565.00        TOTAL UNITS: 540

GAUGE      :
LABEL      : MA05_08A2
FINAL DEST : USA
RATIO      : S/M/L/XL/XXL

YARN COUNT :
HANG TAG   : MA04_01C1

WEIGHT     :
POLY BAG   : NEUTRAL
PRE TICKET : YES
: JORDAN

WASH INSTR : AS PER MTL FULL FABRIC TEST

PRE-PACK       : 12 PCS PER MASTER PACK
PREPACK        : SOLID COLOR / SOLID SIZE
DETAILS        :
PRECARTON
DETAILS        : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
   IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
   *****TARGET.COM*****

---SHIPPING MARKS ON OUTSIDE OF CARTON---
FRONT MARK:                                SIDE MARK:

                                           INDICATE CARTON # AND COLOR-SIZE
                                           BREAKDOWN FOR EACH CARTON
TARGET.COM
TNC-3110
P.O BOX 9493                               | COLOR | S | M | L |
MINNEAPOLIS      MN 55440                  |       |   |   |   |

DEPT #   ___(USE_STORE_DEPT_#)___
ORDER #  ___(USE_STORE_P.O._#)___
STYLE #  _____
  COLOR  _____          OUR COMPANY ALWAYS MAINTAINS POLICY
  SIZE   _____          NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY _____          APPAREL OR ANY OTHER ILLEGAL
MADE IN  ____(COUNTRY_NAME)___          ACTIVITY UNDER ANY CIRCUMSTANCES.
  CTN #  _____ OF _____         BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____          AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE _____         TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                             BUYER'S SIGNATURE

AT-0083

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

A C T U A L

7/21/06   PAGE   1
P.O. #: 0000034295
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/20/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE #: 203458   DESCRIPTION: SEAMLESS LACE CAMI

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIED SAGE | 12 | 36 | 36 | 24 | 12 | | | | | 120 |

TOTAL AMOUNT $ U.S.: 666.00    TOTAL UNITS: 120

GAUGE       :                YARN COUNT:                    WEIGHT      :
LABEL       : MA05_08A2      HANG TAG  : MA04_01C1          POLY BAG    : NEUTRAL
FINAL DEST: USA                                             PRE TICKET: YES
RATIO       : S/M/L/XL/XXL                                  : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
              IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
    *****TARGET.COM*****

------------------SHIPPING MARKS ON OUTSIDE OF CARTON------------------
FRONT MARK:                          SIDE MARK:

                                     INDICATE CARTON # AND COLOR-SIZE
                                     BREAKDOWN FOR EACH CARTON
    TARGET.COM
    TNC-3110
    P.O BOX 9493                     | COLOR | S | M | L |
    MINNEAPOLIS       MN 55440

    DEPT #    ___(USE_STORE_DEPT_#)___
    ORDER #   ___(USE_STORE_P.O._#)___
    STYLE #   _____
    COLOR     _____    OUR COMPANY ALWAYS MAINTAINS POLICY
    SIZE      _____    NOT TO ENGAGE IN TRANSSHIPMENT OF
    QUANTITY  _____    APPAREL OR ANY OTHER ILLEGAL
    MADE IN   ___(COUNTRY_NAME)_____    ACTIVITY UNDER ANY CIRCUMSTANCES.
    CTN #     _____ OF _____    BY ACCEPTING THIS PURCHASE ORDER YOU
    DC P.O. # _____    AGREE TO TAKE ALL NECESSARY ACTION
    MFG CODE  _____    TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claims from us and our customer(s) due to shipment delays/quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.

                    VENDOR COPY                    _Dina Corchado_
                                                   BUYER'S SIGNATURE

AT-0084

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06  PAGE 1
P.O. #: 0000034296
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 29/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/20/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 203458 | SEAMLESS LACE CAMI | | | | | | | | |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR #/COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 24 | 48 | 60 | 36 | 12 | | | | 180 |
| TRUE WHITE | 12 | 48 | 48 | 24 | 12 | | | | 144 |
| CORK | 12 | 36 | 36 | 24 | 12 | | | | 120 |
| GREY AQUA | 12 | 36 | 36 | 24 | 12 | | | | 120 |

