**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034293
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

FORWARDER:
FINAL DEST: USA

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/20/06X C/D | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| COROLLA SAND | 12 | 36 | 36 | 24 | 12 | | | | 120 |

| TOTAL AMOUNT $ U.S.: | 570.00 | | TOTAL UNITS: | 120 |
|---|---|---|---|---|

GAUGE         :
LABEL         : MA05_08A2
FINAL DEST:   USA
RATIO         : S/M/L/XL/XXL

YARN COUNT:
HANG TAG      : MA04_01C1

WEIGHT        :
POLY BAG      : NEUTRAL
PRE TICKET:   YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK      : 12 PCS PER MASTER PACK
PREPACK       : SOLID COLOR / SOLID SIZE
DETAILS       :
PRECARTON
DETAILS       : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
                IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
   *****TARGET.COM*****

SHIPPING MARKS ON OUTSIDE OF CARTON

FRONT MARK:

TARGET.COM
TNC-3110
P.O BOX 9493
MINNEAPOLIS     MN 55440

DEPT #    ___(USE_STORE_DEPT_#)___
ORDER #   ___(USE_STORE_P.O._#)___
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   _____(COUNTRY_NAME)___
CTN #     _____OF_____
DC P.O. # _____
MFG CODE  _____

RN # 94115

SIDE MARK:

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

| COLOR | S | M | L |
|---|---|---|---|
| | | | |
| | | | |

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY

BUYER'S SIGNATURE


DEFENDANT'S EXHIBIT
1

AT-0082

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06         PAGE    1
P.O. #: 9000034294
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/20/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 24 | 48 | 60 | 36 | 12 | | | | 180 |
| SPANISH BROWN | 12 | 36 | 36 | 24 | 12 | | | | 120 |
| IRON CREEK TEAL | 12 | 36 | 36 | 24 | 12 | | | | 120 |
| SANDY ROSE | 12 | 36 | 36 | 24 | 12 | | | | 120 |

TOTAL AMOUNT $ U.S.:   2,565.00                              TOTAL UNITS:   540

```
GAUGE       :                YARN COUNT:                   WEIGHT     :
LABEL       : MA05_08A2      HANG TAG  : MA04_01C1         POLY BAG   : NEUTRAL
FINAL DEST: USA                                            PRE TICKET: YES
RATIO       : S/M/L/XL/XXL                                 : JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
              IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
            *****TARGET.COM*****
```

------------------------ SHIPPING MARKS ON OUTSIDE OF CARTON ------------------------
FRONT MARK:                                  SIDE MARK:

                                             INDICATE CARTON # AND COLOR-SIZE
                                             BREAKDOWN FOR EACH CARTON

TARGET.COM
TNC-3110
P.O BOX 9493
MINNEAPOLIS       MN 55440

| | COLOR | S | M | L |
|---|---|---|---|---|
| | | | | |
| | | | | |

DEPT #   (USE STORE DEPT #)
ORDER #  (USE STORE P.O. #)
STYLE #  _____
  COLOR  _____
  SIZE   _____
QUANTITY _____
MADE IN  (COUNTRY NAME)
CTN #    _____ OF _____
DC P.O. # _____
MFG CODE _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claims(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                       *[signature]*
                                                  BUYER'S SIGNATURE

AT-0083

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

A C T U A L

7/21/06    PAGE    1
P.O. #: 0000034295
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/20/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE #: 203458    DESCRIPTION: SEAMLESS LACE CAMI

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| DRIED SAGE | 12 | 36 | 36 | 24 | 12 | | | | | 120 |

TOTAL AMOUNT $ U.S.: 666.00    TOTAL UNITS: 120

GAUGE           :
LABEL           : MA05_08A2
FINAL DEST: USA
RATIO           : S/M/L/XL/XXL

YARN COUNT:
HANG TAG    : MA04_01C1

WEIGHT       :
POLY BAG    : NEUTRAL
PRE TICKET: YES
: JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
    IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
    *****TARGET.COM*****

---------------- SHIPPING MARKS ON OUTSIDE OF CARTON ----------------
FRONT MARK:                                SIDE MARK:

                                           INDICATE CARTON # AND COLOR-SIZE
                                           BREAKDOWN FOR EACH CARTON
TARGET.COM
TNC-3110
P.O BOX 9493
MINNEAPOLIS         MN 55440

| COLOR | S | M | L |
|---|---|---|---|
| | | | |
| | | | |

DEPT #    ___(USE_STORE_DEPT_#)___
ORDER #   ___(USE_STORE_P.O._#)___
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   ____(COUNTRY_NAME)_____
CTN #     _____OF_____
DC P.O. # _____
MFG CODE  _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays/quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                  *[signature]*
                                             BUYER'S SIGNATURE

AT-0084

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06       PAGE    1
P.O. #: 0000034296
STORE P.O. #: TBA
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.29/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/20/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 24 | 48 | 60 | 36 | 12 | | | | 180 |
| TRUE WHITE | 12 | 48 | 48 | 24 | 12 | | | | 144 |
| CORK | 12 | 36 | 36 | 24 | 12 | | | | 120 |
| GREY AQUA | 12 | 36 | 36 | 24 | 12 | | | | 120 |

