Hi Nilda-

Please note that the dept. has reviewed the history of our Fall seamless programs so far this season, and with the poor sales on the Empire waist, they find necessity to cancel the 12/15 update of the 11/1 Rouched tank. This amounts to nearly 62.0 units. With the quality issues on the Empire seamless, poor sales due to this poor execution, and all the shipping issues we are experiencing with the 11/1 Rouched initial PO's, the dept. is asking for full partnership on these canceled units. I realize that you are all in Mpls. tomorrow, so feel free to call me to discuss or coordinate a meeting time. I'm free from 12-2. 612-696-3528

Amber is out of town in Central America this week, so she won't be able attend if we meet.

Thanks!
Lauren

*Lauren Edwards*

⊙ *Target ~ TPS 15 ~ 15183 TSS D16 RTW Knits*

*TSS Business Analyst ~ Merona/Cherokee/Holiday*

*612-696-3528*



D 00513

Hi Nilda-

Please excuse me for the short response, but I wanted to get out a reply to you by the end of the day. Understand that you will still be bringing these units into your warehouse, but we need to finalize at this point if we can consider these units canceled...and then later decide if we want to buy back into them. Erin wants the cancellation decision to be made sooner than later...and doesn't necessarily think the sales of the program will affect her decision to cancel them right now.

Thanks!
Lauren

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Friday, September 29, 2006 4:01 PM
**To:** Lauren.Edwards
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; 'Shanny Centeno'
**Subject:** RE: 11/1 Rouched cancellations

Hi Lauren,

To recap our meeting yesterday....

We confirmed with Erin that the following purchase orders would be potentially canceled

```
Po # 6617031 13308 pcs
Po # 7495869 17784 pcs
Po # 9942615 2916 pcs
Po # 1656600 380 pcs
Po # 1367826 15012 pcs
Po # 6874758 8028 pcs
Po # 1364131 4980 pcs
Total amounts:   62408 pcs
```

We will still manufacture this product and we will bring it into our whse so that potentially once you have sales read for this product we can have inventory to flow to your stores. We do feel very confident as we had expressed in our meeting that once this body hits the floor the sales will take off and there will be a need for this product.

In regards to p.o. # 3566964 - note that we have been advised on all the bookings that we have made for this program for later delivery of the cargo to your forwarder without specific reasons. Therefore, for this particular purchase order it could not be advised that the holiday would impact it as it was not originally scheduled to ship at this timing. We are trying to book it on the 10/19 vessel, however, we do know that there is a backlog of freight as everyone in this part of the world is also trying to do the same before the holiday. Note that Jordan is closed on Fridays, therefore, we will work with our factory and your forwarder during the weekend since they are open on Sunday and we will have a firm answer for you on Monday as to when we can deliver this purchase order to your forwarder either 10/19 vessel or 11/2 vessel.

Thanks and best regards,
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Thursday, September 28, 2006 8:39 PM
**To:** Shanny Centeno; Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

00511

I want to follow up with you on this and clarify a few things:

First of all, the dept. will definitely want to switch this to your warehouse while we work out this cancellation.

Second, we are extremely concerned about the ship windows for this program for these units. Since they fall within this nation's holiday…we are looking at a 2 week IS delay? Why didn't the factory alert us of this? We advise ship windows based on IS date and country of orgin, not specific to each country's specific holiday calendar. If there were challenges because of the holiday…this should have been surfaced when the commit was issued on 6/23.

Finally, can you advise us where you are in researching this with your factory? We need to find resolution as fast as possible.

Thanks!
Lauren

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Tuesday, September 26, 2006 7:48 PM
**To:** Lauren.Edwards; 'Nilda Corchado'
**Cc:** Amber.Biesman
**Subject:** RE: 11/1 Rouched cancellations

Hello Lauren,

fyi: Nilda should be there tomorrow … so you if you don't get a response to this email, try to catch up with her tomorrow.

*"Gone but not forgotten 9-11-01"*

*Shanny Centeno*

*Production Coordinator*

Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: *Shanny@prvtlabel.com*
Tel: 212.329.0808
Fax: 212.32.9.0859

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Tuesday, September 26, 2006 6:57 PM
**To:** Nilda Corchado; Shanny Centeno
**Cc:** Amber.Biesman; Lauren.Edwards
**Subject:** 11/1 Rouched cancellations

D 00512

7/26/2007

Hi Nilda-

Thanks for confirming. The BA will have these out of the commit asap. Further, can you please confirm your warehouse for holding these units? Stephanie will change the item information in anticipation that we might book back into units later in the fall.

Thanks!
Lauren

---

**From:** Stephanie.Richard
**Sent:** Monday, October 02, 2006 4:46 PM
**To:** Nilda Corchado; Lauren.Edwards
**Cc:** Amber.Biesman; Christine@Prvtlabel.com; 'Shanny Centeno'; Stephanie.Richard
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Nilda,

I just requested the 10/19 vessel be approved as soon as the inquiry is generated from overseas.  Thank you so much for working with them on this!

B.rgds.,
Stephanie

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Monday, October 02, 2006 4:34 PM
**To:** Lauren.Edwards
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; 'Shanny Centeno'
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Lauren,

Pls see below my answer for the canceled units...

In addition, for po # 3566964  30,000 pcs  - I have confirmed with the factory that we will be able to put the units on the 10/19 vessel so if you could alert your forwarder to accept this vessel for this p.o. we will have no delay.

B regds
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Monday, October 02, 2006 2:50 PM
**To:** Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; Shanny Centeno; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

I need to fully understand the below information in total:

The following PO's are to be cancelled:

6617031 13,308 units ✓ *34275* ✓
7495869 17,784 units *34271* ʍ

00509

9942615 2,916 units
1656600 380 units
1367826 15,012 units
6874758 8,028 units
1364131 4,980 units
Total units: **62,408 units**

**Nilda 10/2 - confirmed this is totally correct these units are considered canceled and we are still manufacturing the product and will have available in our warehouse after 11/20 available to pull from our whse should sales pick up on 10/25. but again this will be at pls liability not target responsibility if they decide not to reinsate the units. TARGET DOES NOT OWN THESE UNITS! THEY ARE CANCELED!**

**UNLESS REINSTATED AFTER 10/25!!!!**

Private Label will bring them into their warehouse anyways and await the possibility that we might need them.

