```
>>>>
>>>> E-MAIL: s.anfouqa@zwa.com.jo
>>>>
>>>>
>>>>
>>>>     _____
>>>>
>>>> From: svetlana [mailto:s.anfouqa@zwa.com.jo]
>>>> Sent: Wednesday, August 16, 2006 12:23 PM
>>>> To: 'nart qunash'
>>>> Cc: 'AhmetWaled@atateks.com.tr'; 'NartQuna@atateks.com.tr'
>>>> Subject: FW: booking for po no.2814727-5079852-5846461
>>>>
>>>>
>>>> Dear Nart,
>>>>
>>>>
>>>> Please answer on below inquiries:
>>>>
>>>> 1-    Please advise needed equipment for all 3 PO's total measurement
>>>> (328.26 cbm)
>>>>
>>>>
>>>> -        Also please note Port of discharge and place of delivery on
>>>> your
>>>> booking should show NORFOLK, VA
>>>>
>>>>
>>>> -        cy delivery date is showing 4.9.2006? please have the same
>>>> format
>>>> (dd.mm.yy or mm.dd.yy) for all Cargo ready date , scheduled inspection
>>>> date
>>>> and Cy receiving date.
>>>>
>>>>
>>>> Kindly revise your booking in reference to above points and send back
>>>> to
>>>> us
>>>> accordingly.
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>
>>>>
>>>> Best Regards,
>>>>
>>>> Svetlana Anfouqa
>>>>
>>>> Operations Global Account Support
>>>>
>>>> ZWA/ Expeditors-Jordan
```

D 01241

10/12/2006

```
>>>>
>>>> Tel: 00962 6 5929690  EXT. 32
>>>>
>>>> Fax: 00962 6 5929683
>>>>
>>>> E-MAIL: s.anfouqa@zwa.com.jo
>>>>
>>>>
>>>>
>>>>      _____
>>>>
>>>> From: nart qunash [mailto:nartqunash@atateksjordan.com]
>>>> Sent: Wednesday, August 16, 2006 8:32 AM
>>>> To: svetlana
>>>> Cc: AhmetWaled@atateks.com.tr; NartQuna@atateks.com.tr
>>>> Subject: booking for po no.2814727-5079852-5846461
>>>>
>>>>
>>>>
>>>> dear svetlana
>>>>
>>>> please fined attached
>>>>
>>>> new booking for target
>>>>
>>>> thanks and best regard
>>>>
>>>>
>>>>
>>>> NART QUNASH
>>>> shipping department
>>>> ATATEKS foreign trade ltd.
>>>> Amman - sahab - Jordan
>>>> al tajamouat industrial city
>>>> tell:00962 6 402 5151
>>>> fax:00962 6 402 5149
>>>> mobile:00962 74 5699443
>>>> nartqunash@atateksjordan.com
>>>>
>>>>
>>>
>>
>>
>>
>
>
>
```

01242

10/12/2006

**Shanny Centeno**

*Reason for 5079852 (204122)*

| | |
|---|---|
| **From:** | Nart Qunash [nartqunash@ataleksjordan.com] |
| **Sent:** | Wednesday, September 13, 2006 5:56 AM |
| **To:** | Basul/Gizem Imgel |
| **Cc:** | yaseminuzelli@atateks.com.tr |
| **Subject:** | Re: Emailing: insrep-FOR-po#5846461-5079852-2814727 - - URGENT URGENT |

dear gizem
the dims for the ctr is for po 5846461 and 5079852 is 77x45x12
but when we closs the ctr it become 77x45x14 so thir is no space for 400 box
and we dont want to saparet the po so we ask to ship the po on the next vessel
thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan

----- Original Message -----
**From:** Basul/Gizem Imgel
**To:** 'Nart Qunash'
**Cc:** yaseminuzelli@atateks.com.tr
**Sent:** Wednesday, September 13, 2006 10:00 AM
**Subject:** FW: Emailing: insrep-FOR-po#5846461-5079852-2814727 - - URGENT URGENT

URGENT URGENT !!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

HI NART;

COULD YOU PLEASE EXPLAIN IN DETAIL WHAT CRT DIMS DID YOU GIVE TO TAREGET WHILE
ORDERING THE CONTAINERS.
CAN I GET THE BOOKING FORMS.
ALSO COULD YOU PLEASE TELL US HOW MANY CRTS COULD NOT FIT INTO THE CONTAINERS SO
YOU HAD TO TAKE ALL OF THE PO#5079852.?


BEST REGARDS/GIZEM

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Wednesday, September 13, 2006 4:22 AM
**To:** 'Basul/Gizem Imgel'; 'Mabel Kwan'; 'Shanny Centeno'
**Subject:** RE: Emailing: insrep-FOR-po#5846461-5079852-2814727

Hi gizem,

In addition, to shanny's email  I am sorry that I am writing separately but Christine needs a better explanation
for what occurred. She wants to know what the physica ctn dims were that nart gave to target and what the
physical dims were really.   In addition, she wants to know how many cartons was it that did not fit on the
container (actual number of cartons).

D 01312

9/13/2006

**Shanny Centeno**                                                    *204122*

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Tuesday, September 12, 2006 9:11 AM |
| **To:** | 'Mabel Kwan'; 'Shanny Centeno'; 'Nilda Corchado' |
| **Subject:** | ███████████████████████████████ |

HI TO ALL;

PLEASE SEE ATTACHED TCPS INSPECTION REPORT FYR.

PLEASE NOTE BELOW:        *W/ Atatas paying*
*Expediting. 4-8,000.-*

▪ PO#5079822 - COULD NOT SHIPPED ON APPROVED VESSEL DUE THE MISCALCULATION OF CRT DIMS. APPROVED TO SHIP ON NEXT WEKS VESSEL . SEE ATTACHED E-MAIL. I WILL SEND THE DOCS ASA IT SHIPS.

▪ IF YOU SEE THE COMMENT SECTION IN THE ATTACHED REPORT , CART MARKING ARE WRONG PER TARGET PROCEDURE. THESE WERE THE SAME CRT MARKING WHICH YOUR OFFICE APPROVED AND FRANK WAS APPROVIN THEM BEFORE. TCPS ADVISED TO CHANGE THEM FOR NEXT PROG. WE'LL DO THIS. I WILL WILL SEND THE REVISED CRT MARKINGS FOR LACE PROGRAM TMRW  PER TCPS REQUEST .

WILL SEND THE SHIPPED PO'S DOCS ASAP.
BEST REGARDS/GIZEM

The message is ready to be sent with the following file or link attachments:

insrep-FOR-po#5846461-5079852-2814727

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

*pls clarify if you*
*are not marking made in Jordan*
*then what are you to mark*
*C/O ? _____ pls advise*

*D 01313*

| TARGET SOURCING SERVICES/AMC FORM | Document #: | SL-F-05-004 | Original: | 07/06/04 |
|---|---|---|---|---|
| | Dept/Area: | TCPS Field Inspector | Rev Date: | 06/02/06 |
| | Page: | 1 of 5 | Rev #: | 5 |

# DUPRO/FRI Audit/Inspection Form- Softlines

| VENDOR NAME | BASUL TEKSTIL |
|---|---|
| FACTORY NAME | ATATEKS FOREIGN TRADE |
| OPERATING COMPANY | ☒ TARGET    ☐ OTHER_____ |

**HEADER INFORMA**

| 1. INSPECTION TYPE | ☐ DUPRO | | ☒ FRI | |
|---|---|---|---|---|
| 2. INSPECTION STATUS | ☐ NONE | ☒ PASS | ☐ FAIL | ☐ HOLD |
| 3. DATE OF INSPECTION | 9/10/2006 | (mm/dd/yyyy) | | |
| 4. DEPARTMENT | 016 | | | |
| 5. PRODUCT ID | 204122 | | | |
| 6. TOTAL QUANTITY OF PID | 94640 | | | |
| 7. DESCRIPTION OF PRODUCT | LADIES 94%NYLON 6% LYCRA @ SPNDX SEAMLESS SCOOP NK W/ SHRNG | | | |
| 8. TYPE OF PROGRAM | ☐ TSS/AMC PROGRAM | | ☒ DI PROGRAM | |
| 9. INSPECTION LOCATION | FACTORY | | | |
| 10. COUNTRY OF ORIGIN | JORDAN | | | |
| 11. INSPECTOR NAME | ROLDAN COLINA | | 12.Inspector IX ID | 81031 |
| 13. INSPECTION COMPANY | ☒ TCPS | ☐ BV-MTL-ACTS | | ☐ OTHER |

| 14. ORDER INFORMATION | PURCHASE ORDER | DPCI | CANCEL DATE | QUANTITY |
|---|---|---|---|---|
| | 5846461 | ~~016010351~~ | N/A | 30758 |
| | | 016010357 | | 33124 |
| | | 016010360 | | 30758 |

| 15. PRODUCTION STATUS | CUTTING % | SEWING % | PRESSING % | PACKING % |
|---|---|---|---|---|
| | 100 | 100 | 100 | 100 |

**POSITION AND PLACEMENT**

| 1. HANGTAG CORRECT? | ☒ YES | ☐ NO | ☐ N/A |
|---|---|---|---|
| 2. PRICE TICKET CORRECT? | ☒ YES | ☐ NO | ☐ N/A |
| 3. MAIN LABEL CORRECT? | ☒ YES | ☐ NO | ☐ N/A |
| 4. CARE/CONTENT LABEL CORRECT? | ☒ YES | ☐ NO | ☐ N/A |

**SIZE AND COLOR ASSORTMENT**

| 1. IS THIS AN ASSORTMENT SET? | ☒ YES | ☐ NO | |
|---|---|---|---|
| IF YES, DESCRIBE ASSORTMENT | ☒ SIZE | ☒ COLOR | ☐ STYLE |
| 2. IS THE SIZE & COLOR ASSORTMENT CORRECT? | ☒ YES | ☐ NO | |
| 3. IS THE PACKING METHOD CORRECT ACCORDING TO FLOOR-READY REQUIRMENTS? | ☐ YES | | ☐ NO |
| 4. SHIPMENT | ☐ PARTIAL | ☐ OVER-SHIP | ☒ COMPLETE |

**CARTON LABELING**

| 1. FRONT LABEL CORRECT? | ☒ YES | | ☐ NO | |
|---|---|---|---|---|
| 2. SIDE LABEL CORRECT? | ☒ YES | | ☐ NO | |
| 3. CARTON QUANTITY | 7098 | | | |
| 4. GROSS WEIGHT | 7.7 | | IN POUNDS | |
| 5. MEASUREMENT | 30.3 " LENGTH | 17.7 " WIDTH | 4.7 " HEIGHT | |

Copyright 2006 Target Corporation. This document and the contents within are the property of Target Corporation and its subsidiaries (collectively "Target"). They are for the sole use of designated employees of Target as well as certain authorized business partners and shall not be reproduced, disseminated, or disclosed in any form to any party whatsoever without the express written consent of Target.



