```
Maersk Vermont 0616
ETD HFA: 11/2
ETA Newport news: 11/22
Doc cut off: 10/28
Cy cut off: 10/31
```

```
Thanks, svetlana
```

---

**From:** Nart Qunash [mailto:nartqunash@atateksjordan.com]
**Sent:** Monday, September 25, 2006 2:26 PM
**To:** svetlana
**Cc:** NartQuna@atateks.com.tr
**Subject:** Re: BOOKING CUT OFF FOR TGT PO# 3566964

dear svetlana
please find attached the revise booking
thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan

> ----- Original Message -----
> **From:** svetlana
> **To:** 'Nart Qunash'
> **Cc:** NartQuna@atateks.com.tr
> **Sent:** Monday, September 25, 2006 12:36 PM
> **Subject:** RE: BOOKING CUT OFF FOR TGT PO# 3566964
>
> ```
> Dear Nart,
> Please advise loadability per DV AND HC
> ```

---

**From:** Nart Qunash [mailto:nartqunash@atateksjordan.com]
**Sent:** Monday, September 25, 2006 12:16 PM
**To:** svetlana
**Cc:** NartQuna@atateks.com.tr
**Subject:** Re: BOOKING CUT OFF FOR TGT PO# 3566964

dear svetlana

pls find attach booking form for po#3566964

thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151

D 01251

10/12/2006

fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan

—— Original Message ——
**From:** svetlana
**To:** 'Nart Qunash'
**Cc:** NartQuna@atateks.com.tr
**Sent:** Saturday, September 23, 2006 9:17 AM
**Subject:** BOOKING CUT OFF FOR TGT PO# 3566964

Dear Nart,

Kindly send us booking for TGT PO# 3566964 as your booking cut off was yesterday,
please send by today to avoid $100 late booking penalty accordingly.

Thanks, svetlana

D 01252

**Shanny Centeno**

| | |
|---|---|
| **From:** | Shanny Centeno [shanny@prvtlabel.com] |
| **Sent:** | Thursday, October 05, 2006 1:33 PM |
| **To:** | 'Basul/Gizem Imgel'; 'Ebru ASAR' |
| **Cc:** | 'imer@basul.com.tr'; 'Mabel Kwan' |
| **Subject:** | RE: ME Rouched Tank - SHIPPING STATUS |

10/5/06

Gizem,

## ME Seamless Rouched Tank - 204122 - SHIPPING STATUS

Po# 6419090 - (9/11-9/23)

**MAERSK MAINE 0614**
**ETD HFA: 28 SEP**
**ETA Newport News: 18 OCT.**
**Doc cut-off: 20 SEP**
**CY cut-off: 26 SEP.**
**GIZEM**10/05** PLEASE SEE ATTCHED E-MAIL CORRESPONDENCE FOR FCR WHCH IS NOT ISSUED , YET.**

[SC 10/5] ok.. follow up with Mabel on that .. I just wanted make sure that this shipped .. right ?

Po# 6018475 - (9/18-9/23) -

NEDLLOYD COLOMBO 0614
ETD HFA: 5 OCT
ETA Newport news: 25 OCT.
Doc cut-off: 27 SEP
CY cut-off: 3 OCT.

**GIZEM**10/05** SEE ATTACHED DOCS FOR PO#6018475. I SENT ALOS SEPARATELY TO MABEL AND CC'ED YOU. WILL SNED THE FCR ASAP.**

[SC 10/5] yes, I got it too..... so this shipped ?? .... right?? ..... follow up with Mabel when sending the FCR ...

Po# 3298351 (9/25-9/30)

Maersk Nevada 0614
ETD HFA: 12 OCT
ETA Newport News: 1 Nov.
CY cut-off: 10 OCT.

D  01253

10/5/2006

Doc cut-off: 7 OCT.

**GIZEM\*\*10/05\*\* WILL ADVISE. THANKS**
[SC 10/5] ok... will await your advise... keeping this point open until then

---

Po# 3566964 (10/2-10/7)

MAERSK MARYLAND 0616
ETD HFA: 19-Oct-2006
ETA Newport News:08-Nov-2006
CY cut-off: 17-Oct-2006
Doc cut-off: 14-Oct

*Now Approved Vsl*     10/9

**GIZEM\*\*10/05\*\* SEE ATTACHED ORIGINAL E-MAIL FOR CORRESPONDENCE.**
[SC 10/5] yes, I saw that, but it still does not show were Target confirmed the vessel... it's asking for a new booking form ..was that provided to them.... are these goods ready ??? ... please advise ... I want the confirmation from Target...

---

Po# 6617031 / 7495869 / 9942615 / 1656600 / 1367826 / 6874758 / 1364131
11/9 X VSL          11/16 X VSL

**GIZEM\*\*10/05\*\* I COULD NOT UNDERSTAND ON THING. CHRISTINE TALK TO IMER ON THE PHONE REGADING TO CANCEL THE CANCELLATION ASKING US IF WE ARE ABLE TO SHIP ONEOF THE SE ORDERS ON 11/02 VESSEL. WE'RE STILL WAITING FOR ATATEKS /JR ANSWER TO THIS SHIPMENTS. SO ARE WE DEFINITELY CHNAGING THESE ORDER TO LANDED OR NOT ? I'M NOT SURE**
[SC 10/5] Gizem, if there is some confusion on whether these are being flipped to Whse or not, then you need to ask Nilda directly ...

as far as I know YES.. they are .. they are still being shipped to our whse ....so if Christine is asking for vessel confirmation then you still need to provide us with that information on when you can ship them .....

I don't understand your confusion ...

*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: Shanny@prvtlabel.com

D  01254

**Shanny Centeno**

**Subject:** FW: ME Rouched Tank - SHIPPING STATUS

10/3/06

Ebru

ME Seamless Rouched Tank - 204122 - SHIPPING STATUS

Po# 3056130 Target. COM - [SC 10/3] SHIPPED

Po# 5079852 [SC 10/3] - SHIPPED

Po# 6419090 - (9/11-9/23) -
**MAERSK MAINE 0614**
**ETD HFA: 28 SEP**
**ETA Newport News: 18 OCT.**
**Doc cut-off: 20 SEP**
**CY cut-off: 26 SEP.**

[SC 10/3] Received the shipped docs today ...

Po# 6018475 - (9/18-9/23) -

NEDLLOYD COLOMBO 0614
ETD HFA: 5 OCT
ETA Newport news: 25 OCT.
Doc cut-off: 27 SEP

CY cut-off: 3 OCT.

[SC 10/3] Received Passed inspection reports yesterday .... keep us posted as this is ready to ship

✳ Recvd Ship Doc's (10/5)

Po# 3298351 (9/25-9/30)

D 01255

```
Maersk Nevada 0614
ETD HFA: 12 OCT
ETA Newport News: 1 Nov.
CY cut-off: 10 OCT.
Doc cut-off: 7 OCT.
```

[SC 10/3] I received a separate email from Gizem, that this vessel has been approved and that these goods will be inspected on 10/8 .. Please keep us posted once these goods are inspected ...

---

Po# 3566964 (10/2-10/7)

[SC 10/3] In the same email from Gizem she advised this shipment was being prepared to go on the 10/19 vessel .. Please reconfirm and send Target confirmation once you have it ... Also please advise all vessel details ....

---

Po# 6617031 / 7495869 / 9942615 / 1656600 / 1367826 / 6874758 / 1364131

[SC 10/3] As i'm sure you are aware, the captioned POs are all considered CANCELLED by Target ... BUT we are still producing them, but instead of DLC we are flipping them into our Warehouse and holding them for Target to decide if they want to take them later ...

if you need more information you can discuss with Imer.... i just wanted to list it here so that we are clear...

*Shanny Centeno*
*Production Coordinator*
Private Label Sourcing, LLC
597 Broadway, 2nd Flr
New York, NY 10012
email: Shanny@prvtlabel.com
Tel: 212.329.0808
Fax: 212.32.9.0859

D 01256

**Shanny Centeno**

| | |
|---|---|
| **From:** | Stephanie.Richard [Stephanie.Richard@target.com] |
| **Sent:** | Monday, October 02, 2006 5:46 PM |
| **To:** | Nilda Corchado; Lauren.Edwards |
| **Cc:** | Amber.Biesman; Christine@Prvtlabel.com; Shanny Centeno; Stephanie.Richard |
| **Subject:** | RE: 11/1 Rouched cancellations and po # 3566964 |

Hi Nilda,

I just requested the 10/19 vessel be approved as soon as the inquiry is generated from overseas.  Thank you so much for working with them on this!

B.rgds.,
Stephanie

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Monday, October 02, 2006 4:34 PM
**To:** Lauren.Edwards
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; 'Shanny Centeno'
**Subject:** RE: 11/1 Rouched cancellations and po # 3566964

Hi Lauren,

Pls see below my answer for the canceled units...

In addition, for po # 3566964  30,000 pcs  - I have confirmed with the factory that we will be able to put the units on the 10/19 vessel so if you could alert your forwarder to accept this vessel for this p.o. we will have no delay.

B regds
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Monday, October 02, 2006 2:50 PM
**To:** Nilda Corchado
**Cc:** Amber.Biesman; Stephanie.Richard; Christine@Prvtlabel.com; Shanny Centeno; Lauren.Edwards
**Subject:** RE: 11/1 Rouched cancellations

Hi Nilda-

I need to fully understand the below information in total:

The following PO's are to be cancelled:

6617031 13,308 units
7495869 17,784 units
9942615 2,916 units
1656600 380 units
1367826 15,012 units
6874758 8,028 units
1364131 4,980 units

D 01257

10/3/2006

**Shanny Centeno**

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Monday, October 02, 2006 9:11 AM |
| **To:** | 'Shanny Centeno'; 'Mabel Kwan'; 'Ebru ASAR'; 'Nilda Corchado' |
| **Cc:** | christine@prvtlabel.com; 'imer basul' |
| **Subject:** | FW: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA FILE#3357 |
| **Importance:** | High |

HI TO ALL;

PLEASE SEE BELOW APPROVAL FOR PO# 3298351 - 40.164 PCS (ROUCHED TOP) THAT AS WE AKE THIS PO FOR THE APPROVED VEESEL TO BE INSPECTED ON 10/08.

SO NEXT PO#3566964 - 30.000 PCS CAN BE PREPARED FOR 10/19 VESSEL.

FYI.

BEST REGARDS/GIZEM

-----Original Message-----
From: Nart Qunash [mailto:nartqunash@atateksjordan.com]
Sent: Sunday, October 01, 2006 3:00 PM
To: Basul/Gizem Imgel
Subject: Fw: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA FILE#3357

thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443

D 01258

sahab – amman – jordan

—— Original Message ——

From: "svetlana" <s.anfouqa@zwa.com.jo>

To: "'Nart Qunash'" <nartqunash@atateksjordan.com>

Cc: <NartQuna@atateks.com.tr>; <yaseminuzelli@atateks.com.tr>;
<gizem@basul.com.tr>

Sent: Tuesday, September 19, 2006 8:56 AM

Subject: RE: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA
FILE#3357


> Dear Nart,
>
> Kindly note PO# 3298351 is now approved to ship in LIGHT 2X40'HC as per
> below advised loadability on below vsl details:
> Maersk Nevada 0614
> ETD HFA: 12 OCT
> ETA Newport News: 1 Nov.
> CY cut-off: 10 OCT.
> Doc cut-off: 7 OCT.
>
> Best Regards,
> Svetlana Anfouqa
> Operations Global Account
> ZWA/ Expeditors-Jordan
> Tel: 00962 6 5929690 EXT. 32
> Fax: 00962 6 5929683
> E-MAIL: s.anfouqa@zwa.com.jo
>
> ——Original Message——
> From: Nart Qunash [mailto:nartqunash@atateksjordan.com]
> Sent: Sunday, September 17, 2006 3:33 PM
> To: svetlana
> Cc: NartQuna@atateks.com.tr; yaseminuzelli@atateks.com.tr
> Subject: Re: PO# 3298351 ON Maersk Nevada 0614 ETD HFA: 12 OCT ***ZWA
> FILE#3357
>

① 01259

**Nilda Corchado**

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Thursday, September 21, 2006 8:17 AM |
| **To:** | 'Nilda Corchado'; christine@prvilabel.com; 'Shanny Centeno' |
| **Cc:** | 'imer basul' |
| **Subject:** | FW: ruched termniler |

Hi nilda,

Please see below for revised ship dates due to forcing the ship dates for lace prog.
Rouched ship dates are as below.

