122



114 THU -5667 6233        FORWARDING WAYBILL        N16-05582623

Shipper's Name and Address
Shipper's Account Number        12218

**Air Waybill**
Not Negotiable
Issued by          NEWLOG LTD.
AS AIR CARGO CONSOLIDATOR
AND FORWARDING AGENTS ONLY

ATATEKS FOREGIN TRADE.LTD
INDUSTRIAL BUILDING V,
ALTAJANOUAT INDUSTRIAL CITY,Q.I.Z.
PARRY 42 AMMAN 11636 JORDAN
TEL 962 65025151 FAX 962 6402 5193

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

Consignee's Name and Address        Consignee's Account Number
PRIVATE LABEL
597 BROADWAY 2ND FLOOR,NEW YORK
NY 10012 USA TEL 1212 329 0800
ATT HILDA/NABEL

Issuing Carrier's Agent Name and City

NEWLOG LTD

Accounting Information
701112-3113273

Agent's IATA Code        Account No.
1 YORFAT ST., LOD 71291, ISRAEL
37 4 7004        7006

Airport of Departure (Addr. of First Carrier) and Requested Routing
TEL AVIV

Reference Number        Optional Shipping Information

To    By First Carrier    Routing and Destination    To    By    To    By    Currency    CHGS Code    WT/VAL    Other    Declared Value for Carriage    Declared Value for Customs
JFK EL AL ISRAEL AIR                    USA        NVD        NVD

Airport of Destination        Requested Flight/Date        Amount of Insurance
NEW YORK J. F. K.                        NVD

Handling Information

SCI

For USA see only These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to USA law prohibited.

| No.of Pieces RCP | Gross Weight | | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods incl. Dimensions or Volume |
|---|---|---|---|---|---|---|---|
| 3696 | 11966.0 | | N | 20513.06 | AS AGREED | AS AGREED | WOMEN'S APPAREL 94% NYLON 6% LYCRA |
| | DIN-CNS. 999/74*45*10 | | | 999/74*45*10 | 999/74*45*10 | | |
| | 999/74*45*10 | | | | | | |

| 3696 | 11966.0 | | | | | AS AGREE | VOLUME=20512.800 CUB.MT=123.077 |

Prepaid    Weight Charge    Collect    Other Charges
AS AGREED
Valuation Charge

Tax

Total Other Charges Due Agent

Total Other Charges Due Carrier

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

NEWLOG LTD
Signature of Shipper or his Agent

Total Prepaid    Total Collect
NEWLOG LTD
AS AGENT OF EL AL ISRAEL AIR(AS CARRIER)

Currency Conversion Rates    CC Charges in Dest. Currency
12 SEP 06  B.G.AIRPORT    NEWLOG LTD
Executed on (date)        at (place)        Signature of Issuing Carrier or its Agent

For Carrier's Use only at Destination    Charges at Destination    Total Collect Charges

AT-0001

136



072-5703 0422

072 AMM 5703 0422

Shippers Name and Address
ATAFEX FOREIGN TRADE LTD.
INDUSTRIAL BUILDING Y,ALTAJAMOUAT
INDUSTRIAL CITY.
QIZ,P.O.BOX:42, AMMAN 11636 JORDAN
TEL: 0096264025151 FAX: 06 4025149

Shippers Account Number

Air Waybill
issued by GULF AIR
PO Box 138, Bahrain
Member of IATA

GULF AIR

Consignee's Name and Address
PRIVATE LABEL
597 BROADWAY 2ND FLOOR,NEW YORK,
NY 10012.USA
TEL:001 212 329 0800
CONTACT:HILDA/MABEL

FREIGHT PREPAID..PP

CREW FREIGHT SERVICES CO

Agent's IATA Code        Account No.
4040050

NOTIFY PARTY:
STILE WAREHOUSE
120 65 168TH STREET JAMICA,N.Y
11434.USA

Airport of Departure (Addr. of First Carrier) and Requested Routing
Q.A.T.A  AMM/BAH/LHR/JFK

LHR GF JFK AA        JOD  PPP    NVD        NYC

BAH  GF

NEW YORK.    GF 972    23.SEP

DOCS ATTD.

| No. of Pieces RCP | Gross Weight | Rate Class Commodity Item No. | Chargeable Weight | Rate/ Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|
| 822 | | | 4624.K | 2.065 | 9548.56 | WOMENS APPAREL LADIES 894 NYLON 6% LYCRA DIM:(75X45X10)CM |
| | | | | | 9548.56 | |

822

9548.56        Other Charges
AND FEES:6.00
FUEL,SOT:0.245/K

Total Other Charges Due Agent

6.00

CREW FREIGHT SERVICES CO
21.SEP.2006/AMMAN

072-5703 0422

Original 3 - (For Shipper)

AT-0002

183 A+B

NOT NEGOTIABLE
**AIR WAYBILL**
AIR CONSIGNMENT NOTE

0176 JOR 36987580

AEGN-G01218/001
HAWB NO. : RFS/IO/734

**Shipper's Name and Address**

ATATEKS FOREIGN TRADE LTD
AMMAN - SAHAB - JORDAN
AL-TAJAMOUAT IND. ESTATE
Tel:0096264025151
Fax:0096264025149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 1Q012
Tel:12123290800

**Reliance Freight Systems (L.L.C.)**
(INTERNATIONAL FREIGHT FORWARDERS)

HEAD OFFICE - Tel. : (9714) 393 8118, Fax : (9714) 393 8385
AIRPORT OFFICE - Tel. : (9714) 282 0012, Fax : (9714) 282 9414
P.O. Box 32049 Dubai -U.A.E., E-mail : reliance@emirates.net.ae
www.reliancefreight.co.ae

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in good order and condition (except as noted) for the carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE THEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICES CONCERNING CARRIER'S LIMITATION OF LIABILITY.

**Issuing Carrier's Agent Name and City**
RELIANCE FREIGHT SYSTEMS LLC

**Agent's IATA Code** | **Account No.**

**Airport of Departure (Addr. of first Carrier) and requested Routing**
AMMAN

| to | By first Carrier | Routing and Destination | to | by | to | by |
|----|------------------|-------------------------|----|----|----|----|
| NYC | EMIRATES CARGO | | | | | |

**Airport of Destination**
NEWYORK

**Flight Date**

**Accounting Information**

FREIGHT COLLECT

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

| Currency | CHGS Code | CHARGES Prepaid Collect | | Declared Value for Carriage | Declared Value for Customs |
|----|----|----|----|----|----|
| JOD | CC | X | X | NVD | NCV |

Amount of Insurance
XXX

INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance.

**Handling Information**

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature of Quantity of Goods (incl. Dimensions or Volume) |
|----|----|----|----|----|----|----|----|
| 0 | | | 0.00 | 0.00 | | | 94%NYLON 6% SPANDEX SEAMLESS V-NECK TOP WITH LACE TRIM, 94% NYLON 6%SPANDEX SEAMLESS CAMI WITH LACE TRIM |
| 112 | 260 | | | 260 | | AS AGREED | DIM:112/47x33x9 |
| 112 | 260 | | | | | | |

| Prepaid | Weight Charge | Collect |
|----|----|----|
| | AS AGREED | 0.00 |

Valuation Charge

Tax

Total other Charges Due Agent

Total other Charges Due Carrier

| Total Prepaid | Total collect |
|----|----|
| | AS AGREED |

**Other Charges**
STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations.

RELIANCE FREIGHT SYSTEMS

Signature of Shipper or his Agent

| Currency Conversion Rates | cc charges in Dest Currency |
|----|----|
| | |

| 23Nov2006 | 00:00 | DUBAI AMMAN | FLOTILLA |
|----|----|----|----|

Executed on (Date)   at   (Place)      Signature of Issuing Carrier or its Agent

Total collect Charges

0176-36987580

AT-0003

| MAWBNO. 157-07507533 | HAWB NO.RUM7533 |
|---|---|

| Shipper's Name and Address | shipper'sAccount Number | |
|---|---|---|
| ATATEKS FOREIGN TRADE .LTD<br>AMMAN . JORDAN<br>TEL:0096264642359 | | **Air Waybill**<br>**issued by**<br>**RUM & GULF COMPANY**<br>**Amman-Jordan** |

| Consignee'sNameAddress | Consignee'sAccount Number |
|---|---|
| PRIVATE LABEL<br>597 BROADWAY 2ND FL NEW YORK,NY10012<br>TEL:0012123290800 | |

it is agreed that the goods described herein are accepted in apparent good order condition (except as noted)for carriage subject to the conditions of contract on the reverse hereof.the shipper'sattention is drawn to the notice concerning carriers limitation of liabili ty.shipper may increase such limitation of liability by declaring shigher value for carriageand paying asupplemental charge if required.

