

# ATATEKS Foreign Trade Ltd
# JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice
00A0170/2006 & 6.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank
BANK OF AMERICA

PRIVATE LABEL
597 BROADwAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

(11) Remarks
* CONSIGNED TO: BANK OF AMERICA
1 FLEET WAY
SCRANTON, PA 18507

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED
IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

WOMEN'S APPAREL

94% NYLON 6% SPANDEX SEAMLESS ROUCHED TOP

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 34275
DPC-ITEM NO. : 016-01
STYLE NO. : 204122
COLOR :
SIZE : S/M/L/XL/XXL
CASE PACK : 12PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 77 CM
NUMBER OF BOXES: 1109 CTNS

| STYLE NO. | STORE PO NO. | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 204122 | | 34275 | 13,308PCS | $4.50 | US$59,886.00 |
| TOTAL | | | 13,308PCS | | US$59,886.00 |

GRAND TOTAL : 1109 CTNS 13308PCS INVOICE TOTAL : U$59,886.00

* FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO. : 01601
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 1,907.48 KGS
TOTAL NET WEIGHT : 2,129.28 KGS
TOTAL GROSS WEIGHT : 3,105.20 KGS
CARTON DIMENSIONS : H= 10 CM W= 45 CM L= 77 CM

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
13308 PCS HANGER STYLE CPT-17 AT US$0,073 $971.48

- TO BE CONTIUNED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

ATATEKS

# ATATEKS Foreign Trade Ltd
# JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

PRIVATE LABEL
597 BROADwAY 2ND FLOOR, NEW YORK , NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431 USA

(8) No. & date of invoice: 00A0171/2006 & 6.11.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank: BANK OF AMERICA
(11) Remarks
* CONSIGNED TO: BANK OF AMERICA, 1 FLEET WAY, SCRANTON, PA 18507
* MAKER: ATATEKS FOREIGN TRADE LTD. INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY PO BOX 42 AMMAN 11636 JORDAN
* MID CODE: TRATATEKIST
* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about:

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 34271
DPC-ITEM NO. : 01601-0594
STYLE NO. : 204122
COLOR : ASST
SIZE : ASST
CASE PACK : 12
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 12 CM W= 45 CM L= 77 CM

STORE PO NO:
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL

94% NYLON 6% SPANDEX SEAMLESS ROUCHED TOP
ASSORTMENT DPC-ITEM NO. : 01601-0594

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 204122 | 34271 | DELICATE YELLOW-S | 1 | $4.50 | $4.50 |
| 204122 | 34271 | DELICATE YELLOW-M | 1 | $4.50 | $4.50 |
| 204122 | 34271 | DELICATE YELLOW-L | 1 | $4.50 | $4.50 |
| 204122 | 34271 | DELICATE YELLOW-XI | 1 | $4.50 | $4.50 |
| 204122 | 34271 | DELICATE YELLOW-XX | 1 | $4.50 | $4.50 |
| 204122 | 34271 | LORING PINK-S | 1 | $4.50 | $4.50 |
| 204122 | 34271 | LORING PINK-M | 2 | $4.50 | $9.00 |
| 204122 | 34271 | LORING PINK-L | 2 | $4.50 | $9.00 |
| 204122 | 34271 | LORING PINK-XL | 1 | $4.50 | $4.50 |
| 204122 | 34271 | LORING PINK-XXL | 1 | $4.50 | $4.50 |
| | | TOTAL | 12PCS | | $27.00 |
| | | TOTAL | 17784PCS | | $80,028.00 |

GRAND TOTAL : 1482CTNS 17784 INVOICE TOTAL : U$ $80,028.00

* FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO. : 01601
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD. INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT: [illegible]549.04 KGS
TOTAL NET WEIGHT: [illegible]845.44 KGS
TOTAL GROSS WEIGHT: [illegible],149.60 KGS
CARTON DIMENSIONS: H= 12 CM W= 45 CM L= 77 CM

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY AND TRADE INDUSTRIAL DEVELOPMENT DIRECTORATE

AMMAN CHAMBER OF INDUSTRY ACI/S EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

*INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
17784 PCS HANGER STYLE CPT-17 AT US$0,073 $1,298.23

- TO BE CONTIUNED -
* ORIGIN OF THE GOODS ARE FROM JORDAN

AT-0062



# ATATEKS Foreign Trade Ltd JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

PRIVATE LABEL
597 BROADwAY 2ND FLOOR, NEW YORK , NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

(4) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about

(8) No. & date of invoice: 00A0172/2006 & 6.11.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank: BANK OF AMERICA
(11) Remarks

* CONSIGNED TO: BANK OF AMERICA
1 FLEET WAY
SCRANTON, PA 18507

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEK1ST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

STORE PO NO:
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34270
DPC-ITEM NO.: 01601-0594
STYLE NO.: 204122
COLOR: ASST
SIZE: ASST
CASE PACK: 12
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 12 CM W= 45 CM L= 77 CM

94% NYLON 6% SPANDEX SEAMLESS ROUCHED TOP
ASSORTMENT DPC-ITEM NO.: 01601-0594

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | Q'TY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 204122 | 34270 | DELICATE YELLOW-S | 1 | $4.50 | $4.50 |
| 204122 | 34270 | DELICATE YELLOW-M | 1 | $4.50 | $4.50 |
| 204122 | 34270 | DELICATE YELLOW-L | 1 | $4.50 | $4.50 |
| 204122 | 34270 | DELICATE YELLOW-XL | 1 | $4.50 | $4.50 |
| 204122 | 34270 | DELICATE YELLOW-XX | 1 | $4.50 | $4.50 |
| 204122 | 34270 | LORING PINK-S | 1 | $4.50 | $4.50 |
| 204122 | 34270 | LORING PINK-M | 2 | $4.50 | $9.00 |
| 204122 | 34270 | LORING PINK-L | 2 | $4.50 | $9.00 |
| 204122 | 34270 | LORING PINK-XL | 1 | $4.50 | $4.50 |
| 204122 | 34270 | LORING PINK-XXL | 1 | $4.50 | $4.50 |
| TOTAL | | | 12PCS | | $27.00 |
| TOTAL | | | 2916PCS | | $13,122.00 |

GRAND TOTAL: 243 CTNS 2916PCS INVOICE TOTAL: U $13,122.00

* FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO.: 01601
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : ... KGS
TOTAL NET WEIGHT 486.56 KGS
TOTAL GROSS WEIGHT 880.40 KGS
CARTON DIMENSIONS H= 12 CM W= 45 CM L= 77 CM

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY AND TRADE INDUSTRIAL DEVELOPMENT DIRECTORATE

CHAMBER OF INDUSTRY EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
2916 PCS HANGER STYLE CPT-17 AT US$0,073 $212.87

- TO BE CONTINUED -

WE CERTIFY ... FROM JORDAN ...



