## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 133676 | SPANISH BROWN | S | 01809-1151 | $6.00 | 48 | 288.00 |
| 133676 | SPANISH BROWN | M | 01809-1151 | $6.00 | 48 | 288.00 |
| 133676 | SPANISH BROWN | L | 01809-1151 | $6.00 | 48 | 288.00 |
| 133676 | SPANISH BROWN | XL | 01809-1151 | $6.00 | 32 | 192.00 |
| 133676 | SPANISH BROWN | XXL | 01809-1151 | $6.00 | 16 | 96.00 |
| 133676 | BLUE COHOSH | S | 01809-1152 | $6.00 | 51 | 306.00 |
| 133676 | BLUE COHOSH | M | 01809-1152 | $6.00 | 51 | 306.00 |
| 133676 | BLUE COHOSH | L | 01809-1152 | $6.00 | 51 | 306.00 |
| 133676 | BLUE COHOSH | XL | 01809-1152 | $6.00 | 34 | 204.00 |
| 133676 | BLUE COHOSH | XXL | 01809-1152 | $6.00 | 17 | 102.00 |
| 133676 | CHERRY BLUSH | S | 01809-1153 | $6.00 | 45 | 270.00 |
| 133676 | CHERRY BLUSH | M | 01809-1153 | $6.00 | 45 | 270.00 |
| 133676 | CHERRY BLUSH | L | 01809-1153 | $6.00 | 45 | 270.00 |
| 133676 | CHERRY BLUSH | XL | 01809-1153 | $6.00 | 30 | 180.00 |
| 133676 | CHERRY BLUSH | XXL | 01809-1153 | $6.00 | 15 | 90.00 |
| 133676 | TEEPEE BROWN | S | 01809-1154 | $6.00 | 51 | 306.00 |
| 133676 | TEEPEE BROWN | M | 01809-1154 | $6.00 | 51 | 306.00 |
| 133676 | TEEPEE BROWN | L | 01809-1154 | $6.00 | 51 | 306.00 |
| 133676 | TEEPEE BROWN | XL | 01809-1154 | $6.00 | 34 | 204.00 |
| 133676 | TEEPEE BROWN | XXL | 01809-1154 | $6.00 | 17 | 102.00 |
| 133676 | BISTRO BROWN | S | 01809-1155 | $6.00 | 48 | 288.00 |
| 133676 | BISTRO BROWN | M | 01809-1155 | $6.00 | 48 | 288.00 |
| 133676 | BISTRO BROWN | L | 01809-1155 | $6.00 | 48 | 288.00 |
| 133676 | BISTRO BROWN | XL | 01809-1155 | $6.00 | 32 | 192.00 |
| 133676 | BISTRO BROWN | XXL | 01809-1155 | $6.00 | 16 | 96.00 |
| 133676 | EBONY | S | 01809-1156 | $6.00 | 60 | 360.00 |
| 133676 | EBONY | M | 01809-1156 | $6.00 | 60 | 360.00 |
| 133676 | EBONY | L | 01809-1156 | $6.00 | 60 | 360.00 |
| 133676 | EBONY | XL | 01809-1156 | $6.00 | 40 | 240.00 |
| 133676 | EBONY | XXL | 01809-1156 | $6.00 | 20 | 120.00 |
| 133676 | MANHATTAN MIST | S | 01809-1157 | $6.00 | 42 | 252.00 |
| 133676 | MANHATTAN MIST | M | 01809-1157 | $6.00 | 42 | 252.00 |
| 133676 | MANHATTAN MIST | L | 01809-1157 | $6.00 | 42 | 252.00 |
| 133676 | MANHATTAN MIST | XL | 01809-1157 | $6.00 | 28 | 168.00 |
| 133676 | MANHATTAN MIST | XXL | 01809-1157 | $6.00 | 14 | 84.00 |
| 133676 | MOSS FLASH | S | 01809-1158 | $6.00 | 51 | 306.00 |
| 133676 | MOSS FLASH | M | 01809-1158 | $6.00 | 51 | 306.00 |
| 133676 | MOSS FLASH | L | 01809-1158 | $6.00 | 51 | 306.00 |
| 133676 | MOSS FLASH | XL | 01809-1158 | $6.00 | 34 | 204.00 |
| 133676 | MOSS FLASH | XXL | 01809-1158 | $6.00 | 17 | 102.00 |
| 133676 | DEEP PEWTER | S | 01809-1159 | $6.00 | 51 | 306.00 |
| 133676 | DEEP PEWTER | M | 01809-1159 | $6.00 | 51 | 306.00 |
| 133676 | DEEP PEWTER | L | 01809-1159 | $6.00 | 51 | 306.00 |
| 133676 | DEEP PEWTER | XL | 01809-1159 | $6.00 | 34 | 204.00 |
| 133676 | DEEP PEWTER | XXL | 01809-1159 | $6.00 | 17 | 102.00 |
| 133676 | PLUM | S | 01809-1160 | $6.00 | 51 | 306.00 |
| 133676 | PLUM | M | 01809-1160 | $6.00 | 51 | 306.00 |
| 133676 | PLUM | L | 01809-1160 | $6.00 | 51 | 306.00 |
| 133676 | PLUM | XL | 01809-1160 | $6.00 | 34 | 204.00 |
| 133676 | PLUM | XXL | 01809-1160 | $6.00 | 17 | 102.00 |
| 133676 | PURPLE FUZZ | S | 01809-1161 | $6.00 | 54 | 324.00 |
| 133676 | PURPLE FUZZ | M | 01809-1161 | $6.00 | 54 | 324.00 |
| 133676 | PURPLE FUZZ | L | 01809-1161 | $6.00 | 54 | 324.00 |
| 133676 | PURPLE FUZZ | XL | 01809-1161 | $6.00 | 36 | 216.00 |
| 133676 | PURPLE FUZZ | XXL | 01809-1161 | $6.00 | 18 | 108.00 |
| 133676 | CHERUB ROSE | S | 01809-1162 | $6.00 | 48 | 288.00 |

