Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695

İl Kodu 34

# ATATEKS
## DIŞ TİCARET A.Ş.

SAYIN

PRIVATE LABEL LLC,
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012
USA

MÜŞ. V.D. HES. NO.:

MÜŞ. KODU

 

**FATURA**

FATURA TARİHİ : 07.04.200

SERİ A SIRA NO. : **517393**

SIRA NO

REF. NO    DT/5756

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| T-SHIRT | %94 NY, %06 EL Boyalı (8.161,63kg) | AD. | 40.008 | 3,75 | 150.030,00 |

BRÜT KG.: 11.162,23 KG
NET KG.: 8.161,63 KG
PAKETLEME: 3334 KOLİ
BANKA : KOÇBANK /MERTER SB.
ÖDEME : VESAİK PTHLKABİLİ
FOB TUTARI: 150.030,00 USD
NAVLUN :
SİGORTA :
MENŞEİ : TÜRKİYE

İRSALİYE TARİHİ - NO. :    07.04.2006

ÖDEME SÜRESİ :

TOPLAM 150.030,00 FOB/USD

KDV % 18

FATURA TUTARI
150.030,00 FOB/USD

YALNIZ :
# YÜZELLİBİN OTUZ USD #

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %.......... vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

AT-0150



Consignor

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO:26
MERTER / ISTANBUL, TURKEY

FBL      096512    TR

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
Issued subject to UNCTAD/ICC Rules for
Multimodal Transport Documents (ICC Publication 481).

Consigned to order of

BANK OF AMERICA TRADE SERVICES
1 FLEET WAY SCRANTON, PA 18507
ATTN: JENNIFER TEL: (570) 330-4333

BIGES INT.TRANS.CO.
CONTAINER SERVICES

Notify address

PRIVATE LABEL LLC
607 BROADWAY 2ND FLOOR
NEW YORK, N.Y. 10012 USA

Port of loading
ISTANBUL

**ORIGINAL**

AT-0151

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | |
|---|---|---|
| ATATEKS DIŞ TIC AŞ.<br>KERESTECİLER SİTESİ    ÇAM SOK NO:26<br>MERTER - ISTANBUL -TURKEY | 517437 | &    14 Nisan 06 |
| | (9) No. & date of L/C | |
| | CAD | & |
| TEL:+90 212    4134343    FAX    5561246 | (10) L/C issuing bank | |
| (2) For Account & Risk of Messrs | BANK OF AMERICA | |
| PRIVATE LABEL LLC,<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, NY 10012<br>USA | (11) Remarks | |
| (3) Notify party | * CONSIGNED TO :   BANK OF AMERICA<br>                                1 FLEET WAY<br>                                SCRANTON, PA 18507 | |

* MAKER:        ATATEKS TEKSTIL İŞLETMELERI A.S.
                      KERESTECILER SITESI CAM SOK NO:26
                      MERTER / ISTANBUL / TURKEY

* MID CODE:      TRATATEKIST

* COUNTRY OF ORIGIN: TURKEY

| (4) Port of loading | (5) Final destination | * FREIGHT COLLECT |
|---|---|---|
| ISTANBUL | MIAMI | * FOB TURKEY |
| (6) Carrier | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH |
| BIGES | Nis. 14, 2006 | U.S. CUSTOMS REGULATIONS. |

| (12) Marks and numbers of PKGS | (13) Description of goods | | | (14) Quantity/Unit | | (15) Unit-price | (16) Amount |
|---|---|---|---|---|---|---|---|
| | | | | | | | FOB |
| | WOMEN'S APPAREL | | | | | | |
| FRONT & BACK & SIDE<br>TARGET STORES | LADIES % 94 NYLON , % 6 LYCRA | | | | | | |
| PO NO. :              | 135609 | | | | | | |
| DPC-ITEM NO. : 016-01 | STYLE NO. | STORE PO NO. | TENDER'S PO NO | Q'TY | U/PRICE | AMOUNT | |
| STYLE NO. :     135609 | 135609 | | 34187 | 65.436PCS | $3,75 | US$245.385,00 | |
| COLOR: | | | | | | | |
| SIZE : S/M/L/XL | | | | | | | |
| CASE PACK : 12PCS | TOTAL | | | 65.436PCS | | US$245.385,00 | |
| MADE IN TURKEY | | | | | | | |
| CARTON DIMENSIONS IN CM :<br>H= 10 CM W= 45 CM L= 75 CM | | | | | | | |
| NUMBER OF BOXES:          5453 | | | | | | | |
| FRONT & BACK & SIDE | | | | | | | |
| TARGET STORES | | | | | | | |
| PO NO. :            34187 | | | | | | | |
| DPC-ITEM NO. : 016-01 | | | | | | | |
| STYLE NO. :     135609 | | | | | | | |
| COLOR: | * FABRIC/YARN   % 94 NYLON , % 6 LYCRA | | | | | | |
| SIZE : S-M-L-XL | | | | | | | |
| CASE PACK :12PCS | * TARGET DEPT. NO.:    018 | | | | | | |
| MADE IN TURKEY | | | | | | | |
| CARTON DIMENSIONS IN CM : | * MANUFACTURER  : | | | | | | |
| H= 10 CM W= 45 CM L=75 CM | ATATEKS TEKSTIL İŞLETMELERI A.Ş. | | | | | | |
| hanger no: CPT-17 | KERESTECILER SITESI<br>ÇAM SOK NO:26<br>MERTER - ISTANBUL -TURKEY | | | | | | |
| | * TOTAL NET NET WEIGHT    :        11.058,68        KGS | | | | | | |
| | TOTAL NET WEIGHT    :        13.348,94        KGS | | | | | | |
| | TOTAL GROSS WEIGHT    :        18.256,64        KGS | | | | | | |
| | CARTON DIMENSIONS    :        75*45*10 | | | | | | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
65436 PCS HANGER STYLE CPT-17 AT US$0,073        $4.776,83

