| | | | | | |
|---|---|---|---|---|---|
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| | | **TOTAL** | 36PCS | | $135,00 |

GRAND TOTAL :        2191 CTNS        54889 PCS        INVOICE TOTAL :  $205.833,75

* FABRIC/YARN        :        % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO. :        018

* MANUFACTURER    :        ATATEKS TEKSTİL İŞLETMELERİ A.Ş.
                           KERESTECİLER SİTESİ      ÇAM SOK NO:26
                           MERTER - ISTANBUL -TURKEY

' TOTAL NET NET WEIGHT      :        7.464,90      KGS
  TOTAL NET WEIGHT  '       :        9.440,91      KGS
  TOTAL GROSS WEIGHT       :        11.724,81     KGS
  CARTON DIMENSIONS        :        75*45*14
                                    80*50*23

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
54889PCS HANGER STYLE CPT 17 AT US$0.073          $4.006,90
                    - TO BE CONTIUNED -

AT-0170

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | SUGAR N SPICE | XS | 018052710 | $3,75 | 1411 | 5.291,25 |
| 135609 | SUGAR N SPICE | S | 018052711 | $3,75 | 2822 | 10.582,50 |
| 135609 | SUGAR N SPICE | M | 018052712 | $3,75 | 2822 | 10.582,50 |
| 135609 | SUGAR N SPICE | L | 018052713 | $3,75 | 2822 | 10.582,50 |
| 135609 | SUGAR N SPICE | XL | 018052714 | $3,75 | 2822 | 10.582,50 |
| 135609 | SUGAR N SPICE | XXL | 018052715 | $3,75 | 1411 | 5.291,25 |
| 135609 | PLUM | XS | 018052716 | $3,75 | 1411 | 5.291,25 |
| 135609 | PLUM | S | 018052717 | $3,75 | 1411 | 5.291,25 |
| 135609 | PLUM | M | 018052718 | $3,75 | 2822 | 10.582,50 |
| 135609 | PLUM | L | 018052719 | $3,75 | 2822 | 10.582,50 |
| 135609 | PLUM | XL | 018052720 | $3,75 | 2822 | 10.582,50 |
| 135609 | PLUM | XXL | 018052721 | $3,75 | 1411 | 5.291,25 |
| 135609 | SPANISH BROWN | XS | 018052873 | $3,75 | 780 | 2.925,00 |
| 135609 | SPANISH BROWN | S | 018052874 | $3,75 | 780 | 2.925,00 |
| 135609 | SPANISH BROWN | M | 018052875 | $3,75 | 780 | 2.925,00 |
| 135609 | SPANISH BROWN | L | 018052876 | $3,75 | 780 | 2.925,00 |
| 135609 | SPANISH BROWN | XL | 018052877 | $3,75 | 780 | 2.925,00 |
| 135609 | SPANISH BROWN | XXL | 018052878 | $3,75 | 780 | 2.925,00 |
| 135609 | EBONY | XS | 018052885 | $3,75 | 780 | 2.925,00 |
| 135609 | EBONY | S | 018052886 | $3,75 | 780 | 2.925,00 |
| 135609 | EBONY | M | 018052887 | $3,75 | 760 | 2.925,00 |
| 135609 | EBONY | L | 018052888 | $3,75 | 780 | 2.925,00 |
| 135609 | EBONY | XL | 018052889 | $3,75 | 780 | 2.925,00 |
| 135609 | EBONY | XXL | 018052890 | $3,75 | 780 | 2.925,00 |
| 135609 | MOSS FLASH | XS | 018052891 | $3,75 | 780 | 2.925,00 |
| 135609 | MOSS FLASH | S | 018052892 | $3,75 | 780 | 2.925,00 |
| 135609 | MOSS FLASH | M | 018052893 | $3,75 | 780 | 2.925,00 |
| 135609 | MOSS FLASH | L | 018052894 | $3,75 | 780 | 2.925,00 |
| 135609 | MOSS FLASH | XL | 018052895 | $3,75 | 780 | 2.925,00 |
| 135609 | MOSS FLASH | XXL | 018052896 | $3,75 | 780 | 2.925,00 |
| 135609 | DEEP PEWTER | XS | 018052897 | $3,75 | 780 | 2.925,00 |
| 135609 | DEEP PEWTER | S | 018052898 | $3,75 | 780 | 2.925,00 |
| 135609 | DEEP PEWTER | M | 018052899 | $3,75 | 780 | 2.925,00 |
| 135609 | DEEP PEWTER | L | 018052900 | $3,75 | 780 | 2.925,00 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3,75 | 780 | 2.925,00 |
| 135609 | DEEP PEWTER | XXL | 018052902 | $3,75 | 780 | 2.925,00 |
| 135609 | SHELL | XS | 018052903 | $3,75 | 780 | 2.925,00 |
| 135609 | SHELL | S | 018052904 | $3,75 | 780 | 2.925,00 |
| 135609 | SHELL | M | 018052905 | $3,75 | 780 | 2.925,00 |
| 135609 | SHELL | L | 018052906 | $3,75 | 780 | 2.925,00 |
| 135609 | SHELL | XL | 018052907 | $3,75 | 780 | 2.925,00 |
| 135609 | SHELL | XXL | 018052908 | $3,75 | 780 | 2.925,00 |
| 135609 | TRUE WHITE | XS | 018052909 | $3,75 | 780 | 2.925,00 |
| 135609 | TRUE WHITE | S | 018052910 | $3,75 | 780 | 2.925,00 |
| 135609 | TRUE WHITE | M | 018052911 | $3,75 | 780 | 2.925,00 |
| 135609 | TRUE WHITE | L | 018052912 | $3,75 | 780 | 2.925,00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3,75 | 780 | 2.925,00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3,75 | 780 | 2.925,00 |
| | | | | | | |
| | | | | | | |
| TTL: | | | | | 54.889,00 | 205.833,75 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Q'TY | 7.502 | 8.913 | 10.324 | 10.324 | 10.324 | 7.502 | 54.889PCS |
| | N.N.W'T/PC | 0,135999927 | 0,135999927 | 0,135999927 | 0,135999927 | 0,135999927 | 0,135999927 | |
| | TOTAL W'T | 1.020,27 | 1.212,17 | 1.404,06 | 1.404,06 | 1.404,06 | 1.020,27 | 7.464,90 |

