## COMMERCIAL INVOICE(2)

| STYLE NO | COLOR/SIZE | | DPC-ITEM NO | U/PRICE | Q'TY(PCS) | AMOUNT(US$) |
|---|---|---|---|---|---|---|
| 135609 | EBONY | XS | 018052885 | $3.40 | 1056 | 3,590.40 |
| 135609 | EBONY | S | 018052886 | $3.40 | 2028 | 6,895.20 |
| 135609 | EBONY | M | 018052887 | $3.40 | 2700 | 9,180.00 |
| 135609 | EBONY | L | 018052888 | $3.40 | 1836 | 6,242.40 |
| 135609 | EBONY | XL | 018052889 | $3.40 | 960 | 3,264.00 |
| 135609 | EBONY | XXL | 018052890 | $3.40 | 1056 | 3,590.40 |
| 135609 | DEEP PEWTER | XS | 018052897 | $3.40 | 504 | 1,713.60 |
| 135609 | DEEP PEWTER | S | 018052898 | $3.40 | 972 | 3,304.80 |
| 135609 | DEEP PEWTER | M | 018052899 | $3.40 | 1296 | 4,406.40 |
| 135609 | DEEP PEWTER | L | 018052900 | $3.40 | 876 | 2,978.40 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3.40 | 468 | 1,591.20 |
| 135609 | DEEP PEWTER | XXL | 018052902 | $3.40 | 504 | 1,713.60 |
| 135609 | SHELL | XS | 018052903 | $3.40 | 384 | 1,305.60 |
| 135609 | SHELL | S | 018052904 | $3.40 | 732 | 2,488.80 |
| 135609 | SHELL | M | 018052905 | $3.40 | 972 | 3,304.80 |
| 135609 | SHELL | L | 018052906 | $3.40 | 660 | 2,244.00 |
| 135609 | SHELL | XL | 018052907 | $3.40 | 348 | 1,183.20 |
| 135609 | SHELL | XXL | 018052908 | $3.40 | 384 | 1,305.60 |
| 135609 | TRUE WHITE | XS | 018052909 | $3.40 | 936 | 3,182.40 |
| 135609 | TRUE WHITE | S | 018052910 | $3.40 | 1788 | 6,079.20 |
| 135609 | TRUE WHITE | M | 018052911 | $3.40 | 2376 | 8,078.40 |
| 135609 | TRUE WHITE | L | 018052912 | $3.40 | 1620 | 5,508.00 |
| 135609 | TRUE WHITE | XL | 018052913 | $3.40 | 852 | 2,896.80 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3.40 | 936 | 3,182.40 |
| 135609 | IRISCOPE | XS | 018053382 | $3.40 | 168 | 571.20 |
| 135609 | IRISCOPE | S | 018053383 | $3.40 | 180 | 612.00 |
| 135609 | IRISCOPE | M | 018053384 | $3.40 | 240 | 816.00 |
| 135609 | IRISCOPE | L | 018053385 | $3.40 | 120 | 408.00 |
| 135609 | IRISCOPE | XL | 018053386 | $3.40 | 132 | 448.80 |
| 135609 | IRISCOPE | XXL | 018053387 | $3.40 | 168 | 571.20 |
| 135609 | KONA | XS | 018053388 | $3.40 | 108 | 367.20 |
| 135609 | KONA | S | 018053389 | $3.40 | 192 | 652.80 |
| 135609 | KONA | M | 018053390 | $3.40 | 312 | 1,060.80 |
| 135609 | KONA | L | 018053391 | $3.40 | 264 | 897.60 |
| 135609 | KONA | XL | 018053392 | $3.40 | 60 | 204.00 |
| 135609 | KONA | XXL | 018053393 | $3.40 | 108 | 367.20 |
| 135609 | PAPYRUS GREEN | XS | 018053394 | $3.40 | 84 | 285.60 |
| 135609 | PAPYRUS GREEN | S | 018053395 | $3.40 | 168 | 571.20 |
| 135609 | PAPYRUS GREEN | M | 018053396 | $3.40 | 180 | 612.00 |
| 135609 | PAPYRUS GREEN | L | 018053397 | $3.40 | 120 | 408.00 |
| 135609 | PAPYRUS GREEN | XL | 018053398 | $3.40 | 60 | 204.00 |
| 135609 | PAPYRUS GREEN | XXL | 018053399 | $3.40 | 84 | 285.60 |
| 135609 | PINK ROSE | XS | 018053400 | $3.40 | 168 | 571.20 |
| 135609 | PINK ROSE | S | 018053401 | $3.40 | 180 | 612.00 |
| 135609 | PINK ROSE | M | 018053402 | $3.40 | 240 | 816.00 |
| 135609 | PINK ROSE | L | 018053403 | $3.40 | 120 | 408.00 |
| 135609 | PINK ROSE | XL | 018053404 | $3.40 | 132 | 448.80 |
| 135609 | PINK ROSE | XXL | 018053405 | $3.40 | 168 | 571.20 |
| TTL: | | | | | 30,000.00 | 102,000.00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | Q'TY | 3,408 | 6,240 | 8,316 | 5,616 | 3,012 | 3,408 | 30,000PCS |
| | N.N.WT/PC | 0.137 | 0.137 | 0.137 | 0.137 | 0.137 | 0.137 | |
| | TOTAL WT | 466.90 | 854.88 | 1,139.29 | 769.39 | 412.64 | 466.90 | 4,110.00 |

