# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | | |
|---|---|---|---|
| ATATEKS DIŞ TIC AŞ.<br>KERESTECİLER SİTESİ  ÇAM SOK NO:26<br>MERTER - ISTANBUL -TURKEY<br>TEL:+90 212  4134343  FAX  5561246 | 997062 | & | 28 Nisan 06 |
| | (9) No. & date of L/C | | |
| | CAD | & | |
| | (10) L/C issuing bank | | |
| | BANK OF AMERICA | | |
| (2) For Account & Risk of Messrs<br>PRIVATE LABEL LLC,<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, NY 10012<br>USA | (11) Remarks | | |
| | * CONSIGNED TO : BANK OF AMERICA<br>                                  1 FLEET WAY<br>                                  SCRANTON, PA 18507 | | |
| (3) Notify party | * MAKER:  ATATEKS TEKSTIL ISLETMELERI A.S.<br>                KERESTECILER SITESI CAM SOKAK NO:26<br>                MERTER / ISTANBUL / TURKEY | | |
| | * MID CODE:  TRATATEKIST | | |
| | * COUNTRY OF ORIGIN: TURKEY | | |
| (4) Port of loading | (5) Final destination | * FREIGHT COLLECT | |
| ISTANBUL | MIAMI | * FOB TURKEY | |
| (6) Carrier | (7) Sailing on or about | * THE GOODS HAVE BEEN MARKED IN ACCORDANCE WITH<br>U.S. CUSTOMS REGULATIONS. | |
| BIGES | Nis. 28, 2006 | | |
| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |

FOB

WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
135609

FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34187
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S/M/L/XL
CASE PACK : 12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L= 75 CM
NUMBER OF BOXES:    990
FRONT & BACK & SIDE
TARGET STORES
PO NO. :    34187
DPC-ITEM NO. : 016-01
STYLE NO. :    135609
COLOR :
SIZE : S-M-L-XL
CASE PACK :12PCS
MADE IN TURKEY
CARTON DIMENSIONS IN CM :
H= 10 CM W= 45 CM L=75 CM
hanger no: CPT-17

| STYLE NO. | STORE PO NO. | 'ENDER'S PO N( | Q'TY | U/PRICE | AMOUNT |
|---|---|---|---|---|---|
| 135609 | | 34187 | 11.880PCS | $3,75 | US$44.550,00 |
| TOTAL | | | 11.880PCS | | US$44.550,00 |

* FABRIC/YARN   % 94 NYLON , % 6 LYCRA

* TARGET DEPT. NO.:   018

* MANUFACTURER :
ATATEKS TEKSTİL İŞLETMELERİ A.Ş.
KERESTECİLER SİTESİ
ÇAM SOK NO:26
MERTER - ISTANBUL -TURKEY

* TOTAL NET NET WEIGHT  :   2.007,72   KGS
  TOTAL NET WEIGHT      :   2.423,52   KGS
  TOTAL GROSS WEIGHT    :   3.314,52   KGS
  CARTON DIMENSIONS     :   75*45*10

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES, THESE VALUES INCLUDE
THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
11880 PCS HANGER STYLE CPT-17 AT US$0,073        $867,24

## COMMERCIAL INVOICE(2)

| ** STYLE NO. | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | Q'TY(PCS) | AMOUNT(U$) |
|---|---|---|---|---|---|---|
| 135609 | SPANISH BROWN | S | 018052874 | $3,75 | 2376 | 8.910,00 |
| 135609 | SPANISH BROWN | M | 018052875 | $3,75 | 3828 | 14.355,00 |
| 135609 | SPANISH BROWN | L | 018052876 | $3,75 | 3300 | 12.375,00 |
| 135609 | SPANISH BROWN | XL | 018052877 | $3,75 | 2376 | 8.910,00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TTL: | | | | | 11.880,00 | 44.550,00 |

135609
** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|
| | Q'TY | 2,376 | 3,828 | 3.300 | 2.376 | 0 | 11.880PCS |
| | N.N.W'T/PC | 0,169 | 0,169 | 0,169 | 0,169 | 0,169 | |
| | TOTAL W'T | 401,54 | 646,93 | 557,70 | 401,54 | 0,00 | 2,007,72 |



Signed by _____

Çam Sokak No: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490672-438254
Marmara Kurumlar V.D.: 0990333695





**ATATEKS**
DIŞ TİCARET A.Ş.

SAYIN: PRIVATE LABEL LLC,
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012
U.S.A.

