| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2003, or tax year beginning _____, and ending _____<br>EXTENSION GRANTED TO 10/15/04 | **2003** |

| A Principal business activity<br>IMPORTER | Use the IRS label. Otherwise, print or type. | Name of partnership<br>PRIVATE LABEL SOURCING, LLC | D Employer identification number<br>22-3800350 |
|---|---|---|---|
| B Principal product or service<br>WOMEN'S APPAREL | | Number, street, and room or suite no. If a P.O. box, see page 14 of the instructions.<br>470 BROOME STREET | E Date business started<br>07/01/2001 |
| C Business code number<br>424300 | | City or town, state, and ZIP code<br>NEW YORK, NY 10013 | F Total assets<br>$ 1,634,301. |

G  Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change  (5) ☐ Amended return
H  Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ▶ _____
I  Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

Caution: Include only trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 1,587,267. | |
| b | Less returns and allowances | 1b | 152,224. | 1c  1,435,043. |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 | 1,443,511. |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | <8,468.> |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | 4 | |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | | 6 | |
| 7 | Other income (loss) (attach schedule)  SEE STATEMENT 1 | | 7 | 5,661,277. |
| 8 | Total income (loss). Combine lines 3 through 7 | | 8 | 5,652,809. |

### Deductions (see instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | 2,362,593. |
| 10 | Guaranteed payments to partners | | 10 | |
| 11 | Repairs and maintenance | | 11 | 32,787. |
| 12 | Bad debts | | 12 | |
| 13 | Rent | | 13 | 330,317. |
| 14 | Taxes and licenses  SEE STATEMENT 2 | | 14 | 344,381. |
| 15 | Interest | | 15 | 37,311. |
| 16a | Depreciation (if required, attach Form 4562) | 16a | 72,616. | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c  72,616. |
| 17 | Depletion (Do not deduct oil and gas depletion.) | | 17 | |
| 18 | Retirement plans, etc. | | 18 | 321,011. |
| 19 | Employee benefit programs | | 19 | 145,578. |
| 20 | Other deductions (attach schedule)  SEE STATEMENT 3 | | 20 | 1,265,296. |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21 | 4,911,890. |
| 22 | Ordinary income (loss) from trade or business activities. Subtract line 21 from line 8 | | 22 | 740,919. |

**Sign Here**  Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member   ▶ Date

May the IRS discuss this return with the preparer shown below (see instr.)?  ☒ Yes  ☐ No

| Paid Preparer's Use Only | Preparer's signature ▶ | | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN<br>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 |
|---|---|---|---|---|---|
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ | MAHONEY COHEN & COMPANY, CPA, P.C.<br>1065 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10018 | | EIN ▶ 13-2806641<br>Phone no. 212-790-5700 | |

311001  12-18-03  JWA  For Paperwork Reduction Act Notice, see separate instructions.  Form **1065** (2003)

PRIVATE LABEL SOURCING, LLC     22-3800350

Form 1065 (2003)     Page 2

### Schedule A — Cost of Goods Sold (see page 18 of the instructions)

| | | |
|---|---|---:|
| 1 | Inventory at beginning of year | 302,500. |
| 2 | Purchases less cost of items withdrawn for personal use | 905,570. |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule)    SEE STATEMENT 5 | 275,338. |
| 5 | Other costs (attach schedule)    SEE STATEMENT 4 | 208,106. |
| 6 | Total. Add lines 1 through 5 | 1,691,514. |
| 7 | Inventory at end of year | 248,003. |
| 8 | Cost of goods sold. Subtract line 7 from line 6. Enter here and on page 1, line 2 | 1,443,511. |

9 a   Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶ _____

b   Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ........ ▶ ☐

c   Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ........ ▶ ☐

d   Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?    ☒ Yes    ☐ No

e   Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes    ☒ No
    If "Yes," attach explanation.

### Schedule B — Other Information

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box: <br> a ☐ Domestic general partnership   b ☐ Domestic limited partnership <br> c ☒ Domestic limited liability company   d ☐ Domestic limited liability partnership <br> e ☐ Foreign partnership   f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see Designation of Tax Matters Partner below | | X |
| 5 | Does this partnership meet all three of the following requirements? <br> a The partnership's total receipts for the tax year were less than $250,000; <br> b The partnership's total assets at the end of the tax year were less than $600,000; and <br> c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. <br> If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, Form 8264, Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2003, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership on page 9 of the instructions | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ _____     Identifying number of TMP ▶ _____

Address of designated TMP ▶ _____

JWA
311011
12-18-03

Form **1065** (2003)

