Form 3115 (Rev. 12-2003)                                                                                                                           Page **4**

**Schedule A — Change in Overall Method of Accounting** (If Schedule A applies, Part I below must be completed.)

**Part I    Change in Overall Method** (see instructions)

| | | Amount |
|---|---|---|
| | | $ |

1   Enter the following amounts as of the close of the tax year preceding the year of change. If none, state "None." Also, attach a statement providing a breakdown of the amounts entered on lines 1a through 1g.

a   Income accrued but not received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    $

b   Income received or reported before it was earned. Attach a description of the income and the legal basis for the proposed method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

c   Expenses accrued but not paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

d   Prepaid expenses previously deducted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

e   Supplies on hand previously deducted and/or not previously reported . . . . . . . . . . . . . . . .

f   Inventory on hand previously deducted and/or not previously reported. Complete Schedule D, Part II . .

g   Other amounts (specify) ▶

h   **Net section 481(a) adjustment** (Combine lines 1a – 1g.) . . . . . . . . . . . . . . . . . . . . . . .    $

2   Is the applicant also requesting the recurring item exception under section 461(h)(3)? . . . . . . . . . . . .   ☐ Yes   ☐ No

3   Attach copies of the profit and loss statement (Schedule F (Form 1040) for farmers) and the balance sheet, if applicable, as of the close of the tax year preceding the year of change. On a separate sheet, state the accounting method used when preparing the balance sheet. If books of account are not kept, attach a copy of the business schedules submitted with the Federal income tax return or other return (e.g., tax-exempt organization returns) for that period. If the amounts in Part I, lines 1a through 1g, do not agree with those shown on both the profit and loss statement and the balance sheet, explain the differences on a separate sheet.

**Part II    Change to the Cash Method For Advance Consent Request** (see instructions)

Applicants requesting a change to the cash method must attach the following information:

1   A description of inventory items (items whose production, purchase, or sale is an income-producing factor) and materials and supplies used in carrying out the business.

2   An explanation as to whether the applicant is required to use the accrual method under any section of the Code or regulations.

**Schedule B — Change in Reporting Advance Payments** (see instructions)

1   If the applicant is requesting to defer advance payment for services under Rev. Proc. 71-21, 1971-2 C.B. 549, attach the following information:

a   Sample copies of all service agreements used by the applicant that are subject to the requested change in accounting method. Indicate the particular parts of the service agreement that require the taxpayer to perform services.

b   If any parts or materials are provided, explain whether the obligation to provide parts or materials is incidental (of minor or secondary importance) to an agreement providing for the performance of personal services.

c   If the change relates to contingent service contracts, explain how the contracts relate to merchandise that is sold, leased, installed, or constructed by the applicant and whether the applicant offers to sell, lease, install, or construct without the service agreement.

d   A description of the method the applicant will use to determine the amount of income earned each year on service contracts and why that method clearly reflects income earned and related expenses in each year.

e   An explanation of how the method the applicant will use to determine the amount of gross receipts each year will be no less than the amount included in gross receipts for purposes of its books and records. See section 3.11 of Rev. Proc. 71-21.

2   If the applicant is requesting a deferral of advance payments for goods under Regulations section 1.451-5, attach the following information:

a   Sample copies of all agreements for goods or items requiring advance payments used by the applicant that are subject to the requested change in accounting method. Indicate the particular parts of the agreement that require the applicant to provide goods or items.

b   A statement providing that the entire advance payment is for goods or items. If not entirely for goods or items, a statement that an amount equal to 95% of the total contract price is properly allocable to the obligation to provide activities described in Regulations section 1.451-5(a)(1)(i)or (ii) (including services as an integral part of those activities).

c   An explanation of how the method the applicant will use to determine the amount of gross receipts each year will be no less than the amount included in gross receipts for purposes of its books and records. See Regulations section 1.451-5(b)(1).

Form **3115** (Rev. 12-2003)

STF FED4695F.4

**Schedule C — Changes Within the LIFO Inventory Method (see instructions)**

**Part I    General LIFO Information**

Complete this section if the requested change involves changes within the LIFO inventory method. Also, attach a copy of all Forms 970, Application To Use LIFO Inventory Method, filed to adopt or expand the use of the LIFO method.

1   Attach a description of the applicant's present and proposed LIFO methods and submethods for each of the following items:

a   Valuing inventory (e.g., unit method or dollar-value method).

b   Pooling (e.g., by line or type or class of goods, natural business unit, multiple pools, raw material content, simplified dollar-value method, inventory price index computation (IPIC) pools, etc.).

c   Pricing dollar-value pools (e.g., double-extension, index, link-chain, link-chain index, IPIC method, etc.).

d   Determining the current year cost of goods in the ending inventory (e.g., most recent purchases, earliest acquisitions during the year, average cost of purchases during the year, etc.).

2   If any present method or submethod used by the applicant is not the same as indicated on Form(s) 970 filed to adopt or expand the use of the method, attach an explanation.

3   If the proposed change is not requested for all the LIFO inventory, specify the inventory to which the change is and is not applicable.

4   If the proposed change is not requested for all of the LIFO pools, specify the LIFO pool(s) to which the change is applicable.

5   Attach a statement addressing whether the applicant values any of its LIFO inventory on a method other than cost. For example, if the applicant values some of its LIFO inventory at retail and the remainder at cost, the applicant should identify which inventory items are valued under each method.

6   If changing to the IPIC method, attach a completed Form 970 and a statement indicating the indexes, tables, and categories the applicant proposes to use.

**Part II    Change in Pooling Inventories**

1   If the applicant is proposing to change its pooling method or the number of pools, attach a description of the contents of, and state the base year for, each dollar-value pool the applicant presently uses and proposes to use.

2   If the applicant is proposing to use natural business unit (NBU) pools or requesting to change the number of NBU pools, attach the following information (to the extent not already provided) in sufficient detail to show that each proposed NBU was determined under Regulations section 1.472-8(b)(1)and (2):

a   A description of the types of products produced by the applicant. If possible, attach a brochure.

b   A description of the types of processes and raw materials used to produce the products in each proposed pool.

c   If all of the products to be included in the proposed NBU pool(s) are not produced at one facility, the applicant should explain the reasons for the separate facilities, indicate the location of each facility, and provide a description of the products each facility produces.

d   A description of the natural business divisions adopted by the taxpayer. State whether separate cost centers are maintained and if separate profit and loss statements are prepared.

e   A statement addressing whether the applicant has inventories of items purchased and held for resale that are not further processed by the applicant, including whether such items, if any, will be included in any proposed NBU pool.

f   A statement addressing whether all items including raw materials, goods-in-process, and finished goods entering into the entire inventory investment for each proposed NBU pool are presently valued under the LIFO method. Describe any items that are not presently valued under the LIFO method that are to be included in each proposed pool.

g   A statement addressing whether, within the proposed NBU pool(s), there are items both sold to unrelated parties and transferred to a different unit of the applicant to be used as a component part of another product prior to final processing.

