Form 1065 (2004)    PRIVATE LABEL SOURCING, LLC                                          22-3800350   Page 3

### Schedule K — Partners' Distributive Share Items

| | | | Total amount |
|---|---|---|---:|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 308,186. |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | |
| | 3a | Other gross rental income (loss) ... 3a | |
| | b | Expenses from other rental activities (attach statement) ... 3b | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | |
| | 4 | Guaranteed payments | 304,000. |
| | 5 | Interest income | 1,454. |
| | 6 | Dividends: a Ordinary dividends | |
| | | b Qualified dividends ... 6b | |
| | 7 | Royalties | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | |
| | b | Collectibles (28%) gain (loss) ... 9b | |
| | c | Unrecaptured section 1250 gain (attach statement) ... 9c | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 24,150. |
| | 11 | Other income (loss) (attach statement) | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 4,213. |
| | 13a | Contributions | |
| | b | Deductions related to portfolio income (attach statement) | |
| | c | Investment interest expense | |
| | d | Section 59(e)(2) expenditures: (1) Type ▶ ____ (2) Amount ▶ 13d(2) | |
| | e | Other deductions (attach statement) | |
| **Self-Employment** | 14a | Net earnings (loss) from self-employment | 612,186. |
| | b | Gross farming or fishing income | |
| | c | Gross nonfarm income | 4,327,682. |
| **Credits & Credit Recapture** | 15a | Low-income housing credit (section 42(j)(5)) | |
| | b | Low-income housing credit (other) | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | |
| | d | Other rental real estate credits | |
| | e | Other rental credits | |
| | f | Other credits and credit recapture (attach statement) | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ▶ | |
| | b | Gross income from all sources | |
| | c | Gross income sourced at partner level | |
| | | Foreign gross income sourced at partnership level: | |
| | d | Passive ▶ ____ e Listed categories (attach stmt) ▶ ____ f General limitation ▶ | |
| | | Deductions allocated and apportioned at partner level: | |
| | g | Interest expense ▶ ____ h Other ▶ | |
| | | Deductions allocated and apportioned at partnership level to foreign source income: | |
| | i | Passive ▶ ____ j Listed categories (attach stmt) ▶ ____ k General limitation ▶ | |
| | l | Foreign taxes (1) ▶ Paid ____ (2) Accrued ____ | |
| | m | Reduction in taxes available for credit (attach statement) | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | |
| | b | Adjusted gain or loss                                SEE STATEMENT 8 | 2,734. |
| | c | Depletion (other than oil and gas) | |
| | d | Oil, gas, and geothermal properties - gross income | |
| | e | Oil, gas, and geothermal properties - deductions | |
| | f | Other AMT items (attach statement) | |
| **Other Information** | 18a | Tax-exempt interest income | |
| | b | Other tax-exempt income | |
| | c | Nondeductible expenses                               SEE STATEMENT 9 | 49,532. |
| | 19a | Distributions of cash and marketable securities | 148,157. |
| | b | Distributions of other property | |
| | 20a | Investment income | 1,454. |
| | b | Investment expenses | |
| | c | Other items and amounts (attach statement) | |

JWA
411021
01-06-04

                                                                                    Form **1065** (2004)

Form 1065 (2004) PRIVATE LABEL SOURCING, LLC    22-3800350    Page 4

## Analysis of Net Income (Loss)

| 1 Net inc (loss). Combine Sch K, lines 1 through 11. From the result, subtract the sum of Sch K, lines 12 through 13e, and 16l(1) or 16l(2) | | | | | | 1 | 633,577. |

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | 633,577. | | | | |

Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|
| | (a) | (b) | (c) | (d) |
| 1 Cash | | 31,465. | | 104,174. |
| 2a Trade notes and accounts receivable | 6,003. | | 580,104. | |
| b Less allowance for bad debts | | 6,003. | | 580,104. |
| 3 Inventories | | 198,842. | | 878,126. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 10 | 449,902. | | 500,821. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 1,116,082. | | 306,960. | |
| b Less accumulated depreciation | 305,673. | 810,409. | 119,353. | 187,607. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | STATEMENT 11 | 137,680. | | 116,111. |
| 14 Total assets | | 1,634,301. | | 2,366,943. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | | | | |
| 18 All nonrecourse loans | | 1,752,201. | | 2,583,265. |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | <117,900.> | | <216,322.> |
| 22 Total liabilities and capital | | 1,634,301. | | 2,366,943. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| 1 Net income (loss) per books | | 49,735. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
|---|---|---|---|---|---|
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): STMT 13 | | 115,565. | a Tax-exempt interest $ _____ STMT 15 | 86,993. | 86,993. |
| 3 Guaranteed payments (other than health insurance) | | 304,000. | 7 Deductions included on Schedule K, lines 1 through 13e, and 16l(1) (or 16l(2)), not charged against book income this year (itemize): | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13e, and 16l(1) (or 16l(2)) (itemize): | | | a Depreciation $ _____ STMT 16 | 111,210. | 111,210. |
| a Depreciation $ 117,802. | | | | | |
| b Travel and entertainment $ 49,532. STMT 14 195,146. | 362,480. | | 8 Add lines 6 and 7 | | 198,203. |
| 5 Add lines 1 through 4 | | 831,780. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | 633,577. |

