## INSTALLMENT SALE

PRIVATE LABEL SOURCING, LLC      22-3800350

### SCHEDULE OF RECEIPTS    INSTALLMENT SALE NO. 1

| MO. DA. YR. | PRINCIPAL RECEIVED | TOTAL GAIN | ORDINARY GAIN | SEC. 1231/OR CAPITAL GAIN | UNRECAP. SEC. 1250 GAIN |
|---|---|---|---|---|---|
| 12/06/04 | 150,000. | 24,150. | 0. | 24,150. | 0. |

COPY

## Worksheet for Figuring Net Earnings (Loss) From Self-Employment

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| PRIVATE LABEL SOURCING, LLC | | | 22-3800350 |

| | | | |
|---|---|---:|---:|
| 1 a | Ordinary income (loss) (Schedule K, line 1) | 1a | 308,186. |
| b | Net income (loss) from CERTAIN rental real estate activities | 1b | |
| c | Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | |
| d | Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | |
| e | Other additions | 1e | |
| f | Combine lines 1a through 1e | 1f | 308,186. |
| 2 a | Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | |
| b | Other subtractions | 2b | |
| c | Add lines 2a and 2b | 2c | |
| 3 a | Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | 308,186. |
| b | Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | |
| c | Subtract line 3b from line 3a | 3c | 308,186. |
| 4 a | Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) | 4a | 304,000. |
| b | Part of line 4a allocated to individual limited partners for other than services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | |
| c | Subtract line 4b from line 4a | 4c | 304,000. |
| 5 | Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | 5 | 612,186. |

PRIVATE LABEL SOURCING, LLC                                            22-3800350

| FORM 1065 | OTHER INCOME | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| COMMISSION INCOME | 3,833,042. |
| SECTION 481(A) ADJUSTMENT-2ND YEAR | 5,349. |
| TOTAL TO FORM 1065, LINE 7 | 3,838,391. |

| FORM 1065 | TAX EXPENSE | STATEMENT 4 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| NEW YORK CITY TAXES - BASED ON INCOME | 27,000. |
| PAYROLL TAXES | 114,674. |
| TOTAL TO FORM 1065, LINE 14 | 141,674. |

| FORM 1065 | OTHER DEDUCTIONS | STATEMENT 5 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| DESIGN EXPENSES | 67,094. |
| UTILITIES | 12,442. |
| SHOWROOM EXPENSE | 144,006. |
| TRAVEL | 274,750. |
| COMMUNICATION | 33,424. |
| WAREHOUSE EXPENSE | 124,543. |
| OFFICE EXPENSES | 30,227. |
| EQUIPMENT RENTAL | 14,802. |
| INSURANCE | 91,138. |
| PROFESSIONAL FEES | 130,602. |
| BANK CHARGES | 26,347. |
| FACTOR'S COMMISSION & CHARGES | 58,302. |
| COMPUTER EXPENSE | 30,397. |
| AUTO EXPENSE | 81,172. |
| PRODUCTION SAMPLE DEVELOPMENT | 621,713. |
| LESS: SECTION 263A | <719,910.> |
| LEGAL SETTLEMENT | 75. |
| DUES & SUBSCRIPTIONS | 2,321. |
| POSTAGE & DELIVERY | 1,604. |
| PAYROLL SERVICES | 2,917. |
| LOSS ON ABANDONMENT OF FIXED ASSETS | 12,926. |
| MEALS AND ENTERTAINMENT | 49,533. |
| AMORTIZATION EXPENSE | 2,000. |
| TOTAL TO FORM 1065, LINE 20 | 1,092,425. |

16230929 797696 2238003050      11      2004.05080 PRIVATE LABEL SOURCING, LLC 2238003I
                                                                   STATEMENT(S) 3, 4, 5

PRIVATE LABEL SOURCING, LLC                                                    22-3800350

| SCHEDULE A | OTHER COSTS | STATEMENT 6 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| COMMISSIONS | 188,612. |
| DUTY & BROKERAGE | 670,899. |
| FREIGHT-IN | 498,519. |
| OTHER CHARGES | 1,365. |
| TOTAL TO FORM 1065, PAGE 2, LINE 5 | 1,359,395. |

| SCHEDULE A | ADDITIONAL SECTION 263A COSTS | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| PRODUCTION & DESIGN SALARIES & PAYROLL TAXES | 284,838. |
| SAMPLE DEVELOPMENT | 269,011. |
| SHIPPING/WAREHOUSING STORAGE | 38,492. |
| OFFICE SALARIES & MEMBERS | 82,159. |
| PAYROLL TAXES & BENEFITS | 10,695. |
| INSURANCE EXPENSES | 3,684. |
| DEPRECIATION | 10,641. |
| RENT & UTILITIES | 16,243. |
| REPAIRS & MAINTENANCE | 2,268. |
| COMPUTER EXPENSE | 1,879. |
| TOTAL TO FORM 1065, PAGE 2, LINE 4 | 719,910. |

| SCHEDULE K | ADJUSTED GAIN OR LOSS | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|

