# 2004 DEPRECIATION AND AMORTIZATION REPORT

| Asset No. | Description | Date Acquired | Method | Life | Life No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction in Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | COMPUTER EQUIPMENT | 103103 | 200DB | 5.00 | 17 | 2,228. | | 2,228. | | 2,228. | | 0. |
| 45 | COMPUTER EQUIPMENT | 113003 | 200DB | 5.00 | 17 | 411. | | 411. | | 411. | | 0. |
| 46 | COMPUTER EQUIPMENT | 123103 | 200DB | 5.00 | 17 | 4,204. | | 4,204. | | 4,204. | | 0. |
| 52 | COMPUTER EQUIPMENT | 022904 | 200DB | 5.00 | 19B | 2,745. | | 2,745. | | 2,745. | | 2,745. |
| 53 | COMPUTER EQUIPMENT | 033104 | 200DB | 5.00 | 19B | 378. | | 378. | | 378. | | 378. |
| 54 | COMPUTER EQUIPMENT | 043004 | 200DB | 5.00 | 19B | 670. | | 670. | | 670. | | 670. |
| 55 | COMPUTER EQUIPMENT | 112404 | 200DB | 5.00 | 19B | 420. | | 420. | | 420. | | 420. |
| 57(D) | COMPUTER EQUIPMENT | 030102 | 200DB | 5.00 | 17 | 25,000. | | 17,500. | | 9,100. | | 1,666. |
| 58(D) | COMPUTER EQUIPMENT | 060102 | 200DB | 5.00 | 17 | 1,693. | | 508. | 1,185. | 516. | | 114. |
| * OTHER TOTAL MACHINERY & EQUIPMENT | | | | | | 74,535. | | 39,277. | 35,258. | 13,325. | | 9,143. |
| * GRAND TOTAL OTHER DEPR & AMORT | | | | | | 1165340. | | 355750. | 809,590. | 122,829. | 4,213. | 56,352. |

(D) - Asset disposed

* ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction

6.4

## ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 24 | COMPUTER SOFTWARE | 010102 | SL | 3.00 | 6,354. | 2,225. | 1,483. | 1,483. | 0. |
| 25 | COMPUTER SOFTWARE | 020102 | SL | 3.00 | 1,421. | 498. | 332. | 332. | 0. |
| 26 | COMPUTER SOFTWARE | 030102 | SL | 3.00 | 2,918. | 1,022. | 681. | 681. | 0. |
| 27 | COMPUTER SOFTWARE | 040102 | SL | 3.00 | 270. | 94. | 63. | 63. | 0. |
| 28 | COMPUTER SOFTWARE | 100102 | SL | 3.00 | 1,145. | 401. | 267. | 267. | 0. |
| 29 | COMPUTER SOFTWARE | 120102 | SL | 3.00 | 1,708. | 1,849. | 1,569. | 1,569. | 0. |
| 59 | COMPUTER SOFTWARE | 020102 | SL | 3.00 | 1,997. | 699. | 233. | 233. | 0. |
| 2 | LEASEHOLD IMPROVEMENT | 120101 | SL | 39.00 | 177,708. | 9,244. | 3,054. | 3,054. | 0. |
| 4 | LEASEHOLD IMPROVEMENT | 010102 | SL | 39.00 | 104,351. | 3,668. | 1,795. | 1,795. | 0. |
| 5 | LEASEHOLD IMPROVEMENT | 020102 | SL | 39.00 | 8,979. | 302. | 154. | 154. | 0. |
| 6 | LEASEHOLD IMPROVEMENT | 030102 | SL | 39.00 | 408,324. | 13,131. | 7,024. | 7,024. | 0. |
| 7 | LEASEHOLD IMPROVEMENT | 040102 | SL | 39.00 | 3,340. | 103. | 58. | 58. | 0. |
| 8 | LEASEHOLD IMPROVEMENT | 050102 | SL | 39.00 | 4,324. | 127. | 106. | 106. | 0. |
| 9 | LEASEHOLD IMPROVEMENT | 060102 | SL | 39.00 | 6,239. | 73. | 107. | 107. | 0. |
| 10 | LEASEHOLD IMPROVEMENT | 070102 | SL | 39.00 | 8,564. | 225. | 148. | 148. | 0. |
| 11 | LEASEHOLD IMPROVEMENT | 080102 | SL | 39.00 | 1,277. | 30. | 21. | 21. | 0. |
| 13 | LEASEHOLD IMPROVEMENT | 090102 | SL | 39.00 | 805. | 18. | 13. | 13. | 0. |
| 12 | LEASEHOLD IMPROVEMENT | 120102 | SL | 39.00 | 4,805. | 199. | 176. | 176. | 0. |
| 14 | LEASEHOLD IMPROVEMENT | 120102 | SL | 39.00 | 24,875. | 465. | 427. | 427. | 0. |
| 39 | LEASEHOLD IMPROVEMENT | 120103 | SL | 39.00 | 7,908. | 8. | 185. | 185. | 0. |
| 48 | LEASEHOLD IMPROVEMENT | 022904 | SL | 39.00 | 678. | 0. | 339. | 339. | 0. |
| 15 | FURNITURE & FIXTURES | 073102 | 200DB | 7.00 | 13,933. | 3,783. | 1,706. | 1,706. | 0. |
| 16 | FURNITURE & FIXTURES | 080102 | 200DB | 7.00 | 779. | 211. | 95. | 95. | 0. |
| 17 | FURNITURE & FIXTURES | 110102 | 200DB | 7.00 | 92. | 25. | 11. | 11. | 0. |
| 18 | FURNITURE & FIXTURES | 120102 | 200DB | 7.00 | 1,256. | 341. | 154. | 154. | 0. |
| 30 | FURNITURE & FIXTURES | 030102 | 200DB | 7.00 | 1,815. | 758. | 247. | 247. | 0. |
| 31 | FURNITURE & FIXTURES | 040102 | 200DB | 7.00 | 166,431. | 31,607. | 20,376. | 20,376. | 0. |
| 32 | FURNITURE & FIXTURES | 050102 | 200DB | 7.00 | 19,093. | 5,481. | 2,336. | 2,336. | 0. |
| 33 | FURNITURE & FIXTURES | 060102 | 200DB | 7.00 | 3,632. | 986. | 223. | 223. | 0. |
| 34 | FURNITURE & FIXTURES | 070102 | 200DB | 7.00 | 272. | 74. | 17. | 17. | 0. |
| 35 | FURNITURE & FIXTURES | 080102 | 200DB | 7.00 | 3,129. | 849. | 192. | 192. | 0. |
| 36 | FURNITURE & FIXTURES | 100102 | 200DB | 7.00 | 1,121. | 304. | 69. | 69. | 0. |
| 37 | FURNITURE & FIXTURES | 110102 | 200DB | 7.00 | 15,524. | 4,214. | 951. | 951. | 0. |
| 14 | COMPUTER EQUIPMENT | 010102 | 200DB | 5.00 | 10,331. | 5,760. | 1,389. | 1,389. | 0. |

