Form 3115 (Rev. 12-2003) Page **4**

## Schedule A – Change in Overall Method of Accounting (If Schedule A applies, Part I below must be completed.)

### Part I   Change in Overall Method (see instructions)

1  Enter the following amounts as of the close of the tax year preceding the year of change. If none, state "None." Also, attach a statement providing a breakdown of the amounts entered on lines 1a through 1g.

| | | Amount |
|---|---|---|
| a | Income accrued but not received | $ |
| b | Income received or reported before it was earned. Attach a description of the income and the legal basis for the proposed method | |
| c | Expenses accrued but not paid | |
| d | Prepaid expenses previously deducted | |
| e | Supplies on hand previously deducted and/or not previously reported | |
| f | Inventory on hand previously deducted and/or not previously reported. Complete Schedule D, Part II | |
| g | Other amounts (specify) ▶ | |
| h | Net section 481(a) adjustment (Combine lines 1a -1g.) | $ |

2  Is the applicant also requesting the recurring item exception under section 461(h)(3)? ............... ☐ Yes  ☐ No

3  Attach copies of the profit and loss statement (Schedule F (Form 1040) for farmers) and the balance sheet, if applicable, as of the close of the tax year preceding the year of change. On a separate sheet, state the accounting method used when preparing the balance sheet. If books of account are not kept, attach a copy of the business schedules submitted with the Federal income tax return or other return (e.g., tax-exempt organization returns) for that period. If the amounts in Part I, lines 1a through 1g, do not agree with those shown on both the profit and loss statement and the balance sheet, explain the differences on a separate sheet.

### Part II   Change to the Cash Method For Advance Consent Request (see instructions)

Applicants requesting a change to the cash method must attach the following information:

1  A description of inventory items (items whose production, purchase, or sale is an income-producing factor) and materials and supplies used in carrying out the business.

2  An explanation as to whether the applicant is required to use the accrual method under any section of the Code or regulations.

## Schedule B – Change in Reporting Advance Payments (see instructions)

1  If the applicant is requesting to defer advance payment for services under Rev. Proc. 71-21, 1971-2 C.B. 549, attach the following information:

a  Sample copies of all service agreements used by the applicant that are subject to the requested change in accounting method. Indicate the particular parts of the service agreement that require the taxpayer to perform services.

b  If any parts or materials are provided, explain whether the obligation to provide parts or material is incidental (of minor or secondary importance) to an agreement providing for the performance of personal services.

c  If the change relates to contingent service contracts, explain how the contracts relate to merchandise that is sold, leased, installed, or constructed by the applicant and whether the applicant offers to sell, lease, install, or construct without the service agreement.

d  A description of the method the applicant will use to determine the amount of income earned each year on service contracts and why that method clearly reflects income earned and related expenses in each year.

e  An explanation of how the method the applicant will use to determine the amount of gross receipts each year will be no less than the amount included in gross receipts for purposes of its books and records. See section 3.11 of Rev. Proc. 71-21.

2  If the applicant is requesting a deferral of advance payments for goods under Regulations section 1.451-5, attach the following information:

a  Sample copies of all agreements for goods or items requiring advance payments used by the applicant that are subject to the requested change in accounting method. Indicate the particular parts of the agreement that require the applicant to provide goods or items.

b  A statement providing that the entire advance payment is for goods or items. If not entirely for goods or items, a statement that an amount equal to 95% of the total contract price is properly allocable to the obligation to provide activities described in Regulations section 1.451-5(a)(1)(i) or (ii) (including services as an integral part of those activities).

c  An explanation of how the method the applicant will use to determine the amount of gross receipts each year will be no less than the amount included in gross receipts for purposes of its books and records. See Regulations section 1.451-5(b)(1).

Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003)                                                                                                   Page 5

## Schedule C — Changes Within the LIFO Inventory Method (see instructions)

### Part I — General LIFO Information

Complete this section if the requested change involves changes within the LIFO inventory method. Also, attach a copy of all Forms 970, Application To Use LIFO Inventory Method, filed to adopt or expand the use of the LIFO method.

