Form 1065 (2005)    PRIVATE LABEL SOURCING, LLC    22-3800350    Page **2**

### Schedule A — Cost of Goods Sold (see the instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 988,342. |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 5,733,582. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)     See Statement 4 | 5 | 1,616,911. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 8,338,835. |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 8,338,835. |

9 a  Check all methods used for valuing closing inventory:
   (i)   ☐ Cost as described in Regulations section 1.471-3
   (ii)  ☒ Lower of cost or market as described in Regulations section 1.471-4
   (iii) ☐ Other (specify method used and attach explanation) ▶ _____

  b  Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
  c  Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
  d  Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?    ☒ Yes    ☐ No
  e  Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes    ☒ No
     If "Yes," attach explanation.

### Schedule B — Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | What type of entity is filing this return? Check the applicable box: <br> a ☐ Domestic general partnership     b ☐ Domestic limited partnership <br> c ☒ Domestic limited liability company  d ☐ Domestic limited liability partnership <br> e ☐ Foreign partnership     f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 5 | Does this partnership meet all three of the following requirements? <br> a  The partnership's total receipts for the tax year were less than $250,000; <br> b  The partnership's total assets at the end of the tax year were less than $600,000; and <br> c  Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. <br> If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item N on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | | X |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 9 | At any time during calendar year 2005, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership in the instructions | | X |
| 12 | Enter the number of **Forms 8865**, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ _____    Identifying number of TMP ▶ _____

Address of designated TMP ▶ _____

JWA
511011
12-29-05

Form **1065** (2005)

2

12530215 756599 08-111146     2005.08010 PRIVATE LABEL SOURCING, LLC  08-11141

Form 1065 (2005)   PRIVATE LABEL SOURCING, LLC                                              22-3800350   Page 3

| | Schedule K | Partners' Distributive Share Items | | Total amount |
|---|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | <657,911.> |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) ........ 3a | | |
| | b | Expenses from other rental activities (attach statement) ........ 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | 365,894. |
| | 5 | Interest income                      See Statement 5 | 5 | 2,547. |
| | 6 | Dividends: a Ordinary dividends | 6a | |
| | | b Qualified dividends ........ 6b | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) ........ 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) ........ 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | 72,618. |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| **Deductions** | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: (1) Type ▶                (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions) Type ▶      See Statement 6 | 13d | 39,059. |
| **Self-Employment** | 14a | Net earnings (loss) from self-employment | 14a | 365,894. |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | |
| **Credits & Credit Recapture** | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d | Other rental real estate credits (see instructions)  Type ▶ | 15d | |
| | e | Other rental credits (see instructions)  Type ▶ | 15e | |
| | f | Other credits and credit recapture (see instructions)  Type ▶ | 15f | |
| **Foreign Transactions** | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive ▶         e Listed categories (attach stmt.) ▶         f General limitation ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶             h Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive ▶         j Listed categories (attach stmt.) ▶         k General limitation ▶ | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid       Accrued ▶ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| **Alternative Minimum Tax (AMT) Items** | 17a | Post-1986 depreciation adjustment | 17a | 10,095. |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties - gross income | 17d | |
| | e | Oil, gas, and geothermal properties - deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| **Other Information** | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses                 See Statement 7 | 18c | 28,960. |
| | 19a | Distributions of cash and marketable securities | 19a | 111,744. |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | 2,547. |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

JWA
511021
12-29-05

Form **1065** (2005)

Form 1065 (2005)  PRIVATE LABEL SOURCING, LLC                22-3800350  Page **4**

### Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l ......... **1** | <255,911.>

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | | <255,911.> | | | | |

Note: Schedules L, M-1 and M-2 are not required if Question 5 of Schedule B is answered "Yes."

