Installment Sale No. 1

| Form **6252** | **Installment Sale Income** | OMB No. 1545-0228 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to your tax return. ▶ Use a separate form for each sale or other disposition of property on the installment method. | **2005** Attachment Sequence No. 79 |

| Name(s) shown on return | Identifying number |
|---|---|
| PRIVATE LABEL SOURCING, LLC | 22-3800350 |

| 1 | Description of property ▶ LEASEHOLD IMPROVEMENTS | | |
|---|---|---|---|
| 2a | Date acquired (month, day, year) ▶ Various | b Date sold (month, day, year) ▶ 12/04/04 | |
| 3 | Was the property sold to a related party after May 14, 1980? If "No," skip line 4 | Yes   X No | |
| 4 | Was the property you sold to a related party a marketable security? If "Yes," complete Part III. If "No," complete Part III for the year of sale and the 2 years after the year of sale | Yes   No | |

**Part I   Gross Profit and Contract Price.** Complete this part for the year of sale only.

| 5 | Selling price including mortgages and other debts. **Do not** include interest whether stated or unstated | | 5 | |
| 6 | Mortgages, debts, and other liabilities the buyer assumed or took the property subject to | 6 | | |
| 7 | Subtract line 6 from line 5 | 7 | | |
| 8 | Cost or other basis of property sold | 8 | | |
| 9 | Depreciation allowed or allowable | 9 | | |
| 10 | Adjusted basis. Subtract line 9 from line 8 | 10 | | |
| 11 | Commissions and other expenses of sale | 11 | | |
| 12 | Income recapture from Form 4797, Part III | 12 | | |
| 13 | Add lines 10, 11, and 12 | | 13 | |
| 14 | Subtract line 13 from line 5. If zero or less, **do not** complete the rest of this form | | 14 | |
| 15 | If the property described on line 1 above was your main home, enter the amount of your excluded gain. Otherwise, enter -0- | | 15 | |
| 16 | **Gross profit.** Subtract line 15 from line 14 | | 16 | |
| 17 | Subtract line 13 from line 6. If zero or less, enter -0- | | 17 | |
| 18 | **Contract price.** Add line 7 and line 17 | | 18 | |

**Part II   Installment Sale Income.** Complete this part for the year of sale and any year you receive a payment or have certain debts you must treat as a payment on installment obligations.

| 19 | Gross profit percentage. Divide line 16 by line 18. For years after the year of sale, see instructions | | 19 | 16.0998% |
| 20 | If this is the year of sale, enter amount from line 17. Otherwise, enter -0- | | 20 | 0. |
| 21 | Payments received during year. **Do not** include interest, whether stated or unstated | | 21 | 451,050. |
| 22 | Add lines 20 and 21 | | 22 | 451,050. |
| 23 | Payments received in prior years. **Do not** include interest, whether stated or unstated | 23   150,000. | | |
| 24 | **Installment sale income.** Multiply line 22 by line 19 | | 24 | 72,618. |
| 25 | Enter the part of line 24 that is ordinary income under the recapture rules | | 25 | |
| 26 | Subtract line 25 from line 24. Enter here and on Schedule D or Form 4797 | | 26 | 72,618. |

**Part III   Related Party Installment Sale Income.** Do not complete if you received the final payment this tax year.

| 27 | Name, address, and taxpayer identifying number of related party | | |
|---|---|---|---|
| 28 | Did the related party resell or dispose of the property ("second disposition") during this tax year? | | Yes   No |
| 29 | If the answer to question 28 is "Yes," complete lines 30 through 37 below unless one of the following conditions is met. Check the box that applies. | | |
| a | The second disposition was more than 2 years after the first disposition (other than dispositions of marketable securities). If this box is checked, enter the date of disposition (month, day, year) | ▶ | |
| b | The first disposition was a sale or exchange of stock to the issuing corporation. | | |
| c | The second disposition was an involuntary conversion and the threat of conversion occurred after the first disposition. | | |
| d | The second disposition occurred after the death of the original seller or buyer. | | |
| e | It can be established to the satisfaction of the Internal Revenue Service that tax avoidance was not a principal purpose for either of the dispositions. If this box is checked, attach an explanation. | | |
| 30 | Selling price of property sold by related party | | 30 | |
| 31 | Enter contract price from line 18 for year of first sale | | 31 | |
| 32 | Enter the **smaller** of line 30 or line 31 | | 32 | |
| 33 | Total payments received by the end of your 2005 tax year | | 33 | |
| 34 | Subtract line 33 from line 32. If zero or less, enter -0- | | 34 | |
| 35 | Multiply line 34 by the gross profit percentage on line 19 for year of first sale | | 35 | |
| 36 | Enter the part of line 35 that is ordinary income under the recapture rules | | 36 | |
| 37 | Subtract line 36 from line 35. Enter here and on Schedule D or Form 4797 | | 37 | |

519491
11-10-05   LHA   **For Paperwork Reduction Act Notice, see separate instructions.**                                Form **6252** (2005)

9

12530215 756599 08-111146          2005.08010 PRIVATE LABEL SOURCING, LLC 08-11141

## INSTALLMENT SALE

PRIVATE LABEL SOURCING, LLC                                    22-3800350

### SCHEDULE OF RECEIPTS  Installment Sale No. 1

| MO. DA. YR. | PRINCIPAL RECEIVED | TOTAL GAIN | ORDINARY GAIN | SEC. 1231/OR CAPITAL GAIN | UNRECAP. SEC. 1250 GAIN |
|---|---|---|---|---|---|
| 12/31/04 | 150,000. | 24,150. | 0. | 24,150. | 0. |
| 12/31/05 | 451,050. | 72,618. | 0. | 72,618. | 0. |