TOTAL AMOUNT $ U.S.:   3,130.20          TOTAL UNITS:   564

```
GAUGE     :                  YARN COUNT:              WEIGHT    :
LABEL     : MA05_08A2        HANG TAG   : MA04_01C1   POLY BAG  : NEUTRAL
FINAL DEST: USA                                       PRE TICKET: YES
RATIO     : S/M/L/XL/XXL                              : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST
          :
PRE-PACK  : 12 PCS PER MASTER
PREPACK   : SOLID COLOR / SOLID SIZE
DETAILS   :
PRECARTON
DETAILS   : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
   IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
   *****TARGET.COM*****
```

------------------------ SHIPPING MARKS ON OUTSIDE OF CARTON ------------------------

FRONT MARK:                                SIDE MARK:

                                           INDICATE CARTON # AND COLOR-SIZE
                                           BREAKDOWN FOR EACH CARTON

TARGET.COM
TNC-3110
P.O BOX 9493
MINNEAPOLIS        MN 55440

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #    ___(USE_STORE_DEPT_#)___
ORDER #   ___(USE_STORE_P.O._#)___
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   _____(COUNTRY_NAME)____
CTN #     _____ OF _____
DC P.O. # _____
MFG CODE  _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94116

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order

VENDOR COPY



BUYER'S SIGNATURE

AT-0085

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034285
STORE P.O. #: 3395777
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP BY | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C | US $ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK → V yaka |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| EBONY | 444 | 768 | 780 | 456 | 324 | | | 2,772 |
| SPANISH BROWN | 432 | 792 | 828 | 492 | 348 | | | 2,892 |
| IRON CREEK TEAL | 300 | 456 | 504 | 264 | 180 | | | 1,704 |
| SANDY ROSE | 372 | 588 | 612 | 336 | 240 | | | 2,148 |

TOTAL AMOUNT $ U.S.: 45,201.00          TOTAL UNITS: 9,516

GAUGE       :                    YARN COUNT:              WEIGHT    :
LABEL       : MA05_08A2          HANG TAG  : MA04_01C1    POLY BAG  : NEUTRAL
FINAL DEST: USA                                           PRE TICKET: YES
RATIO       : S/M/L/XL/XXL                                : JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

------SHIPPING MARKS ON OUTSIDE OF CARTON------
FRONT MARK:                                    SIDE MARK:

                                               INDICATE CARTON # AND COLOR-SIZE
                                               BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS       MN 55402

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #    ___(USE_STORE_DEPT_#)___
ORDER #   ___(USE_STORE_P.O._#)___
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   ____(COUNTRY_NAME)_____
CTN #     _____ OF _____
DC P.O. # _____
MFG CODE  _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 84118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                    BUYER'S SIGNATURE

AT-0087

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034291
STORE P.O. #: 1366131
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/02/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

STYLE #: 203452   DESCRIPTION: SEAMLESS LACE VEE NECK   ve yaka

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 348 | 588 | 600 | 360 | 252 | | | | 2,148 |
| SPANISH BROWN | 336 | 612 | 636 | 372 | 264 | | | | 2,220 |
| IRON CREEK TEAL | 228 | 360 | 384 | 204 | 144 | | | | 1,320 |
| SANDY ROSE | 288 | 468 | 492 | 252 | 180 | | | | 1,680 |

TOTAL AMOUNT $ U.S.: 34,998.00   TOTAL UNITS: 7,368

GAUGE      :
LABEL      : MA05_08A2
FINAL DEST: USA
RATIO      : S/M/L/XL/XXL

YARN COUNT:
HANG TAG  : MA04_01C1

WEIGHT     :
POLY BAG   : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK   : 12 PCS PER MASTER PACK
PREPACK
DETAILS    : SOLID COLOR / SOLID SIZE
PRECARTON
DETAILS    : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---

SHIPPING MARKS ON OUTSIDE OF CARTON
FRONT MARK:                                      SIDE MARK:

                                                 INDICATE CARTON # AND COLOR-SIZE
                                                 BREAKDOWN FOR EACH CARTON
TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS      MN 55402

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #  (USE STORE DEPT #)
ORDER # (USE STORE P.O. #)
STYLE #
COLOR
SIZE
QUANTITY
MADE IN (COUNTRY NAME)
CTN #         OF
DC P.O. #
MFG CODE

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94118

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claims(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                      BUYER'S SIGNATURE