TOTAL AMOUNT $ U.S.:   3,130.20            TOTAL UNITS:   564

```
GAUGE     :                  YARN COUNT:                 WEIGHT    :
LABEL     : MA05_08A2        HANG TAG  : MA04_01C1       POLY BAG  : NEUTRAL
FINAL DEST: USA                                          PRE TICKET: YES
RATIO     : S/M/L/XL/XXL                              : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK  : 12 PCS PER MASTER
PREPACK   : SOLID COLOR / SOLID SIZE
DETAILS   :
PRECARTON
DETAILS   : FOLDED W/HTAG FACE UP & VISIBLE ON CARDBOARD BACKING SEALED TIGHT
    IN PLASTIC BAG

SPECIAL
INSTRUCTNS: RN# 17730
    *****TARGET.COM*****
```

-------------------------SHIPPING MARKS ON OUTSIDE OF CARTON-------------------------
FRONT MARK:                                    SIDE MARK:

                                               INDICATE CARTON # AND COLOR-SIZE
                                               BREAKDOWN FOR EACH CARTON

TARGET.COM
TNC-3110
P.O BOX 9493
MINNEAPOLIS          MN 55440

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

```
DEPT #    __(USE_STORE_DEPT_#)__
ORDER #   __(USE_STORE_P.O._#)__
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   ____(COUNTRY_NAME)____
CTN #     _____ OF _____
DC P.O. # _____
MFG CODE
```

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.



VENDOR COPY

BUYER'S SIGNATURE

AT-0085

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06  PAGE  1
P.O. #: 0000034285
STORE P.O. #: 3395777
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP BY | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK → V yaka |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 444 | 768 | 780 | 456 | 324 | | | | 2,772 |
| SPANISH BROWN | 432 | 792 | 828 | 492 | 348 | | | | 2,892 |
| IRON CREEK TEAL | 300 | 456 | 504 | 264 | 180 | | | | 1,704 |
| SANDY ROSE | 372 | 588 | 612 | 336 | 240 | | | | 2,148 |

TOTAL AMOUNT $ U.S.: 45,201.00  TOTAL UNITS: 9,516

GAUGE       :
LABEL       : MA05_08A2
FINAL DEST: USA
RATIO       : S/M/L/XL/XXL

YARN COUNT:
HANG TAG  : MA04_01C1

WEIGHT    :
POLY BAG  : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK  : 12 PCS PER MASTER PACK
PREPACK   : SOLID COLOR / SOLID SIZE
DETAILS   :
PRECARTON
DETAILS   : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---SHIPPING MARKS ON OUTSIDE OF CARTON---

FRONT MARK:

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS    MN 55402

DEPT #    (USE STORE DEPT #)
ORDER #   (USE STORE P.O. #)
STYLE #   _____
COLOR     _____
SIZE      _____
QUANTITY  _____
MADE IN   (COUNTRY NAME)
CTN #     _____ OF _____
DC P.O. # _____
MFG CODE  _____

SIDE MARK:

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

| COLOR | S | M | L |
|---|---|---|---|
| | | | |
| | | | |

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN# 84118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY

BUYER'S SIGNATURE

AT-0087

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06  PAGE  1
P.O. #: 0000034291
STORE P.O. #: 1366131
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/02/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK  ve yaka |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 348 | 588 | 600 | 360 | 252 | | | | 2,148 |
| SPANISH BROWN | 336 | 612 | 636 | 372 | 264 | | | | 2,220 |
| IRON CREEK TEAL | 228 | 360 | 384 | 204 | 144 | | | | 1,320 |
| SANDY ROSE | 288 | 468 | 492 | 252 | 180 | | | | 1,680 |

TOTAL AMOUNT $ U.S.:  34,998.00   TOTAL UNITS: 7,368

```
GAUGE       :                    YARN COUNT:              WEIGHT      :
LABEL       : MA05_08A2          HANG TAG   : MA04_01C1   POLY BAG    : NEUTRAL
FINAL DEST  : USA                                         PRE TICKET  : YES
RATIO       : S/M/L/XL/XXL                              : JORDAN

WASH INSTR  : AS PER MTL FULL FABRIC TEST
            :
            :
PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT


SPECIAL
INSTRUCTNS  : RN# 17730 *****FLAT PACKED NO HANGER*****
```

---------------------SHIPPING MARKS ON OUTSIDE OF CARTON----------------
FRONT MARK:                                SIDE MARK:

                                           INDICATE CARTON # AND COLOR-SIZE
                                           BREAKDOWN FOR EACH CARTON
TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310                    | COLOR | S | M | L |
MINNEAPOLIS    MN 55402                    |-------|---|---|---|
                                           |       |   |   |   |
DEPT #   (USE STORE DEPT #)                |       |   |   |   |
ORDER #  (USE STORE P.O. #)
STYLE #  _____
COLOR    _____                OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE     _____                NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY _____                APPAREL OR ANY OTHER ILLEGAL
MADE IN  (COUNTRY NAME)                    ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #    _____ OF _____             BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____                AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE _____                TO IMPLEMENT OUR POLICY.