If, once we read sales after 10/25, we decide we need more units, we can have the option to "rebuy" these units.

Target no longer owns these units, or has an agreement to purchase them from Private Label.

Thanks!
Lauren

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Friday, September 29, 2006 4:58 PM
**To:** Lauren.Edwards
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; 'Shanny Centeno'
**Subject:** RE: 11/1 Rouched cancellations

Hi Lauren,

No problem....

The six purchase orders are considered canceled... after sales you can decide if you would like to take them in.

The only p.o. that is not considered to be canceled is the po #3566964.

So, pls call me if I am being unclear I am in the office 212-329-0805.

Thanks and best regd
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Friday, September 29, 2006 5:53 PM
**To:** Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; Shanny Centeno; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

D 00510

7/26/2007

## Mabel Kwan

**From:** Shanny Centeno [shanny@prvtlabel.com]
**Sent:** Tuesday, October 03, 2006 11:29 AM
**To:** 'Mabel Kwan'
**Subject:** FW: ~~11/1 Rouched~~ cancellations and po # 3566964

you weren't on any of these emails which I think you should have been .. see below .. if you have any questions ask Nilda

*"Gone but not forgotten 9-11-01"*

*Shanny Centeno*

*Production Coordinator*

Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: *Shanny@prvtlabel.com*
Tel: 212.329.0808
Fax: 212.32.9.0859

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Monday, October 02, 2006 6:34 PM
**To:** Lauren.Edwards; Stephanie.Richard; Nilda Corchado
**Cc:** Amber.Biesman; Christine@Prvtlabel.com; Shanny Centeno
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Nilda-

Further to below…

The commit has been updated.

Thanks so much!

Lauren

---

**From:** Lauren.Edwards
**Sent:** Monday, October 02, 2006 5:28 PM
**To:** Stephanie.Richard; 'Nilda Corchado'
**Cc:** Amber.Biesman; 'Christine@Prvtlabel.com'; 'Shanny Centeno'; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

7/26/2007

00508

RE: ME Rouched Tank - SHIPPING STATUS

Po# 3298351 (9/25-9/30)

```
Maersk Nevada 0614
ETD HFA: 12 OCT
ETA Newport News: 1 Nov.
CY cut-off: 10 OCT.
Doc cut-off: 7 OCT.
```

[SC 10/3] I received a separate email from Gizem, that this vessel has been approved and that these goods will be inspected on 10/8 .. Please keep us posted once these goods are inspected ...

**GIZEM**10/04**OK NOTED**

---

Po# 3566964 (10/2-10/7)

[SC 10/3] In the same email from Gizem she advised this shipment was being prepared to go on the 10/19 vessel .. Please reconfirm and send Target confirmation once you have it ... Also please advise all vessel details ....

**GIZEM**10/04**APPROVED TO BELOW VESSEL.**

```
MAERSK MARYLAND 0616
ETD HFA: 19-Oct-2006
ETA Newport News:08-Nov-2006
CY cut-off: 17-Oct-2006
Doc cut-off: 14-Oct
```

~~PO# 3661703 / 3498865 / 3312615 / 3656600 / 3367826 / 3874755 / 3561131~~

[SC 10/3] As I'm sure you are aware, the captioned POs are all considered CANCELLED by Target ... BUT we are still producing them, but instead of DLC we are flipping them into our Warehouse and holding them for Target to decide if they want to take them later ...

if you need more information you can discuss with Imer.... I just wanted to list it here so that we are clear...

**GIZEM**10/04** OK NOTED .**

00506

RE: ME Rouched Tank - SHIPPING STATUS

*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: Shanny@prvtlabel.com
Tel: 212.329.0808
Fax: 212.32.9.0859

7/26/2007


00507

**Nilda Corchado**

| | |
|---|---|
| **From:** | Nilda Corchado [nilda@prvtlabel.com] |
| **Sent:** | Friday, September 29, 2006 5:01 PM |
| **To:** | 'Lauren.Edwards' |
| **Cc:** | 'Amber.Biesman'; 'Stephanie.Richard'; 'Christine@Prvtlabel.com'; 'Shanny Centeno' |
| **Subject:** | RE: 11/1 Rouched cancellations |

Hi Lauren,

To recap our meeting yesterday....

We confirmed with Erin that the following purchase orders would be potentially canceled

```
Po # 6617031 13308 pcs
Po # 7495869 17784 pcs
Po # 9942615 2916 pcs
Po # 1656600 380 pcs
Po # 1367826 15012 pcs
Po # 6874758 8028 pcs
Po # 1364131 4980 pcs
Total amounts:  62408 pcs
```

We will still manufacture this product and we will bring it into our whse so that potentially once you have sales read for this product we can have inventory to flow to your stores.   We do feel very confident as we had expressed in our meeting that once this body hits the floor the sales will take off and there will be a need for this product.

In regards to p.o. # 3566964 -  note that we have been advised on all the bookings that we have made for this program for later delivery of the cargo to your forwarder without specific reasons.  Therefore, for this particular purchase order it could not be advised that the holiday would impact it as it was not originally scheduled to ship at this timing.  We are trying to book it on the 10/19 vessel, however, we do know that there is a backlog of freight as everyone in this part of the world is also trying to do the same before the holiday.  Note that Jordan is closed on Fridays, therefore, we will work with our factory and your forwarder during the weekend since they are open on Sunday and we will have a firm answer for you on Monday as to when we can deliver this purchase order to your forwarder either 10/19 vessel or 11/2 vessel.

Thanks and best regards,
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Thursday, September 28, 2006 8:39 PM
**To:** Shanny Centeno; Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

I want to follow up with you on this and clarify a few things:

First of all, the dept. will definitely want to switch this to your warehouse while we work out this cancellation.

Second, we are extremely concerned about the ship windows for this program for these units. Since they fall within this nation's holiday...we are looking at a 2 week IS delay? Why didn't the factory alert us of this? We advise ship windows based on IS date and country of orgin, not specific to each country's specific holiday calendar. If there were challenges because of the holiday...this should have been surfaced when the commit was issued on 6/23.