## DUPRO/FRI Audit/Inspection Form- Softlines

| Page: | 2 of 5 |
|---|---|
| Rev Date: | 06/02/06 |
| Rev #: | 5 |

**RE-INSPECTION INFORMATION**

| | | |
|---|---|---|
| 1. IS THIS A RE-INSPECTION OF PREVIOUSLY FAILED GOODS? | ☐ YES | ☐ NO |
| 2. IF YES, ADVISE PREVIOUS INSPECTION DATE(S) (MM/DD/YYYY) | | |
| 3. WAS RVP NOTIFIED OF MORE THAN 2 FAILURES (TSS ONLY)? | ☐ YES | ☐ NO |

**MEASUREMENT INSPECTION**

| | | | |
|---|---|---|---|
| 1. MEASUREMENT AQL | | ☐ 6.5 | ☒ 10.0 |
| 2. MEASUREMENT RESULT | | ☒ PASS | ☐ FAIL |
| 3. QUANTITY INSPECTED | 32 INITIAL PULL | ADDITIONAL PULL | |
| 4. QUANTITY REJECTED | 2  INITIAL PULL | ADDITIONAL PULL | |
| 5. SCORE | TOTAL NO. OF POINTS 2 | TOTAL NUMBER OF CRITICAL POINTS | TOTAL NUMBER OF MAJOR POINTS |

**VISUAL INSPECTION- WORKAMNSHIP**

| | | | |
|---|---|---|---|
| 1. WORKMANSHIP AQL | ☒ TARGET SAMPLING PLAN | ☐ OTHER      Client: AQL: | |
| 2. WORKMANSHIP RESULT | ☒ PASS | ☐ FAIL | |
| 3. SAMPLE SIZE | 200 | | |
| 4. ACCEPT/REJECT POINTS | 9  PASS | 10  FAIL | |

**WORKMANSHIP DEFECT LIST**

| | DEFECT CODE | NO. OF GARMENTS | CRITICAL | MAJOR | DETAILED COMMENTS ON DEFECT |
|---|---|---|---|---|---|
| DEFECT 1 | F003 | 1 | 1 | | SOIL |
| DEFECT 2 | F005 | 1 | 1 | | FABRIC SLUB |
| DEFECT 3 | M203 | 4 | | 2 | SEWN PLEATS |
| DEFECT 4 | H201 | 2 | | 1 | UNCUT THREAD |
| DEFECT 5 | | | | | |
| DEFECT 6 | | | | | |
| DEFECT 7 | | | | | |
| DEFECT 8 | | | | | |
| DEFECT 9 | | | | | |
| DEFECT 10 | | | | | |
| DEFECT 11 | | | | | |
| DEFECT 12 | | | | | |
| DEFECT 13 | | | | | |
| DEFECT 14 | | | | | |
| DEFECT 15 | | | | | |
| TOTAL NO OF DEFECTIVES | | | 2 | 6 | |
| TOTAL NO OF POINTS | | | 2 | 3 | |
| GRAND TOTAL POINTS | | 5 | | | |

**TESTING REPORTS**

| | TEST # | REPORT DATE | RESULTS | | |
|---|---|---|---|---|---|
| FABRIC TEST | | | ☐ SAT | ☐ UNSAT | ☒ N/A |
| GARMENT TEST | 72062140001 | 8/4/06 | ☒ SAT | ☐ UNSAT | ☐ N/A |
| SPECIALTY TESTING | | | ☐ SAT | ☐ UNSAT | ☐ N/A |
| TESTING LABORATORY | ☒ BV-MTL-ACTS | | ☐ OTHER | | |

Copyright 2006 Target Corporation.  This document and the contents within are the property of Target Corporation and its subsidiaries (collectively "Target").  They are for the sole use of designated employees of Target as well as certain authorized business partners and shall not be reproduced, disseminated, or disclosed in any form to any party whatsoever without the express written consent of Target.
Ⓒ TARGET SOURCING SERVICES/AMC

D 01315

## DUPRO/FRI Audit/Inspection Form- Softlines

| | |
|---|---|
| Page: | 3 of 5 |
| Rev Date: | 06/02/06 |
| Rev #: | 5 |

**TCPS REQUIREMENTS**

| | |
|---|---|
| TEST REPORT REQUIREMENT MET | ☐ ISSUE CHARGE BACK |
| PREPARED FOR SCHEDULED FRI | ☐ ISSUE CHARGE BACK |
| TCPS APPROVAL GIVEN FOR SHIPMENT | ☐ ISSUE CHARGE BACK |
| FULL COOPERATION GIVEN | ☐ ISSUE CHARGE BACK |
| APPROVED TRIM/COMPONENTS SUPPLIERS USED | ☐ ISSUE CHARGE BACK |
| OTHER | REASON |

**SIP CHECKLIST**

| | | |
|---|---|---|
| PRODUCTION SAMPLE PROVIDED | ☒ YES | ☐ NO |
| FABRIC AND GARMENT TESTING | ☒ YES | ☐ NO |
| ACCESSORY CARD AND APPROVALS | ☒ YES | ☐ NO |
| BULK FABRIC DETAILS AND SAMPLE | ☒ YES | ☐ NO |
| TRIM SUPPLIER INVOICES | ☒ YES | ☐ NO |
| COPIES OF INTRO, DUPRO AND FRI | ☒ YES | ☐ NO |
| COLOR APPROVAL | ☒ YES | ☐ NO |
| SIP PHASE I COMPLETE | ☒ YES | ☐ NO |
| SIP PHASE II COMPLETE | ☒ YES | ☐ NO |

REVIEWED RESULTS WITH:

**QUALITY CONTROL CONTACT NAMES – RESULTS REVIEWED WITH:**        **DATE: (mm/dd/yyyy)**

| | | |
|---|---|---|
| *1. TCPS –QA REPRESENTATIVE | Roldan Colina | 9/10/06 |
| *2. FACTORY REPRESENTATIVE | Yasem Ozen | 9/10/06 |
| 3. VENDOR REPRESENTATIVE | Gizem Imgel | 9/10/2006 |

**COMMENTS:** FRI AUDIT PASSED FOR FIT AND WORKMANSHIP AUDIT. GOODS ARE OK TO SHIP.
CARTON MARKING PRINTED MADE IN JORDAN IT S/B COUNTRY OF ORIGIN.     Jordan

**START AT 11:30 P.M.**
**FINISHED 3:30 P.M.**

Copyright 2006 Target Corporation. This document and the contents within are the property of Target Corporation and its subsidiaries (collectively "Target"). They are for the sole use of designated employees of Target as well as certain authorized business partners and shall not be reproduced, disseminated, or disclosed in any form to any party whatsoever without the express written consent of Target.
ⓇTARGET SOURCING SERVICES/AMC

D 01316

Measurement form PID 204122

Vendor Name _____   Factory Name: __ATATEKS__

Dept. __14__   Inspector Name __SARAJ TEXTILES__   Date: __10-Apr-06__

DUPRO [ ]   P/N [ ]   F/N [ ]   T/N [ ]
COMMENTS ACCEPTABLE / PASS

PID __204122__
PO __0044441__
DESC __LDIES SEAMLESS TOP__

Pcs Inspected __32__
Rejected Points __4.0__
Pass/Fail __PASS__

### Sizes — small

| Point of Measurement | Tol +/- | Spec | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| A44 1/2 Drop, HP Bodice | 0.390 | 7.750 | -1/4 | ok | ok | -1/4 | ok | 1/4 | | |
| B100 Back/Chest 1" Blw ATH | 0.800 | 13.500 | -1/4 | -1/4 | -3/4 | -1/4 | -3/4 | -1 | | |
| E100 Sweep, Bodice Top | 0.800 | 13.500 | -1/4 | -1/4 | -1/2 | ok | ok | ok | | |
| H275 A/H Drop from HPB | 0.378 | 7.500 | ok | -1/4 | -1/4 | -1/4 | ok | ok | | |
| Shoulder width | | 11.000 | -1/4 | -1/4 | -1/2 | -1/2 | -1/4 | ok | | |
| Neck width | | 6.380 | -1/8 | -1/4 | -1/4 | -1/4 | -1/4 | ok | | |
| Rib width | | 0.378 | ok | ok | ok | ok | ok | ok | | |
| Front length from HPB | | 21.800 | -1/4 | ok | 1/2 | 1.1/2 | -1/4 | ok | | |

### Sizes — L

| Point of Measurement | Tol +/- | Spec | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| A44 1/2 Drop, HP Bodice | 0.390 | 8.250 | ok | ok | ok | ok | ok | ok | ok | |
| B100 Back/Chest 1" Blw ATH | 0.800 | 15.000 | -1/2 | -1/4 | -1/4 | ok | -1/4 | -1/4 | -1/4 | |
| E100 Sweep, Bodice Top | 0.800 | 15.000 | -1/2 | -1/4 | -1/4 | ok | -1/4 | -1/4 | ok | |
| H275 A/H Drop from HPB | 0.378 | 8.000 | ok | ok | ok | ok | ok | ok | ok | |
| Shoulder width | | 12.000 | ok | ok | ok | ok | ok | ok | | |
| Neck width | | 6.750 | ok | ok | ok | ok | ok | ok | | |
| Rib width | | 0.378 | ok | ok | ok | ok | ok | ok | | |
| Front length from HPB | | 22.800 | ok | 1/2 | ok | ok | 1/2 | 1/4 | | |

### Sizes — m

| Point of Measurement | Tol +/- | Spec | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| A44 1/2 Drop, HP Bodice | 0.390 | 8.000 | ok | ok | ok | ok | ok | ok | | |
| B100 Back/Chest 1" Blw ATH | 0.800 | 14.000 | -1/2 | -1/4 | -1/2 | -3/4 | -1/2 | -3/4 | | |
| E100 Sweep, Bodice Top | 0.800 | 14.000 | -1/2 | -1/4 | -1/4 | -3/4 | -1/2 | -1/2 | | |
| H275 A/H Drop from HPB | 0.378 | 8.000 | ok | ok | ok | ok | ok | ok | | |
| Shoulder width | | 11.500 | ok | -1/2 | -1/4 | ok | -1/4 | ok | | |
| Neck width | | 8.500 | ok | -1/2 | ok | ok | ok | ok | | |
| Rib width | | 0.378 | ok | 1 | | | | | | |
| Front length from HPB | | 22.000 | ok | | | | | | | |

### Sizes — XL

| Point of Measurement | Tol +/- | Spec | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| A44 1/2 Drop, HP Bodice | 0.390 | 8.500 | ok | ok | ok | ok | ok | ok | ok | |
| B100 Back/Chest 1" Blw ATH | 0.800 | 16.000 | ok | ok | ok | ok | ok | ok | ok | |
| E100 Sweep, Bodice Top | 0.800 | 16.000 | ok | ok | ok | ok | ok | ok | ok | |
| H275 A/H Drop from HPB | 0.378 | 8.000 | ok | ok | ok | ok | ok | ok | ok | |
| Shoulder width | | 12.500 | ok | ok | ok | ok | ok | ok | | |
| Neck width | | 9.000 | ok | ok | ok | ok | ok | ok | | |
| Rib width | | 0.378 | ok | ok | ok | ok | ok | ok | | |
| Front length from HPB | | 23.000 | ok | 1/2 | ok | ok | ok | 1/2 | | |

D 01317

Measurement form PID 204122

**Sizes**

| Point of Measurement | Tol +/- | Spec | XXL | | | | | | | | Spec | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A44 | N Drop, HP Bodice | 0.390 | 6.790 | | | | | | | | | | | | | | | | |
| B100 | Bust/Chest 1" ber ATH | 0.600 | 17.000 | | | | | | | | | | | | | | | | |
| B100 | Bicep, Bodice Top | 0.600 | 17.000 | | | | | | | | | | | | | | | | |
| H278 | AH Drop from HPS | 0.371 | 9.000 | | | | | | | | | | | | | | | | |
| | Shoulder width | | 16.000 | | | | | | | | | | | | | | | | |
| | Neck width | | 16.000 | | | | | | | | | | | | | | | | |
| | Rib width | | 0.375 | | | | | | | | | | | | | | | | |
| | Front length from HPS | | 24.000 | | | | | | | | | | | | | | | | |

**Sizes**

| Point of Measurement | Tol +/- | Spec | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | Spec | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A44 | N Drop, HP Bodice | 0.390 | | | | | | | | | | | | | | | | | | |
| B100 | Bust/Chest 1" ber ATH | 0.600 | | | | | | | | | | | | | | | | | | |
| B100 | Bicep, Bodice Top | 0.600 | | | | | | | | | | | | | | | | | | |
| H278 | AH Drop from HPS | 0.375 | | | | | | | | | | | | | | | | | | |
| | Shoulder width | | | | | | | | | | | | | | | | | | | |
| | Neck width | | | | | | | | | | | | | | | | | | | |
| | Rib width | | | | | | | | | | | | | | | | | | | |
| | Front length from HPS | | | | | | | | | | | | | | | | | | | |

D 01318

**Shanny Centeno**                                                                                   *204122*

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Tuesday, September 12, 2006 3:46 AM |
| **To:** | 'imer basul'; 'Nilda Corchado' |
| **Cc:** | 'Shanny Centeno'; 'Mabel Kwan' |

**Subject:** RE: Merona 11/1 ruched set asst order, PO 5079852

HI NILDA;

APPARENTLY , THIS IS CORRECT BUT IN DIFFERENT WAY.
THEY SHALL BE ADDING 0,5CM TO EVERY DIMS OF A CRT IN ORDER TO SECURE THE SPACE SINCE
DIMS WRITTEN ON CRT SOMETIMES ARE NOT EXACTLY THE SAME DUE THE CRT THICKNESS ETC.
BECAUSE SEVERAL CRTS FROM HIS PO COULD NOT FIT INTO THE CONTAINER , EXPEDITORS
ADVISED TO LEAVE ALL OF IT DUE TO NO ALLOWANCE OF PARTIAL SHIPMENT FROM TARGET.
PLEASE SEE ATTACHED APPROVAL FOR THE NEXT WEEK'S VESSEL FOR THIS PO.
WE ALREADY INFORMED ATATEKS ON THE EXPEDITING CHARGES.