**Best regards/gizem**

**From:** yaseminuzell@atateks.com.tr [mailto:yaseminuzell@atateks.com.tr]
**Sent:** Thursday, September 21, 2006 1:59 PM
**To:** gizem@basul.com.tr
**Cc:** EsraAkyol@atateks.com.tr
**Subject:** ruched termniler

gizem planlanan ruched yuklemeleri...

dantelli nin one cekilmesi karsiligi ruched termnileri ilerye atilacakti

9/21/2006

D 01219

**204122   RUCHED PROGRAM**

| LABEL | ATATEKS ORDER | PO# | STYLE | ATATEKS STYLE NO | PO SHIPMENT | ATATEKS SHIPMENT DATE | REVISED S.DATE (BASED ON VESSEL) 00/19 | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | shipped | |
| | | | | | | | shipped | LATE $3500 Mara Pyk Appd for Expeditions! |
| MERONA | 1252000556 | 6419090 | RUCHED | 35465 | | | ok | |
| MERONA | 1252000556 | 6018475 | RUCHED | 35465 | 11/09-18/09 | 9.16 | ok | |
| MERONA | 1252000556 | 3298351 | RUCHED | 35465 | 18/09-23/09 | 9.23 | 10/05 APPROVED BY TARGET | |
| MERONA | 1252000556 | | RUCHED | 35465 | 25/09-30/09 | 9.30 | 10/19 | KG was (10-8+ml) A |
| | | | | | | | 10/12 approved/shipped | (Ramadan wk) 10/9 USL? |
| MERONA | 1252000291 | 6917031 | RUCHED | 35465 | 16/10-21/10 | 16.16 | 11.16 USL ED N/21 | ataleks shipment dates were |
| MERONA | 1252000322 | 7495669 | RUCHED | 35465 | 16/10-21/10 | 16.30 | 11.16 | ataleks shipment dates were |
| MERONA | 1252000323 | 6942815 | RUCHED | 35465 | 16/10-21/10 | 16.30 | 11.16 | ataleks shipment dates were |
| MERONA | 1252000326 | 1658800 | RUCHED | 35465 | 16/10-21/10 | 16.30 | 11.16 | ataleks shipment dates were |
| MERONA | 1252000330 | 1367826 | RUCHED | 35465 | 23/10-28/10 | 11.10 | 11.23 | ataleks shipment dates were |
| MERONA | 1252000331 | 6674759 | RUCHED | 35465 | 30/10-04/11 | 11.10 | 11.23 | ataleks shipment dates were |
| MERONA | 1252000321 | 1384131 | RUCHED | 35465 | 06/11-11/11 | 11.20 | 11.30 | ataleks shipment dates were |
| MERONA | 1252000556 | 3568964 | RUCHED | 35465 | 02/10-07/10 | 107 | since factory is closed for a week we cannot ship anything from 10/26 | |
| MERONA | 1252003794 | 3056130 | RUCHED | 35465 | 24.07.2006 | SHIPPED | target.com | |
| MERONA | 1250000883 | 3426239 | RUCHED | 35465 | 24.07.2006 | SHIPPED | shipped | |

$62,408 PCS × 4^{50}$

$280,836^{00}$

**From:** "Basul/Gizem Imgel" <gizem@basul.com.tr>
**To:** "'Nilda Corchado" <nilda@prvtlabel.com>, <christine@prvtlabel.com>, <shanny@prvtlabel.com>
**Cc:** "'imer basul" <imer@basul.com.tr>
**Subject:** FW: PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351
**Date:** Tue, 3 Oct 2006 15:44:33 +0300


**HI NILDA;**


**PLEASE SEE BELOW FOR ROUCHED BOOKING AND APPROVALS.**

**BEST REGARDS/GIZEM**

---

**From:** svetlana [mailto:s.anfouqa@zwa.com.jo]
**Sent:** Tuesday, October 03, 2006 10:47 AM
**To:** 'Basul/Gizem Imgel'
**Subject:** RE: PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351


Dear Gizem

PO# 3426239: *ONS (LATE AIRED) — TGT RFD US — FAILD INSPCTN!*
Booked on Aug. 6th , with cargo ready date on Aug. 9th , was first planned to
ship on (F/V: Maersk Avon 0631/ETD AQJ: 8/19/ETA JED: 8/20/M/V: Maersk Douglas
0610/ETD JED: 8/22/ETA ORF: 9/8) since it was the first available vsl, customer
approved vsl accordingly, however, vendor advised us that factory will not ship
PO# 3426239 on ETA 9/8 as per vendor cargo will not be ready as planned revised
cargo ready date is 8/20, therefore forwarder asked customer approval to ship on
later vsl (F/V: MAERSK REGENSBURG 0603/ETD AQJ: 8/25 /ETA JED: 8/28 / M/V:MAERSK
DAMPIER 0606 /ETD JED: 8/29/ETA ORF: 9/15), however customer didn't approve vsl
as this PO was too late the ship via ocean and it has to be shipped via air.
please check with nart if you need further details for this PO as air shipments
are not handled by us.

*Commit 8/28-9/12*

PO's#5846461 - 5079852 & 2814727:
Initial booking was received on Aug. 10th , with cargo ready date on Sep. 2nd ,
however this booking was missing info, so we only received complete booking on
Aug. 17th, customer approved to ship on (MAERSK NEBRASKA 0614 /ETD HFA: 9/14/ETA
Newport News: 10/4)

However factory was not able to ship PO# 5079852 on ETD 9/14 due to a
miscalculation in carton dimensions, vendor couldn't load it into earlier
requested equipment (4X40'HC + 1X40'DV) therefore, it was approved to ship on
(MAERSK VERMONT 0614 / ETD HFA: 9/21 / ETA Newport News: 10/11)
*LATE TO STORES*

*MISCALC CTN INFO: TGT EXOWTNS COMPLAINTS CHGBK EXPEDITING!*  *✱ HAD TO APPROVE VSL BUT HAD TO EXPEDITED*

*Commit 9/11*

PO#6419090:
Initial booking was received on Aug. 30, complete booking was only received on
Sep. 3rd with cargo ready date on Sep 16, customer approved to ship on (Maersk
Maine 0614 / ETD HFA: 9/28 / ETA Newport News: 10/18)

*9/23*

PO#6018475:
Initial booking was received on Sep.9th , complete booking was only receveid on
Sep. 11th with cargo ready date Sep 23rd, customer approved to ship on (Nedlloyd
Colombo 0614 / ETD HFA: 10/5 / ETA Newport News: 10/25 )

D 01222

PO#3298351:

Booking was received on Sep 16th with cargo ready date Sep 30th, customer
approved to ship on (Maersk Nevada 0614 / ETD HFA: 10/12  / ETA Newport News:
11/1)

Thanks, svetlana

---

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Monday, October 02, 2006 6:20 PM
**To:** 'svetlana'
**Subject:** PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351
**Importance:** High

HI SVETLANA;

I NEED ONE LAST FAVOR , BUT REALLY GREAT ONE THAT WE'RE HAVING TROUBLE WITH TARGET PER
STYLE#204122 SHIPMENT FOR BELOW PO'S .

- 3426239,
- 5846461,
- 5079852,
- 2814727,
- 6419090,
- 6018475,
- 3298351

I 'VE BEEN ASKING TO NART FOR REAL BOOKING DATES AND FIRST ADVISED CARGO READY AND THEN
WHAT VESSEL TARGET APPROVED FINALLY  THAT FOR ALL OF THESE PO'S BUT I NEED TO HAVE IT FRM
YOUR SIDE ALSO.
WOULD YOU MIND TO SEND ME ALL OF THESE ?, PLEASE LET ME KNOW ? THIS SOOO IMPORTANT THAT
I HAVE TO FIGURE OUT WHERE WE STAND IN FRONT OF TARGET.
SORRY TO BOTHER YOU AGAIN REALLY I WOULDN'T BE ASKING IF I DID'N NEEDED.

THANKS FOR YOUR ALL HELP IN ADVANCE.
BEST REGARDS/GIZEM

D 01221



## Nilda Corchado

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Wednesday, September 27, 2006 10:35 AM |
| **To:** | nilda@prvtlabel.com; 'Imer Basul' |
| **Cc:** | 'Christine Dente'; 'Shanny Centeno' |
| **Subject:** | RE: 11/1 Rouched cancellations |
| **Attachments:** | 2006 **** ZWAfile #3324 **** (131 KB) |

```
HI NILDA;

I'M TRYING TO COLLECT ORIGINAL E-MAIL FROM ATATEKS EXPORT MANAGER TO
EXPEDITORS/JORDAN.
SEE ATTACHED E-MAIL CORRESPONDENCE FOR PO#'S 2814727-5079852-
5844461&TGT.COMpo#3056130. YOU MAY SEE AT THE VERY BOTTOM THEY SENT THE BOOKING
EMAIL ON 08/16 WHICH EXACTLY 8 DAYS BEFORE S/C WINDOWS OPENS.
I COULD NOT FIND OTHER POO'S FIRST SENT E-MAILS.
ASKED TO ATATEKS/JORDAN WAITING FROM THEM .

FOR DELY ISSUES AND CANCELLATION YOU MAY TALK TO IMER.

BEST REGARDS/GIZEM




-----Original Message-----
From: Nilda Corchado [mailto:nilda@prvtlabel.com]
Sent: Wednesday, September 27, 2006 8:14 AM
To: Imer Basul
Cc: Christine Dente; Shanny Centeno; Nilda Corchado; Gizem
Subject: Fw: 11/1 Rouched cancellations

Note that. We did. Not have our meetings as yet. And they
Want to cancel. Already 62k

Note that. This is not good.  Can u pls provide an official knit status for this
program.

In addition. just so that we can be prepared. They are basically saying that all
our pos for this program have been late. I need the proof from all p.o.'S booked
that we did not make late bookings. That they approved later vessels. So I need the
dated booking forms sent to tgt forwarder 10 days before each cancel date to prove
that we were not late

I need this infor. As well as info on the po that I sent u the sep email on 3566964
if ataeks can ship earlier.

I don't know if we can get away from canceling the 62k pcs but get the knit status
where. Are the tubes. What is dyed so that we can address with tgt.

B regds
Nil

Sent via BlackBerry (Private Label Sourcing, LLC) service

-----Original Message-----
```



D 01224

10/12/2006

From: "Lauren.Edwards" <Lauren.Edwards@target.com>
Date: Tue, 26 Sep 2006 17:57:24
To:"Nilda Corchado" <nilda@prvtlabel.com>,"Shanny Centeno" <shanny@prvtlabel.com>
Cc:"Amber.Biesman" <Amber.Biesman@target.com>,"Lauren.Edwards"
<Lauren.Edwards@target.com>
Subject: 11/1 Rouched cancellations

 <cid:image001.jpg@01C6E195.38A10050>

Hi Nilda-


Please note that the dept. has reviewed the history of our Fall seamless programs
so far this season, and with the poor sales on the Empire waist, they find
necessity to cancel the 12/15 update of the 11/1 Rouched tank. This amounts to
nearly 62.0 units. With the quality issues on the Empire seamless, poor sales due
to this poor execution, and all the shipping issues we are experiencing with the
11/1 Rouched initial PO's, the dept. is asking for full partnership on these
canceled units. I realize that you are all in Mpls. tomorrow, so feel free to call
me to discuss or coordinate a meeting time. I'm free from 12-2. 612-696-3528


Amber is out of town in Central America this week, so she won't be able attend if
we meet.