**ISSUING CARRIER'S AGENT NAME AND CITY**
RUM AND GULF CO.FOR TRANSPORT AND CLREANCE.

**ACCOUNTING INFORMATION**
**FREIGHT PREPAID..PPP**

| Agent's IATA Code | Account No. |
|---|---|
| | |

AIRPORT OF DEPARTURE ( ADDR. OF FIRST CARRIER ) AND REQUESTED ROUTING
Q.A.I.AIRPORT   AMM/DOH/LHR/JFK

| to | ByFirstCarrier | Routing and Destination | to | by | to | by | CURRENCY | CHGS CODE | WT/VAL | | OTHER | | DECLARED VALUE FOR CUSTOMS | DECLARED VALUE FOR CUSTOMS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | PP | CC | PP | CC | | |
| DOH | | QR | LHR | QR | JFK | QR | JOD | | PP | | PP | | NVD | NCV |

| AIRPORT OF DESTINATION NEW YORK | flight/date | Not carrier use only | flight/date | AMOUNT OF INSURANCE | INSURANCE: IF CARRIER OFFERS INSURANCE, AND SUCH INSURANCE IS REQUESTED IN ACCORDING WITH THE CONDITIONS THEREOF, INDICATE AMOUNT TO BE INSURED IN FIGURES IN BOX MARKED 'AMOUNT OF INSURANCE' |
|---|---|---|---|---|---|

HANDLING INFORMATION.

NOTIFY :STILE WAREHOUSE,120-65 16th STREET JAMAICA N.Y 11431.

| no.of pieces | gross weight | kg lb | Rate Class | commodity | CHARGEABLE WEIGHT | RATE CHARGE | TOTAL | NATURAL AND QUANTITY OF GOODS (INCL. DIMENSIONS OR VOLUME) |
|---|---|---|---|---|---|---|---|---|
| 278 | 3160.k | | Q | | 4257.k | AS AGREED | AS AGREED | 94% NYLON 6%LYCRA SEAMLESS<br>RACERBACK TANK TOP<br>PO#34200<br>STYLE#135609<br><br>DIM:23x47x85cm |
| 278 | 3160.k | | | | | | AS AGREED | |

| Prepaid | Weight charge | Collect | Other Charges |
|---|---|---|---|
| AS AGREED | | | |
| | Valuation Charge | | |
| | Tax | | |
| Total Other Charges Due Agent | | | |
| AS AGREED | | | |
| Total Other Charges Due Carrier | | | |

SHIPPER CERTIFIES THAT THE PARTICULARS ON THE FACE HEREOF ARE CORRECT AND THAT INSOFAR AS ANY PART OF THE CONSIGNMENT CONTAINS DANGEROUS GOODS, SUCH PART IS PROPERLY DESCRIBED BY NAME AND IS IN PROPER CONDITION FOR CARRIAGE BY AIR ACCORDING TO THE APPLICABLE DANGEROUS GOODS REGULATIONS.

RUM AND GULF COMPANY.
AMMAN/JORDAN
22.8.2006

| Tota Prepaid | Total Collect |
|---|---|
| AS AGREED | |

Currency Conversion Rates

| For Carriers Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

EXECUTED     (DATE)     AT     (Place)     SIGNATURE OF ISSUING CARRIER  OR ITS AGENT

AT-0004

0172 JOR 24319374

AEGN-G00933/001
HAWB NO. : RFS/JO/653

ATATEKS FOREIGN TRADE LTD
AMMAN - SAHAB - JORDAN
AL-TAJAMOUAT IND. ESTATE
Tel:0096264025151
Fax:0096264025149

Reliance Freight Systems (L.L.C.)
INTERNATIONAL FREIGHT FORWARDER

HEAD OFFICE - Tel : (9714) 393 8333, Fax: (9714) 393 8380
AIRPORT OFFICE - Tel : (9714) 282 0012, Fax: (9714) 282 9419
P.O. Box 32049 Dubai - U.A.E., e-mail : reliance@emirates.net.ae
www.reliancefreight.co.ae

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in good order and condition (except as noted) for the carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE THEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICES CONCERNING CARRIER'S LIMITATION OF LIABILITY.

Issuing Carrier's Agent Name and City
RELIANCE FREIGHT SYSTEMS LLC

FREIGHT PREPAID

| Agent's IATA Code | Account No |
|---|---|

Accounting Information

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

Airport of Departure (Addr of first Carrier) and requested Routing
AMMAN

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | CHARGES Prepaid | Collect | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NYC | CARGOLUX | | | | | | JOD | PP | X | X | NVD | NCV |

| Airport of Destination | | Flight Date | Amount of Insurance | INSURANCE - If shipper requests Insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance. |
|---|---|---|---|---|
| NEWYORK | | | XXX | |

Handling Information

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No | Chargeable Weight | Rate / Charge | Total | Nature of Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| Q | | | 0.00 | 0.00 | | | WOMEN'S APPAREL LADIES 94% NYLON , 6% LYCRA |
| 200 | 2250 | | | 3063 | AS AGREED | | DIM:200/85x47x23 |
| 200 | 2250 | | | | | | |

| Prepaid | Weight Charge | Collect |
|---|---|---|
| AS AGREED | 0.00 | |

| Valuation Charge |
|---|

| Tax |
|---|

| Total other Charges Due Agent |
|---|

| Total other Charges Due Carrier |
|---|

| Total Prepaid | Total collect |
|---|---|
| AS AGREED | |

| Currency Conversion Rates | cc charges in Dest Currency |
|---|---|

Other Charges

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations.

RELIANCE FREIGHT SYSTEMS

Signature of Shipper or his Agent

26Aug2006  00:00    XXXXXX    FLOTILLA
AMMAN

Signature of Issuing Carrier or its Agent

0172-24319374

**AT-0005**

0512 JOR 37911952

ORIGINAL

AEGN-G00949/001
HAWB NO. : RFS/JO/662

ATATEKS FOREIGN TRADE LTD
AMMAN - SAHAB - JORDAN
AL-TAJAMOUAT IND. ESTATE
Tel:0096264025151
Fax:0096264025149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

HEAD office : Tel : (9714) 393 8166  Fax : (9714) 393 8365
AIRPORT OFFICE : Tel : (9714) 282 0012. Fax : (9714) 282 9413
PO Box 32849 Dubai - U.A.E. E-mail : reliance@emirates.net.ae
www.reliancefreight.co.ae

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

It is agreed that the goods described herein are accepted in good order and condition (except as noted) for the carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE THEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICES CONCERNING CARRIER'S LIMITATION OF LIABILITY.

Issuing Carrier's Agent Name and City
RELIANCE FREIGHT SYSTEMS LLC

FREIGHT PREPAID

| Agent's IATA Code | Account No |
| --- | --- |

Accounting Information

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

Airport of Departure (Addr of first Carrier) and requested Routing
AMMAN

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | Chgs Code | CHARGES | | Declared Value for Carriage | Declared Value for Customs |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | Prepaid | Collect | --- | --- |
| NYC | ROYAL JORDANIAN | | | | | | JQD | PPX | | | NVD | NCV |

| Airport of Destination | | Flight Date |
| --- | --- | --- |
| NEWYORK | | |

Amount of Insurance
XXX

INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance.