# ATATEKS Foreign Trade Ltd
JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice
00A0177/2006 A & 14.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank

PRIVATE LABEL
597 BROADWAY 2ND FLOOR, NEW YORK , NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(11) Remarks

* CONSIGNED TO: BANK OF AMERICA
1 FLEET WAY
SCRANTON, PA 18507

(3) Notify party

STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

| (4) Port of loading | (5) Final destination |
|---|---|
| HAIFA | NEW YORK |
| (6) Carrier | (7) Sailing on or about |
| ZIM LINE | |

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

| Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$) |
|---|---|---|---|---|---|
| FRONT & BACK & SIDE<br>TARGET STORES<br>PO NO. : 34278<br>DPC-ITEM NO. : 01601-6478<br>STYLE NO. : 203458<br>COLOR :<br>SIZE : S/M/L/XL/XXL<br>CASE PACK : 12PCS<br>MADE IN JORDAN<br>CARTON DIMENSIONS IN CM:<br>H= 10 CM W= 34 CM L= 42 CM | | | STORE PO NO: 34278<br>MERCHANDISE OF ORIGIN<br>WOMEN'S APPAREL<br>94% NYLON 6% SPANDEX SEAMLESS CAMI WITH LACE TRIM<br>ASSORTMENT DPC-ITEM NO. : 01601-6478 | | |

| STYLE NO. | VENDER'S PO NO. | Q'TY | VALUE | EXTENSION |
|---|---|---|---|---|
| 203458 | 34278 | 25596 | $5.55 | $142,057.80 |
| TOTAL | | 25596PCS | | $142,057.80 |

GRAND TOTAL : 2133 CTNS 25596 PCS INVOICE TOTAL : $142,057.80

* FABRIC/YARN : % 94 NYLON , % 6 LYCRA
* TARGET DEPT. NO. : 0160
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 3,839.40 KGS
TOTAL NET WEIGHT : 4,095.36 KGS
TOTAL GROSS WEIGHT : 6,399.00 KGS
CARTON DIMENSIONS : H= 10 CM W= 34 CM L= 42 CM

AMMAN CHAMBER OF INDUSTRY ACI/S EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

- TO BE CONTINUED -
WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY AND TRADE

ATATEKS Foreign Trade / Jordan



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice: 00A0109/2006 & 22.8.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank

PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 329 0800
ATTN: HILDA / NABEL

(3) Notify party
STILE WAREHOUSE;120-65 168th street jamaica N.Y 11431
USA

(11) Remarks
* CONSIGNED TO: PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 329 0800
ATTN: HILDA / NABEL

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT PREPAID
* FOB JORDAN
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading: AMMAN
(5) Final destination: NEW YORK
(6) Carrier: QATAR AIR WAYS
(7) Sailing on or about: 23.8.2006

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34200
DPC-ITEM NO.: 01805-0020
STYLE NO.: 135609
COLOR: ASST
SIZE: ASST
CASE PACK: 54PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 23 CM W= 47 CM L= 65 CM

STORE PO NO: 34200
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL
LADIES % 94 NYLON, % 6 LYCRA

SEAMLESS SLEEVELESS ROUCHED TOP
ASSORTMENT DPC-ITEM NO.: 01805-0020

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34200 | IRISCOPE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | IRISCOPE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-XS | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-S | 4 | $4.45 | $17.80 |
| 135609 | 34200 | KONA-M | 5 | $4.45 | $22.25 |
| 135609 | 34200 | KONA-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | KONA-XL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-XXL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-S | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-M | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PAPYRUS GREEN-L | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | PINK ROSE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XXL | 1 | $4.45 | $4.45 |
| | | TOTAL | 54PCS | | $231.40 |

GRAND TOTAL: 278 CTNS 15012 PCS INVOICE TOTAL: $66,803.40

* FABRIC/YARN: % 94 NYLON, % 6 LYCRA
* TARGET DEPT. NO.: 018
* MANUFACTURER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, AL ÇAM SOK NO:26
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT: 2,479.76 KGS
TOTAL NET WEIGHT: 2,763.32 KGS
TOTAL GROSS WEIGHT: 3,046.88 KGS
CARTON DIMENSIONS: H= 23 CM W= 47 CM L= 65 CM

AMMAN CHAMBER OF INDUSTRY EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

THE HASHEMITE KINGDOM OF JORDAN * MINISTRY OF INDUSTRY AND TRADE * INDUSTRIAL DEVELOPMENT DIRECTORATE

ATATEKS Foreign Trade / Jordan

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
82668PCS HANGER STYLE CPT 17 AT US$0,073 $6,944.11

- TO BE CONTIUNED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

ATATEKS

ATATEKS Foreign Trade Ltd
JORDAN

# COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice
00A0177/2006 B & 14.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank
BANK OF AMERICA

(2) For Account & Risk of Messrs
PRIVATE LABEL
597 BROADWAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(3) Notify party
STILE WAREHOUSE;120-65 168th street jamaica N.Y 11431
USA

(11) Remarks
* CONSIGNED TO : BANK OF AMERICA
1 FLEET WAY
SCRANTON, PA 18507

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* BIO CODE: TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED
IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about:

| (12) Marks and numbers of PKGS | (13) Description of goods | | | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|---|---|
| Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | | U/COST (USD$) | EXTENDED Cost(USD$) |
| FRONT & BACK & SIDE<br>TARGET STORES<br>PO NO.: 34279<br>DPC-ITEM NO.: 01601-6433<br>STYLE NO.: 203452<br>COLOR:<br>SIZE: S/M/L/XL/XXL<br>CASE PACK: 12PCS<br>MADE IN JORDAN<br>CARTON DIMENSIONS IN CM:<br>H= 10 CM W= 34 CM L= 49 CM | | | STORE PO NO: 34279<br>MERCHANDISE OF ORIGIN<br>WOMEN'S APPAREL<br>94% NYLON 6% SPANDEX SEAMLESS V-NECK TOP WITH LACE TRIM | | | |

| STYLE NO. | VENDER'S PO NO. | Q'TY | VALUE | EXTENSION |
|---|---|---|---|---|
| 203452 | 34279 | 24432 | $4.50 | $109,944.00 |
| TOTAL | | 24432PCS | | $109,944.00 |