AT-0130

| 133676 | CHERUB ROSE | M | 01809-1162 | $6,00 | 48 | 288,00 |
|---|---|---|---|---|---|---|
| 133676 | CHERUB ROSE | L | 01809-1162 | $6,00 | 48 | 288,00 |
| 133676 | CHERUB ROSE | XL | 01809-1162 | $6,00 | 32 | 192,00 |
| 133676 | CHERUB ROSE | XXL | 01809-1162 | $6,00 | 16 | 96,00 |
| 133676 | SHELL | S | 01809-1163 | $6,00 | 54 | 324,00 |
| 133676 | SHELL | M | 01809-1163 | $6,00 | 54 | 324,00 |
| 133676 | SHELL | L | 01809-1163 | $6,00 | 54 | 324,00 |
| 133676 | SHELL | XL | 01809-1163 | $6,00 | 36 | 216,00 |
| 133676 | SHELL | XXL | 01809-1163 | $6,00 | 18 | 108,00 |
| 133676 | SUGAR N SPICE | S | 01809-1164 | $6,00 | 48 | 288,00 |
| 133676 | SUGAR N SPICE | M | 01809-1164 | $6,00 | 48 | 288,00 |
| 133676 | SUGAR N SPICE | L | 01809-1164 | $6,00 | 48 | 288,00 |
| 133676 | SUGAR N SPICE | XL | 01809-1164 | $6,00 | 32 | 192,00 |
| 133676 | SUGAR N SPICE | XXL | 01809-1164 | $6,00 | 16 | 96,00 |
| 133676 | VIOLET PATCH | S | 01809-1165 | $6,00 | 51 | 306,00 |
| 133676 | VIOLET PATCH | M | 01809-1165 | $6,00 | 51 | 306,00 |
| 133676 | VIOLET PATCH | L | 01809-1165 | $6,00 | 51 | 306,00 |
| 133676 | VIOLET PATCH | XL | 01809-1165 | $6,00 | 34 | 204,00 |
| 133676 | VIOLET PATCH | XXL | 01809-1165 | $6,00 | 17 | 102,00 |
| 133676 | TRUE WHITE | S | 01809-1166 | $6,00 | 51 | 306,00 |
| 133676 | TRUE WHITE | M | 01809-1166 | $6,00 | 51 | 306,00 |
| 133676 | TRUE WHITE | L | 01809-1166 | $6,00 | 51 | 306,00 |
| 133676 | TRUE WHITE | XL | 01809-1166 | $6,00 | 34 | 204,00 |
| 133676 | TRUE WHITE | XXL | 01809-1166 | $6,00 | 17 | 102,00 |
| TTL: | | | | | 3.216 | 19.296,00 |

133676
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 804 | 804 | 804 | 536 | 268 | 3.216PCS |
| | N.N.WT/PC | 0,134250622 | 0,134250622 | 0,134250622 | 0,134250622 | 0,134250622 | |
| | TOTAL WT | 107,94 | 107,94 | 107,94 | 71,96 | 35,98 | 431,75 |

Signed by _____

AT-0131

Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Merter V.D.: 0990333695


İl Kodu 34


**ATATEKS**
DIŞ TİCARET A.Ş.

SAYIN  PRIVATE LABEL SOURCING, LLC
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012 USA

**FATURA**
FATURA TARİHİ : 04/01/2006

SERİ C SIRA NO. : 767249

MÜŞ. V.D. HES. NO.:
MÜŞ. KODU
SIRA NO.
REF. NO. : DT/5063

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| ATLET | %94 NAYLON, %6 ELASTİK BOYALI | ( 619,35Kg) AD | 3.216,00 | 6,00 | 19.296,00 |

BRÜT AĞIRLIK..:
NET AĞIRLIK..: 619,35 KG
PAKETLEME...: 268 KOLİ
BANKA.......: KOÇBANK MERTER ŞB.
ÖDEME.......: VESAİK MUKABİLİ
FOB TUTARI..: 19.296,00 USD
NAVLUN......:
SİGORTA.....:
MENŞEİ......: TÜRKİYE

İRSALİYE TARİHİ - NO.:
ÖDEME SÜRESİ    :

TOPLAM  19.296,00  FCA/USD
KDV % 18
FATURA TUTARI 19.296,00  FCA/USD

YALNIZ: #OnDokuzBinİkiYüzDoksanAltı#  USD

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %............ vade farkı tahakkuk ettirilir.
3- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

AT-0132



PRIVATE LABEL
## CERTIFICATE OF QUALITY INSPECTION

REF ; 2004208

Date ; 01/06/05

To Whom It May Concern
We hereby certify that the undersigned did attent the manufacturer's premises to inpect the following ;

| | |
|---|---|
| FACTORY | ; ATATEKS TEKSTİL İŞLETMELERİ A.Ş. |
| VENDOR PO# | ; 34143 |
| STYLE NUMBER | ; 133676 |
| QUANTITY SHIPPED | ; 3.216 PCS |
| NUMBER OF CARTONS | ; 268 CARTONS |
| DESCRIPTION | ; LADIES 94% NYLON 6%LYCRA SEAMLESS HALTER TOP WITH BRA |

And found the merchandise in good condition and in compliance with your purchase order subject to the usual allowance.