AT-0152

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | EBONY | S | 018052886 | $3,75 | 5400 | 20.250,00 |
| 135609 | EBONY | M | 018052887 | $3,75 | 9000 | 33.750,00 |
| 135609 | EBONY | L | 018052888 | $3,75 | 8040 | 30.150,00 |
| 135609 | EBONY | XL | 018052889 | $3,75 | 5400 | 20.250,00 |
| 135609 | EBONY | XXL | 018052890 | $3,75 | 3996 | 14.985,00 |
| 135609 | SHELL | S | 018052904 | $3,75 | 1584 | 5.940,00 |
| 135609 | SHELL | M | 018052905 | $3,75 | 2556 | 9.585,00 |
| 135609 | SHELL | L | 018052906 | $3,75 | 2196 | 8.235,00 |
| 135609 | SHELL | XL | 018052907 | $3,75 | 1584 | 5.940,00 |
| 135609 | TRUE WHITE | S | 018052910 | $3,75 | 4944 | 18.540,00 |
| 135609 | TRUE WHITE | M | 018052911 | $3,75 | 7980 | 29.925,00 |
| 135609 | TRUE WHITE | L | 018052912 | $3,75 | 6876 | 25.785,00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3,75 | 3600 | 13.500,00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3,75 | 2280 | 8.550,00 |
| | | | | | | |
| TTL: | | | | | 65.436,00 | 245.385,00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 11.928 | 19.536 | 17.112 | 10.584 | 6.276 | 65.436PCS |
| | N.N.WT/PC | 0,168999939 | 0,168999939 | 0,168999939 | 0,168999939 | 0,168999939 | |
| | TOTAL WT | 2.015,83 | 3.301,58 | 2.891,93 | 1.788,70 | 1.060,64 | 11.058,88 |



Signed by

Çam Sokak No: 26
Merter-İSTANBUL
Tel: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695





**ATADEKS**
DIŞ TİCARET A.Ş.

SAYIN PRIVATE LABEL LLC,
587 BROADWAY 2ND FLOOR
NEW YORK, NY 10012
USA

**FATURA**
FATURA TAR : 14.04.2006

MÜŞ. V.D. HES. NO.:

SERİ A SIRA : 517437

MÜŞ. KODU

SIRA NO.
REF. NO.      ΔT/5797

| STOK KODU | CİNSİ | B. A | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| | ATLET %94 NAYLON %6 ELASTİK | | 65.436 | 3,75 | 245.385,00 |



BRÜT AĞIRLIK : 18.256,64 KG
NET AĞIRLIK : 13.348,94 KG
PALETLEME : 5453 KAP
BANKA : KOÇBANK MERTER ŞB.
ÖDEME : VESAİK MUKABİLİ
FOB TUTARI : 245.385,00 USD
NAVLUN :
SİGORTA :
MENŞEİ : TÜRKİYE

İRSALİYE TARİHİ - NO.:

ÖDEME SÜRESİ :

YALNIZ: #İKİYÜZKIRKBEŞBİNÜÇYÜZSEKSENBEŞ USD#

TOPLAM 245.385,00 FOB/USD

KDV % 18

FATURA TUTARI 245.385,00 FOB/U

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %........... vade farkı tahakkuk ettirilir.
6- Ayrıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

AT-0154



Consignor

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO.26
MERTER / ISTANBUL, TURKEY

FBL    096513    TR

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
Issued subject to UNCTAD/ICC Rules for
Multimodal Transport Documents (ICC Publication 481).