Signed by 

AT-0171

Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695



İl Kodu 34



## ATATEKS
### DIŞ TİCARET A.Ş.

SAYIN PRIVATE LABEL LLC
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012
USA

**FATURA**

FATURA TARİHİ : 18.05.2006

MÜŞ. V.D. HES. NO.:

SERİ A SIRA NO. : 997209

SIRA NO. :
REF. NO. : AT/6017

MÜŞ. KODU

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| | T-SHIRT %94 NAYLON %6 ELASTİK | AD | (9.440,91 KG) 54.889 | 3,75 | 205.833,75 |

BRÜT AĞIRLIK: 11.724,81 KG
NET AĞIRLIK: 9.440,91 KG
PAKETLEME: 2.191 KAP
ÖDEME: VESAİK MUKABİLİ
BANKA: VAKIFBANK MERTER ŞB.
FOB TUTAR: 205.833,75 USD
NAVLUN: S
SİGORTA:
MENŞE: TÜRKİYE



İRSALİYE TARİHİ - NO.:

ÖDEME SÜRESİ :

TOPLAM 205.833,75 FOB/US

KDV % 8

FATURA TUTARI 205.833,75 FOB

YALNIZ: #İKİ YÜZBEŞBİNSEKİZYÜZOTUZÜÇ USD YETMİŞBEŞ SENT#

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %............ vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

AT-0172

Consignor

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO:26
MERTER / ISTANBUL, TURKEY

**FBL**    096522    TR

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
Issued subject to UNCTAD/ICC Rules for
Multimodal Transport Documents (ICC Publication 481).

Consigned to order of

BANK OF AMERICA
1 FLEET WAY SCRANTON, PA 18507
ATTN: JENNIFER TEL: (570) 330-4333

Notify address

PRIVATE LABEL LLC,
597 BROADWAY 2nd FLOOR
NEW YORK, N.Y. 10012 USA

**BIGES INT.TRANS.CO.
CONTAINER SERVICES**

Ref:ISTMIA06/30079

Place of receipt

| Ocean vessel | Port of loading |
|---|---|
| SELMA KALKAVAN 210604 | ISTANBUL |
| Port of discharge | Place of delivery |
| MIAMI | |

| Marks and numbers | Number and kind of packages | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| GLDU 0632071/1/40'HC | 650 COLLIES | LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK TANK TOP HTS CODE: 61099030 (STYLE# 135609, PO# 34189) | 4,869,80 KG. | |
| SEAL NO.: 307763 | | | | |
| GLDU 0631521/1/40'HC | 1300 COLLIES | LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK TANK TOP HTS CODE: 61099030 /STYLE# 135609, PO# 34189) | 5,418,40 KG. | |
| SEAL NO.: 307731 | | | | |
| CLHU 231698-3/20' DC | 241 COLLES | LADIES %94 NYLON %6 LYCR A SEAMLESS RACERBACK TANK TOP HTS CODE: 61099030 / STYLE# 135609, PO# 34189) | 1436,61 KG. | |
| SEAL NO.: 307710 | | | | |

FREIGHT COLLECT
FCL/FCL

TOTAL 2.191 COLLIES / 11.724,81 KG.

**CLEAN ON BOARD**

ALL EXPENSES AS FROM FREE OUT DISCHARGING TILL RELOADING OF EMPTY CONTAINER TO BE RECEIVER'S A/C

according to the declaration of the consignor

SHIPPER STOW, LOAD & COUNT
Declaration of interest of the consignor
in timely delivery (Clause 6.2).

Declared value for ad valorem rate according to
the declaration of the consignor (Clauses 7 and 8)

The goods and instructions are accepted and dealt with subject to the Standard Conditions printed overleaf.

Taken in charge in apparent good order and condition, unless otherwise noted herein, at the place of receipt for transport and delivery as mentioned above.

One of these Multimodal Transport Bills of Lading must be surrendered duly endorsed in exchange for the goods. In Witness where of the original Multimodal Transport Bills of Lading all of this tenor and date have been signed in the number stated below, one of which being accomplished the other(s) to be void.

| Freight amount | Freight payable at DESTINATION | Place and date of issue ISTANBUL |
|---|---|---|
| Cargo insurance - through the undersigned. ☐ not covered ☐ Covered according to attached Policy | Number of Original FBL's 3/THREE | Stamp and signature |
| For delivery of goods please apply to: STILE LOGISTICS 181 SOUTH FRANKLIN AVENUE VALLEY STREAM NY 11581 PH: (516) 3747400 FAX: (516) 3743200 | | |

Text authorized by FIATA. Copyright reserved. © FIATA Zürich-Switzerland 6.92

**AT-0173**

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | | |
|---|---|---|---|
| ATATEKS DIŞ TİC.AŞ. | 997289 | & | 26 Mayıs 06 |
| KERESTECİLER SİTESİ    ÇAM SOK NO:26 | (9) No. & date of L/C | | |
| MERTER - ISTANBUL -TURKEY | CAD | & | |
| TEL:+90 212    4134343    FAX    5561246 | (10) L/C issuing bank | | |