ATATEKS
DIŞ TİCARET A.Ş.

Signed by:

AT-0190

Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695


İl Kodu 34



**ATATEKS**
DIŞ TİCARET A.Ş.

SAYIN
PRIVATE LABEL LLC,
597 BROADWAY 2ND FLOOR
NEW YORK, N.Y. 10012 USA

MÜŞ. V.D. HES. NO.:

MÜŞ. KODU

FATURA
FATURA TARİHİ : 14.07.200

SERİ A SIRA NO.: 997700
SIRA NO.
REF. NO. DT16462

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
|  | T-SHIRT %94 NY %6 EL (5.160 p/p) | Ad. | 30.000 | 3,40 | 102.000.— |

BRÜT KG.: 7.660,00 kg.
NET KG.: 5.160,00 kg.
PAKETLEME: 2500 koli
BANKA: VAKIFBANK / MERTER ŞB.
ÖDEME: VESAİK MUKABİLİ
FOB TUTAR: 102.000 USD
NAVLUN:
SİGORTA:
MENŞEİ: TÜRKİYE

İRSALİYE TARİHİ - NO.: 14.07.2006
ÖDEME SÜRESİ :

YALNIZ:
# YÜZİKİBİN USD #

TOPLAM 102.000 ≈ f06/u
KDV % 8
FATURA TUTARI
102.000 ≈ f06/u$

TESLİM ALAN

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %............. vade farkı tahakkuk ettirilir. -
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

AT-0191



## COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | | |
|---|---|---|---|
| ATATEKS DIŞ TIC AŞ. | 997844 | & | 04 Ağustos 06 |
| KERESTECİLER SİTESİ   ÇAM SOK NO:26 | (9) No. & date of L/C | | |
| MERTER - ISTANBUL -TURKEY | CAD | & | |
| TEL:+90 212   4134343   FAX   5561246 | (10) L/C issuing bank | | |
| (2) For Account & Risk of Messrs | BANK OF AMERICA | | |
| PRIVATE LABEL LLC, | | | |
| 597 BROADWAY 2ND FLOOR | (11) Remarks | | |
| NEW YORK, NY 10012 | | | |
| USA | * CONSIGNED TO : BANK OF AMERICA | | |
| (3) Notify party | 1 FLEET WAY | | |
| | SCRANTON, PA 18507 | | |
| | * MAKER:   ATATEKS TEKSTIL ISLETMELERI A.S. | | |
| | KERESTECILER SITESI CAM SOKAK NO:26 | | |
| | MERTER / ISTANBUL / TURKEY | | |
| | * MID CODE:   TRATATEKIST | | |
| | * COUNTRY OF ORIGIN: TURKEY | | |
| (4) Port of loading | (5) Final destination | * FREIGHT COLLECT | |
| ISTANBUL | MIAMI | * FOB TURKEY | |
| (6) Carrier | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH | |
| BİGES | Ağu. 04, 2006 | U.S. CUSTOMS REGULATIONS. | |