MÜŞ. V.D. HES. NO.:

MÜŞ. KODU:

FATURA
FATURA TARİHİ: 28.04.2006

SERİ A SIR. NO: 997062
SIRA NO:
REF. NO: AT/5881

| STOK KODU | CİNSİ | BİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| | ATLET %94 NAYLON %6 ELASTİK | | 11.880 | 3,75 | 44.550,00 |

BRÜT AĞIRLIK: 3.314,52 KG
NET AĞIRLIK: 2.423,52 KG
PAKETLEME: 990 KAP
BANKA: VAKIFBANK MERTER ŞB.
ÖDEME: VESAİK MUKABİLİ
FOB TUTAR: 44.550,00 USD
NAVLUN:
SİGORTA:
MENŞEİ: TÜRKİYE

İRSALİYE TARİHİ - NO.:
ÖDEME SÜRESİ:

YALNIZ: #KIRKDÖRTBİNBEŞYÜZELLİ USD#

TOPLAM 44.550,00 FOB/US$
KDV %8
FATURA TUTARI 44.550,00 FOB/

TESLİM ALAN

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %....... vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün için zaman aşımına uğrar.

AT-0162



# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice | | May. 12, 2005 |
|---|---|---|---|
| ATATEKS DIS TIC.A.S.<br>KERESTECILER SITESI   CAM SOK. NO:26<br>MERTER - ISTANBUL - TURKEY<br>TEL:+90 212    4134343    FAX    55512 | 907147 & | | |
| | (9) No. & date of L/C<br>CAD | & | |
| | (10) L/C issuing bank<br>BANK OF AMERICA | | |
| (2) For account & risk of Messrs.<br>PRIVATE LABEL LLC.<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, NY 10012<br>USA | (11) Remarks | | |
| | * CONSIGNED TO:   BANK OF AMERICA<br>                        IM 1 FLEET WAY<br>                        MT SCRANTON, PA 18507 | | |
| (3) Notify party | * MAKER:   ATATEKS TEKSTIL ISLETMELERI A.S.<br>            KERESTECILER SITESI CAM SOKAK NO:26<br>            MERTER / ISTANBUL / TURKEY | | |
| | * MID CODE:   TRATATEKIST | | |
| | * COUNTRY OF ORIGIN:   TURKEY | | |
| | * FREIGHT COLLECT<br>* FOB TURKEY<br>* THE GOODS HAVE BEEN MARKED<br>IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. | | |
| (4) Port of loading   ISTANBUL | (5) Final destination   MIAMI | | |
| (6) Carrier   BIGES | (7) Sailing on or about   May. 12, 2005 | | |
| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit price | (16) Amount |