Form 1065 (2003)  PRIVATE LABEL SOURCING, LLC          22-3800350  Page 3

### Schedule K — Partners' Shares of Income, Credits, Deductions, etc.

| | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|
| Income (Loss) | 1  Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | 740,919. |
| | 2  Net income (loss) from rental real estate activities (attach Form 8825) | 2 | |
| | 3a Gross income from other rental activities ... 3a | | |
| | b  Expenses from other rental activities (attach schedule) ... 3b | | |
| | c  Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4  Portfolio income (loss) (attach Schedule D (Form 1065) for lines 4d and 4e): | | |
| | a  Interest income | 4a | 3,305. |
| | b  Dividends: (1) Qualified dividends ▶ _____ (2) Total ordinary dividends ▶ | 4b | |
| | c  Royalty income | 4c | |
| | d  Net short-term capital gain (loss): (1) post-May 5, 2003 ▶ _____ (2) Entire year ▶ | 4d(2) | |
| | e  Net long-term capital gain (loss): (1) post-May 5, 2003 ▶ _____ (2) Entire year ▶ | 4e(2) | |
| | f  Other portfolio income (loss) (attach schedule) | 4f | |
| | 5  Guaranteed payments to partners | 5 | |
| | 6a Net section 1231 gain (loss) (post-May 5, 2003) (attach Form 4797) | 6a | |
| | b  Net section 1231 gain (loss) (entire year) (attach Form 4797) | 6b | |
| | 7  Other income (loss) (attach schedule) | 7 | |
| Deductions | 8  Charitable contributions (attach schedule)  SEE STATEMENT 6 | 8 | 22,000. |
| | 9  Section 179 expense deduction (attach Form 4562) | 9 | 21,101. |
| | 10 Deductions related to portfolio income (itemize) | 10 | |
| | 11 Other deductions (attach schedule) | 11 | |
| Credits | 12a Low-income housing credit: (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | (2) Other than on line 12a(1) | 12a(2) | |
| | b  Qualified rehabilitation expenditures related to rental real estate activities (attach Form 3468) | 12b | |
| | c  Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d  Credits related to other rental activities | 12d | |
| | 13 Other credits | 13 | |
| Investment Interest | 14a Interest expense on investment debts | 14a | |
| | b  (1) Investment income included on lines 4a, 4b(2), 4c, and 4f above | 14b(1) | 3,305. |
| | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15a Net earnings (loss) from self-employment | 15a | 740,919. |
| | b  Gross farming or fishing income | 15b | |
| | c  Gross nonfarm income | 15c | 5,652,809. |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | <1,367.> |
| | b  Adjusted gain or loss | 16b | |
| | c  Depletion (other than oil and gas) | 16c | |
| | d  (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e  Other adjustments and tax preference items (attach schedule) | 16e | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ | | |
| | b  Gross income from all sources | 17b | |
| | c  Gross income sourced at partner level | 17c | |
| | d  Foreign gross income sourced at partnership level: | | |
| | (1) Passive ▶ _____ (2) Listed categories (attach sch.) ▶ _____ (3) General limitation ▶ | 17d(3) | |
| | e  Deductions allocated and apportioned at partner level: | | |
| | (1) Interest expense ▶ _____ (2) Other | 17e(2) | |
| | f  Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | (1) Passive ▶ _____ (2) Listed categories (attach sch.) ▶ _____ (3) General limitation ▶ | 17f(3) | |
| | g  Total foreign taxes (check one): ▶ Paid ☐  Accrued ☐ | 17g | |
| | h  Reduction in taxes available for credit (attach schedule) | 17h | |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ _____ b Amount ▶ | 18b | |
| | 19 Tax-exempt interest income | 19 | |
| | 20 Other tax-exempt income | 20 | |
| | 21 Nondeductible expenses   SEE STATEMENT 7 | 21 | 48,991. |
| | 22 Distributions of money (cash and marketable securities) | 22 | 2,578,352. |
| | 23 Distributions of property other than money | 23 | |
| | 24 Other items and amounts required to be reported separately to partners (attach schedule) | | |

JWA
311021
12-18-03

Form 1065 (2003)

Form 1065 (2003)  PRIVATE LABEL SOURCING, LLC    22-3800350  Page 4

### Analysis of Net Income (Loss)

| | | | | | |
|---|---|---|---|---|---|
| 1 Net Income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Sch K, lines 8 through 11, 14a, 17g, and 18b | | | | 1 | 701,123. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | 701,123. | | | | |

Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|
| 1 Cash | | 108,974. | | 31,465. |
| 2a Trade notes and accounts receivable | 267,694. | | 6,003. | |
| b Less allowance for bad debts | | 267,694. | | 6,003. |
| 3 Inventories | | 281,104. | | 198,842. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach schedule) | STATEMENT 8 | 1,203,943. | | 449,902. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach schedule) | | | | |
| 9a Buildings and other depreciable assets | 1,091,142. | | 1,116,082. | |
| b Less accumulated depreciation | 133,838. | 957,304. | 305,673. | 810,409. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach schedule) | STATEMENT 9 | 122,400. | | 137,680. |
| 14 Total assets | | 2,941,419. | | 1,634,301. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach schedule) | | | | |
| 18 All nonrecourse loans | | 1,787,309. | | 1,752,201. |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach schedule) | | | | |
| 21 Partners' capital accounts | | 1,154,110. | | <117,900.> |
| 22 Total liabilities and capital | | 2,941,419. | | 1,634,301. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | | | | |
|---|---|---|---|---|---|
| 1 Net income (loss) per books | | 951,342. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): | | |
| 2 Income included on Schedule K, lines 1 through 4, 6b, and 7, not recorded on books this year (itemize): | | | a Tax-exempt interest $ | | |
| STMT 11 | | 54,510. | STMT 12 | 334,679. | 334,679. |
| 3 Guaranteed payments (other than health insurance) | | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): | | | a Depreciation $ | | |
| a Depreciation $ 75,283. | | | STMT 13 | 94,324. | 94,324. |
| b Travel and entertainment $ 48,991. | | | 8 Add lines 6 and 7 | | 429,003. |
| | | 124,274. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | 701,123. |
| 5 Add lines 1 through 4 | | 1,130,126. | | | |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | | | |
|---|---|---|---|---|
| 1 Balance at beginning of year | | 1,154,110. | 6 Distributions: a Cash | 2,578,352. |
| 2 Capital contributed: a Cash | | 355,000. | b Property | |
| b Property | | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | | 951,342. | | |
| 4 Other increases (itemize): | | | | |
| | | | 8 Add lines 6 and 7 | 2,578,352. |
| 5 Add lines 1 through 4 | | 2,460,452. | 9 Balance at end of year. Subtract line 8 from line 5 | <117,900.> |

| | | | OMB No. 1545-0172 |
|---|---|---|---|
| Form **4562** Department of the Treasury Internal Revenue Service | **Depreciation and Amortization** (Including Information on Listed Property) OTHER ▶ See separate instructions. ▶ Attach to your tax return. | | **2003** Attachment Sequence No. 67 |
| Name(s) shown on return | Business or activity to which this form relates | | Identifying number |
| PRIVATE LABEL SOURCING, LLC | | | 22-3800350 |

**Part I** Election To Expense Certain Tangible Property Under Section 179 Note: If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See instructions for a higher limit for certain businesses | 1 | 100,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | 21,101. |
| 3 | Threshold cost of section 179 property before reduction in limitation | 3 | 400,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 100,000. |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | SEE STATEMENT 14 | 21,101. | 21,101. |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ... 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 21,101. |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 21,101. |
| 10 | Carryover of disallowed deduction from line 13 of your 2002 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 100,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 21,101. |
| 13 | Carryover of disallowed deduction to 2004. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 | Other depreciation (including ACRS) (see instructions) | 16 | |

**Part III** MACRS Depreciation (Do not include listed property.) (See Instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2003 | 17 | 72,608. |
| 18 | If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2003 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b    5-year property | | | | | | |
| c    7-year property | | | | | | |
| d    10-year property | | | | | | |
| e    15-year property | | | | | | |
| f    20-year property | | | | | | |
| g    25-year property | | | 25 yrs. | | S/L | |
| h    Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i    Nonresidential real property | 12/03 | 7,508. | 39 yrs. | MM | S/L | 8. |
| | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2003 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b    12-year | | | 12 yrs. | | S/L | |
| c    40-year | / | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 72,616. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