3   If the applicant is engaged in manufacturing and is proposing to use the multiple pooling method or raw material content pools, attach information to show that each proposed pool will consist of a group of items that are substantially similar. See Regulations section 1.472-8(b)(3).

4   If the applicant is engaged in the wholesaling or retailing of goods and is requesting to change the number of pools used, attach information to show that each of the proposed pools is based on customary business classifications of the applicant's trade or business. See Regulations section 1.472-8(c).

Form 3115 (Rev. 12-2003)                                                                                                Page **6**

**Schedule D — Change in the Treatment of Long-Term Contracts Under Section 460, Inventories, or Other Section 263A Assets** (see instructions)

| **Part I** | **Change in Reporting Income From Long-Term Contracts** (Also complete Part III on pages 7 and 8.) |

**1** To the extent not already provided, attach a description of the applicant's present and proposed methods for reporting income and expenses from long-term contracts. If the applicant is a construction contractor, include a detailed description of its construction activities.

**2a** Are the applicant's contracts long-term contracts as defined in section 460(f)(1) (see instructions)? . . . . ☐ Yes ☐ No

**b** If "Yes," do all the contracts qualify for the exception under section 460(e) (see instructions)? . . . . . . . . ☐ Yes ☐ No
If line 2b is "No," attach an explanation.

**c** If line 2b is "Yes," is the applicant requesting to use the percentage-of-completion method using cost-to-cost under Regulations section 1.460-4(b)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**d** If line 2c is "No," is the applicant requesting to use the exempt-contract percentage-of-completion method under Regulations section 1.460-4(c)(2)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No
If line 2d is "Yes," explain what cost comparison the applicant will use to determine a contract's completion factor.
If line 2d is "No," explain what method the applicant is using and the authority for its use.

**3a** Does the applicant have long-term manufacturing contracts as defined in section 460(f)(2)? . . . . . . . . . ☐ Yes ☐ No

**b** If "Yes," explain the applicant's present and proposed method(s) of accounting for long-term manufacturing contracts.

**c** Describe the applicant's manufacturing activities, including any required installation of manufactured goods.

**4** To determine a contract's completion factor using the percentage-of-completion method:

**a** Will the applicant use the cost-to-cost method in Regulations section 1.460-4(b)? . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**b** If line 4a is "No," is the applicant electing the simplified cost-to-cost method (see section 460(b)(3) and Regulations section 1.460-5(c))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**5** Attach a statement indicating whether any of the applicant's contracts are either cost-plus long-term contracts or Federal long-term contracts.

| **Part II** | **Change in Valuing Inventories Including Cost Allocation Changes** (Also complete Part III on pages 7 and 8.) |

**1** Attach a description of the inventory goods being changed.  see statement 2

**2** Attach a description of the inventory goods (if any) NOT being changed.  see statement 2

**3** If the applicant is subject to section 263A, is its present inventory valuation method in compliance with section 263A (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**4a** Check the appropriate boxes below.

| | Inventory Being Changed | | Inventory Not Being Changed |
|---|---|---|---|
| Identification methods: | Present method | Proposed method | Present method |
| Specific identification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| FIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | X | |
| LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Other (attach explanation) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Valuation methods: | | | |
| Cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Cost or market, whichever is lower . . . . . . . . . . . . . . . . . . . . | X | X | |
| Retail cost . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Retail, lower of cost or market . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| Other (attach explanation) . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| **b** Enter the value at the end of the tax year preceding the year of change . . . . . | 281,104 | 302,500 | |

**5** If the applicant is changing from the LIFO inventory method to a non-LIFO method, attach the following information (see instructions).

**a** Copies of Form(s) 970 filed to adopt or expand the use of the method.

**b** **Only for applicants requesting advance consent.** A statement describing whether the applicant is changing to the method required by Regulations section 1.472-6(a) or (b), or whether the applicant is proposing a different method.

**c** **Only for applicants requesting an automatic change.** Attach the statement required by section 10.01(4) of the Appendix of Rev. Proc. 2002-9 (or its successor).

Form **3115** (Rev. 12-2003)

STF FED4695F.6

Form 3115 (Rev. 12-2003)                                                                                          Page **7**

## Part III   Method of Cost Allocation (Complete this part if the requested change involves either property subject to section 263A or long-term contracts as described in section 460 (see instructions).)

### Section A – Allocation and Capitalization Methods

Attach a description (including sample computations) of the present and proposed method(s) the applicant uses to capitalize direct and, where appropriate, capitalize direct and indirect costs properly allocable to long-term contracts. Include a description of the method(s) used for allocating indirect costs to intermediate cost objectives such as departments or activities prior to the allocation of such costs to long-term contracts, real or tangible personal property produced, and property acquired for resale. The description must include the following:

1   The method of allocating direct and indirect costs (i.e., specific identification, burden rate, standard cost, or other reasonable allocation method).

2   The method of allocating mixed service costs (i.e., direct reallocation, step-allocation, simplified service cost using the labor-based allocation ratio, simplified service cost using the production cost allocation ratio, or other reasonable allocation method).

3   The method of capitalizing additional section 263A costs (i.e., simplified production with or without the historic absorption ratio election, simplified resale with or without the historic absorption ratio election including permissible variations, the U.S. ratio, or other reasonable allocation method).

### Section B – Direct and Indirect Costs Required To Be Allocated (Check the appropriate boxes in Section B showing the costs that are or will be fully included, to the extent required, in the cost of real or tangible personal property produced or property acquired for resale under section 263A or allocated to long-term contracts under section 460. Mark "N/A" in a box if those costs are not incurred by the applicant. If a box is not checked, it is assumed that those costs are not fully included to the extent required. Attach an explanation for boxes that are not checked.)

|  |  | Present method | Proposed method |
|---|---|---|---|
| 1 | Direct material | X |  |
| 2 | Direct labor | X |  |
| 3 | Indirect labor | X |  |
| 4 | Officers' compensation (not including selling activities) |  |  |
| 5 | Pension and other related costs |  |  |
| 6 | Employee benefits |  |  |
| 7 | Indirect materials and supplies | X |  |
| 8 | Purchasing costs | X |  |
| 9 | Handling, processing, assembly, and repackaging costs | X |  |
| 10 | Offsite storage and warehousing costs | X |  |
| 11 | Depreciation, amortization, and cost recovery allowance for equipment and facilities placed in service and not temporarily idle | X |  |
| 12 | Depletion |  |  |
| 13 | Rent | X |  |
| 14 | Taxes other than state, local, and foreign income taxes | X |  |
| 15 | Insurance | X |  |
| 16 | Utilities | X |  |
| 17 | Maintenance and repairs that relate to a production, resale, or long-term contract activity | X |  |
| 18 | Engineering and design costs (not including section 174 research and experimental expenses) |  |  |
| 19 | Rework labor, scrap, and spoilage |  |  |
| 20 | Tools and equipment |  |  |
| 21 | Quality control and inspection |  |  |
| 22 | Bidding expenses incurred in the solicitation of contracts awarded to the applicant |  |  |
| 23 | Licensing and franchise costs |  |  |
| 24 | Capitalizable service costs (including mixed service costs) |  |  |
| 25 | Administrative costs (not including any costs of selling or return on capital) |  |  |
| 26 | Research and experimental expenses attributable to long-term contracts |  |  |
| 27 | Interest |  |  |
| 28 | Other costs (Attach a list of these costs.) . . . See statement 3. | X |  |