## Schedule M-2    Analysis of Partners' Capital Accounts

| 1 Balance at beginning of year | <117,900.> | 6 Distributions: a Cash | 148,157. |
|---|---|---|---|
| 2 Capital contributed: a Cash | | b Property | |
| b Property | | 7 Other decreases (itemize): | |
| 3 Net income (loss) per books | 49,735. | | |
| 4 Other increases (itemize): | | | |
| | | 8 Add lines 6 and 7 | 148,157. |
| 5 Add lines 1 through 4 | <68,165.> | 9 Balance at end of year. Subtract line 8 from line 5 | <216,322.> |

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | (Including Information on Listed Property)   OTHER   1 | **2004** Attachment Sequence No. 67 |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| PRIVATE LABEL SOURCING, LLC | | 22-3800350 |

### Part I — Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 Maximum amount. See instructions for a higher limit for certain businesses | 1 | 102,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | 6,537. |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 410,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | 102,000. |

| 6 (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| COMPUTER EQUIPMENT | 2,745. | 2,745. |
| COMPUTER EQUIPMENT | 378. | 378. |
| COMPUTER EQUIPMENT | 670. | 670. |
| COMPUTER EQUIPMENT | 420. | 420. |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 | 7 | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | 4,213. |
| 9 Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | 4,213. |
| 10 Carryover of disallowed deduction from line 13 of your 2003 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | 102,000. |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | 4,213. |
| 13 Carryover of disallowed deduction to 2005. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | 339. |
| 15 Property subject to section 168(f)(1) election (see instructions) | 15 | |
| 16 Other depreciation (including ACRS) (see instructions) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2004 | 17 | 49,800. |
| 18 If you are electing under section 168(i)(4) to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2004 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a  3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | / | | 27.5 yrs. | MM | S/L | |
|   | / | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | 2/04 | 339. | 39 yrs. | MM | S/L | |
|   | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2004 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a  Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   40-year | / | | 40 yrs. | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 50,139. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

416251 11-15-04   LHA  For Paperwork Reduction Act Notice, see separate instructions.   Form **4562** (2004)

5

16230929 797696 223800350   2004.05080 PRIVATE LABEL SOURCING, LLC 22380031

Form 4562 (2004)  PRIVATE LABEL SOURCING, LLC                                                         22-3800350  Page 2

### Part V — Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)

Note: For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete only 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A — Depreciation and Other Information (Caution: See instructions for limits for passenger automobiles.)**

24a  Do you have evidence to support the business/investment use claimed?  ☐ Yes  ☐ No    24b  If "Yes," is the evidence written?  ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| 25 Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use | | | | | | | 25 | |
| 26 Property used more than 50% in a qualified business use: | | | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| | | % | | | | | | |
| 27 Property used 50% or less in a qualified business use: | | | | | | | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| | | % | | | | S/L - | | |
| 28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | | | 28 | |
| 29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 | | | | | | | | 29 |

**Section B — Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (do not include commuting miles) | | | | | | | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | | | | | | | |
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 34 Was the vehicle available for personal use during off-duty hours? | | | | | | | | | | | | |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C — Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who are not more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.

### Part VI — Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2004 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2004 tax year | | | | 43 | 2,000. |
| 44 Total. Add amounts in column (f). See instructions for where to report | | | | 44 | 2,000. |

416262/11-18-04                                                                                                    Form 4562 (2004)

**Form 4797**
Department of the Treasury
Internal Revenue Service

**Sales of Business Property**
(Also Involuntary Conversions and Recapture Amounts
Under Sections 179 and 280F(b)(2))
▶ Attach to your tax return.