TOTAL TO SCHEDULE K, LINE 17B

ADJUSTED GAIN OR LOSS ALLOCABLE TO:

   SHORT-TERM CAPITAL GAIN OR LOSS
   LONG-TERM CAPITAL GAIN OR LOSS
   LONG-TERM COLLECTIBLES - 28% RATE
   SECTION 1231 GAIN OR LOSS
   ORDINARY GAIN OR LOSS
   UNRECAPTURED SECTION 1250 GAIN - 25% RATE

PRIVATE LABEL SOURCING, LLC                                      22-3800350

| SCHEDULE K | NONDEDUCTIBLE EXPENSE | STATEMENT 9 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 49,532. |
| TOTAL TO SCHEDULE K, LINE 18C | 49,532. |

COPY

| SCHEDULE L | OTHER CURRENT ASSETS | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM FACTOR | 383,631. | 363,062. |
| PREPAID EXPENSES | 49,467. | 76,835. |
| LOAN & EXCHANGES | 16,804. | 60,924. |
| TOTAL TO SCHEDULE L, LINE 6 | 449,902. | 500,821. |

| SCHEDULE L | OTHER ASSETS | STATEMENT 11 |
|---|---|---|

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| SECURITY DEPOSIT | 137,680. | 116,111. |
| TOTAL TO SCHEDULE L, LINE 13 | 137,680. | 116,111. |

PRIVATE LABEL SOURCING, LLC                                           22-3800350

| FORM 1065 | | PARTNERS' CAPITAL ACCOUNT SUMMARY | | | STATEMENT 12 |
|---|---|---|---|---|---|
| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
| 1 | <120,812.> | | 24,868. | 41,739. | <137,683.> |
| 2 | 2,912. | | 24,867. | 106,418. | <78,639.> |
| TOTAL | <117,900.> | | 49,735. | 148,157. | <216,322.> |


COPY

PRIVATE LABEL SOURCING, LLC                                              22-3800350

| SCHEDULE M-1 | INCOME NOT RECORDED ON BOOKS THIS YEAR | STATEMENT 13 |

| DESCRIPTION | AMOUNT |
|---|---|
| SEC. 263A ADJ - ENDING INVENTORY | 110,216. |
| SECTION 481(A) ADJUSTMENT-2ND YEAR | 5,349. |
| TOTAL TO SCHEDULE M-1, LINE 2 | 115,565. |

| SCHEDULE M-1 | EXPENSES RECORDED ON BOOKS NOT DEDUCTED IN RETURN | STATEMENT 14 |

| DESCRIPTION | AMOUNT |
|---|---|
| PENSION EXPENSE | 195,146. |
| TOTAL TO SCHEDULE M-1, LINE 4 | 195,146. |

| SCHEDULE M-1 | INCOME RECORDED ON BOOKS NOT INCLUDED ON RETURN | STATEMENT 15 |

| DESCRIPTION | AMOUNT |
|---|---|
| GAIN (LOSS) ON DISPOSITION OF ASSETS | 86,993. |
| TOTAL TO SCHEDULE M-1, LINE 6 | 86,993. |

| SCHEDULE M-1 | DEDUCTIONS ON RETURN NOT CHARGED AGAINST BOOK | STATEMENT 16 |

| DESCRIPTION | AMOUNT |
|---|---|
| SEC. 263A ADJ - BEGINNING INVENTORY | 49,161. |
| SECTION 461 ADJUSTMENT - PREPAID INSURANCE | 31,540. |
| SECTION 461 ADJUSTMENT - PREPAID RENT | 15,583. |
| LOSS ON ABANDONMENT OF FIXED ASSETS | 12,926. |
| AMORTIZATION | 2,000. |
| TOTAL TO SCHEDULE M-1, LINE 7 | 111,210. |