COPY

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 20 | COMPUTER EQUIPMENT | 03010200 | 200DB | 5.00 | 7,593. | 2,764. | 1,020. | 1,020. | 0. |
| 21 | COMPUTER EQUIPMENT | 04010200 | 200DB | 5.00 | 690. | 253. | 47. | 47. | 0. |
| 22 | COMPUTER EQUIPMENT | 06010200 | 200DB | 5.00 | 3,847. | 1,501. | 517. | 517. | 0. |
| 23 | COMPUTER EQUIPMENT | 09010200 | 200DB | 5.00 | 1,211. | 342. | 162. | 162. | 0. |
| 52 | COMPUTER EQUIPMENT | 02280400 | 200DB | 5.00 | 2,745. | 0. | 2,745. | 2,745. | 0. |
| 53 | COMPUTER EQUIPMENT | 03310400 | 200DB | 5.00 | 378. | 0. | 378. | 378. | 0. |
| 54 | COMPUTER EQUIPMENT | 11160400 | 200DB | 5.00 | 670. | 0. | 670. | 670. | 0. |
| 55 | COMPUTER EQUIPMENT | 12310400 | 200DB | 5.00 | 420. | 0. | 420. | 420. | 0. |
| 57 | COMPUTER EQUIPMENT | 03010200 | 200DB | 5.00 | 25,000. | 9,100. | 1,680. | 1,680. | 0. |
| 58 | COMPUTER EQUIPMENT | 06010200 | 200DB | 5.00 | 1,191. | 516. | 114. | 114. | 0. |
| | TOTALS | | | | 9,079,390. | 103,251. | 54,352. | 54,352. | 0. |

15.2

6511

| Schedule K-1 (Form 1065) | **2004** | ☐ Final K-1  ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | Tax year beginning ___ and ending ___ | **Part III** Partner's Share of Current Year Income, Deductions, Credits, and Other Items | |
| **Partner's Share of Income, Deductions, Credits, etc.** | | 1 Ordinary business income (loss)  **154,093.** | 15 Credits & credit recapture |
| ► See separate instructions. | COPY | 2 Net rental real estate income (loss) | 16 Foreign transactions |

### Part I — Information About the Partnership

A Partnership's employer identification number: **22-3800350**

B Partnership's name, address, city, state, and ZIP code:
PRIVATE LABEL SOURCING, LLC
597 BROADWAY
NEW YORK, NY 10012