1. Attach a description of the applicant's present and proposed LIFO methods and submethods for each of the following items:
   a. Valuing inventory (e.g., unit method or dollar-value method).
   b. Pooling (e.g., by line or type or class of goods, natural business unit, multiple pools, raw material content, simplified dollar-value method, inventory price index computation (IPIC) pools, etc.).
   c. Pricing dollar-value pools (e.g., double-extension, index, link-chain, link-chain index, IPIC method, etc.).
   d. Determining the current year cost of goods in the ending inventory (e.g., most recent purchases, earliest acquisitions during the year, average cost of purchases during the year, etc.).

2. If any present method or submethod used by the applicant is not the same as indicated on Form(s) 970 filed to adopt or expand the use of the method, attach an explanation.

3. If the proposed change is not requested for all of the LIFO inventory, specify the inventory to which the change is and is not applicable.

4. If the proposed change is not requested for all of the LIFO pools, specify the LIFO pool(s) to which the change is applicable.

5. Attach a statement addressing whether the applicant values any of its LIFO inventory on a method other than cost. For example, if the applicant values some of its LIFO inventory at retail and the remainder at cost, the applicant should identify which inventory items are valued under each method.

6. If changing to the IPIC method, attach a completed Form 970 and a statement indicating the indexes, tables, and categories the applicant proposes to use.

### Part II — Change in Pooling Inventories

1. If the applicant is proposing to change its pooling method or the number of pools, attach a description of the contents of, and state the base year for, each dollar-value pool the applicant presently uses and proposes to use.

2. If the applicant is proposing to use natural business unit (NBU) pools or requesting to change the number of NBU pools, attach the following information (to the extent not already provided) in sufficient detail to show that each proposed NBU was determined under Regulations section 1.472-8(b)(1) and (2):
   a. A description of the types of products produced by the applicant. If possible, attach a brochure.
   b. A description of the types of processes and raw materials used to produce the products in each proposed pool.
   c. If all of the products to be included in the proposed NBU pool(s) are not produced at one facility, the applicant should explain the reasons for the separate facilities, indicate the location of each facility, and provide a description of the products each facility produces.
   d. A description of the natural business divisions adopted by the taxpayer. State whether separate cost centers are maintained and if separate profit and loss statements are prepared.
   e. A statement addressing whether the applicant has inventories of items purchased and held for resale that are not further processed by the applicant, including whether such items, if any, will be included in any proposed NBU pool.
   f. A statement addressing whether all items including raw materials, goods-in-process, and finished goods entering into the entire inventory investment for each proposed NBU pool are presently valued under the LIFO method. Describe any items that are not presently valued under the LIFO method that are to be included in each proposed pool.
   g. A statement addressing whether, within the proposed NBU pool(s), there are items both sold to unrelated parties and transferred to a different unit of the applicant to be used as a component part of another product prior to final processing.

3. If the applicant is engaged in manufacturing and is proposing to use the multiple pooling method or raw material content pools, attach information to show that each proposed pool will consist of a group of items that are substantially similar. See Regulations section 1.472-8(b)(3).

4. If the applicant is engaged in the wholesaling or retailing of goods and is requesting to change the number of pools used, attach information to show that each of the proposed pools is based on customary business classifications of the applicant's trade or business. See Regulations section 1.472-8(c).

Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003)     Page 6

## Schedule D — Change in the Treatment of Long-Term Contracts Under Section 460, Inventories, or Other Section 263A Assets (see instructions)

### Part I — Change in Reporting Income From Long-Term Contracts (Also complete Part III on pages 7 and 8.)

1. To the extent not already provided, attach a description of the applicant's present and proposed methods for reporting income and expenses from long-term contracts. If the applicant is a construction contractor, include a detailed description of its construction activities.