### Schedule L — Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 104,174. | | 121,468. |
| 2a Trade notes and accounts receivable | 580,104. | | 597,960. | |
| b Less allowance for bad debts | | 580,104. | | 597,960. |
| 3 Inventories | | 878,126. | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | Statement 8 | 500,821. | | 612,055. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 306,960. | | 317,138. | |
| b Less accumulated depreciation | 119,353. | 187,607. | 168,601. | 148,537. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | Statement 9 | 116,111. | | 58,190. |
| 14 Total assets | | 2,366,943. | | 1,538,210. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | Statement 10 | | | 283,415. |
| 18 All nonrecourse loans | | 2,583,265. | | 2,405,919. |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | | | | |
| 21 Partners' capital accounts | | <216,322.> | | <1,151,124.> |
| 22 Total liabilities and capital | | 2,366,943. | | 1,538,210. |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return

| | | |
|---|---|---|
| 1 Net income (loss) per books | <621,805.> | 6 Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): |
| 2 Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): Stmt 11 | <26,154.> | a Tax-exempt interest $ |
| 3 Guaranteed payments (other than health insurance) | 365,894. | 7 Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): a Depreciation $ 806. |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | Stmt 12    2,000.    2,806. |
| a Depreciation $ | | |
| b Travel and entertainment $ 28,960. | 28,960. | 8 Add lines 6 and 7   2,806. |
| 5 Add lines 1 through 4 | <253,105.> | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5   <255,911.> |

### Schedule M-2 — Analysis of Partners' Capital Accounts

| | | |
|---|---|---|
| 1 Balance at beginning of year | <216,322.> | 6 Distributions: a Cash   111,744. |
| 2 Capital contributed: a Cash | | b Property |
|   b Property | | 7 Other decreases (itemize): |
| 3 Net income (loss) per books | <621,805.> | |
| 4 Other increases (itemize): | | Stmt 13   201,253. |
| | | 8 Add lines 6 and 7   312,997. |
| 5 Add lines 1 through 4 | <838,127.> | 9 Balance at end of year. Subtract line 8 from line 5   <1,151,124.> |

511041
12-29-05  JWA                                4                                Form **1065** (2005)

12530215 756599 08-111146        2005.08010 PRIVATE LABEL SOURCING, LLC  08-11141

| Form **4562** (Rev. January 2006) Department of the Treasury Internal Revenue Service | **Depreciation and Amortization** (Including Information on Listed Property) OTHER ▶ See separate instructions. ▶ Attach to your tax return. | | OMB No. 1545-0172 **2005** Attachment Sequence No. **67** |
|---|---|---|---|
| Name(s) shown on return **PRIVATE LABEL SOURCING, LLC** | | Business or activity to which this form relates **IMPORTING AND SELLING WOMEN'S APPAREL** | Identifying number **22-3800350** |

### Part I — Election To Expense Certain Property Under Section 179  Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 105,000. |
| 2 Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 Threshold cost of section 179 property before reduction in limitation | 3 | 420,000. |
| 4 Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 Listed property. Enter the amount from line 29 ........... 7 | | |
| 8 Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 Carryover of disallowed deduction from line 13 of your 2004 Form 4562 | 10 | |
| 11 Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | 11 | |
| 12 Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 Carryover of disallowed deduction to 2006. Add lines 9 and 10, less line 12 ▶ 13 | | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.)

| | | |
|---|---|---|
| 14 Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property (other than listed property) placed in service during the tax year | 14 | |
| 15 Property subject to section 168(f)(1) election | 15 | |
| 16 Other depreciation (including ACRS) | 16 | |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

#### Section A

| | | |
|---|---|---|
| 17 MACRS deductions for assets placed in service in tax years beginning before 2005 | 17 | 43,497. |
| 18 If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

#### Section B - Assets Placed in Service During 2005 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 3,390. | 5 Yrs. | HY | 200DB | 679. |
| c 7-year property | | 41,419. | 7 Yrs. | HY | 200DB | 5,918. |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | / | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | / | | | MM | S/L | |

#### Section C - Assets Placed in Service During 2005 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | 6,785. | Varies | HY | S/L | 157. |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | / | | 40 yrs. | MM | S/L | |