COPY

**Worksheet for Figuring Net Earnings (Loss) From Self-Employment**

| Name of partnership | | | Employer identification number |
|---|---|---|---|
| PRIVATE LABEL SOURCING, LLC | | | 22-3800350 |

| | | | |
|---|---|---|---|
| 1 a Ordinary income (loss) (Schedule K, line 1) | 1a | <657,911.> | |
| b Net income (loss) from **CERTAIN** rental real estate activities | 1b | | |
| c Net income (loss) from other rental activities (Schedule K, line 3c) | 1c | | |
| d Net loss from Form 4797, Part II, line 17, included on line 1a above. Enter as a positive amount | 1d | | |
| e Other additions | 1e | | |
| f Combine lines 1a through 1e | 1f | <657,911.> | |
| 2 a Net gain from Form 4797, Part II, line 17, included on line 1a above | 2a | | |
| b Other subtractions | 2b | | |
| c Add lines 2a and 2b | 2c | | |
| 3 a Subtract line 2c from line 1f. If line 1f is a loss, increase the loss on line 1f by the amount on line 2c | 3a | <657,911.> | |
| b Part of line 3a allocated to limited partners, estates, trusts, corporations, exempt organizations, and IRAs | 3b | <657,911.> | |
| c Subtract line 3b from line 3a | | | 3c |
| 4 a Guaranteed payments to partners (Schedule K, line 4) derived from a trade or business as defined in section 1402(c) | 4a | 365,894. | |
| b Part of line 4a allocated to individual limited partners for **other than** services and to estates, trusts, corporations, exempt organizations, and IRAs | 4b | | |
| c Subtract line 4b from line 4a | | | 4c  365,894. |
| 5 Net earnings (loss) from self-employment. Combine lines 3c and 4c. Enter here and on Schedule K, line 14a | | 5 | 365,894. |

COPY

```
PRIVATE LABEL SOURCING, LLC                                              22-3800350
```

| Form 1065 | Other Income | Statement  1 |
|---|---|---|

| Description | Amount |
|---|---|
| COMMISSION INCOME | 1,567,838. |
| SECTION 481(A) ADJUSTMENT - 3RD YEAR | 5,349. |
| Total to Form 1065, Line 7 | 1,573,187. |

| Form 1065 | Tax Expense | Statement  2 |
|---|---|---|

| Description | Amount |
|---|---|
| New York City Taxes - Based on Income | 7,242. |
| PAYROLL TAXES | 97,206. |
| Total to Form 1065, Line 14 | 104,448. |

| Form 1065 | Other Deductions | Statement  3 |
|---|---|---|

| Description | Amount |
|---|---|
| SHOWROOM EXPENSE | 20,856. |
| TRAVEL | 293,173. |
| AUTO EXPENSE | 81,960. |
| TELEPHONE & FAX | 64,141. |
| UTILITIES | 11,072. |
| DESIGN SUPPLIES | 35,743. |
| PRODUCTION SAMPLE DEVELOPMENT | 316,328. |
| WAREHOUSE & STORAGE EXPENSE | 153,154. |
| DUES & SUBSCRIPTIONS | 475. |
| POSTAGE & MESSENGER | 1,711. |
| OFFICE SUPPLIES & EXPENSE | 9,261. |
| COMPUTER SUPPLIES & EXPENSE | 18,291. |
| PROFESSIONAL FEES | 111,591. |
| PAYROLL PROCESSING | 2,666. |
| BANK CHARGES & FEES | 23,924. |
| INSURANCE EXPENSE | 62,626. |
| EQUIPMENT RENTAL | 13,028. |
| FACTOR COMMISSIONS | 70,616. |
| Meals and Entertainment | 28,960. |
| Amortization expense | 2,000. |
| Total to Form 1065, Line 20 | 1,321,576. |

| PRIVATE LABEL SOURCING, LLC | 22-3800350 |
|---|---|

| Schedule A | Other Costs | Statement 4 |
|---|---|---|

| Description | Amount |
|---|---|
| COMMISSIONS | 319,301. |
| DUTY & BROKERAGE | 613,658. |
| FREIGHT-IN | 681,316. |
| OTHER CHARGES | 2,636. |
| Total to Form 1065, Page 2, Line 5 | 1,616,911. |

| Schedule K | Interest Income | Statement 5 |
|---|---|---|

| Description | U.S. Bonds | Other |
|---|---|---|
| INTEREST INCOME | | 2,547. |
| Total to Schedule K, Line 5 | | 2,547. |

| Schedule K | Other Deductions | Statement 6 |
|---|---|---|

| Description | Amount |
|---|---|
| DEFINED BENEFIT PLAN CONTRIBUTIONS | 39,059. |
| Total included in Schedule K, Line 13d | 39,059. |

| Schedule K | Nondeductible Expense | Statement 7 |
|---|---|---|

| Description | Amount |
|---|---|
| Excluded meals and entertainment expenses | 28,960. |
| Total to Schedule K, Line 18c | 28,960. |