AT-0089

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

DOLDONGU YUKLEME: 9841.6

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034282
STORE P.O. #: 7860869
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L'6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/09/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 408 | 756 | 732 | 432 | 264 | | | | 2,592 |
| TRUE WHITE | 492 | 864 | 900 | 480 | 324 | | | | 3,060 |
| CORK | 408 | 732 | 768 | 456 | 276 | | | | 2,640 |
| GREY AQUA | 228 | 420 | 420 | 204 | 168 | | | | 1,440 |

TOTAL AMOUNT $ U.S.: 54,012.60   TOTAL UNITS: 9,732

GAUGE        :
LABEL        : MA05_08A2
FINAL DEST: USA
RATIO        : S/M/L/XL/XXL

YARN COUNT:
HANG TAG : MA04_01C1

WEIGHT       :
POLY BAG     : NEUTRAL
PRE TICKET: YES
: JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---SHIPPING MARKS ON OUTSIDE OF CARTON---

FRONT MARK:                           SIDE MARK:

                                      INDICATE CARTON # AND COLOR-SIZE
                                      BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS        MN 55402

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #  (USE_STORE_DEPT_#)
ORDER # (USE_STORE_P.O._#)
STYLE #
COLOR
SIZE
QUANTITY
MADE IN  (COUNTRY_NAME)
CTN #        OF
DC P.O. #
MFG CODE

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 54116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                           BUYER'S SIGNATURE

AT-0090

*3 YUKLEME : 77555,4 lb*

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE  1
P.O. #: 0000034284
STORE P.O. #: 1366131
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT
GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHP BY | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/02/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE: 203458
DESCRIPTION: SEAMLESS LACE CAMI *Atlet*

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 300 | 540 | 564 | 324 | 228 | | | | 1,956 |
| TRUE WHITE | 396 | 660 | 660 | 384 | 276 | | | | 2,376 |
| CORK | 324 | 576 | 600 | 360 | 252 | | | | 2,112 |
| GREY AQUA | 204 | 336 | 360 | 204 | 120 | | | | 1,224 |

TOTAL AMOUNT $ U.S.: 42,557.40       TOTAL UNITS: 7,668

```
GAUGE       :                    YARN COUNT:                  WEIGHT     :
LABEL       : MA05_08A2          HANG TAG   : MA04_01C1       POLY BAG   : NEUTRAL
FINAL DEST: USA                                                PRE TICKET: YES
RATIO       : S/M/L/XL/XXL                                    : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
```

SHIPPING MARKS ON OUTSIDE OF CARTON

FRONT MARK:                                SIDE MARK:

△                                          INDICATE CARTON # AND COLOR-SIZE
TARGET CORPORATION                         BREAKDOWN FOR EACH CARTON
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310                    | COLOR | S | M | L |
MINNEAPOLIS    MN 55402                    |       |   |   |   |

DEPT #  __(USE_STORE_DEPT_#)__
ORDER # __(USE_STORE_P.O._#)__
STYLE # _____
COLOR  _____        OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE   _____        NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY _____        APPAREL OR ANY OTHER ILLEGAL
MADE IN __(COUNTRY_NAME)_____        ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #   _____OF_____        BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____        AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE _____        TO IMPLEMENT OUR POLICY.
RN # 94118

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                              _____
                                         BUYER'S SIGNATURE

AT-0088

*P.V. YUKLEME : 1220 989*

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034289
STORE P.O. #: 4891747
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI → Attex |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR #/ COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 5271 | 8785 | 8785 | 5271 | 3514 | | | | 31,626 |
| TRUE WHITE | 3514 | 10542 | 10542 | 5271 | 3514 | | | | 33,383 |
| CORK | 5271 | 8785 | 8785 | 5271 | 3514 | | | | 31,626 |
| GREY AQUA | 5271 | 8785 | 8785 | 5271 | 3514 | | | | 31,626 |

TOTAL AMOUNT $ U.S.:   711,848.55           TOTAL UNITS:   128,261

```
GAUGE     :                  YARN COUNT:              WEIGHT    :
LABEL     : MA05_08A2        HANG TAG   : MA04_01C1   POLY BAG  : NEUTRAL
FINAL DEST: USA                                       PRE TICKET: YES
RATIO     : S/M/L/XL/XXL                              : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK  : ASSORTMENT ITEM PACKING AS ASSORTMENT ITEM SHEET
PREPACK   : ASSORTED COLOR / ASSORTED SIZE
DETAILS   :
PRECARTON
DETAILS   : ASSORTED ITEM PACKING AS PER COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****
```