RN # 94118

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claims(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                      _____
                                                    BUYER'S SIGNATURE

AT-0089

DAĞINCI YÜKLEME: 9841*6*

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

PURCHASE ORDER

ACTUAL

7/21/06      PAGE    1
P.O. #: 0000034282
STORE P.O. #: 7860869
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L 6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/09/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 408 | 756 | 732 | 432 | 264 | | | | 2,592 |
| TRUE WHITE | 492 | 864 | 900 | 480 | 324 | | | | 3,060 |
| CORK | 408 | 732 | 768 | 456 | 276 | | | | 2,640 |
| GREY AQUA | 228 | 420 | 420 | 204 | 168 | | | | 1,440 |

TOTAL AMOUNT $ U.S.: 54,012.60       TOTAL UNITS: 9,732

GAUGE         :
LABEL         : MA05_08A2
FINAL DEST: USA
RATIO         : S/M/L/XL/XXL

YARN COUNT:
HANG TAG   : MA04_01C1

WEIGHT     :
POLY BAG   : NEUTRAL
PRE TICKET: YES
: JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK   : 12 PCS PER MASTER PACK
PREPACK    : SOLID COLOR / SOLID SIZE
DETAILS    :
PRECARTON
DETAILS    : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

------------------SHIPPING MARKS ON OUTSIDE OF CARTON------------------
FRONT MARK:                                    SIDE MARK:

                                    INDICATE CARTON # AND COLOR-SIZE
                                    BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS        MN 55402

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #   ___(USE_STORE_DEPT_#)___
ORDER #  ___(USE_STORE_P.O._#)___
STYLE #  _____
COLOR    _____
SIZE     _____
QUANTITY _____
MADE IN  _____(COUNTRY_NAME)___
CTN #    _____ OF _____
DC P.O. # _____
MFG CODE

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 54115
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY


BUYER'S SIGNATURE

AT-0090

3 YULEME ≈ 77955,4 ℔

# PRIVATE LABEL SOURCING, LLC
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06        PAGE    1
P.O. #: 0000034284
STORE P.O. #: 1366131
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP BY | TERMS | UNIT PRICE | | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|---|
| 10/02/06X C/O | SEA NORFOLK | DROP | L/C | US$ | 5.55 | DIRECT LC | |

| STYLE | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI Attet |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 300 | 540 | 564 | 324 | 228 | | | | 1,956 |
| TRUE WHITE | 396 | 660 | 660 | 384 | 276 | | | | 2,376 |
| CORK | 324 | 576 | 600 | 360 | 252 | | | | 2,112 |
| GREY AQUA | 204 | 336 | 360 | 204 | 120 | | | | 1,224 |

TOTAL AMOUNT $ U.S.: 42,557.40        TOTAL UNITS: 7,668

GAUGE         :
LABEL         : MA05_08A2
FINAL DEST: USA
RATIO         : S/M/L/XL/XXL

YARN COUNT:
HANG TAG    : MA04_01C1

WEIGHT       :
POLY BAG   : NEUTRAL
PRE TICKET: YES
: JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK      : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---------- SHIPPING MARKS ON OUTSIDE OF CARTON ----------
FRONT MARK:                                    SIDE MARK:

                                               INDICATE CARTON # AND COLOR-SIZE
                                               BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS         MN 55402

| COLOR | S | M | L |
|---|---|---|---|
|  |  |  |  |

DEPT #  __(USE_STORE_DEPT_#)__
ORDER # __(USE_STORE_P.O._#)__
STYLE # _____
    COLOR _____
     SIZE _____
 QUANTITY _____
  MADE IN ___(COUNTRY_NAME)___
    CTN # _____ OF _____
  DC P.O. # _____
 MFG CODE _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                    _____
                                               BUYER'S SIGNATURE

AT-0088

*Pv Yukleme : 1220989*

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

A C T U A L

7/21/06          PAGE    1
P.O. #: 0000034289
STORE P.O. #: 4891747
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI → Atlet |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR #/COLOR NAME | S | M | L | XL | XXL | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| EBONY | 5271 | 8785 | 8785 | 5271 | 3514 | | | | | 31,626 |
| TRUE WHITE | 3514 | 10542 | 10542 | 5271 | 3514 | | | | | 33,383 |
| CORK | 5271 | 8785 | 8785 | 5271 | 3514 | | | | | 31,626 |
| GREY AQUA | 5271 | 8785 | 8785 | 5271 | 3514 | | | | | 31,626 |

TOTAL AMOUNT $ U.S.: 711,848.55          TOTAL UNITS: 128,261

```
GAUGE      :                YARN COUNT:                  WEIGHT     :
LABEL      : MA05_08A2      HANG TAG  : MA04_01C1       POLY BAG   : NEUTRAL
FINAL DEST : USA                                         PRE TICKET : YES
RATIO      : S/M/L/XL/XXL                               : JORDON

WASH INSTR : AS PER MTL FULL FABRIC TEST

PRE-PACK   : ASSORTMENT ITEM PACKING AS ASSORTMENT ITEM SHEET
PREPACK    : ASSORTED COLOR / ASSORTED SIZE
DETAILS    :
PRECARTON
DETAILS    : ASSORTED ITEM PACKING AS PER COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****
```