Finally, can you advise us where you are in researching this with your factory? We need to find resolution as fast as possible.

7/26/2007

1) 00154

Thanks!
Lauren

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Tuesday, September 26, 2006 7:48 PM
**To:** Lauren.Edwards; 'Nilda Corchado'
**Cc:** Amber.Biesman
**Subject:** RE: 11/1 Rouched cancellations

Hello Lauren,

Fyi: Nilda should be there tomorrow ... so you if you don't get a response to this email, try to catch up with her tomorrow.

*"Gone but not forgotten 9-11-01"*

*Shanny Centeno*

*Production Coordinator*

Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: Shanny@prvtlabel.com
Tel: 212.329.0808
Fax: 212.32.9.0859

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Tuesday, September 26, 2006 6:57 PM
**To:** Nilda Corchado; Shanny Centeno
**Cc:** Amber.Biesman; Lauren.Edwards
**Subject:** 11/1 Rouched cancellations

Hi Nilda-

Please note that the dept. has reviewed the history of our Fall seamless programs so far this season, and with the poor sales on the Empire waist, they find necessity to cancel the 12/15 update of the 11/1 Rouched tank. This amounts to nearly 62.0 units. With the quality issues on the Empire seamless, poor sales due to this poor execution, and all the shipping issues we are experiencing with the 11/1 Rouched initial PO's, the dept. is asking for full partnership on these canceled units. I realize that you are all in Mpls. tomorrow, so feel free to call me to discuss or coordinate a meeting time. I'm free from 12-2. 612-696-3528

Amber is out of town in Central America this week, so she won't be able attend if we meet.

Thanks!
Lauren

*Lauren Edwards*
⊙ *Target ~ TPS 15 ~ 15185 TSS D16 RTW Knits*
*TSS Business Analyst ~ Merona/Cherokee/Holiday*
*612-696-3528*

☽ 00156

**Nilda Corchado**

---

| | |
|---|---|
| **From:** | Nilda Corchado [nilda@prvtlabel.com] |
| **Sent:** | Friday, September 29, 2006 5:01 PM |
| **To:** | 'Lauren.Edwards' |
| **Cc:** | 'Amber.Biesman'; 'Stephanie.Richard'; 'Christine@Prvtlabel.com'; 'Shanny Centeno' |
| **Subject:** | RE: 11/1 Rouched cancellations |

Hi Lauren,

To recap our meeting yesterday....

We confirmed with Erin that the following purchase orders would be potentially canceled

```
Po # 6617031 13308 pcs
Po # 7495869 17784 pcs
Po # 9942615 2916 pcs
Po # 1656600 380 pcs
Po # 1367826 15012 pcs
Po # 6874758 8028 pcs
Po # 1364131 4980 pcs
Total amounts:  62408 pcs
```

We will still manufacture this product and we will bring it into our whse so that potentially once you have sales read for this product we can have inventory to flow to your stores.   We do feel very confident as we had expressed in our meeting that once this body hits the floor the sales will take off and there will be a need for this product.

In regards to p.o. # 3566964 -  note that we have been advised on all the bookings that we have made for this program for later delivery of the cargo to your forwarder without specific reasons.   Therefore, for this particular purchase order it could not be advised that the holiday would impact it as it was not originally scheduled to ship at this timing.   We are trying to book it on the 10/19 vessel, however, we do know that there is a backlog of freight as everyone in this part of the world is also trying to do the same before the holiday.  Note that Jordan is closed on Fridays, therefore, we will work with our factory and your forwarder during the weekend since they are open on Sunday and we will have a firm answer for you on Monday as to when we can deliver this purchase order to your forwarder either 10/19 vessel or 11/2 vessel.

Thanks and best regards,
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Thursday, September 28, 2006 8:39 PM
**To:** Shanny Centeno; Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

I want to follow up with you on this and clarify a few things:

First of all, the dept. will definitely want to switch this to your warehouse while we work out this cancellation.

Second, we are extremely concerned about the ship windows for this program for these units. Since they fall within this nation's holiday...we are looking at a 2 week IS delay? Why didn't the factory alert us of this? We advise ship windows based on IS date and country of orgin, not specific to each country's specific holiday calendar. If there were challenges because of the holiday...this should have been surfaced when the commit was issued on 6/23.

Finally, can you advise us where you are in researching this with your factory? We need to find resolution as fast as possible.

Thanks!
Lauren

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Tuesday, September 26, 2006 7:48 PM
**To:** Lauren.Edwards; 'Nilda Corchado'
**Cc:** Amber.Biesman
**Subject:** RE: 11/1 Rouched cancellations

Hello Lauren,

fyi: Nilda should be there tomorrow ... so you if you don't get a response to this email, try to catch up with her tomorrow.

*"Gone but not forgotten 9-11-01"*

*Shanny Centeno*

*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: *Shanny@prvtlabel.com*
Tel: 212.329.0808
Fax: 212.329.0859

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Tuesday, September 26, 2006 6:57 PM
**To:** Nilda Corchado; Shanny Centeno
**Cc:** Amber.Biesman; Lauren.Edwards
**Subject:** 11/1 Rouched cancellations

Hi Nilda-

Please note that the dept. has reviewed the history of our Fall seamless programs so far this season, and with the poor sales on the Empire waist, they find necessity to cancel the 12/15 update of the 11/1 Rouched tank. This amounts to nearly 62.0 units. With the quality issues on the Empire seamless, poor sales due to this poor execution, and all the shipping issues we are experiencing with the 11/1 Rouched initial PO's, the dept. is asking for full partnership on these canceled units. I realize that you are all in Mpls. tomorrow, so feel free to call me to discuss or coordinate a meeting time. I'm free from 12-2. 612-696-3528

Amber is out of town in Central America this week, so she won't be able attend if we meet.