BST REGARDS/GIZEM

**From:** imer basul [mailto:imer@basul.com.tr]
**Sent:** Monday, September 11, 2006 11:05 PM
**To:** 'Nilda Corchado'; 'Basul/Gizem Imgel'
**Cc:** 'Shanny Centeno'; 'Mabel Kwan'
**Subject:** RE: Merona 11/1 ruched set asst order, PO 5079852

Gizem

Can you pls check carton dimension if they did mistake. What they did reservations and what it happen.

Pls let us know.

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Monday, September 11, 2006 10:41 PM
**To:** 'Basul/Gizem Imgel'; imer@basul.com.tr
**Cc:** 'Shanny Centeno'; 'Mabel Kwan'
**Subject:** FW: Merona 11/1 ruched set asst order, PO 5079852

Hi imer,

Note that this is late!   So,  I am assuming you were unaware that they could not load the freight on the schedule
vessel.   Target is asking us to confirm the domestic expediting, pls inform atateks that they will have to be
responsible.

Thanks and b regds
Nilda

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Monday, September 11, 2006 3:34 PM
**To:** Nilda Corchado
**Cc:** Shanny Centeno; Stephanie.Richard; Lauren.Edwards
**Subject:** Merona 11/1 ruched set asst order, PO 5079852

D 01319

Hi Nilda,

We received word from Target transportation that due to a miscalculation in carton dimensions, Basul was unable to load PO 5079852, and will now be shipping late.  The updating timing with this new vessel will cause the IS to be an 11/3 when it should have been a 10/25.

By speeding this up through domestic trucking, we'll still only save up to 3 days, which would put it into stores on 10/31-11/1.  This program is set on the sales floor 10/29, so it will still be late.  Please work with Basul to absorb domestic airing cost, as this is our only option to get it into stores on-time.  *Approximate* domestic air charges should be between $4263 - $8527.

Please confirm, by return, Basul will absorb this charge.

Regards,
Stephanie

**Stephanie Richard**
Import Coordinator
D16 Cherokee/Merona/Holiday
Target Sourcing Services
612.696.0561

D  01320

9/12/2006

## Nilda Corchado

**From:** Nart Qunash [nartqunash@atateksjordan.com]

**Sent:** Thursday, October 05, 2006 2:57 AM

**To:** Basul/Gizem Imgel; 'Yasemin Uzelli'

**Cc:** AhmetWaled@atateks.com.tr

**Subject:** Re: PRIVATE LABEL MORE CONTAINERS ETA NY 10/10

dear gizem
no we cant coz the bank already send the doc the customer bank coz as you
know its cad

thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan
----- Original Message -----
From: "Basul/Gizem Imgel" <gizem@basul.com.tr>
To: "'Nart Qunash'" <nartqunash@atateksjordan.com>; "'Yase
<yaseminuzelli@atateks.com.tr>
Cc: <AhmetWaled@atateks.com.tr>
Sent: Thursday, October 05, 2006 9:44 AM
Subject: RE: PRIVATE LABEL MORE CONTAINERS ETA



> HI NART;
>
> SINCE THEY WERE CONSIGNED TO PRIVATE LABEL
> SHOULD
> BE SENT TO THE CONSIGNEE DIRECTLY?????
> THEY NEED TO HAVE THE ORIGINAL SET OF DOCS
> GOODS, IT'S USELESS TO SEND TO THE BANK ORIGI
> SEND THE ORIGINAL DOCS TO BELOW ADRESS.
>
> PRIVATE LABEL SOURCING, LLC.
> 597 BROADWAY 2ND FLOOR
> NEW YORK, USA
> NY 10012
> PH: +1-212-329-0800
> FAX:+1-212-329-0859
>
>
> BEST REGARDS/GIZEM
>
>

10/13/2006

D 01321

## Nilda Corchado

| | |
|---|---|
| **From:** | Nart Qunash [nartqunash@atateksjordan.com] |
| **Sent:** | Thursday, October 05, 2006 2:57 AM |
| **To:** | Basul/Gizem Imgel; 'Yasemin Uzelli' |
| **Cc:** | AhmetWaled@atateks.com.tr |
| **Subject:** | Re: PRIVATE LABEL MORE CONTAINERS ETA NY 10/10 |

dear gizem
no we cant coz the bank already send the doc the customer bank coz as you
know its cad

thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan
----- Original Message -----
From: "Basul/Gizem Imgel" <gizem@basul.com.tr>
To: "'Nart Qunash'" <nartqunash@atateksjordan.com>; "'Yasemin Uzelli'"
<yaseminuzelli@atateks.com.tr>
Cc: <AhmetWaled@atateks.com.tr>
Sent: Thursday, October 05, 2006 9:44 AM
Subject: RE: PRIVATE LABEL MORE CONTAINERS ETA NY 10/10


> HI NART;
>
> SINCE THEY WERE CONSIGNED TO PRIVATE LABEL , ONE SET OF ORIGINAL DOCS
> SHOULD
> BE SENT TO THE CONSIGNEE DIRECTLY?????
> THEY NEED TO HAVE THE ORIGINAL SET OF DOCS AND ORIGINAL B/L TO CLEAR THE
> GOODS, IT'S USELESS TO SEND TO THE BANK ORIGINAL DOCS. CAN YOU MAKE BANK
> SEND THE ORIGINAL DOCS TO BELOW ADRESS.
>
> PRIVATE LABEL SOURCING, LLC.
> 597 BROADWAY 2ND FLOOR
> NEW YORK, USA
> NY 10012
> PH: +1-212-329-0800
> FAX:+1-212-329-0859
>
>
> BEST REGARDS/GIZEM
>
>

D 01322

10/13/2006

> -----Original Message-----
> From: Nart Qunash [mailto:nartqunash@atateksjordan.com]
> Sent: Thursday, October 05, 2006 9:01 AM
> To: gizem@basul.com.tr; Yasemin Uzelli
> Cc: AhmetWaled@atateks.com.tr
> Subject: Re: PRIVATE LABEL MORE CONTAINERS ETA NY 10/10
>
> dear gizem
> this is the dhl # for the doc that we send to the bank 3010441534 .
> thanks & best regard
>
> Nart qunash
> shipping manager
> Atateks foreign trade ltd.
> tel: +962 6 402 5151
> fax: +962 6 402 5149
> mob: +962 74 5699443
> sahab - amman - jordan
> -----Original Message-----
> From: <gizem@basul.com.tr>
> To: "Nart Qunash" <nartqunash@atateksjordan.com>; "Yasemin Uzelli"
> <yaseminuzelli@atateks.com.tr>
> Sent: Wednesday, October 04, 2006 10:30 PM
> Subject: Fw: PRIVATE LABEL MORE CONTAINERS ETA NY 10/10
>
>
>> We need original docs and original bill of lading for vessel shipment
>> from
>
>> Alaa's two weeks ago to clear them from NY
>>
>> Urgent urgent urgent
>> Please advise when you can send and Awb# for the doc's package .
>> If you can please give them to Basul asistant Feriha who'll be there for
>> inspection tmrw.
>> Please advise?????????????
>>
>>
>>
>>
>> -----Original Message-----
>> From: "Mabel Kwan" <mabel@prvtlabel.com>
>> Date: Wed, 4 Oct 2006 15:15:56
>> To:"'Basul/Gizem Imgel" <gizem@basul.com.tr>
>> Cc:"'Nilda Corchado'" <nilda@prvtlabel.com>,"'Tom Turner'"
>> <tom@stilelogistics.com>,<vincent@stilelogistics.com>,"'josephine'"
>> <josephinec@c-air.com>,"'William Ortiz'" <williamortiz@stileintl.com>
>> Subject: FW: PRIVATE LABEL MORE CONTAINERS ETA NY 10/10
>>
>> Gizem,
>>

D  C01323

>>
>>
>> Where are the original ship docs/ bill of lading?
>>
>>
>>
>> Tom,
>>
>>
>>
>> I do have the b/l. I will confirm on the original b/l.
>>
>>
>>
>> Best Regards,
>>
>>
>>
>> Mabel
>>
>> Import Department
>>
>> Direct: 212.329.0811
>>
>> mabel@prvtlabel.com
>>
>>
>>
>>
>>
>> ---------------
>>
>> From: Tom Turner [mailto:tom@stilelogistics.com]
>> Sent: Wednesday, October 04, 2006 12:07 PM
>> To: 'Mabel Kwan'; 'William Ortiz'
>> Cc: 'Nilda Corchado'; vincent@stilelogistics.com; 'josephine'
>> Subject: RE: PRIVATE LABEL MORE CONTAINERS ETA NY 10/10
>>
>>
>>
>> Dear Mabel;
>>
>>
>> I think the b/l you sent us was sent to you by shipper and it does not
>> belong to this shipment; I have the correct copy of b/l but I need the
>> original; please see attached the correct b/l and advise when do you
>> think
>
>> we can get the original b/l

01324

10/13/2006

## Shanny Centeno

| | |
|---|---|
| **From:** | Shanny Centeno [shanny@prvtlabel.com] |
| **Sent:** | Wednesday, September 20, 2006 9:50 PM |
| **To:** | 'Basul/Gizem Imgel'; 'imer@basul.com.tr' |
| **Cc:** | 'Nilda Corchado' |
| **Subject:** | RE: ME Rouched Tank - SHIPPING STATUS |

9/2/0/06

Gizem,

ME Seamless Rouched Tank - 204122

Po# 3056130 Target. COM -
**GIZEM**09/19**I SENT THE DOCS SEPEARTELY. STILL WAITING OFR FCR'S FROM EXPEDITORS /JORDAN. WILL SEND THEM ASA I GET FRO THEM**
[SC 9/19] ok noted .. thanks

*SHIPPED*

Po# 5079852

Maersk Vermont 0614 ...... ETD Haifa 9/21 ..... ETA Newport News 10/11 ... please reconfirm

**GIZEM**09/20** WILL SEND THEM ASA P.**
[SC 9/20] keep us posted

*Recvd Doc's 9/25*   *SHIPPED*

Po# 6419090 - (9/11-9/23) -
MAERSK MAINE 0614
ETD HFA: 28 SEP
ETA Newport News: 18 OCT.
Doc cut-off: 20 SEP
CY cut-off: 26 SEP.

**GIZEM**09/20** OK NOTED**

*did this ship ?*   *SHIPPED*

Po# 6018475 - (9/18-9/23) -

D 01260

NEDLLOYD COLOMBO 0614
ETD HFA: 5 OCT
ETA Newport news: 25 OCT.
Doc cut-off: 27 SEP
CY cut-off: 3 OCT.

**GIZEM**09/20**OK NOTED**

HAS THIS BEEN INSPATEA ?Dassed
IS it (cAdv) To Ship ?

Po# 3298351 (9/25-9/30)

**GIZEM**09/20** THIS WILL BE INSPECTED BY TCPS ALSO.**
[SC 9/20] has it been scheduled with TCPS ?? when ??

Maersk Nevada 0614
> ETD HFA: 12 OCT
> ETA Newport News: 1 Nov.
> CY cut-off: 10 OCT.
> Doc cut-off: 7 OCT.

10|8    Aprdved    9/19

*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: Shanny@prvtlabel.com
Tel: 212.329.0808
Fax: 212.329.0859

10/19 vessel ???

Po# 35669964

D 01261

## Shanny Centeno

**To:** Basul/Gizem Imgel; imer@basul.com.tr
**Cc:** 'Nilda Corchado'
**Subject:** RE: ME Rouched Tank - SHIPPING STATUS

9/18/06

Gizem

ME Seamless Rouched Tank - 204122

Po# 3056130 Target. COM -

**GIZEM**09/18** I COULD NOT GET THE DOCS TODAY ALSO. HAVING TROUBLE TO GET THEM FROM JORDAN . THEY ARE SOOO LAZY IT'S UNBELIEVABLE.**
[SC 9/18] i believe you ... but this shipped already, right ??? keep us posted on the ship docs ....

*Recv'd ship docs*

Po# 5846461 / 2814727 - (8/28-9/2) -

**GIZEM**09/18** SENT THE DOCS FOR THESE TWO PO'S**
[SC 9/18] noted ! thanks !

Po# 5079852

[SC 9/18] this PO was scheduled to ship on vessel :

Maersk Vermont 0614 ...... ETD Haifa 9/21 ..... ETA Newport News 10/11 ... please reconfirm

Po# 6419090 - (9/11-9/23) -
MAERSK MAINE 0614
ETD HFA: 28 SEP
ETA Newport News: 18 OCT.
Doc cut-off: 20 SEP
CY cut-off: 26 SEP.