Thanks!
 Lauren



Lauren Edwards

¤ Target ~ TPS 15 ~ 15183 TSS D16 RTW Knits

TSS Business Analyst ~ Merona/Cherokee/Holiday

612-696-3528

D 01225

# Nilda Corchado

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Tuesday, October 03, 2006 8:45 AM |
| **To:** | 'Nilda Corchado'; christine@prvtlabel.com; shanny@prvtlabel.com |
| **Cc:** | 'imer basul' |
| **Subject:** | FW: PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351 |

**HI NILDA;**

**PLEASE SEE BELOW FOR ROUCHED BOOKING AND APPROVALS.**

**BEST REGARDS/GIZEM**

---

**From:** svetlana [mailto:s.anfouqa@zwa.com.jo]
**Sent:** Tuesday, October 03, 2006 10:47 AM
**To:** 'Basul/Gizem Imgel'
**Subject:** RE: PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351

Dear Gizem

PO# 3426239:
Booked on Aug. 6th , with cargo ready date on Aug. 9th , was first planned to ship on (F/V: Maersk Avon 0631/ETD AQJ: 8/19/ETA JED: 8/20/M/V: Maersk Douglas 0610/ETD JED: 8/22/ETA ORF: 9/8) since it was the first available vsl, customer approved vsl accordingly, however, vendor advised us that factory will not ship PO# 3426239 on ETA 9/8 as per vendor cargo will not be ready as planned revised cargo ready date is 8/20, therefore forwarder asked customer approval to ship on later vsl (F/V: MAERSK REGENSBURG 0603/ETD AQJ: 8/25 /ETA JED: 8/28 / M/V:MAERSK DAMPIER 0606 /ETD JED: 8/29/ETA ORF: 9/15), however customer didn't approve vsl as this PO was too late the ship via ocean and it has to be shipped via air. please check with nart if you need further details for this PO as air shipments are not handled by us.

PO's#5846461 – 5079852 & 2814727:
Initial booking was received on Aug. 10th , with cargo ready date on Sep. 2nd , however this booking was missing info, so we only received complete booking on Aug. 17th, customer approved to ship on (MAERSK NEBRASKA 0614 /ETD HFA: 9/14/ETA Newport News: 10/4)

However factory was not able to ship PO# 5079852 on ETD 9/14 due to a miscalculation in carton dimensions, vendor couldn't load it into earlier requested equipment (4X40'HC + 1X40'DV) therefore, it was approved to ship on (MAERSK VERMONT 0614 / ETD HFA: 9/21 / ETA Newport News: 10/11)

PO#6419090:
Initial booking was received on Aug. 30, complete booking was only received on Sep. 3rd with cargo ready date on Sep 16, customer approved to ship on (Maersk Maine 0614 / ETD HFA: 9/28 / ETA Newport News: 10/18)

PO#6018475:

D 01226

10/12/2006

Initial booking was received on Sep.9th , complete booking was only receveid on Sep. 11th with cargo ready date Sep 23rd, customer approved to ship on (Nedlloyd Colombo 0614 / ETD HFA: 10/5 / ETA Newport News: 10/25 )

PO#3298351:

Booking was received on Sep 16th with cargo ready date Sep 30th, customer approved to ship on (Maersk Nevada 0614 / ETD HFA: 10/12  / ETA Newport News: 11/1)

Thanks, svetlana

---

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Monday, October 02, 2006 6:20 PM
**To:** 'svetlana'
**Subject:** PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351
**Importance:** High

HI SVETLANA;

I NEED ONE LAST FAVOR , BUT REALLY GREAT ONE THAT WE'RE HAVING TROUBLE WITH TARGET PER STYLE#204122 SHIPMENT FOR BELOW PO'S .
- 3426239,
- 5846461,
- 5079852,
- 2814727,
- 6419090,
- 6018475,
- 3298351

I 'VE BEEN ASKING TO NART FOR REAL BOOKING DATES AND FIRST ADVISED CARGO READY AND THEN WHAT VESSEL TARGET APPROVED FINALLY  THAT FOR ALL OF THESE PO'S BUT I NEED TO HAVE IT FRM YOUR SIDE ALSO.
WOULD YOU MIND TO SEND ME ALL OF THESE ?, PLEASE LET ME KNOW ? THIS SOOO IMPORTANT THAT I HAVE TO FIGURE OUT WHERE WE STAND IN FRONT OF TARGET.
SORRY TO BOTHER YOU AGAIN REALLY I WOULDN'T BE ASKING IF I DID'N NEEDED.

THANKS FOR YOUR ALL HELP IN ADVANCE.
BEST REGARDS/GIZEM

$\mathcal{D}$ 01227

## Nilda Corchado

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Tuesday, October 03, 2006 8:45 AM |
| **To:** | 'Nilda Corchado'; christine@prvtlabel.com; shanny@prvtlabel.com |
| **Cc:** | 'imer basul' |
| **Subject:** | FW: PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351 |

HI NILDA;


PLEASE SEE BELOW FOR ROUCHED BOOKING AND APPROVALS.

BEST REGARDS/GIZEM

---

**From:** svetlana [mailto:s.anfouqa@zwa.com.jo]
**Sent:** Tuesday, October 03, 2006 10:47 AM
**To:** 'Basul/Gizem Imgel'
**Subject:** RE: PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351


Dear Gizem

PO# 3426239:
Booked on Aug. 6th , with cargo ready date on Aug. 9th , was first planned to ship
on (F/V: Maersk Avon 0631/ETD AQJ: 8/19/ETA JED: 8/20/M/V: Maersk Douglas 0610/ETD
JED: 8/22/ETA ORF: 9/8) since it was the first available vsl, customer approved vsl
accordingly, however, vendor advised us that factory will not ship PO# 3426239 on
ETA 9/8 as per vendor cargo will not be ready as planned revised cargo ready date
is 8/20, therefore forwarder asked customer approval to ship on later vsl (F/V:
MAERSK REGENSBURG 0603/ETD AQJ: 8/25 /ETA JED: 8/28 / M/V:MAERSK DAMPIER 0606 /ETD
JED: 8/29/ETA ORF: 9/15), however customer didn't approve vsl as this PO was too
late the ship via ocean and it has to be shipped via air. please check with nart if
you need further details for this PO as air shipments are not handled by us.

PO's#5846461 - 5079852 & 2814727:
Initial booking was received on Aug. 10th , with cargo ready date on Sep. 2nd ,
however this booking was missing info, so we only received complete booking on Aug.
17th, customer approved to ship on (MAERSK NEBRASKA 0614 /ETD HFA: 9/14/ETA Newport
News: 10/4)

However factory was not able to ship PO# 5079852 on ETD 9/14 due to a
miscalculation in carton dimensions, vendor couldn't load it into earlier requested
equipment (4X40'HC + 1X40'DV) therefore, it was approved to ship on (MAERSK VERMONT
0614 / ETD HFA: 9/21 / ETA Newport News: 10/11)


PO#6419090:
Initial booking was received on Aug. 30, complete booking was only received on Sep.
3rd with cargo ready date on Sep 16, customer approved to ship on (Maersk Maine
0614 / ETD HFA: 9/28 / ETA Newport News: 10/18)


PO#6018475:

D 01228

10/12/2006

Initial booking was received on Sep.9th , complete booking was only receveid on
Sep. 11th with cargo ready date Sep 23rd, customer approved to ship on (Nedlloyd
Colombo 0614 / ETD HFA: 10/5 / ETA Newport News: 10/25 )


PO#3298351:
Booking was received on Sep 16th with cargo ready date Sep 30th, customer approved
to ship on (Maersk Nevada 0614 / ETD HFA: 10/12  / ETA Newport News: 11/1)

Thanks, svetlana

---

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
**Sent:** Monday, October 02, 2006 6:20 PM
**To:** 'svetlana'
**Subject:** PO#3426239, 5846461, 5079852, 2814727, 6419090, 6018475, 3298351
**Importance:** High

HI SVETLANA;

I NEED ONE LAST FAVOR , BUT REALLY GREAT ONE THAT WE'RE HAVING TROUBLE WITH TARGET PER
STYLE#204122 SHIPMENT FOR BELOW PO'S .
- 3426239,
- 5846461,
- 5079852,
- 2814727,
- 6419090,
- 6018475,
- 3298351


I 'VE BEEN ASKING TO NART FOR REAL BOOKING DATES AND FIRST ADVISED CARGO READY AND THEN WHAT
VESSEL TARGET APPROVED FINALLY  THAT FOR ALL OF THESE PO'S BUT I NEED TO HAVE IT FRM YOUR SIDE
ALSO.
WOULD YOU MIND TO SEND ME ALL OF THESE ?, PLEASE LET ME KNOW ? THIS SOOO IMPORTANT THAT I
HAVE TO FIGURE OUT WHERE WE STAND IN FRONT OF TARGET.
SORRY TO BOTHER YOU AGAIN REALLY I WOULDN'T BE ASKING IF I DID'N NEEDED.

THANKS FOR YOUR ALL HELP IN ADVANCE.
BEST REGARDS/GIZEM

D  01229

10/12/2006

**Nilda Corchado**

| | |
|---|---|
| **From:** | Nart Qunash [nartqunash@atateksjordan.com] |
| **Sent:** | Tuesday, September 19, 2006 10:16 AM |
| **To:** | svetlana; NartQuna@atateks.com.tr |
| **Cc:** | AhmetWaled@atateks.com.tr; yaseminuzelli@atateks.com.tr; gizem@basul.com.tr; 'Hani Al-Banna' |
| **Subject:** | Re: pono.2814727-5079852-5846461&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWAfile #3324 **** |

dear svetlana
the invoice is correct...
thanks & best regard


Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan

----- Original Message -----
**From:** svetlana
**To:** 'Nart Qunash' ; NartQuna@atateks.com.tr
**Cc:** AhmetWaled@atateks.com.tr ; yaseminuzelli@atateks.com.tr ; gizem@basul.com.tr ; 'Hani Al-Banna'
**Sent:** Tuesday, September 19, 2006 4:19 PM
**Subject:** RE: pono.2814727-5079852-5846461&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWAfile #3324 ****

Dear Nart,

Kindly find attached draft FCR, please amend in red for FCR 2 & 3 if there isn't any amendment please confirm accordingly as for FCR 1 please note there is a discrepancy between your inv. and CLP sent for us, attached CLP for your ref.


|      | CLP      | INV      |
|------|----------|----------|
| G.W  | 24381.44 | 24606.40 |

Please advise which is showing correct


Best Regards,
Svetlana Anfouqa
Operations Global Account
ZWA/ Expeditors-Jordan
Tel: 00962 6 5929690  EXT. 32
Fax: 00962 6 5929683
E-MAIL: s.anfouqa@zwa.com.jo

**From:** Nart Qunash [mailto:nartqunash@atateksjordan.com]
**Sent:** Wednesday, September 13, 2006 1:22 PM
**To:** svetlana; NartQuna@atateks.com.tr