Handling Information
AIR/AIR TRANSIT SHPT FROM AMM TO
NYC VIA DXB

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No | Chargeable Weight | Rate / Charge | Total | Nature of Quantity of Goods (incl. Dimensions or Volume) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Q | | 0.00 | 0.00 | | | WOMEN'S APPAREL |
| 400 | 4716 | | | 6392 | AS AGREED | | LADIES 94% NYLON , 6%LYCRA |
| | | | | | | | DIM:400/85x47x24 |
| 400 | 4716 | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
| --- | --- | --- | --- |
| AS AGREED | 0.00 | | STILE LOGISTICS |
| | Valuation Charge | | 181 SOUTH FRANKLIN AVENUE |
| | | | VALLEY STREAM NY 11581 |
| | Tax | | Tel:516 3747400 |
| | | | Fax:516 3743200 |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations |
| | Total other Charges Due Carrier | | |
| Total Prepaid | | Total collect | RELIANCE FREIGHT SYSTEMS |
| AS AGREED | | | Signature of Shipper or his Agent |
| Currency Conversion Rates | | Charges in Dest Currency | 30Aug2006   00:00   XXXXXX   FLOTILLA |
| | | | AMMAN |

Signature of Issuing Carrier or its Agent

0512-37911952

AT-0006

ORIGINAL

0512 JOR 37912000

AEGN-G00948/001
HAWB NO. : RFS/JO/661

ATATERS FOREIGN TRADE LTD
AMMAN - SAHAB - JORDAN
AL-TAJAMOUAT IND. ESTATE
Tel:0096264025151
Fax:0096264025149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

RELIANCE FREIGHT SYSTEMS LLC
INTERNATIONAL FREIGHT FORWARDERS

Dubai Office : Tel : (9714) 393 8188 , Fax : (9714) 393 8385
Airport Office : Tel : (9714) 282 0012, Fax : (9714) 282 9412
PO Box 32049 Dubai - U.A.E. E-mail : reliance@emirates.net.ae
www.reliancefreight.co.ae

Copies 1 2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in good order and condition (except as noted) for the carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE THEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICES CONCERNING CARRIER'S LIMITATION OF LIABILITY

Issuing Carrier's Agent Name and City
RELIANCE FREIGHT SYSTEMS LLC

Agent's IATA Code | Account No

Airport of Departure (Addr of first Carrier) and requested Routing
AMMAN

Accounting Information          FREIGHT PREPAID

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NYC | ROYAL JORDANIAN | | | | | | JOD | PP | Prepaid | Collect | NVD | NCV |

Airport of Destination
NEWYORK

Flight/Date

Amount of Insurance
XXX

INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance

Handling Information
AIR / AIR TARNSIT SHPT FROM AMM TO
NYC VIA DXB

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature of Quantity of Goods (incl Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| Q | | | 0.00 | 0.00 | | | WOMEN'S APPAREL LADIES 94% NYLON , 6% LYCRA |
| 227 | 1328 | | | 2016 | AS AGREED | | DIM:227/74x45x16 |
| 227 | 1328 | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS AGREED | 0.00 | | STILE LOGISTICS |

Valuation Charge

Tax

Total other Charges Due Agent

Total other Charges Due Carrier

181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations

| Total Prepaid | Total collect |
|---|---|
| AS AGREED | |

RELIANCE FREIGTH SYSTEMS

Signature of Shipper or his Agent

Currency Conversion Rates | CC charges in Dest. Currency

30Aug2006    00:00    XXXXXX        FLOTILLA

Signature of Issuing Carrier or its Agent

For Carriers Use only at Destination

0512-37912000

**AT-0007**

0176 IOR 36987510

**ORIGINAL**

AEGN-G00951/001
HAWB NO. : RFS/JO/663

ATATEKS FOREIGN TRADE LTD
AMMAN - SAHAB - JORDAN
AL-TAJAMOUAT IND. ESTATE
Tel:0096264025151
Fax:0096264025149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

RELIANCE FREIGHT SYSTEMS LLC

HEAD OFFICE
AIRPORT OFFICE
PO Box 32046 Dubai U.A.E. E-mail: reliance@emirates.net.ae
www.reliancefreight.co.ae

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in good order and condition (except as noted) for the carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE THEREOF THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICES CONCERNING CARRIER'S LIMITATION OF LIABILITY

RELIANCE FREIGHT SYSTEMS LLC

Agent's IATA Code | Account No

Accounting Information:

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400    Fax:516 3743200

Airport of Departure (Addr of first Carrier) and requested Routing
**AMMAN**

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | CHARGES Prepaid | Collect | Declared Value for Carriage | Declared Value for Customs |
|----|------------------|-------------------------|----|----|----|----|----------|-----------|---------|---------|------------------------------|------------------------------|
| NYC | EMIRATES CARGO | | | | | | JOD | P | | | NVD | NCV |

Airport of Destination
**NEWYORK**

Flight Date

Amount of Insurance
**XXX**

INSURANCE - If shipper requests Insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of Insurance

Handling Information

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature of Quantity of Goods (incl. Dimensions or Volume) |
|-------------------|--------------|-------|-------------------------------|-------------------|-------------|-------|----------------------------------------------------------|
| Q | | | 0.00 | 0.00 | | | WOMEN'S APPAREL LADIES 94% NYLON , 6% LYCRA |
| 274 | 3046 | | | 4379 | AS AGREED | | DIM:274/85x47x24 |
| 274 | 3046 | | | | | | |

| Prepaid | Weight Charge | Collect |
|---------|---------------|---------|
| AS AGREED | 0.00 | |

Valuation Charge

Tax

Total other Charges Due Agent

Total other Charges Due Carrier

| Total Prepaid | Total collect |
|---------------|---------------|
| AS AGREED | |

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations

RELIANCE FREIGHT SYSTEMS

Signature of Shipper or his Agent

Currency Conversion Rate | CC charges in Dest Currency

31Aug2006  00:00    DUBAI        FLOTILLA

Signature of Issuing Carrier or its Agent

0176-36987510

**AT-0008**

0172 JOR 24365795

ORIGINAL    AEGN-G00955/001
NO. : RFS/JO/667

ATATEKS FOREIGN TRADE LTD
AMMAN - SAHAB - JORDAN
AL-TAJAMOUAT IND. ESTATE
Tel:0096264025151
Fax:0096264025149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

RELIANCE FREIGHT SYSTEMS (LLC)

HEAD OFFICE : Tel. (9714) 393 8100, Fax : (9714) 393 8363
AIRPORT OFFICE : Tel. (9714) 282 8072, Fax (9714) 282 947
P.O. Box 32049 Dubai - U.A.E. e-mail : reliance@emirates.net.ae
www.reliancefreight.co.ae

Copies 1,2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in good order and condition (except as noted) for the carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE THEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICES CONCERNING CARRIER'S LIMITATION OF LIABILITY.