GRAND TOTAL: 2036 CTNS 24432 PCS INVOICE TOTAL: $109,944.00

* FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO.: 0160
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 3,664.80 KGS
TOTAL NET WEIGHT : 3,909.12 KGS
TOTAL GROSS WEIGHT : 6,108.00 KGS
CARTON DIMENSIONS : H= 10 CM W= 34 CM L= 49 CM

- TO BE CONTINUED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

THE HASHEMITE KINGDOM OF JORDAN ★ MINISTRY OF INDUSTRY AND TRADE ★ INDUSTRIAL DEVELOPMENT DIRECTORATE - SAHAB

AMMAN CHAMBER OF INDUSTRY ACUS EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

ATATEKS Foreign Trade / Jordan

# ATATEKS Foreign Trade Ltd
# JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter

ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(3) Notify party

STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

(8) No. & date of invoice
00A0177/2006 C & 14.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank
BANK OF AMERICA

(11) Remarks

* CONSIGNED TO: BANK OF AMERICA
1 FLEET WAY
SCRANTON, PA 18507

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEK1ST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about:

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 34272
DPC-ITEM NO. : 016-01
STYLE NO. :
COLOR :
SIZE : S/M/L/XL/XXL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 12 CM W= 45 CM L= 77 CM
NUMBER OF BOXES:

WOMEN'S APPAREL
94% NYLON 6% SPANDEX SEAMLESS ROUCHED TOP

| STYLE NO. | STORE PO NO. | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 204122 | | 34272 | 4,980PCS | $4.50 | US$22,410.00 |
| TOTAL | | | 4,980PCS | | US$22,410.00 |

GRAND TOTAL : * FABRIC/YARN % 94 NYLON , % 6 LYCRA
415 CTNS 4980 PCS INVOICE TOTAL : U.S$22,410.00

* FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO. : 01601
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 713,80 KGS
TOTAL NET WEIGHT : 796,80 KGS
TOTAL GROSS WEIGHT : 1,162,00 KGS
CARTON DIMENSIONS : H= 12 CM W= 45 CM L= 77 CM

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
4980 PCS HANGER STYLE CP3617 AT US$0,073 $3,635.40

~ TO BE CONTINUED ~

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

CHAMBER OF INDUSTRY AMMAN ACIS EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY AND TRADE

ATATEKS Foreign Trade / Jordan

AT-0067



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

PRIVATE LABEL
597 BROADWAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(3) Notify party
STILE WAREHOUSE:120-55 168th street jamaica N.Y 11431
USA

(8) No. & date of invoice
00A0177/2006 D & 14.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank
BANK OF AMERICA

(11) Remarks
- CONSIGNED TO: BANK OF AMERICA
  1 FLEET WAY
  SCRANTON, PA 18507
- MAKER: ATATEKS FOREIGN TRADE LTD.
  INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
  PO BOX 42, AMMAN 11636 JORDAN
- MID CODE: TRATATEK1ST
- COUNTRY OF ORIGIN: JORDAN
- FREIGHT COLLECT
- FOB HAIFA
- THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

| (4) Port of loading | (5) Final destination |
|---|---|
| HAIFA | NEW YORK |
| (6) Carrier | (7) Sailing on or about |
| ZIM LINE | |

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 34273
DPC-ITEM NO. : 016-01
STYLE NO. :
COLOR :
SIZE : S/M/L/XL/XXL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 12 CM W= 45 CM L= 77 CM
NUMBER OF BOXES: 669

WOMEN'S APPAREL
94% NYLON 6% SPANDEX SEAMLESS ROUCHED TOP

| STYLE NO. | STORE PO NO. | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 204122 | | 34273 | 8,028PCS | $4.50 | US$36,126.00 |
| TOTAL | | | 8,028PCS | | US$36,126.00 |

- FABRIC/YARN % 94 NYLON , % 6 LYCRA

GRAND TOTAL : 669 CTNS 8028 PCS INVOICE TOTAL : U$36,126.00

- FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
- TARGET DEPT. NO. : 01601
- MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
  INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
  PO BOX 42, AMMAN 11636 JORDAN

- TOTAL NET NET WEIGHT : 1,150.68 KGS
- TOTAL NET WEIGHT : 1,284.48 KGS
- TOTAL GROSS WEIGHT : 1,873.20 KGS
- CARTON DIMENSIONS : H= 12 CM W= 45 CM L= 77 CM

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
8028 PCS HANGER STYLE CPT-17 AT US$0,073 $5,860.44

- TO BE CONTINUED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

AMMAN CHAMBER OF INDUSTRY ACIS EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY

ATATEKS Foreign Trade / Jordan

ATATEKS

# ATATEKS Foreign Trade Ltd
# JORDAN

## COMMERCIAL INVOICE

| (1) Shipper/Exporter | | (8) No. & date of invoice | |
|---|---|---|---|
| ATATEKS FOREIGN TRADE LTD. INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY PO BOX 42, AMMAN 11636 JORDAN TEL: +962 6402 5151 FAX: +962 6402 5149 | | 00A0177/2006 E & 14.11.2006 | |
| | | (9) No. & date of L/C | |
| | | CAD & | |
| | | (10) L/C issuing bank | |
| PRIVATE LABEL 597 BROADwAY 2ND FLOOR, NEW YORK, NY 10012 TEL: +1212 329 0800 ATTN: NILDA / MABEL | | BANK OF AMERICA | |
| (3) Notify party | | (11) Remarks | |
| STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431 USA | | * CONSIGNED TO: BANK OF AMERICA 1 FLEET WAY SCRANTON, PA 18507<br>* MAKER: ATATEKS FOREIGN TRADE LTD. INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY PO BOX 42, AMMAN 11636 JORDAN<br>* MID CODE: TRATATEKIST<br>* COUNTRY OF ORIGIN: JORDAN | |
| (4) Port of loading HAIFA | (5) Final destination NEW YORK | * FREIGHT COLLECT<br>* FOB HAIFA | |
| (6) Carrier ZIM LINE | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. | |
| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price / (16) Amount |

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 34274
DPC-ITEM NO. : 016-01
STYLE NO. :
COLOR :
SIZE : S/M/L/XL/XXL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 12 CM W= 45 CM L= 77 CM
NUMBER OF BOXES: 1,251