DATE OF INSPECTION    ; 01/05/05




AT-0133



AT-0134

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | | (8) No. & date of invoice | |
|---|---|---|---|
| ATATEKS DIŞ TIC AŞ.<br>KERESTECİLER SİTESİ   ÇAM SOK NO:26<br>MERTER - ISTANBUL - TURKEY<br>TEL:+90 212  4134343  FAX  5561246 | | 780173 & 23 Mart 06 | |
| | | (9) No. & date of L/C | |
| | | - & | |
| | | (10) L/C issuing bank | |
| | | BANK OF NEW YORK | |
| (2) For Account & Risk of Messrs. | | | |
| PRIVATE LABEL LLC,<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, NY 10012<br>USA | | (11) Remarks | |
| | | * CONSIGNED TO :  PRIVATE LABEL LLC,<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, NY 10012<br>USA | |
| (3) Notify party | | | |
| | | * COUNTRY OF ORIGIN: TURKEY | |
| (4) Port of loading | (5) Final destination | * FREIGHT COLLECT | |
| ISTANBUL | MIAMI | *CAD | |
| (6) Carrier | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH<br>U.S. CUSTOMS REGULATIONS. | |
| BIGES | Mar. 23, 2006 | | |
| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |

CAD

FRONT & BACK & SIDE
TARGET.COM
PO NO. :   34185

STYLE NO. :   135609
COLOR :
SIZE : S/M/L/XL/XXL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 25 CM W= 23 CM L= 30 CM
NUMBER OF BOXES:   48
FRONT & BACK & SIDE
TARGET STORES
PO NO. :   34185

STYLE NO. :   135609
COLOR :
SIZE : S-M-L-XL-XXL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 25 CM W= 23 CM L= 30 CM

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

| STYLE NO. | STORE PO NO. | VENDER'S PO NO | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34185 | 576PCS | $3,95 | US$2.275,20 |
| TOTAL | | | 576PCS | | US$2.275,20 |

* FABRIC/YARN  % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:   018

* MANUFACTURER :
ATATEKS TEKSTIL İŞLETMELERİ A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

* TOTAL NET NET WEIGHT    :      97,34      KGS
  TOTAL NET WEIGHT         :      97,92      KGS
  TOTAL GROSS WEIGHT       :     112,32      KGS
  CARTON DIMENSIONS        :   30*23*25

AT-0135

## COMMERCIAL INVOICE(2)

| **STYLE NO. | COLOR/SIZE | | TD # | U/PRICE | QTY(PCS) | AMOUNT(US) |
|---|---|---|---|---|---|---|
| 135609 | BLUE COHOSH | XS | 10264618 | $3.95 | 12 | 47.40 |
| 135609 | BLUE COHOSH | S | 10264655 | $3.95 | 12 | 47.40 |
| 135609 | BLUE COHOSH | M | 10264654 | $3.95 | 12 | 47.40 |
| 135609 | BLUE COHOSH | L | 10264653 | $3.95 | 12 | 47.40 |
| 135609 | BLUE COHOSH | XL | 10264652 | $3.95 | 12 | 47.40 |
| 135609 | BLUE COHOSH | XXL | 10264651 | $3.95 | 12 | 47.40 |
| 135609 | SPANISH BROWN | XS | 10264656 | $3.95 | 12 | 47.40 |
| 135609 | SPANISH BROWN | S | 10264650 | $3.95 | 12 | 47.40 |
| 135609 | SPANISH BROWN | M | 10264649 | $3.95 | 12 | 47.40 |
| 135609 | SPANISH BROWN | L | 10264648 | $3.95 | 12 | 47.40 |
| 135609 | SPANISH BROWN | XL | 10264659 | $3.95 | 12 | 47.40 |
| 135609 | SPANISH BROWN | XXL | 10264658 | $3.95 | 12 | 47.40 |
| 135609 | CHERRY BLUSH | XS | 10264617 | $3.95 | 12 | 47.40 |
| 135609 | CHERRY BLUSH | S | 10264647 | $3.95 | 12 | 47.40 |
| 135609 | CHERRY BLUSH | M | 10264646 | $3.95 | 12 | 47.40 |
| 135609 | CHERRY BLUSH | L | 10264645 | $3.95 | 12 | 47.40 |
| 135609 | CHERRY BLUSH | XL | 10264644 | $3.95 | 12 | 47.40 |
| 135609 | CHERRY BLUSH | XXL | 10264657 | $3.95 | 12 | 47.40 |
| 135609 | EBONY | XS | 10264616 | $3.95 | 12 | 47.40 |
| 135609 | EBONY | S | 10264643 | $3.95 | 12 | 47.40 |
| 135609 | EBONY | M | 10264642 | $3.95 | 12 | 47.40 |
| 135609 | EBONY | L | 10264641 | $3.95 | 12 | 47.40 |
| 135609 | EBONY | XL | 10264640 | $3.95 | 12 | 47.40 |
| 135609 | EBONY | XXL | 10264639 | $3.95 | 12 | 47.40 |
| 135609 | MOSS FLASH | XS | 10264615 | $3.95 | 12 | 47.40 |
| 135609 | MOSS FLASH | S | 10264638 | $3.95 | 12 | 47.40 |
| 135609 | MOSS FLASH | M | 10264637 | $3.95 | 12 | 47.40 |
| 135609 | MOSS FLASH | L | 10264636 | $3.95 | 12 | 47.40 |
| 135609 | MOSS FLASH | XL | 10264635 | $3.95 | 12 | 47.40 |
| 135609 | MOSS FLASH | XXL | 10264634 | $3.95 | 12 | 47.40 |
| 135609 | DEEP PEWTER | XS | 10264614 | $3.95 | 12 | 47.40 |
| 135609 | DEEP PEWTER | S | 10264633 | $3.95 | 12 | 47.40 |
| 135609 | DEEP PEWTER | M | 10264632 | $3.95 | 12 | 47.40 |
| 135609 | DEEP PEWTER | L | 10264631 | $3.95 | 12 | 47.40 |
| 135609 | DEEP PEWTER | XL | 10264630 | $3.95 | 12 | 47.40 |
| 135609 | DEEP PEWTER | XXL | 10264629 | $3.95 | 12 | 47.40 |
| 135609 | SHELL | XS | 10264613 | $3.95 | 12 | 47.40 |
| 135609 | SHELL | S | 10264628 | $3.95 | 12 | 47.40 |
| 135609 | SHELL | M | 10264627 | $3.95 | 12 | 47.40 |
| 135609 | SHELL | L | 10264626 | $3.95 | 12 | 47.40 |
| 135609 | SHELL | XL | 10264625 | $3.95 | 12 | 47.40 |
| 135609 | SHELL | XXL | 10264624 | $3.95 | 12 | 47.40 |
| 135609 | TRUE WHITE | XS | 10264612 | $3.95 | 12 | 47.40 |
| 135609 | TRUE WHITE | S | 10264623 | $3.95 | 12 | 47.40 |
| 135609 | TRUE WHITE | M | 10264622 | $3.95 | 12 | 47.40 |
| 135609 | TRUE WHITE | L | 10264621 | $3.95 | 12 | 47.40 |
| 135609 | TRUE WHITE | XL | 10264620 | $3.95 | 12 | 47.40 |
| 135609 | TRUE WHITE | XXL | 10264619 | $3.95 | 12 | 47.40 |
| TTL: | | | | | 576 | 2,275.20 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | QTY | 96 | 96 | 96 | 96 | 96 | 96 | 576PCS |
| | N.N.WT/PC | 0.168993056 | 0.168993056 | 0.168993056 | 0.168993056 | 0.168993056 | 0.168993056 | |
| | TOTAL WT | 16.22 | 16.22 | 16.22 | 16.22 | 16.22 | 16.22 | 97.34 |