Consigned to order of

BANK OF AMERICA
1 FLEET WAY SCRANTON, PA 18507
ATTN: JENNIFER  TEL: (570) 330-4333

BIGES INT.TRANS.CO.
CONTAINER SERVICES

Notify address

PRIVATE LABEL LLC
597 BROADWAY 2ND FLOOR
NEW YORK, N.Y. 10012 USA

Ref:ISTMIA06/30048

Place of receipt

Ocean vessel
SELMA KALKAVAN 240602    Port of loading
ISTANBUL

Port of discharge    Place of delivery
MIAMI

CLEAN ON BOARD

**ORIGINAL**

AT-0155

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | | (8) No. &date of invoice | | |
|---|---|---|---|---|
| ATATEKS DIŞ TIC AŞ | | 997021 | & | 21 Nisan 06 |
| KERESTECİLER SİTESİ    ÇAM SOK NO:26 | | (9) No. & date of L/C | | |
| MERTER - ISTANBUL -TURKEY | | CAD | & | |
| TEL:+90 212    4134343    FAX    55812 | | (10) L/C issuing bank | | |
| | | BANK OF AMERICA | | |
| (2) For Account & Risk of Messrs | | | | |
| PRIVATE LABEL LLC, | | | | |
| 597 BROADWAY 2ND FLOOR | | (11) Remarks | | |
| NEW YORK, NY 10012 | | | | |
| USA | | * CONSIGNED TO :  BANK OF AMERICA | | |
| (3) Notify party | | 1 FLEET WAY | | |
| | | SCRANTON, PA 18507 | | |
| | | | | |
| | | * MAKER:    ATATEKS TEKSTIL IŞLETMELERİ A.S. | | |
| | | KERESTECİLER SİTESİ CAM SOKAK NO:26 | | |
| | | MERTER / ISTANBUL / TURKEY | | |
| | | * MID CODE:    TRATATEKIST | | |
| | | * COUNTRY OF ORIGIN: TURKEY | | |
| (4) Port of loading | (5) Final destination | * FREIGHT COLLECT | | |
| ISTANBUL | MIAMI | * FOB TURKEY | | |
| (6) Carrier | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH | | |
| BIGES | Nis. 21, 2006 | U.S. CUSTOMS REGULATIONS. | | |
| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |

FOB

| | WOMEN'S APPAREL | | | |
|---|---|---|---|---|
| FRONT & BACK & SIDE | LADIES % 94 NYLON , % 6 LYCRA | | | |
| TARGET STORES | 135609 | | | |
| PO NO. :    34187 | | | | |
| DPC-ITEM NO. : 016-01 | | | | |
| STYLE NO. :    135609 | STYLE NO. | STORE PO NO. | TENDER'S PO NO | Q'TY | U/PRICE | AMOUNT |
| COLOR : | 135609 | | 34187 | 33.252PCS | $3,75 | US$124.695,00 |
| SIZE : S/M/L/XL | | | | | | |
| CASE PACK : 12PCS | TOTAL | | | 33.252PCS | | US$124,695,00 |
| MADE IN TURKEY | | | | | | |
| CARTON DIMENSIONS IN CM : | | | | | | |
| H= 10 CM W= 45 CM L=75 CM | | | | | | |
| NUMBER OF BOXES:    2771 | | | | | | |
| FRONT & BACK & SIDE | | | | | | |
| TARGET STORES | | | | | | |
| PO NO. :    34187 | | | | | | |
| DPC-ITEM NO, : 016-01 | | | | | | |
| STYLE NO. :    135609 | | | | | | |
| COLOR : | * FABRIC/YARN    % 94 NYLON , % 6 LYCRA | | | | | |
| SIZE : S-M-L-XL | | | | | | |
| CASE PACK :12PCS | * TARGET DEPT. NO, :    018 | | | | | |
| MADE IN TURKEY | | | | | | |
| CARTON DIMENSIONS IN CM : | * MANUFACTURER  : | | | | | |
| H= 10 CM W= 45 CM L=75 CM | ATATEKS TEKSTIL İŞLETMELERİ A.Ş. | | | | | |
| hanger no: CPT-17 | KERESTECİLER SİTESİ | | | | | |
| | ÇAM SOK NO:26 | | | | | |
| | MERTER - ISTANBUL -TURKEY | | | | | |

| * TOTAL NET NET WEIGHT | : | 5.619,59 | KGS |
|---|---|---|---|
| TOTAL NET WEIGHT | : | 6.783,41 | KGS |
| TOTAL GROSS WEIGHT | : | 9.277,31 | KGS |
| CARTON DIMENSIONS | : | 75*45*10 | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
33252 PCS HANGER STYLE CPT-17 AT US$0,073        $2.427,40