(2) For Account & Risk of Messrs
PRIVATE LABEL LLC.
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012
USA

(3) Notify party

(10) L/C issuing bank
BANK OF AMERICA

(11) Remarks

* CONSIGNED TO :  BANK OF AMERICA
                  1 FLEET WAY
                  SCRANTON, PA 18507

* MAKER:          ATATEKS TEKSTİL İSLETMELERİ A.S.
                  KERESTECİLER SİTESİ CAM SOKAK NO:26
                  MERTER / ISTANBUL / TURKEY

* MID CODE:       TRATATEKIST

* COUNTRY OF ORIGIN: TURKEY
* FREIGHT COLLECT
* FOB TURKEY
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH
  U.S. CUSTOMS REGULATIONS.

| (4) Port of loading | (5) Final destination |
|---|---|
| ISTANBUL | NEW YORK |
| (6) Carrier | (7) Sailing on or about |
| BIGES | May, 26, 2006 |

| (12) Marks and numbers of PKGS. | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|

FOB

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

FRONT & BACK & SIDE
TARGET STORES
PO NO. :          34188
DPC-ITEM NO. : 016-01
STYLE NO. :       135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
NUMBER OF BOXES:        4682
FRONT & BACK & SIDE
TARGET STORES
PO NO. :          34188
DPC-ITEM NO. : 016-01
STYLE NO. :       135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM
hanger no: CPT-17

| STYLE NO. | STORE PO NO. | VENDER'S PO NO. | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34188 | 56.184PCS | $3,75 | US$210.690,00 |
| TOTAL | | | 56.184PCS | | US$210.690,00 |

* FABRIC/YARN   % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:    016

* MANUFACTURER   :
ATATEKS TEKSTİL İŞLETMELERİ A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

| | | | |
|---|---|---|---|
| * TOTAL NET NET WEIGHT | : | 9.495,10 | KGS |
| TOTAL NET WEIGHT | : | 11.461,54 | KGS |
| TOTAL GROSS WEIGHT | : | 15.675,34 | KGS |
| CARTON DIMENSIONS | : | 75"45"10 | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
56184 PCS HANGER STYLE CPT-17 AT US$0,073          $4.101,43

AT-0174

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(US$) |
|---|---|---|---|---|---|---|
| 135609 | EBONY | S | 018052886 | $3,75 | 2136 | 8.010,00 |
| 135609 | EBONY | M | 018052887 | $3,75 | 3384 | 12.690,00 |
| 135609 | EBONY | L | 018052888 | $3,75 | 2472 | 9.270,00 |
| 135609 | EBONY | XL | 018052889 | $3,75 | 3240 | 12.150,00 |
| 135609 | EBONY | XXL | 018052890 | $3,75 | 708 | 2.655,00 |
| 135609 | MOSS FLASH | M | 018052893 | $3,75 | 2508 | 9.405,00 |
| 135609 | MOSS FLASH | L | 018052894 | $3,75 | 1032 | 3.870,00 |
| 135609 | MOSS FLASH | XL | 018052895 | $3,75 | 552 | 2.070,00 |
| 135609 | MOSS FLASH | XXL | 018052896 | $3,75 | 252 | 945,00 |
| 135609 | DEEP PEWTER | S | 018052898 | $3,75 | 972 | 3.645,00 |
| 135609 | DEEP PEWTER | M | 018052899 | $3,75 | 3168 | 11.880,00 |
| 135609 | DEEP PEWTER | L | 018052900 | $3,75 | 3768 | 14.130,00 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3,75 | 1044 | 3.915,00 |
| 135609 | SHELL | M | 018052904 | $3,75 | 1800 | 6.750,00 |
| 135609 | SHELL | XL | 018052906 | $3,75 | 780 | 2.925,00 |
| 135609 | TRUE WHITE | XS | 018052909 | $3,75 | 144 | 540,00 |
| 135609 | TRUE WHITE | S | 018052910 | $3,75 | 4584 | 17.190,00 |
| 135609 | TRUE WHITE | M | 018052911 | $3,75 | 10332 | 38.745,00 |
| 135609 | TRUE WHITE | L | 018052912 | $3,75 | 7920 | 29.700,00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3,75 | 768 | 2.880,00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3,75 | 1164 | 4.365,00 |
| 135609 | PLUM | S | 018052717 | $3,75 | 288 | 1.080,00 |
| 135609 | PLUM | M | 018052718 | $3,75 | 372 | 1.395,00 |
| 135609 | SUGAR N SPICE | M | 018052712 | $3,75 | 1800 | 6.750,00 |
| 135609 | SUGAR N SPICE | L | 018052713 | $3,75 | 996 | 3.735,00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TTL: | | | | | 56.184,00 | 210.690,00 |

135609

** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Q'TY | 144 | 7.980 | 23.364 | 16.188 | 6.384 | 2.124 | 56.184PCS |
| | N.N.W'T/PC | 0,169000071 | 0,169000071 | 0,169000071 | 0,169000071 | 0,169000071 | 0,169000071 | |
| | TOTAL W'T | 24,34 | 1.348,62 | 3.948,52 | 2.735,77 | 1.078,90 | 358,96 | 9.495,10 |

ATATEKS
DIŞ TİCARET A.Ş.