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|
| | | | | FOB |
| FRONT & BACK & SIDE | WOMEN'S APPAREL | | | |
| TARGET STORES | LADIES % 94 NYLON , % 6 LYCRA | | | |
| PO NO. :   34219 | 135609 | | | |
| DPC-ITEM NO. : 016-01 | STYLE NO.   STORE PO NO.   'ENDER'S PO N(   Q'TY   U/PRICE   AMOUNT | | | |
| STYLE NO. :   135609 | 135609               34219   45.348PCS   $3,40   US$154,183.20 | | | |
| COLOR : | | | | |
| SIZE : S/M/L/XL | | | | |
| CASE PACK : 12PCS | TOTAL               45.348PCS       US$154,183.20 | | | |
| MADE IN TURKEY | | | | |
| CARTON DIMENSIONS IN CM : | | | | |
| H= 10 CM W= 45 CM L= 75 CM | | | | |
| NUMBER OF BOXES:   3.779 | | | | |
| FRONT & BACK & SIDE | | | | |
| TARGET STORES | | | | |
| PO NO. :   34219 | | | | |
| DPC-ITEM NO. : 016-01 | | | | |
| STYLE NO. :   135609 | | | | |
| COLOR : | * FABRIC/YARN   % 94 NYLON , % 6 LYCRA | | | |
| SIZE : S-M-L-XL | | | | |
| CASE PACK :12PCS | * TARGET DEPT. NO.:   018 | | | |
| MADE IN TURKEY | | | | |
| CARTON DIMENSIONS IN CM : | * MANUFACTURER   : | | | |
| H= 10 CM W= 45 CM L=75 CM | ATATEKS TEKSTİL İŞLETMELERİ A.Ş. | | | |
| **hanger no: CPT-17** | KERESTECİLER SİTESİ | | | |
| | ÇAM SOK NO:26 | | | |
| | MERTER - ISTANBUL -TURKEY | | | |

* TOTAL NET NET WEIGHT   :   6.212,68   KGS
  TOTAL NET WEIGHT     :   7.799,86   KGS
  TOTAL GROSS WEIGHT   :   11.578,86  KGS
  CARTON DIMENSIONS    :   75*45*10

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
45348 PCS HANGER STYLE CPT-17 AT US$0,084       $3.809,23