| Marks & No's. | Qty (CTN) | UM | DESCRIPTION | | | | U/COST (USD) | EXTENDED COST(USD) |
|---|---|---|---|---|---|---|---|---|
| FRONT & BACK & SIDE<br>ARGET STORES<br>PO NO.:        34189<br>DPC-ITEM NO.:   01805-3407<br>STYLE NO.:      135809<br>COLOR:          ASST<br>SIZE:           ASST<br>CASE PACK:      12<br>MADE IN TURKEY<br>CARTON DIMENSIONS IN CM:<br>H= 10 CM W= 45 CM L= 75 CM | | | STORE PO NO:   54189<br>MERCHANDISE OF ORIGIN<br>WOMEN'S APPAREL<br>LADIES % 94 NYLON , % 6 LYCRA<br>SEAMLESS RACERBACK TANK TOP | | | | | |
| | | | ASSORTMENT DPC-ITEM NO.: | 01805-3407 | | | | |
| | | | STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | | | TOTAL | 12PCS | | $45.00 |
| PO NO.:        34189<br>DPC-ITEM NO.:   01805-3408<br>STYLE NO.:      135809<br>COLOR:          ASST<br>SIZE:           ASST<br>CASE PACK:      68<br>MADE IN TURKEY<br>CARTON DIMENSIONS IN CM:<br>H= 33 CM W= 52 CM L= 80 CM | | | ASSORTMENT DPC-ITEM NO.: | 01805-3408 | | | | |
| | | | STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | EBONY | 3 | $3.75 | $11.25 |
| | | | 135809 | 34189 | EBONY | 4 | $3.75 | $15.00 |
| | | | 135809 | 34189 | EBONY | 4 | $3.75 | $15.00 |
| | | | 135809 | 34189 | EBONY | 3 | $3.75 | $11.25 |
| | | | 135809 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| | | | 135809 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |

AT-0164

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 3 | $3.75 | $11.25 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 3 | $3.75 | $11.25 |
| 135609 | 34189 | TRUE WHITE | 4 | $3.75 | $15.00 |
| 135609 | 34189 | TRUE WHITE | 4 | $3.75 | $15.00 |
| 135609 | 34189 | TRUE WHITE | 3 | $3.75 | $11.25 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| | | TOTAL | 68 PCS | | $255.00 |

PO NO.: 34189
DPC-ITEM NO.: 01805-3409
STYLE NO.: 135609
COLOR: ASST
SIZE: ASST
CASE PACK: 36
MADE IN TURKEY
CARTON DIMENSIONS IN CM:
H = 33 CM W = 50 CM L = 98 CM

ASSORTMENT DPC-ITEM NO.: 01805-3409

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | TRUE WHITE | 1 | $3.75 | $3.75 |
| | | TOTAL | 36 PCS | | $135.00 |

GRAND TOTAL: 900 CTNS    28080 PCS    INVOICE TOTAL: $105,305.00

- FABRIC/YARN: % 94 NYLON, % 6 LYCRA
- TARGET DEPT. NO.: 018
- MANUFACTURER: ATATEKS TEKSTIL ISLETMELERI A.S.
  KERESTECILER SITESI    ÇAM SOK NO:26
  MERTER - ISTANBUL - TURKEY
- TOTAL NET NET WEIGHT: 3,818.88 KGS
- TOTAL NET WEIGHT: 4,857.84 KGS
- TOTAL GROSS WEIGHT: 5,834.04 KGS
- CARTON DIMENSIONS: 75*45*10
  80*50*23
  88*50*33

* INCLUDED IN THE AMOUNT ABOVE ARE THE FOLLOWING HANGERS VALUES. THESE VALUES INCLUDE THE COST OF THE HANGERS AND THE FREIGHT COST FROM THE HANGER MANUFACTURER TO OUR FACTORY
28080 PCS HANGER STYLE CPT 17 AT US$0.073    $2,045.84