316251 10-21-03  LHA  For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2003)

10540902 797696 223800350     2003.06020 PRIVATE LABEL SOURCING, LLC 22380031

Form 4562 (2003) PRIVATE LABEL SOURCING, LLC        22-3800350  Page 2

## Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

### Section A - Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)

24a Do you have evidence to support the business/investment use claimed? ☐ Yes ☐ No    24b If "Yes," is the evidence written? ☐ Yes ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|

25  Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ............ | 25 | | |

26  Property used more than 50% in a qualified business use:

| | | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | | | |
| | | % | | | | | | |

27  Property used 50% or less in a qualified business use:

| | | % | | | S/L - | | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | S/L - | | | |
| | | % | | | S/L - | | | |

28  Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............ | 28 | |
29  Add amounts in column (i), line 26. Enter here and on line 7, page 1 ............ | 29 | |

### Section B - Information on Use of Vehicles

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

|  | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

### Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

|  | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

## Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|

42  Amortization of costs that begins during your 2003 tax year:

| | : : | | | | |
|---|---|---|---|---|---|
| | : : | | | | |

43  Amortization of costs that began before your 2003 tax year ............ | 43 | 2,000.
44  **Total.** Add amounts in column (f). See instructions for where to report ............ | 44 | 2,000.

316252/10-21-03                                                                                                          Form 4562 (2003)

10540902 797696 223800350        2003.06020 PRIVATE LABEL SOURCING, LLC 22380031

2003 DEPRECIATION AND AMORTIZATION REPORT

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | *Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OTHER 1 | | | | | | | | | | | |
| 1 | ORGANIZATIONAL EXPENSES | 070101 | | 60M | 43 | 10,000. | | | 10,000. | 3,000. | | 2,000. |
| 2 | LEASEHOLD IMPROVEMENT | 120101 | SL | 39.00 | 17 | 177,708. | | 53,312. | 124,396. | 3,323. | | 3,190. |
| 3 | FURNITURE & FIXTURES | 070101 | 200DB | 7.00 | 17 | 9,375. | | 9,375. | | | | 0. |
| 4 | LEASEHOLD IMPROVEMENT | 010102 | SL | 39.00 | 17 | 104,351. | | 31,305. | 73,046. | 1,795. | | 1,887. |
| 5 | LEASEHOLD IMPROVEMENT | 020102 | SL | 39.00 | 17 | 8,979. | | 2,694. | 6,285. | 141. | | 161. |
| 6 | LEASEHOLD IMPROVEMENT | 030102 | SL | 39.00 | 17 | 408,324. | | 122,497. | 285,827. | 5,802. | | 7,329. |
| 7 | LEASEHOLD IMPROVEMENT | 040102 | SL | 39.00 | 17 | 3,340. | | 1,002. | 2,338. | 43. | | 60. |
| 8 | LEASEHOLD IMPROVEMENT | 050102 | SL | 39.00 | 17 | 4,324. | | 1,297. | 3,027. | 49. | | 78. |
| 9 | LEASEHOLD IMPROVEMENT | 060102 | SL | 39.00 | 17 | 6,239. | | 1,872. | 4,367. | 61. | | 112. |
| 10 | LEASEHOLD IMPROVEMENT | 070102 | SL | 39.00 | 17 | 8,564. | | 2,569. | 5,995. | 71. | | 154. |
| 11 | LEASEHOLD IMPROVEMENT | 080102 | SL | 39.00 | 17 | 1,237. | | 371. | 866. | 8. | | 22. |
| 12 | LEASEHOLD IMPROVEMENT | 090102 | SL | 39.00 | 17 | 805. | | 242. | 563. | 4. | | 14. |
| 13 | LEASEHOLD IMPROVEMENT | 110102 | SL | 39.00 | 17 | 9,885. | | 2,966. | 6,919. | 22. | | 177. |
| 14 | LEASEHOLD IMPROVEMENT | 120102 | SL | 39.00 | 17 | 24,875. | | 7,463. | 17,412. | 19. | | 446. |
| 15 | FURNITURE & FIXTURES | 070102 | 200DB | 7.00 | 17 | 13,933. | | 4,180. | 9,753. | 1,394. | | 2,389. |
| 16 | FURNITURE & FIXTURES | 080102 | 200DB | 7.00 | 17 | 779. | | 234. | 545. | 78. | | 133. |
| 17 | FURNITURE & FIXTURES | 110102 | 200DB | 7.00 | 17 | 92. | | 28. | 64. | 9. | | 16. |
| 18 | FURNITURE & FIXTURES | 120102 | 200DB | 7.00 | 17 | 1,256. | | 377. | 879. | 126. | | 215. |

(D) - Asset disposed    *ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction

6.1

328102
05-01-03

2003 DEPRECIATION AND AMORTIZATION REPORT

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | *Reduction In Basis | Basis For Depreciation | OTHER Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | COMPUTER EQUIPMENT | 020102 | 200DB | 5.00 | 17 | 10,331. | | 3,099. | 7,232. | 1,446. | | 2,314. |
| 20 | COMPUTER EQUIPMENT | 030102 | 200DB | 5.00 | 17 | 32,593. | | 9,778. | 22,815. | 4,563. | | 7,301. |
| 21 | COMPUTER EQUIPMENT | 040102 | 200DB | 5.00 | 17 | 690. | | 207. | 483. | 97. | | 155. |
| 22 | COMPUTER EQUIPMENT | 060102 | 200DB | 5.00 | 17 | 5,540. | | 1,662. | 3,878. | 776. | | 1,241. |
| 23 | COMPUTER EQUIPMENT | 090102 | 200DB | 5.00 | 17 | 1,214. | | 364. | 850. | 170. | | 272. |
| 24 | COMPUTER SOFTWARE | 010102 | SL | 3.00 | 17 | 6,354. | | 1,906. | 4,448. | 742. | | 1,483. |
| 25 | COMPUTER SOFTWARE | 020102 | SL | 3.00 | 17 | 3,418. | | 1,025. | 2,393. | 399. | | 798. |
| 26 | COMPUTER SOFTWARE | 030102 | SL | 3.00 | 17 | 2,918. | | 875. | 2,043. | 341. | | 681. |
| 27 | COMPUTER SOFTWARE | 040102 | SL | 3.00 | 17 | 270. | | 81. | 189. | 32. | | 63. |
| 28 | COMPUTER SOFTWARE | 100102 | SL | 3.00 | 17 | 1,145. | | 344. | 801. | 134. | | 267. |
| 29 | COMPUTER SOFTWARE | 120102 | SL | 3.00 | 17 | 4,708. | | 1,412. | 3,296. | 550. | | 1,099. |
| 30 | FURNITURE & FIXTURES | 030102 | 200DB | 7.00 | 17 | 13,835. | | 4,151. | 9,684. | 1,384. | | 2,372. |
| 31 | FURNITURE & FIXTURES | 040102 | 200DB | 7.00 | 17 | 177,627. | | 53,288. | 124,339. | 17,768. | | 30,451. |
| 32 | FURNITURE & FIXTURES | 050102 | 200DB | 7.00 | 17 | 19,085. | | 5,726. | 13,359. | 1,909. | | 3,272. |
| 33 | FURNITURE & FIXTURES | 060102 | 200DB | 7.00 | 17 | 3,632. | | 1,090. | 2,542. | 363. | | 623. |
| 34 | FURNITURE & FIXTURES | 080102 | 200DB | 7.00 | 17 | 272. | | 82. | 190. | 27. | | 47. |
| 35 | FURNITURE & FIXTURES | 090102 | 200DB | 7.00 | 17 | 3,129. | | 939. | 2,190. | 313. | | 536. |
| 36 | FURNITURE & FIXTURES | 100102 | 200DB | 7.00 | 17 | 1,121. | | 336. | 785. | 112. | | 192. |

(D) - Asset disposed    *ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction

328102
05-01-03

6.2

2003 DEPRECIATION AND AMORTIZATION REPORT

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | *Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | FURNITURE & FIXTURES | 110102 | 200DB | 7.00 | 17 | 15,524. | | 4,657. | 10,867. | 1,553. | | 2,661. |
| 38 | (D)MACHINERY & EQUIPMENT | 110102 | 200DB | 5.00 | 17 | 3,670. | | 1,101. | 2,569. | 514. | | 411. |
| 39 | LEASEHOLD IMPROVEMENT | 120103 | SL | 39.00 | 19I | 7,508. | | | 7,508. | | | 8. |
| 40 | MACHINERY & EQUIPMENT | 010103 | 200DB | 5.00 | 19B | 2,076. | | 2,076. | | | 2,076. | 2,07 |
| 41 | COMPUTER EQUIPMENT | 043003 | 200DB | 5.00 | 19B | 3,027. | | 3,027. | | | 3,027. | 3,027. |
| 42 | COMPUTER EQUIPMENT | 063003 | 200DB | 5.00 | 19B | 5,643. | | 5,643. | | | 5,643. | 5,643. |
| 43 | COMPUTER EQUIPMENT | 033103 | 200DB | 5.00 | 19B | 2,365. | | 2,365. | | | 2,365. | 2,365. |
| 44 | COMPUTER EQUIPMENT | 103103 | 200DB | 5.00 | 19B | 2,228. | | 2,228. | | | 2,228. | 2,228. |
| 45 | COMPUTER EQUIPMENT | 113003 | 200DB | 5.00 | 19B | 411. | | 411. | | | 411. | 411. |
| 46 | COMPUTER EQUIPMENT | 123103 | 200DB | 5.00 | 19B | 4,204. | | 4,204. | | | 4,204. | 4,204. |
| 47 | FURNITURE & FIXTURES | 040103 | 200DB | 7.00 | 19C | 1,147. | | 1,147. | | | 1,147. | 1,147. |
| | * TOTAL OTHER DEPRECIATION & AMORT | | | | | 1129751. | | 355008. | 774,743. | 49,138. | 21101. | 95,717. |

(D) - Asset disposed    *ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction

6.3

328102
05-01-03

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer Identification number |
|---|---|---|---|
| PRIVATE LABEL SOURCING, LLC | | | 22-3800350 |

| | | | |
|---|---|---:|---:|
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | 740,919. | |
| b Net income (loss) from CERTAIN rental real estate activities | 1b | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | |
| d Net loss from Form 4797, Part II, line 18, included on line 1a above. Enter as a positive amount | 1d | | |
| e Other additions | 1e | | |
| f Combine lines 1a through 1e | 1f | 740,919. | |
| 2 a Net gain from Form 4797, Part II, line 18, included on line 1a above | 2a | | |
| b Other subtractions | 2b | | |
| c Add lines 2a and 2b | 2c | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | 740,919. | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | | |
| c Subtract line 3b from line 3a | | | 3c 740,919. |
| 4 a Guaranteed payments to partners (Schedule K, line 5) derived from a trade or business as defined in section 1402(c) | 4a | | |
| b Part of line 4a allocated to individual limited partners for other than services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | |
| c Subtract line 4b from line 4a | | | 4c |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 15a | | | 5 740,919. |

PRIVATE LABEL SOURCING, LLC                                    22-3800350

| FORM 1065 | OTHER INCOME | STATEMENT 1 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| COMMISSION INCOME | | 5,655,928. |
| SECTION 481(A)ADJUSTMENT-1ST YEAR | | 5,349. |
| TOTAL TO FORM 1065, LINE 7 | | 5,661,277. |

| FORM 1065 | TAX EXPENSE | STATEMENT 2 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| NEW YORK CITY TAXES - BASED ON INCOME | | 59,458. |
| PAYROLL TAXES | | 284,923. |
| TOTAL TO FORM 1065, LINE 14 | | 344,381. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 3 |
|---|---|---|
| **DESCRIPTION** | | **AMOUNT** |
| DESIGN EXPENSES | | 34,467. |
| UTILITIES | | 16,377. |
| SHOWROOM EXPENSE | | 1,553. |
| TRAVEL | | 270,315. |
| COMMUNICATION | | 34,971. |
| WAREHOUSE STORAGE | | 13,037. |
| OFFICE EXPENSES | | 64,400. |
| EQUIPMENT RENTAL | | 17,122. |
| INSURANCE | | 77,902. |
| PROFESSIONAL FEES | | 121,007. |
| BANK CHARGES | | 14,641. |
| FACTOR'S COMMISSION & CHARGES | | 81,376. |
| COMPUTER EXPENSE | | 18,612. |
| AUTO EXPENSE | | 80,155. |
| PRODUCTION SAMPLE DEVELOPMENT | | 543,708. |
| LESS: SECTION 263A | | <275,338.> |
| LEGAL SETTLEMENT | | 100,000. |
| MEALS AND ENTERTAINMENT | | 48,991. |
| AMORTIZATION EXPENSE | | 2,000. |
| TOTAL TO FORM 1065, LINE 20 | | 1,265,296. |