Form 3115 (Rev. 12-2003)

STF FED4696F.7

Form 3115 (Rev. 12-2003)    Page **8**

**Part III**  **Method of Cost Allocation** (see instructions) (continued)

**Section C — Other Costs Not Required To Be Allocated** (Complete Section C only if the applicant is requesting to change its method for these costs.)

| | | Present method | Proposed method |
|---|---|---|---|
| 1 | Marketing, selling, advertising, and distribution expenses . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 2 | Research and experimental expenses not included on line 26 above . . . . . . . . . . . . . . . | | |
| 3 | Bidding expenses not included on line 22 above . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 4 | General and administrative costs not included in Section B above . . . . . . . . . . . . . . . . . | | |
| 5 | Income taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 6 | Cost of strikes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 7 | Warranty and product liability costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 8 | Section 179 costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 9 | On-site storage . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| 10 | Depreciation, amortization, and cost recovery allowance not included on line 11 above . . . . | | |
| 11 | Other costs (Attach a list of these costs.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |

**Schedule E — Change in Depreciation or Amortization** (see instructions)

Applicants requesting approval to change their method of accounting for depreciation or amortization complete this section. Applicants must provide this information for each item or class of property for which a change is requested.
**Note:** *See the **List of Automatic Accounting Method Changes** in the instructions for information regarding automatic changes under sections 56, 167, 168, 197, 1400I, 1400L, or former section 168. Do not file Form 3115 with respect to certain late elections and election revocations (see instructions).*

1  Is depreciation for the property determined under Regulations section 1.167(a)-11 (CLADR)? . . . . . . . .  ☐ Yes  ☐ No
   If "Yes," the only changes permitted are under Regulations section 1.167(a)-11(c)(1)(iii).

2  Is any of the depreciation or amortization required to be capitalized under any Code section (e.g., section 263A)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No
   If "Yes," enter the applicable section ▶

3  Has a depreciation or amortization election been made for the property (e.g., the election under section 168(f)(1))? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No
   If "Yes," state the election made ▶

4a  To the extent not already provided, attach a statement describing the property being changed. Include in the description the type of property, the year the property was placed in service, and the property's use in the applicant's trade or business or income-producing activity.

b  If the property is residential rental property, did the applicant live in the property before renting it? . . . .  ☐ Yes  ☐ No
c  Is the property public utility property? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No
5  To the extent not already provided in the applicant's description of its present method, explain how the property is treated under the applicant's present method (e.g., depreciable property, inventory property, supplies under Regulations section 1.162-3, nondepreciable section 263(a) property, property deductible as a current expense, etc.).
6  If the property is not currently treated as depreciable or amortizable property, provide the facts supporting the proposed change to depreciate or amortize the property.
7  If the property is currently treated and/or will be treated as depreciable or amortizable property, provide the following information under both the present (if applicable) and proposed methods:
a  The Code section under which the property is or will be depreciated or amortized (e.g., section 168(g)).
b  The applicable asset class from Rev. Proc. 87-56, 1987-2 C.B. 674, for each asset depreciated under section 168 (MACRS) or under section 1400L; the applicable asset class from Rev. Proc. 83-35, 1983-1 C.B. 745, for each asset depreciated under former section 168 (ACRS); an explanation why no asset class is identified for each asset for which an asset class has not been identified by the applicant.
c  The facts to support the asset class for the proposed method.
d  The depreciation or amortization method of the property, including the applicable Code section (e.g., 200% declining balance method under section 168(b)(1)).
e  The useful life, recovery period, or amortization period of the property.
f  The applicable convention of the property.

Form **3115** (Rev. 12-2003)

**PRIVATE LABEL SOURCING LLC**                     22-3800350

**FORM 3115, PAGE 2 DETAIL**

Line 12a, Description of item being changed
INVENTORY

Line 12b, Description of present method of item being changed
FULL ABSORPTION

Line 12c, Description of proposed method of item being changed
UNIFORM CAPITALIZATION

Line 12d, Description of proposed method of item being changed
ACCRUAL

**STATEMENT 1**

**PRIVATE LABEL SOURCING LLC**                                    <u>22-3800350</u>

---

**FORM 3115, PAGE 6 DETAIL**

<u>Part II, Line 1, Description of Inventory Goods Being Changed</u>
ALL

<u>Part II, Line 2, Description of Inventory Goods Not Being Changed</u>
NONE

**STATEMENT 2**

I:\63917\PrivateLabelSourcing 8/26/04

**PRIVATE LABEL SOURCING LLC**                    22-3800350

**FORM 3115, PAGE 6 DETAIL**

Section B, Line 28, Other Costs Required to be Allocated
COMPUTER EXPENSE

**STATEMENT 3**

I:\63917\PrivateLabelSourcing 8/26/04

PRIVATE LABEL SOURCING LLC
SECTION 263A CALCULATION
December 31, 2003

I:\63917\2003\[263ACAlprvl.xls]Sheet1

| | | | |
|---|---|---|---|
| SALES FOR YEAR | 1,670,000.00 | 23% | |
| COMMISSION REVENUE | 5,656,000.00 | 77% | |
| TOTAL REVENUE | 7,326,000.00 | 100% | |