OMB No. 1545-0184

**2004**
Attachment Sequence No. 27

Name(s) shown on return: **PRIVATE LABEL SOURCING, LLC**
Identifying number: **22-3800350**

1. Enter the gross proceeds from sales or exchanges reported to you for 2004 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ............. | 1 |

### Part I   Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| 2 | | | | | | |

COPY

3. Gain, if any, from Form 4684, line 39 .............................................................................. | 3 |
4. Section 1231 gain from installment sales from Form 6252, line 26 or 37 ........................... | 4 | 24,150.
5. Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ............................. | 5 |
6. Gain, if any, from line 32, from other than casualty or theft ........................................... | 6 |
7. Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | 7 | 24,150.

Partnerships (except electing large partnerships) and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

All others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on Schedule D and skip lines 8, 9, 11, and 12 below.

8. Nonrecaptured net section 1231 losses from prior years (see instructions) ...................... | 8 |
9. Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on Schedule D (see instructions) ........................................................................ | 9 |

### Part II   Ordinary Gains and Losses

10. Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |

11. Loss, if any, from line 7 .................................................................................................. | 11 | ( )
12. Gain, if any, from line 7 or amount from line 8, if applicable ........................................ | 12 |
13. Gain, if any, from line 31 ............................................................................................... | 13 |
14. Net gain or (loss) from Form 4684, lines 31 and 38a ..................................................... | 14 |
15. Ordinary gain from installment sales from Form 6252, line 25 or 36 ............................. | 15 |
16. Ordinary gain or (loss) from like-kind exchanges from Form 8824 ............................... | 16 |
17. Combine lines 10 through 16 ......................................................................................... | 17 |
18. For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:
   a. If the loss on line 11 includes a loss from Form 4684, line 35, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18a." See instructions ............................................................................................... | 18a |
   b. Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ............................................................................................... | 18b |

JWA   For Paperwork Reduction Act Notice, see page 8 of the instructions.

Form 4797 (2004)

418001
11-09-04

PRIVATE LABEL SOURCING, LLC      22-3800350

Form 4797 (2004)      Page 2

**Part III**   Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| These columns relate to the properties on lines 19A through 19D. | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|
| 20 | Gross sales price (Note: See line 1 before completing.) | | | | |
| 21 | Cost or other basis plus expense of sale | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | | | | |
| 25 | If section 1245 property: | | | | |
| a | Depreciation allowed or allowable from line 22 | | | | |
| b | Enter the smaller of line 24 or 25a | | | | |
| 26 | If section 1250 property: If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | |
| a | Additional depreciation after 1975 | | | | |
| b | Applicable percentage multiplied by the smaller of line 24 or line 26a | | | | |
| c | Subtract line 26a from line 24. If residential rental property or line 24 is not more than line 26a, skip lines 26d and 26e | | | | |
| d | Additional depreciation after 1969 and before 1976 | | | | |
| e | Enter the smaller of line 26c or 26d | | | | |
| f | Section 291 amount (corporations only) | | | | |
| g | Add lines 26b, 26e, and 26f | | | | |
| 27 | If section 1252 property: Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | |
| a | Soil, water, and land clearing expenses | | | | |
| b | Line 27a multiplied by applicable percentage | | | | |
| c | Enter the smaller of line 24 or 27b | | | | |
| 28 | If section 1254 property: | | | | |
| a | Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | | | | |
| b | Enter the smaller of line 24 or 28a | | | | |
| 29 | If section 1255 property: | | | | |
| a | Applicable percentage of payments excluded from income under section 126 | | | | |
| b | Enter the smaller of line 24 or 29a | | | | |

Summary of Part III Gains. Complete property columns A through D through line 29b before going to line 30.

| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | |
|---|---|---|---|
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 33. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

**Part IV**   Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less (see instructions.)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation. See instructions | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

418002
11-09-04   JWA

| | | | |
|---|---|---|---|
| Form **6252** | INSTALLMENT SALE NO. | OMB No. 1545-0228 | |
| Department of the Treasury Internal Revenue Service | **Installment Sale Income** ▶ Attach to your tax return. ▶ Use a separate form for each sale or other disposition of property on the installment method. | **2004** Attachment Sequence No. 79 | |