## 2004 DEPRECIATION AND AMORTIZATION REPORT

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | (D) LEASEHOLD IMPROVEMENT | 080102 | SL | 39.00 | 17 | 1,237. | | 371. | 866. | 30. | | 21. |
| 12 | (D) LEASEHOLD IMPROVEMENT | 090102 | SH | 39.00 | 17 | 805. | | 242. | 563. | 18. | | 13. |
| 13 | (D) LEASEHOLD IMPROVEMENT | 101102 | SL | 39.00 | 17 | 9,885. | | 2,966. | 6,919. | 199. | | 170. |
| 14 | (D) LEASEHOLD IMPROVEMENT | 101302 | SL | 39.00 | 17 | 24,875. | | 7,463. | 17,412. | 465. | | 422. |
| 39 | (D) LEASEHOLD IMPROVEMENT | 120103 | SL | 39.00 | 17 | 7,508. | | | 7,508. | 8. | | 185. |
| 48 | (D) LEASEHOLD IMPROVEMENT | 022904 | SL | 39.00 | 17 | 678. | | 339. | 339. | | | |
| 49 | (D) LEASEHOLD IMPROVEMENT | 111904 | SL | 15.00 | 19E | 2,324. | | | 2,324. | 0. | | 0. |
| 5 | LEASEHOLD IMPROVEMENT | | SL | 15.00 | 19E | 32,044. | | | | | | |
| * | OTHER TOTAL BUILDINGS | | | | | 801,185. | | 226,632. | 574,553. | 24,962. | 0. | 13,604. |
| 3 | FURNITURE & FIXTURES | 070102 | 200DB | 7.00 | 17 | 9,375. | | 9,375. | | 0. | | 0. |
| 15 | FURNITURE & FIXTURES | 070502 | 200DB | 7.00 | 17 | 13,931. | | 4,180. | 9,751. | 3,483. | | 1,706. |
| 16 | FURNITURE & FIXTURES | 080102 | 200DB | 7.00 | 17 | 779. | | 234. | 545. | 211. | | 95. |
| 17 | FURNITURE & FIXTURES | 120102 | 200DB | 7.00 | 17 | 1,256. | | 377. | 879. | 341. | | 154. |
| 18 | FURNITURE & FIXTURES | 120102 | 200DB | 7.00 | 17 | 91. | | 28. | 62. | 25. | | 11. |
| 19 | FURNITURE & FIXTURES | 101502 | 200DB | 7.00 | 17 | 13,835. | | 4,151. | 9,684. | 3,756. | | 847. |
| 30 | (D) FURNITURE & FIXTURES | 040102 | 200DB | 7.00 | 17 | 166,431. | | 49,929. | 116,502. | 31,607. | | 20,376. |
| 31 | FURNITURE & FIXTURES | 010202 | 200DB | 7.00 | 17 | 19,085. | | 5,726. | 13,359. | 5,191. | | 2,336. |
| 32 | FURNITURE & FIXTURES | | 200DB | 7.00 | 17 | | | | | | | |

(D) - Asset disposed      * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

6.2

2004 DEPRECIATION AND AMORTIZATION REPORT                                                                    OTHER    1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | ORGANIZATIONAL EXPENSES | 070101 | | 60M | 43 | 10,000. | | | 10,000. | 5,000. | 2,000. |
| 24 | COMPUTER SOFTWARE | 010102SL | | 3.00 | 17 | 6,354. | | 1,906. | 4,448. | 2,225. | 1,483. |
| 25 | COMPUTER SOFTWARE | 020102SL | | 3.00 | 17 | 1,421. | | 426. | 995. | 498. | 332. |
| 26 | COMPUTER SOFTWARE | 030102SL | | 3.00 | 17 | 2,918. | | 875. | 2,043. | 1,024. | 681. |
| 27 | COMPUTER SOFTWARE | 040102SL | | 3.00 | 17 | 270. | | 81. | 189. | 95. | 63. |
| 28 | COMPUTER SOFTWARE | 100102SL | | 3.00 | 17 | 1,145. | | 314. | 831. | 401. | 267. |
| 29 | COMPUTER SOFTWARE | 120102SL | | 3.00 | 17 | 4,708. | | | 4,708. | 1,649. | 1,569. |
| 30 | (D) COMPUTER SOFTWARE | 020192SL | | 3.00 | 17 | 1,993. | | 595. | 1,398. | 695. | 235. |
| | * OTHER TOTAL OTHER | | | | | 28,813. | | 4,231. | 24,582. | 11,589. | 6,628. |
| | BUILDINGS | | | | | | | | | | |
| 2 | (D) LEASEHOLD IMPROVEMENT | 120101SL | | 39.0017 | | 177,708. | | 53,312. | 124,396. | 6,513. | 3,057. |
| 4 | (D) LEASEHOLD IMPROVEMENT | 010102SL | | 39.0017 | | 104,351. | | 31,305. | 73,046. | 3,658. | 1,795. |
| 5 | (D) LEASEHOLD IMPROVEMENT | 020102SL | | 39.0017 | | 8,979. | | 2,694. | 6,285. | 302. | 154. |
| 6 | (D) LEASEHOLD IMPROVEMENT | 030102SL | | 39.0017 | | 408,324. | | 122,497. | 285,827. | 136,131. | 7,034. |
| 7 | (D) LEASEHOLD IMPROVEMENT | 040102SL | | 39.0017 | | 3,340. | | 1,002. | 2,338. | 103. | 58. |
| 8 | (D) LEASEHOLD IMPROVEMENT | 050102SL | | 39.0017 | | 4,324. | | | 4,324. | 124. | 106. |
| 9 | (D) LEASEHOLD IMPROVEMENT | 060102SL | | 39.0017 | | 6,239. | | 1,872. | 4,367. | 173. | 107. |
| 10 | (D) LEASEHOLD IMPROVEMENT | 070102SL | | 39.0017 | | 8,564. | | 2,569. | 5,995. | 225. | 135. |