C IRS Center where partnership filed return: CINCINNATI, OH

D ☐ Check if this is a publicly traded partnership (PTP)
E ☐ Tax shelter registration number, if any ___
F ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

G Partner's identifying number: **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**

H Partner's name, address, city, state, and ZIP code:
CHRISTINE DENTE
935 SEDGEWICK COURT
WESTFIELD, NJ 07090

I ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member
J ☒ Domestic partner    ☐ Foreign partner
K What type of entity is this partner? **INDIVIDUAL**

L Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 50.0000000% | 50.0000000% |
| Loss | 50.0000000% | 50.0000000% |
| Capital | 49.1889000% | 49.1889000% |

M Partner's share of liabilities at year end:
- Nonrecourse: $ 1,291,633.
- Qualified nonrecourse financing: $ 0.
- Recourse: $ 0.

N Partner's capital account analysis:
- Beginning capital account: $ -120,812.
- Capital contributed during the year: $ ___
- Current year increase (decrease): $ 24,868.
- Withdrawals & distributions: $( 41,739.)
- Ending capital account: $ -137,683.

☐ Tax basis    ☒ GAAP    ☐ Section 704(b) book    ☐ Other (explain)

### Part III items (right column)

| Box | Description | Amount |
|---|---|---|
| 3 | Other net rental income (loss) | |
| 4 | Guaranteed payments | 152,000. |
| 5 | Interest income | 727. |
| 6a | Ordinary dividends | |
| 6b | Qualified dividends | |
| 7 | Royalties | |
| 8 | Net short-term capital gain (loss) | |
| 9a | Net long-term capital gain (loss) | |
| 9b | Collectibles (28%) gain (loss) | |
| 9c | Unrecaptured sec 1250 gain | |
| 10 | Net section 1231 gain (loss) | 12,075. |
| 11 | Other income (loss) | |
| 12 | Section 179 deduction | 2,107. |
| 13 | Other deductions | |
| 14 | Self-employment earnings (loss)  A / C | 306,093. / 2,163,841. |
| 17 | Alternative min tax (AMT) items  B* | 1,367. |
| 18 | Tax-exempt income and nondeductible expenses  C* | 24,766. |
| 19 | Distributions  A | 41,739. |
| 20 | Other information  A | 727. |

*See attached statement for additional information.

JWA  For Privacy Act and Paperwork Reduction Act Notice, see instructions for Form 1065.    Schedule K-1 (Form 1065) 2004

451261
01-05-05

PRIVATE LABEL SOURCING, LLC                                          22-3800350

| SCHEDULE K-1 | ALTERNATIVE MINIMUM TAX, ADJUSTED GAIN OR LOSS, BOX 17, CODE B | |
|---|---|---|
| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
| SECTION 1231 GAIN OR LOSS | 1,367. | SEE FORM 6251 INSTRUCTIONS |

| SCHEDULE K-1 | NONDEDUCTIBLE EXPENSES, BOX 18, CODE C | |
|---|---|---|
| DESCRIPTION | AMOUNT | PARTNER FILING INSTRUCTIONS |
| EXCLUDED MEALS AND ENTERTAINMENT EXPENSES | 24,766. | NONDEDUCTIBLE PORTION |

| SCHEDULE K-1 | CURRENT YEAR INCREASES (DECREASES) |
|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| ORDINARY INCOME (LOSS) | 154,093. |
| INTEREST INCOME | 727. |
| SECTION 1231 GAIN (LOSS) | 12,075. |
| SECTION 179 EXPENSE | <2,107.> |
| GAIN/LOSS ON BOOKS AND NOT ON RETURN | 43,497. |
| AMORTIZATION ON RETURN AND NOT ON BOOKS | 1,000. |
| DEPRECIATION ON BOOKS AND NOT ON RETURN | <58,901.> |
| NONDEDUCTIBLE EXPENSES | <24,766.> |
| SEC. 263A ADJ - ENDING INVENTORY | <55,108.> |
| SECTION 481(A) ADJUSTMENT-2ND YEAR | <2,675.> |
| PENSION EXPENSE | <97,573.> |
| SEC. 263A ADJ - BEGINNING INVENTORY | 24,581. |
| SECTION 461 ADJUSTMENT - PREPAID INSURANCE | 15,770. |
| SECTION 461 ADJUSTMENT - PREPAID RENT | 7,792. |
| LOSS ON ABANDONMENT OF FIXED ASSETS | 6,463. |
| TOTAL TO SCHEDULE K-1, ITEM N | 24,868. |

| SCHEDULE K-1 | FOOTNOTES |
|---|---|

LOSSES MAY BE LIMITED TO YOUR BASIS. PLEASE CONSULT YOUR TAX ADVISOR.