2a. Are the applicant's contracts long-term contracts as defined in section 460(f)(1) (see instructions)? ☐ Yes ☐ No

  b. If "Yes," do all the contracts qualify for the exception under section 460(e) (see instructions)? ☐ Yes ☐ No
    If line 2b is "No," attach an explanation.

  c. If line 2b is "Yes," is the applicant requesting to use the percentage-of-completion method using cost-to-cost under Regulations section 1.460-4(b)? ☐ Yes ☐ No

  d. If line 2c is "No," is the applicant requesting to use the exempt-contract percentage-of-completion method under Regulations section 1.460-4(c)(2)? ☐ Yes ☐ No
    If line 2d is "Yes," explain what cost comparison the applicant will use to determine a contract's completion factor.
    If line 2d is "No," explain what method the applicant is using and the authority for its use.

3a. Does the applicant have long-term manufacturing contracts as defined in section 460(f)(2)? ☐ Yes ☐ No

  b. If "Yes," explain the applicant's present and proposed method(s) of accounting for long-term manufacturing contracts.

  c. Describe the applicant's manufacturing activities, including any required installation of manufactured goods.

4. To determine a contract's completion factor using the percentage-of-completion method:
  a. Will the applicant use the cost-to-cost method in Regulations section 1.460-4(b)? ☐ Yes ☐ No
  b. If line 4a is "No," is the applicant electing the simplified cost-to-cost method (see section 460(b)(3) and Regulations section 1.460-5(c))? ☐ Yes ☐ No

5. Attach a statement indicating whether any of the applicant's contracts are either cost-plus long-term contracts or Federal long-term contracts.

### Part II — Change in Valuing Inventories Including Cost Allocation Changes (Also complete Part III on pages 7 and 8.)

1. Attach a description of the inventory goods being changed.
2. Attach a description of the inventory goods (if any) NOT being changed.
3. If the applicant is subject to section 263A, is its present inventory valuation method in compliance with section 263A (see instructions)? ☐ Yes ☐ No

4a. Check the appropriate boxes below.

| | Inventory Being Changed | | Inventory Not Being Changed |
|---|---|---|---|
| | Present method | Proposed method | Present method |
| **Identification methods:** | | | |
| Specific identification | | | |
| FIFO | | | |
| LIFO | | | |
| Other (attach explanation) | | | |
| **Valuation methods:** | | | |
| Cost | | | |
| Cost or market, whichever is lower | | | |
| Retail cost | | | |
| Retail, lower of cost or market | | | |
| Other (attach explanation) | | | |

  b. Enter the value at the end of the tax year preceding the year of change

5. If the applicant is changing from the LIFO inventory method to a non-LIFO method, attach the following information (see instructions).
  a. Copies of Form(s) 970 filed to adopt or expand the use of the method.
  b. Only for applicants requesting advance consent. A statement describing whether the applicant is changing to the method required by Regulations section 1.472-6(a) or (b), or whether the applicant is proposing a different method.
  c. Only for applicants requesting an automatic change. Attach the statement required by section 10.01(4) of the Appendix of Rev. Proc. 2002-9 (or its successor).

Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003) Page **7**

### Part III — Method of Cost Allocation (Complete this part if the requested change involves either property subject to section 263A or long-term contracts as described in section 460 (see instructions).)

**Schedule A – Allocation and Capitalization Methods**

Attach a description (including sample computations) of the present and proposed method(s) the applicant uses to capitalize direct and indirect costs properly allocable to real or tangible personal property produced and property acquired for resale, or to allocate and, where appropriate, capitalize direct and indirect costs properly allocable to long-term contracts. Include a description of the method(s) used for allocating indirect costs to intermediate cost objectives such as departments or activities prior to the allocation of such costs to long-term contracts, real or tangible personal property produced, and property acquired for resale. The description must include the following:

1. The method of allocating direct and indirect costs (i.e., specific identification, burden rate, standard cost, or other reasonable allocation method).
2. The method of allocating mixed service costs (i.e., direct reallocation, step-allocation, simplified service cost using the labor-based allocation ratio, simplified service cost using the production cost allocation ratio, or other reasonable allocation method).
3. The method of capitalizing additional section 263A costs (i.e., simplified production with or without the historic absorption ratio election, simplified resale with or without the historic absorption ratio election including permissible variations, the U.S. ratio, or other reasonable allocation method).