### Part IV — Summary (see instructions)

| | | |
|---|---|---|
| 21 Listed property. Enter amount from line 28 | 21 | |
| 22 Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | 22 | 50,251. |
| 23 For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

516251 01-05-06  LHA  **For Paperwork Reduction Act Notice, see separate instructions.** Form **4562** (2005) (Rev. 1-2006)

5

Form 4562 (2005) (Rev. 1-2006)  PRIVATE LABEL SOURCING, LLC                                          22-3800350  Page **2**

**Part V**  Listed Property (Include automobiles, certain other vehicles, cellular telephones, certain computers, and property used for entertainment, recreation, or amusement.)
Note: *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A - Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

| 24a Do you have evidence to support the business/investment use claimed? | | | | Yes | No | 24b If "Yes," is the evidence written? | | Yes | No |
|---|---|---|---|---|---|---|---|---|---|
| **(a)** Type of property (list vehicles first) | **(b)** Date placed in service | **(c)** Business/ investment use percentage | **(d)** Cost or other basis | **(e)** Basis for depreciation (business/investment use only) | **(f)** Recovery period | **(g)** Method/ Convention | **(h)** Depreciation deduction | **(i)** Elected section 179 cost | |

25 Special allowance for certain aircraft, certain property with a long production period, and qualified NYL or GO Zone property placed in service during the tax year and used more than 50% in a qualified business use ............................. **25**

26 Property used more than 50% in a qualified business use:

| | | % | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | | | | |
| | | % | | | | | | |

27 Property used 50% or less in a qualified business use:

| | | % | | | S/L - | | | |
|---|---|---|---|---|---|---|---|---|
| | | % | | | S/L - | | | |
| | | % | | | S/L - | | | |

28 Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 .................... **28**

29 Add amounts in column (i), line 26. Enter here and on line 7, page 1 ........................................................... **29**

**Section B - Information on Use of Vehicles**
Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person.
If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | (b) Vehicle | (c) Vehicle | (d) Vehicle | (e) Vehicle | (f) Vehicle |
|---|---|---|---|---|---|---|
| 30 Total business/investment miles driven during the year (**do not** include commuting miles) | | | | | | |
| 31 Total commuting miles driven during the year | | | | | | |
| 32 Total other personal (noncommuting) miles driven | | | | | | |
| 33 Total miles driven during the year. Add lines 30 through 32 | | | | | | |
| 34 Was the vehicle available for personal use during off-duty hours? | Yes No | Yes No | Yes No | Yes No | Yes No | Yes No |
| 35 Was the vehicle used primarily by a more than 5% owner or related person? | | | | | | |
| 36 Is another vehicle available for personal use? | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**
Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| 37 Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| 38 Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners | | |
| 39 Do you treat all use of vehicles by employees as personal use? | | |
| 40 Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? | | |
| 41 Do you meet the requirements concerning qualified automobile demonstration use? | | |

Note: *If your answer to 37, 38, 39, 40, or 41 is "Yes," do not complete Section B for the covered vehicles.*

**Part VI**  Amortization

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| 42 Amortization of costs that begins during your 2005 tax year: | | | | | |
| | | | | | |
| | | | | | |
| 43 Amortization of costs that began before your 2005 tax year ................. | | | | **43** | 2,000. |
| 44 **Total.** Add amounts in column (f). See the instructions for where to report ........................ | | | | **44** | 2,000. |

516252/01-05-06                                                                                                          Form **4562** (2005) (Rev. 1-2006)