PRIVATE LABEL SOURCING, LLC                                                     22-3800350

| Schedule L | Other Current Assets | | Statement | 8 |
|---|---|---|---|---|

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| DUE FROM FACTOR | 363,062. | 539,227. |
| PREPAID EXPENSES | 76,835. | 31,552. |
| LOAN & EXCHANGES | 60,924. | 4,351. |
| City prepaid taxes | 0. | 36,925. |
| Total to Schedule L, Line 6 | 500,821. | 612,055. |

| Schedule L | Other Assets | | Statement | 9 |
|---|---|---|---|---|

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| SECURITY DEPOSITS | 116,111. | 58,190. |
| Total to Schedule L, Line 13 | 116,111. | 58,190. |

| Schedule L | Other Current Liabilities | | Statement | 10 |
|---|---|---|---|---|

| Description | Beginning of Tax Year | End of Tax Year |
|---|---|---|
| ACCRUED PENSION | 0. | 45,166. |
| ACCRUED EXPENSES | 0. | 238,249. |
| Total to Schedule L, Line 17 | 0. | 283,415. |

| Schedule M-1 | Income Not Recorded on Books this Year | Statement | 11 |
|---|---|---|---|

| Description | Amount |
|---|---|
| 263A ADJUSTMENT | <110,216.> |
| SECTION 481(A) ADJUSTMENT | 5,349. |
| DEFINED BENEFIT PENSION EXPENSE (NET) | 6,107. |
| PREPAID EXPENSES - IRC SECTION 461 BEGINNING OF YEAR | 31,540. |
| PREPAID EXPENSES - IRC SECTION 461 END OF YEAR | <31,552.> |
| Gain (loss) on disposition of assets | 72,618. |
| Total to Schedule M-1, Line 2 | <26,154.> |

PRIVATE LABEL SOURCING, LLC                                          22-3800350

| Schedule M-1 | Deductions on Return Not Charged Against Books | Statement 12 |
|---|---|---|
| Description | | Amount |
| Amortization | | 2,000. |
| Total to Schedule M-1, Line 7 | | 2,000. |

| Schedule M-2 | Other Decreases | Statement 13 |
|---|---|---|
| Description | | Amount |
| OTHER COMPREHENSIVE ADJUSTMENTS - DB PENSION | | 201,253. |
| Total to Schedule M-2, Line 7 | | 201,253. |

COPY

ALTERNATIVE MINIMUM TAX DEPRECIATION REPORT

| Asset No. | Description | Date Acquired | AMT Method | AMT Life | AMT Cost Or Basis | AMT Accumulated | Regular Depreciation | AMT Depreciation | AMT Adjustment |
|---|---|---|---|---|---|---|---|---|---|
| 2 | COMPUTER SOFTWARE | 010102 | 150DB | 3.00 | 6,354. | 3,708. | 740. | 2,646. | <1,906.> |
| 3 | COMPUTER SOFTWARE | 020102 | 150DB | 3.00 | 1,421. | 830. | 165. | 591. | <426.> |
| 4 | COMPUTER SOFTWARE | 030102 | 150DB | 3.00 | 2,918. | 1,703. | 340. | 1,215. | <875.> |
| 5 | COMPUTER SOFTWARE | 040102 | 150DB | 3.00 | 270. | 158. | 31. | 112. | <81.> |
| 6 | COMPUTER SOFTWARE | 100102 | 150DB | 3.00 | 1,145. | 668. | 133. | 477. | <344.> |
| 7 | COMPUTER SOFTWARE | 120102 | 150DB | 3.00 | 4,708. | 3,218. | 1,490. | 1,490. | 0. |
| 8 | COMPUTER EQUIPMENT | 020102 | 150DB | 5.00 | 10,331. | 6,028. | 833. | 1,721. | <888.> |
| 9 | COMPUTER EQUIPMENT | 030102 | 150DB | 5.00 | 7,593. | 4,431. | 612. | 1,265. | <653.> |
| 10 | COMPUTER EQUIPMENT | 060102 | 150DB | 5.00 | 3,847. | 2,245. | 270. | 641. | <371.> |
| 11 | COMPUTER EQUIPMENT | 090102 | 150DB | 5.00 | 1,214. | 708. | 98. | 202. | <104.> |
| 22 | COMPUTER EQUIPMENT | 013105 | 150DB | 5.00 | 2,702. | 0. | 541. | 406. | 135. |
| 23 | COMPUTER EQUIPMENT | 070605 | 150DB | 5.00 | 688. | 0. | 138. | 103. | 35. |
| 24 | TELEPHONE SYSTEM | 010105 | 150DB | 7.00 | 9,375. | 0. | 1,340. | 1,005. | 335. |
| 25 | TELEPHONE SYSTEM | 070102 | 150DB | 7.00 | 13,933. | 6,253. | 2,413. | 1,707. | 706. |
| 26 | TELEPHONE SYSTEM | 080102 | 150DB | 7.00 | 779. | 350. | 135. | 95. | 40. |
| 27 | TELEPHONE SYSTEM | 110102 | 150DB | 7.00 | 92. | 41. | 16. | 11. | 5. |
| 28 | TELEPHONE SYSTEM | 120102 | 150DB | 7.00 | 1,256. | 564. | 217. | 154. | 63. |
| 30 | FURNITURE & FIXTURES | 010105 | 150DB | 7.00 | 32,044. | 0. | 4,578. | 3,434. | 1,144. |
| 31 | FURNITURE & FIXTURES | 040102 | 150DB | 7.00 | 166,431. | 74,694. | 32,699. | 20,386. | 12,313. |
| 32 | FURNITURE & FIXTURES | 040102 | 150DB | 7.00 | 19,085. | 8,565. | 3,305. | 2,338. | 967. |
| 33 | LEASEHOLD IMPROVEMENTS | 012505 | SL | 39.50 | 6,785. | 0. | 157. | 157. | 0. |
| | Totals | | | | 292,971. | 114,164. | 50,251. | 40,156. | 10,095. |
| | MACRS AMT Adjustment | | | | | | | | 10,095. |