SHIPPING MARKS ON OUTSIDE OF CARTON

FRONT MARK:                                SIDE MARK:

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS   MN 55402

```
DEPT #    (USE STORE DEPT #)
ORDER #   (USE STORE P.O. #)
STYLE #
COLOR
SIZE
QUANTITY
MADE IN   (COUNTRY NAME)
CTN #         OF
DC P.O. #
MFG CODE
```

| COLOR | S | M | L |
|---|---|---|---|

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 04116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                 _____
                                            BUYER'S SIGNATURE

AT-0086

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06    PAGE    1
P.O. #: 0000034283
STORE P.O. #: 7860869
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/09/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 420 | 732 | 804 | 468 | 276 | | | | 2,700 |
| SPANISH BROWN | 456 | 804 | 804 | 432 | 288 | | | | 2,784 |
| IRON CREEK TEAL | 264 | 528 | 516 | 288 | 204 | | | | 1,800 |
| SANDY ROSE | 324 | 576 | 624 | 324 | 216 | | | | 2,064 |

TOTAL AMOUNT $ U.S.:   44,403.00        TOTAL UNITS: 9,348

```
GAUGE        :                 YARN COUNT:              WEIGHT   :
LABEL        : MA05_08A2       HANG TAG   : MA04_01C1   POLY BAG : NEUTRAL
FINAL DEST:  USA                                        PRE TICKET: YES
RATIO        : S/M/L/XL/XXL                             : JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK     : 12 PCS PER MASTER PACK
PREPACK      : SOLID COLOR / SOLID SIZE
DETAILS      :
PRECARTON
DETAILS      : SEE COMMIT


SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
```

------------------------ SHIPPING MARKS ON OUTSIDE OF CARTON ------------------------
FRONT MARK:                                          SIDE MARK:

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS        MN 55402

DEPT #    (USE STORE DEPT #)
ORDER #   (USE STORE P.O. #)
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   (COUNTRY NAME)
CTN #   ___ OF ___
DC P.O. # _____
MFG CODE  _____

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                    BUYER'S SIGNATURE

AT-0091

BRING VOLEME: 103,350 #

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

A C T U A L

7/21/06   PAGE   1
P.O. #: 0000034280
STORE P.O. #: 6125210
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/16/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 408 | 672 | 720 | 444 | 312 | | | | 2,556 |
| TRUE WHITE | 504 | 816 | 864 | 540 | 372 | | | | 3,096 |
| CORK | 516 | 768 | 780 | 444 | 324 | | | | 2,832 |
| GREY AQUA | 264 | 444 | 504 | 312 | 192 | | | | 1,716 |

TOTAL AMOUNT $ U.S.: 56,610.00      TOTAL UNITS: 10,200

GAUGE         :                    YARN COUNT:              WEIGHT    :
LABEL         : MA05_08A2          HANG TAG  : MA04_01C1    POLY BAG  : NEUTRAL
FINAL DEST: USA                                             PRE TICKET: YES
RATIO         : S/M/L/XL/XXL                                : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---------------------------- SHIPPING MARKS ON OUTSIDE OF CARTON ----------------------------
FRONT MARK:                                    SIDE MARK:

                △                              INDICATE CARTON # AND COLOR-SIZE
                                               BREAKDOWN FOR EACH CARTON
        TARGET CORPORATION
        GLOBAL TRADE FINANCE DEPT              ==========================================
        33 SOUTH 6TH ST-CC-3310                !___COLOR___!__S__!__M__!__L__!
        MINNEAPOLIS    MN 55402                !           !     !     !     !
                                               !-----------!-----!-----!-----!
     DEPT #   __(USE_STORE_DEPT_#)__           !           !     !     !     !
     ORDER #  __(USE_STORE_P.O._#)__           ==========================================
     STYLE #  _____
     COLOR    _____           OUR COMPANY ALWAYS MAINTAINS POLICY
     SIZE     _____           NOT TO ENGAGE IN TRANSSHIPMENT OF
     QUANTITY _____           APPAREL OR ANY OTHER ILLEGAL
     MADE IN  ____(COUNTRY_NAME)____           ACTIVITY UNDER ANY CIRCUMSTANCES.
     CTN #    _____ OF _____          BY ACCEPTING THIS PURCHASE ORDER YOU
     DC P.O. # _____           AGREE TO TAKE ALL NECESSARY ACTION
     MFG CODE _____           TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.