_____SHIPPING MARKS ON OUTSIDE OF CARTON_____
FRONT MARK:                                    SIDE MARK:

                    △
                                    INDICATE CARTON # AND COLOR-SIZE
                                    BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS    MN 55402

```
DEPT #    (USE STORE DEPT #)
ORDER #   (USE STORE P.O. #)
STYLE #   _____
COLOR     _____          OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE      _____          NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY  _____          APPAREL OR ANY OTHER ILLEGAL
MADE IN   (COUNTRY NAME)               ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #     _____ OF _____            BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____          AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE  _____          TO IMPLEMENT OUR POLICY.
```

RN# 04116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                    _____
                                               BUYER'S SIGNATURE

AT-0086

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034283
STORE P.O. #: 7860869
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/09/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 420 | 732 | 804 | 468 | 276 | | | | 2,700 |
| SPANISH BROWN | 456 | 804 | 804 | 432 | 288 | | | | 2,784 |
| IRON CREEK TEAL | 264 | 528 | 516 | 288 | 204 | | | | 1,800 |
| SANDY ROSE | 324 | 576 | 624 | 324 | 216 | | | | 2,064 |

TOTAL AMOUNT $ U.S.: 44,403.00    TOTAL UNITS: 9,348

GAUGE         :                YARN COUNT:                WEIGHT    :
LABEL         : MA05_08A2      HANG TAG   : MA04_01C1    POLY BAG  : NEUTRAL
FINAL DEST:   USA                                        PRE TICKET: YES
RATIO         : S/M/L/XL/XXL                             : JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK  : 12 PCS PER MASTER PACK
PREPACK   : SOLID COLOR / SOLID SIZE
DETAILS   :
PRECARTON
DETAILS   : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---

SHIPPING MARKS ON OUTSIDE OF CARTON

FRONT MARK:                                SIDE MARK:

                                            INDICATE CARTON # AND COLOR-SIZE
                                            BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310                    |   COLOR   | S | M | L |
MINNEAPOLIS        MN 55402

DEPT #    (USE STORE DEPT #)
ORDER #   (USE STORE P.O. #)
STYLE #   _____              OUR COMPANY ALWAYS MAINTAINS POLICY
COLOR     _____              NOT TO ENGAGE IN TRANSSHIPMENT OF
SIZE      _____              APPAREL OR ANY OTHER ILLEGAL
QUANTITY  _____              ACTIVITY UNDER ANY CIRCUMSTANCES.
MADE IN   (COUNTRY NAME)                  BY ACCEPTING THIS PURCHASE ORDER YOU
CTN #     ____ OF _____                AGREE TO TAKE ALL NECESSARY ACTION
DC P.O. # _____              TO IMPLEMENT OUR POLICY.
MFG CODE  _____

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                          _____
                                                         BUYER'S SIGNATURE

AT-0091

BOOKING VOLUME: 103,350 #

# PRIVATE LABEL SOURCING, LLC
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034280
STORE P.O. #: 6125210
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

FORWARDER:
FINAL DEST: USA

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/16/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE: 203458   DESCRIPTION: SEAMLESS LACE CAMI

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 408 | 672 | 720 | 444 | 312 | | | | 2,556 |
| TRUE WHITE | 504 | 816 | 864 | 540 | 372 | | | | 3,096 |
| CORK | 516 | 768 | 780 | 444 | 324 | | | | 2,832 |
| GREY AQUA | 264 | 444 | 504 | 312 | 192 | | | | 1,716 |

TOTAL AMOUNT $ U.S.: 56,610.00   TOTAL UNITS: 10,200

GAUGE        :
LABEL        : MA05_08A2
FINAL DEST   : USA
RATIO        : S/M/L/XL/XXL

YARN COUNT:
HANG TAG     : MA04_01C1

WEIGHT       :
POLY BAG     : NEUTRAL
PRE TICKET   : YES
             : JORDON

WASH INSTR   : AS PER MTL FULL FABRIC TEST

PRE-PACK     : 12 PCS PER MASTER PACK
PREPACK
DETAILS      : SOLID COLOR / SOLID SIZE
PRECARTON
DETAILS      : SEE COMMIT

SPECIAL
INSTRUCTNS:  RN# 17730 *****FLAT PACKED NO HANGER*****

-------------------- SHIPPING MARKS ON OUTSIDE OF CARTON --------------------
FRONT MARK:                              SIDE MARK:

       △                                 INDICATE CARTON # AND COLOR-SIZE
   TARGET CORPORATION                    BREAKDOWN FOR EACH CARTON
   GLOBAL TRADE FINANCE DEPT
   33 SOUTH 6TH ST-CC-3310                !___COLOR___!__S__!__M__!__L__!
   MINNEAPOLIS     MN 55402               !           !     !     !     !
                                          !-----------!-----!-----!-----!
DEPT #   ___(USE_STORE_DEPT_#)___         !           !     !     !     !
ORDER #  ___(USE_STORE_P.O._#)___         ============================
STYLE #  _____
COLOR    _____         OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE     _____         NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY _____         APPAREL OR ANY OTHER ILLEGAL
MADE IN  _____(COUNTRY_NAME)_____         ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #    _____ OF _____          BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____         AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE _____         TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                               _____
                                          BUYER'S SIGNATURE

AT-0092

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06        PAGE    1
P.O. #: 0000034281
STORE P.O. #: 6125210
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/16/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