Thanks!
Lauren

D 00158

*Lauren Edwards*
⊙ *Target ~ TPS 15 ~ 15183 TSS D16 RTW Knits*
*TSS Business Analyst ~ Merona/Cherokee/Holiday*
*612-696-3528*

## Mabel Kwan

**From:** Shanny Centeno [shanny@prvtlabel.com]
**Sent:** Tuesday, October 03, 2006 11:29 AM
**To:** 'Mabel Kwan'
**Subject:** FW: 11/1 Rouched cancellations and po # 3566964

you weren't on any of these emails which I think you should have been .. see below .. if you have any questions ask Nilda

*"Gone but not forgotten 9-11-01"*

*Shanny Centeno*

*Production Coordinator*

Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: *Shanny@prvtlabel.com*
Tel: 212.329.0808
Fax: 212.32.9.0859

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Monday, October 02, 2006 6:34 PM
**To:** Lauren.Edwards; Stephanie.Richard; Nilda Corchado
**Cc:** Amber.Biesman; Christine@Prvtlabel.com; Shanny Centeno
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Nilda-

Further to below...

The commit has been updated.

Thanks so much!

Lauren

---

**From:** Lauren.Edwards
**Sent:** Monday, October 02, 2006 5:28 PM
**To:** Stephanie.Richard; 'Nilda Corchado'
**Cc:** Amber.Biesman; 'Christine@Prvtlabel.com'; 'Shanny Centeno'; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Nilda-

Thanks for confirming. The BA will have these out of the commit asap. Further, can you please confirm your warehouse for holding these units? Stephanie will change the item information in anticipation that we might book back into units later in the fall.

Thanks!
Lauren

---

**From:** Stephanie.Richard
**Sent:** Monday, October 02, 2006 4:46 PM
**To:** Nilda Corchado; Lauren.Edwards
**Cc:** Amber.Biesman; Christine@Prvtlabel.com; 'Shanny Centeno'; Stephanie.Richard
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Nilda,

I just requested the 10/19 vessel be approved as soon as the inquiry is generated from overseas.  Thank you so much for working with them on this!

B.rgds.,
Stephanie

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Monday, October 02, 2006 4:34 PM
**To:** Lauren.Edwards
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; 'Shanny Centeno'
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Lauren,

Pls see below my answer for the canceled units...

In addition, for po # 3566964  30,000 pcs  - I have confirmed with the factory that we will be able to put the units on the 10/19 vessel so if you could alert your forwarder to accept this vessel for this p.o. we will have no delay.

B regds
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Monday, October 02, 2006 2:50 PM
**To:** Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; Shanny Centeno; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

I need to fully understand the below information in total:

The following PO's are to be cancelled:

6617031 13,308 units  342275
7495869 17,784 units  3427 1

D00161

9942615 2,916 units
1656600 380 units
1367826 15,012 units
6874758 8,028 units
1364131 4,980 units
Total units: 62,408 units

**Nilda 10/2 -  confirmed this is totally correct these units are considered canceled and we are still manufacturing the product and will have available in our warehouse after 11/20 available to pull from our whse should sales pick up on 10/25.  but again this will be at pls liability not target responsibility if they decide not to reinsate the units.   TARGET DOES NOT OWN THESE UNITS! THEY ARE CANCELED!**

**UNLESS REINSTATED  AFTER 10/25!!!!**

Private Label will bring them into their warehouse anyways and await the possibility that we might need them.

If, once we read sales after 10/25, we decide we need more units, we can have the option to "rebuy" these units.

Target no longer owns these units, or has an agreement to purchase them from Private Label.


Thanks!
Lauren

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Friday, September 29, 2006 4:58 PM
**To:** Lauren.Edwards
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; 'Shanny Centeno'
**Subject:** RE: 11/1 Rouched cancellations

Hi Lauren,

No problem....

The six purchase orders are considered canceled...  after sales you can decide if you would like to take them in.

The only p.o. that is not considered to be canceled is the po #3566964.

So, pls call me if I am being unclear I am in the office 212-329-0805.

Thanks and best regd
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Friday, September 29, 2006 5:53 PM
**To:** Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; Shanny Centeno; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

Please excuse me for the short response, but I wanted to get out a reply to you by the end of the day. Understand that you will still be bringing these units into your warehouse, but we need to finalize at this point if we can consider these units canceled...and then later decide if we want to buy back into them. Erin wants the cancellation decision to be made sooner than later...and doesn't necessarily think the sales of the program will affect her decision to cancel them right now.

Thanks!
Lauren

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Friday, September 29, 2006 4:01 PM
**To:** Lauren.Edwards
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; 'Shanny Centeno'
**Subject:** RE: 11/1 Rouched cancellations

Hi Lauren,

To recap our meeting yesterday....

We confirmed with Erin that the following purchase orders would be potentially canceled

```
Po # 6617031  13308 pcs
Po # 7495869  17784 pcs
Po # 9942615  2916 pcs
Po # 1656600  380 pcs
Po # 1367826  15012 pcs
Po # 6874758  8028 pcs
Po # 1364131  4980 pcs
Total amounts:  62408 pcs
```

We will still manufacture this product and we will bring it into our whse so that potentially once you have sales read for this product we can have inventory to flow to your stores.  We do feel very confident as we had expressed in our meeting that once this body hits the floor the sales will take off and there will be a need for this product.

In regards to p.o. # 3566964 -  note that we have been advised on all the bookings that we have made for this program for later delivery of the cargo to your forwarder without specific reasons.   Therefore, for this particular purchase order it could not be advised that the holiday would impact it as it was not originally scheduled to ship at this timing.   We are trying to book it on the 10/19 vessel, however, we do know that there is a backlog of freight as everyone in this part of the world is also trying to do the same before the holiday.  Note that Jordan is closed on Fridays, therefore, we will work with our factory and your forwarder during the weekend since they are open on Sunday and we will have a firm answer for you on Monday as to when we can deliver this purchase order to your forwarder either 10/19 vessel or 11/2 vessel.

Thanks and best regards,
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Thursday, September 28, 2006 8:39 PM
**To:** Shanny Centeno; Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

D00163

I want to follow up with you on this and clarify a few things:

First of all, the dept. will definitely want to switch this to your warehouse while we work out this cancellation.