**GIZEM**09/18** I WILL SEND THE INSPECTION REPORT TMRW.**
[SC 9/18] ok. just makeing sure htey were inspected .... keep us posted

*Inspected (9/17)*

Δ 01262

Po# 6018475 - (9/18-9/23) -

NEDLLOYD COLOMBO 0614
ETD HFA: 5 OCT
ETA Newport news: 25 OCT.
Doc cut-off: 27 SEP

CY cut-off: 3 OCT.


**GIZEM**09/18** OK NOTED.**
[SC 9/18] .... i'll just keep this point open until goods inpected on 9/24


Po# 3298351 (9/25-9/30)

**GIZEM**09/18** THIS PO PLANNED TO SHIP ON BELOW VESSEL PENDING FINAL CONFIRMATION FROM TARGET. FYI**
[SC 9/18] ok. thanks !!! noted and waiting for confirmation email from Target ... keep us posted.

Maersk Nevada 0614
> ETD HFA: 12 OCT
> ETA Newport News: 1 Nov.                NOW APPROVED   (9/19)
> CY cut-off: 10 OCT.
> Doc cut-off: 7 OCT.


*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: Shanny@prvtlabel.com
Tel: 212.329.0808
Fax: 212.32.9.0859

D 01263

**Shanny Centeno**

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Tuesday, September 19, 2006 3:59 AM |
| **To:** | 'Shanny Centeno'; 'Mabel Kwan' |
| **Subject:** | FW: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA FILE#3357 |

FYI.

-----Original Message-----
From: svetlana [mailto:s.anfouqa@zwa.com.jo]
Sent: Tuesday, September 19, 2006 8:57 AM
To: 'Nart Qunash'
Cc: NartQuna@atateks.com.tr; yaseminuzelli@atateks.com.tr; gizem@basul.com.tr
Subject: RE: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA FILE#3357

Dear Nart,

Kindly note PO# 3298351 is now approved to ship in LIGHT 2X40'HC as per below advised loadability on below vsl details:
Maersk Nevada 0614
ETD HFA: 12 OCT
ETA Newport News: 1 Nov.
CY cut-off: 10 OCT.
Doc cut-off: 7 OCT.

Best Regards,
Svetlana Anfouqa
Operations Global Account
ZWA/ Expeditors-Jordan
Tel: 00962 6 5929690 EXT. 32
Fax: 00962 6 5929683
E-MAIL: s.anfouqa@zwa.com.jo

-----Original Message-----
From: Nart Qunash [mailto:nartqunash@atateksjordan.com]
Sent: Sunday, September 17, 2006 3:33 PM
To: svetlana

D 01264

Cc: NartQuna@atateks.com.tr; yaseminuzelli@atateks.com.tr
Subject: Re: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA
FILE#3357

dear svetlana

we have to use 2x40hq for this po
1x40hq 56.497
1x40hq 56.463

thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab – amman – jordan
—— Original Message ——
From: "svetlana" <s.anfouqa@zwa.com.jo>
To: "'Nart Qunash'" <nartqunash@atateksjordan.com>
Cc: <NartQuna@atateks.com.tr>; <yaseminuzelli@atateks.com.tr>
Sent: Sunday, September 17, 2006 2:06 PM
Subject: RE: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA
FILE#3357


> Dear Ahmad,
>
> Are you planning to load 1.586 cbm in 20'DV????!!!!
> Customer will never approve this especially that the 2X40'HC is EVEN
> below customer minimum requirements, please revise your needed
> equipment and advise revised loadability accordingly,
>
> Please find attached earlier CLP's were factory was able to load 61
> cbm in HC and 56 cbm in 40'dv.......

2

01265

>

>

>> Dear Ahmad,

>>

>> Received, many thanks, please advise planned loadability for 1x20'dv

>> + 2x40'hc kindly find below planned vsl details:

>> Maersk Nevada 0614

>> ETD HFA: 12 OCT

>> ETA Newport News: 1 Nov.

>> CY cut-off: 10 OCT.

>> Doc cut-off: 7 OCT.

>>

>>

>> Best Regards,

>> Svetlana Anfouqa

>> Operations Global Account

>> ZWA/ Expeditors-Jordan

>> Tel: 00962 6 5929690 EXT. 32

>> Fax: 00962 6 5929683

>> E-MAIL: s.anfouqa@zwa.com.jo

>>

>> ——Original Message——

>> From: Nart Qunash [mailto:nartqunash@atateksjordan.com]

>> Sent: Saturday, September 16, 2006 3:15 PM

>> To: svetlana

>> Cc: NartQuna@atateks.com.tr; yaseminuzelli@atateks.com.tr

>> Subject: Re: PO# 3298351

>>

>> dear Svetlana

>> pls find attach booking form for po#3298351 thanks & best regard

>>

>> Nart qunash

>> shipping manager

>> Atateks foreign trade ltd.

>> tel: +962 6 402 5151

>> fax: +962 6 402 5149

>> mob: +962 74 5699443

01266

>> sahab – amman – jordan

>> —— Original Message ——

>> From: "svetlana" <s.anfouqa@zwa.com.jo>

>> To: "'Nart Qunash'" <nartqunash@atateksjordan.com>

>> Cc: <NartQuna@atateks.com.tr>; <yaseminuzelli@atateks.com.tr>

>> Sent: Saturday, September 16, 2006 10:52 AM

>> Subject: PO# 3298351

>>

>>

>>> Dear Nart,

>>>

>>>

>>>

>>> Kindly note you have past your booking cut off for subject PO,

>>> please send us the booking by today to avoid $100 late booking

>>> penalty

>>>

>>>

>>>

>>>

>>>

>>> Best Regards,

>>>

>>> Svetlana Anfouqa

>>>

>>>

>>>

>>> Please keep <mailto:hani.banna@zwa.com.jo> hani.banna@zwa.com.jo

>>> Cc:ed on all TGT/AMC communications.

>>>

>>>

>>>

>>>

>>

>>

>

>

5

D 01267

## Shanny Centeno

**To:**   Basul/Gizem Imgel; imer@basul.com.tr
**Cc:**   'Nilda Corchado'
**Subject:** RE: ME Rouched Tank - SHIPPING STATUS

9/15/06

Gizem,

ME Seamless Rouched Tank - 204122

Po# 3056130 Target . COM -
**GIZEM**OK NOTED BUT I WILL BE ABLE TO SEND THEM TMRW OR ON MONDAY . 'CUASE JORDAN IS NOT WORKING TODAY. AND THEY STILL HAVEN'T SEND THIS SET OF DOCS.**
[SC 9/15] ok noted and will await your advise when sending .

---

Po# 5846461 / 2814727 - (8/28-9/2) -

**GIZEM**09/15** SAME AS ABOVE**
[SC 9/15] ok noted !

Po# 5079852 - Aproved to ship on : Maersk Vermont 0614

ETD Haifa : 9/21
ETA N.N : 10/11

Po# 6419090 - (9/11-9/23) -
**GIZEM**09/15** OK NOTED.**
[SC 9/15] keep us posted on Monday with Inspection report ...

MAERSK MAINE 0614
ETD HFA: 28 SEP
ETA Newport News: 18 OCT.
Doc cut-off: 20 SEP
CY cut-off: 26 SEP.

---

Po# 6018475 - (9/18-9/23) -
[SC 9/15] keep us posted once goods ready for inpection on 9/24 ...

NEDLLOYD COLOMBO 0614
ETD HFA: 5 OCT
ETA Newport news: 25 OCT.
Doc cut-off: 27 SEP

D 01268

CY cut-off: 3 OCT.

Po# 3298351 (9/25-9/30)

**GIZEM**09/15** WILL KEEP YOU POSTED BUT UNTILL TMRW OR MNDAY DUE TO FRIDAY AS I MENTIONED ABOVE**

[SC 9/15] ok... just keep us posted .. thanks !

*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: *Shanny@prvtlabel.com*
Tel: 212.329.0808
Fax: 212.32.9.0859

D 01269

9/15/2006

**Shanny Centeno**                                          204122

**To:**       Basul/Gizem Imgel; imer@basul.com.tr
**Cc:**       'Nilda Corchado'
**Subject:** RE: ME Rouched Tank - SHIPPING STATUS

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Wednesday, September 13, 2006 7:18 AM
**To:** 'Shanny Centeno'; imer@basul.com.tr
**Cc:** 'Nilda Corchado'
**Subject:** RE: ME Rouched Tank - SHIPPING STATUS

ME Seamless Rouched Tank - 204122

Po# 3056130 Target. COM -
[SC 9/12] scheduled to ship on Maersk Nebraska 0614...ETD HFA 9/14....ETA Newport
News 10/4.... please reconfirm

**GIZEM**09/13** YES, THIS IS SHIPPED TO ABOVE VESSEL. WILL FORWARD THE DOCS ASAP. WAITING
FOR ATATEKS/JORDAN**

Po# 3426239 ONS -
[SC 9/12] SHIPPED via AIR on 9/7... please reconfirm

**GIZEM**09/13** YES, SHIPPED VIA AIRED . ALREADY SENT ALL DOCS TO MABEL**

Po# 5846461 / 2814727 - (8/28-9/2) -   ⟨9/13⟩ why do the ship Docs say
[SC 9/12] scheduled to ship together with the Target.com ... please reconfirm vessel details as        ETA New York ??
above...                                                              should be New port News )

**GIZEM**09/13** YES, SHIPPED TO ABOVE VESSEL. WILL SEND DOCS ASAP. WAITING FROM
ATATEKS/JORDAN.**

Po# 5079852 / - APRVD to ship on: Maersk Vermont 0614  *
                                          ETD HFA: 9/21
                                          ETA Newport News: 10/11

Po# 6419090 - (9/11-9/23) -
[SC 9/12] being inspected by Basul.. please advise what date ??? ..... planned vessel details
Maersk Maine 0614.... ETD HFA 9/28 .. ETA Newport News: 10/18.... reconfirm once
official vessel confirmation recpt from Target

D 01270

**GIZEM**09/13**SENT SEPERATE E-MAIL REGADING VESSEL APPROVAL. BASUL WILL INSOPECT THE GOODS ON 09/17. BUT GOODS WILL BE SHIPPED ON 09/25 FOR APPROVED BELOW VESSEL.**

MAERSK MAINE 0614
ETD HFA: 28 SEP
ETA Newport News: 18 OCT.
Doc cut-off: 20 SEP
CY cut-off: 26 SEP.

*Aprvd*

* *Inspecting on:* 9/17

---

Po# 6018475 - (9/18-9/23) - *Planned Vsl: Nedlloyd Colombo 0614*
*ETD HFA: 10/5*
*ETA N.N: 10/25*
[SC 9/12] being inspected by TCPS on 9/24.. reconfirm..... ??? ..... planned vessel details along with Po# 6419090 ... ... reconfirm once official vessel confirmation recpt from Target

**GIZEM**09/13**SENT SEPERATE E-MAIL REGARDING THIS PO. STILL PENDING FOR TARGET'S APPROVAL UPON REVISED BOOKING FOR DIMS. YES. IT WILL BE INSPECTED BY TCPS ON 9/24.**

* *Inspecting on:* 9/24

---

Po# 3298351 (9/25-9/30)
[SC 9/12] advise status .... inspection ?? ... booking ????

**GIZEM**09/13** DID NOT BOOKED THIS PO. YES. WILL DO w/IN THIS W/END.**

*Shanny Centeno*
*Production Coordinator*
*Private Label Sourcing, LLC*

D 01271

Shanny Centeno                                                      204122

| | |
|---|---|
| From: | Basul/Gizem Imgel [gizem@basul.com.tr] |
| Sent: | Wednesday, September 13, 2006 2:58 AM |
| To: | 'Shanny Centeno' |
| Cc: | 'Anamaria Tull'; 'Nilda Corchado'; 'Mabel Kwan' |
| Subject: | FW: po # 6419090 on Maersk MAINE 0614 ETD HFA: 28 SEP***ZWAFILE#3335*** |

FYI

——Original Message——

From: svetlana [mailto:s.anfouqa@zwa.com.jo]

Sent: Wednesday, September 13, 2006 9:15 AM

To: 'Nart Qunash'

Cc: yaseminuzelli@atateks.com.tr; 'Hani Al-Banna'; EsraAkyol@atateks.com.tr; 'Basul/Gizem Imgel'

Subject: RE: po # 6419090 on Maersk MAINE 0614 ETD HFA: 28

SEP***ZWAFILE#3335***


Dear Nart,

Kindly note only PO# 6419090 is approved to ship in LIGHT 1X40'DV for total measurement of 36.18

cbm on below vsl details:

MAERSK MAINE 0614

ETD HFA: 28 SEP

ETA Newport News: 18 OCT.