D 01230

10/12/2006

**Cc:** AhmetWaled@atateks.com.tr; yaseminuzelli@atateks.com.tr; gizem@basul.com.tr; 'Hani Al-Banna'
**Subject:** Re:pono.2814727-5079852-5846461&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ:
9/8/2006 **** ZWAfile #3324 ****

please find attached

thanks & best regard

Nart qunash
shipping manager
Atateks foreign trade ltd.
tel: +962 6 402 5151
fax: +962 6 402 5149
mob: +962 74 5699443
sahab - amman - jordan

----- Original Message -----
**From:** svetlana
**To:** 'Nart Qunash' ; NartQuna@atateks.com.tr
**Cc:** AhmetWaled@atateks.com.tr ; yaseminuzelli@atateks.com.tr ; gizem@basul.com.tr ; 'Hani Al-Banna'
**Sent:** Wednesday, September 13, 2006 9:35 AM
**Subject:** RE: pono.2814727-5079852-
5846461&TGT.COMpo#3056130onF/V:MaerskRegensburg0607,ETDAQJ: 9/8/2006 **** ZWA file #3324 ****

Dear Nart,

Please find below final seals per CNTR

| CNTR# | SSL SEAL# | TGT SEAL# |
|-------|-----------|-----------|
| PONU7313419 | 26050 | NOO7965 |
| PONU1397069 | 19559 | NOO7969 |
| MSKU8583738 | 19560 | NOO7962 |
| MSKU8077982 | 19561 | NOO7963 |
| TGHU7898028 | 26049 | NOO7963 |

Please make sure you CLP would show above info when sending for original docs,
also please make sure all info is completed as requested in the CLP.

please send us for the same as the revised CLP you sent is not showing below
IMPORTANT details

Shipment release / inspection certificate (AMC/TSS vendor only)
_____

Date of inspection and inspector:_____

Employee who sealed container (name)_____

Date container sealed _____

D 01231

10/12/2006

**From:** Amber.Biesman [mailto:Amber.Biesman@target.com]
**Sent:** Thursday, August 10, 2006 6:19 PM
**To:** Lauren.Edwards; Nilda Corchado; Stephanie.Richard
**Cc:** Mabel Kwan
**Subject:** RE: PO 3426239

Hi Nilda,

I am very concerned to learn that this booking was not made until over a week after the end of the ship cancel window.

Please explain to me why this was late and why we were not notified?  It is critical that our new store orders be on time.

We will need PL to pay for DA charges.

thx

Amber Biesman
TSS
Product Manager RTW knits
Phone 612-696-0493
Fax 612-696-2571

---

**From:** Lauren.Edwards
**Sent:** Thursday, August 10, 2006 5:14 PM
**To:** Nilda Corchado; Stephanie.Richard
**Cc:** 'Mabel Kwan'; Amber.Biesman; Lauren.Edwards
**Subject:** RE: PO 3426239

Hi Nilda-

We have the documentation of the 8/19 vessel from Target transportation, as well as the information regarding the inability for these goods to make the 8/12 vessel. (However, even an 8/12 vessel would have not made the IS date) As with a majority for our PO's, the forwarders are correct not to accept the delivery of goods until our transportation issues the vessel approval. However, the vendor needs to submit a request to the forwarder for booking a vessel a <u>minimum</u> of 10 days before the beginning of the ship/cancel window. This allows the forwarder to contact Target transportation and get approval for the vessel booking before the goods arrive. For this PO, the booking should have been made on or before 7/14. The vendor did not request a booking for this PO until **8/6**. Target transportation was notified of this booking on 8/8 and we sent the approval to them within an hour of receiving the email. There was no hold-up from approvals from Target transportation.

Further, it concerns me that Stephanie had to initiate the communication below regarding this PO. She had proactively noticed that this PO, as of 8/2 had not requested a booking from the forwarder. Why weren't we notified that these goods were going to be late? If there is any lag in the transportation process (booking a vessel, delivery issues to the forwarder, no response from target transportation, etc.), we are here 100% to help get the issue resolved. However, it is apparent in this situation that the issue lies with a late vessel booking.

I appreciate your prompt attention to this. I will work with Stephanie to monitor the progress of this PO and we can further discuss the DA charges upon ETA in the US.

01291

Thanks,
Lauren

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Thursday, August 10, 2006 3:55 PM
**To:** Lauren.Edwards; Stephanie.Richard
**Cc:** 'Mabel Kwan'; Amber.Biesman
**Subject:** RE: PO 3426239

Hi Lauren/Stephanie,

Please note that this p.o. will ship on the 8/19 vessel as this is the vessel the factory received that approval from Expeditors. The freight is ready but the cutoff for the 8/12 vessel is passed and the consolidator did not have an approval from target transportation to put this shipment on the 8/12 vessel so they would not accept the freight.

Lauren, just to explain a little further with the delivery of goods to your forwarder on direct l/c basis from turkey/Jordan ship points... The consolidator will not accept freight from us without vessel approvals that they receive from Target transportation as the consolidators do not have the storage facilities for shipments. Therefore, our factories are only allowed to deliver the freight to the consolidators once they have the vessels approved.

Fully understood that on the 8/19 vessel that the units may have to be expedited to get to your ONS so if you could pls advise me what this cost would entail I can try and get the factory to absorb as a partnership, however, they are truly not responsible for this.

Thanks and best regards,
Nilda

---

**From:** Lauren.Edwards [mailto:Lauren.Edwards@target.com]
**Sent:** Tuesday, August 08, 2006 3:52 PM
**To:** Nilda Corchado; Stephanie.Richard
**Cc:** Mabel Kwan; Amber.Biesman; Lauren.Edwards
**Subject:** RE: PO 3426239

Hi Nilda-

I just wanted to jump in because there seems to be some confusion regarding the ship window dates. I have attached the VTA highlighting the ship window for these ONS units. According to Target transportation, in order to meet a 9/20 IS the PO needed to arrive at the consolidator between 7/24-7/29. You are correct that once you drop off the PO at the consolidator, you have no control over when it ships...but there is control over when the PO is dropped off. Any PO arriving outside of the ship window is subject to OTS charges as well as Domestic air charges in order to make the IS date.

Thanks for checking with your factory and the forwarder to resolve this. We look forward to an update by tomorrow.

Thanks!
Lauren

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Tuesday, August 08, 2006 2:35 PM
**To:** Stephanie.Richard
**Cc:** 'Mabel Kwan'; Lauren.Edwards; Amber.Biesman
**Subject:** RE: PO 3426239

Hi Stephanie,

01292

Noted your advise and I will update you tomorrow.  But just so that I am clear since these are direct l/c shipments we are technically not in control of when the freight actually ships.  We are advised by your forwarder when to deliver the freight based on vessel approvals they receive from target transportation.

However, as I said I will touch base with the factory and forwarder and give you an update tomrw.

Best regards,
Nilda

---

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Tuesday, August 08, 2006 2:57 PM
**To:** Nilda Corchado
**Cc:** Mabel Kwan; Lauren.Edwards; Amber.Biesman; Stephanie.Richard
**Subject:** RE: PO 3426239

Hi Nilda,

Thanks for your quick response.  As a point of reference; an 8/6 ETD vessel would make the IS of 9/20.  As this date has already passed, we would still be able to hit within a few days of 9/20 if this order was on vessel by 8/12 (this Saturday).  I don't know if that is possible at this point; any later than 8/12 will most likely require domestic airing to at least some of the stores in order to make our new stores set at 100%.

Please advise any updates you receive tomorrow.

Thanks,
Stephanie

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Tuesday, August 08, 2006 12:04 PM
**To:** Stephanie.Richard
**Cc:** 'Mabel Kwan'; Lauren.Edwards; Amber.Biesman
**Subject:** RE: PO 3426239

Hi Stephanie,

Please note that we are awaiting the vessel approval from your forwarder as this is a small shipment for them to consolidate.  Based on your email I will go back to the factory to work with the forwarder to see if we can put the units on an earlier vessel and I will advise you an update tomrw.

Best regards,
Nilda

---

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Tuesday, August 08, 2006 12:23 PM
**To:** Mabel Kwan
**Cc:** Lauren.Edwards; shanny@prvtlabel.com; Nilda Corchado; Amber.Biesman; Stephanie.Richard
**Subject:** RE: PO 3426239

Hi Mabel,

I've been consulting a few different tables and graphs here due to the ETD you provided below.  According to my calculations, it's looking like this order will hit our stores between 9/25-9/29.  The original IS for this order is 9/20, which would make this order a week or more late!

D 01293

As this order is for new stores that are opening in Oct., it needs to be here by the originally advised IS, so that we can have our stores set 100%. If the above advised dates are correct, Private Label will be responsible for domestically airing this order so that it will make it to all the new stores on time.

Please re-confirm dates and confirm understanding of above.

Thanks & b.rgds.,
Stephanie

---

**From:** Mabel Kwan [mailto:mabel@prvtlabel.com]
**Sent:** Monday, August 07, 2006 11:32 AM
**To:** Stephanie.Richard
**Cc:** Lauren.Edwards; shanny@prvtlabel.com; 'Nilda Corchado'
**Subject:** RE: PO 3426239

Hi Stephanie.

PO# 3426239 is planned to ship on ETD 8/19...(pending expeditor's reply if there is other cargo to co-load with due to small volume.)

Best Regards,

*Mabel*
Import Department
Direct: 212.329.0811
mabel@prvtlabel.com

---

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Friday, August 04, 2006 3:30 PM
**To:** Mabel Kwan
**Cc:** Lauren.Edwards; shanny@prvtlabel.com; Nilda Corchado; Stephanie.Richard
**Subject:** RE: PO 3426239

Mabel~

Great, Thanks!  Let me know when you receive confirmation.

Have a wonderful weekend!
Stephanie

---

**From:** Mabel Kwan [mailto:mabel@prvtlabel.com]
**Sent:** Friday, August 04, 2006 2:18 PM
**To:** Stephanie.Richard
**Cc:** Lauren.Edwards; shanny@prvtlabel.com; 'Nilda Corchado'
**Subject:** RE: PO 3426239

HI Stephanie,

D 01294

The factory is waiting on a confirmation vessel from Target's forwarder expeditors.


Best Regards,

*Mabel*

Import Department
Direct: 212.329.0811
mabel@prvtlabel.com

---

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Friday, August 04, 2006 12:09 PM
**To:** Mabel Kwan
**Cc:** Lauren.Edwards; shanny@prvtlabel.com; Nilda Corchado; Stephanie.Richard
**Subject:** RE: PO 3426239

Hi Mabel,

Any updates to the below?
Thanks!
Stephanie

---

**From:** Mabel Kwan [mailto:mabel@prvtlabel.com]
**Sent:** Wednesday, August 02, 2006 3:31 PM
**To:** Stephanie.Richard
**Cc:** Lauren.Edwards; shanny@prvtlabel.com; 'Nilda Corchado'
**Subject:** RE: PO 3426239

Hi Stephanie,

Since this production is out of Jordan... I am going to double check with the factory and let you know tomorrow.  Thanks!


Best Regards,

*Mabel*

Import Department
Direct: 212.329.0811
mabel@prvtlabel.com

---

**From:** Stephanie.Richard [mailto:Stephanie.Richard@target.com]
**Sent:** Wednesday, August 02, 2006 10:38 AM
**To:** Mabel Kwan

01295

**Cc:** Stephanie.Richard; Lauren.Edwards; shanny@prvtlabel.com
**Subject:** PO 3426239

Hi Mabel,

The above PO is in the 11/1 Ruched commit (44213) it is a 9/20 IS going to our new stores that will be opening in Oct.  I'm not seeing that this PO is even booked for a vessel yet.  Could you please check on your end and let me know what you find out?  (It's s/c was 7/24-7/29)

Thanks much!
Stephanie

**Stephanie Richard**
Import Coordinator
D16 Cherokee/Merona/Holiday
Target Sourcing Services
612.696.0561

Δ 01296

ME Rouched Tank – pid 204122

- po# 3056130 (target.com) – is this shipping on the 8/12x vessel ??? yes or no !!!! if so, send supporting documentation stating approval

GIZEM ▪▪▪▪▪▪▪ THIS PO APPROVED TO SHIP ON BELOW VESSEL ALSO

F/V: Maersk Avon 0631

ETA JED: 20 AUG.
M/V: Maersk Douglas 0610
ETD JED: 22 AUG.