Issuing Carrier's Agent Name and City
RELIANCE FREIGHT SYSTEMS LLC

| Agent's IATA Code | Account No |
| --- | --- |

Airport of Departure (Addr. of first Carrier) and requested Routing
AMMAN

Accounting Information

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

| to | By first Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | CHARGES | | Declared Value for Carriage | Declared Value for Customs |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| NYC | CARGOLUX | | | | | | JOD | PP | X Prepaid | X Collect | NVD | NCV |

| Airport of Destination | Flight/Date | Amount of Insurance | INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance. |
| --- | --- | --- | --- |
| NEWYORK | | XXX | |

Handling Information

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 0 | | | 0.00 | 0.00 | | | WOMEN'S APPAREL LADIES 94% NYLON,6%LYCRA |
| 726 | 2315 | | | 4492 | AS AGREED | | DIM:726/75x45x11 |
| 726 | 2315 | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
| --- | --- | --- | --- |
| as agreed | 0.00 | | STILE LOGISTICS |
| | Valuation Charge | | 181 SOUTH FRANKLIN AVENUE |
| | | | VALLEY STREAM NY 11581 |
| | Tax | | Tel:516 3747400 |
| | | | Fax:516 3743200 |
| | Total other Charges Due Agent | | |
| | Total other Charges Due Carrier | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations |
| Total Prepaid | Total collect | | RELIANCE FREIGHT SYSTEMS |
| as agfreed | | | |
| Currency Conversion Rates | cc charges in Dest. Currency | | Signature of Shipper or his Agent |

02Sep2006   00:00    AMMAN         FLOTILLA

Executed on (Date)    at (Place)    Signature of Issuing Carrier or its Agent

0172-24365795

AT-0009



| 0512 JOR 37912070 | AIR WAYBILL **ORIGINAL**<br>AIR CONSIGNMENT NOTE | AEGN-G00977/001<br>HAWB NO. : RFS/JO/670 |
|---|---|---|

Shippers Name and Address

ATATEKS FOREIGN TRADE LTD
AMMAN - SAHAB - JORDAN
AL-TAJAMOUAT IND. ESTATE
Tel:0096264025151
Tel:0096264025149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

***Reliance Freight Systems*** (L.L.C.)
(INTERNATIONAL FREIGHT FORWARDERS)
HEAD OFFICE - Tel. : (9714) 393 8118, Fax : (9714) 393 8385
AIRPORT OFFICE - Tel. : (9714) 282 0012, Fax : (9714) 282 9414
P.O. Box 32049 Dubai - U.A.E., E-mail : reliance@emirates.net.ae
www.reliancefreight.co.ae

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

It is agreed that the goods described herein are accepted in good order and condition (except as noted) for the carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE THEREOF. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICES CONCERNING CARRIER'S LIMITATION OF LIABILITY
FREIGHT PREPAID

Issuing Carrier's Agent Name and City
RELIANCE FREIGHT SYSTEMS LLC

Agent's IATA Code | Account No

Airport of Departure (Addr. of first Carrier) and requested Routing
AMMAN

Accounting Information
PRIVATE LABEL
597 BROADWAY 2ND FLOOR
NEW YORK , N.Y. 10012
Tel:12123290800

| to | By first Carrier | Routing And Destination | to | by | to | by | Currency | CHGS Code | CHARGES<br>Prepaid Collect | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NYC | ROYAL JORDANIAN | | | | | | JOD | | | NVD | NCV |

| Airport of Destination | Flight Date | Amount of Insurance | INSURANCE - If shipper requests insurance in accordance with conditions on reverse hereof, indicate amount to be insured in figures in box marked amount of insurance. |
|---|---|---|---|
| NEWYORK | | XXX | |

Handling Information

STILE LOGISTICS
181 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 11581
Tel:516 3747400
Fax:516 3743200

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature of Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| | Q | | 0.00 | 0.00 | | | WOMEN'S APPAREL<br>LADIES 94% NYLON,6% LYCRA |
| +08 | 1321 | | | 2295 | AS AGREED | | DIM:408/75x45x10 |
| 408 | 1321 | | | | | | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| AS AGREED | 0.00 | | STILE LOGISTICS |
| | Valuation Charge | | 181 SOUTH FRANKLIN AVENUE<br>VALLEY STREAM NY 11581<br>Tel:516 3747400<br>Fax:516 3743200 |
| | Tax | | |
| | Total other Charges Due Agent | | Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains restricted articles, such part is properly described by name and is in proper condition for carriage by air according to the International Air Transport Association's Restricted Articles Regulations |
| | Total other Charges Due Carrier | | RELIANCE FREIGHT SYSTEMS |
| Total Prepaid | Total collect | | |
| AS AGREED | | | Signature of Shipper or his Agent |
| Currency Conversion Rates | cc charges in Dest Currency | | 05Sep2006   00:00   XXXXXX   FLOTILLA<br>AMMAN |
| For Carrier Use only at Destination | Charges at Destination | Total collect Charges | Executed on   (Date)   at   (Place)     Signature of Issuing Carrier or its Agent<br>0512-37912070 |

**AT-0011**

| Exporter. | | Bill of Lading # | | AQA 278 |
| --- | --- | --- | --- | --- |

**Exporter.**
ATATEKS FOREIGN TRADE LTD.
AL-TAJAMOUAT INDUSTERIAL CITY.
SAHAB, AMMAN JORDAN.
TEL: ++ 962 6 40 25 151

| Customer Ref. | Date Issued |
| --- | --- |
| AFTL | MAR 31ST. 2006 |
| Our Ref. | Arrival Date |
| 3352 | APR 27TH.2006 |

**Consignee**
PRIVATE LABEL LLC.
597 BROADWAY 2ND. FLOOR
NEW YORK. NY 10012 USA

**Notify**
SAME AS CONSIGNEE

## JORDANIAN COAST
### CARGO & TOURISM SERVICES
Tel. ++ 962 · 6 · 55 15 75 4     Fax ++ 962 · 6 · 55 15 75 2
P. O. Box 82 Amman 11953 Jordan
E-mail tns@nol.com.jo
website : www.jordaniancoastco.com

| TRL/Container Number | Place of Receipt |
| --- | --- |
| | AMMAN JORDAN |
| Vessel | Port of Loading |
| ZIM MEDITERRANEAN   16W | HAIFA PORT |
| Part of Discharge | Place of Delivery |
| MIAMI FLORIDA | |
| Date of Shipment | Terms |
| MAR 31ST. 2006 | |

| Marks and Numbers | Numbers & Kind of Packages  ·  Description of Goods | Gross KG | Cube (m3) |
| --- | --- | --- | --- |
| CONTAINER# FSCU3758652   1X20' DV  P.O# 0000034145 DPC-ITEM NO. 016-01 STYLE NO. 132195J  MADE IN JORDAN AS PER SHIPPER'S  INVOICE # 00A028/2006 | 1X20'DV CONTAINER  STC:  738 CARTONS OF WOMEN'S APPAREL LADIES.  94% NYLON 6% LYCRA AS PER SHIPPER'S  INVOICE # 00A028/2006 | 2192 KG | 25 CBM |

FREIGHT COLLECT
SHIPPERS LOAD, STOWED & COUNT

RECEIVED for shipment in apparent good and condition, except as noted in the particulars: Contest, weight, value and measurment according to sender's declaration. This bill of lading shall have effect subject to our Trading Conditions.

IN WITNESS whereof the undersigned have signed the number of Bills of Lading shown all of this tenor and date. One Bill of Lading, Duly endorsed, is to be given up in exchange for the goods or for a delivery order for the same upon which the other Bills of Lading contained in the set shall be void.

*Original*

| Freight payable at | Place & Date of Issue |
| --- | --- |
| DESTINATION | MAR 31ST. 2006  AMMAN JORDAN |
| Number of packages | Number of Original Bill of Lading |
| 1X20' CONTAINER | THREE |

| For Particulars of delivery apply with the bill of lading to : | For & on behalf of JORDANIAN COAST CO |
| --- | --- |
| STYLE LOGISTICS INC. 181 SOUTH FRANKLIN AVE. VALLEY STREAM. NY11580 | |

**AT-0012**

| Exporter | | Bill of Lading # | AQA 279 |
|---|---|---|---|
| ATATEKS FOREIGN TRADE LTD.<br>AL-TAJAMOUAT INDUSTERIAL CITY.<br>SAHAB, AMMAN JORDAN.<br>TEL: ++ 962 6 40 25 151 | | | |

<table>
<tr><td>Customer Ref.<br>AFTL</td><td>Date Issued<br>APR 7TH. 2006</td></tr>
<tr><td>Our Ref.<br>3352</td><td>Arrival Date<br>MAY 5TH.2006</td></tr>
</table>