WOMEN'S APPAREL
94% NYLON 6% SPANDEX SEAMLESS ROUCHED TOP

| STYLE NO. | STORE PO NO. | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 204122 | | 34274 | 15,012PCS | $4.50 | US$67,554.00 |
| TOTAL | | | 15,012PCS | | US$67,554.00 |

* FABRIC/YARN % 94 NYLON , % 6 LYCRA

GRAND TOTAL : 1251 CTNS 15012PCS INVOICE TOTAL : U$67,554.00

* FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO. : 01601
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD. INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY PO BOX 42, AMMAN 11636 JORDAN

TOTAL NET NET WEIGHT : 2,151.72 KGS
TOTAL NET WEIGHT : 2,401.92 KGS
TOTAL GROSS WEIGHT : ~~3,602.88 KGS~~
CARTON DIMENSIONS : H= 12 CM W= 45 CM L= 77 CM

THE HASHEMITE KINGDOM OF JORDAN — MINISTRY OF INDUSTRY AND TRADE — INDUSTRIAL DEVELOPMENT DIRECTORATE

AMMAN CHAMBER OF INDUSTRY ACI/S EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
15012 PCS HANGER STYLE CPT-17 AT US$0,073 $10,958.76

- TO BE CONTINUED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

ATATEKS Foreign Trade / Jordan

# COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice
00A0181/2006A & 19.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank

PRIVATE LABEL
… BROADWAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 320 0800
ATTN: NILDA / MABEL

(3) Notify party

STYLE WAREHOUSE 120-65 168th street jamaica N.Y 11434
USA

(11) Remarks

* CONSIGNED TO: BANK OF AMERICA
1 FLEET WAY
SCRANTON, PA 18507

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED

(4) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

| Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$) |
|---|---|---|---|---|---|
| FRONT & BACK & SIDE<br>TARGET STORES<br>PO NO.: 34276<br>DPC-ITEM NO.: 01601-6473<br>STYLE NO.: 203458<br>COLOR:<br>SIZE: S/M/L/XL/XXL<br>CASE PACK: 12PCS<br>MADE IN JORDAN<br>CARTON DIMENSIONS IN CM:<br>H= 10 CM W= 34 CM L= 42 CM | | | STORE PO NO: 34276<br>MERCHANDISE OF ORIGIN<br>WOMEN'S APPAREL<br>94% NYLON 6% SPANDEX SEAMLESS CAMI WITH LACE TRIM<br>ASSORTMENT DPC-ITEM NO.: 01601-6473<br>STYLE NO. 203458 / VENDER'S PO NO. 34276 / QTY 3384 / VALUE $5.55 / EXTENSION $18,781.20 | | |
| | | | TOTAL 3384PCS $18,781.20 | | |

GRAND TOTAL: 282 3384PCS INVOICE TOTAL: $18,781.20

* FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO. : 0160
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 507.60 KGS
TOTAL NET WEIGHT : 541.44 KGS
TOTAL GROSS WEIGHT : 846.00 KGS
CARTON DIMENSIONS : H= 10 CM W= 34 CM L= 42 CM

- TO BE CONTINUED -
WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

AMMAN CHAMBER OF INDUSTRY ACI/S EST. 1962 Amman-Jordan

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY AND TRADE INDUSTRIAL DEVELOPMENT DIRECTORATE

ATATEKS Foreign Trade / Jordan



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

| Shipper/Exporter | | (8) No. & date of invoice | |
|---|---|---|---|
| ATEKS FOREIGN TRADE LTD.<br>INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY<br>O BOX 42, AMMAN 11636 JORDAN<br>TEL: +962 6402 5151 FAX: +962 6402 5149 | | 00A0181/2006B & 19.11.2006<br>(9) No. & date of L/C<br>CAD &<br>(10) L/C issuing bank | |
| RIVATE LABEL<br>7 BROADWAY 2ND FLOOR, NEW YORK, NY 10012<br>TEL: + 1212 329 0800<br>ATTN: NILDA / MABEL | | (11) Remarks<br>• CONSIGNED TO: BANK OF AMERICA<br>1 FLEET WAY<br>SCRANTON, PA 18507 | |
| Notify party<br>THE WAREHOUSE 120 66 158th street jamaica N.Y 11431 USA | | • MAKER: ATATEKS FOREIGN TRADE LTD.<br>INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY<br>PO BOX 42, AMMAN 11636 JORDAN<br>• MID CODE: TRATATEK1ST | |
| Port of loading<br>HAIFA | (6) Final destination<br>NEW YORK | • COUNTRY OF ORIGIN: JORDAN<br>• FREIGHT COLLECT<br>• FOB HAIFA<br>• THE GOODS HAVE BEEN MARKED<br>IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. | |
| Carrier<br>ZIM LINE | (7) Sailing on or about | | |

| Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit price | (16) Amount |
|---|---|---|---|---|

| Marks & No's. | QTY (CTN) | CM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$) |
|---|---|---|---|---|---|
| FRONT & BACK & SIDE<br>TARGET STORES<br>PO NO.: 34277<br>DPC ITEM NO.: 01601-6433<br>STYLE NO.: 203452<br>COLOR:<br>SIZE: S/M/L/XL/XXL<br>SET PACK: 12PCS<br>MADE IN JORDAN<br>CARTON DIMENSIONS IN CM:<br>H: 10 CM W: 34 CM L: 49 CM | | | STORE PO NO: 34277<br>MERCHANDISE OF ORIGIN<br>WOMEN'S APPAREL<br><br>94% NYLON 6% SPANDEX SEAMLESS V-NECK TOP WITH LACE TRIM<br>ASSORTMENT DPC-ITEM NO.: 01601-6433<br>STYLE NO. 203452 — VENDER'S PO NO. 34277 — QTY 3360 — VALUE $4.50 — EXTENSION $15,120.00<br><br>TOTAL 3360PCS $15,120.00 | | |

GRAND TOTAL: 280 3360PCS INVOICE TOTAL: $15,120.00

- FABRIC/YARN : % 94 NYLON , % 6 SPANDEX
- TARGET DEPT. NO. : 0160
- MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
  INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
  PO BOX 42, AMMAN 11636 JORDAN

- TOTAL NET NET WEIGHT : 504.00 KGS
- TOTAL NET WEIGHT : 537.60 KGS
- TOTAL GROSS WEIGHT : 840.00 KGS
- CARTON DIMENSIONS : H- 10 CM W- 34 CM L- 49 CM

- TO BE CONTINUED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN







# ATATEKS Foreign Trade Ltd
# JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V. ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice: 00A0181/2006C & 19.11.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank

PRIVATE LABEL
7 BROADWAY 2ND FLOOR, NEW YORK, NY 10012
TEL: + 1212 529 0800
ATTN: NILDA / MABEL
Notify party

[illegible] WAREHOUSE: 120-65 168th street Jamaica N.Y 11431

(11) Remarks
* CONSIGNED TO: BANK OF AMERICA, 1 FLEET WAY, SCRANTON, PA 18507
* MAKER: ATATEKS FOREIGN TRADE LTD. INDUSTRIAL BUILDING V. ALTAJAMOUAT INDUSTRIAL CITY PO BOX 42 AMMAN 11636 JORDAN
* MID CODE: TRATATEK1ST
* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB HAIFA
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(3) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit price | (16) Amount

Marks & No's. | Qty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

STORE PO NO: 34287
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34287
DPC-ITEM NO.: 016010021
STYLE NO.: 203458
COLOR:
SIZE: S/M/L/XL/XXL
CASE PACK: 08PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H=10 CM W= 34 CM L= 24 CM

94% NYLON 6% SPANDEX SEAMLESS CAMI WITH LACE TRIM
ASSORTMENT DPC-ITEM NO.: 016010021

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 203458 | 34287 | DRIED SAGE | 1 | $5.55 | $5.55 |
| 203458 | 34287 | DRIED SAGE | 3 | $5.55 | $16.65 |
| 203458 | 34287 | DRIED SAGE | 2 | $5.55 | $11.10 |
| 203458 | 34287 | DRIED SAGE | 1 | $5.55 | $5.55 |
| 203458 | 34287 | DRIED SAGE | 1 | $5.55 | $5.55 |
| | | TOTAL | 08PCS | | $44.40 |

GRAND TOTAL: 1,562 12496PCS INVOICE TOTAL: $69,352.80

* FABRIC/YARN: % 94 NYLON , % 6 SPANDEX
* TARGET DEPT. NO.: 0160
* MANUFACTURER: ATATEKS FOREIGN TRADE LTD. INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT: 1,674.40 KGS
TOTAL NET WEIGHT: 1,999.36 KGS
TOTAL GROSS WEIGHT: 4,686.00 KGS
CARTON DIMENSIONS: H= 10 CM W= 34 CM L= 24 CM

- TO BE CONTINUED

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

AMMAN CHAMBER OF INDUSTRY, ACI/S, EST. 1962, Amman-Jordan, Hashemite Kingdom of Jordan

ATATEKS Foreign Trade / Jordan

ATATEKS

# ATATEKS Foreign Trade Ltd
# JORDAN

## COMMERCIAL INVOICE

Shipper/Exporter
ATEKS FOREIGN TRADE LTD
DUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
O BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice: 00A0181/2006D & 19.11.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank

PRIVATE LABEL
7 BROADWAY 2ND FLOOR, NEW YORK, NY 10012

(11) Remarks

Notify party

CONSIGNED TO: BANK OF AMERICA
1 FLEET WAY
SCRANTON, PA 18507

TILE WAREHOUSE 120-65 168th street Jamaica N.Y 11431
USA

MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

COUNTRY OF ORIGIN: JORDAN
FREIGHT COLLECT
FOB HAIFA
THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading: HAIFA
(5) Final destination: NEW YORK
(6) Carrier: ZIM LINE
(7) Sailing on or about

(12) Marks and numbers of units | (13) Description of goods | (14) Quantity/Unit | (15) Unit price | (16) Amount

Marks & No's. | Qty (CTNS) | UM | DESCRIPTION | U/COST (USD) | EXTENDED Cost(USD)

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34288
DPC ITEM NO.: 016010016
STYLE NO.: 203452
COLOR:
SIZE: S/M/L/XL/XXL
CASE PACK: 07PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 10 CM W= 34 CM L= 25 CM

STORE PO NO: 34288
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL

94% NYLON 6% SPANDEX SEAMLESS V-NECK TOP WITH LACE TRIM
ASSORTMENT UPC ITEM NO.: 016010016

| STYLE NO | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 203452 | 34288 | COROLLA SAND | 1 | $4.50 | $4.50 |
| 203452 | 34288 | COROLLA SAND | 2 | $4.50 | $9.00 |
| 203452 | 34288 | COROLLA SAND | 2 | $4.50 | $9.00 |
| 203452 | 34288 | COROLLA SAND | 1 | $4.50 | $4.50 |
| 203452 | 34288 | COROLLA SAND | 1 | $4.50 | $4.50 |
| TOTAL | | | 07PCS | | $31.50 |

GRAND TOTAL: 1,562 10934PCS INVOICE TOTAL: $49,203.00

FABRIC/YARN: % 94 NYLON, % 6 SPANDEX
TARGET DEPT. NO.: 0160
MANUFACTURER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

TOTAL NET NET WEIGHT: 1,640.10 KGS
TOTAL NET WEIGHT: 1,749.44 KGS
TOTAL GROSS WEIGHT: 4,686.00 KGS
CARTON DIMENSIONS: H= 10 CM W= 34 CM L= 25 CM

AMMAN CHAMBER OF INDUSTRY ACI/S EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

- TO BE CONTINUED -
WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

ATATEKS Foreign Trade / Jordan

# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V. ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

(8) No. & date of invoice
00A0183/2006A & 23.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank

(2) For Account & Risk of Messrs
[illegible]
597 BROADWAY 2ND FLOOR, NEW YORK, NY 10012
TEL: +1212 329 0800
ATTN: NILDA / MABEL

(11) Remarks
* CONSIGNED 1 PRIVATE LABEL
597 BROADWAY 2ND FLOOR, NEW YORK, NY 10012

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB JORDAN
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

(4) Port of loading: AMMAN
(5) Final destination:
(6) Carrier:
(7) Sailing on or about:

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

FOB JORDAN

WOMEN'S APPAREL
94% NYLON 6% SPANDEX SEAMLESS V-NECK TOP WITH LACE TRIM
94% NYLON 6% SPANDEX SEAMLESS CAMI WITH LACE TRIM

| STYLE NO. | STORE PO NO | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 203452 | 3057139 | | 120PCS | $4.50 | US$540.00 |
| 203458 | 3057139 | | 120PCS | $5.55 | US$666.00 |
| TOTAL | | | 240PCS | | US$1,206.00 |

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 3057139
DPC-ITEM NO.: 016-01
STYLE NO.: 203452
COLOR:
SIZE: S/M/L/XL
CASE PACK: 12PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H:10 CM W:33 CM L:48 CM
NUMBER OF BOXES: 10