Signed by _____

AT-0136

Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Merter V.D.: 0990333695


İl Kodu 34


**ATATEKS**
DIŞ TİCARET A.Ş.

SAYIN
PRIVATE LABEL SOURCING, LLC
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012 USA



**FATURA**
FATURA TARİHİ: 23/03/2006

SERİ A SIRA NO.: 780173

MÜŞ. V.D. HES. NO.:
SIRA NO.
REF. NO.

MÜŞ. KODU: DT/5644

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| ATLET | %94 NAYLON, %6 ELASTİK BOYALI | (97,92Kg) AD | 576,00 | 3,95 | 2.275,20 |

BRÜT AĞIRLIK..: 112,32 KG
NET AĞIRLIK...: 97,92 KG
PAKETLEME....: 48 KOLİ
BANKA........: KOÇBANK / MERTER ŞB.
ÖDEME........: VESAİK MUKABİLİ
FOB TUTARI...: 2.275,20 USD
NAVLUN.......:
SİGORTA......:
MENŞE........: TÜRKİYE
İRSALİYE TARİHİ NO.:

ÖDEME SÜRESİ:

YALNIZ:

TOPLAM
KDV % 18    2.275,20 FOB/USD
FATURA TUTARI
            2.275,20 FOB/USD

TESLİM ALAN

1- İşbu fatura... itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %........ vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

B. YILI VE YERİ: 2006 Elit Matbaa Form ve Etiket San. Tic. Ltd. Şti.-Seyrantepe Mah. Yıldız Sok. No:29 K/1
4.Levent-İST. Tel:(0212) 281 18 74 (Pbx) Maslak V.D. 3320334414 Anl.Tar. No:14.11.2005/2471

AT-0137



PRIVATE LABEL
## CERTIFICATE OF QUALITY INSPECTION

REF ; 2004237

Date ; 03/28/06

To Whom It May Concern
We hereby certify that the undersigned did attent the manufacturer's premises to inpect the following ;

| | |
|---|---|
| FACTORY | ; ATATEKS TEKSTİL İŞLETMELERİ A.Ş. |
| VENDOR PO# | : 34185 |
| STYLE NUMBER | ; 135609 |
| QUANTITY SHIPPED | ; 576 PCS |
| NUMBER OF CARTONS | ; 48 CARTONS |
| DESCRIPTION | ; LADIES %94 NYLON %6 LYCRA SEAMLESS RACER BACK TANK TOP |

And found the merchandise in good condition and in compliance with your purchase order subject to the usual allowance.

DATE OF INSPECTION ; 03/24/06




AT-0138

STAPLE DOCUMENTS ABOVE PERFORATION

| 057 | IST | 7160 4702 | BIG -000051 | | BIG -000051 |

**Air Waybill**
Issued by BIGES INTERNATIONAL TRANSPORT CO.
ATATURK AIRPORT / TURKIYE

Shipper's Name and Address:
ATATEKS DIS TICARET A.S.
KERESTECILER SITESI CAM SOK.NO:26
MERTER ISTANBUL

Consignee's Name and Address:
PRIVATE LABEL LLC,
597 BROADWAY 2nd FLOOR
NEW YORK, N.Y. 10012 USA

Issuing Carrier's Agent Name and City:
BIGES INTERNATIONAL TRANSPORT CO.
ATATURK AIRPORT/ISTANBUL

Agent's IATA Code: 88-4 7600 001 2

Accounting Information:
FREIGHT COLLECT
NOTIFY:C-AIR BROKERS & FORWARDERS, INC
6176 N.W. 74 th AVENUE MIAMI,FLORIDA
33166 ATTN:CARLOS VALDESTERRY
TEL:305-477-8112
FAX:305-477-8501

Airport of Departure: ATATURK / ISTANBUL

To: MIA   By First Carrier: AIRFRANCE AIRLINES   Currency: EUR

Airport of Destination: MIAMI
Flight/Date: AF7031/28MARCH06
          AF090/29MARCH06

Amount of Insurance: NIL

Handling Information:
MARKS ADDR: 48 COLLIES
ATTD:INVOICE CERTIFICATE OF ORIGIN PACKING LIST

| No of Pieces | Gross Weight | kg/lb | Rate Class Commodity Item No. | Chargeable Weight | Rate | Total Charge | Nature and Quantity of Goods |
|---|---|---|---|---|---|---|---|
| 48 | 1123K | Q | | 138 | A S | A G R E E D | 294 NYLON & LYCRA SEAMLESS RACERBACK TANK TOP ORIGIN:TURKIYE PO#94186 STYLE#135609 30X 23X 25X 48 |

Weight Charge: AS AGREED

BIGES INTERNATIONAL / ISTANBUL
Signature of Shipper or his Agent

27/03/2006   ATATURK AIRPORT / ISTANBUL   YAVUZ ÇEKER
Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent

AT-0139

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | | |
|---|---|---|---|
| ATATEKS DIŞ TIC AŞ. | 780243 | & | 31 Mart 06 |
| KERESTECİLER SİTESİ   ÇAM SOK NO:26 | (9) No. & date of L/C | | |
| MERTER - ISTANBUL -TURKEY | CAD | & | |
| TEL:+90 212   4134343   FAX   5561246 | (10) L/C issuing bank | | |
| (2) For Account & Risk of Messrs | BANK OF AMERICA | | |
| PRIVATE LABEL LLC, | | | |
| 597 BROADWAY 2ND FLOOR | (11) Remarks | | |
| NEW YORK, NY 10012 | | | |
| USA | * CONSIGNED TO : PRIVATE LABEL LLC, | | |
| (3) Notify party | 597 BROADWAY 2ND FLOOR | | |
| | NEW YORK, NY 10012 | | |
| | USA | | |
| | * MAKER:   ATATEKS TEKSTIL ISLETMELERI A.S. | | |
| | KERESTECILER SITESI CAM SOKAK NO:26 | | |
| | MERTER / ISTANBUL / TURKEY | | |
| | * MID CODE:   TRATATEKIST | | |
| | * COUNTRY OF ORIGIN: TURKEY | | |
| (4) Port of loading | (5) Final destination | * FREIGHT COLLECT | |
| ISTANBUL | MIAMI | * FOB TURKEY | |
| (6) Carrier | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH | |
| BIGES | Mar. 31, 2006 | U.S. CUSTOMS REGULATIONS. | |
| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |

FOB

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

FRONT & BACK & SIDE
TARGET STORES
PO NO. :   34168
DPC-ITEM NO. : 016-01
STYLE NO. :   135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
...MBER OF BOXES:   140
...ONT & BACK & SIDE
TARGET STORES
PO NO. :   34168
DPC-ITEM NO. : 016-01
STYLE NO. :   135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM
hanger no: CPT-17

| STYLE NO. | STORE PO NO. | 'ENDER'S PO NO | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34168 | 1.680PCS | $3,75 | US$6,300.00 |
| TOTAL | | | 1.680PCS | | US$6,300.00 |

* FABRIC/YARN  % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:   018

* MANUFACTURER  :
ATATEKS TEKSTIL İŞLETMELERI A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

* TOTAL NET NET WEIGHT   :   294,70   KGS
  TOTAL NET WEIGHT        :   353,50   KGS
  TOTAL GROSS WEIGHT      :   477,68   KGS
  CARTON DIMENSIONS       :   75*45*10

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
1680 PCS HANGER STYLE CPT-17 AT US$0,073      $122,64

AT-0140

AT-0141

## COMMERCIAL INVOICE(2)

| STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | BLUE COHOSH | XS | 01805-2867 | $3.75 | 132 | 495.00 |
| 135609 | SPANISH BROWN | XS | 01805-2873 | $3.75 | 168 | 630.00 |
| 135609 | CHERRY BLUSH | XS | 01805-2879 | $3.75 | 120 | 450.00 |
| 135609 | EBONY | XS | 01805-2885 | $3.75 | 420 | 1,575.00 |
| 135609 | MOSS FLASH | XS | 01805-2891 | $3.75 | 168 | 630.00 |
| 135609 | DEEP PEWTER | XS | 01805-2897 | $3.75 | 204 | 765.00 |
| 135609 | SHELL | XS | 01805-2904 | $3.75 | 120 | 450.00 |
| 135609 | TRUE WHITE | XS | 01805-2914 | $3.75 | 348 | 1,305.00 |
| TTL: | | | | | 1,680.00 | 6,300.00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | TOTAL |
|---|---|---|---|
| | Q'TY | 1,680 | 1,680PCS |
| | N.N.W'T/PC | 0.175416667 | |
| | TOTAL W'T | 294.70 | 294.70 |



Signed by _____



AT-0142

| Shipper | | |
|---|---|---|
| ATATEKS DIS TIC. A.S.<br>KERESTECILER SITESI CAM SOK. NO:26<br>MERTER / ISTANBUL, TURKEY | | NEGOTIABLE<br>MULTIMODAL TRANSPORT<br>BILL OF LADING<br>Issued subject to UNCTAD/ICC Rules for<br>Multimodal Transport Documents (ICC Publ. 481) |
| Consigned to order of<br>PRIVATE LABEL LLC,<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, N.Y. 10012 USA | | **BIGES INT.TRANS.CO.<br>CONTAINER SERVICES** |
| Notify address<br>C-AIR BROKERS & FORWARDERS, INC.<br>6176 NW 74TH AVENUE MIAM, FLORIDA 33166<br>ATTN: CARLOS VALDES PHONE 3054778112 FAX 3054778601 | | Ref:ISTMIA06/30043 |
| Place of receipt | | |
| Ocean vessel<br>BESIRE KALKAVAN 207603 | Port of loading<br>ISTANBUL | |
| Port of discharge<br>MIAMI | Place of delivery | |

| Marks and numbers | Number and kind of packages | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| CLHU 826772-0/ 40'HC<br>SEAL NO :306802 | 1720 COLLIES | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34168) | 5,868,64 KG. | |
| CAXU 438565-0/ 40'DC<br>SEAL NO :306865 | 1632 COLLIES | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34167) | 5,568,38 KG. | |
| GLDU 060594-4/ 40'HC<br>SEAL NO :306829 | 1879 COLLIES | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34167) | 6,411,15 KG. | |
| GLDU 055085-7/ 40' HC<br>SEAL NO :304290 | 1796 COLLIES | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34167) | 6,127,95 KG. | |

FREIGHT COLLECT
FCL/FCL

TOTAL 7027 COLLIES / 23.976,12 KG.

**CLEAN ON BOARD**

ALL EXPENCES AS FROM FREE OUT DISCHARGING TILL RELOADING OF EMPTY CONTAINER TO BE RECEIVER'S A/C

according to the declaration of the consignor

~~SHIPPER STOW, LOAD & COUNT~~

| Declaration of interest of the consignor in timely delivery (Clause 6.2) | Declared value for ad valorem rate according to the declaration of the consignor (Clauses 7 and 8) |
|---|---|

The goods and instructions are accepted and dealt with subject to the Standard Conditions printed overleaf.