AT-0156

# COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DFC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(US) |
|---|---|---|---|---|---|---|
| 135609 | EBONY | S | 018052886 | $3,75 | 1104 | 4.140,00 |
| 135609 | EBONY | M | 018052887 | $3,75 | 996 | 3.735,00 |
| 135609 | EBONY | L | 018052888 | $3,75 | 960 | 3.600,00 |
| 135609 | EBONY | XL | 018052889 | $3,75 | 1104 | 4.140,00 |
| 135609 | MOSS FLASH | S | 018052892 | $3,75 | 2376 | 8.910,00 |
| 135609 | MOSS FLASH | M | 018052893 | $3,75 | 3828 | 14.355,00 |
| 135609 | MOSS FLASH | L | 018052894 | $3,75 | 3300 | 12.375,00 |
| 135609 | MOSS FLASH | XL | 018052895 | $3,75 | 2376 | 8.910,00 |
| 135609 | DEEP PEWTER | S | 018052898 | $3,75 | 2772 | 10.395,00 |
| 135609 | DEEP PEWTER | M | 018052899 | $3,75 | 4464 | 16.740,00 |
| 135609 | DEEP PEWTER | L | 018052900 | $3,75 | 3852 | 14.445,00 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3,75 | 2772 | 10.395,00 |
| 135609 | DEEP PEWTER | XXL | 018052902 | $3,75 | 1536 | 5.760,00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3,75 | 1344 | 5.040,00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3,75 | 468 | 1.755,00 |
| | | | | | | |
| | | | | | | |
| TTL: | | | | | 33.252,00 | 124.695,00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 6.252 | 9.288 | 8.112 | 7.596 | 2.004 | 33.252.PCS |
| | N.N.WT/PC | 0,16900006 | 0,16900006 | 0,16900006 | 0,16900006 | 0,16900006 | |
| | TOTAL WT | 1.056,59 | 1.569,67 | 1.370,93 | 1.283,72 | 338,68 | 5.619,59 |

ATATEKS
DIS TICARET A.Ş.

Signed by _____

AT-0157

Çam S. 49 46 20
Merter-İSTANBUL
Tel: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990393695





**ATAEKS**
DIŞ TİCARET A.Ş.

SAYIN PRIVATE LABEL LLC
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012 USA

FAT...
FATURA ...... : 21.04.2006

...EKS
....RET A.Ş.

SERİ A... ...O: 997021

MÜŞ. V.D. HES. NO.:

SIRA NO
REF. NO       : AT/5830

MÜŞ. KODU

| STOK KODU | CİNSİ | ...M | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| | ATLET %94 NAYLON %6 ELASTİK | AD | 33.252 | 3,75 | 124.695,00 |

BRÜT AĞIRLIK: 9.277,31 KG
NET AĞIRLIK: 6.783,41 KG
PAKETLEME: 2771 KAP
BANKA: KOÇBANK MERTER ŞB.
ÖDEME: KABUL KREDİLİ VESAİK MUKABİL
FOB TUTAR: 124.695,00 USD
NAVLUN:
SİGORTA:
MENŞE: TÜRKİYE
İRSALİYE TARİHİ - NO.:

ÖDEME SÜRESİ:

YALNIZ:

TOPLA... 124.695,00 FOB/USA

KDV %...

FATURA ...ARI 124.695,00 FOB/U...

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kab... ...miş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir
3- Mal sayrı rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %...... vade farkı tahak... ...lidir.
6- Ayıpları dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün i... ...zaman aşımına uğrar.

TESLİM ALAN

**AT-0158**



Consignor

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO:26
MERTER / ISTANBUL, TURKEY

**FBL** | 096514 | **TR**

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
Issued subject to UNCTAD/ICC Rules for
Multimodal Transport Documents (ICC Publication 481).

Consigned to order of

BANK OF AMERICA
1 FLEET WAY SCRANTON, PA 18507
ATTN: JENNIFER  TEL: (570) 330-4333

**BIGES INT.TRANS.CO.**
**CONTAINER SERVICES**

Notify address

PRIVATE LABEL LLC.
597 BROADWAY 2ND FLOOR
NEW YORK, N.Y. 10012 USA

Ref:ISTMIA06/30051

Place of receipt

Port of loading
ISTANBUL

Place of delivery
MIAMI

LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK
TANK TOP HTS CODE: 61099030 (STYLE #135500 PO# 34167)

LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK
TANK TOP HTS CODE: 61099030 (STYLE #135500 PO# 34187)

TOTAL 2771 COLLIES
**CLEAN ON BOARD**

**ORIGINAL**

TILE LOGISTICS
161 SOUTH FRANKLIN AVENUE
VALLEY STREAM NY 7155

Place and date of issue
ISTANBUL

AT-0159