Signed by _____

AT-0175



Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695

İl Kodu 34

# ATATEKS
## DIŞ TİCARET A.Ş.

SAYIN

PRIVATE LABEL SOURCING, LLC

597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012 USA

**FATURA**

FATURA TARİHİ    :
                          26/05/2006          KERI
                                              MER

MÜŞ. V.D. HES. NO.:

SERİ A SIRA NO. : 997289      M. KI

SIRA NO.        :
REF. NO.        :

MÜŞ. KODU

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | DT/6691 TUTAR | |
|---|---|---|---|---|---|---|
| ATLET | X94 NY, X6 EL BOYALI (11.461,54Kg) | AD | 56.184,00 | 3,75 | 210.690,00 | ATLET |

BRÜT AĞIRLIK.: 15.675,34 KG
NET AĞIRLIK.: 11.461,54 KG
PAKETLEME...: 4682 KOL
BANKA.......: VAKIFBANK / MERTER B.
ÖDEME.......: VESAİK MUKAB*L*
FOB TUTARI..: 210.690,00 USD
NAVLUN......:
S*GORTA.....:
MEN*E*......: T*RK*YE

İRSALİYE TARİHİ - NO.:

ÖDEME SÜRESİ

YALNIZ:

TOPLAM

KDV.690,00  FOB/USD

FATURA TUTARI

210.690,00  FOB/ USD

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %............ vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

AT-0176

Consignor

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO:26
MERTER / ISTANBUL, TURKEY

**FBL**   096523   TR

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
Issued subject to UNCTAD/ICC Rules for
Multimodal Transport Documents (ICC Publication 481).

Consigned to order of

BANK OF AMERICA
1 FLEET WAY SCRANTON, PA 18507
ATTN: JENNIFER TEL: (570) 330-4333

**BIGES INT.TRANS.CO.**
**CONTAINER SERVICES**

Notify address

PRIVATE LABEL LLC,
597 BROADWAY 2nd FLOOR
NEW YORK, N.Y. 10012 USA

Ref:ISTMIA06/30080

| Place of receipt | | |
|---|---|---|
| Ocean vessel | Port of loading | |
| EGEM KALKAVAN 226601 | ISTANBUL | |
| Port of discharge | Place of delivery | |
| MIAMI | | |

| Marks and numbers | Number and kind of packages | Description of goods | Gross weight | Measurement |
|---|---|---|---|---|
| GLDU7009192/40HC SEAL NO.: 302587 | 1755 COLLIES | LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK TANK TOP HTS CODE: 61099030 (STYLE# 135609, PO# 34188) | 5.875,74 KG. | |
| GLDU0979137/40DC SEAL NO.: 302587 | 1440 COLLIES | LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK TANK TOP HTS CODE: 61099030 /STYLE# 135609, PO# 34188) | 4.821,12 KG. | |
| GLDU0998477/40DC SEAL NO.: 308376 | 1487 COLLES | LADIES %94 NYLON %6 LYCR A SEAMLESS RACERBACK TANK TOP HTS CODE: 61099030 / STYLE# 135609, PO# 34188) | 4.978,48 KG. | |

FREIGHT COLLECT
FCL/FCL

TOTAL 4.682 COLLIES / 15.675,34 KG.
**CLEAN ON BOARD**
ALL EXPENCES AS FROM FREE OUT DISCHARGING TILL RELOADING OF EMPTY CONTAINER TO BE RECEIVER'S A/C

according to the declaration of the consignor

SHIPPER STOW LOAD & COUNT

Declaration of interest of the consignor in timely delivery (Clause 6.2.)

Declared value for ad valorem rate according to the declaration of the consignor (Clauses 7 and 8)

The goods and instructions are accepted and dealt with subject to the Standard Conditions printed overleaf.

Taken in charge in apparent good order and condition, unless otherwise noted herein, at the place of receipt for transport and delivery as mentioned above.

One of these Multimodal Transport Bills of Lading must be surrendered duly endorsed in exchange for the goods. In Witness where of the original Multimodal Transport Bills of Lading all of this tenor and date have been signed in the number stated below, one of which being accomplished the other(s) to be void.

| Freight amount | Freight payable at DESTINATION | Place and date of issue ISTANBUL |
|---|---|---|
| Cargo insurance through the undersigned ☐ not covered ☐ Covered according to attached Policy | Number of Original FBL's 3/THREE | Stamp and signature |
| For delivery of goods please apply to: STILE LOGISTICS 181 SOUTH FRANKLIN AVENUE VALLEY STREAM NY 11581 PH: (516) 3747400 FAX: (516) 3743200 | | |

Text authorized by FIATA - Copyright reserved - © FIATA Zurich Switzerland 6.92

**AT-0177**

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | |
|---|---|---|
| ATATEKS DIŞ TIC AŞ.<br>KERESTECİLER SİTESİ  ÇAM SOK NO:26<br>MERTER - ISTANBUL -TURKEY | 997349 | &  02 Haziran 06 |
| TEL:+90 212  4134343  FAX  5561246 | (9) No. & date of L/C<br>CAD  . & | |
| | (10) L/C issuing bank | |
| (2) For Account & Risk of Messrs<br>PRIVATE LABEL LLC,<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, NY 10012<br>USA | BANK OF AMERICA | |
| | (11) Remarks | |
| (3) Notify party | * CONSIGNED TO : BANK OF AMERICA<br>  1 FLEET WAY<br>  SCRANTON, PA 18507 | |
| | * MAKER:  ATATEKS TEKSTIL ISLETMELERI A.S.<br>  KERESTECILER SITESI CAM SOKAK NO:26<br>  MERTER / ISTANBUL / TURKEY | |
| | * MID CODE:  TRATATEKIST | |

| (4) Port of loading | (5) Final destination | * COUNTRY OF ORIGIN: TURKEY |
|---|---|---|
| ISTANBUL | MIAMI | * FREIGHT COLLECT |
| (6) Carrier | (7) Sailing on or about | * FOB TURKEY |
| BIGES | Haz. 02, 2006 | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH<br>U.S. CUSTOMS REGULATIONS. |