AT-0193

| COMMERCIAL INVOICE(2) ||||||
|---|---|---|---|---|---|
| ** STYLE NO. | COLOR/SIZE || DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
| 135609 | DEEP PEWTER | XS | 018052897 | $3,40 | 1.992 | 6.772,80 |
| 135609 | DEEP PEWTER | S | 018052898 | $3,40 | 3.792 | 12.892,80 |
| 135609 | DEEP PEWTER | M | 018052899 | $3,40 | 5.064 | 17.217,60 |
| 135609 | DEEP PEWTER | L | 018052900 | $3,40 | 3.432 | 11.668,80 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3,40 | 1.812 | 6.160,80 |
| 135609 | DEEP PEWTER | XXL | 018052902 | $3,40 | 1.992 | 6.772,80 |
| 135609 | SHELL | XS | 018052903 | $3,40 | 1.488 | 5.059,20 |
| 135609 | SHELL | S | 018052904 | $3,40 | 2.844 | 9.669,60 |
| 135609 | SHELL | M | 018052905 | $3,40 | 2.976 | 10.118,40 |
| 135609 | SHELL | L | 018052906 | $3,40 | 2.580 | 8.772,00 |
| 135609 | SHELL | XL | 018052907 | $3,40 | 1.356 | 4.610,40 |
| 135609 | SHELL | XXL | 018052908 | $3,40 | 1.488 | 5.059,20 |
| 135609 | IRISCOPE | XS | 018053382 | $3,40 | 648 | 2.203,20 |
| 135609 | IRISCOPE | S | 018053383 | $3,40 | 696 | 2.366,40 |
| 135609 | IRISCOPE | M | 018053384 | $3,40 | 948 | 3.223,20 |
| 135609 | IRISCOPE | L | 018053385 | $3,40 | 456 | 1.550,40 |
| 135609 | IRISCOPE | XL | 018053386 | $3,40 | 528 | 1.795,20 |
| 135609 | IRISCOPE | XXL | 018053387 | $3,40 | 648 | 2.203,20 |
| 135609 | KONA | XS | 018053388 | $3,40 | 396 | 1.346,40 |
| 135609 | KONA | S | 018053389 | $3,40 | 744 | 2.529,60 |
| 135609 | KONA | M | 018053390 | $3,40 | 1.212 | 4.120,80 |
| 135609 | KONA | L | 018053391 | $3,40 | 1.020 | 3.468,00 |
| 135609 | KONA | XL | 018053392 | $3,40 | 252 | 856,80 |
| 135609 | KONA | XXL | 018053393 | $3,40 | 396 | 1.346,40 |
| 135609 | PAPYRUS GREEN | XS | 018053394 | $3,40 | 324 | 1.101,60 |
| 135609 | PAPYRUS GREEN | S | 018053395 | $3,40 | 636 | 2.162,40 |
| 135609 | PAPYRUS GREEN | M | 018053396 | $3,40 | 696 | 2.366,40 |
| 135609 | PAPYRUS GREEN | L | 018053397 | $3,40 | 456 | 1.550,40 |
| 135609 | PAPYRUS GREEN | XL | 018053398 | $3,40 | 228 | 775,20 |
| 135609 | PAPYRUS GREEN | XXL | 018053399 | $3,40 | 324 | 1.101,60 |
| 135609 | PINK ROSE | XS | 018053400 | $3,40 | 648 | 2.203,20 |
| 135609 | PINK ROSE | S | 018053401 | $3,40 | 696 | 2.366,40 |
| 135609 | PINK ROSE | M | 018053402 | $3,40 | 948 | 3.223,20 |
| 135609 | PINK ROSE | L | 018053403 | $3,40 | 456 | 1.550,40 |
| 135609 | PINK ROSE | XL | 018053404 | $3,40 | 528 | 1.795,20 |
| 135609 | PINK ROSE | XXL | 018053405 | $3,40 | 648 | 2.203,20 |
| TTL: |||||  45.348,00 | 154.183,20 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
|  | Q'TY | 5.496 | 9.408 | 11.844 | 8.400 | 4.704 | 5.496 | 45.348PCS |
|  | N.N.WT/PC | 0,137 | 0,137 | 0,137 | 0,137 | 0,137 | 0,137 |  |
|  | TOTAL WT | 752,95 | 1.288,90 | 1.622,63 | 1.150,80 | 644,45 | 752,95 | 6.212,68 |



Signed by

AT-0194





AT-0196

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | | |
|---|---|---|---|
| ATATEKS DIŞ TIC AŞ. KERESTECILER SITESI ÇAM SOK NO:26 MERTER - ISTANBUL -TURKEY TEL:+90 212 4134343 FAX 5561246 | 767253 | ORIGINAL & | 05 Ocak 06 |
| | (9) No. & date of L/C 8046373 | & | Kas. 09, 2005 |
| | (10) L/C issuing bank BANK OF AMERICA | | |
| (2) For Account & Risk of Messrs TARGET STORES, IMPORT OPERATIONS DIVISION OF TARGET CORPORATION, PO BOX 1392 MINNEAPOLIS, MN 55440 | (11) Remarks * CONSIGNED TO : TARGET STORES, DIVISION OF TARGET CORPORATION / IMPORT DEPARTMENT, TPS-0895, 1000 NICOLLET MALL, MINNEAPOLIS, MN. 55403 * MAKER: ATATEKS TEKSTIL ISLETMELERI A.S. KERESTECILER SITESI CAM SOKAK NO:26 MERTER / ISTANBUL / TURKEY * MID CODE: TRATATEKIST * COUNTRY OF ORIGIN: TURKEY | | |
| (3) Notify party | | | |
| (4) Port of loading ISTANBUL | (5) Final destination NEW YORK | * FREIGHT COLLECT * FOB TURKEY * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. | |
| (6) Carrier TURNAK | (7) Sailing on or about Oca. 04, 2006 | | |
| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit (15) Unit-price (16) Amount FOB | |