- TO BE CONTINUED -

AT-0165

## COMMERCIAL INVOICE(2)

| STYLE NO | COLOR/SIZE | | DPC-ITEM NO. | U/PRICE | QTY(PCS) | AMOUNT(US) |
|---|---|---|---|---|---|---|
| 135609 | SUGAR N SPICE | XS | 018052710 | $3.75 | 250 | 937.50 |
| 135609 | SUGAR N SPICE | S | 018052711 | $3.75 | 250 | 937.50 |
| 135609 | SUGAR N SPICE | M | 018052712 | $3.75 | 250 | 937.50 |
| 135609 | SUGAR N SPICE | L | 018052713 | $3.75 | 250 | 937.50 |
| 135609 | SUGAR N SPICE | XL | 018052714 | $3.75 | 250 | 937.50 |
| 135609 | SUGAR N SPICE | XXL | 018052715 | $3.75 | 250 | 937.50 |
| 135609 | PLUM | XS | 018052716 | $3.75 | 250 | 937.50 |
| 135609 | PLUM | S | 018052717 | $3.75 | 250 | 937.50 |
| 135609 | PLUM | M | 018052718 | $3.75 | 250 | 937.50 |
| 135609 | PLUM | L | 018052719 | $3.75 | 250 | 937.50 |
| 135609 | PLUM | XL | 018052720 | $3.75 | 250 | 937.50 |
| 135609 | PLUM | XXL | 018052721 | $3.75 | 250 | 937.50 |
| 135609 | SPANISH BROWN | XS | 018052873 | $3.75 | 680 | 2,550.00 |
| 135609 | SPANISH BROWN | S | 018052874 | $3.75 | 680 | 2,550.00 |
| 135609 | SPANISH BROWN | M | 018052875 | $3.75 | 680 | 2,550.00 |
| 135609 | SPANISH BROWN | L | 018052876 | $3.75 | 680 | 2,550.00 |
| 135609 | SPANISH BROWN | XL | 018052877 | $3.75 | 680 | 2,550.00 |
| 135609 | SPANISH BROWN | XXL | 018052878 | $3.75 | 680 | 2,550.00 |
| 135609 | EBONY | XS | 018052885 | $3.75 | 680 | 2,550.00 |
| 135609 | EBONY | S | 018052886 | $3.75 | 740 | 2,775.00 |
| 135609 | EBONY | M | 018052887 | $3.75 | 770 | 2,887.50 |
| 135609 | EBONY | L | 018052888 | $3.75 | 770 | 2,887.50 |
| 135609 | EBONY | XL | 018052889 | $3.75 | 740 | 2,775.00 |
| 135609 | EBONY | XXL | 018052890 | $3.75 | 680 | 2,550.00 |
| 135609 | MOSS FLASH | XS | 018052891 | $3.75 | 650 | 2,437.50 |
| 135609 | MOSS FLASH | S | 018052892 | $3.75 | 680 | 2,550.00 |
| 135609 | MOSS FLASH | M | 018052893 | $3.75 | 680 | 2,550.00 |
| 135609 | MOSS FLASH | L | 018052894 | $3.75 | 680 | 2,550.00 |
| 135609 | MOSS FLASH | XL | 018052895 | $3.75 | 680 | 2,550.00 |
| 135609 | MOSS FLASH | XXL | 018052896 | $3.75 | 680 | 2,550.00 |
| 135609 | DEEP PEWTER | XS | 018052897 | $3.75 | 680 | 2,550.00 |
| 135609 | DEEP PEWTER | S | 018052898 | $3.75 | 680 | 2,550.00 |
| 135609 | DEEP PEWTER | M | 018052899 | $3.75 | 740 | 2,775.00 |
| 135609 | DEEP PEWTER | L | 018052900 | $3.75 | 680 | 2,550.00 |
| 135609 | DEEP PEWTER | XL | 018052901 | $3.75 | 680 | 2,550.00 |
| 135609 | DEEP PEWTER | XXL | 018052902 | $3.75 | 680 | 2,550.00 |
| 135609 | SHELL | XS | 018052903 | $3.75 | 650 | 2,437.50 |
| 135609 | SHELL | S | 018052904 | $3.75 | 680 | 2,550.00 |
| 135609 | SHELL | M | 018052905 | $3.75 | 680 | 2,550.00 |
| 135609 | SHELL | L | 018052906 | $3.75 | 680 | 2,550.00 |
| 135609 | SHELL | XL | 018052907 | $3.75 | 680 | 2,550.00 |
| 135609 | SHELL | XXL | 018052908 | $3.75 | 680 | 2,550.00 |
| 135609 | TRUE WHITE | XS | 018052909 | $3.75 | 680 | 2,550.00 |
| 135609 | TRUE WHITE | S | 018052910 | $3.75 | 740 | 2,775.00 |
| 135609 | TRUE WHITE | M | 018052911 | $3.75 | 770 | 2,887.50 |
| 135609 | TRUE WHITE | L | 018052912 | $3.75 | 770 | 2,887.50 |
| 135609 | TRUE WHITE | XL | 018052913 | $3.75 | 740 | 2,775.00 |
| 135609 | TRUE WHITE | XXL | 018052914 | $3.75 | 680 | 2,550.00 |
| TTL | | | | | 28,080.00 | 105,300.00 |