PRIVATE LABEL SOURCING, LLC                                          22-3800350

| SCHEDULE A | OTHER COSTS | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| COMMISSIONS | 39,757. |
| DUTY & BROKERAGE | 77,954. |
| FREIGHT-IN | 72,920. |
| OTHER CHARGES | 17,475. |
| TOTAL TO FORM 1065, PAGE 2, LINE 5 | 208,106. |

| SCHEDULE A | ADDITIONAL SECTION 263A COSTS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PRODUCTION & DESIGN SALARIES & PAYROLL TAXES | 143,406. |
| SAMPLE DEVELOPMENT | 92,259. |
| SHIPPING/WAREHOUSING STORAGE | 1,486. |
| OFFICE SALRIES & MEMBERS | 20,155. |
| PAYROLL TAXES & BENEFITS | 5,419. |
| INSURANCE EXPENSES | 1,776. |
| DEPRECTION | 2,136. |
| RENT & UTILITIES | 7,530. |
| REPAIRS & MAINTENANCE | 747. |
| COMPUTER EXPENSE | 424. |
| TOTAL TO FORM 1065, PAGE 2, LINE 4 | 275,338. |

| SCHEDULE K | CHARITABLE CONTRIBUTIONS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | 50% LIMIT | 30% LIMIT | 20% LIMIT |
|---|---|---|---|
| VARIOUS CASH CONTRIBUTIONS | 22,000. | | |
| TOTALS TO SCHEDULE K, LINE 8 | 22,000. | | |

PRIVATE LABEL SOURCING, LLC                                              22-3800350

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 7 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | | 48,991. |
| TOTAL TO SCHEDULE K, LINE 21 | | 48,991. |

| SCHEDULE L | OTHER CURRENT ASSETS | | STATEMENT 8 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| DUE FROM FACTOR | | 1,154,613. | 383,631. |
| PREPAID EXPENSES | | 48,633. | 49,467. |
| LOAN & EXCHANGES | | 697. | 16,804. |
| TOTAL TO SCHEDULE L, LINE 6 | | 1,203,943. | 449,902. |

| SCHEDULE L | OTHER ASSETS | | STATEMENT 9 |
|---|---|---|---|
| DESCRIPTION | | BEGINNING OF TAX YEAR | END OF TAX YEAR |
| SECURITY DEPOSIT | | 122,400. | 137,680. |
| TOTAL TO SCHEDULE L, LINE 13 | | 122,400. | 137,680. |

PRIVATE LABEL SOURCING, LLC                                              22-3800350

| FORM 1065 | | PARTNERS' CAPITAL ACCOUNT SUMMARY | | | STATEMENT 10 |
|---|---|---|---|---|---|
| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH- DRAWALS | ENDING CAPITAL |
| 1 | 567,694. | 125,000. | 475,670. | 1,289,176. | <120,812.> |
| 2 | 586,416. | 230,000. | 475,672. | 1,289,176. | 2,912. |
| TOTAL | 1,154,110. | 355,000. | 951,342. | 2,578,352. | <117,900.> |

| PRIVATE LABEL SOURCING, LLC | | 22-3800350 |
|---|---|---|

| SCHEDULE M-1 | INCOME NOT RECORDED ON BOOKS THIS YEAR | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SEC. 263A ADJ - ENDING INVENTORY | 49,161. |
| SECTION 481(A) ADJUSTMENT-1ST YEAR | 5,349. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 54,510. |

| SCHEDULE M-1 | INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN | STATEMENT 12 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PROVISION FOR CUSTOMERS CREDITS | 334,679. |
| TOTAL TO SCHEDULE M-1, LINE 6 | 334,679. |

| SCHEDULE M-1 | DEDUCTIONS ON RETURN NOT CHARGED AGAINST BOOK | STATEMENT 13 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PENSION EXPENSE | 70,928. |
| SEC. 263A ADJ - BEGINNING INVENTORY | 21,396. |
| AMORTIZATION | 2,000. |
| TOTAL TO SCHEDULE M-1, LINE 7 | 94,324. |

| FORM 4562 | PART I - SECTION 179 EXPENSE | STATEMENT 14 |
|---|---|---|

| (A) DESCRIPTION OF PROPERTY | (B) COST | (C) ELECTED COST |
|---|---|---|
| MACHINERY & EQUIMENT | 2,076. | 2,076. |
| COMPUTER EQUIPMENT | 3,027. | 3,027. |
| COMPUTER EQUIPMENT | 5,643. | 5,643. |
| COMPUTER EQUIPMENT | 2,365. | 2,365. |
| COMPUTER EQUIPMENT | 2,228. | 2,228. |
| COMPUTER EQUIPMENT | 411. | 411. |
| COMPUTER EQUIPMENT | 4,204. | 4,204. |
| FUNITURE & FIXTURES | 1,147. | 2,523. |
| TOTAL TO FORM 4562, PART I, LINE 6 | 21,101. | 22,477. |