| G & A PER FINANCIAL STATEMENT | | TOTAL COST | PERCENT | ALL PRODUCTION OF PRODUCTS REVENUE | | 263 A ALLOCABLE TO INVENTORY | |
|---|---|---|---|---|---|---|---|
| PRODUCTION & DESIGN SALARIES & PAYROLLTXS | | 1,258,197 | 50% | 629,099 | 23% | 143,406.29 | |
| SAMPLE DEVELOPMENT | | 578,175 | 70% | 404,723 | 23% | 92,258.61 | |
| SHIPPING / WAREHOUSING STORAGE | 0 | 13,037 | 50% | 6,519 | 23% | 1,485.93 | |
| SELLING LESS RENT/UTILITIES | | 421,199 | 0% | 0 | 23% | - | |
| GENERAL AND ADMINISTRATIVE | | | | | 0% | | |
| OFFICE SALARIES & MEMBERS | 0 | 884,173 | 10% | 88,417 | 23% | 20,155.19 | |
| PAYROLL TAXES & BENEFITS | | 237,724 | 10% | 23,772 | 23% | 5,419.04 | |
| INSURANCE EXPENSE | | 77,902 | 10% | 7,790 | 23% | 1,775.82 | |
| DEPRECIATION | | 93,717 | 10% | 9,372 | 23% | 2,136.33 | |
| | | 0 | 10% | 0 | 23% | - | |
| RENT & UTILITIES | | 330,317 | 10% | 33,032 | 23% | 7,529.75 | |
| | | 0 | 10% | 0 | 23% | - | |
| REPAIRS & MAINTENANCE | | 32,787 | 10% | 3,279 | 23% | 747.40 | |
| COMPUTER EXPENSE | | 18,612 | 10% | 1,861 | 23% | 424.27 | |
| | | 0 | 0% | 0 | 0% | - | |
| OFFICE SUPPLIES & EXPENSES | | 64,400 | 10% | 6,440 | 0% | - | |
| | | | | | 0% | | |
| TOTAL | | 4,010,240 | | 1,214,303 | | 275,339 | |

$    -

| | | | | | |
|---|---|---|---|---|---|
| 263A PERCENT | | | | ENDING INV | |
| 263A COSTS | 275,339 | | 24.72% | 198,842 | 49,161 |
| PURCHASE PER BOOKS | 1,113,676 | | | | |

PER BOOKS
| | |
|---|---|
| PURCHASES | 905,570 |
| OTHER COSTS | 208,106 |
| TOTAL PURCHASES PER BOOK | 1,113,676 |

PRIVATE LABEL SOURCING LLC
SECTION 263A CALCULATION
December 31, 2002

I:\63917\2003\EXCEL\02263ACAL.prvt

| | | | |
|---|---|---|---|
| SALES FOR YEAR | 20,702,955.00 | 75% | |
| COMMISSION REVENUE | 6,866,666.00 | 25% | |
| TOTAL REVENUE | 27,569,621.00 | 100% | |

| G & A PER FINANCIAL STATEMENT | | TOTAL COST | PERCENT | ALL PRODUCTION OF PRODUCTS REVENUE | | 263 A ALLOCABLE TO INVENTORY |
|---|---|---|---|---|---|---|
| PRODUCTION & DESIGN SALARIES & PAYROLLTXS | | 1,090,896 | 50% | 545,448 | 75% | 409,595.24 |
| SAMPLE DEVELOPMENT | | 1,087,278 | 70% | 761,095 | 75% | 571,531.51 |
| SHIPPING / WAREHOUSING STORAGE | 0 | 248,915 | 50% | 124,458 | 75% | 93,459.32 |
| SELLING LESS RENT/UTILITIES | | 728,975 | 0% | 0 | 75% | - |
| GENERAL AND ADMINISTRATIVE | | | | | 0% | |
| OFFICE SALARIES & MEMBERS | 0 | 1,256,772 | 10% | 125,677 | 75% | 94,375.23 |
| PAYROLL TAXES & BENEFITS | | 177,090 | 10% | 17,709 | 75% | 13,296.28 |
| INSURANCE EXPENSE | | 81,564 | 10% | 8,156 | 75% | 6,124.91 |
| DEPRECIATION | | 317,225 | 10% | 31,723 | 75% | 23,821.49 |
| | | 0 | 10% | 0 | 75% | - |
| RENT & UTILITIES | | 364,000 | 10% | 36,400 | 75% | 27,333.98 |
| | | 0 | 10% | | 75% | |
| REPAIRS & MAINTENANCE | | 25,743 | 10% | 2,574 | 75% | 1,933.13 |
| COMPUTER EXPENSE | | 24,786 | 10% | 2,479 | 75% | 1,861.26 |
| | | 0 | 0% | 0 | 0% | - |
| OFFICE SUPPLIES & EXPENSES | | 60,830 | 10% | 6,083 | 0% | - |
| | | | | | 0% | |
| TOTAL | | 5,464,074 | | 1,661,801 | | 1,243,334 |

$

| | | | | | |
|---|---|---|---|---|---|
| 263A PERCENT | | | | ENDING INV | |
| 263A COSTS | 1,243,334 | | 7.61% | 281,104 | 21,396 |
| PURCHASE PER BOOKS | 16,335,091 | | | | |

| PER BOOKS | |
|---|---|
| COST OF GOOD AVAIL | 16,668,653 |
| LESS: BEG INV | 333,562 |
| TOTAL PURCHASES PER BOOK | 16,335,091 |

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Credits, Deductions, etc.**
For calendar year 2003 or tax year
beginning _____, and ending _____

OMB No. 1545-0099

**2003**

6511

| Partner's identifying number ▶ 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 | Partnership's identifying number ▶ 22-3800350 |
|---|---|
| Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code |
| CHRISTINE DENTE<br>935 SEDGEWICK COURT<br>WESTFIELD, NJ 07090 | PRIVATE LABEL SOURCING, LLC<br>470 BROOME STREET<br>NEW YORK, NY 10013 |

A This partner is a [ ] general partner [ ] limited partner
[X] limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a [X] domestic or a [ ] foreign partner?

D Enter partner's percentage of:
| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | 50.0000000% | % |
| Loss sharing | 50.0000000% | % |
| Ownership of capital | 49.1889000% | % |

E IRS Center where partnership filed return: CINCINNATI, OH

F Partner's share of liabilities:
| | |
|---|---|
| Nonrecourse | $ 876,101. |
| Qualified nonrecourse financing | $ 0. |
| Other | $ 0. |

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) [ ]

I Check applicable boxes: (1) [ ] Final K-1  (2) [ ] Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 567,694. | 125,000. | 475,670. | 1,289,176. | <120,812.> |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Income (Loss) | 1 Ordinary income (loss) from trade or business activities | 1 | 370,460. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities | 2 | | |
| | 3 Net income (loss) from other rental activities | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest income | 4a | 1,653. | Form 1040, line 8a |
| | b (1) Qualified dividends | 4b(1) | | Form 1040, line 9b |
| | (2) Total ordinary dividends | 4b(2) | | Form 1040, line 9a |
| | c Royalty income | 4c | | Sch. E, Part I, line 4 |
| | d (1) Net short-term capital gain (loss) (post-May 5, 2003) | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2) Net short-term capital gain (loss) (entire year) | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) (post-May 5, 2003) | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Net long-term capital gain (loss) (entire year) | 4e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | | |
| | 5 Guaranteed payments to partner | 5 | | See pages 6 and 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 a Net section 1231 gain (loss) (post-May 5, 2003) | 6a | | |
| | b Net section 1231 gain (loss) (entire year) | 6b | | |
| | 7 Other income (loss) (attach schedule) | 7 | | |
| Deductions | 8 Charitable contributions (attach schedule) SEE STATEMENT | 8 | 11,000. | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction | 9 | 10,551. | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) | 10 | | |
| | 11 Other deductions (attach schedule) | 11 | | |
| Credits | 12 a Low-income housing credit: (1) From section 42(j)(5) partnerships | 12a(1) | | } Form 8586, line 5 |
| | (2) Other than on line 12a(1) | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities | 12b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | | |
| | d Credits related to other rental activities | 12d | | |
| | 13 Other credits | 13 | | |