Name(s) shown on return: **PRIVATE LABEL SOURCING, LLC**
Identifying number: **22-3800350**

| | | | |
|---|---|---|---|
| 1 | Description of property ▶ LEASEHOLD IMPROVEMENTS | | |
| 2a | Date acquired (month, day, year) ▶ VARIOUS | b Date sold (month, day, year) ▶ 12/04/04 | |
| 3 | Was the property sold to a related party after May 14, 1980? If "No," skip line 4 | | ☐ Yes ☒ No |
| 4 | Was the property you sold to a related party a marketable security? If "Yes," complete Part III. If "No," complete Part III for the year of sale and the 2 years after the year of sale | | ☐ Yes ☐ No |

**Part I: Gross Profit and Contract Price.** Complete this part for the year of sale only.

| | | | |
|---|---|---|---|
| 5 | Selling price including mortgages and other debts. Do not include interest whether stated or unstated | 5 | 601,050. |
| 6 | Mortgages, debts, and other liabilities the buyer assumed or took the property subject to | 6 | |
| 7 | Subtract line 6 from line 5 | 7 | 601,050. |
| 8 | Cost or other basis of property sold | 8 | 769,141. |
| 9 | Depreciation allowed or allowable | 9 | 264,859. |
| 10 | Adjusted basis. Subtract line 9 from line 8 | 10 | 504,282. |
| 11 | Commissions and other expenses of sale | 11 | |
| 12 | Income recapture from Form 4797, Part III | 12 | |
| 13 | Add lines 10, 11, and 12 | 13 | 504,282. |
| 14 | Subtract line 13 from line 5. If zero or less, do not complete the rest of this form | 14 | 96,768. |
| 15 | If the property described on line 1 above was your main home, enter the amount of your excluded gain. Otherwise, enter -0- | 15 | |
| 16 | Gross profit. Subtract line 15 from line 14 | 16 | 96,768. |
| 17 | Subtract line 13 from line 6. If zero or less, enter -0- | 17 | 0. |
| 18 | Contract price. Add line 7 and line 17 | 18 | 601,050. |

**Part II: Installment Sale Income.** Complete this part for the year of sale and any year you receive a payment or have certain debts you must treat as a payment on installment obligations.

| | | | |
|---|---|---|---|
| 19 | Gross profit percentage. Divide line 16 by line 18. For years after the year of sale, see instructions | 19 | 16.0998% |
| 20 | If this is the year of sale, enter amount from line 17. Otherwise, enter -0- | 20 | 0. |
| 21 | Payments received during year. Do not include interest, whether stated or unstated | 21 | 150,000. |
| 22 | Add lines 20 and 21 | 22 | 150,000. |
| 23 | Payments received in prior years. Do not include interest, whether stated or unstated | 23 | |
| 24 | Installment sale income. Multiply line 22 by line 19 | 24 | 24,150. |
| 25 | Enter the part of line 24 that is ordinary income under the recapture rules | 25 | |
| 26 | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797 | 26 | 24,150. |

**Part III: Related Party Installment Sale Income.** Do not complete if you received the final payment this tax year.

27 Name, address, and taxpayer identifying number of related party _____

28 Did the related party resell or dispose of the property ("second disposition") during this tax year? ☐ Yes ☐ No
29 If the answer to question 28 is "Yes," complete lines 30 through 37 below unless one of the following conditions is met. Check the box that applies.
  a ☐ The second disposition was more than 2 years after the first disposition (other than dispositions of marketable securities). If this box is checked, enter the date of disposition (month, day, year) ▶ _____
  b ☐ The first disposition was a sale or exchange of stock to the issuing corporation.
  c ☐ The second disposition was an involuntary conversion and the threat of conversion occurred after the first disposition.
  d ☐ The second disposition occurred after the death of the original seller or buyer.
  e ☐ It can be established to the satisfaction of the Internal Revenue Service that tax avoidance was not a principal purpose for either of the dispositions. If this box is checked, attach an explanation.

| | | | |
|---|---|---|---|
| 30 | Selling price of property sold by related party | 30 | |
| 31 | Enter contract price from line 18 for year of first sale | 31 | |
| 32 | Enter the smaller of line 30 or line 31 | 32 | |
| 33 | Total payments received by the end of your 2004 tax year | 33 | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- | 34 | |
| 35 | Multiply line 34 by the gross profit percentage on line 19 for year of first sale | 35 | |
| 36 | Enter the part of line 35 that is ordinary income under the recapture rules | 36 | |
| 37 | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797 | 37 | |

419491 11-30-04  LHA  For Paperwork Reduction Act Notice, see separate instructions.          Form **6252** (2004)

9

16230929 797696 223800350     2004.05080 PRIVATE LABEL SOURCING, LLC  22380031