42012
12-02-04

(D) = Asset disposed      6.1      * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

2004 DEPRECIATION AND AMORTIZATION REPORT

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Of Basis | Bus % Excl | Reduction In Basis | Basis for Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 33 (D) | FUNITURE & FIXTURES | 060102 | 200DB | 7.00 | 17 | 3,632. | | 1,090. | 2,542. | 986. | | 223. |
| 34 (D) | FUNITURE & FIXTURES | 081002 | 200DB | 7.00 | 17 | 272. | | 82. | 190. | 73. | | 17. |
| 35 (D) | FUNITURE & FIXTURES | 090102 | 200DB | 7.00 | 17 | 3,129. | | 939. | 2,190. | 849. | | 192. |
| 36 (D) | FUNITURE & FIXTURES | 100102 | 200DB | 7.00 | 17 | 1,121. | | 336. | 785. | 304. | | 69. |
| 37 (D) | FUNITURE & FIXTURES | 110102 | 200DB | 7.00 | 17 | 15,524. | | 4,657. | 10,867. | 4,214. | | 951. |
| 47 (D) | FUNITURE & FIXTURES | 040102 | 200DB | 7.00 | 17 | 1,447. | | 1,447. | | | | |
| 56 (D) | FUNITURE & FIXTURES & OTHER TOTAL FURNITURE & FIXTURES | 040102 | 200DB | 7.00 | 17 | 11,196. | | 3,359. | 7,837. | 16,612. | | 0. |
| | MACHINERY & EQUIPMENT | | | | | 269,807. | | 85,610. | 175,197. | 67,903. | | 26,977. |
| 19 | COMPUTER EQUIPMENT | 020102 | 200DB | 5.00 | 17 | 10,331. | | 3,099. | 7,232. | 5,760. | | 1,389. |
| 20 | COMPUTER EQUIPMENT | 030102 | 200DB | 5.00 | 17 | 7,593. | | 2,278. | 5,315. | 2,764. | | 1,020. |
| 21 (D) | COMPUTER EQUIPMENT | 040102 | 200DB | 5.00 | 17 | 690. | | 207. | 483. | 252. | | 47. |
| 22 | COMPUTER EQUIPMENT | 060102 | 200DB | 5.00 | 17 | 3,847. | | 1,154. | 2,693. | 1,501. | *19V 517. | |
| 33 | COMPUTER EQUIPMENT | 081002 | 200DB | 5.00 | 17 | 1,214. | | 364. | 850. | 142. | | 163. |
| 40 | MACHINERY & EQUIPMENT | 010103 | 200DB | 5.00 | 17 | 3,027. | | 3,027. | | | | 0. |
| 41 | COMPUTER EQUIPMENT | 043003 | 200DB | 5.00 | 17 | | | | | | | 0. |
| 42 | COMPUTER EQUIPMENT | 063003 | 200DB | 5.00 | 17 | 5,643. | | 5,643. | | | | 0. |
| 43 | COMPUTER EQUIPMENT | 033103 | 200DB | 5.00 | 17 | 2,365. | | 2,365. | | | | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

6.3