**Section B – Direct and Indirect Costs Required To Be Allocated** (Check the appropriate boxes in Section B showing the costs that are or will be fully included, to the extent required, in the cost of real or tangible personal property produced or property acquired for resale under section 263A or allocated to long-term contracts under section 460. Mark "N/A" in a box if those costs are not incurred by the applicant. If a box is not checked, it is assumed that those costs are not fully included to the extent required. Attach an explanation for boxes that are not checked.)



| | | Present method | Proposed method |
|---|---|---|---|
| 1 | Direct material | | |
| 2 | Direct labor | | |
| 3 | Indirect labor | | |
| 4 | Officers' compensation (not including selling activities) | | |
| 5 | Pension and other related costs | | |
| 6 | Employee benefits | | |
| 7 | Indirect materials and supplies | | |
| 8 | Purchasing costs | | |
| 9 | Handling, processing, assembly, and repackaging costs | | |
| 10 | Offsite storage and warehousing costs | | |
| 11 | Depreciation, amortization, and cost recovery allowance for equipment and facilities placed in service and not temporarily idle | | |
| 12 | Depletion | | |
| 13 | Rent | | |
| 14 | Taxes other than state, local, and foreign income taxes | | |
| 15 | Insurance | | |
| 16 | Utilities | | |
| 17 | Maintenance and repairs that relate to a production, resale, or long-term contract activity | | |
| 18 | Engineering and design costs (not including section 174 research and experimental expenses) | | |
| 19 | Rework labor, scrap, and spoilage | | |
| 20 | Tools and equipment | | |
| 21 | Quality control and inspection | | |
| 22 | Bidding expenses incurred in the solicitation of contracts awarded to the applicant | | |
| 23 | Licensing and franchise costs | | |
| 24 | Capitalizable service costs (including mixed service costs) | | |
| 25 | Administrative costs (not including any costs of selling or any return on capital) | | |
| 26 | Research and experimental expenses attributable to long-term contracts | | |
| 27 | Interest | | |
| 28 | Other costs (Attach a list of these costs.) | | |

Form **3115** (Rev. 12-2003)

Form 3115 (Rev. 12-2003) Page 5

### Part III Method of Cost Allocation (see instructions) (continued)

Schedule C – Other Costs Not Required To Be Allocated (Complete Section C only if the applicant is requesting to change its method for these costs.)

| | | Present method | Proposed method |
|---|---|---|---|
| 1 | Marketing, selling, advertising, and distribution expenses | | |
| 2 | Research and experimental expenses not included on line 26 on page 7 | | |
| 3 | Bidding expenses not included on line 22 on page 7 | | |
| 4 | General and administrative costs not included in Section B on page 7 | | |
| 5 | Income taxes | | |
| 6 | Cost of strikes | | |
| 7 | Warranty and product liability costs | | |
| 8 | Section 179 costs | | |
| 9 | On-site storage | | |
| 10 | Depreciation, amortization, and cost recovery allowance not included on line 11 on page 7 | | |
| 11 | Other costs (Attach a list of these costs.) | | |

### Schedule E – Change in Depreciation or Amortization (see instructions)

Applicants requesting approval to change their method of accounting for depreciation or amortization complete this section. Applicants must provide this information for each item or class of property for which a change is requested.

Note: See the List of Automatic Accounting Method Changes in the instructions for information regarding automatic changes under sections 56, 167, 168, 197, 1400I, 1400L, or former section 168. Do not file Form 3115 with respect to certain late elections and election revocations (see instructions).