## 2005 DEPRECIATION AND AMORTIZATION REPORT
### IMPORTING AND SELLING WOMEN'S APPAREL

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis* | Basis For Depreciation | OTHER 1 Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ORGANIZATION EXPENSES | 070101 | | 60M | 43 | 10,000. | | | 10,000. | 7,000. | | 2,000. |
| 2 | COMPUTER SOFTWARE | 010102 | 200DB | 3.00 | 17 | 6,354. | | | 6,354. | 5,614. | | 740. |
| 3 | COMPUTER SOFTWARE | 020102 | 200DB | 3.00 | 17 | 1,421. | | | 1,421. | 1,256. | | 165. |
| 4 | COMPUTER SOFTWARE | 030102 | 200DB | 3.00 | 17 | 2,918. | | | 2,918. | 2,578. | | 340. |
| 5 | COMPUTER SOFTWARE | 040102 | 200DB | 3.00 | 17 | 270. | | | 270. | 239. | | 31. |
| 6 | COMPUTER SOFTWARE | 100102 | 200DB | 3.00 | 17 | 1,145. | | | 1,145. | 1,012. | | 133. |
| 7 | COMPUTER SOFTWARE | 120102 | 200DB | 3.00 | 17 | 4,708. | | | 4,708. | 3,218. | | 1,490. |
| 8 | COMPUTER EQUIPMENT | 020102 | 200DB | 5.00 | 17 | 10,331. | | | 10,331. | 8,248. | | 833. |
| 9 | COMPUTER EQUIPMENT | 030102 | 200DB | 5.00 | 17 | 7,593. | | | 7,593. | 6,062. | | 612. |
| 10 | COMPUTER EQUIPMENT | 060102 | 200DB | 5.00 | 17 | 3,847. | | | 3,847. | 3,172. | | 270. |
| 11 | COMPUTER EQUIPMENT | 090102 | 200DB | 5.00 | 17 | 1,214. | | | 1,214. | 969. | | 98. |
| 12 | COMPUTER EQUIPMENT | 043003 | 200DB | 5.00 | 17 | 3,027. | | 3,027. | | | | 0. |
| 13 | COMPUTER EQUIPMENT | 063003 | 200DB | 5.00 | 17 | 5,643. | | 5,643. | | | | 0. |
| 14 | COMPUTER EQUIPMENT | 033103 | 200DB | 5.00 | 17 | 2,365. | | 2,365. | | | | 0. |
| 15 | COMPUTER EQUIPMENT | 103103 | 200DB | 5.00 | 17 | 2,228. | | 2,228. | | | | 0. |
| 16 | COMPUTER EQUIPMENT | 113003 | 200DB | 5.00 | 17 | 411. | | 411. | | | | 0. |
| 17 | COMPUTER EQUIPMENT | 123103 | 200DB | 5.00 | 17 | 4,204. | | 4,204. | | | | 0. |
| 18 | COMPUTER EQUIPMENT | 022804 | 200DB | 5.00 | 17 | 2,745. | | 2,745. | | | | 0. |