14.1

528104 05-01-05

1

651105

| Schedule K-1 (Form 1065) | **2005** | Final K-1 ☐   Amended K-1 ☐   OMB No. 1545-0099 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2005, or tax<br>year beginning _____<br>ending _____ | **Part III Partner's Share of Current Year Income,<br>Deductions, Credits, and Other Items** |
| **Partner's Share of Income, Deductions,<br>Credits, etc.** | | |
| ▶ See separate instructions. | | |

| | | |
|---|---|---|
| **1** Ordinary business income (loss)<br><328,956.> | | **15** Credits & credit recapture |
| **2** Net rental real estate income (loss) | | |
| **3** Other net rental income (loss) | | **16** Foreign transactions |
| **4** Guaranteed payments<br>183,141. | | |
| **5** Interest income<br>1,274. | | |
| **6a** Ordinary dividends | | **17** Alternative min tax (AMT) items<br>A    5,048. |
| **6b** Qualified dividends | | |
| **7** Royalties | | **18** Tax-exempt income and<br>nondeductible expenses<br>C*   14,480. |
| **8** Net short-term capital gain (loss) | | |
| **9a** Net long-term capital gain (loss) | | **19** Distributions<br>A   49,019. |
| **9b** Collectibles (28%) gain (loss) | | |
| **9c** Unrecaptured sec 1250 gain | | **20** Other information<br>A    1,274. |
| **10** Net section 1231 gain (loss)<br>36,309. | | |
| **11** Other income (loss) | | |
| **12** Section 179 deduction | | |
| **13** Other deductions<br>W*    19,530. | | |
| **14** Self-employment earnings (loss)<br>A   183,141. | | |

**Part I  Information About the Partnership**

**A** Partnership's employer identification number
22-3800350

**B** Partnership's name, address, city, state, and ZIP code
PRIVATE LABEL SOURCING, LLC
597 BROADWAY
NEW YORK, NY   10012

**C** IRS Center where partnership filed return
Cincinnati, OH

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

**Part II  Information About the Partner**

**G** Partner's identifying number
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

**H** Partner's name, address, city, state, and ZIP code
CHRISTINE DENTE
935 SEDGEWICK COURT
WESTFIELD, NJ 07090

**I** ☐ General partner or LLC   ☒ Limited partner or other LLC
    member-manager                member
**J** ☒ Domestic partner           ☐ Foreign partner
**K** What type of entity is this partner?   Individual

**L** Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 50.0000000% | 50.0000000% |
| Loss | 50.0000000% | 50.0000000% |
| Capital | 49.1889000% | 49.1889000% |

**M** Partner's share of liabilities at year end:
Nonrecourse .................................. $    1,344,667.
Qualified nonrecourse financing ....... $            0.
Recourse ...................................... $            0.

*See attached statement for additional information.

**N** Partner's capital account analysis:
Beginning capital account ................. $    <137,683.>
Capital contributed during the year ....... $
Current year increase (decrease) .......... $    <411,531.>
Withdrawals & distributions ............... $(     49,019.)
Ending capital account ..................... $    <598,233.>

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

JWA   For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.    Schedule K-1 (Form 1065) 2005

511261
01-11-06

15                                                                                                    1
12530215 756599 08-111146           2005.08010 PRIVATE LABEL SOURCING, LLC 08-11141

PRIVATE LABEL SOURCING, LLC                                            22-3800350

| Schedule K-1 | Other Deductions, Box 13, Code W | |
|---|---|---|
| Description | Amount | Partner Filing Instructions |
| DEFINED BENEFIT PLAN CONTRIBUTIONS | 19,530. | |

| Schedule K-1 | Nondeductible Expenses, Box 18, Code C | |
|---|---|---|
| Description | Amount | Partner Filing Instructions |
| Excluded meals and entertainment expenses | 14,480. | Nondeductible portion |

| Schedule K-1 | Current Year Increases (Decreases) | | |
|---|---|---|---|
| Description | | Amount | Totals |
| Ordinary income (loss) | | <328,956.> | |
| Interest income | | 1,274. | |
| Section 1231 gain (loss) | | 36,309. | |
| Schedule K-1 income subtotal | | | <291,373.> |
| Other deductions | | <19,530.> | |
| Schedule K-1 deductions subtotal | | | <19,530.> |
| Amortization on return and not on books | | 1,000. | |
| Depreciation on return and not on books | | 403. | |
| Gain/loss on return and not on books | | <36,309.> | |
| Nondeductible expenses | | <14,480.> | |
| 263A ADJUSTMENT | | 55,108. | |
| SECTION 481(A) ADJUSTMENT | | <2,675.> | |
| DEFINED BENEFIT PENSION EXPENSE (NET) | | <3,054.> | |
| PREPAID EXPENSES - IRC SECTION 461 BEGINNING OF YEAR | | <15,770.> | |
| PREPAID EXPENSES - IRC SECTION 461 END OF YEAR | | 15,776. | |
| OTHER COMPREHENSIVE ADJUSTMENTS - DB PENSION | | <100,627.> | |
| Other increases or decreases subtotal | | | <100,628.> |
| Total to Schedule K-1, Item N | | | <411,531.> |

| PRIVATE LABEL SOURCING, LLC | 22-3800350 |
|---|---|

| Schedule K-1 | Footnotes |
|---|---|

YOUR LOSS MAY BE LIMITED FROM LACK OF BASIS.   PLEASE CONSULT YOUR TAX ADVISOR.