                         VENDOR COPY                          _____
                                                                   BUYER'S SIGNATURE

AT-0092

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034281
STORE P.O. #: 6125210
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/16/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

STYLE #: 203452   DESCRIPTION: SEAMLESS LACE VEE NECK

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 456 | 756 | 732 | 444 | 324 | | | | 2,712 |
| SPANISH BROWN | 480 | 804 | 828 | 540 | 336 | | | | 2,988 |
| IRON CREEK TEAL | 324 | 504 | 540 | 324 | 168 | | | | 1,860 |
| SANDY ROSE | 408 | 612 | 600 | 384 | 276 | | | | 2,280 |

TOTAL AMOUNT $ U.S.: 46,740.00   TOTAL UNITS: 9,840

GAUGE       :
LABEL       : MA05_08A2        YARN COUNT:
FINAL DEST: USA                HANG TAG  : MA04_01C1
RATIO       : S/M/L/XL/XXL

WEIGHT    :
POLY BAG  : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST
           :
           :
PRE-PACK   : 12 PCS PER MASTER PACK
PREPACK    : SOLID COLOR / SOLID SIZE
DETAILS    :
PRECARTON
DETAILS    : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

------------------------- SHIPPING MARKS ON OUTSIDE OF CARTON -------------------------
FRONT MARK:                                    SIDE MARK:

             △                     INDICATE CARTON # AND COLOR-SIZE
                                   BREAKDOWN FOR EACH CARTON
TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS    MN 55402         |____COLOR____|__S__|__M__|__L__|

DEPT #   ___(USE_STORE_DEPT_#)___
ORDER #  ___(USE_STORE_P.O._#)___
STYLE #  _____
COLOR    _____        OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE     _____        NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY _____        APPAREL OR ANY OTHER ILLEGAL
MADE IN  _____(COUNTRY_NAME)_____        ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #    _____ OF _____        BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____        AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE _____        TO IMPLEMENT OUR POLICY.

RN# 94115
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delay, quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                              _____Silvia Cordale_____
                                                           BUYER'S SIGNATURE

AT-0093

ALTINCI YUKLEME: 258109.8 $

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06  PAGE 1
P.O. #: 0000034278
STORE P.O. #: 4126986
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PACK CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/23/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE #: 203458   DESCRIPTION: SEAMLESS LACE CAMI

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 1032 | 1812 | 1908 | 1056 | 756 | | | | 6,564 |
| TRUE WHITE | 1284 | 2232 | 2364 | 1320 | 912 | | | | 8,112 |
| CORK | 1080 | 1896 | 1992 | 1176 | 768 | | | | 6,912 |
| GREY AQUA | 648 | 1152 | 1140 | 636 | 432 | | | | 4,008 |

TOTAL AMOUNT $ U.S.: 142,057.80    TOTAL UNITS: 25,596

GAUGE         :                  YARN COUNT:               WEIGHT    :
LABEL         : MA05_08A2        HANG TAG  : MA04_01C1     POLY BAG  : NEUTRAL
FINAL DEST: USA                                            PRE TICKET: YES
RATIO         : S/M/L/XL/XXL                               : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK  : 12 PCS PER MASTER PACK
PREPACK   : SOLID COLOR / SOLID SIZE
DETAILS   :
PRECARTON
DETAILS   : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

SHIPPING MARKS ON OUTSIDE OF CARTON
FRONT MARK:                                    SIDE MARK:

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS     MN 55402

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #   (USE STORE DEPT #)
ORDER #  (USE STORE P.O. #)
STYLE #  _____
COLOR    _____
SIZE     _____
QUANTITY _____
MADE IN  (COUNTRY NAME)
CTN #    _____ OF _____
DC P.O. # _____
MFG CODE _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN#94116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                           BUYER'S SIGNATURE

AT-0094

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06    PAGE    1
P.O. #: 0000034279
STORE P.O. #: 4126986
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 29/2

| DELIVERY | SHIP VIA | SHIP/T | TERMS | UNIT PRICE | | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|---|
| 10/23/06X C/D | SEA NORFOLK | DROP | L/C | UB$ | 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 1104 | 1920 | 2040 | 1176 | 780 | | | | 7,020 |
| SPANISH BROWN | 1224 | 2016 | 2172 | 1176 | 816 | | | | 7,404 |
| IRON CREEK TEAL | 756 | 1224 | 1308 | 732 | 540 | | | | 4,560 |
| SANDY ROSE | 888 | 1512 | 1500 | 924 | 624 | | | | 5,448 |