STYLE #: 203452   DESCRIPTION: SEAMLESS LACE VEE NECK

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 456 | 756 | 732 | 444 | 324 | | | | 2,712 |
| SPANISH BROWN | 480 | 804 | 828 | 540 | 336 | | | | 2,988 |
| IRON CREEK TEAL | 324 | 504 | 540 | 324 | 168 | | | | 1,860 |
| SANDY ROSE | 408 | 612 | 600 | 384 | 276 | | | | 2,280 |

TOTAL AMOUNT $ U.S.: 46,740.00                TOTAL UNITS: 9,840

GAUGE       :                  YARN COUNT:                  WEIGHT    :
LABEL       : MA05_08A2        HANG TAG  : MA04_01C1        POLY BAG  : NEUTRAL
FINAL DEST: USA                                             PRE TICKET: YES
RATIO       : S/M/L/XL/XXL                                  : JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST
           :
           :
PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

------------------SHIPPING MARKS ON OUTSIDE OF CARTON------------------
FRONT MARK:                                   SIDE MARK:

                                              INDICATE CARTON # AND COLOR-SIZE
                                              BREAKDOWN FOR EACH CARTON
TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310                       |  COLOR  | S | M | L |
MINNEAPOLIS     MN 55402                      |--------|---|---|---|
                                              |        |   |   |   |
DEPT #    __(USE_STORE_DEPT_#)__              |        |   |   |   |
ORDER #   __(USE_STORE_P.O._#)__
STYLE #   _____
COLOR     _____            OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE      _____            NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY  _____            APPAREL OR ANY OTHER ILLEGAL
MADE IN   ____(COUNTRY_NAME)_____             ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #     _____ OF _____                BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. # _____            AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE  _____            TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.
                          VENDOR COPY                                   _____
                                                                           BUYER'S SIGNATURE

AT-0093

*Altinq yukleme: 258109.8 $*

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

[ ACTUAL ]

7/21/06   PAGE   1
P.O. #: 0000034278
STORE P.O. #: 4126986
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/DZ |
|---|---|---|---|---|---|---|
| 10/23/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE #: 203458   DESCRIPTION: SEAMLESS LACE CAMI

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 1032 | 1812 | 1908 | 1056 | 756 | | | | 6,564 |
| TRUE WHITE | 1284 | 2232 | 2364 | 1320 | 912 | | | | 8,112 |
| CORK | 1080 | 1896 | 1992 | 1176 | 768 | | | | 6,912 |
| GREY AQUA | 648 | 1152 | 1140 | 636 | 432 | | | | 4,008 |

TOTAL AMOUNT $ U.S.: 142,057.80   TOTAL UNITS: 25,596

GAUGE       :
LABEL       : MA05_08A2
FINAL DEST: USA
RATIO       : S/M/L/XL/XXL

YARN COUNT:
HANG TAG : MA04_01C1

WEIGHT       :
POLY BAG  : NEUTRAL
PRE TICKET: YES
: JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

------ SHIPPING MARKS ON OUTSIDE OF CARTON ------
FRONT MARK:                                SIDE MARK:

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS       MN 55402

```
==================================
!    COLOR    ! S ! M ! L !
!             !   !   !   !
!-------------!---!---!---!
!             !   !   !   !
==================================
```

DEPT #   __(USE STORE DEPT #)__
ORDER #  __(USE STORE P.O. #)__
STYLE #  _____
COLOR    _____
SIZE     _____
QUANTITY _____
MADE IN  ____(COUNTRY NAME)____
CTN #    _____ OF _____
DC P.O. # _____
MFG CODE _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                    *(signature)*
                                          BUYER'S SIGNATURE

AT-0094

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034279
STORE P.O. #: 4126986
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP IT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/23/06X C/D | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

STYLE #: 203452   DESCRIPTION: SEAMLESS LACE VEE NECK

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 1104 | 1920 | 2040 | 1176 | 780 | | | | 7,020 |
| SPANISH BROWN | 1224 | 2016 | 2172 | 1176 | 816 | | | | 7,404 |
| IRON CREEK TEAL | 756 | 1224 | 1308 | 732 | 540 | | | | 4,560 |
| SANDY ROSE | 888 | 1512 | 1500 | 924 | 624 | | | | 5,448 |

TOTAL AMOUNT $ U.S.: 116,052.00        TOTAL UNITS: 24,432

GAUGE     :
LABEL     : MA05_09A2
FINAL DEST: USA
RATIO     : S/M/L/XL/XXL

YARN COUNT:
HANG TAG  : MA04_01C1

WEIGHT    :
POLY BAG  : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK        : 12 PCS PER MASTER PACK
PREPACK         : SOLID COLOR / SOLID SIZE
DETAILS         :
PRECARTON
DETAILS         : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---------------------SHIPPING MARKS ON OUTSIDE OF CARTON---------------------

FRONT MARK:                                    SIDE MARK:

                                               INDICATE CARTON # AND COLOR-SIZE
                                               BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS      MN 55402

DEPT #   (USE STORE DEPT #)
ORDER #  (USE STORE P.O. #)
STYLE #  _____
COLOR    _____          OUR COMPANY ALWAYS MAINTAINS POLICY
SIZE     _____          NOT TO ENGAGE IN TRANSSHIPMENT OF
QUANTITY _____          APPAREL OR ANY OTHER ILLEGAL
MADE IN  (COUNTRY NAME)                 ACTIVITY UNDER ANY CIRCUMSTANCES.
CTN #    _____ OF _____             BY ACCEPTING THIS PURCHASE ORDER YOU
DC P.O. #                               AGREE TO TAKE ALL NECESSARY ACTION
MFG CODE                                TO IMPLEMENT OUR POLICY.