Second, we are extremely concerned about the ship windows for this program for these units. Since they fall within this nation's holiday...we are looking at a 2 week IS delay? Why didn't the factory alert us of this? We advise ship windows based on IS date and country of orgin, not specific to each country's specific holiday calendar. If there were challenges because of the holiday...this should have been surfaced when the commit was issued on 6/23.

Finally, can you advise us where you are in researching this with your factory? We need to find resolution as fast as possible.

Thanks!
Lauren

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Tuesday, September 26, 2006 7:48 PM
**To:** Lauren.Edwards; 'Nilda Corchado'
**Cc:** Amber.Biesman
**Subject:** RE: 11/1 Rouched cancellations

Hello Lauren,

fyi: Nilda should be there tomorrow ... so you if you don't get a response to this email, try to catch up with her tomorrow.

*"Gone but not forgotten 9-11-01"*

*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: *Shanny@prvtlabel.com*
Tel: 212.329.0808
Fax: 212.32.9.0859

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Tuesday, September 26, 2006 6:57 PM
**To:** Nilda Corchado; Shanny Centeno
**Cc:** Amber.Biesman; Lauren.Edwards
**Subject:** 11/1 Rouched cancellations

Ð 00164

Hi Nilda-

Please note that the dept. has reviewed the history of our Fall seamless programs so far this season, and with the poor sales on the Empire waist, they find necessity to cancel the 12/15 update of the 11/1 Rouched tank. This amounts to nearly 62.0 units. With the quality issues on the Empire seamless, poor sales due to this poor execution, and all the shipping issues we are experiencing with the 11/1 Rouched initial PO's, the dept. is asking for full partnership on these canceled units. I realize that you are all in Mpls. tomorrow, so feel free to call me to discuss or coordinate a meeting time. I'm free from 12-2. 612-696-3528

Amber is out of town in Central America this week, so she won't be able attend if we meet.

Thanks!
Lauren

*Lauren Edwards*

⊙ *Target ~ TPS 15 ~ 15183 TSS D16 RTW Knits*
*TSS Business Analyst ~ Merona/Cherokee/Holiday*
*612-696-3528*

7/26/2007

D 00165

**Shanny Centeno**

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Wednesday, October 04, 2006 10:41 AM |
| **To:** | 'Shanny Centeno'; 'Ebru ASAR' |
| **Cc:** | imer@basul.com.tr |
| **Subject:** | RE: ME Rouched Tank - SHIPPING STATUS |

ME Seamless Rouched Tank - 204122 - SHIPPING STATUS

Po# 3056130 Target. COM - [SC 10/3] SHIPPED

---

Po# 5079852 [SC 10/3] - SHIPPED

---

Po# 6419090 - (9/11-9/23) -
**MAERSK MAINE 0614**
**ETD HFA: 28 SEP**
**ETA Newport News: 18 OCT.**
**Doc cut-off: 20 SEP**
**CY cut-off: 26 SEP.**

[SC 10/3] Received the shipped docs today ...

---

Po# 6018475 - (9/18-9/23) -
**NEDLLOYD COLOMBO 0614**
**ETD HFA: 5 OCT**
**ETA Newport news: 25 OCT.**
**Doc cut-off: 27 SEP**
**CY cut-off: 3 OCT.**

[SC 10/3] Received Passed inspection reports yesterday .... keep us posted as this is ready to ship
**GIZEM**10/04** WILL SEN DTHE DOCS ASAP. TMRW MOST PROBABLY.**

---

7/26/2007

D 00166

PO# 3298351 (9/25-9/30)

```
Maersk Nevada 0614
ETD HFA: 12 OCT
ETA Newport News: 1 Nov.
CY cut-off: 10 OCT.
Doc cut-off: 7 OCT.
```

[SC 10/3] I received a separate email from Gizem, that this vessel has been approved and that these goods will be inspected on 10/8 .. Please keep us posted once these goods are inspected ...

**GIZEM**10/04**OK NOTED**

---

PO# 3566964 (10/2-10/7)

[SC 10/3] In the same email from Gizem she advised this shipment was being prepared to go on the 10/19 vessel .. Please reconfirm and send Target confirmation once you have it ... Also please advise all vessel details ....

**GIZEM**10/04**APPROVED TO BELOW VESSEL.**

```
MAERSK MARYLAND 0616
ETD HFA: 19-Oct-2006
ETA Newport News:08-Nov-2006
CY cut-off: 17-Oct-2006
Doc cut-off: 14-Oct
```

---



[SC 10/3] As I'm sure you are aware, the captioned POs are all considered CANCELLED by Target ... BUT we are still producing them, but instead of DLC we are flipping them into our Warehouse and holding them for Target to decide if they want to take them later ...

if you need more information you can discuss with Imer.... I just wanted to list it here so that we are clear...

**GIZEM**10/04** OK NOTED .**

D 00167

7/26/2007

*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: *Shanny@prvtlabel.com*
Tel: 212.329.0808
Fax: 212.32.9.0859

D 00168

7/26/2007

Best Regards,
Svetlana Anfouqa

Please keep hani.banna@zwa.com.jo Cc:ed on all TGT/AMC communications.

---

**From:** Nart Qunash [mailto:nartqunash@atateksjordan.com]
**Sent:** Saturday, September 09, 2006 12:57 PM
**To:** svetlana; NartQuna@atateks.com.tr
**Cc:** AhmetWaled@atateks.com.tr; yaseminuzelli@atateks.com.tr; gizem@basul.com.tr; 'Hani Al-Banna'
**Subject:** Re: pono.2814727-5079852-
5846461&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file #3324 ****

dear svetlana
please find attached
the clp and the invoice / cont.
thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan

----- Original Message -----
**From:** svetlana
**To:** 'svetlana' ; 'Nart Qunash' ; NartQuna@atateks.com.tr
**Cc:** AhmetWaled@atateks.com.tr ; yaseminuzelli@atateks.com.tr ; gizem@basul.com.tr ; 'Hani Al-Banna'
**Sent:** Saturday, September 09, 2006 11:48 AM
**Subject:** RE: po no.2814727-5079852-5846461
&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****

Dear Nart,
we're still waiting for the Docs!

Best Regards,
Svetlana Anfouqa

Please keep hani.banna@zwa.com.jo Cc:ed on all TGT/AMC communications.