Doc cut-off: 20 SEP

CY cut-off: 26 SEP.


As for PO# 6018475 we'll update you with planned vsl details pending needed equipment for this PO,

please advise?



Best Regards,

Svetlana Anfouqa


Please keep hani.banna@zwa.com.jo Cc:ed on all TGT/AMC communications.


——Original Message——

From: Nart Qunash [mailto:nartqunash@atateksjordan.com]

Sent: Monday, September 11, 2006 3:53 PM

1

## Shanny Centeno

| | |
|---|---|
| **From:** | svetlana [s.anfouqa@zwa.com.jo] |
| **Sent:** | Tuesday, September 12, 2006 2:41 AM |
| **To:** | 'svetlana'; 'Nart Qunash' |
| **Cc:** | NartQuna@atateks.com.tr; yaseminuzelli@atateks.com.tr; 'Basul/Gizem Imgel'; 'Hani Al-Banna' |
| **Subject:** | RE: po# 5079852 ON MAERSK VERMONT 0614 ETD HFA: 9/21 ***ZWA FILE# 3352*** |

```
Dear Nart,
Kindly note PO# 5079852 is now approved to ship in LIGHT 1X40'DV (29.94 CBM) on
below vsl details:
MAERSK VERMONT 0614
ETD HFA: 9/21
ETA Newport News: 10/11
CY cut off: 9/19
Doc cut-off: 9/16




Best Regards,
Svetlana Anfouqa

Please keep hani.banna@zwa.com.jo Cc:ed on all TGT/AMC communications.
```

**From:** svetlana [mailto:s.anfouqa@zwa.com.jo]
**Sent:** Monday, September 11, 2006 3:32 PM
**To:** 'Nart Qunash'
**Cc:** 'NartQuna@atateks.com.tr'; 'yaseminuzelli@atateks.com.tr'
**Subject:** RE: po# 5079852 ON MAERSK VERMONT 0614 ETD HFA: 9/21

```
Dear Nart,
Noted you need LIGHT 1X40'DV FOR po# 5079852  (29.94 cbm) as you can't load in 20'
we'll ask for customer approval , and keep you updated once we have final, please
find below planned vsl details:

MAERSK VERMONT 0614
ETD HFA: 9/21
ETA Newport News: 10/11
CY cut off: 9/19
Doc cut-off: 9/16


Best Regards,
Svetlana Anfouqa

Please keep hani.banna@zwa.com.jo Cc:ed on all TGT/AMC communications.
```

**From:** Nart Qunash [mailto:nartqunash@atateksjordan.com]
**Sent:** Monday, September 11, 2006 2:11 PM
**To:** svetlana
**Cc:** NartQuna@atateks.com.tr; yaseminuzelli@atateks.com.tr
**Subject:** Re: IC

```
dear svetlana
please find attached equipment needed for PO# 5079852 planned to be shipped on ETD 21 sep
```

9/12/2006

D  01273

**Shanny Centeno**                                                        *204122*

| | |
|---|---|
| **From:** | Stephanie.Richard [Stephanie.Richard@target.com] |
| **Sent:** | Monday, September 11, 2006 3:34 PM |
| **To:** | Nilda Corchado |
| **Cc:** | Shanny Centeno; Stephanie.Richard; Lauren.Edwards |
| **Subject:** | ████████████████ PO 5079852 ████ |

Hi Nilda,

We received word from Target transportation that due to a miscalculation in carton dimensions, Basul was unable to load PO 5079852, and will now be shipping late.  The updating timing with this new vessel will cause the IS to be an 11/3 when it should have been a 10/25.

By speeding this up through domestic trucking, we'll still only save up to 3 days, which would put it into stores on 10/31-11/1.  This program is set on the sales floor 10/29, so it will still be late.  ████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████

Please confirm, by return, Basul will absorb this charge.

Regards,
Stephanie

**Stephanie Richard**
Import Coordinator
D16 Cherokee/Merona/Holiday
Target Sourcing Services
612.696.0561

*Aprvd To Ship on:*

*Maersk Vermont 0614*
*ETD HFA: 9/21*
*ETA NN: 10/11*

01274

**Shanny Centeno**                                                    *204122*

---

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Wednesday, August 30, 2006 11:05 AM |
| **To:** | 'Shanny Centeno'; imer@basul.com.tr |
| **Cc:** | 'Nilda Corchado'; 'Mabel Kwan' |
| **Subject:** | RE: ME Rouched Tank - SHIPPING STATUS |

**Po# 3056130  Target. COM - Must AIR this weekend …**
**Gizem\*\*08/25\*\*** already advised to Atateks to ask for air authorization for this order. Will advise accordingly.
*[SC 8/25] Gizem, ok.. But make sure to give all shipping docs to Mabel by Monday !!!! Any problems call Nilda …*
**GIZEM\*\*08/30\*\* THIS PO HAS GOT APPROVAL FOR NEXT WEKS VESSEL. BELOW DETAILED.**
```
F/V: Maersk Regensburg 0607
ETD AQJ: 9/8
ETA JED: 9/11
M/V: Maersk Dunedin 0610
ETD JED: 9/12
ETA ORF: 9/29
```
*Scheduled to Air (9/7) …*

**Po# 3426239 ONS -** AIR no later than 8/29 !!!!!  *(QTY: 4,331)*
**Gizem\*\*08/25\*\*** we already informed air forwarder that goods will be ready on 08/28 to deliver.
*[SC 8/25] ok.. make sure to follow up with Mabel and Nilda on Monday .. And send all shipping docs.*
**GIZEM\*\*08/30\*\* THIS SENT TO THE FORWARDER THIS MORNING. WILL SEND DOCS ASAP.**
*(QTY: 94,640)*    *(9/11) DID NOT MAKE VSL !!!*
**Po# 5846461 / (5079852) / 2814727 - (8/28-9/2) -  (QTY: 1,140)**
**Gizem\*\*08/25\*\*** asked for an approved from forwarder. Waiting for her reply. Will advise.
*[SC 8/25] ok. Noted and waiting .. Make sure to follow up with Mabel and Nilda ..*
**GIZEM\*\*08/30\*\* AS OUR QA ADVISE PO#5846461 WILL NOT BE READY FOR THIS WEEKS VESSEL.**
**SO WE'LL ASK FOR NEXT WEEK'S.**
**PO#5079852 AND 2814727 WILL BE INSPECTED BY TCPS ON 09/03 FOR BELOW APPROVED VESSEL**

```
F/V: Maersk Regensburg 0607
ETD AQJ: 9/8
ETA JED: 9/11
M/V: Maersk Dunedin 0610
ETD JED: 9/12
ETA ORF: 9/29
```

*PO 5079852 Aprvd TO GO on 9/21 vs (QTY: 9,360)*

*Po# 6419090 -(9/11-9/23)- (QTY: 12,864) Basul is inspecting ?*
**GIZEM\*\*08/25\*\*** WILL ADVISE UPON APPROVED VESSEL.
*[SC 8/25] ok. Again .. Make sure to follow up with Mabel and Nilda*
**GIZEM\*\*08/30\*\* WILL ADVISE FOR VESSEL ASA IT'S APPROVED**

*D 01275*

Balance Po's to follow ....

*(9/7) still waiting for vessel*
*(9/11) SEE Attached email*

*NEXT PO'S:*
*6018475*    *TCPS inspecting 9/24*    *Planned vsl Details*    *APProved*
*3298351*    *9/18 - 9/23 X  (QTY: 44,808)*    *maersk Maune 0614*    *VSL*
                *9/25 - 9/30 X  (Qty: 40,104)*    *ETD HFA: 9/28*    *(9/11)*

**Shanny Centeno**

---

**From:**    Basul/Gizem Imgel [gizem@basul.com.tr]
**Sent:**    Monday, September 11, 2006 8:28 AM
**To:**      'Shanny Centeno'; imer@basul.com.tr
**Cc:**      'Nilda Corchado'; 'Mabel Kwan'
**Subject:** RE: PO# 6419090 PID 204122 - VSL Details & Inspections

HI SHANNY;

PLEASE SEE ATTACHED E-MAIL CORRESPONDENCE THAT THIS PO IS ASKED TO SHIP ON BELOW
VESSEL PER TARGET REQUEST WITH PO#6018475.

BEST REGARDS/GIZEM

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Friday, September 08, 2006 10:25 PM
**To:** 'Basul/Gizem Imgel'; imer@basul.com.tr
**Cc:** 'Nilda Corchado'; 'Mabel Kwan'
**Subject:** RE: PO# 6419090 PID 204122 - VSL Details & Inspections

9/8/06

ok wait ! I'm confused ... is it confirmed for the 9/23 x vessel or not ???? if it is then you need to
forward that confirmation ... if its not please advise immediately...

also, don't understand your point about inspections ..... is it supposed to be inspected by Target
(TCPS) or not ??

*Shanny Centeno*

*Production Coordinator*
*Private Label Sourcing, LLC*

---

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Friday, September 08, 2006 3:21 AM
**To:** 'Shanny Centeno'; imer@basul.com.tr
**Cc:** 'Nilda Corchado'; 'Mabel Kwan'
**Subject:** RE: PO# 6419090 PID 204122 - VSL Details & Inspections

HI SHANNY;

D 01276

THIS PO IS SCHEDULED TO SHIP WITH 09/23X VESSEL. YETİ IT'S NOT APPROVED YET BY TARGET .
SO WAITING FOR FINAL CONFIRMATION.
TCPS WON'T COME TO THIS PO AS THEY ADVISED. BASUL QA WILL INSPECT THEM ON 09/16 OR
09/17.

**BEST REGARDS/GIZEM**

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Thursday, September 07, 2006 10:50 PM
**To:** 'Basul/Gizem Imgel'; imer@basul.com.tr
**Cc:** 'Nilda Corchado'; 'Mabel Kwan'
**Subject:** RE: PO# 6419090 PID 204122 - VSL Details & Inspections

Gizem,

noted you will forward the vessel confirmation, but has this po been inspected ????? if yes, you need
to send the inspection reports to us , if not WHEN is it going to be inspected.... ???? you cannot
wait ...

please advise

*Shanny Centeno*
*Production Coordinator*
*Private Label Sourcing, LLC*

---

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Thursday, September 07, 2006 11:03 AM
**To:** 'Mabel Kwan'
**Cc:** 'Shanny Centeno'; 'Nilda Corchado'
**Subject:** RE: PO# 6419090 PID 204122

**HI MABEL,**

**I ASKED TO TAREGT FORWARDER I'M WAITING FOR HER ANSWER.**
**ASA I GOT AN INFO . I WILL FORWARD IT TO YOU.**

**BEST REGARDS/GIZEM**

---

**From:** Mabel Kwan [mailto:mabel@prvtlabel.com]
**Sent:** Thursday, September 07, 2006 5:59 PM
**To:** 'Mabel Kwan'; 'Basul/Gizem Imgel'
**Cc:** 'Shanny Centeno'; 'Nilda Corchado'
**Subject:** RE: PO# 6419090 PID 204122

01277

Gizem,

Do you have an approved vessel? Please forward me booking form and tcps inspection report.

Best Regards,

*Mabel*
Import Department
Direct: 212.329.0811
mabel@prvtlabel.com

---

**From:** Mabel Kwan [mailto:mabel@prvtlabel.com]
**Sent:** Tuesday, September 05, 2006 10:54 AM
**To:** 'Basul/Gizem Imgel'
**Cc:** 'Shanny Centeno';'Nilda Corchado'
**Subject:** FW: PO# 6419090 PID 204122

Please send me vessel booking form and tcps inspection report for this direct lc shipment. X-factory date for PO 6419090 PID 204122 Rouched Tank is 9/11.