Doc cut-off: 13 AUG.
Ex-factory cut-off: 14 AUG.

*failed Inspection*

- po# 3426239 (ons) – when is this shipping ??? is must ship on the 8/12x vessel.. please advise and provide supporting documentation stating approval

GIZEM ▪▪▪▪▪▪ YOU READ BELOW THIS PO IS ALSO APPROVED TO SHIP ON BELOW VESSEL ▪

F/V: Maersk Avon 0631
▪▪▪▪▪▪▪▪
ETA JED: 20 AUG.
M/V: Maersk Douglas 0610
ETD JED: 22 AUG.
▪▪▪▪▪▪▪▪
Doc cut-off: 13 AUG.
Ex-factory cut-off: 14 AUG.

*Goods not ready!*

*MUST AIR*

*Shanny Centeno*
*Production Coordinator*
*Private Label Sourcing, LLC*

---

From: Basul/Gizem Imgel [mailto:gizem@basul.com.tr]
Sent: Tuesday, August 08, 2006 7:24 AM
To: 'Shanny Centeno'; 'Nilda Corchado'
Subject: FW: TGT PO#4877919 & tgt.com po#3056130 onF/V:MaerskAtlantic0631Maersk Atlantic 0631 ***ZWA FILE# 3281 ***

FYI

▷ 01297

## Shanny Centeno

| | |
|---|---|
| **From:** | Basul/Gizem Imgel [gizem@basul.com.tr] |
| **Sent:** | Tuesday, August 15, 2006 11:59 AM |
| **To:** | 'Shanny Centeno'; imer@basul.com.tr |
| **Cc:** | 'Nilda Corchado'; 'Mabel Kwan' |
| **Subject:** | ~~RE: PO 3426239 & 3056130 - ME 11/1 Rouched Tank ONS & .COM~~ |

HI SHANNY;

AS I WRITE DOWN IN SEVERAL E-MAIL , I THINK ATATEKS HAS TO AIR THESE GOODS SINCE ONS ORDER IS NOT READY ~~AS WE SAID TO ME FEW hours AGO~~.

~~TARGET BUYER was going to ship to the company da rejected it also. She checked 60 pcs of goods and she said Atateks mixed the htl's and and they changed "em as they realized by themselves. Yet since they took the old label applied the new one, old htl's particuls elft on garments, spreaded all over them. So she rejected.~~
~~I will advise for target.com and ons order ready date.~~

BEST REGARDS/GIZEM

---

**From:** Shanny Centeno [mailto:shanny@prvtlabel.com]
**Sent:** Tuesday, August 15, 2006 6:59 AM
**To:** 'Basul/Gizem Imgel'; imer@basul.com.tr
**Cc:** 'Nilda Corchado'; 'Mabel Kwan'
**Subject:** RE: PO 3426239 & 3056130 - ME 11/1 Rouched Tank ONS & .COM

8/14/06

Gizem,

update me on this cause from what we were just told by Target, we're in deep trouble here and the ONS is going to have to be Internationally aired at the factories expense...

I want to also know if the .com order shipped or not ????

please advise with detail !

*Shanny Centeno*
*Production Coordinator*
*Private Label Sourcing, LLC*

---

**From:** Basul/Gizem Imgel [mailto:gizem@basul.com.tr]

D 01298

204122

ATATEKS FOREIGN TRADE LTD.

| REF # | | PAGE | 1–1 |
|---|---|---|---|
| TO | PRIVATE LABEL | DATE | 2.9.2006 |
| ATTN | RICHARD CASTILLO | FROM | GIZEM BASUL |
| C.C | FRANK CROW | SEC | PRIVATE LABEL |

### SHIPMENT INFORMATION

L/C NO        :        8052284

INVOICE NO :        00A0121/2006

STYLE NO   :        204122

DESCRIPTION:   LADIES 94% NYLON 6%LYCRA SEAMLESS SLEEVELESS ROUCHED TOP

UNIT PRICE        US $ 4,75 / PC FOB HAIFA FOR SOLID

(ONS)        AIRED        

DC PO NO        3426239

VENDER'S PO        34222

QUANTITY        4331  PCS

TOTAL QUANTITY        4331  PCS

TTL AMOUNT  US $        16.487,19

TTL AMOUNT  US $        16.487,19

B/L NO

BOAT NAME & SCHEDULE :

| BOAT NAME | ETD | ETA |
|---|---|---|

FACTORY        ATATEKS FOREIGN TRADE LTD

PORT OF ENTRY
DATE OF DELIVERY TO ...:

⁻ ENCLOSED PLS FIND SHPG DOCS.

BEST REGARDS

D 01299

07/09 2008 16:22 FAX 02122922011　　BASUL TEKSTIL　　@002

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (6) No. & date of invoice | |
|---|---|---|
| ATATEKS FOREIGN TRADE LTD. | 00A0121/2008 | |
| INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY | (9) No. & date of L/C | Z.9.2008 |
| Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN | 6552284 | |
| TEL: +962　　6402 5151　　FAX: +962　6402 5149 | (10) L/C issuing bank | |
| | BANK OF AMERICA | |
| (2) For account & risk of Messrs. | | |
| TARGET STORES, IMPORT OPERATIONS | (11) Remarks | |
| DIVISION OF TARGET CORPORATION, PO BOX 1392 | | |
| MINNEAPOLIS, MN 55440 | • CONSIGNED TO: TARGET STORES, DIVISION OF TARGET CORPORATION | |
| | IMPORT DEPARTMENT, TPS-0805, 1000 NICOLLET MALL | |
| (3) Notify party | MINNEAPOLIS, MN 55403 | |
| | • MAKER:　　ATATEKS FOREIGN TRADE LTD. | |
| | INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY | |
| | Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN | |
| | • MID CODE:　　TRATATEKIST | |
| (4) Port of loading | (5) Final destination | • COUNTRY OF ORIGIN:　　　JORDAN |
| HAIFA | NEW YORK | • FREIGHT COLLECT |
| (8) Carrier | (7) Sailing on or about | • FOB HAIFA |
| | | • THE GOODS HAVE BEEN MARKED |
| | | IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. |

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit price | (16) Amount |
|---|---|---|---|---|

| Marks & No's. | Q'ty CTNS | DESCRIPTION | | | | UPON EXTENDED CODE Cont'd(td) |
|---|---|---|---|---|---|---|
| | | STORE PO NO: 3428239 | | | | |
| | | MERCHANDISE OF ORIGIN | | | | |
| FRONT & BACK & SIDE | | WOMEN'S APPAREL | | | | |
| TARGET STORES | | LADIES % 94 NYLON, % 6 LYCRA | | | | |
| PO NO.: 3428239 | | SEAMLESS SLEEVELESS ROUCHED TOP | | | | |
| DPC-ITEM NO.: 01601-0425 | | ASSORTMENT DPC-ITEM NO.: 01601-0425 | | | | |
| STYLE NO.: 204122 | | STYLE NO. | VENDOR'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
| COLOR: ASST | | 204122 | 34222 | TRUE WHITE | 2 | $4.75 | $9.50 |
| SIZE: ASST | | 204122 | 34222 | TRUE WHITE | 4 | $4.75 | $19.00 |
| CASE PACK: 24PCS | | 204122 | 34222 | TRUE WHITE | 5 | $4.75 | $23.75 |
| MADE IN JORDAN | | 204122 | 34222 | TRUE WHITE | 3 | $4.75 | $14.25 |
| CARTON DIMENSIONS IN CM: | | 204122 | 34222 | TRUE WHITE | 2 | $4.75 | $9.50 |
| H= 19 CM W= 48 CM L= 76 CM | | 204122 | 34222 | LASTING TEAL | 1 | $4.75 | $4.75 |
| | | 204122 | 34222 | LASTING TEAL | 2 | $4.75 | $9.50 |
| | | 204122 | 34222 | LASTING TEAL | 3 | $4.75 | $14.25 |
| | | 204122 | 34222 | LASTING TEAL | 1 | $4.75 | $4.75 |
| | | 204122 | 34222 | LASTING TEAL | 1 | $4.75 | $4.75 |
| | | | | TOTAL | 24PCS | | $114.00 |
| PO NO.: 3428239 | | ASSORTMENT DPC-ITEM NO.: 01601-0451 | | | | |
| DPC-ITEM NO.: 01601-0451 | | STYLE NO. | VENDOR'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
| STYLE NO.: 204122 | | 204122 | 34222 | BROWN SUEDE | 2 | $4.75 | $9.50 |
| COLOR: ASST | | 204122 | 34222 | BROWN SUEDE | 4 | $4.75 | $19.00 |
| SIZE: ASST | | 204122 | 34222 | BROWN SUEDE | 4 | $4.75 | $19.00 |
| CASE PACK: 24PCS | | 204122 | 34222 | BROWN SUEDE | 2 | $4.75 | $9.50 |
| MADE IN JORDAN | | 204122 | 34222 | BROWN SUEDE | 1 | $4.75 | $4.75 |
| CARTON DIMENSIONS IN CM: | | 204122 | 34222 | SALLY GREEN | 1 | $4.75 | $4.75 |
| H= 15 CM W= 48 CM L= 76 CM | | 204122 | 34222 | SALLY GREEN | 3 | $4.75 | $14.25 |
| | | 204122 | 34222 | SALLY GREEN | 3 | $4.75 | $14.25 |
| | | 204122 | 34222 | SALLY GREEN | 2 | $4.75 | $9.50 |
| | | 204122 | 34222 | SALLY GREEN | 1 | $4.75 | $4.75 |
| | | | | TOTAL | 23PCS | | $109.25 |
| PO NO.: 3428239 | | ASSORTMENT DPC-ITEM NO.: 01601-0452 | | | | |
| DPC-ITEM NO.: 01601-0452 | | STYLE NO. | VENDOR'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
| STYLE NO.: 204122 | | 204122 | 34222 | EBONY | 2 | $4.75 | $9.50 |
| COLOR: ASST | | 204122 | 34222 | EBONY | 4 | $4.75 | $19.00 |
| SIZE: ASST | | 204122 | 34222 | EBONY | 4 | $4.75 | $19.00 |
| CASE PACK: 24PCS | | 204122 | 34222 | EBONY | 2 | $4.75 | $9.50 |
| MADE IN JORDAN | | 204122 | 34222 | EBONY | 1 | $4.75 | $4.75 |
| CARTON DIMENSIONS IN CM: | | 204122 | 34222 | NIGHT BURGUNDY | 2 | $4.75 | $9.50 |
| H= 15 CM W= 48 CM L= 76 CM | | 204122 | 34222 | NIGHT BURGUNDY | 3 | $4.75 | $14.25 |
| | | 204122 | 34222 | NIGHT BURGUNDY | 3 | $4.75 | $14.25 |
| | | 204122 | 34222 | NIGHT BURGUNDY | 2 | $4.75 | $9.50 |
| | | 204122 | 34222 | NIGHT BURGUNDY | 1 | $4.75 | $4.75 |
| | | | | TOTAL | 24PCS | | $580.50 |