**Consignee**
PRIVATE LABEL LLC.
597 BROADWAY 2ND. FLOOR
NEW YORK, NY 10012 USA

**Notify**
SAME AS CONSIGNEE

| TRL/Container Number | Place of Receipt<br>AMMAN JORDAN |
|---|---|
| Vessel<br>ZIM CALIFORNIA   15W | Port of Loading<br>HAIFA PORT |
| Port of Discharge<br>MIAMI FLORIDA | Place of Delivery |
| Date of Shipment<br>APR 7TH. 2006 | Terms |



**JORDANIAN COAST**
CARGO & TOURISM SERVICES
Tel. ++ 962 - 6 - 55 15 75 4      Fax ++ 962 - 6 - 55 15 75 2
P. O. Box 82 Amman 11953 Jordan
E-mail tns@nol.com.jo
website : www.jordaniancoastco.com

| Marks and Numbers | Numbers & Kind of Packages · Description of Goods | Gross KG | Cube (m3) |
|---|---|---|---|
| CONTAINER#<br>ZCSU 8322127  1X40' HC<br><br>P.O# 0000034145<br>DPC-ITEM NO. 016-01<br>STYLE NO. 132195J<br><br>MADE IN JORDAN AS PER<br>SHIPPER'S INVOICE #<br>00A028/2006 | 1X40' HC CONTAINER  STC:<br><br>2066 CARTONS OF WOMEN'S APPAREL<br>LADIES.  94% NYLON 6% LYCRA<br>AS PER SHIPPER'S INVOICE #<br>00A028/2006 | 6138 KG | 70 CBM |

FREIGHT COLLECT
SHIPPERS LOAD. STOWED & COUNT

RECEIVED for shipment in apparent good and condition, except as noted in the particulars. Contest, weight, value and measurment according to sender's declaration. This bill of lading shall have effect subject to our Trading Conditions.

IN WITNESS whereof the undersigned have signed the number of Bills of Lading shown all of this tenor and date. One Bill of Lading, Duly endorsed, is to be given up in exchange for the goods or for a delivery order for the same upon which the other Bills of Lading contained in the set shall be void.

*Original*

| Freight payable at<br>DESTINATION | Place & Date of issue<br>APR 7TH. 2006  AMMAN JORDAN |
|---|---|
| Number of packages<br>1X40' HC CONTAINER | Number of Original Bill of Lading<br>THREE |

For Particulars of delivery apply with the bill of lading to :
STYLE LOGISTICS INC.
181 SOUTH FRANKLIN AVE. VALLEY STREAM, NY 11580
TEL . 516 2747400      ATT: Mr. TOM TURNER

For & on behalf of JORDANIAN COAST CO.



| Exporter: | | Bill of Lading # | HIF 311 |
|---|---|---|---|
| ATATEKS FOREIGN TRADE LTD.<br>AL-TAJAMOUAT INDUSTERIAL CITY.<br>SAHAB, AMMAN JORDAN.<br>TEL: ++ 962 6 40 25 151 | | Customer Ref.<br>AFTL | Date Issued<br>SEP 25TH. 2006 |
| | | Our Ref.<br>3907 | Arrival Date<br>OCT 10TH.2006 |

**Consignee**
PRIVATE LABEL LLC.
597 BROADWAY 2ND. FLOOR
NEW YORK, NY 10012 USA

**Notify**
SAME AS CONSIGNEE

| TRL/Container Number | Place of Receipt<br>AMMAN JORDAN |
|---|---|
| Vessel<br>ZIM XIAMEN  3/W | Port of Loading<br>HAIFA PORT |
| Port of Discharge<br>NEW YORK PORT | Place of Delivery |
| Date of Shipment<br>SEP 25TH. 2006 | Terms |

**JORDANIAN COAST**
CARGO & TOURISM SERVICES
Tel. ++ 962 - 6 - 55 15 75 4      Fax ++ 962 - 6 - 55 15 75 2
P. O. Box 82 Amman 11953 Jordan
E-mail tns@nol.com.jo
website : www.jordaniancoastco.com

| Marks and Numbers | Numbers & Kind of Packages   Description of Goods | Gross KG | Cube (m3) |
|---|---|---|---|
| CONT# TRIU9072940<br>SEAL# 146934/ 40' HC<br>CONT# CLHU8162000<br>SEAL# 146935/ 40' HC<br>CONT# ZCSU8115330<br>SEAL# 146936/ 40' HC<br>CONT# ZCSU2367783<br>SEAL# 146938/ 40' DV<br><br>P.O# 34202, 34203, 34204<br>DPC-ITEM NO. 01805-0020<br>STYLE NO. 135609<br>MADE IN JORDAN AS PER<br>SHIPPER'S  INVOICE #<br>00A0137/2006 | 4X40' CONTAINERS  STC:<br><br>5817 CARTONS OF WOMEN'S APPAREL<br>LADIES.  94% NYLON 6% LYCRA<br>AS PER SHIPPER'S  INVOICE #<br>00A0137/2006<br><br><br><br><br>FREIGHT COLLECT<br>SHIPPERS LOAD, STOWED & COUNT | 17,451.00 KG | 237 CBM |

RECEIVED for shipment in apparent good and condition, except as
noted in the particulars. Contest, weight, value and measurment
according to sender's declaration. This bill of lading shall have
effect subject to our Trading Conditions.

IN WITNESS whereof the undersigned have signed the number of Bills of
Lading shown all of this tenor and date. One Bill of Lading, Duly
endorsed, is to be given up in exchange for the goods or for a
delivery order for the same upon which the other Bills of Lading
contained in the set shall be void.

*Original*

| Freight payable at<br>DESTINATION | Place & Date of Issue<br>SEP 25TH. 2006  AMMAN JORDAN |
|---|---|
| Number of packages<br>4X40' CONTAINERS | Number of Original Bill of Lading<br>THREE |

For Particulars of delivery apply with the bill of lading to :
STYLE LOGISTICS INC.
181 SOUTH FRANKLIN AVE. VALLEY STREAM. NY11580

For & on behalf of JORDANIAN COAST CO.

**AT-0014**

155 + 157 + 158A + 158B

| Exporter | Bill of Lading | HIF 319 |
|---|---|---|

**Exporter**

ATATEKS FOREIGN TRADE LTD.
AL-TAJAMOUAT INDUSTERIAL CITY.
SAHAB, AMMAN JORDAN.
TEL: ++ 962 6 40 25 151

| Customer Ref.  AFTL | Date Issued  Oct 20th.2006 |
|---|---|
| Our Ref.  3958 | Arrival Date |

**Consignee**

BANK OF AMERICA
1 FLEET WAY
SCRANTON,PA 18507
TEL: (570) 330-4333

**Notify**

PRIVATE LABEL LLC.
507 BROADWAY 2ND. FLOOR
NEW YORK, NY 10012 USA

# JORDANIAN COAST
CARGO & TOURISM SERVICES

Tel. ++ 962 - 6 - 55 15 75 4     Fax ++ 962 - 6 - 55 15 75 2

P. O. Box 82 Amman 11953 Jordan

E-mail tns @ nol.com.jo

website : www.jordaniancoastco.com

| TRL/Container Number | Place of Receipt  AMMAN JORDAN |
|---|---|
| Vessel  ZIM CALIFORNIA   17W | Port of Loading  HAIFA PORT |
| Part of Discharge  NEW YORK USA | Place of Delivery |
| Date of Shipment  OCT 20TH. 2006 | Terms |

| Marks and Numbers | Numbers & Kind of Packages - Description of Goods | Gross KG | Cube (m3) |
|---|---|---|---|
| CONT# ZCSU 839967-0  SEAL#146947 / 40' HC  CONT# ZCSU 833874-0  SEAL#146072 / 40' HC  CONT# ZCSU 825995-5  SEAL#146950 / 40' HC  CONT# FSCU 670324-7  SEAL#146945 / 40' HC  CONT# GLDU 2239464  SEAL#146074 / 20' DV    MADE IN JORDAN AS PER  SHIPPER'S  INVOICE #  00A0155/2006, 00A0157/2006  00A0158/2006A &  00A0158/2006B | 4X40' HC & 1X20' DV CONTAINERS STC:    15681 CARTONS OF WOMEN'S APPAREL  LADIES.  94% NYLON 6% SPANDEX  AS PER SHIPPER'S  INVOICE # 00A0155/2006 &  00A0157/2006 & 00A0158/2006A &  00A0158/2006B    FREIGHT COLLECT  SHIPPERS LOAD, STOWED & COUNT | 45.927.00  KG | 239 CBM |

RECEIVED for shipment in apparent good and condition, except as
noted in the particulars. Contest, weight, value and measurment
according to sender's declaration. This bill of lading shall have
effect subject to our Trading Conditions.