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 3057139
DPC-ITEM NO.: 016-01
STYLE NO.: 203458
COLOR:
SIZE: S-M-L-XL
CASE PACK: 12PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H:10 CM W:33 CM L:40 CM
NUMBER OF BOXES: 10

* FABRIC/YARN 94% NYLON 6% SPANDEX
TARGET DEPT. NO.: 016

MANUFACTURER:
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 25.68 KGS
TOTAL NET WEIGHT : 37.40 KGS
TOTAL GROSS WEIGHT : 60.00 KGS
CARTON DIMENSIONS H:10 CM W:33 CM L:48 CM
H:10 CM W:33 CM L:40 CM

Stamps: THE HASHEMITE KINGDOM OF JORDAN – MINISTRY OF INDUSTRY AND TRADE – INDUSTRIAL DEVELOPMENT DIRECTORATE; AMMAN CHAMBER OF INDUSTRY – ACI'S – EST. 1962 – Amman-Jordan – Hashemite Kingdom of Jordan; ATATEKS Foreign Trade / Jordan

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 | FAX: +962 6402 5149

(8) No. & date of invoice
00A0183/2006B & 23.11.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank

(2) [illegible]
PRIVATE LABEL
597 BROADwAY 2ND FLOOR, NEW YORK , NY 10012
TEL +1212 329 0800
ATTN: NILDA / MABEL

(11) Remarks

* CONSIGNED T PRIVATE LABEL
597 BROADwAY 2ND FLOOR, NEW YORK , NY 10012

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEKIST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT COLLECT
* FOB JORDAN
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(3) Notify party
STILE WAREHOUSE;120-65 168th street jamaica N.Y 11431
USA

(4) Port of loading: AMMAN
(5) Final destination
(6) Carrier
(7) Sailing on or about

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

FOB JORDAN

WOMEN'S APPAREL
94% NYLON 6% SPANDEX SEAMLESS V-NECK TOP WITH LACE TRIM
94% NYLON 6% SPANDEX SEAMLESS CAMI WITH LACE TRIM

| STYLE NO. | STORE PO NO | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 203452 | 3057136 | | 540PCS | $4.50 | US$2,430.00 |
| 203458 | 3057136 | | 564PCS | $5.55 | US$3,130.20 |
| TOTAL | | | 1,104PCS | | US$5,560.20 |

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 3057136
DPC-ITEM NO. : 016-01
STYLE NO. : 203452
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM :
H:10 CM W:33 CM L:48 CM
NUMBER OF BOXES: 45

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 3057136
DPC-ITEM NO. : 016-01
STYLE NO. : 203458
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM
H:10 CM W:33 CM L:40 CM
NUMBER OF BOXES: 47

* FABRIC/YARN 94% NYLON 6% SPANDEX
* TARGET DEPT. NO.: 016

* MANUFACTURER :
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

TOTAL NET NET WEIGHT : 118.13 KGS
TOTAL NET WEIGHT : 172.04 KGS
TOTAL GROSS WEIGHT : 276.00 KGS
CARTON DIMENSIONS H:10 CM W:33 CM L:48 CM
H:10 CM W:33 CM L:40 CM

THE HASHEMITE KINGDOM OF JORDAN — MINISTRY OF INDUSTRY AND TRADE — INDUSTRIAL DEVELOPMENT DIRECTORATE
AMMAN CHAMBER OF INDUSTRY — EST. 1962 — Amman - Jordan
ATATEKS Foreign Trade / Jordan

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 | FAX: +962 6402 5149

(8) No. & date of invoice: 00A0111/2006 & 26.8.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank &

PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK , NY 10012
TEL: +1212 329 0800
ATTN: HILDA / NABEL

(11) Remarks

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

* CONSIGNED TO: PRIVATE LABEL
597 BROADEAY 2ND FLOOR NEW YORK
TEL: +1212 329 0800
ATTN: HILDA / NABEL

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V. ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42. AMMAN 11636 JORDAN

* MID CODE: TRATATEK1ST

(4) Port of loading: AMMAN
(5) Final destination: NEW YORK
(6) Carrier: QATAR AIR WAYS
(7) Sailing on or about: 23.8.2006

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT PREPAID
* FOB JORDAN
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34200
DPC-ITEM NO.: 01805-0020
STYLE NO.: 135609
COLOR: ASST
SIZE: ASST
CASE PACK: 54PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 23 CM W= 47 CM L= 85 CM

STORE PO NO: 34200
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL
LADIES % 94 NYLON, % 6 LYCRA

SEAMLESS SLEEVELESS ROUCHED TOP
ASSORTMENT DPC-ITEM NO.: 01805-0020

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34200 | IRISCOPE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | IRISCOPE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-XS | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-S | 4 | $4.45 | $17.80 |
| 135609 | 34200 | KONA-M | 5 | $4.45 | $22.25 |
| 135609 | 34200 | KONA-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | KONA-XL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-XXL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-S | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-M | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PAPYRUS GREEN-L | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | PINK ROSE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-XL | 1 | $4.45 | $4.45 |
| | | PINK ROSE-XXL | 1 | $4.45 | $4.45 |
| | | TOTAL | 54PCS | | $231.40 |

GRAND TOTAL: 200 CTNS 10800 PCS INVOICE TOTAL: $48,060.00

* FABRIC/YARN : % 94 NYLON , % 6 LYCRA
* TARGET DEPT. NO. : 018
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, AL' ÇAM SOK NO:26
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 1,784.00 KGS
TOTAL NET WEIGHT : 1,988.00 KGS
TOTAL GROSS WEIGHT : 2,192.00 KGS
CARTON DIMENSIONS : H= 23 CM W= 47 CM L= 85 CM

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY 82668PCS HANGER ST... $6,944.11

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

THE HASHEMITE KINGDOM OF JORDAN — MINISTRY OF INDUSTRY AND TRADE — DEVELOPMENT DIRECTORATE

ATATEKS EST. 1962 Amman-Jordan — The Hashemite Kingdom of Jordan

ATATEKS Foreign Trade / Jordan



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 | FAX: + 962 6402 5149

(8) No. & date of invoice: 06A0112/2006 & 30.8.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank

PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK , NY 10012
TEL: + 1212 329 0800
ATTN: HILDA / NABEL

(11) Remarks

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

* CONSIGNED TO: PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK , NY 10012
TEL: + 1212 329 0800
ATTN: HILDA / NABEL

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEKIST

(4) Port of loading
(5) Final destination: NEW YORK
(6) Carrier
(7) Sailing on or about: 2.9.2006