Taken in charge in apparent good order and condition, unless otherwise noted herein, at the place of receipt for transport and delivery as mentioned above.

One of these Multimodal Transport Bills of Lading must be surrendered duly endorsed in exchange for the goods. In Witness whereof the original Multimodal Transport Bills of Lading all of this tenor and date have been signed in the number stated below, one of which being accomplished the other(s) to be void.

| Freight amount | Freight payable at<br>DESTINATION | Place and date of issue<br>ISTANBUL |
|---|---|---|
| Cargo Insurance through the undersigned<br>☐ not covered  ☐ Covered according to attached Policy | Number of Original FBL's<br>3/THREE | Stamp and signature |
| For delivery of goods please apply to:<br>STILE LOGISTICS<br>181 SOUTH FRANKLIN AVENUE<br>VALLEY STREAM NY 11581<br>PH: (516) 3747400 FAX: (516) 3743200 | | |

Text authorized by FIATA. Copyright reserved. © FIATA/Zurich-Switzerland 6.92

AT-0143

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | |
|---|---|---|
| ATATEKS DIŞ TIC AŞ. <br> KERESTECİLER SİTESİ  ÇAM SOK NO:26 <br> MERTER - ISTANBUL -TURKEY | 780246 | & 31 Mart 06 |
| | (9) No. & date of L/C | |
| | CAD | & |
| TEL:+90 212  4134343  FAX  5561246 | (10) L/C issuing bank | |
| (2) For Account & Risk of Messrs | BANK OF AMERICA | |
| PRIVATE LABEL LLC, <br> 597 BROADWAY 2ND FLOOR <br> NEW YORK, NY 10012 <br> USA | (11) Remarks | |
| (3) Notify party | * CONSIGNED TO : PRIVATE LABEL LLC, <br>  597 BROADWAY 2ND FLOOR <br>  NEW YORK, NY 10012 <br>  USA <br><br> * MAKER: ATATEKS TEKSTIL ISLETMELERI A.S. <br>  KERESTECILER SITESI CAM SOKAK NO:26 <br>  MERTER / ISTANBUL / TURKEY <br><br> * MID CODE: TRATATEKIST <br><br> * COUNTRY OF ORIGIN: TURKEY | |
| (4) Port of loading <br> ISTANBUL | (5) Final destination <br> MIAMI | * FREIGHT COLLECT <br> * FOB TURKEY |
| (6) Carrier <br> TURNAK | (7) Sailing on or about <br> Mar. 31, 2006 | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH <br> U.S. CUSTOMS REGULATIONS. |

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|
| | | | | FOB |
| FRONT & BACK & SIDE <br> TARGET STORES <br> PO NO.:  34167 <br> DPC-ITEM NO.: 016-01 <br> STYLE NO.:  135609 <br> COLOR: <br> SIZE : S/M/L/XL <br> CASE PACK : 12PCS <br> MADE IN TURKEY <br> CARTON DIMENSIONS IN CM : <br> H= 10 CM W= 45 CM L= 75 CM <br> BER OF BOXES:  6887 | **WOMEN'S APPAREL** <br> LADIES % 94 NYLON , % 6 LYCRA <br> 135609 | | | |
| | STYLE NO. | STORE PO NO. | ENDER'S PO NO | QTY | U/PRICE | AMOUNT |
| | 135609 | | 34167 | 82.644PCS | $3,75 | US$309.915,00 |
| | TOTAL | | | 82.644PCS | | US$309.915,00 |
| FRONT & BACK & SIDE <br> TARGET STORES <br> PO NO.:  34167 <br> DPC-ITEM NO.: 016-01 <br> STYLE NO.:  135609 <br> COLOR: <br> SIZE : S-M-L-XL <br> CASE PACK :12PCS <br> MADE IN TURKEY <br> CARTON DIMENSIONS IN CM : <br> H= 10 CM W= 45 CM L=75 CM <br> hanger no: CPT-17 | * FABRIC/YARN % 94 NYLON , % 6 LYCRA <br><br> * TARGET DEPT. NO.:  018 <br><br> * MANUFACTURER : <br> ATATEKS TEKSTİL İŞLETMELERİ A.Ş. <br> KERESTECİLER SİTESİ <br> ÇAM SOK NO:26 <br> MERTER - ISTANBUL -TURKEY <br><br> * TOTAL NET NET WEIGHT :  14.497,14   KGS <br>   TOTAL NET WEIGHT :  17.389,68   KGS <br>   TOTAL GROSS WEIGHT :  23.498,44   KGS <br>   CARTON DIMENSIONS :  75*45*10 | | | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
82644 PCS HANGER STYLE CPT-17 AT US$0,073      $6.033,01