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|

FRONT & BACK & SIDE
TARGET STORES
PO NO. :  34188
DPC-ITEM NO. : 016-01
STYLE NO. :  135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
 UMBER OF BOXES:  3497
FRONT & BACK & SIDE
TARGET STORES
PO NO. :  34188
DPC-ITEM NO. : 016-01
STYLE NO. :  135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM
**hanger no: CPT-17**

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

FOB

| STYLE NO. | STORE PO NO. | ENDER'S PO N( | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34188 | 41.964PCS | $3,75 | US$157.365,00 |
| TOTAL | | | 41.964PCS | | US$157.365,00 |

* FABRIC/YARN  % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:  018

* MANUFACTURER  :
ATATEKS TEKSTİL İŞLETMELERİ A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

| * TOTAL NET NET WEIGHT | : | 7.091,92 | KGS |
|---|---|---|---|
| TOTAL NET WEIGHT | : | 8.560,66 | KGS |
| TOTAL GROSS WEIGHT | : | 11.707,96 | KGS |
| CARTON DIMENSIONS | : | 75*45*10 | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
41964 PCS HANGER STYLE CPT-17 AT US$0,073  $3.063,37

AT-0178

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | EBONY | XS | 018052885 | $3,75 | 864 | 3.240,00 |
| 135609 | EBONY | S | 018052886 | $3,75 | 4620 | 17.325,00 |
| 135609 | EBONY | M | 018052887 | $3,75 | 8532 | 31.995,00 |
| 135609 | EBONY | L | 018052888 | $3,75 | 6000 | 22.500,00 |
| 135609 | EBONY | XL | 018052889 | $3,75 | 1500 | 5.625,00 |
| 135609 | EBONY | XXL | 018052890 | $3,75 | 1200 | 4.500,00 |
| 135609 | MOSS FLASH | S | 018052892 | $3,75 | 192 | 720,00 |
| 135609 | MOSS FLASH | M | 018052893 | $3,75 | 1200 | 4.500,00 |
| 135609 | MOSS FLASH | L | 018052894 | $3,75 | 1680 | 6.300,00 |
| 135609 | DEEP PEWTER | S | 018052898 | $3,75 | 336 | 1.260,00 |
| 135609 | DEEP PEWTER | M | 018052899 | $3,75 | 1200 | 4.500,00 |
| 135609 | DEEP PEWTER | L | 018052900 | $3,75 | 600 | 2.250,00 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3,75 | 1656 | 6.210,00 |
| 135609 | SHELL | S | 018052904 | $3,75 | 744 | 2.790,00 |
| 135609 | SHELL | M | 018052905 | $3,75 | 756 | 2.835,00 |
| 135609 | SHELL | L | 018052906 | $3,75 | 792 | 2.970,00 |
| 135609 | SHELL | XL | 018052907 | $3,75 | 480 | 1.800,00 |
| 135609 | TRUE WHITE | XS | 018052909 | $3,75 | 408 | 1.530,00 |
| 35609 | TRUE WHITE | S | 018052910 | $3,75 | 504 | 1.890,00 |
| 135609 | TRUE WHITE | M | 018052911 | $3,75 | 252 | 945,00 |
| 135609 | TRUE WHITE | L | 018052912 | $3,75 | 288 | 1.080,00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3,75 | 3864 | 14.490,00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3,75 | 1800 | 6.750,00 |
| 135609 | PLUM | S | 018052717 | $3,75 | 396 | 1.485,00 |
| 135609 | PLUM | M | 018052718 | $3,75 | 516 | 1.935,00 |
| 135609 | SUGAR N SPICE | M | 018052712 | $3,75 | 480 | 1.800,00 |
| 135609 | SUGAR N SPICE | L | 018052713 | $3,75 | 684 | 2.565,00 |
| 135609 | SUGAR N SPICE | XL | 018052714 | $3,75 | 420 | 1.575,00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TTL: | | | | | 41.964,00 | 157.365,00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Q'TY | 1.272 | 6.792 | 12.936 | 10.044 | 7.920 | 3.000 | 41.964PCS |
| | N.N.WT/PC | 0,169000095 | 0,169000095 | 0,169000095 | 0,169000095 | 0,169000095 | 0,169000095 | |
| | TOTAL WT | 214,97 | 1.147,85 | 2.186,19 | 1.697,44 | 1.338,48 | 507,00 | 7.091,92 |

Signed by

ATATEK
DIŞ TİCARET A.Ş.

AT-0179



Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695

İl Kodu 34

**ATATEKS**
DIŞ TİCARET A.Ş.

SAYIN

PRIVATE LABEL SOURCING, LLC

597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012 USA

**FATURA**

FATURA TARİHİ        02/06/2006

MÜŞ. V.D. HES. NO.:

SERİ A SIRA NO. : 997349

SIRA NO.        :
REF. NO.        :

MÜŞ. KODU

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | DT/6138 TUTAR | |
|---|---|---|---|---|---|---|
| ATLET | X94 NY X6 EL    ( 8.560,66Kg) AD | | 41.964,00 | 3,75 | 157.365,00 | ATLET |

BRUT AGIRLIK.: 11.707,96 KG
NET AGIRLIK..: 8.560,66 KG
PAKETLEME...: 3497 KOL
BANKA........: VAKIFBANK / MERTER B.
ODEME........: VESA'K MUKAB'L
FOB TUTARI...: 157.365,00 USD
NAVLUN.......:
S'GORTA.....:
MEN E'.......: TURKYE

İRSALİYE TARİHİ - NO.:

ÖDEME SÜRESİ        :

YALNIZ:

TOPLAM
157.365,00    FOB/USD
KDV %8

FATURA TUTARI
157.365,00 FOB/ USD

NY zElliYediBinS+Y zAltm yBeyi        USD

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %............ vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

B. YILI VE YERİ : 2006 Elif Matbaa Form ve Etiket San. Tic. Ltd. Şti. -Soyrantepe Mah. Yıldız Sok. No:29 K:1 4.Levent-İST. Tel:(0212) 281 18 74 (Pbx) Maslak V.D. 3320334414 Ant.Tar. No:14.11.2005/24/71

AT-0180



Consigner

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO:26
MERTER / ISTANBUL, TURKEY

FBL    096524    TR

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
Issued subject to UNCTAD/ICC Rules for
Multimodal Transport Documents (ICC Publication 481).