FRONT & BACK & SIDE
TARGET STORES
PO NO. :    6197633
DPC-ITEM NO. : 016-01
STYLE NO. :   121375
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM  W= 45 CM  L= 75 CM
NUMBER OF BOXES:    2112
FRONT & BACK & SIDE
TARGET STORES
PO NO. :    6197633
DPC-ITEM NO. : 016-01
STYLE NO. :   121375
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM  W= 45 CM  L=75 CM
**hanger no: CPT-17**

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
121375

| STYLE NO. | STORE PO NO | ENDER'S PO NC | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 121375 | 6197633 | 34117 | 25.344PCS | $4,50 | US$114.048,00 |
| TOTAL | | | 25.344PCS | | US$114.048,00 |

* FABRIC/YARN  % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:    016

* MANUFACTURER :
ATATEKS TEKSTIL İŞLETMELERİ A.Ş.
KERESTECILER SITESI
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

| * TOTAL NET NET WEIGHT | 3.297 | KGS |
|---|---|---|
| TOTAL NET WEIGHT : | 4.183,87 | KGS |
| TOTAL GROSS WEIGHT : | 6.008,64 | KGS |
| CARTON DIMENSIONS : | 75*45*10 | |

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
25344 PCS HANGER STYLE CPT-17 AT US$0,073      $1.850,11

AT-0197

## COMMERCIAL INVOICE(2)

ORIGINAL

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 121375 | EBONY | S | 01601-4250 | $4,50 | 780 | 3.510,00 |
| 121375 | EBONY | M | 01601-4251 | $4,50 | 1200 | 5.400,00 |
| 121375 | EBONY | L | 01601-4252 | $4,50 | 1500 | 6.750,00 |
| 121375 | EBONY | XL | 01601-4253 | $4,50 | 996 | 4.482,00 |
| 121375 | EBONY | XXL | 01601-4254 | $4,50 | 612 | 2.754,00 |
| 121375 | MUSSEL BLUE | S | 01601-5000 | $4,50 | 552 | 2.484,00 |
| 121375 | MUSSEL BLUE | M | 01601-5001 | $4,50 | 1200 | 5.400,00 |
| 121375 | MUSSEL BLUE | L | 01601-5002 | $4,50 | 1404 | 6.318,00 |
| 121375 | MUSSEL BLUE | XL | 01601-5003 | $4,50 | 600 | 2.700,00 |
| 121375 | MUSSEL BLUE | XXL | 01601-5004 | $4,50 | 456 | 2.052,00 |
| 121375 | CORAL ROSE | S | 01601-5005 | $4,50 | 384 | 1.728,00 |
| 121375 | CORAL ROSE | M | 01601-5006 | $4,50 | 912 | 4.104,00 |
| 121375 | CORAL ROSE | L | 01601-5007 | $4,50 | 1092 | 4.914,00 |
| 121375 | CORAL ROSE | XL | 01601-5008 | $4,50 | 672 | 3.024,00 |
| 121375 | CORAL ROSE | XXL | 01601-5009 | $4,50 | 264 | 1.188,00 |
| 121375 | CORK | S | 01601-5015 | $4,50 | 780 | 3.510,00 |
| 121375 | CORK | M | 01601-5016 | $4,50 | 1200 | 5.400,00 |
| 121375 | CORK | L | 01601-5017 | $4,50 | 996 | 4.482,00 |
| 121375 | CORK | XL | 01601-5018 | $4,50 | 996 | 4.482,00 |
| 121375 | CORK | XXL | 01601-5019 | $4,50 | 612 | 2.754,00 |
| 121375 | WHITE | S | 01601-5020 | $4,50 | 828 | 3.726,00 |
| 121375 | WHITE | M | 01601-5021 | $4,50 | 1200 | 5.400,00 |
| 121375 | WHITE | L | 01601-5022 | $4,50 | 1704 | 7.668,00 |
| 121375 | WHITE | XL | 01601-5023 | $4,50 | 1080 | 4.860,00 |
| 121375 | WHITE | XXL | 01601-5024 | $4,50 | 684 | 3.078,00 |
| 121375 | PURPLE POUT | S | 01601-5010 | $4,50 | 336 | 1.512,00 |
| 121375 | PURPLE POUT | M | 01601-5011 | $4,50 | 696 | 3.132,00 |
| 121375 | PURPLE POUT | L | 01601-5012 | $4,50 | 900 | 4.050,00 |
| 121375 | PURPLE POUT | XL | 01601-5013 | $4,50 | 516 | 2.322,00 |
| 121375 | PURPLE POUT | XXL | 01601-5014 | $4,50 | 192 | 864,00 |
| TTL: | | | | | 25.344 | 114.048,00 |