135609
*** NET NET WEIGHT BREAKDOWN

| STYLE NO. | SIZE | XS | S | M | L | XL | XXL | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | QTY | 4,520 | 4,700 | 4,820 | 4,760 | 4,700 | 4,580 | 28,080PCS |
| | N.N.WT/PC | 0.136 | 0.136 | 0.136 | 0.136 | 0.136 | 0.136 | |
| | TOTAL WT | 614.72 | 639.20 | 655.52 | 647.36 | 639.20 | 622.88 | 3,818.88 |



Signed by _____

AT-0166

Çam Sokak N: 26
Merter-İSTANBUL
Tel.: (0212) 413 43 43
Fax: (0212) 507 42 52
Tic. Sic. No.: 490872-438254
Marmara Kurumlar V.D.: 0990333695


İl Kodu 34


**ATATEKS**
DIŞ TİCARET A.Ş.

SAYIN PRIVATE LABEL LLC
597 BROADWAY 2ND FLOOR
NEW YORK, NY 10012
USA

MÜŞ. V.D. HES. NO.:

MÜŞ. KODU

**FATURA**
FATURA TARİHİ : 12.05.2006

SERİ A SIRA NO. : 997147

SIRA NO. :
REF. NO. : DT/5959

| STOK KODU | CİNSİ | BİRİM | MİKTAR | BR. FİYAT | TUTAR |
|---|---|---|---|---|---|
| | ATLET %94 NAYLON %6 ELASTİK (4.857,84 KG) | | 28.080 | 3,75 | 105.300,00 |

BRÜT AĞIRLIK: 5.934,04 KG
NET AĞIRLIK: 4.857,84 KG
PAKETLEME: 900 KAP
BANKA: VAKIFBANK MERTER ŞB.
ÖDEME: VESAİK MUKABİLİ
FOB TUTAR: 105.300,00 USD
NAVLUN:
SİGORTA:
MENŞE: TÜRKİYE



İRSALİYE TARİHİ - NO.:
ÖDEME SÜRESİ:
YALNIZ: #YÜZBEŞBİNÜÇYÜZ USD#

TOPLAM 105.300,00 ~~USD/LOT~~
KDV % 8
FATURA TUTARI 105.300,00 FOB

TESLİM ALAN

1- İşbu fatura muhteviyatına 8 gün içinde itiraz edilmediği takdirde kabul edilmiş sayılır.
2- Bu faturadan doğacak ihtilaflar için mercii Kadıköy Mahkemeleridir.
3- Mal seyri rizikosu alıcıya aittir.
4- Müşterinin özel talimatı olmadan sigorta yaptırılamaz.
5- Vadesinde ödenmeyen faturalar için aylık %......... vade farkı tahakkuk ettirilir.
6- Ayıptan dolayı talep ve dava hakları teslim tarihinden itibaren 8 gün içinde zaman aşımına uğrar.