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 2 | LEASEHOLD IMPROVEMENT | 12/01/01 | SL | 39.00 | 177,708. | 4,690. | 3,190. | 4,557. | <1,367.> |
| 4 | LEASEHOLD IMPROVEMENT | 01/01/02 | SL | 39.00 | 104,351. | 1,795. | 1,873. | 1,873. | 0. |
| 5 | LEASEHOLD IMPROVEMENT | 02/01/02 | SL | 39.00 | 8,979. | 141. | 161. | 161. | 0. |
| 6 | LEASEHOLD IMPROVEMENT | 03/01/02 | SL | 39.00 | 408,324. | 5,802. | 7,329. | 7,329. | 0. |
| 7 | LEASEHOLD IMPROVEMENT | 04/01/02 | SL | 39.00 | 3,340. | 43. | 60. | 60. | 0. |
| 8 | LEASEHOLD IMPROVEMENT | 05/01/02 | SL | 39.00 | 4,324. | 49. | 78. | 78. | 0. |
| 9 | LEASEHOLD IMPROVEMENT | 06/01/02 | SL | 39.00 | 6,239. | 61. | 112. | 112. | 0. |
| 10 | LEASEHOLD IMPROVEMENT | 07/01/02 | SL | 39.00 | 8,564. | 71. | 154. | 154. | 0. |
| 11 | LEASEHOLD IMPROVEMENT | 08/01/02 | SL | 39.00 | 1,237. | 8. | 22. | 22. | 0. |
| 12 | LEASEHOLD IMPROVEMENT | 09/01/02 | SL | 39.00 | 805. | 4. | 14. | 14. | 0. |
| 13 | LEASEHOLD IMPROVEMENT | 11/01/02 | SL | 39.00 | 9,885. | 22. | 177. | 177. | 0. |
| 14 | LEASEHOLD IMPROVEMENT | 12/01/02 | SL | 39.00 | 24,875. | 19. | 446. | 446. | 0. |
| 15 | FURNITURE & FIXTURES | 07/01/02 | 200DB | 7.00 | 13,933. | 1,394. | 2,389. | 2,389. | 0. |
| 16 | FURNITURE & FIXTURES | 08/01/02 | 200DB | 7.00 | 779. | 78. | 133. | 133. | 0. |
| 17 | FURNITURE & FIXTURES | 11/01/02 | 200DB | 7.00 | 92. | 9. | 16. | 16. | 0. |
| 18 | FURNITURE & FIXTURES | 12/01/02 | 200DB | 7.00 | 1,256. | 126. | 215. | 215. | 0. |
| 19 | COMPUTER EQUIPMENT | 02/01/02 | 200DB | 5.00 | 10,331. | 1,446. | 2,314. | 2,314. | 0. |
| 20 | COMPUTER EQUIPMENT | 03/01/02 | 200DB | 5.00 | 32,593. | 4,563. | 7,301. | 7,301. | 0. |
| 21 | COMPUTER EQUIPMENT | 04/01/02 | 200DB | 5.00 | 690. | 97. | 155. | 155. | 0. |
| 22 | COMPUTER EQUIPMENT | 06/01/02 | 200DB | 5.00 | 5,540. | 776. | 1,241. | 1,241. | 0. |
| 23 | COMPUTER EQUIPMENT | 09/01/02 | 200DB | 5.00 | 1,214. | 170. | 272. | 272. | 0. |
| 24 | COMPUTER SOFTWARE | 01/01/02 | SL | 3.00 | 6,354. | 742. | 1,483. | 1,483. | 0. |
| 25 | COMPUTER SOFTWARE | 02/01/02 | SL | 3.00 | 3,418. | 399. | 798. | 798. | 0. |
| 26 | COMPUTER SOFTWARE | 03/01/02 | SL | 3.00 | 2,918. | 341. | 681. | 681. | 0. |
| 27 | COMPUTER SOFTWARE | 04/01/02 | SL | 3.00 | 270. | 32. | 63. | 63. | 0. |
| 28 | COMPUTER SOFTWARE | 10/01/02 | SL | 3.00 | 1,145. | 134. | 267. | 267. | 0. |
| 29 | COMPUTER SOFTWARE | 12/01/02 | SL | 3.00 | 4,708. | 550. | 1,099. | 1,099. | 0. |
| 30 | FURNITURE & FIXTURES | 03/01/02 | 200DB | 7.00 | 13,835. | 1,384. | 2,372. | 2,372. | 0. |
| 31 | FURNITURE & FIXTURES | 04/01/02 | 200DB | 7.00 | 177,627. | 17,768. | 30,451. | 30,451. | 0. |
| 32 | FURNITURE & FIXTURES | 05/01/02 | 200DB | 7.00 | 19,083. | 1,909. | 3,272. | 3,272. | 0. |
| 33 | FURNITURE & FIXTURES | 06/01/02 | 200DB | 7.00 | 3,632. | 363. | 623. | 623. | 0. |
| 34 | FURNITURE & FIXTURES | 08/01/02 | 200DB | 7.00 | 272. | 27. | 47. | 47. | 0. |
| 35 | FURNITURE & FIXTURES | 09/01/02 | 200DB | 7.00 | 3,129. | 313. | 536. | 536. | 0. |
| 36 | FURNITURE & FIXTURES | 10/01/02 | 200DB | 7.00 | 1,121. | 112. | 192. | 192. | 0. |

11.1

328104
09-08-03

## ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 37 | FURNITURE & FIXTURES | 110102 | 200DB | 7.00 | 15,524. | 1,553. | 2,661. | 2,661. | 0. |
| 38 | MACHINERY & EQUIPMENT | 110102 | 200DB | 5.00 | 3,670. | 514. | 411. | 411. | 0. |
| 39 | LEASEHOLD IMPROVEMENT | 120103 | SL | 39.00 | 7,508. | 0. | 8. | 8. | 0. |
| 40 | MACHINERY & EQUIPMENT | 010103 | 200DB | 5.00 | 2,076. | 0. | 2,076. | 2,076. | 0. |
| 41 | COMPUTER EQUIPMENT | 043003 | 200DB | 5.00 | 3,027. | 0. | 3,027. | 3,027. | 0. |
| 42 | COMPUTER EQUIPMENT | 063003 | 200DB | 5.00 | 5,643. | 0. | 5,643. | 5,643. | 0. |
| 43 | COMPUTER EQUIPMENT | 033103 | 200DB | 5.00 | 2,365. | 0. | 2,365. | 2,365. | 0. |
| 44 | COMPUTER EQUIPMENT | 103103 | 200DB | 5.00 | 2,228. | 0. | 2,228. | 2,228. | 0. |
| 45 | COMPUTER EQUIPMENT | 113003 | 200DB | 5.00 | 411. | 0. | 411. | 411. | 0. |
| 46 | COMPUTER EQUIPMENT | 123103 | 200DB | 5.00 | 4,204. | 0. | 4,204. | 4,204. | 0. |
| 47 | FURNITURE & FIXTURES | 040103 | 200DB | 7.00 | 1,147. | 0. | 1,147. | 1,147. | 0. |
| | TOTALS | | | | 1,110,376. | 47,505. | 93,717. | 95,084. | <1,367.> |
| | MACRS AMT ADJUSTMENT | | | | | | | <1,367.> | |