JWA For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2003

311151
01-07-04

6512
Page 2

**Schedule K-1 (Form 1065) 2003**

| (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Investment interest** 14 a Interest expense on investment debts | 14a | | Form 4952, line 1 |
| b (1) Investment income included on lines 4a, 4b(2), 4c, and 4f | 14b(1) | 1,653. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employment** 15 a Net earnings (loss) from self-employment | 15a | 370,460. | Sch. SE, Section A or B |
| b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| c Gross nonfarm income | 15c | 2,826,405. | |
| **Adjustments and Tax Preference Items** 16 a Depreciation adjustment on property placed in service after 1986 | 16a | <684.> | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| b Adjusted gain or loss | 16b | | |
| c Depletion (other than oil and gas) | 16c | | |
| d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| e Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** 17 a Name of foreign country or U.S. possession ▶ | | | |
| b Gross income from all sources | 17b | | Form 1116, Part I |
| c Gross income sourced at partner level | 17c | | |
| d Foreign gross income sourced at partnership level: | | | |
| (1) Passive | 17d(1) | | |
| (2) Listed categories (attach schedule) | 17d(2) | | |
| (3) General limitation | 17d(3) | | |
| e Deductions allocated and apportioned at partner level: | | | |
| (1) Interest expense | 17e(1) | | |
| (2) Other | 17e(2) | | |
| f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| (1) Passive | 17f(1) | | |
| (2) Listed categories (attach schedule) | 17f(2) | | |
| (3) General limitation | 17f(3) | | |
| g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| h Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| b Amount | 18b | | |
| 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| 20 Other tax-exempt income | 20 | | |
| 21 Nondeductible expenses    SEE STATEMENT | 21 | 24,496. | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| 22 Distributions of money (cash and marketable securities) | 22 | 1,289,176. | |
| 23 Distributions of property other than money | 23 | | |
| 24 Recapture of low-income housing credit: | | | |
| a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| b Other than on line 24a | 24b | | |
| **Supplemental Information** 25 Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

311152
01-07-04   JWA

Schedule K-1 (Form 1065) 2003

105540902 797696 2238003503

2003.06020 PRIVATE LABEL SOURCING, LLC 2238003i

14

Partner Number 1

PRIVATE LABEL SOURCING, LLC

22-3800350

## SCHEDULE K-1    CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS - SUBJECT TO 50 PERCENT LIMIT | 11,000. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 11,000. | |

## SCHEDULE K-1    NONDEDUCTIBLE EXPENSES

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 24,496. | NONDEDUCTIBLE PORTION |
| TOTAL TO SCHEDULE K-1, LINE 21 | 24,496. | |

2

6511

**SCHEDULE K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**P̶a̶r̶tner's Share of Income, Credits, Deduc̶t̶i̶o̶ns, etc.**
For calendar year 2003 or tax year

OMB No. 1545-0099

**2003**

beginning _____ , and ending _____

Partner's identifying number ▶ 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 | Partnership's identifying number ▶ 22-3800350

Partner's name, address, and ZIP code | Partnership's name, address, and ZIP code

BRUCE ALLEN
120 WAYNE STREET
JERSEY CITY, NJ 07302

PRIVATE LABEL SOURCING, LLC
470 BROOME STREET
NEW YORK, NY 10013

A This partner is a ☐ general partner ☐ limited partner
☒ limited liability company member

B What type of entity is this partner? ▶ INDIVIDUAL

C Is this partner a ☒ domestic or a ☐ foreign partner?

D Enter partner's
percentage of:

|  | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing ........ | % | 50.0000000% |
| Loss sharing ......... | % | 50.0000000% |
| Ownership of capital .. | % | 50.8111000% |

E IRS Center where partnership filed return ▶ CINCINNATI, OH

F Partner's share of liabilities:
Nonrecourse .................... $ 876,100.
Qualified nonrecourse financing ... $ 0.
Other ........................... $ 0.

G Tax shelter registration number ▶

H Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) ........ ☐

I Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

J Analysis of partner's capital account:

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 586,416. | 230,000. | 475,672. | 1,289,176. ) | 2,912. |

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on the |
|---|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities ............. | 1 | 370,459. | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 Net income (loss) from rental real estate activities .................. | 2 | | |
| | 3 Net income (loss) from other rental activities ........................ | 3 | | |
| | 4 Portfolio income (loss): | | | |
| | a Interest income ................................................. | 4a | 1,652. | Form 1040, line 8a |
| | b (1) Qualified dividends ......................................... | 4b(1) | | Form 1040, line 9b |
| | (2) Total ordinary dividends ................................... | 4b(2) | | Form 1040, line 9a |
| | c Royalty income ................................................. | 4c | | Sch. E, Part I, line 4 |
| | d (1) Net short-term capital gain (loss) (post-May 5, 2003) ....... | 4d(1) | | Sch. D, line 5, col. (g) |
| | (2) Net short-term capital gain (loss) (entire year) ........... | 4d(2) | | Sch. D, line 5, col. (f) |
| | e (1) Net long-term capital gain (loss) (post-May 5, 2003) ....... | 4e(1) | | Sch. D, line 12, col. (g) |
| | (2) Net long-term capital gain (loss) (entire year) ............ | 4e(2) | | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) ................ | 4f | | |
| | 5 Guaranteed payments to partner ................................. | 5 | | See pages 6 and 7 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 a Net section 1231 gain (loss) (post-May 5, 2003) ............... | 6a | | |
| | b Net section 1231 gain (loss) (entire year) .................... | 6b | | |
| | 7 Other income (loss) (attach schedule) ......................... | 7 | | |
| **Deductions** | 8 Charitable contributions (attach schedule) SEE STATEMENT ....... | 8 | 11,000. | Sch. A, line 15 or 16 |
| | 9 Section 179 expense deduction ................................. | 9 | 10,550. | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 Deductions related to portfolio income (attach schedule) ...... | 10 | | |
| | 11 Other deductions (attach schedule) ............................ | 11 | | |
| **Credits** | 12 a Low-income housing credit: (1) From section 42(j)(5) partnerships ...... | 12a(1) | | Form 8586, line 5 |
| | (2) Other than on line 12a(1) .............. | 12a(2) | | |
| | b Qualified rehabilitation expenditures related to rental real estate activities ........ | 12b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities ........ | 12c | | |
| | d Credits related to other rental activities ...................... | 12d | | |
| | 13 Other credits .................................................. | 13 | | |