1. Is depreciation for the property determined under Regulations section 1.167(a)-11 (CLADR)? ☐ Yes ☐ No
   If "Yes," the only changes permitted are under Regulations section 1.167(a)-11(c)(1)(iii).

2. Is any of the depreciation or amortization required to be capitalized under any Code section (e.g., section 263A)? ☐ Yes ☐ No
   If "Yes," enter the applicable section ▶ _____

3. Has a depreciation or amortization election been made for the property (e.g., the election under section 168(f)(1))? ☐ Yes ☐ No
   If "Yes," state the election made ▶ _____

4a. To the extent not already provided, attach a statement describing the property being changed. Include in the description the type of property, the year the property was placed in service, and the property's use in the applicant's trade or business or income-producing activity.

 b. If the property is residential rental property, did the applicant live in the property before renting it? ☐ Yes ☐ No
 c. Is the property public utility property? ☐ Yes ☐ No

5. To the extent not already provided in the applicant's description of its present method, explain how the property is treated under the applicant's present method (e.g., depreciable property, inventory property, supplies under Regulations section 1.162-3, nondepreciable section 263(a) property, property deductible as a current expense, etc.).

6. If the property is not currently treated as depreciable or amortizable property, provide the facts supporting the proposed change to depreciate or amortize the property.

7. If the property is currently treated and/or will be treated as depreciable or amortizable property, provide the following information under both the present (if applicable) and proposed methods:

 a. The Code section under which the property is or will be depreciated or amortized (e.g., section 168(g)).
 b. The applicable asset class from Rev. Proc. 87-56, 1987-2 C.B. 674, for each asset depreciated under section 168 (MACRS) or under section 1400L; the applicable asset class from Rev. Proc. 83-35, 1983-1 C.B. 745, for each asset depreciated under former section 168 (ACRS); an explanation why no asset class is identified for each asset for which an asset class has not been identified by the applicant.
 c. The facts to support the asset class for the proposed method.
 d. The depreciation or amortization method of the property, including the applicable Code section (e.g., 200% declining balance method under section 168(b)(1)).
 e. The useful life, recovery period, or amortization period of the property.
 f. The applicable convention of the property.

Form **3115** (Rev. 12-2003)

413828
05-01-04

13540921 797696 223800350        2004.05080 PRIVATE LABEL SOURCING, LLC 22380031

```
PRIVATE LABEL SOURCING, LLC                                          22-3800350
================================================================================
FORM 3115          PART II - INFORMATION FOR ALL REQUESTS      STATEMENT    1
--------------------------------------------------------------------------------
  LINE                        DESCRIPTION OR EXPLANATION          COPY
--------------------------------------------------------------------------------
   12       DESCRIPTION      PRESENT METHOD    PROPOSED METHOD  OVERALL METHOD

            PREPAID EXPENSES  CAPITALIZE       12 MONTH RULE +  ACCRUAL
                                               3½ month rule under Sec. 1.263(a)-4(f)
   13                          BUSINESS   ACCOUNTED FOR
             DESCRIPTION        CODE      SEPARATELY          GOODS AND SERVICES

           METHOD OF ACCOUNTING REQUESTING CHANGE

            IMPORTER                424300        YES          WOMEN'S APPAREL
            ACCRUAL                 YES

   14  NOT IN ACCORDANCE WITH GAAP
```

| PRIVATE LABEL SOURCING, LLC | | 22-3800350 |
|---|---|---|
| FORM 3115 | PART IV - SECTION 481(A) ADJUSTMENT | STATEMENT 2 |
| LINE | DESCRIPTION OR EXPLANATION | |



25  PREPAID EXPENSES CAPITALIZED AND PAID IN THE PRIOR TAX YEAR.

Form **8800**
(Rev. September 2003)
Department of the Treasury
Internal Revenue Service

**Application for Additional Extension of Time to File U.S. Return for a Partnership, REMIC, or for Certain Trusts**

▶ File a separate application for each return.

OMB No. 1545-1057

Type or print.