(D) - Asset disposed

*ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

528102
01-06-06

6.1

**2005 DEPRECIATION AND AMORTIZATION REPORT**
**IMPORTING AND SELLING WOMEN'S APPAREL**

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | COMPUTER EQUIPMENT | 033104 | 200DB | 5.00 | 17 | 378. | | 378. | | | | 0. |
| 20 | COMPUTER EQUIPMENT | 111604 | 200DB | 5.00 | 17 | 670. | | 670. | | | | 0. |
| 21 | COMPUTER EQUIPMENT | 112404 | 200DB | 5.00 | 17 | 420. | | 420. | | | | 0. |
| 22 | COMPUTER EQUIPMENT | 013105 | 200DB | 5.00 | 19B | 2,702. | | | 2,702. | | | 541. |
| 23 | COMPUTER EQUIPMENT | 070605 | 200DB | 5.00 | 19B | 688. | | | 688. | | | 138. |
| 24 | TELEPHONE SYSTEM | 010105 | 200DB | 7.00 | 19C | 9,375. | | | 9,375. | | | 1,340. |
| 25 | TELEPHONE SYSTEM | 070102 | 200DB | 7.00 | 17 | 13,933. | | | 13,933. | 5,489. | | 2,413. |
| 26 | TELEPHONE SYSTEM | 080102 | 200DB | 7.00 | 17 | 779. | | | 779. | 306. | | 135. |
| 27 | TELEPHONE SYSTEM | 110102 | 200DB | 7.00 | 17 | 92. | | | 92. | 36. | | 16. |
| 28 | TELEPHONE SYSTEM | 120102 | 200DB | 7.00 | 17 | 1,256. | | | 1,256. | 495. | | 217. |
| 29 | MACHINERY & EQUIPMENT | 010103 | 200DB | 5.00 | 17 | 2,076. | | 2,076. | | | | 0. |
| 30 | FURNITURE & FIXTURES | 010105 | 200DB | 7.00 | 19C | 32,044. | | | 32,044. | | | 4,578. |
| 31 | FURNITURE & FIXTURES | 040102 | 200DB | 7.00 | 17 | 166,431. | | | 166,431. | 51,983. | | 32,699. |
| 32 | FURNITURE & FIXTURES | 040102 | 200DB | 7.00 | 17 | 19,085. | | | 19,085. | 7,518. | | 3,305. |
| 33 | LEASEHOLD IMPROVEMENTS | 012505 | ADS | 39.50 | 20A | 6,785. | | | 6,785. | | | 157. |
| | * Total Other Depreciation & Amort | | | | | 327,138. | | 24,167. | 302,971. | 105,195. | 0. | 52,251. |
| | Current Year Activity | | | | | | | | | | | |
| | Beginning balance | | | | | 275,544. | | 24,167. | 251,377. | 105,195. | | |

(D) - Asset disposed    * ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone

6.2

**2005 DEPRECIATION AND AMORTIZATION REPORT**
**IMPORTING AND SELLING WOMEN'S APPAREL**

OTHER 1

| Asset No. | Description | Date Acquired | Method | Life | Line No. | Unadjusted Cost Or Basis | Bus % Excl | Reduction In Basis* | Basis For Depreciation | Accumulated Depreciation | Current Sec 179 | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Acquisitions | | | | | 51,594. | | 0. | 51,594. | 0. | | |
| | Dispositions | | | | | 0. | | 0. | 0. | 0. | | |
| | Ending balance | | | | | 327,138. | | 24,167. | 302,971. | 105,195. | | |

*ITC, Section 179, Salvage, Bonus, Commercial Revitalization Deduction, GO Zone
(D) - Asset disposed

6.3

| Form **4797** <br> Department of the Treasury <br> Internal Revenue Service (99) | **Sales of Business Property** <br> (Also Involuntary Conversions and Recapture Amounts <br> Under Sections 179 and 280F(b)(2)) <br> ▶ Attach to your tax return. | OMB No. 1545-0184 <br> **2005** <br> Attachment <br> Sequence No. **27** |
|---|---|---|

| Name(s) shown on return | Identifying number |
|---|---|
| PRIVATE LABEL SOURCING, LLC | 22-3800350 |

**1** Enter the gross proceeds from sales or exchanges reported to you for 2005 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) .................. | **1** |

### Part I  Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft - Most Property Held More Than 1 Year

| (a) Description of property | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| **2** | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 42 ................... | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 ................... | **4** | 72,618. |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ................... | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft ................... | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows: | **7** | 72,618. |

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

**8** Nonrecaptured net section 1231 losses from prior years (see instructions) ................... | **8** | |
**9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) ................... | **9** | |

### Part II  Ordinary Gains and Losses

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 ................... | **11** | ( ) |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable ................... | **12** | |
| **13** Gain, if any, from line 31 ................... | **13** | |
| **14** Net gain or (loss) from Form 4684, lines 34 and 41a ................... | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 ................... | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 ................... | **16** | |
| **17** Combine lines 10 through 16 ................... | **17** | |

**18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:

**a** If the loss on line 11 includes a loss from Form 4684, line 38, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 27, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 22. Identify as from "Form 4797, line 18a." See instructions ................... | **18a** | |

**b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ................... | **18b** | |

JWA  For Paperwork Reduction Act Notice, see separate instructions.                          Form **4797** (2005)

518001
11-14-05

PRIVATE LABEL SOURCING, LLC                                                                                        22-3800350