2

651105

| Schedule K-1 (Form 1065) | **2005** | Final K-1 ☐   Amended K-1 ☐   OMB No. 1545-0099 |
|---|---|---|

Department of the Treasury  
Internal Revenue Service  
For calendar year 2005, or tax year beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) <328,955.> | 15 | Credits & credit recapture |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments  182,753. | | |
| 5 | Interest income  1,273. | | |
| 6a | Ordinary dividends | 17 | Alternative min tax (AMT) items  A  5,047. |
| 6b | Qualified dividends | | |
| 7 | Royalties | 18 | Tax-exempt income and nondeductible expenses  C*  14,480. |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | | |
| 9b | Collectibles (28%) gain (loss) | 19 | Distributions  A  62,725. |
| 9c | Unrecaptured sec 1250 gain | | |
| 10 | Net section 1231 gain (loss)  36,309. | 20 | Other information  A  1,273. |
| 11 | Other income (loss) | | |
| 12 | Section 179 deduction | | |
| 13 | Other deductions  W*  19,529. | | |
| 14 | Self-employment earnings (loss)  A  182,753. | | |

### Part I — Information About the Partnership

A  Partnership's employer identification number  
22-3800350

B  Partnership's name, address, city, state, and ZIP code  
PRIVATE LABEL SOURCING, LLC  
597 BROADWAY  
NEW YORK, NY  10012

C  IRS Center where partnership filed return  
Cincinnati, OH

D  ☐ Check if this is a publicly traded partnership (PTP)  
E  Tax shelter registration number, if any _____  
F  ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

G  Partner's identifying number  
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

H  Partner's name, address, city, state, and ZIP code  
BRUCE ALLEN  
250 UPPER MOUNTAIN AVENUE  
UPPER MONTCLAIR, NJ  07043

I  ☐ General partner or LLC member-manager    X  Limited partner or other LLC member  
J  X  Domestic partner    ☐ Foreign partner  
K  What type of entity is this partner?  Individual

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50.0000000% | 50.0000000% |
| Loss | 50.0000000% | 50.0000000% |
| Capital | 50.8111000% | 50.8111000% |

M  Partner's share of liabilities at year end:  
Nonrecourse .................... $  1,344,667.  
Qualified nonrecourse financing ........ $  0.  
Recourse ......................... $  0.

N  Partner's capital account analysis:  
Beginning capital account .............. $  <78,639.>  
Capital contributed during the year ..... $  _____  
Current year increase (decrease) ........ $  <411,527.>  
Withdrawals & distributions ............ $(  62,725.)  
Ending capital account ................ $  <552,891.>

X  Tax basis    ☐ GAAP    ☐ Section 704(b) book  
☐ Other (explain)

*See attached statement for additional information.

▼ For IRS Use Only

JWA  For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.   Schedule K-1 (Form 1065) 2005

511261  
01-11-06

18

2

12530215 756599 08-111146    2005.08010 PRIVATE LABEL SOURCING, LLC 08-11141

PRIVATE LABEL SOURCING, LLC                                              22-3800350

---

| Schedule K-1 | Other Deductions, Box 13, Code W | |
|---|---|---|

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| DEFINED BENEFIT PLAN CONTRIBUTIONS | 19,529. | |

---

| Schedule K-1 | Nondeductible Expenses, Box 18, Code C | |
|---|---|---|

| Description | Amount | Partner Filing Instructions |
|---|---|---|
| Excluded meals and entertainment expenses | 14,480. | Nondeductible portion |

---

| Schedule K-1 | Current Year Increases (Decreases) | | |
|---|---|---|---|

| Description | Amount | Totals |
|---|---|---|
| Ordinary income (loss) | <328,955.> | |
| Interest income | 1,273. | |
| Section 1231 gain (loss) | 36,309. | |
| Schedule K-1 income subtotal | | <291,373.> |
| Other deductions | <19,529.> | |
| Schedule K-1 deductions subtotal | | <19,529.> |
| Amortization on return and not on books | 1,000. | |
| Depreciation on return and not on books | 403. | |
| Gain/loss on return and not on books | <36,309.> | |
| Nondeductible expenses | <14,480.> | |
| 263A ADJUSTMENT | 55,108. | |
| SECTION 481(A) ADJUSTMENT | <2,674.> | |
| DEFINED BENEFIT PENSION EXPENSE (NET) | <3,053.> | |
| PREPAID EXPENSES - IRC SECTION 461 BEGINNING OF YEAR | <15,770.> | |
| PREPAID EXPENSES - IRC SECTION 461 END OF YEAR | 15,776. | |
| OTHER COMPREHENSIVE ADJUSTMENTS - DB PENSION | <100,626.> | |
| Other increases or decreases subtotal | | <100,625.> |
| Total to Schedule K-1, Item N | | <411,527.> |

| PRIVATE LABEL SOURCING, LLC | 22-3800350 |
|---|---|

| Schedule K-1 | Footnotes |
|---|---|

YOUR LOSS MAY BE LIMITED FROM LACK OF BASIS.   PLEASE CONSULT YOUR TAX ADVISOR.



PRLBL 10/15/2007 1:03 PM

# Form 1065 — U.S. Return of Partnership Income

Department of the Treasury
Internal Revenue Service

For calendar year 2006, or tax year beginning ............., ending ..............
► See separate instructions.