TOTAL AMOUNT $ U.S.: 116,052.00          TOTAL UNITS: 24,432

GAUGE       :
LABEL       : MA05_09A2
FINAL DEST: USA
RATIO       : S/M/L/XL/XXL

YARN COUNT:
HANG TAG    : MA04_01C1

WEIGHT      :
POLY BAG    : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---SHIPPING MARKS ON OUTSIDE OF CARTON---

FRONT MARK:                                SIDE MARK:

                                           INDICATE CARTON # AND COLOR-SIZE
                                           BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS       MN 55402

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #     ___(USE STORE DEPT #)___
ORDER #    ___(USE STORE P.O. #)___
STYLE #    _____
COLOR      _____
SIZE       _____
QUANTITY   _____
MADE IN    ___(COUNTRY NAME)_____
CTN #      _____ OF _____
DC P.O. #  _____
MFG CODE   _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                BUYER'S SIGNATURE

AT-0095

7. YUKLEME : 12/289.3

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

A C T U A L

7/21/05         PAGE   1
P.O. #: 0000034287
STORE P.O. #: 8282203
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PKGE CODE | NOT LBS/SZ |
|---|---|---|---|---|---|---|
| 10/30/05X C/D | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| DRIED SAGE | 1562 | 4686 | 3124 | 1562 | 1562 | | | | 12,496 |

TOTAL AMOUNT $ U.S.: 69,352.80         TOTAL UNITS: 12,496

GAUGE        :                YARN COUNT:              HEIGHT   :
LABEL        : MA05_08A2      HANG TAG  : MA04_01C1   POLY BAG : NEUTRAL
FINAL DEST: USA                                        PRE TICKET: YES
RATIO        : S/M/L/XL/XXL                            : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK  : ASSORTMENT ITEM PACKING AS ASSORTMENT ITEM SHEET
PREPACK   : ASSORTED COLOR / ASSORTED SIZE
DETAILS   :
PRECARTON
DETAILS   : ASSORTED ITEM PACKING AS PER COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****

------------------SHIPPING MARKS ON OUTSIDE OF CARTON------------------
FRONT MARK:                          SIDE MARK:

         △                    INDICATE CARTON # AND COLOR-SIZE
    TARGET CORPORATION         BREAKDOWN FOR EACH CARTON
    GLOBAL TRADE FINANCE DEPT
    33 SOUTH 6TH ST-CC-3310    =========================
    MINNEAPOLIS    MN 55402    !    COLOR    ! S ! M ! L !
                               !             !   !   !   !
    DEPT #  __(USE_STORE_DEPT_#)__  !--------!---!---!---!
    ORDER # __(USE_STORE_P.O._#)__  !        !   !   !   !
    STYLE # _____  =========================
    COLOR   _____
    SIZE    _____  OUR COMPANY ALWAYS MAINTAINS POLICY
    QUANTITY_____  NOT TO ENGAGE IN TRANSSHIPMENT OF
    MADE IN _____(COUNTRY NAME)__  APPAREL OR ANY OTHER ILLEGAL
    CTN #   _____ OF _____  ACTIVITY UNDER ANY CIRCUMSTANCES.
    DC P.O. #_____  BY ACCEPTING THIS PURCHASE ORDER YOU
    MFG CODE _____  AGREE TO TAKE ALL NECESSARY ACTION
                                   TO IMPLEMENT OUR POLICY.
RN # 04115
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and/our customer(s) due to shipment delays, quality
         and workmanship of goods, and any causes pertaining to shipment(s) under this order.

                        VENDOR COPY                          [signature]
                                                          BUYER'S SIGNATURE

AT-0096

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06       PAGE    1
P.O. #: 0000034288
STORE P.O. #: 8282203
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/30/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR #/ COLOR NAME | S | M | L | XL | XXL | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| COROLLA SAND | 1562 | 3124 | 3124 | 1562 | 1562 | | | | | 10,934 |

TOTAL AMOUNT $ U.S.: 51,936.50      TOTAL UNITS: 10,934

GAUGE       :
LABEL       : MA05_08A2        HANG TAB : MA04_01C1
FINAL DEST: USA
RATIO       : S/M/L/XL/XXL

YARN COUNT:
WEIGHT      :
POLY BAG    : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER NTL FULL FABRIC TEST

PRE-PACK    : ASSORTMENT ITEM PACKING AS ASSORTMENT SHEET
PREPACK     : ASSORTED COLOR / ASSORTED SIZE
DETAILS     :
PRECARTON
DETAILS     : ASSORTED ITEM PACKING AS PER COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****