RN # 94116
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and/or customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                             _____
                                              BUYER'S SIGNATURE

AT-0095

7. YUKLEME : 12,289.3

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

A C T U A L

7/21/05    PAGE    1
P.O. #: 0000034287
STORE P.O. #: 8282203
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LOT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PAGE CODE | NOT LESS/SZ |
|---|---|---|---|---|---|---|
| 10/30/05X C/D | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203458 | SEAMLESS LACE CAMI |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| DRIED SAGE | 1562 | 4686 | 3124 | 1562 | 1562 | | | | 12,496 |

TOTAL AMOUNT $ U.S.: 69,352.80    TOTAL UNITS: 12,496

```
GAUGE      :                      YARN COUNT:                       HEIGHT    :
LABEL      : MA05_08A2             HANG TAG  : MA04_01C1            POLY BAG  : NEUTRAL
FINAL DEST: USA                                                      PRE TICKET: YES
RATIO      : S/M/L/XL/XXL                                           : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK   : ASSORTMENT ITEM PACKING AS ASSORTMENT ITEM SHEET
PREPACK    : ASSORTED COLOR / ASSORTED SIZE
DETAILS    :
PRECARTON
DETAILS    : ASSORTED ITEM PACKING AS PER COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****
```

------------------ SHIPPING MARKS ON OUTSIDE OF CARTON ------------------
FRONT MARK:                                    SIDE MARK:

       △
       TARGET CORPORATION
       GLOBAL TRADE FINANCE DEPT
       33 SOUTH 6TH ST-CC-3310
       MINNEAPOLIS    MN 55402

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #   (USE STORE DEPT #)
ORDER #  (USE STORE P.O. #)
STYLE #  _____
COLOR    _____
SIZE     _____
QUANTITY _____
MADE IN  (COUNTRY NAME)
CTN #    _____ OF _____
DC P.O. # _____
MFG CODE _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 04115
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                    BUYER'S SIGNATURE

AT-0096

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06    PAGE    1
P.O. #: 0000034288
STORE PO #: 8282203
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 10/30/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| COROLLA SAND | 1562 | 3124 | 3124 | 1562 | 1562 | | | | | 10,934 |

TOTAL AMOUNT $ U.S.: 51,936.50        TOTAL UNITS: 10,934

GAUGE      :
LABEL      : MA05_08A2
FINAL DEST : USA
RATIO      : S/M/L/XL/XXL

YARN COUNT:
HANG TAB  : MA04_01C1

WEIGHT    :
POLY BAG  : NEUTRAL
PRE TICKET: YES
          : JORDAN

WASH INSTR: AS PER NTL FULL FABRIC TEST

PRE-PACK  : ASSORTMENT ITEM PACKING AS ASSORTMENT SHEET
PREPACK   : ASSORTED COLOR / ASSORTED SIZE
DETAILS   :
PRECARTON
DETAILS   : ASSORTED ITEM PACKING AS PER COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****

-------------------SHIPPING MARKS ON OUTSIDE OF CARTON------------------
FRONT MARK:                                SIDE MARK:

                                           INDICATE CARTON # AND COLOR-SIZE
                                           BREAKDOWN FOR EACH CARTON

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS      MN 55402

DEPT #   (USE STORE DEPT #)
ORDER #  (USE STORE P.O. #)
STYLE #  _____
COLOR    _____
SIZE     _____
QUANTITY _____
MADE IN  (COUNTRY NAME)
CTN #    _____ OF _____
DC P.O. # _____
MFG CODE _____

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 84170
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and/or customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                        BUYER'S SIGNATURE

AT-0097

S. 4DEEME: 34741.2

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/31/06   PAGE   1
P.O. #: 0000034276
STORE P.O. #: 4800573
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT. 28/2

FORWARDER:
FINAL DEST: USA

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | SPECIE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 11/06/06X C/O | SEA NORFOLK | DROP | L/C | US$ 5.55 | DIRECT LC | |

STYLE: 203458   DESCRIPTION: SEAMLESS LACE CAMI

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | TOTAL |
|---|---|---|---|---|---|---|---|---|
| EBONY | 132 | 192 | 228 | 120 | 72 | | | 744 |
| TRUE WHITE | 132 | 252 | 252 | 144 | 96 | | | 876 |
| CORK | 120 | 252 | 252 | 144 | 96 | | | 864 |
| GREY AQUA | 108 | 144 | 144 | 72 | 72 | | | 540 |
| DRIED SAGE | 72 | 96 | 96 | 72 | 24 | | | 360 |