---

**From:** svetlana [mailto:s.anfouqa@zwa.com.jo]
**Sent:** Saturday, September 09, 2006 9:03 AM
**To:** 'Nart Qunash'; 'NartQuna@atateks.com.tr'
**Cc:** 'AhmetWaled@atateks.com.tr'; 'yaseminuzelli@atateks.com.tr'; 'gizem@basul.com.tr'; 'Hani Al-Banna'
**Subject:** RE: po no.2814727-5079852-5846461
&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****
**Importance:** High

Dear Nart,
Please find below CNTRS# and forward us CLP + TGT COMMERCIAL INV. PER PO + INV
PER CNTR. by today 9/9(Doc cut off day) by 12:00p.m

| Type | Cntr # |
|------|--------|
| HC | PONU7313419 |

10/12/2006

D 01232

| ST | PONU1397069 |
|----|-------------|
| HC | TGHU7898028 |
| HC | MSKU8583738 |
| HC | MSKU8077982 |

Best Regards,
Svetlana Anfouqa

Please keep hani.banna@zwa.com.jo  Cc:ed on all TGT/AMC communications.

-----Original Message-----
From: Nart Qunash [mailto:nartqunash@atateksjordan.com]
Sent: Wednesday, September 06, 2006 3:20 PM
To: svetlana; NartQuna@atateks.com.tr
Cc: AhmetWaled@atateks.com.tr; yaseminuzelli@atateks.com.tr; gizem@basul.com.tr;
'Hani Al-Banna'
Subject: Re: po no.2814727-5079852-5846461
&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file #
3324 ****

dear svetlana

the inspector will inspect the goods on 10.9.2006
we will load on 11.9.2006
we will release the container on 12.9.2006 morning if their is no problem

thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan
----- Original Message -----
From: "svetlana" <s.anfouqa@zwa.com.jo>
To: "'Nart Qunash'" <nartqunash@atateksjordan.com>;
<NartQuna@atateks.com.tr>
Cc: <AhmetWaled@atateks.com.tr>; <yaseminuzelli@atateks.com.tr>;
<gizem@basul.com.tr>; "'Hani Al-Banna'" <hani.banna@zwa.com.jo>
Sent: Wednesday, September 06, 2006 3:15 PM
Subject: RE: po no.2814727-5079852-5846461 & TGT.COM
po#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324
****

> and when will you release the CNTRs for crossing?
> also please advise actual date when the cargo will be ready
>
> Best Regards,
> Svetlana Anfouqa
>
> Please keep hani.banna@zwa.com.jo  Cc:ed on all TGT/AMC communications.
>
> -----Original Message-----
> From: Nart Qunash [mailto:nartqunash@atateksjordan.com]

D 01233

10/12/2006

```
> Sent: Wednesday, September 06, 2006 3:11 PM
> To: svetlana; NartQuna@atateks.com.tr
> Cc: AhmetWaled@atateks.com.tr; yaseminuzelli@atateks.com.tr;
> gizem@basul.com.tr; 'Hani Al-Banna'
> Subject: Re: po no.2814727-5079852-5846461 & TGT.COM
> po#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324
> ****
>
> dear svetlana
>
> please send the container on 11.9.2006
>
> thanks & best regard
>
> Nart qunash
> shipping manager
> Atateks foreign trade ltd.
> tel: +962 6 402 5151
> fax: +962 6 402 5149
> mob: +962 74 5699443
> sahab - amman - jordan
> ----- Original Message -----
> From: "svetlana" <s.anfouqa@zwa.com.jo>
> To: "'svetlana'" <s.anfouqa@zwa.com.jo>; <NartQuna@atateks.com.tr>; "'nart
> qunash'" <nartqunash@atateksjordan.com>
> Cc: <AhmetWaled@atateks.com.tr>; <yaseminuzelli@atateks.com.tr>;
> <gizem@basul.com.tr>; "'Hani Al-Banna'" <hani.banna@zwa.com.jo>
> Sent: Wednesday, September 06, 2006 3:04 PM
> Subject: RE: po no.2814727-5079852-5846461 & TGT.COM po# 3056130
> onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****
>
>
>> Dear Nart,
>> Please advise when you need 4X40'HC + 1X40'DV for loading and when will
>> you
>> release for crossing, keeping in mind below CY cut off
>>
>>
>>
>> Best Regards,
>> Svetlana Anfouqa
>>
>> Please keep hani.banna@zwa.com.jo  Cc:ed on all TGT/AMC communications.
>>
>> -----Original Message-----
>> From: svetlana [mailto:s.anfouqa@zwa.com.jo]
>> Sent: Wednesday, September 06, 2006 9:31 AM
>> To: 'NartQuna@atateks.com.tr'; 'nart qunash'
>> Cc: 'AhmetWaled@atateks.com.tr'; yaseminuzelli@atateks.com.tr';
>> 'gizem@basul.com.tr'; 'Hani Al-Banna'
>> Subject: RE: po no.2814727-5079852-5846461 & TGT.COM po# 3056130
>> onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>> Dear Nart,
>> Kindly note Dept. 16 PO# 5079852 - 2814727 - 5846461 & TGT.COM PO#
>> 3056130
>> are all customer approved to ship on below vsl:
>> Maersk Nebraska 0614
>> ETD HFA: 9/14
>> ETA NEWPORT NEWS: 10/4
```