Best Regards,

*Mabel*
Import Department
Direct: 212.329.0811
mabel@prvtlabel.com

---

**From:** Mabel Kwan [mailto:mabel@prvtlabel.com]
**Sent:** Monday, August 28, 2006 3:21 PM
**To:** 'Basul/Gizem Imgel'
**Cc:** 'Nilda Corchado'; 'Shanny Centeno'
**Subject:** PO# 6419090 PID 204122

Gizem,

As per your phone call, I am reciting our phone conversation onto e-mail.

*Reminder! Please book vessel Direct LC 6419090 PID 204122. Please forward me booking form once vessel is approved and tcps inspection report. Thanks

D 01278

Best Regards,

*Mabel*
Import Department
Direct: 212.329.0811
mabel@prvtlabel.com

Private Label Sourcing, LLC  I  597 Broadway, New York, NY 10012  I  212.329.0800 Fax: 212.329.0859

D 01279

## Shanny Centeno

**From:**    svetlana [s.anfouqa@zwa.com.jo]
**Sent:**    Monday, September 11, 2006 8:24 AM
**To:**      'Basul/Gizem Imgel'
**Subject:** RE: PO#6419090- 6018475

Dear Gizem,
Planned vsl details:
Maersk Maine 0614
ETD HFA: 28 SEP
ETA Newport News: 10/18

Best Regards,
Svetlana Anfouqa

Please keep hani.banna@zwa.com.jo Cc:ed on all TGT/AMC communications.

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Monday, September 11, 2006 3:19 PM
**To:** 'svetlana'
**Subject:** PO#6419090- 6018475

HI SVETLANA;

COULD YOU PLEASE SEND ME THE VESSEL INFO YOU'RE WAITING FOR APPROVAL FOR THESE PO'S?
AS I UNDERSTOOD TARGET ASKED TO CO-LOAD THEM BUT I DON'T HAVE THE E-MAIL FOR VESSEL..

THANKS I ADVANCE FOR YOUR ALL HELP
BEST REGARDS/GIZEM

D 01280

9/11/2006

**Shanny Centeno**

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Wednesday, September 06, 2006 3:28 AM |
| **To:** | 'Mabel Kwan'; 'Shanny Centeno'; 'Nilda Corchado' |
| **Cc:** | 'imer basul' |
| **Subject:** | FW: po no.2814727-5079852-5846461 & TGT.COM po# 3056130 onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 **** |

HI TO ALL,
PLEASE BELOW FORWARDER E-MAIL FOR VESSEL INFO.

BEST REGARDS/GIZEM

——Original Message——
From: svetlana [mailto:s.anfouqa@zwa.com.jo]
Sent: Wednesday, September 06, 2006 9:31 AM
To: NartQuna@atateks.com.tr; 'nart qunash'
Cc: AhmetWaled@atateks.com.tr; yaseminuzelli@atateks.com.tr; gizem@basul.com.tr; 'Hani Al-Banna'
Subject: RE: po no.2814727-5079852-5846461 & TGT.COM po# 3056130
onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file # 3324 ****

Dear Nart,
Kindly note Dept. 16 PO# 5079852 - 2814727 - 5846461 & TGT.COM PO# 3056130 are all customer approved to ship on below vsl:
Maersk Nebraska 0614
ETD HFA: 9/14
ETA NEWPORT NEWS: 10/4
Doc cut-off: 9/9
CY cut-off: 12/9

*(handwritten notes:)* DOT 5846461  2814727  & 3056130 (DOT COM)

please make sure to send an updated CLP with commercial inv. and inv per CNTR

equipment 4X40'HC + 1X40'DV as per earlier vendor advised loadability:
40'HC: 68.6 CBM
40'DV: 53.832 + 1.3(TGT.COM) =55.123

Best Regards,
Svetlana Anfouqa

1

D01281

**Shanny Centeno**

**Subject:**                    FW: ME Rouched Tank - SHIPPING STATUS

8/24/06

Gizem,

We need to separate email points in regards to shipping disasters ! If you're not going to add a shipping point to our daily correspondences then we'll make separate shipping correspondences, but I want the programs separated.... I cannot follow all programs on one email ...

ME Seamless Rouched Tank - 204122

_updated : VSL ETD 9/8 ETA 9/29_

Po# 3056130 Target. COM - Must AIR this weekend ... you should have these ready so you need to contact the air forwarder for booking of air space.. Please make sure to advise us ....

_update: GREM SAID THEY WILL AIR 8/28 ... Follow up ... SENT TO fwdr 8/_

Po# 3426239 ONS - cannot be re-inspected on 8/28 !!!!! These goods must be on a plane no later than 8/29 !!!!! Which means that they have to be handed over one day prior !!!!!! So you better re schedule that re-inspection for this weekend because we ARE NOT accepting these goods airing later than 8/29 !!!! SO YOU MUST BOOK THE AIR SPACE FOR 8/29 !!!!! W/O FAIL !!!!!

_NOT Ready; asking for the following VSL April_
_will be inspected 9/3 for VSL ETD 9/8 ETA 9/29_

Po# 5846461 / 5079852 / 2814727 - (8/28-9/2) - as per your last email you advised that these goods are planned to be on the 9/8 vessel..... Do you have vessel confirmation for this vessel ??? .... Please advise all vessel details ASAP !

Po# 6419090 - (9/11-9/23) - noted that you don't have vessel confirmation for this po yet.... Since you need to make the booking 10 days prior to the ship cancel window, I expect to recv the booking confirmation by 9/1 .... So make sure that you are following up on this with Mabel....

Balance Po's to follow ....

Shanny Centeno

Production Coordinator

Private Label Sourcing, LLC

1

D 01282

## Shanny Centeno

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Friday, August 25, 2006 5:14 AM |
| **To:** | 'Nilda Corchado'; imer@basul.com.tr |
| **Cc:** | 'Shanny Centeno'; 'Mabel Kwan' |
| **Subject:** | RE: TGT PO# 16-3426239 |

HI NILDA;

**ALL NOTED.**
**SENDING E-MAIL TO LIORA FOR AIR SHIPMENTS THAT GOODS WILL BE READY TO AIR ON 08/28.**

**BEST REGARDS/GIZEM**

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Thursday, August 24, 2006 11:30 PM
**To:** 'Basul/Gizem Imgel'; imer@basul.com.tr
**Cc:** 'Shanny Centeno'; 'Mabel Kwan'
**Subject:** FW: TGT PO# 16-3426239

Hi

Note that we are getting a bad reputation at the moment and this is not acceptable...

 B regds
Nilda

Make sure that this p.o. shippon on 8/28 without fail!

---

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Thursday, August 24, 2006 4:22 PM
**To:** Nilda Corchado
**Cc:** Lauren.Edwards; Amber.Biesman; Stephanie.Richard
**Subject:** RE: TGT PO# 16-3426239

Hi Nilda,

In order to eliminate all confusion, please have Basul contact Expeditors (Liora) at Tel # 972-3-6279977 in case there are still issues with air transport.  However, according to the messages below and what I have learned from Target transportation, Basul is already in contact with the correct person.

While we realize the situation in the Middle East is definitely having an affect on communication speed, the issue with this order not departing on 8/20 is due to the goods not passing inspection, not due to the vendor's inability to book transportation of this cargo.

Please let us know as soon as possible of the outcome of Monday's upcoming re-inspection.

Thanks & regards,
Stephanie

01283

8/25/2006

**Shanny Centeno**

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Thursday, August 24, 2006 9:54 AM |
| **To:** | 'Shanny Centeno'; imer@basul.com.tr |
| **Cc:** | 'Nilda Corchado' |
| **Subject:** | RE: Jordan Production Status -pid 204122 / pid 135609 |

HI SHANNY;

*Rouched Tank 204122*

- PO#5846461 & 5079852 & 2814727: 105.140 PCS: S/C W: 08/28-09/02: READY TO BE INSPECTED ON 09/02. LAST DELY DATE IS 09/02 BUT THEY ARE ASSUMING SINCE 09/02 IS SATURDAY. 09/09 X VESSEL WILL BE APPROVED HAVING C/O DATE 09/05.

  *[SC 8/16] as I said in my daily correspondence, you cannot make any assumptions.... you must make the booking by this Friday 8/18 (which is 10 days prior to the s/c window) ..... then make sure that you give Mabel all documented proof that the booking was made... then when we get the confirmed vessel details you can work out when the inspectors need to come it ...... taking into consideration also the cut off date*

  **GIZEM\*\*08/24\*\*** 5079852 / 2814727 / 5846461 are planned to ship on ETD 9/8 VSL . VSSEL APPROVAL WILL COME ON 08/28 NEXT WEEK. WE2LL SEND ASAP.

- PO#6419090: 12.864 PCS: S/C W: 09/11-09/16: READY TO BE INSPECTED ON 09/11 TP PUT ON 09/16 X VESSEL

  *[SC 8/16] the same as above ..... you need to make the booking 10 days prior (which would be Friday 9/1) ... then give Mabel the documents... then when you get a vessel confirmed you can see the cut off and make inspections appointment .....*

  PLEASE NOTE THERE IS NO VESSEL APPROVED FOR ABOVE PO'S, YET. I WILL FORWARD CONFIRMATIONS ASA I GET.

---

ALSO SEE BELOW FOR **RACERBACK 135609** PROD INFO AND DELY DATES,

*.668* <

- PO#34200: 30.000 PCS : ~~AIR ON 08/19X~~ *AIRED 15.0 on 8/22 & 15.0 on 8/23 (ETA: 8/28)*
- PO#34200: 52.668 PCS: ~~AIR ON 08/22-24X~~ *AIRING 8/26*

  *[SC 8/16] ttl: 82,668pcs - - - - keep me posted and make sure that you are providing us with the air booking for both po's ... ASAP !*

- PO#34202: 59.472 PCS: READY ON 09/02 TO PUT ON NEXT VESSEL AVALAIBLE — *AIR 14,532 AS NILDA BROKE OUT BY 8/26 X (Bal. 44,940)*

  *[SC 8/16] NOT acceptable !!! Must AIR by 8/26 X !!!!!!!!!!*

- PO#34203: 43.776 PCS: READY ON 09/09 TO PUT ON NEXT VESSEL AVALAIBLE

  *[SC 8/16] NOT acceptable !! Must AIR by 9/2 X !!!!!!!!!*

- PO#34204: 34.980 PCS: READY ON 09/16 TO PUT ON NEXT VESSEL AVALAIBLE

*D 01284*

**Shanny Centeno**
_____

**Subject:**    FW: Jordan Production Status -pid 204122 / pid 135609
**Importance:** High

_____

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Wednesday, August 16, 2006 9:26 AM
**To:** christine@prvtlabel.com; 'Nilda Corchado'; 'imer basul'
**Subject:** Emailing: jordanprodstatus
**Importance:** High

*Rouched Tank*

HI ;

PLEASE SEE ATTACHED CHART FOR **ROUCHED TANK 204122** PROD STATUS AND BELOW DELY INFO
ADVISED BY ATATEKS FOR 2 PO'S WHICH ARE OK FOR S/C WINDOWS AS BELOW INDICATED.

- PO#5846461 & 5079852 & 2814727: 105.140 PCS: S/C W: 08/28-09/02: READY TO BE INSPECTED ON 09/02.
  LAST DELY DATE IS 09/02 BUT THEY ARE ASSUMING SINCE 09/02 IS SATURDAY. 09/09 X VESSEL
  WILL BE APPROVED HAVING C/O DATE 09/05.
  *[SC 8/16] as I said in my daily correspondence, you cannot make any assumptions.... you
  must make the booking by this Friday 8/18 (which is 10 days prior to the s/c window) ..... then
  make sure that you give Mabel all documented proof that the booking was made... then when
  we get the confirmed vessel details you can work out when the inspectors need to come it ......
  taking into consideration also the cut off date*
- PO#6419090: 12.864 PCS: S/C W: 09/11-09/16: READY TO BE INSPECTED ON 09/11 TP PUT ON 09/16 X
  VESSEL
  *[SC 8/16] the same as above ..... you need to make the booking 10 days prior (which would
  be Friday 9/1) ... then give Mabel the documents... then when you get a vessel confirmed
  you can see the cut off and make inspections appointment .....*

PLEASE NOTE THERE IS NO VESSEL APPROVED FOR ABOVE PO'S, YET. I WILL FORWARD CONFIRMATIONS
ASA I GET.