GRAND TOTAL :　　183 CTNS　　4391 PCS

INVOICE TOTAL:US$　　$20,572.25
LeSS LATE SHIPMENT　　4,026.36
TOTAL AMOUNT

• FABRIC/YARN　　:　　% 94 NYLON , % 6 LYCRA

• TARGET DEPT. NO. :　　016

• MANUFACTURER　:　　ATATEKS FOREIGN TRADE LTD,
　　INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
　　Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN

| • TOTAL NET NET WEIGHT | : | 725.41 | KGS |
|---|---|---|---|
| TOTAL NET WEIGHT | : | 909.51 | KGS |
| TOTAL GROSS WEIGHT | : | 1,099.68 | KGS |
| CARTON DIMENSIONS | : | H= 15 CM W= 48 CM L= 76 CM | |

• INCLUDED IN THIS AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
4331PCS HANGER STYLE GT7 17 AT US$0.073　　$10.709.32

- TO BE CONTINUED -

D 01300

# COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 204122 | TRUE WHITE | S | 01601-5941 | $4,75 | 122 | 579,50 |
| 204122 | TRUE WHITE | M | 01601-5942 | $4,75 | 244 | 1.159,00 |
| 204122 | TRUE WHITE | L | 01601-5943 | $4,75 | 305 | 1.448,75 |
| 204122 | TRUE WHITE | XL | 01601-5944 | $4,75 | 183 | 869,25 |
| 204122 | TRUE WHITE | XXL | 01601-5945 | $4,75 | 122 | 579,50 |
| 204122 | LASTING TEAL | S | 01601-5961 | $4,75 | 61 | 289,75 |
| 204122 | LASTING TEAL | M | 01601-5962 | $4,75 | 122 | 579,50 |
| 204122 | LASTING TEAL | L | 01601-5963 | $4,75 | 183 | 869,25 |
| 204122 | LASTING TEAL | XL | 01601-5964 | $4,75 | 61 | 289,75 |
| 204122 | LASTING TEAL | XXL | 01601-5965 | $4,75 | 61 | 289,75 |
| 204122 | BROWN SUEDE | S | 01601-5946 | $4,75 | 122 | 579,50 |
| 204122 | BROWN SUEDE | M | 01601-5947 | $4,75 | 244 | 1.159,00 |
| 204122 | BROWN SUEDE | L | 01601-5948 | $4,75 | 244 | 1.159,00 |
| 204122 | BROWN SUEDE | XL | 01601-5949 | $4,75 | 122 | 579,50 |
| 204122 | BROWN SUEDE | XXL | 01601-5950 | $4,75 | 61 | 289,75 |
| 204122 | SALLY GREEN | S | 01601-5956 | $4,75 | 61 | 289,75 |
| 204122 | SALLY GREEN | M | 01601-5957 | $4,75 | 183 | 869,25 |
| 204122 | SALLY GREEN | L | 01601-5958 | $4,75 | 183 | 869,25 |
| 204122 | SALLY GREEN | XL | 01601-5959 | $4,75 | 122 | 579,50 |
| 204122 | SALLY GREEN | XXL | 01601-5960 | $4,75 | 61 | 289,75 |
| 204122 | EBONY | S | 01601-5936 | $4,75 | 122 | 579,50 |
| 204122 | EBONY | M | 01601-5937 | $4,75 | 244 | 1.159,00 |
| 204122 | EBONY | L | 01601-5938 | $4,75 | 244 | 1.159,00 |
| 204122 | EBONY | XL | 01601-5939 | $4,75 | 122 | 579,50 |
| 204122 | EBONY | XXL | 01601-5940 | $4,75 | 61 | 289,75 |
| 204122 | NIGHT BURGUNDY | S | 01601-5951 | $4,75 | 122 | 579,50 |
| 204122 | NIGHT BURGUNDY | M | 01601-5952 | $4,75 | 183 | 869,25 |
| 204122 | NIGHT BURGUNDY | L | 01601-5953 | $4,75 | 183 | 869,25 |
| 204122 | NIGHT BURGUNDY | XL | 01601-5954 | $4,75 | 122 | 579,50 |
| 204122 | NIGHT BURGUNDY | XXL | 01601-5955 | $4,75 | 61 | 289,75 |
| | | | | | | |
| TTL: | | | | | 4.331 | 20.572,25 |

LESS LATE SHIPMENT        4.085,06
TOTAL AMOUNT

204122

** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 610 | 1.220 | 1.342 | 732 | 427 | 4.331PCS |
| | N.N.WT/PC | 0,165163934 | 0,165163934 | 0,165163934 | 0,165163934 | 0,165163934 | |
| | TOTAL WT | 100,75 | 201,50 | 221,65 | 120,90 | 70,52 | 725,41 |

Signed by NART QUNASH

D 01301

# PACKING LIST

TARGET STORES
PO # : 3428239
DPC-ITEM 01801
STYLE# ASSORTMENT

CASE PACK:1
MADE IN JORDAN
CARTON NO:1-183
CARTON DIMENSION: CM
H=15 CM W=48 CM L= 78 CM

| CARTON NR | | DPC ITEM NO | STYLE NO | COLOR | SIZE | | | | | | | PCS | TOTAL PCS | TOTAL BOX | NNW KGS | NW KGS | GW KGS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | S | M | L | XL | XXL | | | | | KGS | KGS | KGS |
| 1 | 61 | 018010425 | 204122 | TRUE WHITE | 2 | 4 | 5 | 3 | 2 | 24 | 1.464 | 61 | 241,80 | 303,17 | 363,56 |
| | | | | LASTING TEAL | 1 | 2 | 3 | 1 | 1 | | | | | | |
| 62 | 122 | 018010451 | 204122 | BROWN SUEDE | 2 | 4 | 4 | 2 | 1 | 23 | 1.403 | 61 | 241,80 | 303.17 | 363,56 |
| | | | | SALLY GREEN | 1 | 3 | 3 | 2 | 1 | | | | | | |
| 123 | 183 | 018010452 | 204122 | EBONY | 2 | 4 | 4 | 2 | 1 | 24 | 1.464 | 61 | 241,80 | 303,17 | 363,56 |
| | | | | NIGHT BURGUNDY | 2 | 3 | 3 | 2 | 1 | | | | | | |
| | | | | | | | | | | | 4.331 | 183 | 725,41 | 909,51 | 1.090,68 |
| | | | | | | | | | | | PCS | CRT | | | |

| STYLE NO | COLOR | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| 204122 | BUFF WHITE | 122 | 244 | 305 | 183 | 122 | 976 |
| | EBONY | 61 | 122 | 183 | 61 | 61 | 488 |
| | ROASTED ALMOND | 122 | 244 | 244 | 122 | 61 | 793 |
| | LUMBROOK MAUVE | 61 | 183 | 183 | 122 | 61 | 610 |
| | BROWN SUEDE | 122 | 244 | 244 | 122 | 61 | 793 |
| | MARSH GREEN | 122 | 183 | 183 | 122 | 61 | 671 |
| TOTAL | | 610 | 1.220 | 1.342 | 732 | 427 | 4.331 |

TOTAL PACKAGES :        183        CARTON ONLY
TOTAL QUANTITY:         4.331      PCS ONLY
TOTAL NET WEIGHT :      725,41     KG
TOTAL NET WEIGHT:       909,51     KG
TOTAL GROSS WEIGHT:     1.090,68   KG
MEASUREMENT :           H= 15 CM W= 48 CM L= 78 CM

D 01302

## MULTIBLE COUNTRY DECLARATION

ARSLAN FAMILY (NAME) DECLARE THAT THE ARTICLES DESCRIBED BELOW AND COVERED BY THE INVOICE OR ENTRY TO WHICH THIS DECLARATION RELATES WERE EXPORTED FROM COUNTRY IDENTIFIED BELOW ON THE DATES LISTED AND WERE SUBJECTED TO ASSEMBLING MANUFACTURING OR PROCESSING OPERATIONS IN AND/OR INCORPORATE MATERIALS ORIGINATING IN THE BEIGH TERITORY OR COUNTRY * OR COUNTRIES * OR THE U.S.OR AN INSULAR POSSESSION OF THE U.S.INDENTIFIED BELOW .I DECLARE THAT THE INFORMATION SET FORTH IN THIS DECLARATION IS CORRECT I TRUE TO THE BEST OF MY INFORMATION KNOWLEDGE , AND BELIEF.

A————— TURKIYE ————— (COUNTRY)    C————————————— (COUNTRY)

B————— JORDAN————— (COUNTRY)    D————————————— (COUNTRY)

| MARKS OF IDENTIFICATION, NUMBERS | DESCRIPTION OF ARTICLE & QUANTITY | DESCRIPTION OF MANUFACTURING AND/OR PROCESSING | DATE& COUNTRY OF MANUFACTURE AND/OR PROCESSING | | DESCRIPTION OF MATERIAL | MATERIALS COUNTRY OF PRODUCTION | DATE OF EXPORTATION |
|---|---|---|---|---|---|---|---|
| | | | COUNTRY | DATE OF EXPORTATION | | | |
| AS PER OUR INV.NO 00401242006 | 4351 PCS | | | | 94%NYLON 6%LYCRA | | |
| 4351 PCS | LADIES 94%NYLON 6%LYCRA SEAMLESS SLEEVELESS ROUCHED TOP | | | | | | |
| | | SEWING | B | 2.9.2006 | KNITTED | A | 2.9.2006 |
| | | PACKING | B | | HANGTANG | A | |
| P.O.NO : 3428239 | | | | | HEAT SEAL LABELS | A | |
| MODEL 204122 | | | | | | | |

DATE: 2.9.2006

NAME NART QUNASH

SIGNATURE

TITLE: SHIPPING MANAGER

COMPANY ATATEKS FOREIGN TRADE

ADRESS. INDUSTRIAL BUILDING V, ATZ-AMAQUST INDUSTRIAL CITY O.IZ, PO BOX 42, AMMAN 11593 JORDAN

1) THE DECLARATION FOR TEXTILES AND TEXTILE PRODUCTS SUBJECTED TO MANUFACTURE OR PROCESSING OPERATIONS IN AND/OR INCORPORATING MATERIALS ORIGINATING IN MORE THAN ONE FOREIGN TERRITORY OR COUNTRY OR INSULAR POSSESSION THE ABOVE FORM IS REQIRED.

2)COUNTRY WHEN USED IN THIS DECLARATION INCLUDES TERRITORIES AND INSULAR POSSESSION THE UNITED STATES. THE COUNTRY WILL BE IDENTIFIED IN THE ABOVE DECLARATION BY THE ALPHABETIC DESIGNATION APPEARING NEXT TO THE NAMED COUNTRY.

3)WE HEREBY CERTIFY THAT DECLARATION WAS PREPARED IN ACCORDANCE WITH UNITED STATES CUSTOMS REGULATIONS.