IN WITNESS whereof the undersigned have signed the number of Bills of
Lading shown all of this tenor and date. One Bill of Lading, Duly
endorsed, is to be given up in exchange for the goods or for a
delivery order for the same upon which the other Bills of Lading
contained in the set shall be void.

*Original*

| Freight payable at  DESTINATION | Place & Date of Issue  OCT 20TH.2006 AMMAN JORDAN |
|---|---|
| Number of packages  5 CONTAINERS | Number of Original Bill of Lading  THREE |

For Particulars of delivery apply with the bill of lading to :

For & on behalf of JORDANIAN COAST CO.

AT-0015

160 + 161

| Exporter | Bill of Lading | HIF 320 |
|---|---|---|
| ATATEKS FOREIGN TRADE LTD. AL-TAJAMOUAT INDUSTERIAL CITY. SAHAB, AMMAN JORDAN. TEL: ++ 962 6 40 25 151 | | |

| Customer Ref. AFTL | Date Issued Oct 27th.2006 |
|---|---|
| Our Ref. 3977 | Arrival Date |

**Consignee**
BANK OF AMERICA
1 FLEET WAY
SCRANTON,PA 18507
TEL: (570) 330-4333

Notify
PRIVATE LABEL LLC.
597 BROADWAY 2ND. FLOOR
NEW YORK, NY 10012 USA

| TRL/Container Number | Place of Receipt AMMAN JORDAN |
|---|---|
| Vessel ZIM BEIJING  8W | Port of Loading HAIFA PORT |
| Part of Discharge NEW YORK USA | Place of Delivery |
| Date of Shipment OCT 27TH. 2006 | Terms |



**JORDANIAN COAST**
CARGO & TOURISM SERVICES
Tel. ++ 962 - 6 - 55 15 75 4      Fax ++ 962 - 6 - 55 15 75 2
P. O. Box 82 Amman 11953 Jordan
E-mail tns@nol.com.jo
website : www.jordaniancoastco.com

| Marks and Numbers | Numbers & Kind of Packages  -  Description of Goods | Gross KG | Cube (m3) |
|---|---|---|---|
| CONT# CLHU 311897-7 SEAL#114360 / 20' DV <br><br> MADE IN JORDAN AS PER SHIPPER'S  INVOICE # 00A0160/2006 & 00A0161/2006 | 1X20' DV CONTAINER STC: <br><br> 1250 CARTONS OF WOMEN'S APPAREL LADIES.  94% NYLON 6% SPANDEX AS PER SHIPPER'S  INVOICE # 00A0160/2006 & 00A0161/2006 | 3,759.00  KG | 20 CBM |

FREIGHT COLLECT
SHIPPERS LOAD, STOWED & COUNT

RECEIVED for shipment in apparent good and condition, except as
noted in the particulars. Contest, weight, value and measurment
according to sender's declaration. This bill of lading shall have
effect subject to our Trading Conditions.

IN WITNESS whereof the undersigned have signed the number of Bills of
Lading shown all of this tenor and date. One Bill of Lading, Duly
endorsed, is to be given up in exchange for the goods or for a
delivery order for the same upon which the other Bills of Lading
contained in the set shall be void.

*Original*

| Freight payable at DESTINATION | Place & Date of Issue OCT 27TH.2006 AMMAN JORDAN |
|---|---|
| Number of packages 1 CONTAINERS | Number of Original Bill of Lading THREE |

For Particulars of delivery apply with the bill of lading to :
STYLE LOGISTICS INC.

For & on behalf of JORDANIAN COAST CO.

AT-0016

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | OPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(US) |
|---|---|---|---|---|---|---|
| 133674 | BLUE COHOSH | S | 01809-1200 | $6,00 | 60 | 360,00 |
| 133674 | BLUE COHOSH | M | 01809-1200 | $6,00 | 60 | 360,00 |
| 133674 | BLUE COHOSH | L | 01809-1200 | $6,00 | 60 | 360,00 |
| 133674 | BLUE COHOSH | XL | 01809-1200 | $6,00 | 40 | 240,00 |
| 133674 | BLUE COHOSH | XXL | 01809-1200 | $6,00 | 20 | 120,00 |
| 133674 | CHERRY BLUSH | S | 01809-1201 | $6,00 | 60 | 360,00 |
| 133674 | CHERRY BLUSH | M | 01809-1201 | $6,00 | 60 | 360,00 |
| 133674 | CHERRY BLUSH | L | 01809-1201 | $6,00 | 60 | 360,00 |
| 133674 | CHERRY BLUSH | XL | 01809-1201 | $6,00 | 40 | 240,00 |
| 133674 | CHERRY BLUSH | XXL | 01809-1201 | $6,00 | 20 | 120,00 |
| 133674 | TEEPEE BROWN | S | 01809-1202 | $6,00 | 60 | 360,00 |
| 133674 | TEEPEE BROWN | M | 01809-1202 | $6,00 | 60 | 360,00 |
| 133674 | TEEPEE BROWN | L | 01809-1202 | $6,00 | 60 | 360,00 |
| 133674 | TEEPEE BROWN | XL | 01809-1202 | $6,00 | 40 | 240,00 |
| 133674 | TEEPEE BROWN | XXL | 01809-1202 | $6,00 | 20 | 120,00 |
| 133674 | BISTRO BROWN | S | 01809-1203 | $6,00 | 60 | 360,00 |
| 133674 | BISTRO BROWN | M | 01809-1203 | $6,00 | 60 | 360,00 |
| 133674 | BISTRO BROWN | L | 01809-1203 | $6,00 | 60 | 360,00 |
| 336. | BISTRO BROWN | XL | 01809-1203 | $6,00 | 40 | 240,00 |
| 133674 | BISTRO BROWN | XXL | 01809-1203 | $6,00 | 20 | 120,00 |
| 33674 | EBONY | S | 01809-1204 | $6,00 | 60 | 360,00 |
| 33674 | EBONY | M | 01809-1204 | $6,00 | 60 | 360,00 |
| 33674 | EBONY | L | 01809-1204 | $6,00 | 60 | 360,00 |
| 33674 | EBONY | XL | 01809-1204 | $6,00 | 40 | 240,00 |
| 33674 | EBONY | XXL | 01809-1204 | $6,00 | 20 | 120,00 |
| 33674 | MANHATTAN MIST | S | 01809-1205 | $6,00 | 60 | 360,00 |
| 33674 | MANHATTAN MIST | M | 01809-1205 | $6,00 | 60 | 360,00 |
| 33674 | MANHATTAN MIST | L | 01809-1205 | $6,00 | 60 | 360,00 |
| 33674 | MANHATTAN MIST | XL | 01809-1205 | $6,00 | 40 | 240,00 |
| 33674 | MANHATTAN MIST | XXL | 01809-1205 | $6,00 | 20 | 120,00 |
| 33674 | SPANISH BROWN | S | 01809-1206 | $6,00 | 60 | 360,00 |
| 33674 | SPANISH BROWN | M | 01809-1206 | $6,00 | 60 | 360,00 |
| 33674 | SPANISH BROWN | L | 01809-1206 | $6,00 | 60 | 360,00 |
| 33674 | SPANISH BROWN | XL | 01809-1206 | $6,00 | 40 | 240,00 |
| 33( | SPANISH BROWN | XXL | 01809-1206 | $6,00 | 20 | 120,00 |
| 33674 | MOSS FLASH | S | 01809-1207 | $6,00 | 60 | 360,00 |
| 33674 | MOSS FLASH | M | 01809-1207 | $6,00 | 60 | 360,00 |
| 33674 | MOSS FLASH | L | 01809-1207 | $6,00 | 60 | 360,00 |
| 33674 | MOSS FLASH | XL | 01809-1207 | $6,00 | 40 | 240,00 |
| 33674 | MOSS FLASH | XXL | 01809-1207 | $6,00 | 20 | 120,00 |
| 33674 | DEEP PEWTER | S | 01809-1208 | $6,00 | 60 | 360,00 |
| 33674 | DEEP PEWTER | M | 01809-1208 | $6,00 | 60 | 360,00 |
| 33674 | DEEP PEWTER | L | 01809-1208 | $6,00 | 60 | 360,00 |
| 33674 | DEEP PEWTER | XL | 01809-1208 | $6,00 | 40 | 240,00 |
| 33674 | DEEP PEWTER | XXL | 01809-1208 | $6,00 | 20 | 120,00 |
| 33674 | PLUM | S | 01809-1209 | $6,00 | 60 | 360,00 |
| 33674 | PLUM | M | 01809-1209 | $6,00 | 60 | 360,00 |
| 33674 | PLUM | L | 01809-1209 | $6,00 | 60 | 360,00 |
| 33674 | PLUM | XL | 01809-1209 | $6,00 | 40 | 240,00 |
| 33674 | PLUM | XXL | 01809-1209 | $6,00 | 20 | 120,00 |
| 33674 | PURPLE FUZZ | S | 01809-1210 | $6,00 | 60 | 360,00 |
| 33674 | PURPLE FUZZ | M | 01809-1210 | $6,00 | 60 | 360,00 |
| 33674 | PURPLE FUZZ | L | 01809-1210 | $6,00 | 60 | 360,00 |
| 33674 | PURPLE FUZZ | XL | 01809-1210 | $6,00 | 40 | 240,00 |
| 33674 | PURPLE FUZZ | XXL | 01809-1210 | $6,00 | 20 | 120,00 |