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT PREPAID
* FOB JORDAN
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34200
DPC-ITEM NO.: 01805-0020
STYLE NO.: 135609
COLOR: ASST
SIZE: ASST
CASE PACK: 54PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 23 CM W= 47 CM L= 85 CM

STORE PO NO: 34200
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL
LADIES % 94 NYLON, % 6 LYCRA

SEAMLESS SLEEVELESS ROUCHED TOP
ASSORTMENT DPC-ITEM NO.: 01805-0020

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34200 | IRISCOPE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | IRISCOPE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-XS | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-S | 4 | $4.45 | $17.80 |
| 135609 | 34200 | KONA-M | 5 | $4.45 | $22.25 |
| 135609 | 34200 | KONA-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | KONA-XL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-XXL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-S | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-M | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PAPYRUS GREEN-L | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | PINK ROSE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XXL | 1 | $4.45 | $4.45 |
| | | TOTAL | 54PCS | | $231.40 |

GRAND TOTAL: 400 CTNS 21600 PCS INVOICE TOTAL: $96,120.00

* FABRIC/YARN : % 94 NYLON , % 6 LYCRA
* TARGET DEPT. NO. : 018
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, AL ÇAM SOK NO:26
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 3,568.00 KGS
TOTAL NET WEIGHT 3,976.00 KGS
TOTAL GROSS WEIGHT 4,384.00 KGS
CARTON DIMENSIONS H= 23 CM W= 47 CM L= 85 CM

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
82668PCS HANGER [illegible] AT US$0.073 $6,944.11

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

(Stamp: THE HASHEMITE KINGDOM OF JORDAN — MINISTRY OF INDUSTRY AND TRADE)
(Stamp: AMMAN CHAMBER OF INDUSTRY — EST. 1962 — Amman-Jordan — Hashemite Kingdom of Jordan)

ATATEKS Foreign Trade / Jordan



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 | FAX: +962 6402 5149

(8) No. & date of invoice
00A0113/2006 & 30.8.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank

PRIVATE LABEL
597 BROADBAY 2ND FLOOR, NEW YORK , NY 10012
TEL: +1212 329 0800
ATTN: HILDA / NABEL

(11) Remarks

* CONSIGNED TO: PRIVATE LABEL
597 BROADBAY 2ND FLOOR, NEW YORK , NY 10012
TEL: +1212 329 0800
ATTN: HILDA / NABEL

(3) Notify party

STILE WAREHOUSE:120-65 198th street jamaica N.Y 11431
USA

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* MID CODE: TRATATEK1ST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT PREPAID
* FOB JORDAN
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading | (5) Final destination: NEW YORK
(6) Carrier | (7) Sailing on or about: 2.9.2006

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

| Marks & No's. | Qty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$) |
|---|---|---|---|---|---|
| FRONT & BACK & SIDE<br>TARGET STORES<br>PO NO. : 34200<br>DPC-ITEM NO. : 01805-0020<br>STYLE NO. : 135609<br>COLOR : ASST<br>SIZE : ASST<br>CASE PACK : 24PCS<br>MADE IN JORDAN<br>CARTON DIMENSIONS IN CM:<br>H= 15 CM W= 47 CM L= 85 CM | | | STORE PO NO: 34200<br>MERCHANDISE OF ORIGIN<br>WOMEN'S APPAREL<br>LADIES % 94 NYLON, % 6 LYCRA<br>SEAMLESS SLEEVELESS ROUCHED TOP<br>ASSORTMENT DPC-ITEM NO. : 01805-0020 | | |

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34200 | IRISCOPE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-S | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-M | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-L | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-S | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-M | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-L | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-S | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-M | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-L | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-S | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-M | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-L | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XXL | 1 | $4.45 | $4.45 |
| | | TOTAL | 24PCS | | $97.90 |

GRAND TOTAL : 227 CTNS 5448 PCS INVOICE TOTAL : $24,243.60

* FABRIC/YARN : % 94 NYLON , % 6 LYCRA
* TARGET DEPT. NO. : 018
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, AL ÇAM SOK NO:26
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : 899.63 KGS
TOTAL NET WEIGHT : 1,128.19 KGS
TOTAL GROSS WEIGHT : 1,352.92 KGS
CARTON DIMENSIONS : H= 23 CM W= 47 CM L= 85 CM

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
82668PCS HANGER STYLE CPT 17 AT US$0.073 $6,944.11

- TO BE CONTINUED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

AMMAN CHAMBER OF INDUSTRY EST. 1962 Amman-Jordan The Hashemite Kingdom of Jordan

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY AND TRADE

ATATEKS Foreign Trade / Jordan

ATATEKS Foreign Trade Ltd

ATATEKS

JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 FAX: +962 6402 5149

PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK , NY 10012
TEL: + 1212 329 0800
ATTN: HILDA / NABEL

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

(8) No. & date of invoice: 00A0115/2006 & 31.8.2006
(9) No. & date of L/C: CAD &
(10) L/C issuing bank
(11) Remarks
- CONSIGNED TO: PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK , NY 10012
TEL: + 1212 329 0800
ATTN: HILDA / NABEL
- MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN
- MID CODE: TRATATEKISI
- COUNTRY OF ORIGIN: JORDAN
- FREIGHT PREPAID
- FOB JORDAN
- THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

| (4) Port of loading | (5) Final destination |
|---|---|
| AMMAN | NEW YORK |
| (6) Carrier | (7) Sailing on or about |
| QATAR AIR WAYS | 23.8.2006 |

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Q'ty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 34200
DPC-ITEM NO. : 01805-0020
STYLE NO. : 135609
COLOR : ASST
SIZE : ASST
CASE PACK : 54PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 23 CM W= 47 CM L= 85 CM

STORE PO NO: 34200
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL
LADIES % 94 NYLON, % 6 LYCRA

SEAMLESS SLEEVELESS ROUCHED TOP
ASSORTMENT DPC -ITEM NO.: 01805-0020

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34200 | IRISCOPE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | IRISCOPE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | IRISCOPE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | IRISCOPE-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | KONA-XS | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-S | 4 | $4.45 | $17.80 |
| 135609 | 34200 | KONA-M | 5 | $4.45 | $22.25 |
| 135609 | 34200 | KONA-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | KONA-XL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | KONA-XXL | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-S | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-M | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PAPYRUS GREEN-L | 2 | $4.45 | $8.90 |
| 135609 | 34200 | PAPYRUS GREEN-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PAPYRUS GREEN-XXL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XS | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-S | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-M | 4 | $4.45 | $17.80 |
| 135609 | 34200 | PINK ROSE-L | 3 | $4.45 | $13.35 |
| 135609 | 34200 | PINK ROSE-XL | 1 | $4.45 | $4.45 |
| 135609 | 34200 | PINK ROSE-XXL | 1 | $4.45 | $4.45 |
| | | TOTAL | 54PCS | | $231.40 |