AT-0144

## COMMERCIAL INVOICE(2)

| **STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | BLUE COHOSH | S | 01805-2868 | $3.75 | 996 | 3,735.00 |
| 135609 | BLUE COHOSH | M | 01805-2869 | $3.75 | 1152 | 4,320.00 |
| 135609 | BLUE COHOSH | L | 01805-2870 | $3.75 | 2016 | 7,560.00 |
| 135609 | BLUE COHOSH | XL | 01805-2871 | $3.75 | 996 | 3,735.00 |
| 135609 | SPANISH BROWN | S | 01805-2874 | $3.75 | 1656 | 6,210.00 |
| 135609 | SPANISH BROWN | M | 01805-2875 | $3.75 | 2220 | 8,325.00 |
| 135609 | SPANISH BROWN | L | 01805-2876 | $3.75 | 1488 | 5,580.00 |
| 135609 | SPANISH BROWN | XL | 01805-2877 | $3.75 | 1656 | 6,210.00 |
| 135609 | CHERRY BLUSH | S | 01805-2880 | $3.75 | 660 | 2,475.00 |
| 135609 | CHERRY BLUSH | M | 01805-2881 | $3.75 | 2076 | 7,785.00 |
| 135609 | CHERRY BLUSH | L | 01805-2882 | $3.75 | 1560 | 5,850.00 |
| 135609 | EBONY | S | 01805-2886 | $3.75 | 3696 | 13,860.00 |
| 135609 | EBONY | M | 01805-2887 | $3.75 | 5832 | 21,870.00 |
| 135609 | EBONY | L | 01805-2888 | $3.75 | 6900 | 25,875.00 |
| 135609 | EBONY | XL | 01805-2889 | $3.75 | 3696 | 13,860.00 |
| 135609 | EBONY | XXL | 01805-2890 | $3.75 | 1488 | 5,580.00 |
| 135609 | MOSS FLASH | S | 01805-2892 | $3.75 | 1656 | 6,210.00 |
| 135609 | MOSS FLASH | M | 01805-2893 | $3.75 | 2220 | 8,325.00 |
| 135609 | MOSS FLASH | L | 01805-2894 | $3.75 | 1488 | 5,580.00 |
| 135609 | MOSS FLASH | XL | 01805-2895 | $3.75 | 1656 | 6,210.00 |
| 135609 | MOSS FLASH | XXL | 01805-2896 | $3.75 | 192 | 720.00 |
| 135609 | DEEP PEWTER | S | 01805-2898 | $3.75 | 2316 | 8,685.00 |
| 135609 | DEEP PEWTER | M | 01805-2899 | $3.75 | 3276 | 12,285.00 |
| 135609 | DEEP PEWTER | L | 01805-2900 | $3.75 | 2400 | 9,000.00 |
| 135609 | DEEP PEWTER | XL | 01805-2901 | $3.75 | 2316 | 8,685.00 |
| 135609 | DEEP PEWTER | XXL | 01805-2902 | $3.75 | 552 | 2,070.00 |
| 135609 | SHELL | S | 01805-2904 | $3.75 | 660 | 2,475.00 |
| 135609 | SHELL | M | 01805-2905 | $3.75 | 2076 | 7,785.00 |
| 135609 | SHELL | L | 01805-2906 | $3.75 | 1560 | 5,850.00 |
| 135609 | SHELL | XL | 01805-2907 | $3.75 | 660 | 2,475.00 |
| 135609 | TRUE WHITE | S | 01805-2910 | $3.75 | 3828 | 14,355.00 |
| 135609 | TRUE WHITE | M | 01805-2911 | $3.75 | 6600 | 24,750.00 |
| 135609 | TRUE WHITE | L | 01805-2912 | $3.75 | 5064 | 18,990.00 |
| 135609 | TRUE WHITE | XL | 01805-2913 | $3.75 | 3828 | 14,355.00 |
| 135609 | TRUE WHITE | XXL | 01805-2914 | $3.75 | 2208 | 8,280.00 |
| TTL: | | | | | 82,644.00 | 309,915.00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | QTY | 15,468 | 25,452 | 22,476 | 14,808 | 4,440 | 82,644PCS |
| | N.N.WT/PC | 0.175416727 | 0.175416727 | 0.175416727 | 0.175416727 | 0.175416727 | |
| | TOTAL WT | 2,713.35 | 4,464.71 | 3,942.67 | 2,597.57 | 778.85 | 14,497.14 |

Signed by _____

Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Merter V.D.: 0990333695


İl Kodu 34


ATATEKS
DIŞ TİCARET A.Ş.

SAYIN
PRIVATE LABEL SOURCING, LLC
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012 USA



FATURA
FATURA TARİHİ : 31/03/2006

SERİ A SIRA NO : 780246

MÜŞ. V.D. HES. NO.:
SIRA NO.
MÜŞ. KODU                                                             REF. NO.
                                                                       07/5713

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| ATLET | %94 PY, %6 EL BOYALI | (17.389,51Kg) AD | 82.644,00 | 3,75 | 309.915,00 |



BRUT AĞIRLIK..: 23.496,44 KG
NET AĞIRLIK..: 17.389,68 KG
PAKETLEME....: 6887 KOLİ
BANKA........: KOÇBANK / MERTER BANKASI
ÖDEME........: VESAİK MUKABİLİ
FOB TUTARI...: 309.915,00 USD
NAVLUN.......:
SİGORTA......:
MENŞEİ.......: TÜRKİYE
İRSALİYE TARİHİ - NO.:
ÖDEME SÜRESİ      :

TOPLAM
KDV % 18    309.915,00  FOB/USD
FATURA TUTARI
            309.915,00  FOB/USD

YALNIZ: ÜçYüzDokuzBinDokuzYüzOnBeş

TESLİM ALAN

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal sevk rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %........... vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.
B. YILI VE YERİ: 2006 EM Matbaa Form ve Etiket San. Tic. Ltd. Şti. Seyrantepe Mah. Yıldız Sok. No.29
4.Levent-İST. Tel:(0212) 281 18 74 (Pbx) Maslak V.D. 3320334414 Ayl.Tar. No.14.11.2005/24

AT-0146

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO:26
MERTER / ISTANBUL, TURKEY

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
issued subject to UNCTAD/ICC
Multimodal Transport Documents

Consigned to order of
PRIVATE LABEL LLC,
597 BROADWAY 2ND FLOOR
NEW YORK, N.Y. 10012 USA

**BIGES INT.TRANS.CO.**
**CONTAINER SERVICES**

Notify address

C-AIR BROKERS & FORWARDERS, INC.
6176 NW 74TH AVENUE MIAM, FLORIDA 33166
ATTN: CARLOS VALDES PHONE 3054778112 FAX 3054778601

Ref:ISTMIA06/30043

Place of receipt

Ocean vessel         Port of loading
BESIRE KALKAVAN 207603    ISTANBUL
Port of discharge    Place of delivery
MIAMI

| Marks and numbers | Number and kind of packages | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| CLHU 826772-0/ 40'HC 1720 COLLIES<br>SEAL NO :306802 | | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34168) | 5.868,64 KG. | |
| CAXU 438565-0/ 40'DC 1632 COLLIES<br>SEAL NO :306865 | | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34167) | 5.568,38 KG. | |
| GLDU 060594-4/ 40'HC 1879 COLLIES<br>SEAL NO :306829 | | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34167) | 6.411,15 KG. | |
| GLDU 055085-7/ 40' HC 1796 COLLIES<br>SEAL NO :304290 | | LADIES %94 NYLON %6 LYCRA WOMEN'S APPAREL<br>HTS CODE: 61099030 (STYLE# 135609, PO# 34167) | 6.127,95 KG. | |

FREIGHT COLLECT
FCL/FCL

TOTAL 7027 COLLIES / 23.976,12 KG.
**CLEAN ON BOARD**
ALL EXPENCES AS FROM FREE OUT DISCHARGING TILL RELOADING OF EMPTY CONTAINER TO BE RECEIVER'S A/C

according to the declaration of the consignor

SHIPPER STOW, LOAD & COUNT
Declaration of Interest of the consignor
in timely delivery (Clause 6.2.)