Consigned to order of

BANK OF AMERICA
1 FLEET WAY SCRANTON, PA 18507
ATTN JENNIFER  TEL: (570) 330-4333

Notify Address

PRIVATE LABEL LLC
597 BROADWAY 2ⁿᵈ FLOOR
NEW YORK NY 10012 USA

BIGES INT.TRANS.CO.
CONTAINER SERVICES

Ref ISTMIA06/30081

Place of receipt

Port of loading
ISTANBUL

Place of delivery

Number and kind of packages        Description of goods

LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK
TANK TOP HTS CODE: 61099030 /STYLE
LADIES %94 NYLON %6 LYCRA SEAMLESS RACERBACK
TANK TOP HTS CODE 61099030 /STYLE

TOTAL 3.497 COLLIES
CLEAN ON BOARD

**ORIGINAL**

AT-0181

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice |
|---|---|
| ATATEKS DIŞ TIC AŞ. KERESTECİLER SİTESİ    ÇAM SOK NO.26 MERTER - ISTANBUL -TURKEY TEL:+90 212    4134343    FAX    5561246 | 997422    &    09 Haziran 06 |

**(9) No. & date of L/C**
CAD    &

**(10) L/C issuing bank**
BANK OF AMERICA

| (2) For Account & Risk of Messrs | (11) Remarks |
|---|---|
| PRIVATE LABEL LLC, 597 BROADWAY 2ND FLOOR NEW YORK, NY 10012 ʻUSA | |

* CONSIGNED TO : BANK OF AMERICA
  1 FLEET WAY
  SCRANTON, PA 18507

* MAKER:    ATATEKS TEKSTIL ISLETMELERI A.S.
  KERESTECILER SITESI CAM SOKAK NO:26
  MERTER / ISTANBUL / TURKEY

* MID CODE:    TRATATEKIST

* COUNTRY OF ORIGIN: TURKEY
* FREIGHT COLLECT
* FOB TURKEY
* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS.

**(3) Notify party**

| (4) Port of loading | (5) Final destination |
|---|---|
| ISTANBUL | MIAMI |
| (6) Carrier BIGES | (7) Sailing on or about Haz. 09, 2006 |

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|
| | | | | FOB |

FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34188
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
NUMBER OF BOXES:    6575
FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34188
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM
**hanger no: CPT-17**

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

| STYLE NO. | STORE PO NO. | 'ENDER'S PO NC | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34188 | 78.900PCS | $3.75 | US$295,875,00 |
| TOTAL | | | 78.900PCS | | US$295.875,00 |

* FABRIC/YARN   % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:    016

* MANUFACTURER   :
ATATEKS TEKSTİL İŞLETMELERİ A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

| | | | |
|---|---|---|---|
| * TOTAL NET NET WEIGHT | : | 13.334,10 | KGS |
| TOTAL NET WEIGHT | : | 16.095,60 | KGS |
| TOTAL GROSS WEIGHT | : | 22.013,10 | KGS |
| CARTON DIMENSIONS | : | 75*45*10 | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
78900 PCS HANGER STYLE CPT-17 AT US$0,073    $5.759,70

AT-0182

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | EBONY | XS | 018052885 | $3.75 | 1164 | 4.365,00 |
| 135609 | EBONY | S | 018052886 | $3.75 | 2880 | 10.800,00 |
| 135609 | EBONY | M | 018052887 | $3.75 | 5364 | 20.115,00 |
| 135609 | EBONY | L | 018052888 | $3.75 | 6720 | 25.200,00 |
| 135609 | EBONY | XL | 018052889 | $3.75 | 6300 | 23.625,00 |
| 135609 | EBONY | XXL | 018052890 | $3.75 | 3612 | 13.545,00 |
| 135609 | MOSS FLASH | S | 018052892 | $3.75 | 2808 | 10.530,00 |
| 135609 | MOSS FLASH | M | 018052893 | $3.75 | 2364 | 8.865,00 |
| 135609 | MOSS FLASH | L | 018052894 | $3.75 | 2520 | 9.450,00 |
| 135609 | MOSS FLASH | XL | 018052895 | $3.75 | 3012 | 11.295,00 |
| 135609 | MOSS FLASH | XXL | 018052896 | $3.75 | 1080 | 4.050,00 |
| 135609 | DEEP PEWTER | S | 018052898 | $3.75 | 2592 | 9.720,00 |
| 135609 | DEEP PEWTER | M | 018052899 | $3.75 | 3156 | 11.835,00 |
| 135609 | DEEP PEWTER | L | 018052900 | $3.75 | 2208 | 8.280,00 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3.75 | 1860 | 6.975,00 |
| 135609 | DEEP PEWTER | XXL | 018052902 | $3.75 | 1884 | 7.065,00 |
| 135609 | SHELL | S | 018052904 | $3.75 | 924 | 3.465,00 |
| 135609 | SHELL | M | 018052905 | $3.75 | 1260 | 4.725,00 |
| 135609 | SHELL | L | 018052906 | $3.75 | 2436 | 9.135,00 |
| 135609 | SHELL | XL | 018052907 | $3.75 | 792 | 2.970,00 |
| 135609 | TRUE WHITE | XS | 018052909 | $3.75 | 1056 | 3.960,00 |
| 135609 | TRUE WHITE | S | 018052910 | $3.75 | 3216 | 12.060,00 |
| 135609 | TRUE WHITE | M | 018052911 | $3.75 | 4440 | 16.650,00 |
| 135609 | TRUE WHITE | L | 018052912 | $3.75 | 4968 | 18.630,00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3.75 | 4896 | 18.360,00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3.75 | 1716 | 6.435,00 |
| 135609 | PLUM | S | 018052717 | $3.75 | 360 | 1.350,00 |
| 135609 | PLUM | M | 018052718 | $3.75 | 564 | 2.115,00 |
| 135608 | PLUM | L | 018052719 | $3.75 | 948 | 3.555,00 |
| 135609 | SUGAR N SPICE | M | 018052712 | $3.75 | 672 | 2.520,00 |
| 135609 | SUGAR N SPICE | L | 018052713 | $3.75 | 600 | 2.250,00 |
| 135609 | SUGAR N SPICE | XL | 018052714 | $3.75 | 528 | 1.980,00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TTL: | | | | | 78.900,00 | 295.875,00 |