121375
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 3.660 | 6.408 | 7.596 | 4.860 | 2.820 | 25.344PCS |
| | N.N.WT/PC | 0,130083254 | 0,130083254 | 0,130083254 | 0,130083254 | 0,130083254 | |
| | TOTAL WT | 476,10 | 833,57 | 988,11 | 632,20 | 366,83 | 3.296,83 |

Signed by _____

Çam Sokak No: 26
Merter-İSTANBUL
Tel: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Merter V.D.: 0990333695

T.C. MALİYE BAKANLIĞI
İl Kodu 34



**ATATEKS DIŞ TİCARET A.Ş.**

SAYIN
TARGET STORES
DIV. OF TARGET CORP, IMPORT DEPT
1000 NICOLLET MALL
MINNEAPOLIS, MN 55403 USA

MÜŞ. V.D. HES. NO.:
MÜŞ. KODU

**FATURA**
FATURA TARİHİ : 05/01/2006
SERİ C SIRA NO.: 767253
SIRA NO. :
REF. NO. :

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | DT/5054 TUTAR |
|---|---|---|---|---|---|
| T-SHIRT | %94 NAYLON, %6 ELASTİK BOYALI ( 4.183,87Kg) | AD | 25.344,00 | 4,50 | 114.048,00 |

BRÜT AĞIRLIK..: 5.008,64 KG
NET AĞIRLIK..: 4.183,87 KG
PAKETLEME....: 2112 KOLİ
BANKA........: KOÇBANK / MERTER ŞB.
ÖDEME........: VADELİ AKREDİTİF
FOB TUTARI...: 114.048,00 USD
NAVLUN.......:
SİGORTA......:
MENŞEİ.......: TÜRKİYE
İRSALİYE TARİHİ-NO.:

ÖDEME SÜRESİ :

YALNIZ:

TOPLAM
KDV % 18   114.048,00  FOB/USD
FATURA TUTARI
           114.048,00  FOB/USD

1- İşbu fatura tebliğinden itibaren 8 gün zarfında itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %.......... vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

TESLİM ALAN

AT-0199



PRIVATE LABEL
## CERTIFICATE OF QUALITY INSPECTION

REF ; 2004204

Date ; 01/05/05

To Whom It May Concern
We hereby certify that the undersigned did attent the manufacturer's premises to inpect the following ;

| | |
|---|---|
| FACTORY | ; ATATEKS TEKSTİL İŞLETMELERİ A.Ş. |
| PO# | : 6197633 |
| VENDOR PO# | : 34117 |
| STYLE NUMBER | ; 121375 |
| QUANTITY SHIPPED | ; 25.344 PCS |
| NUMBER OF CARTONS | ; 2.112 CARTONS |
| DESCRIPTION | ; LADIES %94 NYLON %6 LYCRA SEAMLESS SLEEVELESS ROUCHED TOP |

And found the merchandise in good condition and in compliance with your purchase order subject to the usual allowance.

DATE OF INSPECTION ; 01/04/05



AT-0200