AT-0167



AT-0168

# COMMERCIAL INVOICE

| (1) Shipper/Exporter | (8) No. & date of invoice |
|---|---|
| ATATEKS DIŞ TİC.A.Ş.<br>KERESTECİLER SİTESİ  ÇAM SOK. NO:26<br>MERTER - ISTANBUL -TURKEY<br>TEL:+90 212   4134343   FAX   5561246 | 997209 & May. 18, 2005 |
| | (9) No. & date of L/C |
| | CAD & |
| | (10) L/C issuing bank |
| | BANK OF AMERICA |
| PRIVATE LABEL LLC,<br>597 BROADWAY 2ND FLOOR<br>NEW YORK, NY 10012<br>USA | (11) Remarks |
| (3) Notify party | * CONSIGNED TO:   BANK OF AMERICA<br>                   IV 1 FLEET WAY<br>                   M SCRANTON, PA 16507 |
| | * MAKER:   ATATEKS TEKSTIL ISLETMELERI A.S.<br>            KERESTECILER SITESI CAM SOKAK NO:26<br>            MERTER / ISTANBUL / TURKEY |
| | * MID CODE:   TRATATEKIST |
| | * COUNTRY OF ORIGIN:   TURKEY |
| | * FREIGHT COLLECT |
| (4) Port of loading | (5) Final destination | * FOB TURKEY |
| ISTANBUL | MIAMI | * THE GOODS HAVE BEEN MARKED |
| (6) Carrier | (7) Sailing on or about | IN ACCORDANCE WITH U.S. CUSTOMS REGULATIONS. |
| BIGES | May. 18, 2005 | |

| (12) Marks and numbers of PKGS | (13) Description of goods | (14) Quantity/Unit | (15) Unit-price | (16) Amount |
|---|---|---|---|---|
| Marks & No's. | Q'ty UM DESCRIPTION (CTN) | | U/COST (USD$) | EXTENDED Cost(USD$) |

FRONT & BACK & SIDE
TARGET STORES
PO NO.:              34189
DPC-ITEM NO.:       01805-3406
STYLE NO.:          135609
COLOR:              ASST
SIZE:               ASST
CASE PACK:          19
MADE IN TURKEY
CARTON DIMENSIONS IN CM:
H= 14 CM W= 45 CM L=75 CM

STORE PO NO:   34189
MERCHANDISE OF ORIGIN
WOMEN'S APPAREL
LADIES % 94 NYLON , % 6 LYCRA
SEAMLESS RACERBACK TANK TOP

ASSORTMENT DPC-ITEM NO.: 01805-3406

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SUGAR N SPICE | 2 | $3.75 | $7.50 |
| 135609 | 34189 | SUGAR N SPICE | 2 | $3.75 | $7.50 |
| 135609 | 34189 | SUGAR N SPICE | 2 | $3.75 | $7.50 |
| 135609 | 34189 | SUGAR N SPICE | 2 | $3.75 | $7.50 |
| 135609 | 34189 | SUGAR N SPICE | 1 | $3.75 | $3.75 |
| 135609 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| 135609 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| 135609 | 34189 | PLUM | 2 | $3.75 | $7.50 |
| 135609 | 34189 | PLUM | 2 | $3.75 | $7.50 |
| 135609 | 34189 | PLUM | 2 | $3.75 | $7.50 |
| 135609 | 34189 | PLUM | 1 | $3.75 | $3.75 |
| | | TOTAL | 19PCS | | $71.25 |

P.O NO.:             34189
DPC-ITEM NO.:       01805-3409
STYLE NO.:          135609
COLOR:              ASST
SIZE:               ASST
CASE PACK:          36
MADE IN TURKEY
CARTON DIMENSIONS IN CM:
H= 23 CM W= 50 CM L= 80 CM

ASSORTMENT DPC-ITEM NO.: 01805-3409

| STYLE NO. | VENDER'S PO NO. | COLOR / SIZE | QTY | VALUE | EXTENSION |
|---|---|---|---|---|---|
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SPANISH BROWN | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | EBONY | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | MOSS FLASH | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | DEEP PEWTER | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |
| 135609 | 34189 | SHELL | 1 | $3.75 | $3.75 |

AT-0169