11.2

328104
09-08-03

| Form **3115** (Rev. December 2003) Department of the Treasury Internal Revenue Service | **Application for Change in Accounting Method** | OMB No. 1545-0152 |
|---|---|---|

| Name of filer (name of parent corporation if a consolidated group) (see instructions) | Identification number (see instructions) 22-3800350 |
|---|---|
| PRIVATE LABEL SOURCING, LLC | Principal business activity code number (see instructions) 424300 |
| Number, street, and room or suite no. If a P.O. box, see the instructions. 470 BROOME STREET | Tax year of change begins (MM/DD/YYYY) 01/01/03 Tax year of change ends (MM/DD/YYYY) 12/31/03 |
| City or town, state, and ZIP code NEW YORK, NY 10013 | Name of contact person (see instructions) CHARLES SOCKETT |
| Name of applicant(s) (if different than filer) and identification number(s) (see instructions) | Contact person's telephone number 212-790-5759 |

If the applicant is a member of a consolidated group, check this box ................................ ▶ ☐

If Form 2848, Power of Attorney and Declaration of Representative, is attached, check this box ............ ▶ ☒

**Check the box to indicate the applicant.**

☐ Individual
☐ Corporation
☐ Controlled foreign corporation (Sec. 957)
☐ 10/50 corporation (Sec. 904(d)(2)(E))
☐ Qualified personal service corporation (Sec. 448(d)(2))
☐ Exempt organization. Enter Code section ▶ _____

☐ Cooperative (Sec. 1381)
☒ Partnership
☐ S corporation
☐ Insurance co. (Sec. 816(a))
☐ Insurance co. (Sec. 831)
☐ Other (specify) ▶ _____

**Check the appropriate box to indicate the type of accounting method change being requested. (see instructions)**

☐ Depreciation or Amortization
☐ Financial Products and/or Financial Activities of Financial Institutions
☒ Other (specify) ▶ INVENTORY

**Caution:** *The applicant must provide the requested information to be eligible for approval of the requested accounting method change. The applicant may be required to provide information specific to the accounting method change such as an attached statement. The applicant must provide all information relevant to the requested accounting method change, even if not specifically requested by the Form 3115.*

| **Part I** | **Information For Automatic Change Request** | Yes | No |
|---|---|---|---|
| 1 | Enter the requested designated accounting method change number from the List of Automatic Accounting Method Changes (see instructions). Enter only one method change number, except as provided for in the instructions. If the requested change is not included in that list, check "Other," and provide a description. ▶ (a) Change No. 22  (b) Other ☐ Description ▶ _____ | | |
| 2 | Is the accounting method change being requested one for which the scope limitations of section 4.02 of Rev. Proc. 2002-9 (or its successor) **do not** apply? ............ If "Yes," go to Part II. | | X |
| 3 | Is the tax year of change the final tax year of a trade or business for which the taxpayer would be required to take the entire amount of the section 481(a) adjustment into account in computing taxable income? ........ If "Yes," the applicant is not eligible to make the change under automatic change request procedures. | | X |

**Note:** *Complete Part II below and then Part IV, and also Schedules A through E of this form (if applicable).*

| **Part II** | **Information For All Requests** | Yes | No |
|---|---|---|---|
| 4a | Does the applicant (or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) have any Federal income tax return(s) under examination (see instructions)? ...... If you answered "No," go to line 5. | | |
| b | Is the method of accounting the applicant is requesting to change an issue (with respect to either the applicant or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) either (i) under consideration or (ii) placed in suspense (see instructions)? ...................... | | |

**Signature** *(see instructions)*

Under penalties of perjury, I declare that I have examined this application, including accompanying schedules and statements, and to the best of my knowledge and belief, the application contains all the relevant facts relating to the application, and it is true, correct, and complete. Declaration of preparer (other than applicant) is based on all information of which preparer has any knowledge.

| Filer | Preparer (other than filer/applicant) |
|---|---|
| _____ Signature and date | _____ Signature of individual preparing the application and date |
| _____ Name and title (print or type) | CHARLES SOCKETT Name of individual preparing the application (print or type) |
| | MAHONEY COHEN & COMPANY, CPA, P.C. Name of firm preparing the application |

For Privacy Act and Paperwork Reduction Act Notice, see the instructions.
ISA
STF FED4695F.1

Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003) Page **2**

| Part II | Information For All Requests (continued) | Yes | No |
|---|---|---|---|

**4c** Is the method of accounting the applicant is requesting to change an issue pending (with respect to either the applicant or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) for any tax year under examination (see instructions)? ............................................ **No: X**

 **d** Is the request to change the method of accounting being filed under the procedures requiring that the operating division director consent to the filing of the request (see instructions)? ................................... **No: X**
  If "Yes," attach the consent statement from the director.

 **e** Is the request to change the method of accounting being filed under the 90-day or 120-day window period? .. **No: X**
  If "Yes," check the box for the applicable window period and attach the required statement (see instructions).
  ☐ 90 day     ☐ 120 day

 **f** If you answered "Yes" to line 4a, enter the name and telephone number of the examining agent and the tax year(s) under examination.
  Name ► _____ Telephone number ► _____ Tax year(s) ► _____

 **g** Has a copy of this Form 3115 been provided to the examining agent identified on line 4f? ..............

**5a** Does the applicant (or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) have any Federal income tax return(s) before Appeals and/or a Federal court? ..... **No: X**
  If "Yes," enter the name of the (check the box) ☐ Appeals officer and/or ☐ counsel for the government, and the tax year(s) before Appeals and/or a Federal court.
  Name ► _____ Telephone number ► _____ Tax year(s) ► _____

 **b** Has a copy of this Form 3115 been provided to the Appeals officer and/or counsel for the government identified on line 5a? ............................................................................................

 **c** Is the method of accounting the applicant is requesting to change an issue under consideration by Appeals and/or a Federal court (for either the applicant or any present or former consolidated group in which the applicant was a member for the tax year(s) the applicant was a member)? ................................... **No: X**
  If "Yes," attach an explanation.

**6** If the applicant answered "Yes" to line 4a and/or 5a with respect to any present or former consolidated group, provide each parent corporation's **(a)** name, **(b)** identification number, **(c)** address, and **(d)** tax year(s) during which the applicant was a member that is under examination, before an Appeals office, and/or before a Federal court.