JWA  For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2003

311151
01-07-04

10540902 797696 223800350        2003.06020 PRIVATE LABEL SOURCING, LLC 22380031

2

6512

Schedule K-1 (Form 1065) 2003

Page 2

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| **Investment Interest** | 14 a  Interest expense on investment debts | 14a | | Form 4952, line 1 |
| | b  (1) Investment income included on lines 4a, 4b(2), 4c, and 4f | 14b(1) | 1,652. | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| **Self-employ-ment** | 15 a  Net earnings (loss) from self-employment | 15a | 370,459. | Sch. SE, Section A or B |
| | b  Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c  Gross nonfarm income | 15c | 2,826,404. | |
| **Adjustments and tax Preference Items** | 16 a  Depreciation adjustment on property placed in service after 1986 | 16a | <683. | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b  Adjusted gain or loss | 16b | | |
| | c  Depletion (other than oil and gas) | 16c | | |
| | d  (1) Gross income from oil, gas, and geothermal properties | 16(d)1 | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16(d)2 | | |
| | e  Other adjustments and tax preference items (attach schedule) | 16e | | |
| **Foreign Taxes** | 17 a  Name of foreign country or U.S. possession ▶ | | | |
| | b  Gross income from all sources | 17b | | |
| | c  Gross income sourced at partner level | 17c | | |
| | d  Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories (attach schedule) | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e  Deductions allocated and apportioned at partner level: | | | Form 1116, Part I |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f  Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories (attach schedule) | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g  Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h  Reduction in taxes available for credit (attach schedule) | 17h | | Form 1116, line 12 |
| **Other** | 18  Section 59(e)(2) expenditures: a Type ▶ | | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b  Amount | 18b | | |
| | 19  Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20  Other tax-exempt income | 20 | | See page 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21  Nondeductible expenses ........ SEE STATEMENT | 21 | 24,495. | |
| | 22  Distributions of money (cash and marketable securities) | 22 | 1,289,176. | |
| | 23  Distributions of property other than money | 23 | | |
| | 24  Recapture of low-income housing credit: | | | |
| | a  From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b  Other than on line 24a | 24b | | |
| **Supplemental Information** | 25  Supplemental information required to be reported separately to each partner (attach additional schedules if more space is needed): | | | |

311152
01-07-04    JWA

Schedule K-1 (Form 1065) 2003

10540902 797696 223800350      2003.06020 PRIVATE LABEL SOURCING, LLC 22380031      2

PRIVATE LABEL SOURCING, LLC                                          22-3800350

SCHEDULE K-1                    CHARITABLE CONTRIBUTIONS

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| CHARITABLE CONTRIBUTIONS – SUBJECT TO 50 PERCENT LIMIT | 11,000. | ENTER ON SCH A (1040 FILERS) OR APPLICABLE LINE OF RETURN |
| TOTAL TO SCHEDULE K-1, LINE 8 | 11,000. | |

SCHEDULE K-1                    NONDEDUCTIBLE EXPENSES

| DESCRIPTION | AMOUNT | PARTNER INSTRUCTIONS |
|---|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 24,495. | NONDEDUCTIBLE PORTION |
| TOTAL TO SCHEDULE K-1, LINE 21 | 24,495. | |

Form **3115**
(Rev. December 2003)
Department of the Treasury
Internal Revenue Service

# Application for Change in Accounting Method

OMB No. 1545-0152

| Name of filer (name of parent corporation if a consolidated group) (see instructions) | Identification number (see instructions) |
|---|---|

PRIVATE LABEL SOURCING, LLC

Number, street, and room or suite no. If a P.O. box, see the instructions.

470 BROOME STREET

City or town, state, and ZIP code

NEW YORK, NY 10013

22-3800350

Principal business activity code number (see instructions)

424300

Tax year of change begins (MM/DD/YYYY) 01/01/03
Tax year of change ends (MM/DD/YYYY) 12/31/03

Name of contact person (see instructions)

CHARLES SOCKETT

Name of applicant(s) (if different than filer) and identification number(s) (see instructions)

Contact person's telephone number

212-790-5759

If the applicant is a member of a consolidated group, check this box . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

If Form 2848, Power of Attorney and Declaration of Representative, is attached, check this box . . . . . . . . . . . ▶ ☒

**Check the box to indicate the applicant.**

☐ Individual
☐ Corporation
☐ Controlled foreign corporation (Sec. 957)
☐ 10/50 corporation (Sec. 904(d)(2)(E))
☐ Qualified personal service corporation (Sec. 448(d)(2))
☐ Exempt organization. Enter Code section ▶

☐ Cooperative (Sec. 1381)
☒ Partnership
☐ S corporation
☐ Insurance co. (Sec. 816(a))
☐ Insurance co. (Sec. 831)
☐ Other (specify) ▶

**Check the appropriate box to indicate the type of accounting method change being requested.** (see instructions)

☐ Depreciation or Amortization
☐ Financial Products and/or Financial Activities of Financial Institutions
☒ Other (specify) ▶ INVENTORY

**Caution:** *The applicant must provide the requested information to be eligible for approval of the requested accounting method change. The applicant may be required to provide information specific to the accounting method change such as an attached statement. The applicant must provide all information relevant to the requested accounting method change, even if not specifically requested by the Form 3115.*

| **Part I** | **Information For Automatic Change Request** | Yes | No |
|---|---|---|---|
| 1 | Enter the requested designated accounting method change number from the **List of Automatic Accounting Method Changes** (see instructions). Enter only one method change number, except as provided for in the instructions. If the requested change is not included in that list, check "Other," and provide a description.<br>▶ (a) Change No. 22 _____ (b) Other ☐ Description ▶ | | |
| 2 | Is the accounting method change being requested one for which the scope limitations of section 4.02 of Rev. Proc. 2002-9 (or its successor) do not apply? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .<br>If "Yes," go to Part II. | | X |
| 3 | Is the tax year of change the final tax year of a trade or business for which the taxpayer would be required to take the entire amount of the section 481(a) adjustment into account in computing taxable income? . . . . . . . .<br>If "Yes," the applicant is not eligible to make the change under automatic change request procedures. | | X |

**Note:** *Complete Part II below and then Part IV, and also Schedules A through E of this form (if applicable).*

| **Part II** | **Information For All Requests** | Yes | No |
|---|---|---|---|
| 4a | Does the applicant (or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) have any Federal income tax return(s) under examination (see instructions)? . . . . . .<br>If you answered "No," go to line 5. | | |
| b | Is the method of accounting the applicant is requesting to change an issue (with respect to either the applicant or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) either (i) under consideration or (ii) placed in suspense (see instructions)? . . . . . . . . . . . . . . . . . . . . | | |