File the original and one copy by the due date for filing the return for which an extension is requested. See instructions.

| Name | Employer Identification number |
|---|---|
| PRIVATE LABEL SOURCING, LLC | 22-3800350 |

Number, street, and room or suite no. (If a P.O. box, see instructions.)
597 BROADWAY

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.
NEW YORK, NY 10012

COPY

1 I request an additional extension of time until OCTOBER 17, 2005, to file (check only one):
☐ Form 1041  ☐ Form 1041-N  ☐ Form 1041-QFT  ☒ Form 1065  ☐ Form 1065-B  ☐ Form 1066

2 If the entity does not have an office or place of business in the United States, check this box ▶ ☐

3a For calendar year 2004, or other tax year beginning _____, and ending _____.
b If this tax year is for less than 12 months, check reason: ☐ Initial return  ☐ Final return  ☐ Change in accounting period

4 Explain why the entity needs an extension. All entities filing this form must give an adequate explanation.
ADDITIONAL TIME IS NEEDED TO GATHER ALL INFORMATION NECESSARY TO PREPARE A COMPLETE AND ACCURATE RETURN.

INTERNAL REVENUE SERVICE
124    RECEIVED
JUL 0 5 2005
BATCHING UNIT
COVINGTON, KY

5 Has the entity filed Form 8736 to request an extension of time to file for this tax year?  ☒ Yes  ☐ No
If you checked "No," we will grant an extension only for undue hardship. Fully explain the hardship on line 4.

**Signature and Verification**
Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete; and that I am authorized to prepare this form.

Signature ▶ [signature]    Title ▶ CPA    Date ▶ 6/30/05

File original and one copy. The IRS will show below whether or not your application is approved and will return the copy.

**Notice to Applicant—To Be Completed by the IRS.**
☒ We have approved this application. Please attach this form to the entity's return.
☐ We have not approved this application. However, we have granted a 10-day grace period to _____. This grace period is considered a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the entity's return.
☐ We have not approved this application. After considering the reasons stated in item 4 above, we cannot grant this request for an extension of time to file. We are not granting a 10-day grace period.
☐ We cannot consider this application because it was filed after the due date of the return for which an extension was requested.
☐ Other:

By:
Director _____    Date _____

If you want a copy of this form to be returned to an address other than that shown above, please enter the address to which the copy should be sent.

Type or print

Name
PRIVATE LABEL SOURCING, LLC
C/O MAHONEY COHEN & COMPANY, CPA, P.C.

Number, street, and room or suite no. (If a P.O. box, see instructions.)
111 WEST 40TH STREET

City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code.
NEW YORK, NY 10018

JWA  For Paperwork Reduction Act Notice, see Instructions.    Form **8800** (Rev. 9-2003)

**Form 8736**
(Rev. October 2003)
Department of the Treasury
Internal Revenue Service

**Application for Automatic Extension of Time To File U.S. Return for a Partnership, REMIC, or for Certain Trusts**
▶ File a separate application for each return.

OMB No. 1545-1054

| Type or print. | Name PRIVATE LABEL SOURCING, LLC | Employer identification number 22-3800350 |
|---|---|---|
| File by the due date for filing the return for which an extension is requested. | Number, street, and room or suite no. If a P.O. box, see instructions. 597 BROADWAY | |
| | City or town, state, and ZIP code. If a foreign address, enter city, province or state, and country. Follow the country's practice for entering the postal code. NEW YORK, NY 10012 | |

COPY

1   I request an automatic 3-month extension of time to file (check only one):
    ☐ Form 1041   ☐ Form 1041-N   ☐ Form 1041-QFT   ☒ Form 1065   ☐ Form 1065-B   ☐ Form 1066

2   If the entity does not have an office or place of business in the United States, check this box ............................................. ▶ ☐

3a  For calendar year 2004, or other tax year beginning _____, and ending _____
 b  If this tax year is for less than 12 months, check reason:
    ☐ Initial return   ☐ Final return   ☐ Change in accounting period