Form 4797 (2005)                                                                                                        Page 2

### Part III — Gain From Disposition of Property Under Sections 1245, 1250, 1252, 1254, and 1255

| 19 (a) Description of section 1245, 1250, 1252, 1254, or 1255 property: | (b) Date acquired (mo., day, yr.) | (c) Date sold (mo., day, yr.) |
|---|---|---|
| A | | |
| B | | |
| C | | |
| D | | |

| | These columns relate to the properties on lines 19A through 19D. ▶ | | Property A | Property B | Property C | Property D |
|---|---|---|---|---|---|---|
| 20 | Gross sales price (**Note:** See line 1 before completing.) | 20 | | | | |
| 21 | Cost or other basis plus expense of sale | 21 | | | | |
| 22 | Depreciation (or depletion) allowed or allowable | 22 | | | | |
| 23 | Adjusted basis. Subtract line 22 from line 21 | 23 | | | | |
| 24 | Total gain. Subtract line 23 from line 20 | 24 | | | | |
| 25 | **If section 1245 property:** | | | | | |
|    | a Depreciation allowed or allowable from line 22 | 25a | | | | |
|    | b Enter the **smaller** of line 24 or 25a | 25b | | | | |
| 26 | **If section 1250 property:** If straight line depreciation was used, enter -0- on line 26g, except for a corporation subject to section 291. | | | | | |
|    | a Additional depreciation after 1975 | 26a | | | | |
|    | b Applicable percentage multiplied by the **smaller** of line 24 or line 26a | 26b | | | | |
|    | c Subtract line 26a from line 24. If residential rental property **or** line 24 is not more than line 26a, skip lines 26d and 26e | 26c | | | | |
|    | d Additional depreciation after 1969 and before 1976 | 26d | | | | |
|    | e Enter the **smaller** of line 26c or 26d | 26e | | | | |
|    | f Section 291 amount (corporations only) | 26f | | | | |
|    | g Add lines 26b, 26e, and 26f | 26g | | | | |
| 27 | **If section 1252 property:** Skip this section if you did not dispose of farmland or if this form is being completed for a partnership (other than an electing large partnership). | | | | | |
|    | a Soil, water, and land clearing expenses | 27a | | | | |
|    | b Line 27a multiplied by applicable percentage | 27b | | | | |
|    | c Enter the **smaller** of line 24 or 27b | 27c | | | | |
| 28 | **If section 1254 property:** | | | | | |
|    | a Intangible drilling and development costs, expenditures for development of mines and other natural deposits, and mining exploration costs | 28a | | | | |
|    | b Enter the **smaller** of line 24 or 28a | 28b | | | | |
| 29 | **If section 1255 property:** | | | | | |
|    | a Applicable percentage of payments excluded from income under section 126 | 29a | | | | |
|    | b Enter the **smaller** of line 24 or 29a | 29b | | | | |

**Summary of Part III Gains.** Complete property columns A through D through line 29b before going to line 30.

| | | | |
|---|---|---|---|
| 30 | Total gains for all properties. Add property columns A through D, line 24 | 30 | |
| 31 | Add property columns A through D, lines 25b, 26g, 27c, 28b, and 29b. Enter here and on line 13 | 31 | |
| 32 | Subtract line 31 from line 30. Enter the portion from casualty or theft on Form 4684, line 36. Enter the portion from other than casualty or theft on Form 4797, line 6 | 32 | |

### Part IV — Recapture Amounts Under Sections 179 and 280F(b)(2) When Business Use Drops to 50% or Less
(see instructions.)

| | | | (a) Section 179 | (b) Section 280F(b)(2) |
|---|---|---|---|---|
| 33 | Section 179 expense deduction or depreciation allowable in prior years | 33 | | |
| 34 | Recomputed depreciation (see instructions) | 34 | | |
| 35 | Recapture amount. Subtract line 34 from line 33. See the instructions for where to report | 35 | | |

518002
11-14-05  JWA