OMB No. 1545-0099

**2006**

| | | |
|---|---|---|
| **A** Principal business activity: IMPORTER | Use the IRS label. Otherwise, print or type. | **Name of partnership:** PRIVATE LABEL SOURCING, LLC |
| **B** Principal product or service: WOMEN'S APPA | | **Number, street, and room or suite no.:** 597 BROADWAY 2ND FLOOR |
| **C** Business code number: 424300 | | **City or town, state, and ZIP code:** NEW YORK   NY 10012 |

**D** Employer identification number: 22-3800350
**E** Date business started: 7/01/2001
**F** Total assets (see the instructions): $ 1,414,587

**G** Check applicable boxes: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☒ Address change  (5) ☐ Amended return
**H** Check accounting method: (1) ☐ Cash  (2) ☒ Accrual  (3) ☐ Other (specify) ► ............
**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ► 2
**J** Check if Schedule M-3 required (attach Schedule M-3) ................ ☐

**Caution.** Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a  10,822,118 | |
| b | Less returns and allowances | 1b | 1c  10,822,118 |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2   8,840,075 |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3   1,982,043 |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | 4 |
| 5 | Net farm profit (loss) (attach Schedule F (Form 1040)) | | 5 |
| 6 | Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | 6 |
| 7 | Other income (loss) (attach statement)   See Statement 1 | | 7   180,116 |
| 8 | Total income (loss). Combine lines 3 through 7 | | 8   2,162,159 |

### Deductions (see the instructions for limitations)

| | | | |
|---|---|---|---|
| 9  | Salaries and wages (other than to partners) (less employment credits) | | 9   953,528 |
| 10 | Guaranteed payments to partners | | 10   43,590 |
| 11 | Repairs and maintenance | | 11   6,069 |
| 12 | Bad debts | | 12   4,351 |
| 13 | Rent | | 13   235,841 |
| 14 | Taxes and licenses   See Statement 2 | | 14   58,914 |
| 15 | Interest | | 15   215,992 |
| 16a | Depreciation (if required, attach Form 4562) | 16a  43,399 | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c   43,399 |
| 17 | Depletion (**Do not deduct oil and gas depletion.**) | | 17 |
| 18 | Retirement plans, etc. | | 18   1,390 |
| 19 | Employee benefit programs | | 19   105,265 |
| 20 | Other deductions (attach statement)   See Statement 3 | | 20   1,245,906 |
| 21 | Total deductions. Add the amounts shown in the far right column for lines 9 through 20 | | 21   2,914,245 |
| 22 | Ordinary business income (loss). Subtract line 21 from line 8 | | 22   -752,086 |
| 23 | Credit for federal telephone excise tax paid (attach Form 8913) | | 23 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member manager) is based on all information of which preparer has any knowledge.

► _____    ► _____
Signature of general partner or limited liability company member manager    Date

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

**Paid Preparer's Use Only**

| Preparer's signature | Date 10/15/07 | Check if self-employed ► ☐ | Preparer's SSN or PTIN  P00225941 |
| Firm's name (or yours if self-employed), address, and ZIP code ► | MANGO & HUBER, LLC, CPAS  53 Cardinal Drive  Westfield, NJ   07090 | | EIN ► 22-2850926  Phone no.  908-654-3500 |

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
DAA

Form **1065** (2006)

PRLBL 10/15/2007 1:03 PM

Form 1065 (2006)    PRIVATE LABEL SOURCING, LLC    22-3800350    Page 2

### Schedule A    Cost of Goods Sold (see the instructions)

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | 6,920,657 |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach statement) | 4 | |
| 5 | Other costs (attach statement)    See Statement 4 | 5 | 2,289,121 |
| 6 | **Total.** Add lines 1 through 5 | 6 | 9,209,778 |
| 7 | Inventory at end of year | 7 | 369,703 |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | 8,840,075 |

9a    Check all methods used for valuing closing inventory:
- (i) ☐ Cost as described in Regulations section 1.471-3
- (ii) ☒ Lower of cost or market as described in Regulations section 1.471-4
- (iii) ☐ Other (specify method used and attach explanation) ▶ ...............

b    Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
c    Check this box if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
d    Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership?    ☒ Yes    ☐ No
e    Was there any change in determining quantities, cost, or valuations between opening and closing inventory?    ☐ Yes    ☒ No
     If "Yes," attach explanation.

### Schedule B    Other Information

| | | Yes | No |
|---|---|:---:|:---:|
| 1 | What type of entity is filing this return? Check the applicable box: | | |
| a | ☐ Domestic general partnership    b ☐ Domestic limited partnership | | |
| c | ☒ Domestic limited liability company    d ☐ Domestic limited liability partnership | | |
| e | ☐ Foreign partnership    f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | | X |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment | | X |
| 4 | Did the partnership file Form 8893, Election of Partnership Level Tax Treatment, or an election statement under section 6231(a)(1)(B)(ii) for partnership-level tax treatment, that is in effect for this tax year? See Form 8893 for more details | | X |
| 5 | Does this partnership meet all three of the following requirements? | | |
| a | The partnership's total receipts for the tax year were less than $250,000; | | |
| b | The partnership's total assets at the end of the tax year were less than $600,000; and | | |
| c | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item N on Schedule K-1. | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See the instructions | X | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, a return under section 6111 to provide information on any reportable transaction? | | X |
| 9 | At any time during calendar year 2006, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See the instructions | | X |
| 11 | Was there a distribution of property or a transfer (for example, by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under Elections Made By the Partnership in the instructions | | X |
| 12 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see the instructions)
Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶           Identifying number of TMP ▶

Address of designated TMP ▶

DAA                               Form **1065** (2006)