----SHIPPING MARKS ON OUTSIDE OF CARTON----
FRONT MARK:                                   SIDE MARK:

                                              INDICATE CARTON # AND COLOR-SIZE
                                              BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS      MN 55402

DEPT #   (USE STORE DEPT #)
ORDER #  (USE STORE P.O. #)
STYLE #
COLOR
SIZE
QUANTITY
MADE IN  (COUNTRY NAME)
CTN #       OF
DC P.O. #
MFG CODE

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 84170
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claims from us and/or customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                            BUYER'S SIGNATURE

AT-0097

S. 4deeme: 34741.2

## PRIVATE LABEL SOURCING, LLC

470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/31/06   PAGE   1
P.O. #: 0000034276
STORE P.O. #: 4800573
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

FORWARDER:
FINAL DEST: USA

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | SPEC CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 11/06/06X C/D | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE#: 203458   DESCRIPTION: SEAMLESS LACE CAMI

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 132 | 192 | 228 | 120 | 72 | | | | 744 |
| TRUE WHITE | 132 | 252 | 252 | 144 | 96 | | | | 876 |
| CORK | 120 | 252 | 252 | 144 | 96 | | | | 864 |
| GREY AQUA | 108 | 144 | 144 | 72 | 72 | | | | 540 |
| DRIED SAGE | 72 | 96 | 96 | 72 | 24 | | | | 360 |

TOTAL AMOUNT $ U.S.: 18,781.20   TOTAL UNITS: 3,384

```
GAUGE      :                    YARN COUNT:              WEIGHT     :
LABEL      : MA05_08A2          HANG TAG   : MA04_01C1   POLY BAG   : NEUTRAL
FINAL DEST : USA                                         PRE TICKET : YES
RATIO      : S/M/L/XL/XXL                                : JORDON

WASH INSTR : AS PER MTL FULL FABRIC TEST

PRE-PACK   : 12 PCS PER MASTER PACK
PREPACK    : SOLID COLOR / SOLID SIZE
DETAILS    :
PRECARTON
DETAILS    : SEE COMMIT

SPECIAL
INSTRUCTNS : RNB 17730 *****FLAT PACKED NO HANGER*****
```

SHIPPING MARKS ON OUTSIDE OF CARTON

FRONT MARK:

△
TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS        MN 55402

DEPT # ___(USE_STORE_DEPT_#)___
ORDER # ___(USE_STORE_P.O._#)___
STYLE # _____
COLOR _____
SIZE _____
QUANTITY _____
MADE IN ____(COUNTRY_NAME)____
CTN # _____ OF _____
DC P.O. # _____
MFG CODE _____

SIDE MARK:

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

| COLOR | S | M | L |
|---|---|---|---|
| | | | |
| | | | |

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY


BUYER'S SIGNATURE

AT-0098

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
PO. #: 0000034277
STORE PO. #: 4800573
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP/T | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 11/06/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| EBONY | 132 | 228 | 240 | 132 | 72 | | | | | 804 |
| SPANISH BROWN | 132 | 240 | 264 | 144 | 120 | | | | | 900 |
| IRON CREEK TEAL | 72 | 132 | 156 | 96 | 36 | | | | | 492 |
| SANDY ROSE | 120 | 216 | 216 | 120 | 72 | | | | | 744 |
| COROLLA SAND | 60 | 120 | 120 | 72 | 48 | | | | | 420 |

TOTAL AMOUNT $ U.S.: 15,960.00          TOTAL UNITS: 3,360

GAUGE         :                     YARN COUNT:                    WEIGHT    :
LABEL         : MA05_08A2           HANG TAG : MA04_01C1           POLY BAG  : NEUTRAL
FINAL DEST: USA                                                    PRE TICKET: YES
RATIO         : S/M/L/XL/XXL                                       : JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST
            :
PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

------------------------- SHIPPING MARKS ON OUTSIDE OF CARTON -------------------------
FRONT MARK:                                          SIDE MARK:

                                                     INDICATE CARTON # AND COLOR-SIZE
                                                     BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT                            | COLOR | S | M | L |
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS    MN 55402

DEPT #   (USE STORE DEPT #)
ORDER #  (USE STORE P.O. #)
STYLE #  _____
COLOR    _____                     OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE     _____                     NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY _____                     APPAREL OR ANY OTHER ILLEGAL
MADE IN   (COUNTRY NAME)                             ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #    _____ OF _____                          BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____                    AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE _____                     TO IMPLEMENT OUR POLICY.