TOTAL AMOUNT $ U.S.: 18,781.20      TOTAL UNITS: 3,384

GAUGE         :
LABEL         : MA05_08A2
FINAL DEST: USA
RATIO         : S/M/L/XL/XXL

YARN COUNT:
HANG TAG    : MA04_01C1

WEIGHT        :
POLY BAG   : NEUTRAL
PRE TICKET: YES
: JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST
              :
              :
PRE-PACK   : 12 PCS PER MASTER PACK
PREPACK    : SOLID COLOR / SOLID SIZE
DETAILS    :
PRECARTON
DETAILS    : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

```
------------------------- SHIPPING MARKS ON OUTSIDE OF CARTON -------------------------
FRONT MARK:                                    SIDE MARK:

                                               INDICATE CARTON # AND COLOR-SIZE
                                               BREAKDOWN FOR EACH CARTON
        TARGET CORPORATION
        GLOBAL TRADE FINANCE DEPT              ================================
        33 SOUTH 6TH ST-CC-3310                !___COLOR___!__S__!__M__!__L__!
        MINNEAPOLIS          MN 55402          !           !     !     !     !
                                               !-----------!-----!-----!-----!
    DEPT #   ___(USE_STORE_DEPT_#)___          !           !     !     !     !
    ORDER #  ___(USE_STORE_P.O._#)___          ================================
    STYLE #  _____
    COLOR    _____         OUR COMPANY ALWAYS MAINTAINS POLICY
    SIZE     _____         NOT TO ENGAGE IN TRANSSHIPMENT OF
    QUANTITY _____         APPAREL OR ANY OTHER ILLEGAL
    MADE IN  ____(COUNTRY_NAME)_____          ACTIVITY UNDER ANY CIRCUMSTANCES.
    CTN #    _____ OF _____          BY ACCEPTING THIS PURCHASE ORDER YOU
    DC P.O. # _____         AGREE TO TAKE ALL NECESSARY ACTION
    MFG CODE _____         TO IMPLEMENT OUR POLICY.
```

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY


BUYER'S SIGNATURE

AT-0098

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034277
STORE P.O. #: 4800573
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHIP BY | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 11/06/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 132 | 228 | 240 | 132 | 72 | | | | 804 |
| SPANISH BROWN | 132 | 240 | 264 | 144 | 120 | | | | 900 |
| IRON CREEK TEAL | 72 | 132 | 156 | 96 | 36 | | | | 492 |
| SANDY ROSE | 120 | 216 | 216 | 120 | 72 | | | | 744 |
| COROLLA SAND | 60 | 120 | 120 | 72 | 48 | | | | 420 |

TOTAL AMOUNT $ U.S.: 15,960.00       TOTAL UNITS: 3,360

GAUGE         :
LABEL         : MA05_08A2
FINAL DEST: USA
RATIO         : S/M/L/XL/XXL

YARN COUNT:
HANG TAG : MA04_01C1

WEIGHT       :
POLY BAG   : NEUTRAL
PRE TICKET: YES
: JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK    : 12 PCS PER MASTER PACK
PREPACK     : SOLID COLOR / SOLID SIZE
DETAILS     :
PRECARTON
DETAILS     : SEE COMMIT

SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****

---SHIPPING MARKS ON OUTSIDE OF CARTON---
FRONT MARK:                          SIDE MARK:

TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS    MN 55402

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

| COLOR | S | M | L |
|---|---|---|---|
| | | | |

DEPT #    (USE STORE DEPT #)
ORDER #   (USE STORE P.O. #)
STYLE #   
COLOR     
SIZE      
QUANTITY  
MADE IN   (COUNTRY NAME)
CTN #     ___ OF ___
DC P.O. # 
MFG CODE  

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and/or customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY         BUYER'S SIGNATURE

AT-0099

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800   FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06                PAGE      1
P.O. #: 0000034290
STORE P.O. #: 4891747
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LBS/OZ |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C | US$ 4.75 | DIRECT LC | |

| STYLE # | DESCRIPTION |
|---|---|
| 203452 | SEAMLESS LACE VEE NECK (V take) |

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 5271 | 7028 | 7028 | 5271 | 3514 | | | | 28,112 |
| SPANISH BROWN | 5271 | 7028 | 7028 | 5271 | 3514 | | | | 28,112 |
| IRON CREEK TEAL | 3514 | 7028 | 7028 | 3514 | 3514 | | | | 24,598 |
| SANDY ROSE | 3514 | 7028 | 7028 | 5271 | 3514 | | | | 26,355 |

TOTAL AMOUNT $ U.S.:   509,090.25               TOTAL UNITS:   107,177

```
GAUGE      :                   YARN COUNT:                  WEIGHT     :
LABEL      : MA05_08A2         HANG TAG  : MA04_01C1        POLY BAG   : NEUTRAL
FINAL DEST: USA                                             PRE TICKET : YES
RATIO      : S/M/L/XL/XXL                        : JORDAN

WASH INSTR: AS PER MTL FULL FABRIC TEST
          :
          :
PRE-PACK  : ASSORTMENT ITEM PACKING AS ASSORTMENT SHEET
PREPACK   : ASSORTED COLOR / ASSORTED SIZE
DETAILS   :
PRECARTON
DETAILS   : ASSORTED ITEM PACKING AS PER COMMIT


SPECIAL
INSTRUCTNS: RN# 17730 *****FLAT PACKED NO HANGER*****
            *****ASSORTED PO*****
```

---SHIPPING MARKS ON OUTSIDE OF CARTON---

FRONT MARK:                                 SIDE MARK:



TARGET CORPORATION
GLOBAL TRADE FINANCE DEPT
33 SOUTH 6TH ST-CC-3310
MINNEAPOLIS        MN 55402

```
       DEPT #   ___(USE_STORE_DEPT_#)___
       ORDER #  ___(USE_STORE_P.O._#)___
       STYLE #  _____
         COLOR  _____
          SIZE  _____
      QUANTITY  _____
       MADE IN  _____(COUNTRY_NAME)_____
         CTN #  _____ OF _____
      DC P.O. #  _____
      MFG CODE  _____
```

INDICATE CARTON # AND COLOR-SIZE
BREAKDOWN FOR EACH CARTON

| COLOR | S | M | L |
|---|---|---|---|
| | | | |
| | | | |

OUR COMPANY ALWAYS MAINTAINS POLICY
NOT TO ENGAGE IN TRANSSHIPMENT OF
APPAREL OR ANY OTHER ILLEGAL
ACTIVITY UNDER ANY CIRCUMSTANCES.
BY ACCEPTING THIS PURCHASE ORDER YOU
AGREE TO TAKE ALL NECESSARY ACTION
TO IMPLEMENT OUR POLICY.

RN # 94118
Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality and workmanship of goods, and any causes pertaining to shipment(s) under this order.

VENDOR COPY                                  _____
                                             BUYER'S SIGNATURE

AT-0100

IKINCI YUKLEME: 10061,2 $

**PRIVATE LABEL SOURCING, LLC**
470 BROOME STREET
NEW YORK, NY 10013
TEL (212) 329-0800  FAX (212) 329-0859

**PURCHASE ORDER**

ACTUAL

7/21/06   PAGE   1
P.O. #: 0000034286
STORE P.O. #: 3395777
DEPT: 01601
DIV: PRIVATE LABEL S
SEASON: L6
FORWARDER:
FINAL DEST: USA

TO: ATATEKS FOREIGN TRADE LTD
C/O: BASUL TEKSTIL LDT

GUMUSSUYU, KUTLU SOKAK
TELEFONLU APT.28/2

| DELIVERY | SHIP VIA | SHPMT | TERMS | UNIT PRICE | PRICE CODE | WGT LOG/CC |
|---|---|---|---|---|---|---|
| 9/25/06X C/O | SEA NORFOLK | DROP | L/C   UBS | 5.55 | DIRECT LC | |

STYLE #   DESCRIPTION
203458    SEAMLESS LACE CAMI >ATH<

FABRIC/YARN: 94/6 NYLON LYCRA SPANDEX 240 G/M2

| COLOR # / COLOR NAME | S | M | L | XL | XXL | | | | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| EBONY | 396 | 684 | 744 | 420 | 300 | | | | 2,544 |
| TRUE WHITE | 516 | 876 | 876 | 504 | 360 | | | | 3,132 |
| CORK | 420 | 768 | 780 | 456 | 324 | | | | 2,748 |
| GREY AQUA | 252 | 432 | 456 | 264 | 156 | | | | 1,560 |

TOTAL AMOUNT $ U.S.: 55,411.20         TOTAL UNITS: 9,984

GAUGE     :                 YARN COUNT:              WEIGHT    :
LABEL     : MA05_08A2       HANG TAG   : MA04_01C1   POLY BAG  : NEUTRAL
FINAL DEST: USA                                      PRE TICKET: YES
RATIO     : S/M/L/XL/XXL                           : JORDON

WASH INSTR: AS PER MTL FULL FABRIC TEST

PRE-PACK  : 12 PCS PER MASTER PACK
PREPACK   : SOLID COLOR / SOLID SIZE
DETAILS   :
PRECARTON
DETAILS   : SEE COMMIT

SPECIAL
INSTRUCTNS: RNN 17730 *****FLAT PACKED NO HANGER*****

---SHIPPING MARKS ON OUTSIDE OF CARTON---
FRONT MARK:                                SIDE MARK:

                  △                        INDICATE CARTON # AND COLOR-SIZE
                                           BREAKDOWN FOR EACH CARTON
        TARGET CORPORATION
        GLOBAL TRADE FINANCE DEPT          =============================
        33 SOUTH 6TH ST-CC-3310             !   COLOR   ! S ! M ! L !
        MINNEAPOLIS     MN 55402            !           !   !   !   !
                                            !-----------!---!---!---!
   DEPT #  ___(USE STORE DEPT #)___         !           !   !   !   !
   ORDER # ___(USE STORE P.O. #)___         =============================
   STYLE # _____
   COLOR   _____           OUR COMPANY ALWAYS MAINTAINS POLICY
   SIZE    _____           NOT TO ENGAGE IN TRANSSHIPMENT OF
   QUANTITY_____           APPAREL OR ANY OTHER ILLEGAL
   MADE IN _____(COUNTRY NAME)___           ACTIVITY UNDER ANY CIRCUMSTANCES.
   CTN #   _____OF_____           BY ACCEPTING THIS PURCHASE ORDER YOU
   DC P.O. #_____          AGREE TO TAKE ALL NECESSARY ACTION
   MFG CODE_____           TO IMPLEMENT OUR POLICY.

Remarks: By accepting this purchase order, vendor assumes full responsibility for all resultant claim(s) from us and our customer(s) due to shipment delays, quality
and workmanship of goods, and any causes pertaining to shipment(s) under this order.
                              VENDOR COPY                    _____
                                                             BUYER'S SIGNATURE

AT-0101