01234

```
>> Doc cut-off: 9/9
>> CY cut-off: 12/9
>>
>> please make sure to send an updated CLP with commercial inv. and inv per
>> CNTR
>>
>> equipment 4X40'HC + 1X40'DV as per earlier vendor advised loadability:
>> 40'HC: 68.6 CBM
>> 40'DV: 53.832 + 1.3(TGT.COM) =55.123
>>
>> Best Regards,
>> Svetlana Anfouqa
>>
>> Please keep hani.banna@zwa.com.jo  Cc:ed on all TGT/AMC communications.
>>
>> -----Original Message-----
>> From: Hani Al-Banna [mailto:hani.banna@zwa.com.jo]
>> Sent: Wednesday, August 30, 2006 1:11 PM
>> To: NartQuna@atateks.com.tr; 'nart qunash'
>> Cc: AhmetWaled@atateks.com.tr; 'svetlana'
>> Subject: RE: po no.2814727-5079852-5846461 & TGT.COM po# 3056130
>> onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>>
>> Dear Nart,
>>
>> pls find below planned vsl details
>>
>> M/V: Maersk Maryland 0614
>> ETD HFA: 9/7
>> ETA NEWPORT NEWS: 9/27
>>
>> Doc cut off: 9/2
>> CY CUT OFF: 9/5
>>
>> Above is pending customer approval, we will update you once we have final
>>
>> Thanks & Best Regards;
>>
>> Hani Al-Banna
>> Operations Global Account Support
>> ZWA/ Expeditors - Jordan
>> Tel: +962 6 5929690  EXT. 14
>> Fax: +962 6 5929683
>> E-mail: hani.banna@zwa.com.jo
>>
>> -----Original Message-----
>> From: svetlana [mailto:s.anfouqa@zwa.com.jo]
>> Sent: Monday, August 28, 2006 5:33 PM
>> To: 'NartQuna@atateks.com.tr'; 'Nart Qunash'
>> Cc: 'AhmetWaled@atateks.com.tr'; 'Hani Al-Banna'
>> Subject: RE: po no.2814727-5079852-5846461 & TGT.COM po# 3056130 on F/V:
>> Maersk Regensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>> Dear Nart,
>> Kindly note TGT.COM PO#3056130 is now approved to ship along with Dept.
>> 16
>> PO's # 2814727-5079852-5846461 on ETA 9/29 in 4X40'HC + 1X40'DV for total
>> measurement of 329.56 as per below loadability
>> 40'HC: 68.6 CBM
```

01235

10/12/2006

```
>> 40'DV: 53.832 + 1.3= 55.123 CBM
>>
>>
>>
>> Best Regards,
>> Svetlana Anfouqa
>>
>> Please keep hani.banna@zwa.com.jo  Cc:ed on all TGT/AMC communications.
>>
>> -----Original Message-----
>> From: NartQuna@atateks.com.tr [mailto:NartQuna@atateks.com.tr]
>> Sent: Tuesday, August 22, 2006 5:04 PM
>> To: Svetlana; Nart Qunash
>> Cc: AhmetWaled@atateks.com.tr
>> Subject: Re: po no.2814727-5079852-5846461 on F/V: Maersk
>> Regensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>> Dear svetlana
>>
>> 1x40hc  1650 box  68.6 cbm
>> 1x40hc  1650 box  68.6 cbm
>> 1x40hc  1650 box  68.6 cbm
>> 1x40hc  1650 box  68.6 cbm
>> 1x40dv  1256 box  53.832 cbm
>>
>> Thanks
>>
>> Nart
>>
>>
>>
>> ----- Original Message -----
>> From: "svetlana" [s.anfouqa@zwa.com.jo]
>> Sent: 08/22/2006 02:06 PM
>> To: "'svetlana'" <s.anfouqa@zwa.com.jo>;"'nart qunash'"
>> <nartqunash@atateksjordan.com>
>> Cc: <AhmetWaled@atateks.com.tr>;<NartQuna@atateks.com.tr>
>> Subject: RE: po no.2814727-5079852-5846461 on F/V: Maersk Regensburg
>> 0607,ETD AQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>> Dear Nart,
>>
>> Kindly note PO's# 2814727-5079852-5846461 are now approved to ship in
>> 4X40'HC + LIGHT 40'DV as per earlier advised loadability on below vsl:
>>
>> F/V: Maersk Regensburg 0607
>> ETD AQJ: 8 SEP
>> ETA JED: 11 SEP
>> M/V: Maersk Dunedin 0610
>> ETD JED: 12 SEP
>> ETA ORF: 29 SEP
>>
>> Ex-factory cut off: 4 SEP
>> Doc cut off: 3 SEP
>>
>> Kindly make sure to send us CLP + TGT COMMERCIAL INV. SHOWING HS CODE PER
>> PO
>> on doc cut off day.
>>
>>
```

01236

10/12/2006

```
>>
>> Best Regards,
>>
>> Svetlana Anfouqa
>>
>> Operations Global Account Support
>>
>> ZWA/ Expeditors-Jordan
>>
>> Tel: 00962 6 5929690  EXT. 32
>>
>> Fax: 00962 6 5929683
>>
>> E-MAIL: s.anfouqa@zwa.com.jo
>>
>>
>> -----Original Message-----
>> From: svetlana [mailto:s.anfouqa@zwa.com.jo]
>> Sent: Saturday, August 19, 2006 5:00 PM
>> To: 'nart qunash'
>> Cc: 'AhmetWaled@atateks.com.tr'; 'NartQuna@atateks.com.tr'
>> Subject: RE: po no.2814727-5079852-5846461 on F/V: Maersk Regensburg
>> 0607,ETD AQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>> Dear Nart,
>>
>> Noted, revised equipment is 4X40'HC +1X40'DV we'll update you once we
>> have
>> final customer approval
>>
>>
>>
>> Best Regards,
>>
>> Svetlana Anfouqa
>>
>> Operations Global Account Support
>>
>> ZWA/ Expeditors-Jordan
>>
>> Tel: 00962 6 5929690  EXT. 32
>>
>> Fax: 00962 6 5929683
>>
>> E-MAIL: s.anfouqa@zwa.com.jo
>>
>>
>> -----Original Message-----
>> From: nart qunash [mailto:nartqunash@atateksjordan.com]
>> Sent: Saturday, August 19, 2006 1:05 PM
>> To: svetlana
>> Cc: AhmetWaled@atateks.com.tr; NartQuna@atateks.com.tr
>> Subject: Re: po no.2814727-5079852-5846461 on F/V: Maersk Regensburg
>> 0607,ETD AQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>> dear Svetlana
>> we will put in
>> 1x40hc  1650 box  68.6 cbm
>> 1x40hc  1650 box  68.6 cbm
>> 1x40hc  1650 box  68.6 cbm
```