_____

*Racerback*
*NOT DIRECT AIR = ETA 8/28*

ALSO SEE BELOW FOR **RACERBACK 135609** PROD INFO AND DELY DATES,
- PO#34200: 30.000 PCS : AIR ON 08/19X    *- DIDNT AIR until 8/22 15.0/ 8/23 BAL. 15.0*
  *82,668 ⟍*    *⟹ rec'd booking form 8/17*
- PO#34200: 52.668 PCS: AIR ON ~~........~~ X  *@ Pre Book...??? Need to HV Avail by 8/21 !!*

- PO#34202: 59.472 PCS: READY ON 09/02 TO PUT ON NEXT VESSEL AVALAIBLE

- PO#34203: 43.776 PCS: READY ON 09/09 TO PUT ON NEXT VESSEL AVALAIBLE



- PO#34204: 34.980 PCS: READY ON 09/16 TO PUT ON NEXT VESSEL AVALAIBLE



TTL SEWED GOODS: APPX 40.000 PCS
WILL START TO PACK BY 08/16
6000-9000 PCS : APPX PROD PER DAY

BEST REGARDS/GIZEM

01286

## Shanny Centeno

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Wednesday, August 16, 2006 9:26 AM |
| **To:** | christine@prvtlabel.com; 'Nilda Corchado'; 'imer basul' |
| **Subject:** | Emailing: jordanprodstatus |

**Importance:** High

HI ;

*(Rouched Tank)*

PLEASE SEE ATTACHED CHART FOR 204122 PROD STATUS AND BELOW DELY INFO ADVISED BY ATATEKS
FOR 2 PO'S WHICH ARE OK FOR S/C WINDOWS AS BELOW INDICATED.

*Cannot Assume Make Your Booking 10 days Advance!*

- PO#5846461 & 5079852 & 2814727: 105.140 PCS: S/C W: 08/28-09/02: READY TO BE INSPECTED ON 09/02.
  LAST DELY DATE IS 09/02 BUT THEY ARE ASSUMING SINCE 09/02 IS SATURDAY. 09/09 X VESSEL
  WILL BE APPROVED HAVING C/O DATE 09/05.
- PO#6419090: 12.864 PCS: S/C W: 09/11-09/16: READY TO BE INSPECTED ON 09/11 TP PUT ON 09/16 X
  VESSEL  *— MAKE BOOKING 10 DAYS ADVANCE*

PLEASE NOTE THERE IS NO VESSEL APPROVED FOR ABOVE PO'S, YET. I WILL FORWARD CONFIRMATIONS
ASA I GET.

---

ALSO SEE BELOW FOR RACERBACK PROD INFO AND DELY DATES,     *(Racerback) 9/1*

*82,668*

- PO#34200: 30.000 PCS : AIR ON 08/19X
- PO#34200: 52.668 PCS: AIR ON 08/22-24X
- PO#34202: 59.472 PCS: READY ON 09/02 TO PUT ON NEXT VESSEL AVALAIBLE  *NOT ACCPTBL MUST AIR BY 8/26X*
- PO#34203: 43.776 PCS: READY ON 09/09 TO PUT ON NEXT VESSEL AVALAIBLE  *MUST AIR BY 9/2*
- PO#34204: 34.980 PCS: READY ON 09/16 TO PUT ON NEXT VESSEL AVALAIBLE  *MUST AIR BY 9/9.*

TTL SEWED GOODS: APPX 40.000 PCS
WILL START TO PACK BY 08/16
6000-9000 PCS : APPX PROD PER DAY

BEST REGARDS/GIZEM

*\* Need to concentrate on Sending the colors.*

8/16/2006

*01287*

| 204122 ROUCHED TOP | PROG TTL | TUBES AT JORDAN | BALANCE DYING IN TURKEY |
|---|---|---|---|
| ALL COLORS: | 232,976.00 PCS | 156,250.00 PCS | 76,726.00 PCS |
| true white | 48,926.00 PCS | 38,025.00 PCS | 10,901.00 PCS |
| night burgundy | 37,584.00 PCS | 35,453.00 PCS | 2,111.00 PCS |
| ebony | 41,448.00 PCS | 33,075.00 PCS | 8,373.00 PCS |
| lasting teal | 28,736.00 PCS | 12,702.00 PCS | 16,304.00 PCS |
| sally green | 32,326.00 PCS | 24,206.00 PCS | 8,120.00 PCS |
| brown suede | 43,956.00 PCS | 12,769.00 PCS | 31,187.00 PCS |

D 01288

**Shanny Centeno**

*ME 11/1 Rouched tank*
*ONS*
*pld# 204122*

| | |
|---|---|
| **From:** | imer basul [imer@basul.com.tr] |
| **Sent:** | Tuesday, August 15, 2006 10:08 AM |
| **To:** | 'Nilda Corchado' |
| **Cc:** | gizem@basul.com.tr; 'Shanny Centeno'; 'Mabel Kwan' |
| **Subject:** | RE: PO 3426239 ONS P.O. |

IT IS GONIG BY AIR

*MUST AIR ON 8/29!!!*

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Monday, August 14, 2006 11:36 PM
**To:** 'imer basul'
**Cc:** gizem@basul.com.tr; 'Shanny Centeno'; 'Mabel Kwan'
**Subject:** FW: PO 3426239 ONS P.O.

Hi imer,

I have already told target to change this order to international air and that atateks would absorb the cost. This is ridiculous and I am embarrassed that we can't ship a small qty on time!  We can't play games at this point....
They have to air the October new store.

B regds
Nilda

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Monday, August 14, 2006 4:11 PM
**To:** Nilda Corchado; Amber.Biesman; Lauren.Edwards
**Cc:** Mabel Kwan; Shanny Centeno; Stephanie.Richard
**Subject:** RE: PO 3426239 ONS P.O.

Hi Nilda,

I just received an inquiry requesting approval for a later vessel than the originally approved one that would make IS if domestic expediting was utilized, as discussed below.  According to the consolidator, cut-off for this approved vessel is today (8/14), and the factory has informed the forwarder that  they will not ship PO 3426239 "per vendor cargo will not be ready as planned."  The revised cargo-ready date is now 8/20, which puts it on the 8/25 vessel that will ETA in the US on 9/15.  Even with domestic airing, we will now be late to the opening of the new stores this order is going to.

Our best option at this point, is to internationally air the goods into the US.  As the factory has pushed the date back yet again, they will need to absorb the cost of airing.  (we will not need to domestically air the goods also, as regular flow in conjunction with international air will make the opening on-time.) The approximate  cost of internationally airing this order is $3600.  We will need to move quickly on getting the international air approved on our end also, so please discuss with the factory and let us know the outcome as soon as possible.

Thanks,
Stephanie

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Friday, August 11, 2006 11:05 AM

8/15/2006

**To:** Amber.Biesman; Lauren.Edwards; Stephanie.Richard
**Cc:** 'Mabel Kwan'; 'Shanny Centeno'
**Subject:** RE: PO 3426239 ONS P.O.

Hi Amber/Lauren/Stephanie,

Please note that I checked with the factory and note that they had requested the booking verbally and not in writing since they had omitted from their original request.  I have already stressed to them that this is NOT AN ACCEPTABLE RESPONSE!  All shipments must have the bookings in writing and verbal conversations with the forwarder are not acceptable.  Therefore,  they will be absorbing the expediting charges for the ONS P.O. #3426239.

Again,  you are totally correct and we will ensure that all bookings are made the 10 days prior and we apologize for any inconvenience caused.   Please issue the expediting authorization and advise us the cost once available as factory will be responsible.

Thanks and best regards,
Nilda

---

**From:** Amber.Biesman [mailto:Amber.Biesman@target.com]
**Sent:** Friday, August 11, 2006 10:10 AM
**To:** Nilda Corchado; Lauren.Edwards; Stephanie.Richard
**Cc:** Mabel Kwan
**Subject:** RE: PO 3426239 ONS P.O.

Hi Nilda,

The booking was made over a week after the ship cxl window, which is not in the appropriate time frame. Bookings are to be made 10 days prior to the ship cxl window.  There were several other PO's w/ the same ship cxl window that got on the correct vessel and this one should have been on that same vessel.

thx

Amber Biesman
TSS
Product Manager RTW knits
Phone 612-696-0493
Fax 612-696-2571

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Thursday, August 10, 2006 10:47 PM
**To:** Amber.Biesman; Lauren.Edwards; Stephanie.Richard
**Cc:** 'Mabel Kwan'
**Subject:** RE: PO 3426239 ONS P.O.

Hi Amber,

Please note that I am reconfirming with the factory that the booking was made in the appropriate timeframe and will ensure that if it was not that factory will pay the DA charges.

Thanks and best regards,
Nilda

01290

## Shanny Centeno

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Thursday, June 22, 2006 10:55 AM |
| **To:** | 'Nilda Corchado' |
| **Cc:** | shanny@prvtlabel.com; david@prvtlabel.com; 'imer basul' |
| **Subject:** | FW: Merona 11/1 Seamless Rouched Tank - Update PID 204122 |
| **Importance:** | High |

HI NILDA;

WE ARE HAVING PROBLEM WITH 204122 NEW ROUCHED CONSTRCUTION CHANGE.
HERE IS THE PROBLEM:

- ON 05/11 DAVID ████████████████████████████ TE SATING BINDING
  (DMSB) , TARG ████████████████████████████ E ATTACHED SPEC OF
  THAT E-MAIL IT ████████████████████████████ DISREGARDED IT
  SINCE DAVID A ████████████████████████████ "RE: MERONA 11/1
  BULK ORDER F ████████████████████████████
- ON 05/23 DAVID ████████████████████████████ E WHICH HAD BEEN
  PREPARED WIT ████████████████████████████ D#204122)
- ON 06/02 YOUR ████████████████████████████ HERE WAS NO
  PROBLEM MEN ████████████████████████████ PID 204122 SIZE SET")
- ON 06/08 SHAN ████████████████████████████ L WITH ATTACHED
  "PRODUCTION ████████████████████████████ FO SINCE FROM THE
  BEGINNING OF ████████████████████████████ LOW THAT TARGET
  WANT TO CHAN ████████████████████████████ ODY. WE MOVED ON
  WITH DMSB FO ████████████████████████████ CHANGE.
- YESTERDAY SH ████████████████████████████ ELF BINDING WITH
  06/08 E-MAIL AR ████████████████████████████ AYS LATER THEN
  DAVID ADVISED ████████████████████████████ WHY THEY HAVEN'T
  ASKED FOR NE ████████████████████████████ BE THEY ARE MIXING
  SOMETHING TH ████████████████████████████ TURNED BINDING
  DUE TO EBONY ████████████████████████████ E WAS WITH DMSB.
  OTHERWISE TH ████████████████████████████ E-MAILS THAT THEY
  WANT TO CHAN ████████████████████████████
- WHICH NOBODY ████████████████████████████

NOW ATATEKS SAYIN ████████████████████████████ CUTTING THERE IS NO
EXCESS PORTION AT ████████████████████████████ HE NECKLINES AND
ARMHOLES TO MAKE ████████████████████████████

COULD YOU PLEASE A ████████████████████████████ N OTHERWISE WE
HAVE TO INFORME TH ████████████████████████████
PLEASE ADVISE URGE ████████████████████████████

BEST REGARDS/GIZEM ████████████████████████████

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Thursday, June 08, 2006 12:27 AM
**To:** 'Basul/Gizem Imgel'; 'Nilda Corchado'; 'imer basul'
**Subject:** RE: Merona 11/1 Seamless Rouched Tank - Update PID 204122

D 01243

## Shanny Centeno

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Thursday, June 22, 2006 10:55 AM |
| **To:** | 'Nilda Corchado' |
| **Cc:** | shanny@prvtlabel.com; david@prvtlabel.com; 'imer basul' |
| **Subject:** | FW: Merona 11/1 Seamless Rouched Tank - Update PID 204122 |
| **Importance:** | High |

HI NILDA;

WE ARE HAVING PROBLEM WITH 204122 NEW ROUCHED CONSTRCUTION CHANGE.
HERE IS THE PROBLEM;