D 01303

## BENEFICIARY'S STATEMENT

L/C NO            : 8052284        DATE :
STYLE NO          : 204122
STORE PO NO       : 3426239
VENDERS PO NO     : 34222
Q'TY .            : 4331
AMOUNT            : 16.487,19
INVOICE NO          00A0121/2006

### WE HERE BY CERTIFY THAT:

1)    THE WAS NO CHILD LABOR USED IN ANY STAGE OF THE
      MANUFACTURING OR PRODUCTION PROCESS OF ANY OF THE
      GOODS COVERED UNDER THIS SHIPMENT OF TARGET STORES
      PURCHASE ORDER/S

2)    THE MERCHANDISE DESCRIBED HERE IN WAS NOT PRODUCED
      WITH ANY CONVICT AND/OR FORCED LABOR, AND/OR
      INTENTURED LABOR UNDER PENAL SANCTIONS, IN WHOLE OR
      IN PART, IN ANY STAGE OF THE PRODUCTION OR
      MANUFACTURE OR THE MERCHANDISE OR ANY MATERIAL OF
      COMPONENT THEREOF

D 01304

SUPPLEMENTAL TEXTILE DECLARATION

ATATEKS FOREIGN TRADE LTD _____ declare that the following information set forth

in this declaration is correct and true to the vest of my information , knowledge and belief for the

goods shipped under to following Purchase Order No          3426239        Company TARGET Department No

01601

| Description of article provited for production process | Complete Name and Address of the supplier of the article | Country of origin of the Article |
|---|---|---|
| 204122 LADIES %94 NYLON 6% LYCRA SEAMLESS SLEEVELESS ROUCHED TOP | ATATEKS FOREIGN TRADE LTD INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN | JORDAN |

Date    :  2.9.2006

Name   :  NART QUNASH

Signature :

Title    :  SHIPPING MANAGER

please attach all invoices , packing lists and the shipping documents that evidence the shipment
of the articles from the supplier to the producer.

D 01305

EXPORTER STATEMENT
NON SHIPMENT OF SOLID WOOD PACKING MATERIALS


THIS IS TO CERTIFY THAT THE CONTAINER(S)OF (NAMED COMMODITY) DO NOT
USE ANY SOLID WOOD PACKING MATERIALS (SWPM) INCLUDING, BUT NOT
LIMITED TO , PALLETS ,BRACING, BLOCKING, CRATING,DUNNAGE,PACKING BLOCKS ,
DRUMS,CASES OR SKIDS.THE (NAMED COMMODITY) IS PACKED IN (DESCRIPTION
OF HOW EXPORTED COMMODITY IS PACKED) TO PREVENT DAMAGE WHILE BEING
SHPPED TO (NAMED CONSIGNE) AT THE FINAL .

CONTAINER(S) :      .


COMMODITY   :        204122 LADIES 94% NYLON 6%LYCRA SEAMLESS SLEEVELESS ROUCHED TOP


CONSIGNEE   :        TARGET STORES

L/C NO , IF APPLICABLE :          8052284

P.O NO ($):               3426239

SIGNED BY : NART QUNASH        TITLE:       SHIPPING MANAGER


          NART QUNASH. SHIPPING MANAGER
                    print name and title

DATE :          2.9.2006

EXPORTING COMPANY NAME :       ATATEKS FOREIGN TRADE LTD

ADDRESS: INDUSTRIAL BUILDING V. ALTAJAMOUAT INDUSTRIAL CITY
          Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN

01306

07/09 2006 16:25 FAX 02122922011          BASUL TEKSTIL                                      ☑009

**QUATA CHARGE STATEMENT**

DATE          2.9.2006
STYLE NO:     204122
P.O NO    :   3426239
VENDER'S PO   34222
INVOICE NO;   00A0121/2006

        WE ATATEKS FOREIGN TRADE LTD. OF THE GOODS CEVERED BY INVOICE NO:          00A0121/2006
STATE THAT TO THE BEST OF MY KNOWLEDGE AND BELIEF, THE AMOUNT PAID TO OBTAIN EXPORT
QUATA IS INCLUDED IN THE INVOICE UNIT PRICE OF THE GOODS.
THE IMPORTER WILL NOT PAY ANY ADDITIONAL CHARGES FOR THE GOODS OTHER THAN
THOSE CHARGES ON THIS INVOICE

SIGNATURE:
DATE :    2.9.2006
TITLE     SHIPPING MANAGER
ADDRESS   ATATEKS FOREIGN TRADE LTD
          INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
          Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN

D 01307

07/09 2008 16:25 FAX 02122922011          BASUL TEKSTIL                    ☒010

**BANK OF AMERICA**
**9-F DEVON HOUSE**
**979 KING'S ROAD**
**QUARRY BAY HONG KONG**


**D R A F T**

PLEASE FAX AGAINST THIS DRAFT 60 DAYS AFTER SIGHT INVOICE VALUE TO THE ORDER
OF KOÇBANK MERTER BRANCH / ISTANBUL FOR AMOUNT          16.487,19  USD
(SAY  TWENTY THOUSAND FIVE HUNDRED SEVENTY TWO US DOLARS AND 25%)
DRAWN UNDER L/C NO.        8052284


DATE
AMOUNT          16.487,19
STYLE NO        204122

STORE PO        3426239
MANUFACTURE :        **ATATEKS FOREIGN TRADE LTD**


𝓓 01308

## Wearing Apparel Detail Sheet

Instructions:Complete Section A all garments.Answer the remaining sections for the item (s)
that is/are being imported.Example:Section B is for shirts , sweaters , etc.

A.   Identify
1.   Name of garment          seamless sleeveless rouched top
2.   Imports style/lot no:     204122
Contract/order no.            3426239
3.   Identify gender of wearer:
     Men's
     Women's
     Boy's : Must be in the following size ranges:
     2T-6T-4-7,8-20
     Girls:Must be in size range:S-M-L-XL
     0-24 monts.Body height must not exceed 86cm.
4.   List /identify sizes      S-M-L-XL-XXL
5.   Identify fiber content / materials in generic terms in percentage by weight.
     94%NYLON 6%LYCRA

For garments that are composed of textile and non-textile (example leather and fabric)
    or knit and woven , please identify the following:
Identify # of component by wgt _____
Identify # of component by value _____
Identify # of component by surface area _____
6.   Identify construction:
a.knit ———   b.woven ———
7.   Does the garments (s) have any of the following features:
                          yes       no       identify
                           s                  location
B.   Shirt/Blouses,pullovers,tank tops,top sweatshirts,sweaters,t-shirts.
     Does garments have pockets below the waist?
     yes   no ——yes
2.   Does garment have a neck opening?
     yes   no ——yes
     a) if yes , describe type:
     Full   Partial————full
     None ———————
     b)   if full / partial opening, does garment
     Button left over right ———————
     Button left over left ———————
     Describe location of neck opening :
     Front ——————— Back ———————
     Side——————————
     Method of fastening
     Button ——————— zipper ———————
     Tie - Other/describe———————
3.   What type of bottom:
     Rib- Hemmed———————hemmed
     Drawstring——————— Other/describe———————
4.   What type of sleeves :
     Long ———long ———— Short———————
     Straps ——————— Give widthof strap———————
5.   What type of cuffs on sleeves:
     Hemmed ——————— Ribbed———————
     Other/describe———————
6.   if garment is a top:
     a) Does top meet the waist?yes— no ——
     b) Give lenght of top in inches ———27 "———————
7.   if garment is a t-shirt :
     a)is garment underwear ? Yes ——————— no ———
     b)is garment white ? Yes ——————— no ———
8.   if garment is a sweatshirt :
     Napped ? Yes ——————— no ———
9.   On all knit garments in section B, please give the number of stitchesper cm.
     Vertical——————— per cm horizontal——10-12——per cm on all
     woven garments in section B , please complete the following:
     Does garment  contain tow or more colors in warp or filling?
     yes——————— no———

1.   Is garment suit type?
yes_No———
2.Give length of garment ——————— in,
3.Give number of panels ——one———
4.Please fill in the following information for water resistant garments:
     a)Describe applications
     Rubber ——————— Plastic———————
     b)Where is application applied?
     Outher shell———————
     Lining———————
     Interlining———————
     c)Does the garment pass the ASTM 3600-81 and d3781-89
     ( under a head pressure of 600 mm , not more than 1.0gm of
     water penetrates after 2 minutes ) tested in accordance with

     aatc test method 35-1985,
     yes—————————
5.   If item is down apparel please complete the following:
     a)What is the total weight of the garment?———————
     b)Where is application applied?———————
     c)What is the total weight of the down?———————
D. Scarves, Shawls
     1.Please give dimensions
     ———————inches by———————inches
E. Men's and Boys swimwear
1.   Does garment have ?
     a)Liner yes ——————— no———
     b)if yes , full ——————— partial———
2.   Describe waistband:
     Elasticized———————
     functional drawstring———————
     other/describe———————
F. Dresses , night dress , night shirt and pajamas
     Does garment have two or more colors in the warp and the filling?
     yes——————— no———
G. Coated , impregnated apparel
1.   What is garment coated with?
     Rubber chemical name———————
     Plastic chemical name———————
2.   List depth of coating in millimeters:———————
3.   describe area of garment that is coated?
     Other shell———————
     Lining———————
     Interlining———————
     others/describe———————
H. Rib or brace overalls /Coveralls
1.   if garment has a bib rise , give the height (inches)of the rise above the
     natural waistline———————inches
2.   if garment is water resistant , fill out the following:
     a)What is the type of application?
     a)Rubber ——————— plastic———————
     c)Does the garment pass ASTM D36000-81 and 43781-79 undertest
     method AATC-35-1985(noted in chapter 62 notes of the harmonized tariff)?
     yes——————— no———
     c.describe area of garment that is coated :
     Outher shell———————
     interlining———————
     Lining———————

𝒟 01309



# ATATEKS Foreign Trade Ltd
## JORDAN

ATATEKS FOREIGN TRADE LTD.

| | | | |
|---|---|---|---|
| REF # | | PAGE | 1—1 |
| TO | PRIVATE LABEL | DATE | 10.9.2006 |
| ATTN | RICHARD CASTILLO | FROM | GİZEM BASUL |
| C.C | FRANK CROW | SEC | PRIVATE LABEL |

### SHIPMENT INFORMATION

L/C NO        :    CAD

INVOICE NO :        00A0129/2006

STYLE NO   :         204122

DESCRIPTION:       LADIES 94% NYLON 6%LYCRA SEAMLESS SLEEVELESS ROUCHED TOP

UNIT PRICE        US $ 4,75 / PC FOB JORDAN FOR SOLID

DC PO NO          3056130

VENDER'S PO       34221

QUANTITY          672 PCS
                           PCS

TOTAL QUANTITY    672 PCS

TTL AMOUNT  US $    3,192.00         FOR SOLID
                            0.00         FOR HEATHER

TTL AMOUNT  US $    3,192.00

B/L NO

BOAT NAME & SCHEDULE :

| BOAT NAME | ETD | ETA |
|---|---|---|
| Maersk Nebraska 0614 | 14.9.2006 | 4.10.2006 |

FACTORY      ATATEKS FOREIGN TRADE LTD

PORT OF ENTRY
DATE OF DELIVERY TO ...:

** ENCLOSED PLS FIND SHPG DOCS.

BEST REGARDS

D 01310

Tel: (+962) 6 402 5151        Fax: (+962) 6 402 5149        P.O.Box: 42 Altajamouat  11636  Jordan



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of Invoice | | |
|---|---|---|---|
| ATATEKS FOREIGN TRADE LTD. | 00A0140/2006 | & | 25.9.2006 |
| INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY | (9) No. & date of L/C | | |
| Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN | 8050028 | & | 14-Jun-06 |
| TEL: +962    6402 5151    FAX: + 6402 5149 | (10) L/C issuing bank | | |

**(2) For Account & Risk of Messrs**
TARGET STORES, IMPORT OPERATIONS
DIVISION OF TARGET CORPORATION, PO BOX 1392
MINNEAPOLIS, MN 55440

**(10) L/C issuing bank**
BANK OF AMERICA

**(3) Notify per y**

**(11) Remarks**

* CONSIGNED TO : TARGET STORES, DIVISION OF TARGET CORPORATION
         IMPORT DEPARTMENT, TPS-0895, 1000 NICOLLET MALL,
         MINNEAPOLIS, MN. 55403
* MAKER:  ATATEKS FOREIGN TRADE LTD.
         INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
         Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN

* MID CODE:  TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN

| (4) Port of loading | (5) Final destination |
|---|---|
| HAIFA | NEW PORT NEWS |

* FREIGHT COLLECT
* FOB ISRAEL

| (6) Carrier | (7) Sailing on or about |
|---|---|
| MAERSK IL | Sep. 28, 2006 |

* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH
  U.S. CUSTOMS REGULATIONS.