AT-0117

| Exporter | | Bill of Lading # | HIF 324 |
|---|---|---|---|

**Exporter**

ATATEKS FOREIGN TRADE LTD.
AL-TAJAMOUAT INDUSTERIAL CITY.
SAHAB, AMMAN JORDAN.
TEL: ++ 962 6 40 25 151

| Customer Ref. | Date Issued |
|---|---|
| AFTL | NOV.14.06 |
| Our Ref. | Arrival Date |
| 4011 | |

**Consignee**

BANK OF AMERICA
1 FLEET WAY
SCRANTON,PA 18507
TEL: (570) 330-4333

**Notify**

PRIVATE LABEL LLC.
597 BROADWAY 2ND. FLOOR
NEW YORK, NY 10012 USA

| TRL/Container Number | Place of Receipt |
|---|---|
| | AMMAN JORDAN |
| Vessel | Port of Loading |
| ZIM SHANGHAI V.17 | HAIFA PORT |
| Part of Discharge | Place of Delivery |
| NEW YORK USA | |
| Date of Shipment | Terms |

# JORDANIAN COAST
## CARGO & TOURISM SERVICES
Tel. ++ 962 - 6 - 55 15 75 4      Fax ++ 962 - 6 - 55 15 75 2
P. O. Box 82 Amman 11953 Jordan
E-mail:tns@nol.com.jo
website : www.jordaniancoastco.com

| Marks and Numbers | Numbers & Kind of Packages · Description of Goods | Gross KG | Cube (m3) |
|---|---|---|---|
| CONT# CLHU4037139<br>SEAL#114473 / 40'DV<br><br>CONT# CLHU4458354<br>SEAL#114474 / 40' DV<br><br>CONT # TGHU7914495<br>SEAL # 114475 / 40 HC<br><br>MADE IN JORDAN AS PER<br>SHIPPER'S  INVOICE #<br>00A0177/2006A<br>00A0177/2006B<br>00A0177/2006C<br>00A0177/2006D<br>00A0177/2006E | 3X40' CONTAINER STC:<br><br>6504 CARTONS OF WOMEN'S APPAREL 94% NYLON<br>6% SPANDEX  AS PER SHIPPER'S  INVOICES #<br>00A0177/2006A,  00A0177/2006B<br>00A0177/2006C,  00A0177/2006D<br>00A0177/2006E | 19045.0 KG | 161.43 CBM |


Copy Non Negotiable

FREIGHT COLLECT
SHIPPERS LOAD, STOWED & COUNT

RECEIVED for shipment in apparent good and condition, except as
noted in the particulars. Contest, weight, value and measurment
according to sender's declaration. This bill of lading shall have
effect subject to our Trading Conditions.

IN WITNESS whereof the undersigned have signed the number of Bills of
Lading shown all of this tenor and date. One Bill of Lading, Duly
endorsed, is to be given up in exchange for the goods or for a
delivery order for the same upon which the other Bills of Lading
contained in the set shall be void.

| Freight payable at | Place & Date of Issue |
|---|---|
| DESTINATION | NOV.14.2006 AMMAN JORDAN |
| Number of packages | Number of Original Bill of Lading  - |
| 3 CONTAINERS | THREE |

For Particulars of delivery apply with the bill of lading to :
STYLE LOGISTICS INC.

For & on behalf of JORDANIAN COAST CO.

AT-0018

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (6a) No. & date of invoice | | |
|---|---|---|---|
| ATATESS DIŞ TICA.S. | 247252 C | 6 | Oca. 04. 2006 |
| KERESTECILER SITESI | (6b) No. & date of L/C | | |
| CAM SOK. NO.26 | | | |
| MERTER - ISTANBUL -TURKEY | | 6 | |
| TEL :+90 212     41343643     FAX     56612440 | (10) L/C Issuing bank | | |
| | BANK OF NEW YORK | | |

| PRIVATE LABEL LLC. | (11) Remarks |
|---|---|
| 597 BROADWAY 2ND FLOOR | |
| NEW YORK, NY 10012 | |
| USA | • CONSIGNEE TO:    PRIVATE LABEL LLC. |
| (2) Notify party | 597 BROADWAY 2ND FLOOR |
| C- AIR BROKERS & FORWARDERS INC. | NEW YORK, NY 10012 |
| 8176 N.W. 74TH AVENUE MIAMI, FLORIDA 33166 | USA |
| ATTN: CARLOS VALDES / TERRY | • COUNTRY OF ORIGIN:          TURKEY |
| TEL: 305-407-8112     FAX: 305-407-8501 | |
| (4) Port of loading          (5) Final destination | • C&D NUMBER |
| ISTANBUL                         MIAMI | • THE GOODS HAVE BEEN MARKED |
| (7) Carrier          (7) Sailing on/ or about | IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. |
| 08GES                              Oca. 04. 2006 | |
| (12) Marks and numbers of PKGS          (13) Description of goods | (14) Quantity/Unit          (15) Unit price          (16) Amount |