GRAND TOTAL : 274 CTNS 14796 PCS INVOICE TOTAL : $65,842.20

- FABRIC/YARN : % 94 NYLON , % 6 LYCRA
- TARGET DEPT NO : 018
- MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, AL ÇAM SOK NO:26
PO BOX 42, AMMAN 11636 JORDAN

- TOTAL NET NET WEIGHT 2,444.08 KGS
TOTAL NET WEIGHT 2,723.56 KGS
TOTAL GROSS WEIGHT 3,003.04 KGS
CARTON DIMENSIONS H= 23 CM W= 47 CM L= 85 CM

- INCLUDED IN THE AMOUNTS ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
82668PCS HANGER STYLE CPT 17 AT US$0.073 $6,044.11

- TO BE CONTINUED -

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

THE HASHEMITE KINGDOM OF JORDAN MINISTRY OF INDUSTRY AND TRADE

AMMAN CHAMBER OF INDUSTRY EST. 1962 Amman-Jordan Hashemite Kingdom of Jordan

ATATEKS Foreign Trade / Jordan

Tel: (+962) 6 402 5151 Fax: (+962) 6 402 5149 P.O.Box: 42 Altajamouat 11636 Jordan



# ATATEKS Foreign Trade Ltd
## JORDAN

## COMMERCIAL INVOICE

(1) Shipper/Exporter
ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO.BOX 42, AMMAN 11636 JORDAN
TEL: +962 6402 5151 | FAX: +962 6402 5149

PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK , NY 10012
TEL: + 1212 329 0800
ATTN: HILDA / NABEL

(3) Notify party
STILE WAREHOUSE:120-65 168th street jamaica N.Y 11431
USA

(8) No. & date of invoice
09A0120/2006 & 2.9.2006

(9) No. & date of L/C
CAD &

(10) L/C issuing bank

(11) Remarks

* CONSIGNED TO: PRIVATE LABEL
597 BROADEAY 2ND FLOOR, NEW YORK , NY 10012
TEL: + 1212 329 0800
ATTN: HILDA / NABEL

* MAKER: ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
[illegible]

* MFG CODE: TRATATEK1ST

* COUNTRY OF ORIGIN: JORDAN
* FREIGHT PREPAID
* FOB JORDAN
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

(4) Port of loading: AMMAN
(5) Final destination: NEW YORK
(6) Carrier: QATAR AIR WAYS
(7) Sailing on or about: 3.9.2006

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

Marks & No's. | Qty (CTN) | UM | DESCRIPTION | U/COST (USD$) | EXTENDED Cost(USD$)

FRONT & BACK & SIDE
TARGET STORES
PO NO. : 34202
DPC-ITEM NO. : 01805-0020
STYLE NO. : 135609
COLOR :
SIZE : XS/S/M/L/XL/XXL
CASE PACK : 12PCS
MADE IN JORDAN
CARTON DIMENSIONS IN CM:
H= 10 CM W= 45 CM L= 75 CM

STORE PO NO: 34202
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL
LADIES % 94 NYLON, % 6 LYCRA

SEAMLESS SLEEVELESS ROUCHED TOP
ASSORTMENT DPC-ITEM NO. : 01805-0020

| STYLE NO. | VENDERS PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34202 | IRISCOPE-XS | 12 | $4.45 | $53.40 |
| 135609 | 34202 | IRISCOPE-S | 12 | $4.45 | $53.40 |
| 135609 | 34202 | IRISCOPE-M | 12 | $4.45 | $53.40 |
| 135609 | 34202 | IRISCOPE-L | 12 | $4.45 | $53.40 |
| 135609 | 34202 | IRISCOPE-XL | 12 | $4.45 | $53.40 |
| 135609 | 34202 | IRISCOPE-XXL | 12 | $4.45 | $53.40 |
| 135609 | 34202 | KONA-XS | 12 | $4.45 | $53.40 |
| 135609 | 34202 | KONA-S | 12 | $4.45 | $53.40 |
| 135609 | 34202 | KONA-M | 12 | $4.45 | $53.40 |
| 135609 | 34202 | KONA-L | 12 | $4.45 | $53.40 |
| 135609 | 34202 | KONA-XL | 12 | $4.45 | $53.40 |
| 135609 | 34202 | KONA-XXL | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PAPYRUS GREEN-XS | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PAPYRUS GREEN-S | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PAPYRUS GREEN-M | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PAPYRUS GREEN-L | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PAPYRUS GREEN-XL | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PAPYRUS GREEN-XXL | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PINK ROSE-XS | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PINK ROSE-S | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PINK ROSE-M | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PINK ROSE-L | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PINK ROSE-XL | 12 | $4.45 | $53.40 |
| 135609 | 34202 | PINK ROSE-XXL | 12 | $4.45 | $53.40 |
| | | TOTAL | 12PCS | | $1,174.80 |

GRAND TOTAL : 726 CTNS 8712 PCS INVOICE TOTAL : $38,768.40

* FABRIC/YARN : % 94 NYLON , % 6 LYCRA
* TARGET DEPT. NO. : 018
* MANUFACTURER : ATATEKS FOREIGN TRADE LTD.
INDUSTRIAL BUILDING V, ALTAJAMOUAT INDUSTRIAL CITY
PO BOX 42, AMMAN 11636 JORDAN

* TOTAL NET NET WEIGHT : [illegible]06.80 KGS
TOTAL NET WEIGHT : [illegible]93.92 KGS
TOTAL GROSS WEIGHT : [illegible]8.00 KGS
CARTON DIMENSIONS : H= 10 CM W= 45 CM L= 75 CM

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
8712PCS HANGER STYLE CP[illegible] AT US$[illegible] $731.81

WE CERTIFY THAT THE GOODS ARE FROM JORDAN ORIGIN

AMMAN CHAMBER OF INDUSTRY
EST. 1962
Amman-Jordan
Hashemite Kingdom of Jordan

THE HASHEMITE KINGDOM OF JORDAN
MINISTRY OF INDUSTRY AND TRADE
INDUSTRIAL [illegible]

ATATEKS
Foreign Trade / Jordan