Declared value for ad valorem rate according to
the declaration of the consignor (Clauses 7 and 8)

The goods and instructions are accepted and dealt with subject to the Standard Conditions printed overleaf.

Taken in charge in apparent good order and condition, unless otherwise noted herein, at the place of receipt for transport and delivery as mentioned above.

One of these Multimodal Transport Bills of Lading must be surrendered duly endorsed in exchange for the goods. In Witness where of the original Multimodal Transport Bills of Lading all of this tenor and date have been signed in the number stated below, one of which being accomplished the other(s) to be void.

| Freight amount | Freight payable at<br>DESTINATION | Place and date of issue<br>ISTANBUL |
|---|---|---|
| Cargo Insurance through the undersigned<br>☐ not covered ☐ Covered according to attached Policy | Number of Original FBL's<br>3/THREE | Stamp and signature |
| For delivery of goods please apply to:<br>STILE LOGISTICS<br>181 SOUTH FRANKLIN AVENUE<br>VALLEY STREAM NY 11581<br>PH: (516) 3747400 FAX: (516) 3743200 | | |

Text authorized by FIATA.   © FIATA/Zurich-Switzerland 6.92

AT-0147

AT-0148

## COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | |
|---|---|---|
| ATATEKS DIŞ TIC. A.Ş. KERESTECİLER SİTESİ ÇAM SOK NO:26 MERTER - ISTANBUL -TURKEY TEL:+90 212 4134343 FAX: 5561234 | 517393 | & 07 Nisan 06 |
| | (9) No. & date of L/C | |
| | CAD | & |
| | (10) L/C issuing bank | |
| (2) For Account & Risk of Messrs | BANK OF AMERICA | |
| PRIVATE LABEL LLC. 597 BROADWAY 2ND FLOOR NEW YORK, NY 10012 USA | (11) Remarks | |
| (3) Notify party | * CONSIGNED TO : BANK OF AMERICA  1 FLEET WAY  SCRANTON, PA 18507 | |
| | * MAKER: ATATEKS TEKSTIL ISLETMELERI A.S. KERESTECILER SITESI CAM SOKAK NO:26 MERTER / ISTANBUL / TURKEY | |
| | * MID CODE: TRATATEKIST | |
| | * COUNTRY OF ORIGIN: TURKEY | |
| (4) Port of loading: ISTANBUL | (5) Final destination: MIAMI | * FREIGHT COLLECT * FOB TURKEY |
| (6) Carrier: BIGES | (7) Sailing on or about: Nis. 07, 2006 | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. |

(12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount

FOB

FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34186
DPC-ITEM NO.: 016-01
STYLE NO.: 135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H=10 CM W= 45 CM L= 75 CM
NUMBER OF BOXES: 3334
FRONT & BACK & SIDE
TARGET STORES
PO NO.: 34186
DPC-ITEM NO.: 016-01
STYLE NO.: 135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H=10 CM W= 45 CM L=75 CM
hanger no: CPT-17

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

| STYLE NO. | STORE PO NO. | ENDER'S PO N( | QTY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34186 | 40.008PCS | $3,75 | US$150.030,00 |
| TOTAL | | | 40.008PCS | | US$150.030,00 |

* FABRIC/YARN % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.: 018

* MANUFACTURER :
ATATEKS TEKSTIL ISLETMELERI A.Ş.
KERESTECILER SITESI
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

* TOTAL NET NET WEIGHT : 6.761,35 KGS
  TOTAL NET WEIGHT : 8.161,63 KGS
  TOTAL GROSS WEIGHT : 11.182,23 KGS
  CARTON DIMENSIONS : 75*45*10

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
40008 PCS HANGER STYLE CPT-17 AT US$0,073      $2.920,58

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(US) |
|---|---|---|---|---|---|---|
| 135609 | EBONY | S | 018052886 | $3,75 | 3600 | 13.500,00 |
| 135609 | EBONY | M | 018052887 | $3,75 | 5796 | 21.735,00 |
| 135609 | EBONY | L | 018052888 | $3,75 | 5004 | 18.765,00 |
| 135609 | EBONY | XL | 018052889 | $3,75 | 3600 | 13.500,00 |
| 135609 | EBONY | XXL | 018052890 | $3,75 | 2004 | 7.515,00 |
| 135609 | TRUE WHITE | S | 018052910 | $3,75 | 3600 | 13.500,00 |
| 135609 | TRUE WHITE | M | 018052911 | $3,75 | 5796 | 21.735,00 |
| 135609 | TRUE WHITE | L | 018052912 | $3,75 | 5004 | 18.765,00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3,75 | 3600 | 13.500,00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3,75 | 2004 | 7.515,00 |
| TTL: | | | | | 40.008,00 | 150.030,00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 7.200 | 11.592 | 10.008 | 7.200 | 4.008 | 40.008PCS |
| | N.N.WT/PC | 0,16899995 | 0,16899995 | 0,16899995 | 0,16899995 | 0,16899995 | |
| | TOTAL WT | 1.216,80 | 1.959,05 | 1.691,35 | 1.216,80 | 677,35 | 6.761,35 |

Signed by _____ (Atateks Dis Ticaret A.S.)

AT-0149