135609

** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Q'TY | 2.220 | 12.780 | 17.820 | 20.400 | 17.388 | 8.292 | 78.900PCS |
| | N.N.WT/PC | 0,169 | 0,169 | 0,169 | 0,169 | 0,169 | 0,169 | |
| | TOTAL WT | 375,18 | 2.159,82 | 3.011,58 | 3.447,60 | 2.938,57 | 1.401,35 | 13.334,10 |

Signed by

ATATEKS
DIŞ TICARET A.Ş.

AT-0183





**ATATEKS**
DIŞ TİCARET A.Ş.

Sok Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695

İl Kodu 34

SAYIN *PRIVATE LABEL LLC,*
*597 BROADWAY 2ND FLOOR*
*NEW YORK, NY 10012*

*U.S.A.*

MÜŞ. V.D. HES. NO.:

MÜŞ. KODU

**FATURA**

FATURA TARİHİ : 09.06.2006

SERİ A SIRA NO. : 997422

SIRA NO. :
REF. NO. : AT/6207

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| | T-SHIRT %94 NAYLON %6 ELASTİK (16.095,60 KG) | | 78.900 | 3,75 | 295.875,00 |

BRÜT AĞIRLIK: 22.013,10 KG
NET AĞIRLIK: 16.095,60 KG
PAKETLEME: 6.575 KAP
BANKA: VAKIFBANK MERTER ŞB.
ÖDEME: VESAİK MUKABİLİ
FOB TUTAR: 295.875,00 USD
NAVLUN:
SİGORTA:
MENŞE: TÜRKİYE

İRSALİYE TARİHİ - NO.:

ÖDEME SÜRESİ :

YALNIZ: #İKİYÜZDOKSANBEŞBİN JEKİ'ZYÜZ SETMİŞBEŞ USD #

TOPLAM 295.875,00 FOB
KDV % 8
FATURA TUTARI 295.875,00

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %............ vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

AT-0184

Consignor

ATATEKS DIS TIC. A.S.
KERESTECILER SITESI CAM SOK. NO:26
MERTER / ISTANBUL, TURKEY

FBL    096525   TR

NEGOTIABLE FIATA
MULTIMODAL TRANSPORT
BILL OF LADING
Issued subject to UNCTAD/ICC Rules for
Multimodal Transport Documents (ICC Publication 481).

Consigned to order of

BANK OF AMERICA
1 FLEET WAY SCRANTON, PA 18507
ATTN: JENNIFER  TEL: (570) 330-4333

BIGES INT. TRANS.CO.
CONTAINER SERVICES

Notify address

PRIVATE LABEL LLC.
597 BROADWAY 2nd FLOOR
NEW YORK, N.Y. 10012 USA

Ref:ISTMIA06/30084

Place of receipt

Ocean vessel          Port of loading
ORCUN KALKAVAN 22660    ISTANBUL
Port of discharge      Place of delivery
MIAMI

Marks and numbers | Number and kind of packages | Description of goods | Gross weight | Measurement

CLEAN ON BOARD



ORIGINAL

FREIGHT COLLECT

AT-0185

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | | (8) No. & date of invoice | | |
|---|---|---|---|---|
| ATATEKS DIŞ TIC AŞ. | | 997442 | & | 13 Haziran 06 |
| KERESTECİLER SİTESİ    ÇAM SOK NO:26 | | (9) No. & date of L/C | | |
| MERTER - ISTANBUL -TURKEY | | CAD | & | |
| TEL:+90 212    4134343    FAX    6561246 | | (10) L/C issuing bank | | |
| (2) For Account & Risk of Messrs | | BANK OF AMERICA | | |
| PRIVATE LABEL LLC. | | | | |
| 597 BROADWAY 2ND FLOOR | | (11) Remarks | | |
| NEW YORK, NY 10012 | | | | |
| USA | | * CONSIGNED TO : BANK OF AMERICA | | |
| (3) Notify party | | 1 FLEET WAY | | |
| | | SCRANTON, PA 18507 | | |
| | | * MAKER:    ATATEKS TEKSTIL ISLETMELERI A.S. KERESTECILER SITESI CAM SOKAK NO:26 MERTER / ISTANBUL / TURKEY | | |
| | | * MID CODE:    TRATATEKIST | | |
| | | * COUNTRY OF ORIGIN: TURKEY | | |
| (4) Port of loading | (5) Final destination | * FREIGHT COLLECT | | |
| ISTANBUL | MIAMI | * FOB TURKEY | | |
| (6) Carrier | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH | | |
| BIGES | Haz. 13, 2006 | U.S. CUSTOMS REGULATIONS. | | |