**7** If the applicant is an entity (including a limited liability company) treated as a partnership or S corporation for Federal income tax purposes, is it requesting a change from a method of accounting that is an issue under consideration in an examination, before Appeals, or before a Federal court, with respect to a Federal income tax return of a partner, member, or shareholder of that entity? ................................................ **No: X**
  If "Yes," the applicant is **not** eligible to make the change.

**8** Is the applicant making a change to which audit protection does not apply (see instructions)? .............. **No: X**

**9a** Has the applicant, its predecessor, or a related party requested or made (under either an automatic change procedure or a procedure requiring advance consent) a change in accounting method within the past 5 years (including the year of the requested change)? ......................................................... **No: X**

 **b** If "Yes," attach a description of each change and the year of change for each separate trade or business and whether consent was obtained.

 **c** If any application was withdrawn, not perfected, or denied, or if a Consent Agreement was sent to the taxpayer but was not signed and returned to the IRS, or if the change was not made or not made in the requested year of change, include an explanation.

**10a** Does the applicant, its predecessor, or a related party currently have pending any request (including any concurrently filed request) for a private letter ruling, change in accounting method, or technical advice? ..... **No: X**

 **b** If "Yes," for each request attach a statement providing the name(s) of the taxpayer, identification number(s), the type of request (private letter ruling, change in accounting method, or technical advice), and the specific issue(s) in the request(s).

**11** Is the applicant requesting to change its **overall** method of accounting? ................................... **No: X**
  If "Yes," check the appropriate boxes below to indicate the applicant's present and proposed methods of accounting. Also, complete Schedule A on page 4 of the form.
  **Present method:**  ☐ Cash    ☐ Accrual    ☐ Hybrid (attach description)
  **Proposed method:** ☐ Cash    ☐ Accrual    ☐ Hybrid (attach description)

**12** If the applicant is **not** changing its overall method of accounting, attach a detailed and complete description for each of the following:
 **a** The item(s) being changed.     SEE STATEMENT 1
 **b** The applicant's present method for the item(s) being changed.   SEE STATEMENT 1
 **c** The applicant's proposed method for the item(s) being changed.  SEE STATEMENT 1
 **d** The applicant's present overall method of accounting (cash, accrual, or hybrid).  SEE STATEMENT 1

STF FED4695F.2                                         Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003) Page **3**

| | | Yes | No |
|---|---|---|---|
| **Part II** | **Information For All Requests** (continued) | | |
| 13 | Attach a detailed and complete description of the applicant's trade(s) or business(es), and the principal business activity code for each. If the applicant has more than one trade or business as defined in Regulations section 1.446-1(d), describe: whether each trade or business is accounted for separately; the goods and services provided by each trade or business and any other types of activities engaged in that generate gross income; the overall method of accounting for each trade or business; and which trade or business is requesting to change its accounting method as part of this application or a separate application. | | |
| 14 | Will the proposed method of accounting be used for the applicant's books and records and financial statements? For insurance companies, see the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "No," attach an explanation. | | X |
| 15a | Has the applicant engaged, or will it engage, in a transaction to which section 381(a) applies (e.g., a reorganization, merger, or liquidation) during the proposed tax year of change determined without regard to any potential closing of the year under section 381(b)(1)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," for the items of income and expense that are the subject of this application, attach a statement identifying the methods of accounting used by the parties to the section 381(a) transaction immediately before the date of distribution or transfer and the method(s) that would be required by section 381(c)(4) or (c)(5) absent consent to the change(s) requested in this application. | | |
| 16 | Does the applicant request a conference of right with the IRS National Office if the IRS proposes an adverse response? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 17 | If the applicant is changing to or from the cash method or changing its method of accounting under sections 263A, 448, 460, or 471, enter the gross receipts of the 3 tax years preceding the year of change. | | |

| 1st preceding year ended: mo. 12 yr. 2002 | 2nd preceding year ended: mo. 12 yr. 2001 | 3rd preceding year ended: mo. 12 yr. 2000 |
|---|---|---|
| $ 19,480,609 | $ 1,007,923 | $ |

| | | Yes | No |
|---|---|---|---|
| **Part III** | **Information For Advance Consent Request** | | |
| 18 | Is the applicant's requested change described in any revenue procedure, revenue ruling, notice, regulation, or other published guidance as an automatic change request? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach an explanation describing why the applicant is submitting its request under advance consent request procedures. | | |
| 19 | Attach a full explanation of the legal basis supporting the proposed method for the item being changed. Include a detailed and complete description of the facts that explains how the law specifically applies to the applicant's situation and that demonstrates that the applicant is authorized to use the proposed method. Include all authority (statutes, regulations, published rulings, court cases, etc.) supporting the proposed method. The applicant should include a discussion of any authorities that may be contrary to its use of the proposed method. | | |
| 20 | Attach a copy of all documents related to the proposed change (see instructions). | | |
| 21 | Attach a statement of the applicant's reasons for the proposed change. | | |
| 22 | If the applicant is a member of a consolidated group for the year of change, do all other members of the consolidated group use the proposed method of accounting for the item being changed? . . . . . . . . . . . . . . . . . If "No," attach an explanation. | | |
| 23a | Enter the amount of user fee attached to this application (see instructions). ▶ $ _____ | | |
| b | If the applicant qualifies for a reduced user fee, attach the necessary information or certification required by Rev. Proc. 2003-1 (or its successor) (see instructions). | | |

| | | Yes | No |
|---|---|---|---|
| **Part IV** | **Section 481(a) Adjustment** | | |
| 24 | Do the procedures for the accounting method change being requested require the use of the cut-off method? If "Yes," do not complete lines 25, 26, and 27 below. | | X |
| 25 | Enter the section 481(a) adjustment. Indicate whether the adjustment is an increase (+) or a decrease (-) in income. ▶ $ _____21,396_____ Attach a summary of the computation and an explanation of the methodology used to determine the section 481(a) adjustment. If it is based on more than one component, show the computation for each component. If more than one applicant is applying for the method change on the same application, attach a list of the name, identification number, principal business activity code (see instructions), and the amount of the section 481(a) adjustment attributable to each applicant. | | |
| 26 | If the section 481(a) adjustment is an increase to income of less than $25,000, does the applicant elect to take the entire amount of the adjustment into account in the year of change? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| 27 | Is any part of the section 481(a) adjustment attributable to transactions between members of an affiliated group, a consolidated group, a controlled group, or other related parties? . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach an explanation. | | X |

Form **3115** (Rev. 12-2003)

STF FED4695F.3