## Signature *(see instructions)*

Under penalties of perjury, I declare that I have examined this application, including accompanying schedules and statements, and to the best of my knowledge and belief, the application contains all the relevant facts relating to the application, and it is true, correct, and complete. Declaration of preparer (other than applicant) is based on all information of which preparer has any knowledge.

| Filer | Preparer (other than filer/applicant) |
|---|---|
| _____<br>Signature and date | _____<br>Signature of individual preparing the application and date |
| _____<br>Name and title (print or type) | CHARLES SOCKETT<br>Name of individual preparing the application (print or type) |
| | MAHONEY COHEN & COMPANY, CPA, P.C.<br>Name of firm preparing the application |

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**

ISA
STF FED4695F.1

Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003)                                                                                    Page **2**

| **Part II** | **Information For All Requests** (continued) | **Yes** | **No** |
|---|---|---|---|

**4c** Is the method of accounting the applicant is requesting to change an issue pending (with respect to either the applicant or any present or former consolidated group in which the applicant was a member during the applicable tax year(s) for any tax year under examination (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `X`

**d** Is the request to change the method of accounting being filed under the procedures requiring that the operating division director consent to the filing of the request (see instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . `X`
If "Yes," attach the consent statement from the director.

**e** Is the request to change the method of accounting being filed under the 90-day or 120-day window period? . . `X`
If "Yes," check the box for the applicable window period and attach the required statement (see instructions).
☐ 90 day      ☐ 120 day

**f** If you answered "Yes" to line 4a, enter the name and telephone number of the examining agent and the tax year(s) under examination.
Name ► _____ Telephone number ► _____ Tax year(s) ► _____

**g** Has a copy of this Form 3115 been provided to the examining agent identified on line 4f? . . . . . . . . . . . . . .

**5a** Does the applicant (or any present or former consolidated group in which the applicant was a member during the applicable tax year(s)) have any Federal income tax return(s) before Appeals and/or a Federal court? . . . . . `X`
If "Yes," enter the name of the (check the box) ☐ Appeals officer and/or ☐ counsel for the government, and the tax year(s) before Appeals and/or a Federal court.
Name ► _____ Telephone number ► _____ Tax year(s) ► _____

**b** Has a copy of this Form 3115 been provided to the Appeals officer and/or counsel for the government identified on line 5a?

**c** Is the method of accounting the applicant is requesting to change an issue under consideration by Appeals and/or a Federal court (for either the applicant or any present or former consolidated group in which the applicant was a member for the tax year(s) the applicant was a member)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `X`
If "Yes," attach an explanation.

**6** If the applicant answered "Yes" to line 4a and/or 5a with respect to any present or former consolidated group, provide each parent corporation's **(a)** name, **(b)** identification number, **(c)** address, and **(d)** tax year(s) during which the applicant was a member that is under examination, before an Appeals office, and/or before a Federal court.

**7** If the applicant is an entity (including a limited liability company) treated as a partnership or S corporation for Federal income tax purposes, is it requesting a change from a method of accounting that is an issue under consideration in an examination, before Appeals, or before a Federal court, with respect to a Federal income tax return of a partner, member, or shareholder of that entity? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `X`
If "Yes," the applicant is not eligible to make the change.

**8** Is the applicant making a change to which audit protection does not apply (see instructions)? . . . . . . . . . . `X`

**9a** Has the applicant, its predecessor, or a related party requested or made (under either an automatic change procedure or a procedure requiring advance consent) a change in accounting method within the past 5 years (including the year of the requested change)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . `X`

**b** If "Yes," attach a description of each change and the year of change for each separate trade or business and whether consent was obtained.

**c** If any application was withdrawn, not perfected, or denied, or if a Consent Agreement was sent to the taxpayer but was not signed and returned to the IRS, or if the change was not made or not made in the requested year of change, include an explanation.

**10a** Does the applicant, its predecessor, or a related party currently have pending any request (including any concurrently filed request) for a private letter ruling, change in accounting method, or technical advice? . . . . . `X`

**b** If "Yes," for each request attach a statement providing the name(s) of the taxpayer, identification number(s), the type of request (private letter ruling, change in accounting method, or technical advice), and the specific issue(s) in the request(s).

**11** Is the applicant requesting to change its **overall** method of accounting? . . . . . . . . . . . . . . . . . . . . . . . `X`
If "Yes," check the appropriate boxes below to indicate the applicant's present and proposed methods of accounting. Also, complete Schedule A on page 4 of the form.
**Present method:**   ☐ Cash   ☐ Accrual   ☐ Hybrid (attach description)
**Proposed method:**  ☐ Cash   ☐ Accrual   ☐ Hybrid (attach description)

**12** If the applicant is **not** changing its overall method of accounting, attach a detailed and complete description for each of the following:

**a** The item(s) being changed.         SEE STATEMENT 1

**b** The applicant's present method for the item(s) being changed.   SEE STATEMENT 1

**c** The applicant's proposed method for the item(s) being changed.  SEE STATEMENT 1

**d** The applicant's present overall method of accounting (cash, accrual, or hybrid). SEE STATEMENT 1

STF FED4695F.2                                                                 Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003)

| | | Page **3** |
|---|---|---|
| **Part II** | **Information For All Requests** (continued) | **Yes** \| **No** |

| | | Yes | No |
|---|---|---|---|
| 13 | Attach a detailed and complete description of the applicant's trade(s) or business(es), and the principal business activity code for each. If the applicant has more than one trade or business as defined in Regulations section 1.446-1(d), describe: whether each trade or business is accounted for separately; the goods and services provided by each trade or business and any other types of activities engaged in that generate gross income; the overall method of accounting for each trade or business; and which trade or business is requesting to change its accounting method as part of this application or a separate application. | | |
| 14 | Will the proposed method of accounting be used for the applicant's books and records and financial statements? For insurance companies, see the instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "No," attach an explanation. | | X |
| 15a | Has the applicant engaged, or will it engage, in a transaction to which section 381(a) applies (e.g., a reorganization, merger, or liquidation) during the proposed tax year of change determined without regard to any potential closing of the year under section 381(b)(1)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |
| b | If "Yes," for the items of income and expense that are the subject of this application, attach a statement identifying the methods of accounting used by the parties to the section 381(a) transaction immediately before the date of distribution or transfer and the method(s) that would be required by section 381(c)(4) or (c)(5) absent consent to the change(s) requested in this application. | | |
| 16 | Does the applicant request a **conference of right** with the IRS National Office if the IRS proposes an adverse response? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | X | |
| 17 | If the applicant is changing to or from the cash method or changing its method of accounting under sections 263A, 448, 460, or 471, enter the gross receipts of the 3 tax years preceding the year of change. | | |