4   If this extension is requested for Form 1041, 1041-N, 1041-QFT, 1065-B, or 1066, enter the following amounts:

 a  Tentative total tax from Form 1041, 1041-N, 1041-QFT, 1065-B, or 1066 (see instructions) ................. $ _____

 b  Refundable credits and estimated tax payments, including any prior year overpayment allowed as a
    credit, from Form 1041, 1041-N, 1041-QFT, or 1065-B (see instructions). REMICs, enter -0- .............. $ _____

 c  Balance due. Subtract line 4b from line 4a. If zero or less, enter -0-. Enclose payment, if any, with
    Form 8736 (see instructions) ........................................................................................................ ▶ $        0.

**Caution:** Interest will be charged on any tax not paid by the regular due date of Forms 1041, 1041-N, 1041-QFT, 1065-B, and 1066 from the due date until the tax is paid.

JWA  For Paperwork Reduction Act Notice, see instructions.
423461
05-01-04

Form 8736 (Rev. 10-2003)

12220129 797696 223800350        2004.03000 PRIVATE LABEL SOURCING, LLC 22380031

| Form **1065** | **U.S. Return of Partnership Income** | OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | For calendar year 2005, or tax year beginning _____, _____, and ending _____, _____ | **2005** |

| **A** Principal business activity  IMPORTER | Use the IRS label. Other- wise, print or type. | Name of partnership  PRIVATE LABEL SOURCING, LLC | **D** Employer identification number  22-3800350 |
|---|---|---|---|
| **B** Principal product or service  WOMEN'S APPAREL | | Number, street, and room or suite no. If a P.O. box, see the instructions.  597 BROADWAY | **E** Date business started  07/01/2001 |
| **C** Business code number  424300 | | City or town, state, and ZIP code  NEW YORK, NY 10012 | **F** Total assets  $ 1,538,210. |

**G** Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

Caution: Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales | 1a | 10,205,095. | |
| b | Less returns and allowances | 1b | | 1c  10,205,095. |
| 2 | Cost of goods sold (Schedule A, line 8) | | | 2  8,338,835. |
| 3 | Gross profit. Subtract line 2 from line 1c | | | 3  1,866,260. |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach schedule) | | | 4 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | | 6 |
| 7 | Other income (loss) (attach schedule) See Statement 1 | | | 7  1,573,187. |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | | 8  3,439,447. |

### Deductions (see instructions for limitations)

| | | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | | 9  1,517,006. |
| 10 | Guaranteed payments to partners | | | 10  365,894. |
| 11 | Repairs and maintenance | | | 11  25,481. |
| 12 | Bad debts | | | 12  250,000. |
| 13 | Rent | | | 13  175,707. |
| 14 | Taxes and licenses  See Statement 2 | | | 14  104,448. |
| 15 | Interest | | | 15  165,944. |
| 16 a | Depreciation (if required, attach Form 4562) | 16a | 50,251. | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | | 16c  50,251. |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | | | 17 |
| 18 | Retirement plans, etc. | | | 18 |
| 19 | Employee benefit programs | | | 19  121,051. |
| 20 | Other deductions (attach schedule)  See Statement 3 | | | 20  1,321,576. |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | | 21  4,097,358. |
| 22 | **Ordinary business income (loss).** Subtract line 21 from line 8 | | | 22  <657,911.> |

**Sign Here**
Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member  ▶ Date

May the IRS discuss this return with the preparer shown below (see instr.)? ☒ Yes ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | | Date | Check if self-employed ▶ | Preparer's SSN or PTIN  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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | ROSENBERG RICH BAKER BERMAN & CO.  380 FOOTHILL RD, P.O. BOX 6483  BRIDGEWATER, NJ 08807-0483 | | EIN ▶ 22-3271252  Phone no. 908-231-1000 | |

511001 12-29-05  JWA  For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.  Form **1065** (2005)

COPY