PRLBL 10/15/2007 1:03 PM

| Form 1065 (2006) | PRIVATE LABEL SOURCING, LLC | 22-3800350 | | Page 3 |
|---|---|---|---|---|
| Schedule K | Partners' Distributive Share Items | | | Total amount |

| | | | | |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary business income (loss) (page 1, line 22) | 1 | -752,086 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) | 2 | |
| | 3a | Other gross rental income (loss) .......... 3a | | |
| | b | Expenses from other rental activities (attach statement) .......... 3b | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a | 3c | |
| | 4 | Guaranteed payments | 4 | 43,590 |
| | 5 | Interest income | 5 | |
| | 6 | Dividends: a Ordinary dividends | 6a | |
| | | b Qualified dividends .......... 6b | | |
| | 7 | Royalties | 7 | |
| | 8 | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | 8 | |
| | 9a | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | 9a | |
| | b | Collectibles (28%) gain (loss) .......... 9b | | |
| | c | Unrecaptured section 1250 gain (attach statement) .......... 9c | | |
| | 10 | Net section 1231 gain (loss) (attach Form 4797) | 10 | |
| | 11 | Other income (loss) (see instructions) Type ▶ | 11 | |
| Deductions | 12 | Section 179 deduction (attach Form 4562) | 12 | |
| | 13a | Contributions | 13a | |
| | b | Investment interest expense | 13b | |
| | c | Section 59(e)(2) expenditures: | | |
| | | (1) Type ▶ ............ (2) Amount ▶ | 13c(2) | |
| | d | Other deductions (see instructions)  Type ▶ | 13d | |
| Self-Employ-ment | 14a | Net earnings (loss) from self-employment | 14a | |
| | b | Gross farming or fishing income | 14b | |
| | c | Gross nonfarm income | 14c | 2,162,159 |
| Credits | 15a | Low-income housing credit (section 42(j)(5)) | 15a | |
| | b | Low-income housing credit (other) | 15b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468) | 15c | |
| | d | Other rental real estate credits (see instructions) Type ▶ | 15d | |
| | e | Other rental credits (see instructions) Type ▶ | 15e | |
| | f | Other credits (see instructions) Type ▶ | 15f | |
| Foreign Transactions | 16a | Name of country or U.S. possession ▶ | | |
| | b | Gross income from all sources | 16b | |
| | c | Gross income sourced at partner level | 16c | |
| | | Foreign gross income sourced at partnership level | | |
| | d | Passive ▶ ......... e Listed categories (attach statement) ▶ ......... f General limitation ▶ | 16f | |
| | | Deductions allocated and apportioned at partner level | | |
| | g | Interest expense ▶ ......... h Other ▶ | 16h | |
| | | Deductions allocated and apportioned at partnership level to foreign source income | | |
| | i | Passive ▶ ......... j Listed categories (attach statement) ▶ ......... k General limitation ▶ | 16k | |
| | l | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 16l | |
| | m | Reduction in taxes available for credit (attach statement) | 16m | |
| | n | Other foreign tax information (attach statement) | | |
| Alternative Minimum Tax (AMT) Items | 17a | Post-1986 depreciation adjustment | 17a | 2 |
| | b | Adjusted gain or loss | 17b | |
| | c | Depletion (other than oil and gas) | 17c | |
| | d | Oil, gas, and geothermal properties-gross income | 17d | |
| | e | Oil, gas, and geothermal properties-deductions | 17e | |
| | f | Other AMT items (attach statement) | 17f | |
| Other Information | 18a | Tax-exempt interest income | 18a | |
| | b | Other tax-exempt income | 18b | |
| | c | Nondeductible expenses            See Statement 5 | 18c | 38,887 |
| | 19a | Distributions of cash and marketable securities | 19a | |
| | b | Distributions of other property | 19b | |
| | 20a | Investment income | 20a | |
| | b | Investment expenses | 20b | |
| | c | Other items and amounts (attach statement) | | |

Form **1065** (2006)

DAA

PRLBL 10/15/2007 1:03 PM
Form 1065 (2006)  **PRIVATE LABEL SOURCING, LLC**     22-3800350     Page **4**

## Analysis of Net Income (Loss)

| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16l | 1 | -708,496 |
|---|---|---|---|

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | |
| b Limited partners | -376,043 | | -332,453 | | | |

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 121,468 | | 85,078 |
| 2a | Trade notes and accounts receivable | 597,960 | | 483,621 | |
| b | Less allowance for bad debts | | 597,960 | | 483,621 |
| 3 | Inventories | | | | 369,703 |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities | | | | |
| 6 | Other current assets (attach statement) See Stmt 6 | | 612,055 | | 185,528 |
| 7 | Mortgage and real estate loans | | | | |
| 8 | Other investments (attach statement) | | | | |
| 9a | Buildings and other depreciable assets | 317,138 | | 485,556 | |
| b | Less accumulated depreciation | 168,601 | 148,537 | 253,089 | 232,467 |
| 10a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 11 | Land (net of any amortization) | | | | |
| 12a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | 0 |
| 13 | Other assets (attach statement) See Stmt 7 | | 58,190 | | 58,190 |
| 14 | Total assets | | 1,538,210 | | 1,414,587 |
| | **Liabilities and Capital** | | | | |
| 15 | Accounts payable | | | | 3,243,381 |
| 16 | Mortgages, notes, bonds payable in less than 1 year | | | | 79,461 |
| 17 | Other current liabilities (attach statement) See Stmt 8 | | 283,415 | | 1,558 |
| 18 | All nonrecourse loans | | 2,405,919 | | |
| 19 | Mortgages, notes, bonds payable in 1 year or more | | | | 72,373 |
| 20 | Other liabilities (attach statement) | | | | |
| 21 | Partners' capital accounts | | -1,151,124 | | -1,982,186 |
| 22 | Total liabilities and capital | | 1,538,210 | | 1,414,587 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income (Loss) per Return
Note. Schedule M-3 may be required instead of Schedule M-1 (see instructions).

| 1 | Net income (loss) per books | -831,062 | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): | | |
|---|---|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ | | |
| 3 | Guaranteed payments (other than health insurance) | 43,590 | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16l, not charged against book income this year (itemize): | | |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d, and 16l (itemize): | | a | Depreciation $ See Statement 10 | | |
| a | Depreciation $ 41,089 | | | | 1,000 | 1,000 |
| b | Travel and entertainment $ 7,971 | | 8 | Add lines 6 and 7 | | 1,000 |
| | See Statement 9 30,916 | 79,976 | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | | |
| 5 | Add lines 1 through 4 | -707,496 | | | | -708,496 |