RN # 94116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and/or customer(s) due to shipment delays, quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.

                        VENDOR COPY            
                                                BUYER'S SIGNATURE

AT-0099

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06    PAGE   1
P.O. #: 0000034290
STORE P.O. #: 4891747
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK (V yaka) |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 5271 | 7028 | 7028 | 5271 | 3514 | | | | 28,112 |
| SPANISH BROWN | 5271 | 7028 | 7028 | 5271 | 3514 | | | | 28,112 |
| IRON CREEK TEAL | 3514 | 7028 | 7028 | 3514 | 3514 | | | | 24,598 |
| SANDY ROSE | 3514 | 7028 | 7028 | 5271 | 3514 | | | | 26,355 |

TOTAL AMOUNT $ U.S.:    509,090.75          TOTAL UNITS:   107,177

```
GAUGE      :                  YARN COUNT:                    WEIGHT      :
LABEL      : MA05_08A2        HANG TAG  : MA04_01C1          POLY BAG    : NEUTRAL
FINAL DEST : USA                                             PRE TICKET  : YES
RATIO      : S/M/L/XL/XXL                        : JORDAN

WASH INSTR : AS PER MTL FULL FABRIC TEST
           :
           :
PRE-PACK   : ASSORTMENT ITEM PACKING AS ASSORTMENT SHEET
PREPACK    : ASSORTED COLOR / ASSORTED SIZE
DETAILS    :
PRECARTON
DETAILS    : ASSORTED ITEM PACKING AS PER COMMIT

SPECIAL
INSTRUCTNS: RNN 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****
```

                    SHIPPING MARKS ON OUTSIDE OF CARTON
FRONT MARK:                                  SIDE MARK:

                                             INDICATE CARTON # AND COLOR-SIZE
                                             BREAKDOWN FOR EACH CARTON
TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS        MN 55402

```
   DEPT #   ___(USE_STORE_DEPT_#)___
   ORDER #  ___(USE_STORE_P.O._#)___
   STYLE #  _____
   COLOR    _____
   SIZE     _____
   QUANTITY _____
   MADE IN  _____(COUNTRY_NAME)_____
   CTN #    _____ OF _____
   DC P.O. # _____
   MFG CODE _____
```

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                        BUYER'S SIGNATURE

AT-0100

IKINCI YUKLEME: 100612,2 $

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

PURCHASE ORDER

ACTUAL

7/21/06  PAGE  1
P.O. #: 0000034286
STORE P.O. #: 3395777
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C  UB$ | 5.55 | DIRECT LC | |

STYLE #: 203458   DESCRIPTION: SEAMLESS LACE CAMI  SATIN

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| EBONY | 396 | 684 | 744 | 420 | 300 | | | | | 2,544 |
| TRUE WHITE | 516 | 876 | 876 | 504 | 360 | | | | | 3,132 |
| CORK | 420 | 768 | 780 | 456 | 324 | | | | | 2,748 |
| GREY AQUA | 252 | 432 | 456 | 264 | 156 | | | | | 1,560 |

TOTAL AMOUNT $ U.S.: 55,411.20   TOTAL UNITS: 9,984

```
GAUGE        :                   YARN COUNT:              WEIGHT    :
LABEL        : MA05_08A2         HANG TAG : MA04_01C1    POLY BAG  : NEUTRAL
FINAL DEST: USA                                           PRE TICKET: YES
RATIO        : S/M/L/XL/XXL                              : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
```

SHIPPING MARKS ON OUTSIDE OF CARTON
FRONT MARK:                                  SIDE MARK:

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS      MN 55402

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

```
DEPT #   ___(USE STORE DEPT #)___
ORDER #  ___(USE STORE P.O. #)___
STYLE #  _____
COLOR    _____
SIZE     _____
QUANTITY _____
MADE IN  ____(COUNTRY NAME)_____
CTN #    _____OF_____
DC P.O. # _____
MFG CODE _____
```

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                              _/s/ Nilda Michaels_
                                          BUYER'S SIGNATURE

AT-0101