△ 01237

```
>> 1x40hc  1650 box  68.6 cbm
>> 1x40dv  1256 box  53.832 cbm
>>
>> thanks and best regard
>>
>> NART QUNASH
>> shipping department
>> ATATEKS foreign trade ltd.
>> Amman - sahab - Jordan
>> al tajamouat industrial city
>> tell:00962 6 402 5151
>> fax:00962 6 402 5149
>> mobile:00962 74 5699443
>> nartqunash@atateksjordan.com
>> ----- Original Message -----
>> From: "svetlana" <s.anfouqa@zwa.com.jo>
>> To: "'nart qunash'" <nartqunash@atateksjordan.com>
>> Cc: <AhmetWaled@atateks.com.tr>; <NartQuna@atateks.com.tr>
>> Sent: Saturday, August 19, 2006 10:23 AM
>> Subject: po no.2814727-5079852-5846461 on F/V: Maersk Regensburg 0607,
>> ETD
>> AQJ: 9/8/2006 **** ZWA file # 3324 ****
>>
>>
>>> Dear Nart,
>>>
>>> Pls find below planned vsl details:
>>>
>>> F/V: Maersk Regensburg 0607
>>> ETD AQJ: 9/8/2006
>>> ETA JED: 9/11/2006
>>> M/V: Maersk Dunedin 0610
>>> ETD JED: 9/12/2006
>>> ETA ORF: 9/29/2006
>>>
>>> Ex-factory cut off: 9/4/2006
>>> Doc cut off: 9/3/2006
>>>
>>> PLs provide us with planned lodability per HC !!!!!
>>> Above is pending customer approval, we will update you once we have
>>> final
>>> pending your reply on our above request.
>>>
>>>
>>>
>>> Best Regards,
>>>
>>> Svetlana Anfouqa
>>>
>>> Operations Global Account Support
>>>
>>> ZWA/ Expeditors-Jordan
>>>
>>> Tel: 00962 6 5929690  EXT. 32
>>>
>>> Fax: 00962 6 5929683
>>>
>>> E-MAIL: s.anfouqa@zwa.com.jo
>>>
>>>
```

01238

10/12/2006

>>> -----Original Message-----
>>> From: nart qunash [mailto:nartqunash@atateksjordan.com]
>>> Sent: Thursday, August 17, 2006 1:31 PM
>>> To: svetlana
>>> Cc: AhmetWaled@atateks.com.tr; NartQuna@atateks.com.tr
>>> Subject: Re: booking for po no.2814727-5079852-5846461
>>>
>>> dear svetlana
>>> please fined attached
>>> the revised booking
>>>
>>> we will use 5x40hc
>>>
>>> thanks and best regard
>>>
>>> NART QUNASH
>>> shipping department
>>> ATATEKS foreign trade ltd.
>>> Amman - sahab - Jordan
>>> al tajamouat industrial city
>>> tell:00962 6 402 5151
>>> fax:00962 6 402 5149
>>> mobile:00962 74 5699443
>>> nartqunash@atateksjordan.com
>>> ----- Original Message -----
>>> From: "svetlana" <s.anfouqa@zwa.com.jo>
>>> To: "'svetlana'" <s.anfouqa@zwa.com.jo>; "'nart qunash'"
>>> <nartqunash@atateksjordan.com>
>>> Cc: <AhmetWaled@atateks.com.tr>; <NartQuna@atateks.com.tr>
>>> Sent: Thursday, August 17, 2006 11:41 AM
>>> Subject: RE: booking for po no.2814727-5079852-5846461
>>>
>>>
>>>> 3rd REMINDER
>>>>
>>>>
>>>>
>>>> Dear NART,
>>>>
>>>> Please send us complete and accurate booking as requested below, to
>>>> enable
>>>> us process and ask for customer approval accordingly
>>>>
>>>>
>>>>
>>>> Best Regards,
>>>>
>>>> Svetlana Anfouqa
>>>>
>>>> Operations Global Account Support
>>>>
>>>> ZWA/ Expeditors-Jordan
>>>>
>>>> Tel: 00962 6 5929690  EXT. 32
>>>>
>>>> Fax: 00962 6 5929683
>>>>
>>>> E-MAIL: s.anfouqa@zwa.com.jo
>>>>
>>>>

D 01239

10/12/2006

```
>>>>
>>>>    _____
>>>>
>>>> From: svetlana [mailto:s.anfouqa@zwa.com.jo]
>>>> Sent: Thursday, August 17, 2006 9:28 AM
>>>> To: 'svetlana'; 'nart qunash'
>>>> Cc: AhmetWaled@atateks.com.tr; NartQuna@atateks.com.tr
>>>> Subject: RE: booking for po no.2814727-5079852-5846461
>>>>
>>>>
>>>>
>>>> 2ND REMINDER
>>>>
>>>>
>>>>
>>>> Best Regards,
>>>>
>>>> Svetlana Anfouqa
>>>>
>>>> Operations Global Account Support
>>>>
>>>> ZWA/ Expeditors-Jordan
>>>>
>>>> Tel: 00962 6 5929690  EXT. 32
>>>>
>>>> Fax: 00962 6 5929683
>>>>
>>>> E-MAIL: s.anfouqa@zwa.com.jo
>>>>
>>>>
>>>>
>>>>    _____
>>>>
>>>> From: svetlana [mailto:s.anfouqa@zwa.com.jo]
>>>> Sent: Wednesday, August 16, 2006 3:12 PM
>>>> To: 'svetlana'; 'nart qunash'
>>>> Cc: AhmetWaled@atateks.com.tr; NartQuna@atateks.com.tr
>>>> Subject: RE: booking for po no.2814727-5079852-5846461
>>>>
>>>>
>>>>
>>>> DEAR Nart
>>>>
>>>>
>>>>
>>>> REMINDER!!
>>>>
>>>>
>>>>
>>>> Best Regards,
>>>>
>>>> Svetlana Anfouqa
>>>>
>>>> Operations Global Account Support
>>>>
>>>> ZWA/ Expeditors-Jordan
>>>>
>>>> Tel: 00962 6 5929690  EXT. 32
>>>>
>>>> Fax: 00962 6 5929683
```

D 01240