- ON 05/11 DAVID ADVISED THAT TARGET WANTS NEW FIT WITH DTM MATTE SATING BINDING (DMSB) , TARGET ANT TO PROCEED WITH DMSB FOR THE BULK. ON THE ATTACHED SPEC OF THAT E-MAIL IT WAS SAYING 0,375" SELF BINDING , BUT WE OF COURSE DISREGARDED IT SINCE DAVID ADVISED FOR DMSB SEPARATELY. ( SEE ATTCHED E-MAIL "RE: MERONA 11/1 BULK ORDER PID#204122")
- ON 05/23 DAVID ADVISED ME THAT TARGET LOVED THE NEW FIT SAMPLE WHICH HAD BEEN PREPARED WITH DMSB. ( SEE ATTACHED E-MAIL " RE: GRADED SPEC PID#204122)
- ON 06/02 YOUR OFFICE ADVISED THAT SIZE SET IS IN TOLERANCE AND THERE WAS NO PROBLEM  MENTIONED FOR CONSTRUCTION. ( SEE ATTACHED E-MAIL "PID 204122 SIZE SET")
- ON 06/08 SHANNY SENT THE PLM PACKAGE WHICH IS THE BELOW E-MAIL WITH ATTACHED "PRODUCTION PACKAGE PLM – PID 204122". SINCE THERE IS NO TRIM INFO  SINCE FROM THE BEGINNING OF THESE SPECS. AND TEHRE IS NO INFO ON THE E-MAIL BELOW THAT TARGET WANT TO CHANGE THE BODY TO SELF BINDING AS THE OLD ROUCHED BODY. WE MOVED ON WITH DMSB FOR TEH CUTTING LINES. SINCE NOBODY ADVISED SUCH A CHANGE.
- YESTERDAY SHANNY ADVISED ME THAT THEY CHANGED THE BODY TO SELF BINDING WITH 06/08 E-MAIL AFTER THEY REVIEWED THE COLOR RUNS. PID# CAME 15 DAYS LATER THEN DAVID ADVISED ME THAT THEY LOVED THE FIT SAMPLE. ALL MIXED UP. WHY THEY HAVEN'T ASKED FOR NEW FIT WITH SELF TURNED BINDING AFTER PID SENT. MAY BE THEY ARE MIXING SOMETHING THAT THEY TOUGHT THAT THE BODIES ARE ALREADY SELF TURNED BINDING DUE TO EBONY COLOR, TEY MAY NOT REALIZED IT THAT THE FIT SAMPLE WAS WITH DMSB. OTHERWISE THERE SHOULD BE AN HUGE EXCLAMATION MARK ON THE E-MAILS THAT THEY WANT TO CHANGE THE NECKLINE AND ARMHOLE CONSTRUCTION.
- WHICH NOBODY WARNED ME ABOUT?

NOW ATATEKS SAYING THAT SINCE THE RPODUUTION ALL PROCEEDED WITH CUTTING THERE IS NO EXCESS PORTION AT THE EDGES OF THE NECKLINE AND ARMHOLE  TO TURN THE NECKLINES AND ARMHOLES TO MAKE THE BODY WITH SELF TURNED BINDING.

COULD YOU PLEASE ADVISE IS  TARGET REALLY CHANGED THE CONSTRUCTION OTHERWISE WE HAVE TO INFORME THEM THAT WE CANNOT DO WITH SELF TURNED BINDING?
PLEASE ADVISE URGENTLY.

BEST REGARDS/GIZEM

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Thursday, June 08, 2006 12:27 AM
**To:** 'Basul/Gizem Imgel'; 'Nilda Corchado'; 'imer basul'
**Subject:** RE: Merona 11/1 Seamless Rouched Tank - Update PID 204122

 01244

*6/7/06*

*Gizem,  see comments below*

*Shanny Centeno*

~~Production Coordinator~~

*Private Label Sourcing, LLC*

*597 Broadway, 2nd Flr*
*New York, NY 10012*
email: Shanny@prvtlabel.com
Tel: 212.329.0808
Fax: 212.329.0859

-----Original Message-----
**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Tuesday, June 06, 2006 9:42 AM
**To:** shanny@prvtlabel.com; 'Nilda Corchado'; 'imer basul'
**Subject:** RE: Merona 11/1 Seamless Rouched Tank - Update PID 204122

*6/6/06*

*HI SHANNY;*

*Re: Merona Seamless 11/1 Rouched Tank Update - PID  204122*

*1. Fit  Samples*

**GIZEM**06/06**OK URGENTLY WAITING.**
*[SC 6/7] we got it....see attached......*

*2. Prices*
**GIZEM** 06/06** OK LET ME KNOW IF THERE IS ANY PROBLEM**
*[SC 6/7] ok. thanks !*

*3. VTA*
*I need the VTA updated .....Nilda and I sent you a separate email with the VTA*

10/16/2006

attachment....and I need it asap !!!!!

### 3. Color Run Samples

GIZEM**06/06**SENT NIGHT BURGUNDY WITH FEDEX# 8567 1763 9429
*[SC 6/7] received it today....and sent out ..thanks !!!*

### 4. Lab Dips
a. Shared approval - Ebony, B.White, Pink Buds
*[SC 6/7] will kp you pstd....*

b. **Balance on order - B.Suede, N.Burgundy, Sally Green, L.Teal:**

- GIZEM**06/06** FRANKLY SCARLET AND ORCHIS LEAF WILL BE SEN TTMRW. ALSO I'M PUTTING COMMIT COLOR ON PRIORITY.

SALLY GREEN WILL BE SENT ON THURSDAY. AND BROWN SUEDE ON FRIDAY. FYI.
*[SC 6/7] so far approved are : Trace of Orchid, Night Burgundy, Lasting Teal and Southern Greens*

*so there are only two more that I need for this order is Brown Suede and Sally Green.....you need to resubmit this IMMEDIATELY and not worry so much about Frankly Scarlet, Orchid Leaf.*

*Shanny Centeno*

Production Coordinator

D 01246

| LABEL | ATATEKS ORDER | PO# | STYLE | ATATEKS STYLE NO | PO SHIPMENT | ATATEKS SHIPMENT DATE | REVISED S.DATE (BASED ON VESSEL) 80/19 | |
|---|---|---|---|---|---|---|---|---|
| MERONA | 1252002556 | 6419090 | RUCHED | 35465 | 11/09-16/09 | 9.16 | 09/26 (APPROVED BY TARGED) | ok |
| MERONA | 1252002556 | 6018475 | RUCHED | 35465 | 16/09-23/09 | 9.23 | 10/06 (APPROVED BY TARGED) | ok |
| MERONA | 1252002556 | 3298351 | RUCHED | 35465 | 25/09-30/09 | 9.30 | 10/19 | 10% approved/shipped target |
| MERONA | 1252003281 | 3568964 | RUCHED | 35465 | 02/10-07/10 | 10.7 | | since factory is closed for a week we cannot ship anything on 10/28 |
| MERONA | 1252002794 | 3056130 | RUCHED | 35465 | 24.07.2006 | SHIPPED | | shipped |
| MERONA | 1252002883 | 3426239 | RUCHED | 35465 | 24.07.2006 | SHIPPED | | |
| MERONA | 1252003281 | 6617031 | RUCHED | 35465 | 16/10-21/10 | 10.30 | 11.2 | atateks shipment dates were informed on 10/28 |
| MERONA | 1252003322 | 7495889 | RUCHED | 35465 | 16/10-21/10 | 10.30 | 11.16 CXL | atateks shipment dates were |
| MERONA | 1252003323 | 9942615 | RUCHED | 35465 | 16/10-21/10 | 10.30 | 11.16 CXL | atateks shipment dates were informed on 10/28 |
| MERONA | 1252003326 | 1658600 | RUCHED | 35465 | 16/10-21/10 | 10.30 | 11.16 CXL | atateks shipment dates were informed on 10/28 |
| MERONA | 1252003330 | 1367826 | RUCHED | 35465 | 23/10-28/10 | 11.10 | 11.23 CXL | atateks shipment dates were |
| MERONA | 1252003331 | 6874758 | RUCHED | 35465 | 30/10-04/11 | 11.10 | 11.23 CXL | atateks shipment dates were |
| MERONA | 1252003321 | 1384131 | RUCHED | 35465 | 06/11-11/11 | 11.20 | 11.30 CXL | atateks shipment dates were informed on 10/28 |

Yasemin UZELLI
Sales Executive
Atateks Seamless Wear

9/21/2006

D 01247

## Shanny Centeno

| | |
|---|---|
| **From:** | Shanny Centeno [shanny@prvtlabel.com] |
| **Sent:** | Thursday, October 12, 2006 1:58 PM |
| **To:** | 'Basul/Gizem Imgel'; 'Ebru ASAR' |
| **Cc:** | 'imer@basul.com.tr'; 'Mabel Kwan'; 'Nilda Corchado' |
| **Subject:** | RE: ME Rouched Tank - SHIPPING STATUS |

10/12/06

Gizem,

## ME Seamless Rouched Tank - 204122 - SHIPPING STATUS

Po# 3298351 (9/25-9/30)

```
Maersk Nevada 0614
ETD HFA: 12 OCT
ETA Newport News: 1 Nov.
CY cut-off: 10 OCT.
Doc cut-off: 7 OCT.
```

**GIZEM**10/11** WILL SEND THEM SEPARATELY ASAP.**
[SC 10/12] ok noted ...and waiting

Po# 3566964 (10/2-10/7)

```
MAERSK MARYLAND 0616
ETD HFA: 19-Oct-2006
ETA Newport News:08-Nov-2006
CY cut-off: 17-Oct-2006
Doc cut-off: 14-Oct
```

**GIZEM**10/11** SEE ATTACHED E-MAIL CORRESPONDECE FOR FINAL APPROVAL.**
[SC 10/12] yes, I got it now . thanks ! ..... now just let me know when these goods will be inspected ??

Po# 6617031 / 7495869 / 9942615 / 1656600 / 1367826 / 6874758 / 1364131

A 01248

10/12/2006

- 6617031-7495869-9942615-1656600  - 11/09 VESSEL
- 1367826   -      11/16 VESSEL
- 6874758   -      11/16 VESSEL

**GIZEM**10/11** SEE BELOW FOR ETA NEW YORK OF ABOVE MENTIONED VESSELS.**

```
---------------------------------------------------------------------
ZIM PUSAN      10    :10/11/06 HAIFA        27/11/06 NEW YORK (NY) ZCS  17
---------------------------------------------------------------------
ZIM SHANGHAI   16    :17/11/06 HAIFA        04/12/06 NEW YORK (NY) ZCS  17
---------------------------------------------------------------------
```

[SC 10/12] ok... so the 11/9 is not really a 11/9 vessel ... it's an 11/10 vessel with eta ny 11/27 ..........................and the 11/16 is a 11/17 vessel with eta ny 12/4 .. right ???

*Shanny Centeno*

*Production Coordinator*

Private Label Sourcing, LLC

597 Broadway, 2nd Flr

New York, NY 10012

email: Shanny@prvtlabel.com

Tel: 212.329.0808

Fax: 212.32.9.0859

D 01249

**Shanny Centeno**

| | |
|---|---|
| **From:** | svetlana [s.anfouqa@zwa.com.jo] |
| **Sent:** | Monday, October 09, 2006 4:33 AM |
| **To:** | 'svetlana'; 'Nart Qunash' |
| **Cc:** | NartQuna@atateks.com.tr |
| **Subject:** | RE: 3566964 on Maersk Maryland 0616 ETD 10/19 ***ZWA FILE# 3367*** |

```
Dear Nart

PO#3566964   is now approved to ship in 1x20'dv + 1x40'hc (20'dv: 21.1 cbm - 40'hc:
63.28 cbm) on below vsl
MAERSK MARYLAND 0616
ETD HFA: 19-Oct-2006
ETA Newport News:08-Nov-2006
CY cut-off: 17-Oct-2006
Doc cut-off: 14-Oct


svetlana
```

**From:** svetlana [mailto:s.anfouqa@zwa.com.jo]
**Sent:** Tuesday, October 03, 2006 9:47 AM
**To:** 'Nart Qunash'
**Cc:** 'NartQuna@atateks.com.tr'
**Subject:** RE: 3566964
**Importance:** High

```
Dear Nart,

we have been informed that factory can get this order on the 10/19 vsl? please
confirm accordingly if it's true and send us a revised booking with revised cargo
ready date accordingly.

Kindly advised a.s.a.p

Please find below details for ETD 10/19 vsl for your ref.
MAERSK MARYLAND 0616
ETD HFA: 19-Oct-2006
ETA Newport News:08-Nov-2006
CY cut-off: 17-Oct-2006
Doc cut-off: 14-Oct


Thanks, svetlana
```

**From:** svetlana [mailto:s.anfouqa@zwa.com.jo]
**Sent:** Monday, September 25, 2006 2:49 PM
**To:** 'Nart Qunash'
**Cc:** 'NartQuna@atateks.com.tr'
**Subject:** RE: BOOKING CUT OFF FOR TGT PO# 3566964

```
Dear Nart,
Please find below planned vsl details
```

D 01250

10/12/2006