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|
| | | | | FOB |

WOMEN'S APPAREL
LADIES 94% NYLON 6%LYCRA SEAMLESS SLEEVELESS ROUCHED TOP

FRONT & BACK & SIDE
TARGET STORES            204122
PO NO. :     6419090
DPC-ITEM NO. : 016-01
STYLE NO. :     204122
COLOR :
SIZE : S/M/L/XL/XXL
CASE PACK : 12PCS
MADE IN JORDAN

| STYLE NO. | STORE PO NO. | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 204122 | 6419090 | " | 12,864PCS | $4.75 | US$61,104.00 |
| TOTAL | | | 12,864PCS | | US$61,104.00 |

CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
NUMBER OF BOXES:        1072

* FABRIC/YARN      % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO. :      016

FRONT & BACK & SIDE
TARGET STORES
PO NO. :     6419090
DPC-ITEM NO. : 016-01
STYLE NO. :     204122
COLOR :
SIZE : S-M-L-XL-XXL
CASE PACK : 12PCS
MADE IN JORDAN

* MANUFACTURER    :
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
Q.I.Z. PO BOX 42, AMMAN 11636 JORDAN

CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM

hanger no: CPT-17

| * TOTAL NET NET WEIGHT | : | 1,929.60 | KGS |
|---|---|---|---|
| TOTAL NET WEIGHT | | 2,058.24 | KGS |
| TOTAL GROSS WEIGHT | : | 3,216.00 | KGS |
| CARTON DIMENSIONS | : | 75*45*10 | |

01311

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
12864 PCS HANGER STYLE CPT-17 AT US$0,073        $939.07

**Tel: (+962) 6 402 5151        Fax: (+962) 6 402 5149        P.O.Box: 42 Altajamouat 11636 Jordan**

**Mabel Kwan**

| | |
|---|---|
| **From:** | Nilda Corchado [nilda@prvtlabel.com] |
| **Sent:** | Monday, October 02, 2006 5:27 PM |
| **To:** | 'Heather.Basore'; 'Tricia.Naden' |
| **Cc:** | david@prvtlabel.com; 'Kelly.Connelly'; 'Gretchen.VanDyke'; 'Mabel Kwan' |
| **Subject:** | RE: Meeting Follow Up |

Hi Heather,

Confirmed your email is totally correct.

Thanks and best regards,
Nilda

---

**From:** Heather.Basore [mailto:Heather.Basore@target.com]
**Sent:** Monday, October 02, 2006 5:02 PM
**To:** Nilda Corchado; Tricia.Naden
**Cc:** david@prvtlabel.com; Kelly.Connelly; Gretchen.VanDyke; Christine@Prvtlabel.com; Mabel Kwan
**Subject:** RE: Meeting Follow Up

Hi Nilda

Thanks for working with us to get us the most up to date balance sheets by EOD tomorrow to reflect the cancellation of the 9/1 program.  Would you also be able to send us the balance sheet for the 11/1 program as well so we can see by item how much we have to take in.  This helps us to determine our markdowns.

I understand that you are working very hard with your warehouse to accommodate the 75k cancellation.  The 26000 of replenishment that I will be writing the PO for this week will be of all the core colors, so this will probably be taken out of the 9/1 program units that are left. If I need to write any quantities from the 145 pieces that are available 10/11 I can ship them with a 10/13-16 ship date.

Please confirm that all is correct.

Thanks

Heather

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Monday, October 02, 2006 3:20 PM
**To:** Heather.Basore; Tricia.Naden
**Cc:** david@prvtlabel.com; Kelly.Connelly; Gretchen.VanDyke; Christine@Prvtlabel.com; 'Mabel Kwan'
**Subject:** RE: Meeting Follow Up

Hi Heather,

1. cancellation 75k i/o 70k -  noted and we are working with our warehouse in NY for a physical inventory so if you would allow us to make this adjustment to the balance sheets tomorrow.  We can then update the total balance pending of the 9/1 program and send you the balance sheet.

2. 11/1 program - the inventory of the x-whse units of the 145,560 pcs  will physically be in our warehouse by 10/11 for you to pull from.

7/26/2007

𝒟 00310

However, what we are trying to strategically maneuver in our warehouse is the the handling of the physical inventories. With all the cancellation the warehouse needs to strategically place units that you will be pulling from in accessible parts of the warehouse. Thus moving canceled units from 9/1 program to storage area.
   So, in order for the warehouse to function properly we need to do this so that the warehouse can function properly. We utilize a public warehouse and we are not the only company working in this warehouse so we are just trying to meet all your needs and work with the warehouse to have things run smoothly for our business. I am sure that you can understand that we are being flexible in the cancellation of the 75k from the 9/1 program and that we are just trying to accommodate the inventory reflow in the warehouse. We would like to see if we could potentially allow the factory this week to reorganize the reflow the product in the warehouse and we could ship the first replenishment order 10/13 - 10/16 for your 26,000 pcs (or any other qty that you may want to write from the 145560 pcs).

Please call me if you have any questions.

Thanks and best regards,
Nilda

---

**From:** Heather.Basore [mailto:Heather.Basore@target.com]
**Sent:** Monday, October 02, 2006 11:21 AM
**To:** Nilda Corchado; Tricia.Naden
**Cc:** david@prvtlabel.com; Kelly.Connelly; Gretchen.VanDyke
**Subject:** RE: Meeting Follow Up

Hi Nilda

1. Thanks for sending the balance sheet with the updated cancellation of the 70k units. However, we would still like to cancel out of the additional 5k units as was discussed in the meeting. This will help us lighten our inventory of this body to make room for the new body that will set in Jan. We would like to take the additional 5k units out of the Deep Pewter as it is not carrying forward into the Nov wk 1 set and it has been underselling its PL.

On the balance sheet can you update it to include a column at the right that has all the to be written quantities per item including all the inventory that is available 10/11. We need to know per item all that is still left to write to help us figure in our markdown. If you could send us the balance sheet reflecting all of the above as soon as it is updated that would be great.

2. In my email a few weeks back to Mabel I just wanted the confirmation that all the inventory would be available per the commit because we were bringing in the ad and a set both in Nov wk 1. For the November wk 1 set and ad I will be bringing in the color set which is 55508 units and imported. I will also be bringing in 26k of the replenishment, which would include the carry forward colors. We also need this inventory to be available per the commit as we are likely moving up the markdowns, which would mean I might ordering larger quantities. Can you confirm that all of the inventory that is left to write will be available by 10/11 which is stated in the commit? If there is an issue with this please let me know.

Thank you so much for your partnership on this matter. We are really excited about having a new rack on the floor starting Jan wk 2 and want to start out fresh.

Thanks

Heather

---

**From:** Nilda Corchado [mailto:nilda@prvtlabel.com]
**Sent:** Friday, September 29, 2006 5:15 PM

7/26/2007

00311

From: Christine Dente [mailto:christine@prvtlabel.com]
Sent: Friday, September 22, 2006 8:39 AM
To: Imer Basul
Cc: nilda@prvtlabel.com
Subject: Re: Atateks. Monies

Hi Imer! I never heard from u yesterday. How did u make out w Atateks? Target is asking to cxl 100.0 pcs. Of racer back due to late deliveries. I knew this would happen! Please let me know if the boat shipments from Jordan left and status of the air shipments from Atateks. We can not afford to be stuck with goods in the warehouse! It will kill us! I rcvd all ur emails yesterday re monies spent while in Turkey and I will take care of all! Call me later when u can talk. Thanks!

Christine
Sent via BlackBerry from Cingular Wireless

2

00308

**Shanny Centeno**

| | |
|---|---|
| **From:** | Nilda Corchado [nilda@prvtlabel.com] |
| **Sent:** | Thursday, September 28, 2006 12:43 PM |
| **To:** | 'Imer Basul' |
| **Cc:** | christine@prvtlabel.com; 'Shanny Centeno'; 'Mabel Kwan' |
| **Subject:** | RE: Atateks cancellation of racer back units |

Hello imer,

Pls note that after our meeting with target with department 18 in reference to PS pid 135609... based on Christine's trying her best to convince target for a discount they did not agree to a discount for the units.  All of our late shipping of the units, the fact that they did not have the units in their stores on time for the ad which affected sales dramatically they need to cancel units.  Christine has convinced them to only cancel 75,000 pcs instead of 100,000 pcs but this is the best that we could do.

Therefore, we are considering the following units canceled...
Po #34204  34980 pcs
Po # 34203  33912 pcs
Po # 34202  1512 pcs
And an additional 4596 from our existing whse inventory canceled....

Please work with atateks do they want us to return the boat shipments to them?  Or, do they want us to sell off the units on consignment for them as we will not be making payment on these units. In addition, christine had already discussed with you that we would not be taking a loss on these units so pls confirm you and they are clear on this.

Thanks and b regds
Nilda

——Original Message——

1

D 00307

*Raar Bk*
*cancelfn.*

**To:** Tricia.Naden
**Cc:** Heather.Basore; david@prvtlabel.com
**Subject:** RE: Meeting Follow Up

Hi Tricia,

Hope all is well.

1. seamless recap - canceled units... -  note that attached is the balance sheet for heather with the canceled units broken down in the column. After sorting everything we would like to do 70.0 only if possible.  Pls let me know if not then, of course, we can take out an additional 5000 pcs if necessary.

2. 10/11 pulling from the new program;  originally heather advised that she wanted to make sure that all 145,000 pcs for this program be available for 10/11 since you potentially had an ad to prepare for.  Can you reconfirm how much of this breakout do you potentially plan on pulling? This is just so that we can make sure that we allocate the units in our warehouse correctly  with the canceled units vs. new color update units accordingly  as it will take some strategic maneuvering and currently the warehouse will be shipping out units while trying to allocate inventories.

3. pullover development;   noted all your comments and we are currently working on the options and we will send you sketches by Monday of what we have put into work for you prior to the samples coming in.

4. loop terry -  we are working on these counters for you and will keep you posted.

5. yoga forward – fully noted.

Thanks for the pictures   SOOO HELPFUL!

Best regards,
Nilda

---

**From:** Tricia.Naden [mailto:Tricia.Naden@target.com]
**Sent:** Thursday, September 28, 2006 3:28 PM
**To:** Nilda Corchado; cmulso@alexandrahouse.org
**Cc:** Heather.Basore
**Subject:** Meeting Follow Up

Hi Christine and Nilda,

I just wanted to send a quick recap of our meeting and follow up steps:
- Seamless - Cancellation of 75.0 units. Nilda please send Heather and I the breakdown of what units we can cancel so we can plan our MD's. If we could get the information asap that would be great as we are in the middle of this months forecast planning.

- January - We will work on a pullover to merchandise with a half rack of seamless. I've pasted a couple of pictures for inspiration below. The first one is Lucy and the second is Free People. As we talked about I would do a solids (no screens) for yoga. I know you are rushing a sample, costing, delivery etc. Once I have all the information we will want to figure out how to re-assort the 1.1 seamless with the new style. I do think this is a great option until we get to the warmer months and should mean more sales for everyone!

- Loop Terry - You'll work on the loop terry group for a potential 3.1 delivery. I would probably buy 3 silhouettes: 1) Crop  2) Hoodie  3) Novelty Piece - either a bandeau, dress, skirt - whatever you suggest.

- Yoga Going forward - Going forward we will focus on lifestyle separates / sportswear w/ an active influence.

Thank you,

7/26/2007

D 00312