| Marks & No's. | Qty (CTN) | UM | DESCRIPTION | | | | | | W/COST (NEW) | EXTENDED Cost/(NEW) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | STORE PO NO.: | 34142 | | | | | | |
| FRONT & BACK 6 SIDE | | | MERCHANDISE OF ORIGIN | | | | | | | |
| | | | WOMEN'S APPAREL: | | | | | | | |
| | | | LADIES 94% NYLON, 6% LYCRA | | | | | | | |
| | | | SEAMLESS RACER BACK WITH BRA | | | | | | | |
| TARGET STORES | | | | | | | | | | |
| PO NO.: 34142 | | | ASSORTMENT DPC- ITEM 018091187 | | | | | | | |
| DPC-ITEM NO.: 018091187 | | | STYLE NO. | VENDER PO NO. | COLOR / SIZE | Q'TY | VALUE | EXTENSION | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | BLUE COHOSH | 3 | $6,00 | $18,00 | | |
| COLOR: BLUE COHOSH | | | 133675 | 34142 | BLUE COHOSH | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | BLUE COHOSH | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | BLUE COHOSH | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | BLUE COHOSH | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |
| | | | | | | | | | | |
| DPC-ITEM NO.: 018091168 | | | ASSORTMENT DPC-ITEM 018091168 | | | | | | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | CHERRY BLUSH | 3 | $6,00 | $18,00 | | |
| COLOR: CHERRY BLUSH | | | 133675 | 34142 | CHERRY BLUSH | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | CHERRY BLUSH | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | CHERRY BLUSH | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | CHERRY BLUSH | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |
| | | | | | | | | | | |
| DPC-ITEM NO.: 018091169 | | | ASSORTMENT DPC-ITEM 018091169 | | | | | | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | SPANISH BROWN | 3 | $6,00 | $18,00 | | |
| COLOR: SPANISH BROWN | | | 133675 | 34142 | SPANISH BROWN | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | SPANISH BROWN | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | SPANISH BROWN | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | SPANISH BROWN | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |
| | | | | | | | | | | |
| DPC-ITEM NO.: 018091170 | | | ASSORTMENT DPC-ITEM 018091170 | | | | | | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | TEEPEE BROWN | 3 | $6,00 | $18,00 | | |
| COLOR: TEEPEE BROWN | | | 133675 | 34142 | TEEPEE BROWN | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | TEEPEE BROWN | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | TEEPEE BROWN | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | TEEPEE BROWN | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |
| | | | | | | | | | | |
| DPC-ITEM NO.: 018091171 | | | ASSORTMENT DPC-ITEM 018091171 | | | | | | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | EBONY | 3 | $6,00 | $18,00 | | |
| COLOR: EBONY | | | 133675 | 34142 | EBONY | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | EBONY | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | EBONY | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | EBONY | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |
| | | | | | | | | | | |
| DPC-ITEM NO.: 018091172 | | | ASSORTMENT DPC-ITEM 018091172 | | | | | | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | MANHATTAN MIST | 3 | $6,00 | $18,00 | | |
| COLOR: MANHATTAN MIST | | | 133675 | 34142 | MANHATTAN MIST | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | MANHATTAN MIST | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | MANHATTAN MIST | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | MANHATTAN MIST | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |
| | | | | | | | | | | |
| DPC-ITEM NO.: 018091173 | | | ASSORTMENT DPC-ITEM 018091173 | | | | | | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | BISTRO BROWN | 3 | $6,00 | $18,00 | | |
| COLOR: BISTRO BROWN | | | 133675 | 34142 | BISTRO BROWN | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | BISTRO BROWN | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | BISTRO BROWN | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | BISTRO BROWN | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |
| | | | | | | | | | | |
| DPC-ITEM NO.: 018091174 | | | ASSORTMENT DPC-ITEM 018091174 | | | | | | | |
| STYLE NO.: 133675 | | | 133675 | 34142 | MOSS FLASH | 3 | $6,00 | $18,00 | | |
| COLOR: MOSS FLASH | | | 133675 | 34142 | MOSS FLASH | 3 | $6,00 | $18,00 | | |
| SIZE: ASST | | | 133675 | 34142 | MOSS FLASH | 3 | $6,00 | $18,00 | | |
| CASE PACK: 12 | | | 133675 | 34142 | MOSS FLASH | 2 | $6,00 | $12,00 | | |
| MADE IN TURKEY | | | 133675 | 34142 | MOSS FLASH | 1 | $6,00 | $6,00 | | |
| CARTON DIMENSIONS IN CM: | | | | | | | | | | |
| H+10 CM W= 45 CM L=75 CM | | | TOTAL | | | 12PCS | | $72,00 | | |

**AT-0119**

| DPC-ITEM NO. : | 018091175 | ASSORTMENT DPC-ITEM 018091175 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | DEEP PEWTER | 3 | $6.00 | $18.00 |
| COLOR : | DEEP PEWTER | | 133875 | 34142 | DEEP PEWTER | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | DEEP PEWTER | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | DEEP PEWTER | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | DEEP PEWTER | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

| DPC-ITEM NO. : | 018091176 | ASSORTMENT DPC-ITEM 018091176 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | PLUM | 3 | $6.00 | $18.00 |
| COLOR : | PLUM | | 133875 | 34142 | PLUM | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | PLUM | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | PLUM | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | PLUM | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

| DPC-ITEM NO. : | 018091177 | ASSORTMENT DPC-ITEM 018091177 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | PURPLE FUZZ | 3 | $6.00 | $18.00 |
| COLOR : | PURPLE FUZZ | | 133875 | 34142 | PURPLE FUZZ | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | PURPLE FUZZ | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | PURPLE FUZZ | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | PURPLE FUZZ | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

| DPC-ITEM NO. : | 018091178 | ASSORTMENT DPC-ITEM 018091178 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | CHERUB ROSE | 3 | $6.00 | $18.00 |
| COLOR : | CHERUB ROSE | | 133875 | 34142 | CHERUB ROSE | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | CHERUB ROSE | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | CHERUB ROSE | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | CHERUB ROSE | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

| DPC-ITEM NO. : | 018091179 | ASSORTMENT DPC-ITEM 018091179 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | SHELL | 3 | $6.00 | $18.00 |
| COLOR : | SHELL | | 133875 | 34142 | SHELL | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | SHELL | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | SHELL | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | SHELL | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

| DPC-ITEM NO. : | 018091180 | ASSORTMENT DPC-ITEM 018091180 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | SUGAR N SPICE | 3 | $6.00 | $18.00 |
| COLOR : | SUGAR N SPICE | | 133875 | 34142 | SUGAR N SPICE | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | SUGAR N SPICE | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | SUGAR N SPICE | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | SUGAR N SPICE | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

| DPC-ITEM NO. : | 018091181 | ASSORTMENT DPC-ITEM 018091181 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | VIOLET PATCH | 3 | $6.00 | $18.00 |
| COLOR : | VIOLET PATCH | | 133875 | 34142 | VIOLET PATCH | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | VIOLET PATCH | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | VIOLET PATCH | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | VIOLET PATCH | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

| DPC-ITEM NO. : | 018091182 | ASSORTMENT DPC-ITEM 018091182 | | | | |
|---|---|---|---|---|---|---|
| STYLE NO. : | 133875 | | 133875 | 34142 | TRUE WHITE | 3 | $6.00 | $18.00 |
| COLOR : | TRUE WHITE | | 133875 | 34142 | TRUE WHITE | 3 | $6.00 | $18.00 |
| SIZE : | ASST | | 133875 | 34142 | TRUE WHITE | 3 | $6.00 | $18.00 |
| CASE PACK : | 12 | | 133875 | 34142 | TRUE WHITE | 2 | $6.00 | $12.00 |
| MADE IN TURKEY | | | 133875 | 34142 | TRUE WHITE | 1 | $6.00 | $6.00 |
| CARTON DIMENSIONS IN CM: | | | | | | |
| H=10 CM W= 45 CM L=75 CM | | TOTAL | | | 12PCS | $72.00 |

GRAND TOTAL :            320 CTNS        3840 PCS      INVOICE TOTAL $23,040.00

* FABRIC/YARN : 84% NYLON, 6% LYCRA

* TARGET DEPT. NO. : 018

* MANUFACTURER  ATATEKS TEKSTIL ISLETMELERI A.S.
  KERESTECILER SITESI     CAM SOK NO:26
  MERTER - ISTANBUL -TURKEY

* TOTAL NET NET WEIGHT    :      584,00    KGS
  TOTAL NET WEIGHT        :      808,00    KGS
  TOTAL GROSS WEIGHT      :    1.091,84    KGS
  CARTON DIMENSIONS       :    75*45*10

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
3840PCS HANGER STYLE CPT 17 AT US$0,073           $280,32
- TO BE CONTINUED -

**AT-0120**