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|
| | | | | FOB |

FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34188
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
NUMBER OF BOXES:    1600
FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34188
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM
hanger no: CPT-17

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

| STYLE NO. | STORE PO NO. | 'ENDER'S PO NC | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34188 | 19.200PCS | $3,75 | US$72,000,00 |
| TOTAL | | | 19.200PCS | | US$72,000,00 |

* FABRIC/YARN   % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:    018

* MANUFACTURER   :
ATATEKS TEKSTİL İŞLETMELERİ A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

| * TOTAL NET NET WEIGHT | : | 3.244,80 | KGS |
|---|---|---|---|
| TOTAL NET WEIGHT | : | 3.916,80 | KGS |
| TOTAL GROSS WEIGHT | : | 5.356,80 | KGS |
| CARTON DIMENSIONS | : | 75*45*10 | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
19200 PCS HANGER STYLE CPT-17 AT US$0,073        $1.401,60

AT-0186

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | SPANISH BROWN | S | 018052874 | $3,75 | 3000 | 11.250,00 |
| 135609 | SPANISH BROWN | M | 018052875 | $3,75 | 6072 | 22.770,00 |
| 135609 | SPANISH BROWN | L | 018052876 | $3,75 | 5232 | 19.620,00 |
| 135609 | SPANISH BROWN | XL | 018052877 | $3,75 | 3564 | 13.365,00 |
| 135609 | SPANISH BROWN | XXL | 018052878 | $3,75 | 1332 | 4.995,00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TTL: | | | | | 19.200,00 | 72.000,00 |

135609

** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 3,000 | 6.072 | 5.232 | 3.564 | 1.332 | 19.200PCS |
| | N.N.W'T/PC | 0,169 | 0,169 | 0,169 | 0,169 | 0,169 | |
| | TOTAL W'T | 507,00 | 1.026,17 | 884,21 | 602,32 | 225,11 | 3.244,80 |

Signed by _____



Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695

İl Kodu 34

**ATATEKS**
DIŞ TİCARET A.Ş.

SAYIN

PRIVATE LABEL SOURCING, LLC

597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012 USA

**FATURA**

FATURA TARİHİ 13/06/2006

KERE
MERT

M. KU

MÜŞ. V.D. HES. NO.:

SERİ A SIRA NO. : 997442

SIRA NO. :
REF. NO. :

MÜŞ. KODU

DT76226

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| T-SHIRT | %94 NY %6 EL BOYALI | ( 3.916,80Kg) AD | 19.200,00 | 3,75 | 72.000,00 | T-SHIRT |

BRUT AGIRLIK..: 5.356,80 KG
NET AGIRLIK..: 3.916,80 KG
PAKETLEME....: 1600 KOL
BANKA........: VAKIFBANK / MERTER B.
ÖDEME........: VESA*K MUKAB*L*
FOB TUTARI...: 72.000,00 USD
NAVLUN.......:
S*GORTA......:
MEN E*.......: TÜRK*YE

İRSALİYE TARİHİ - NO.:

ÖDEME SÜRESİ :

YALNIZ:

TOPLAM
KBV 72.000,00 FOB/USD

FATURA TUTARI
72.000,00 FOB/ USD

USD

TESLİM ALAN

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %............ vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

AT-0188

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | | |
|---|---|---|---|
| ATATEKS DIŞ TİC AŞ. | 997700 | & | 14 Temmuz 06 |

ATATEKS DIŞ TİC AŞ.
KERESTECİLER SİTESİ    ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY
TEL:+90 212    4134343    FAX    5561246

(9) No. & date of L/C
CAD    &

(10) L/C issuing bank
BANK OF AMERICA

(2) For Account & Risk of Messrs
PRIVATE LABEL LLC,
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012
USA

(11) Remarks

* CONSIGNED TO :  BANK OF AMERICA
                  1 FLEET WAY
                  SCRANTON, PA 18507

(3) Notify party

* MAKER:          ATATEKS TEKSTİL İSLETMELERİ A.S.
                  KERESTECILER SİTESI ÇAM SOKAK NO:26
                  MERTER / ISTANBUL / TURKEY

* MID CODE:       TRATATEKIST

* COUNTRY OF ORIGIN: TURKEY

| (4) Port of loading | (5) Final destination |
|---|---|
| ISTANBUL | MIAMI |

* FREIGHT COLLECT
* FOB TURKEY

| (6) Carrier | (7) Sailing on or about |
|---|---|
| BIGES | Tem. 14, 2006 |

* THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH
  U.S. CUSTOMS REGULATIONS.

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|
| | | | | FOB |

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34201
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
NUMBER OF BOXES:    2500
FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34201
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM
hanger no: CPT-17

| STYLE NO. | STORE PO NO. | 'ENDER'S PO N( | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34201 | 30.000PCS | $3,40 | US$102.000,00 |
| TOTAL | | | 30.000PCS | | US$102.000,00 |

* FABRIC/YARN  % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:    018

* MANUFACTURER  :
ATATEKS TEKSTİL İŞLETMELERİ A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

| * TOTAL NET NET WEIGHT | : | 4.110,00 | KGS |
|---|---|---|---|
| TOTAL NET WEIGHT | : | 5.160,00 | KGS |
| TOTAL GROSS WEIGHT | : | 7.660,00 | KGS |
| CARTON DIMENSIONS | : | 75*45*10 | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
30000 PCS HANGER STYLE CPT-17 AT US$0,073        $2.190,00

AT-0189