| 1st preceding year ended: mo. 12 yr. 2002 | 2nd preceding year ended: mo. 12 yr. 2001 | 3rd preceding year ended: mo. 12 yr. 2000 |
|---|---|---|
| $                19,480,609 | $          1,007,923 | $ |

| | | Yes | No |
|---|---|---|---|
| **Part III** | **Information For Advance Consent Request** | | |
| 18 | Is the applicant's requested change described in any revenue procedure, revenue ruling, notice, regulation, or other published guidance as an automatic change request? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach an explanation describing why the applicant is submitting its request under advance consent request procedures. | | |
| 19 | Attach a full explanation of the legal basis supporting the proposed method for the item being changed. Include a detailed and complete description of the facts that explains how the law specifically applies to the applicant's situation and that demonstrates that the applicant is authorized to use the proposed method. Include all authority (statutes, regulations, published rulings, court cases, etc.) supporting the proposed method. The applicant should include a discussion of any authorities that may be contrary to its use of the proposed method. | | |
| 20 | Attach a copy of all documents related to the proposed change (see instructions). | | |
| 21 | Attach a statement of the applicant's reasons for the proposed change. | | |
| 22 | If the applicant is a member of a consolidated group for the year of change, do all other members of the consolidated group use the proposed method of accounting for the item being changed? . . . . . . . . . . . . . . . . If "No," attach an explanation. | | |
| 23a | Enter the amount of user fee attached to this application (see instructions). ▶ $ _____ | | |
| b | If the applicant qualifies for a reduced user fee, attach the necessary information or certification required by Rev. Proc. 2003-1 (or its successor) (see instructions). | | |

| | | Yes | No |
|---|---|---|---|
| **Part IV** | **Section 481(a) Adjustment** | | |
| 24 | Do the procedures for the accounting method change being requested require the use of the cut-off method? If "Yes," do not complete lines 25, 26, and 27 below. | | X |
| 25 | Enter the section 481(a) adjustment. Indicate whether the adjustment is an increase (+) or a decrease (-) in income. ▶ $ _____21,396_____ Attach a summary of the computation and an explanation of the methodology used to determine the section 481(a) adjustment. If it is based on more than one component, show the computation for each component. If more than one applicant is applying for the method change on the same application, attach a list of the name, identification number, principal business activity code (see instructions), and the amount of the section 481(a) adjustment attributable to each applicant. | | |
| 26 | If the section 481(a) adjustment is an increase to income of less than $25,000, does the applicant elect to take the entire amount of the adjustment into account in the year of change? . . . . . . . . . . . . . . . . . . . . . . | | X |
| 27 | Is any part of the section 481(a) adjustment attributable to transactions between members of an affiliated group, a consolidated group, a controlled group, or other related parties? . . . . . . . . . . . . . . . . . . . . . . If "Yes," attach an explanation. | | X |

Form **3115** (Rev. 12-2003)

STF FED4695F.3

Form 3115 (Rev. 12-2003)                                                                                              Page **4**

## Schedule A — Change in Overall Method of Accounting (If Schedule A applies, Part I below must be completed.)

**Part I**    **Change in Overall Method** (see instructions)

1   Enter the following amounts as of the close of the tax year preceding the year of change. If none, state "None." Also, attach a statement providing a breakdown of the amounts entered on lines 1a through 1g.

|   | | Amount |
|---|---|---|
| a | Income accrued but not received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |
| b | Income received or reported before it was earned. Attach a description of the income and the legal basis for the proposed method . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| c | Expenses accrued but not paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| d | Prepaid expenses previously deducted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| e | Supplies on hand previously deducted and/or not previously reported . . . . . . . . . . . . . . . . . . . . | |
| f | Inventory on hand previously deducted and/or not previously reported. Complete Schedule D, Part II . . | |
| g | Other amounts (specify) ▶ . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| h | Net section 481(a) adjustment (Combine lines 1a – 1g.) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ |

2   Is the applicant also requesting the recurring item exception under section 461(h)(3)? . . . . . . . . . . . .   ☐ Yes    ☐ No

3   Attach copies of the profit and loss statement (Schedule F (Form 1040) for farmers) and the balance sheet, if applicable, as of the close of the tax year preceding the year of change. On a separate sheet, state the accounting method used when preparing the balance sheet. If books of account are not kept, attach a copy of the business schedules submitted with the Federal income tax return or other return (e.g., tax-exempt organization returns) for that period. If the amounts in Part I, lines 1a through 1g, do not agree with those shown on both the profit and loss statement and the balance sheet, explain the differences on a separate sheet.

**Part II**    **Change to the Cash Method For Advance Consent Request** (see instructions)

Applicants requesting a change to the cash method must attach the following information:

1   A description of inventory items (items whose production, purchase, or sale is an income-producing factor) and materials and supplies used in carrying out the business.

2   An explanation as to whether the applicant is required to use the accrual method under any section of the Code or regulations.

## Schedule B — Change in Reporting Advance Payments (see instructions)

1   If the applicant is requesting to defer advance payment for services under Rev. Proc. 71-21, 1971-2 C.B. 549, attach the following information:

a   Sample copies of all service agreements used by the applicant that are subject to the requested change in accounting method. Indicate the particular parts of the service agreement that require the taxpayer to perform services.

b   If any parts or materials are provided, explain whether the obligation to provide parts or materials is incidental (of minor or secondary importance) to an agreement providing for the performance of personal services.

c   If the change relates to contingent service contracts, explain how the contracts relate to merchandise that is sold, leased, installed, or constructed by the applicant and whether the applicant offers to sell, lease, install, or construct without the service agreement.

d   A description of the method the applicant will use to determine the amount of income earned each year on service contracts and why that method clearly reflects income earned and related expenses in each year.

e   An explanation of how the method the applicant will use to determine the amount of gross receipts each year will be no less than the amount included in gross receipts for purposes of its books and records. See section 3.11 of Rev. Proc. 71-21.

2   If the applicant is requesting a deferral of advance payments for goods under Regulations section 1.451-5, attach the following information:

a   Sample copies of all agreements for goods or items requiring advance payments used by the applicant that are subject to the requested change in accounting method. Indicate the particular parts of the agreement that require the applicant to provide goods or items.

b   A statement providing that the entire advance payment is for goods or items. If not entirely for goods or items, a statement that an amount equal to 95% of the total contract price is properly allocable to the obligation to provide activities described in Regulations section 1.451-5(a)(1)(i)or (ii) (including services as an integral part of those activities).

c   An explanation of how the method the applicant will use to determine the amount of gross receipts each year will be no less than the amount included in gross receipts for purposes of its books and records. See Regulations section 1.451-5(b)(1).

Form **3115** (Rev. 12-2003)

STF FED4685F.4