## Schedule M-2 — Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | -1,151,124 | 6 | Distributions: a Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed:  a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | -831,062 | | | |
| 4 | Other increases (itemize): | | | | |
| | | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | -1,982,186 | 9 | Balance at end of year. Subtract line 8 from line 5 | -1,982,186 |

DAA     Form **1065** (2006)

PRLBL 10/15/2007 1:03 PM

651106

Partner# 1

| | | | |
|---|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | | OMB No. 1545-0099 |

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

### Part I — Information About the Partnership

A  Partnership's employer identification number
   22-3800350

B  Partnership's name, address, city, state, and ZIP code
   PRIVATE LABEL SOURCING, LLC
   597 BROADWAY 2ND FLOOR
   NEW YORK                NY 10012

C  IRS Center where partnership filed return
   Cincinnati, OH 45999-0011

D ☐ Check if this is a publicly traded partnership (PTP)
E ☐ Tax shelter registration number, if any _____
F ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

G  Partner's identifying number
   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

H  Partner's name, address, city, state, and ZIP code
   CHRISTINE A PETTI
   935 SEDGEWICK COURT
   WESTFIELD               NJ 07090

I  ☐ General partner or LLC member-manager       ☒ Limited partner or other LLC member
J  ☒ Domestic partner                              ☐ Foreign partner

K  What type of entity is this partner? **Individual**

L  Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000 % | 50.000000 % |
| Loss | 50.000000 % | 50.000000 % |
| Capital | 49.188900 % | 49.188900 % |

M  Partner's share of liabilities at year end:
   Nonrecourse ............. $
   Qualified nonrecourse financing ........ $
   Recourse ............. $ 1,698,387

N  Partner's capital account analysis:
   Beginning capital account ......... $ -598,233
   Capital contributed during the year ........ $
   Current year increase (decrease) ......... $ -415,533
   Withdrawals & distributions ......... $ (           )
   Ending capital account ......... $ -1,013,766

   ☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
   ☐ Other (explain)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss)  -376,043 | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments  43,590 | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items |
| | | | A | 1 |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | C* | STMT |
| | | | 19 | Distributions |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | | | |
| | | | 20 | Other information |
| 14 | Self-employment earnings (loss) | | | |
| C | 1,081,080 | | | |

\* See attached statement for additional information.

For IRS Use Only

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.                Schedule K-1 (Form 1065) 2006

DAA

PRLBL 10/15/2007 1:03 PM

**651106**
OMB No. 1545-0099

☐ Final K-1  ☐ Amended K-1

Partner# 2
Schedule K-1
(Form 1065)
Department of the Treasury
Internal Revenue Service

**2006**
For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ► See back of form and separate instructions.

### Part I: Information About the Partnership

A Partnership's employer identification number
22-3800350

B Partnership's name, address, city, state, and ZIP code
PRIVATE LABEL SOURCING, LLC
597 BROADWAY 2ND FLOOR
NEW YORK          NY 10012

C IRS Center where partnership filed return
Cincinnati, OH 45999-0011

D ☐ Check if this is a publicly traded partnership (PTP)
E ☐ Tax shelter registration number, if any _____
F ☐ Check if Form 8271 is attached

### Part II: Information About the Partner

G Partner's identifying number
Applied For

H Partner's name, address, city, state, and ZIP code
JETWELL GARMENTS, LT
576-586 CASTLE PEAK ROAD
CHEUNG SAH WAN
KOWLOON

I ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member
J ☐ Domestic partner   ☒ Foreign partner

K What type of entity is this partner? **Corporation**

L Partner's share of profit, loss, and capital:

|          | Beginning    | Ending       |
|----------|--------------|--------------|
| Profit   | 50.000000 %  | 50.000000 %  |
| Loss     | 50.000000 %  | 50.000000 %  |
| Capital  | 50.811100 %  | 50.811100 %  |

M Partner's share of liabilities at year end:
Nonrecourse ................ $_____
Qualified nonrecourse financing ........ $_____
Recourse .................. $ 1,698,386

N Partner's capital account analysis:
Beginning capital account ........ $ -552,891
Capital contributed during the year ...... $_____
Current year increase (decrease) ...... $ -415,529
Withdrawals & distributions ........ $(_____)
Ending capital account .......... $ -968,420

☒ Tax basis  ☐ GAAP  ☐ Section 704(b) book
☐ Other (explain)

### Part III: Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| 1 | Ordinary business income (loss) -376,043 | 15 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | 16 | Foreign transactions |
| 4 | Guaranteed payments | | |
| 5 | Interest income | | |
| 6a | Ordinary dividends | | |
| 6b | Qualified dividends | | |
| 7 | Royalties | | |
| 8 | Net short-term capital gain (loss) | | |
| 9a | Net long-term capital gain (loss) | 17 | Alternative minimum tax (AMT) items A    1 |
| 9b | Collectibles (28%) gain (loss) | | |
| 9c | Unrecaptured section 1250 gain | | |
| 10 | Net section 1231 gain (loss) | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | C* | STMT |
| 12 | Section 179 deduction | 19 | Distributions |
| 13 | Other deductions | | |
| | | 20 | Other information |
| | | W* | STMT |
| 14 | Self-employment earnings (loss) C  1,081,079 | | |

\* See attached statement for additional information.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.          Schedule K-1 (Form 1065) 2006

DAA