PRLBL 10/15/2007 1:03 PM

651106

| | | |
|---|---|---|
| ☐ Final K-1 | ☐ Amended K-1 | OMB No. 1545-0099 |

**Partner# 2**
**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2006**

For calendar year 2006, or tax
year beginning _____
ending _____

**Partner's Share of Income, Deductions, Credits, etc.** ▶ See back of form and separate instructions.

### Part I — Information About the Partnership

**A** Partnership's employer identification number
**22-3800350**

**B** Partnership's name, address, city, state, and ZIP code
**PRIVATE LABEL SOURCING, LLC**
**597 BROADWAY 2ND FLOOR**
**NEW YORK                 NY 10012**

**C** IRS Center where partnership filed return
**Cincinnati, OH 45999-0011**

**D** ☐ Check if this is a publicly traded partnership (PTP)
**E** ☐ Tax shelter registration number, if any _____
**F** ☐ Check if Form 8271 is attached

### Part II — Information About the Partner

**G** Partner's identifying number
**Applied For**

**H** Partner's name, address, city, state, and ZIP code
**JETWELL GARMENTS, LT**
**576-586 CASTLE PEAK ROAD**
**CHEUNG SAH WAN**
**KOWLOON**

**I** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member
**J** ☐ Domestic partner   ☒ Foreign partner

**K** What type of entity is this partner? **Corporation**

**L** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 50.000000 % | 50.000000 % |
| Loss | 50.000000 % | 50.000000 % |
| Capital | 50.811100 % | 50.811100 % |

**M** Partner's share of liabilities at year end:
Nonrecourse ................ $ _____
Qualified nonrecourse financing ........ $ _____
Recourse ................ $ **1,698,386**

**N** Partner's capital account analysis:
Beginning capital account ........ $ **-552,891**
Capital contributed during the year .... $ _____
Current year increase (decrease) ...... $ **-415,529**
Withdrawals & distributions ........ $ ( _____ )
Ending capital account ............ $ **-968,420**

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

### Part III — Partner's Share of Current Year Income, Deductions, Credits, and Other Items

| | | | | |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) **-376,043** | | 15 | Credits |
| 2 | Net rental real estate income (loss) | | | |
| 3 | Other net rental income (loss) | | 16 | Foreign transactions |
| 4 | Guaranteed payments | | | |
| 5 | Interest income | | | |
| 6a | Ordinary dividends | | | |
| 6b | Qualified dividends | | | |
| 7 | Royalties | | | |
| 8 | Net short-term capital gain (loss) | | | |
| 9a | Net long-term capital gain (loss) | | 17 | Alternative minimum tax (AMT) items |
| | | | A | 1 |
| 9b | Collectibles (28%) gain (loss) | | | |
| 9c | Unrecaptured section 1250 gain | | | |
| 10 | Net section 1231 gain (loss) | | 18 | Tax-exempt income and nondeductible expenses |
| 11 | Other income (loss) | | C* | STMT |
| | | | 19 | Distributions |
| 12 | Section 179 deduction | | | |
| 13 | Other deductions | | 20 | Other information |
| | | | W* | STMT |
| 14 | Self-employment earnings (loss) | | | |
| C | 1,081,079 | | | |

* See attached statement for additional information.

For Privacy Act and Paperwork Reduction Act Notice, see Instructions for Form 1065.                                    Schedule K-1 (Form 1065) 2006

DAA

Schedule K-1 (Form 1065) 2006 | Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

1. **Ordinary business income (loss).** You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows:

| | Report on |
|---|---|
| Passive loss | See the Partner's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

2. **Net rental real estate income (loss)** — See the Partner's Instructions
3. **Other net rental income (loss)**
   - Net income — Schedule E, line 28, column (g)
   - Net loss — See the Partner's Instructions
4. **Guaranteed payments** — Schedule E, line 28, column (j)
5. **Interest income** — Form 1040, line 8a
6a. **Ordinary dividends** — Form 1040, line 9a
6b. **Qualified dividends** — Form 1040, line 9b
7. **Royalties** — Schedule E, line 4
8. **Net short-term capital gain (loss)** — Schedule D, line 5, column (f)
9a. **Net long-term capital gain (loss)** — Schedule D, line 12, column (f)
9b. **Collectibles (28%) gain (loss)** — 28% Rate Gain Worksheet, line 4 (Schedule D Instructions)
9c. **Unrecaptured section 1250 gain** — See the Partner's Instructions
10. **Net section 1231 gain (loss)** — See the Partner's Instructions
11. **Other income (loss)**

| Code | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Partner's Instructions |
| B | Involuntary conversions | See the Partner's Instructions |
| C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub. 535 |
| E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| F | Other income (loss) | See the Partner's Instructions |

12. **Section 179 deduction** — See the Partner's Instructions
13. **Other deductions**

| Code | | |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Partner's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Investment interest expense | Form 4952, line 1 |
| H | Deductions-royalty income | Schedule E, line 18 |
| I | Section 59(e)(2) expenditures | See the Partner's Instructions |
| J | Deductions-portfolio (2% floor) | Schedule A, line 22 |
| K | Deductions-portfolio (other) | Schedule A, line 27 |
| L | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| M | Educational assistance benefits | See the Partner's Instructions |
| N | Dependent care benefits | Form 2441, line 12 |
| O | Preproductive period expenses | See the Partner's Instructions |
| P | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| Q | Pensions and IRAs | See the Partner's Instructions |
| R | Reforestation expense deduction | See the Partner's Instructions |
| S | Domestic production activities information | See Form 8903 instructions |
| T | Qualified production activities income | Form 8903, line 7 |
| U | Employer's W-2 wages | Form 8903, line 13 |
| V | Other deductions | See the Partner's Instructions |

14. **Self-employment earnings (loss)**
   **Note.** If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| B | Gross farming or fishing income | See the Partner's Instructions |
| C | Gross non-farm income | See the Partner's Instructions |

15. **Credits**

| Code | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) | |
| B | Low-income housing credit (other) | |
| C | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| D | Other rental real estate credits | |
| E | Other rental credits | |
| F | Undistributed capital gains credit | Form 1040, line 70; check box a |
| G | Credit for alcohol used as fuel | See the Partner's Instructions |
| H | Work opportunity credit | |
| I | Welfare-to-work credit | See the Partner's Instructions |
| J | Disabled access credit | |

| Code | | Report on |
|---|---|---|
| K | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| L | Credit for increasing research activities | |
| M | New markets credit | See the Partner's Instructions |
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | Form 1040, line 64 |
| P | Other credits | See the Partner's Instructions |

16. **Foreign transactions**

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at partner level | |

Foreign gross income sourced at partnership level

| | | |
|---|---|---|
| D | Passive | |
| E | Listed categories | Form 1116, Part I |
| F | General limitation | |

Deductions allocated and apportioned at partner level

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

Deductions allocated and apportioned at partnership level to foreign source income

| | | |
|---|---|---|
| I | Passive | |
| J | Listed categories | Form 1116, Part I |
| K | General limitation | |

Other information

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Partner's Instructions |

17. **Alternative minimum tax (AMT) items**

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | See the Partner's Instructions and the Instructions for Form 6251 |
| C | Depletion (other than oil & gas) | |
| D | Oil, gas, & geothermal-gross income | |
| E | Oil, gas, & geothermal-deductions | |
| F | Other AMT items | |

18. **Tax-exempt income and nondeductible expenses**

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | See the Partner's Instructions |
| C | Nondeductible expenses | See the Partner's Instructions |

19. **Distributions**

| | | |
|---|---|---|
| A | Cash and marketable securities | See the Partner's Instructions |
| B | Other property | See the Partner's Instructions |

20. **Other information**

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Fuel tax credit information | Form 4136 |
| D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| E | Basis of energy property | See the Partner's Instructions |
| F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| H | Recapture of investment credit | Form 4255 |
| I | Recapture of other credits | See the Partner's Instructions |
| J | Look-back interest-completed long-term contracts | Form 8697 |
| K | Look-back interest-income forecast method | Form 8866 |
| L | Dispositions of property with section 179 deductions | |
| M | Recapture of section 179 deduction | |
| N | Interest expense for corporate partners | |
| O | Section 453(l)(3) information | |
| P | Section 453A(c) information | See the Partner's Instructions |
| Q | Section 1260(b) information | |
| R | Interest allocable to production expenditures | |
| S | CCF nonqualified withdrawals | |
| T | Information needed to figure depletion-oil and gas | |
| U | Amortization of reforestation costs | |
| V | Unrelated business taxable income | |
| W | Other information | |

DAA

```
PRLBL  PRIVATE LABEL SOURCING, LLC                              10/15/2007  1:03 PM
22-3800350                    Partner Statements
FYE: 12/31/2006          PRIVATE LABEL SOURCING, LLC
                              Schedule K-1
```

Partner #: 2

Partner Name: JETWELL GARMENTS, LT                          SSN/EIN: Applied For

### Schedule K-1, Line 18 - Tax-Exempt Income and Nondeductible Expenses

| Code | Description | Amount |
|---|---|---|
| C | OFFICER LIFE INSURANCE | $ 12,532 |
| C | 30% AUTOMOBILE LEASE | 2,925 |
| C | Nondeductible Meals and Entertainment | 3,985 |

### Schedule K-1, Line 20W - Additional Supplemental Information

| Description | |
|---|---|
| Additional Alternative Minimum Tax Information: | |
| AMT Total Depreciation | 21,698 |
| ACE Post-1993 property depreciation | 18,848 |

| | | |
|---|---|---|
| PRLBL  PRIVATE LABEL SOURCING, LLC | | 10/15/2007  1:03 PM |
| 22-3800350    **Analysis of Partner's K-1, Current Year Inc (Dec)** | | |
| FYE: 12/31/2006              **PRIVATE LABEL SOURCING, LLC** | | |

Partner #:        2

Partner Name:    JETWELL GARMENTS, LT

Items Included in Current Year Inc (Dec):

Schedule K Additions:
  Ordinary Income\Loss                                              $    -376,043
                                                    Subtotal            -376,043

Schedule M-1 Additions:
  Book-Tax Amortization Difference                                           500
                                                    Subtotal                 500

Schedule M-1 Subtractions:
  Book-Tax Depreciation Difference                                        20,544
  Meals & Entertainment                                                    3,985
  Book Expenses Not Deducted On Tax Return:
    OFFICER LIFE INSURANCE                                                12,532
    30% AUTOMOBILE LEASE                                                   2,925
                                                    Subtotal              39,986

Total per Schedule K-1, Current Year Inc (Dec)                    $    -415,529

PRLBL 10/15/2007 1:03 PM
Partner# 2

| | | |
|---|---|---|
| Schedule **K-1** | **Partner's Basis Worksheet, Page 1** | **2006** |
| | For calendar year 2006, or tax year beginning _____ , and ending _____ | |

| Partnership Name | Employer Identification Number |
|---|---|
| PRIVATE LABEL SOURCING, LLC | 22-3800350 |

| Partner's Name | Taxpayer Identification Number |
|---|---|
| JETWELL GARMENTS, LT | Applied For |

| | |
|---|---:|
| **Beginning of year** | 0 |
| **Increases:** | |
|   Capital contributions: | |
|     Cash | |
|     Property (adjusted basis) | |
|   Increase in share of partnership liabilities | 1,698,386 |
|   "Excess" depletion | |
|   Income items: | |
|     Ordinary income | |
|     Net income from rental real estate activities | |
|     Net income from other rental activities | |
|     Interest | |
|     Dividends | |
|     Royalties | |
|     Net short-term capital gain | |
|     Net long-term capital gain | |
|     Other portfolio income | |
|     Net gain under Section 1231 | |
|     Other income | |
|     Tax-exempt interest and other income | |
|   Other increases: | |
| **Distributions:** | |
|   Cash | |
|   Property (adjusted basis) | |
|   Decrease in share of partnership liabilities | |
| **Subtotal** | 1,698,386 |
| **Decreases:** | |
|   Nondeductible noncapital expenses | 19,442 |
|   Deductible items: | |
|     Ordinary loss | 376,043 |
|     Net loss from rental real estate activities | |
|     Net loss from other rental activities | |
|     Royalties | |
|     Net short-term capital loss | |
|     Net long-term capital loss | |
|     Other portfolio loss | |
|     Net loss under Section 1231 | |
|     Other losses | |
|     Charitable contributions | |
|     Section 179 expense | |
|     Deductions related to portfolio income | |
|     Other deductions | |
|     Interest expense on investment debts | |
|     Foreign taxes | |
|     Section 59(e) expenses | |
|   Depletion | 395,485 |
|   Other decreases: | |
| **End of year** | 1,302,901 |

*Note to partner: This worksheet was prepared based on partnership records. Please consult with your tax advisor for adjustments.

PRLBL 10/15/2007 1:03 PM

Partner# 2

**SCHEDULE NJK-1**
(Form NJ-1065)
**2006**

# STATE OF NEW JERSEY
# PARTNER'S SHARE OF INCOME

For Calendar Year 2006, or Fiscal Year Beginning _____ and ending _____

## PART I — General Information

| | |
|---|---|
| Partner's SS # or Federal EIN: **Applied For** | Partnership's Federal EIN: **22-3800350** |
| Partner's Name: **JETWELL GARMENTS, LT** | Partnership's Name: **PRIVATE LABEL SOURCING, LLC** |
| Street Address: **576-586 CASTLE PEAK ROAD CHEUNG SAH WAN** | Partnership's Street Address: **597 BROADWAY 2ND FLOOR** |
| City: **KOWLOON**  State: __  Zip Code: __ | City: **NEW YORK**  State: **NY**  Zip Code: **10012** |

What type of entity is partner? (see instructions) **FC** Code

Date Partner's Interest in Partnership began: **7/01/01** (Month Day Year)

☐ Final NJK-1   ☐ Hedge Fund
☐ Amended NJK-1  ☐ Member of Composite Return

Enter Partner's percentage of:

| | (i) Before Decrease or Termination | (ii) End of year |
|---|---|---|
| Profit Sharing | 50.000000% | 50.000000% |
| Loss Sharing | 50.000000% | 50.000000% |
| Capital Ownership | 50.811100% | 50.811100% |

## PART II — Income Information

| Income Classifications | A. Total Distribution | NJ-1040 Filers Enter Amounts on Line Shown Below | B. New Jersey Source Amounts | NJ-1040NR Filers |
|---|---|---|---|---|
| 1. Partnership Income (loss) | -379,778 | | -7,862 | |
| 2. Net Guaranteed Payments | | | | |
| 3. Partner's 401(k) Contribution | | | | |
| 4. Distributive Share of Partnership Income (loss) (Line 1 plus Line 2 minus Line 3) | -379,778 | Line 20, Page 2 | -7,862 | Line 22, Page 1 |
| 5. Pension | | Line 19a, Page 2 | | |

## PART III — Partner's Information

| | | |
|---|---|---|
| 1. Nonresident Partner's Share of NJ Tax | | 0 |
| 2. Partner's HEZ Deduction | | |
| 3. Partner's Sheltered Workshop Tax Credit | | |

## PART IV — Supplemental Information (Attach Schedule)

**THIS FORM MAY BE REPRODUCED**

PRLBL 10/15/2007 1:03 PM
Partner# 2

# NY Partner's Share of Modifications, Credits, Etc Worksheet

Form **IT-204**
Schedule K-1       For calendar year 2006, or fiscal year beginning                    and ending

**2006**

| Partner's identifying number | Applied For | Partnership's identifying number | 22-3800350 |

Partner's name, address, and ZIP code
JETWELL GARMENTS, LT
576-586 CASTLE PEAK ROAD
CHEUNG SAH WAN
KOWLOON

Partnership's name, address, and ZIP code
PRIVATE LABEL SOURCING, LLC
597 BROADWAY 2ND FLOOR
NEW YORK              NY  10012

|  |  |  | Partner's percentage of: | Beginning of Year | End of Year |
|---|---|---|---|---|---|
| Composite filer - New York State |  | Nonresident  X |  |  |  |
| Taxes paid - New York State |  | Resident | Profit sharing | 50.000000 % | 50.000000 % |
| Composite filer - Yonkers |  | Final | Loss sharing | 50.000000 % | 50.000000 % |
| Taxes paid - Yonkers |  | Amended | Ownership of capital | 50.811100 % | 50.811100 % |

### Part 1 - Partners' NY modifications

9   New York State additions ............................................. See Statement ........  250.
10  New York State subtractions ...........................................................
11  Additions to federal itemized deductions ..............................................
12  Subtractions from federal itemized deductions .........................................

### Part 2 - Partners' credit information

15  Investment credit
16  Research and development property - investment credit
17  Addback of investment credit on early dispositions
18  Defibrillator credit
19  Investment credit for the financial services industry
20  Addback of investment credit on early dispositions for the financial services industry
21  Credit for employment of persons with disabilities
22  Special additional mortgage recording tax credit
23  Alternative fuels credit
24  Addback of alternative fuels credit on early dispositions
25  Empire State film production credit
26  Industrial or manufacturing business (IMB) credit
27  Low income housing credit
28  Green building credit
29  Long-term care insurance credit
30  EZ wage tax credit
31  Site preparation credit component
32  Tangible property credit component
33  On-site groundwater remediation credit component
34  Addback of brownfield redevelopment tax credit
35  Claim for remediated brownfield credit for real property taxes
36  Addback of remediated brownfield credit for real property taxes
37  Claim for environmental remediation insurance credit
38  Addback of environmental remediation insurance credit
39  EZ capital tax credit for investments in certified EZ business
40  EZ capital tax credit for monetary contributions to EZ development projects
41  EZ investment tax credit and EZ employment incentive credit
42  QEZE credit for real property taxes
43  QEZE employment increase factor
44  QEZE zone allocation factor
45  QEZE benefit period factor
46  Addback of QEZE credit for real property taxes
47  EZ-ITC and EZ-EIC for the financial services industry
48  Addback of EZ capital tax, EZ-ITC, and EZ-EIC
49  Addback of EZ-ITC and EZ-EIC for the financial services industry

```
PRLBL 10/15/2007 1:03 PM
 Partner# 2              JETWELL GARMENTS, LT
Sch K-1 (Form IT-204) 2006   PRIVATE LABEL SOURCING, LLC           22-3800350                    Page 2
```

**Part 2 - Partners' credit information** (continued)

50 QETC employment credit
51 QETC capital tax credit
52 QETC facilities, operations, and training credit
53 Addback of QETC capital tax credit and low-income housing credit
54 Security officer training credit
55 Total acres of qualified agricultural property
56 Total acres of qualified conservation property
57 Total amount of eligible taxes paid
58 Total acres of qualified agricultural property converted to nonqualified use
59 Claim for fuel cell electric generating equipment credit
60 Conservation easement credit
61 Biofuel production credit
62 Clean heating fuel credit
63 Handicapped-accessible taxicabs and livery service vehicles credit

**Part 3 - Income and deductions allocated to New York**

64 Ordinary income (loss) from trade or business activities ............................... -368,259.
65 Net income or loss for New York rental real estate activities
66 Net income or loss from other rental activities
67 Portfolio income (loss)
68 Guaranteed payments to partners
69 Net gain (loss) under IRC section 1231
70 Other income
71 Expense deduction for property under IRC section 179
72 Deductions related to portfolio income
73 Other deductions
74 Tax preference items for minimum tax          See Statement                           1.
75 New York adjustments to federal tax preference items
76 Investment interest expense
77 Other items not included above that are required
   to be reported separately to partners

| Corporate Partner's Business Allocation Information | New York State | Everywhere |
|---|---|---|
| **Average value of property** | | |
| Real estate owned | | |
| Inventories owned | 92,426. | 92,426. |
| Personal property owned | | |
| Property rented | 879,040. | 943,364. |
| **Receipts in the regular course of business** | | |
| Sales of tangible personal property allocated to NY state | 5,411,059. | |
| All sales of tangible personal property | | 5,411,059. |
| Services performed | | |
| Other business receipts | 90,058. | 90,058. |
| **Payroll** | | |
| Wages and other compensation of employees | 518,471. | 518,471. |

| Corporate Partner's Investment Allocation Information | Average Value | Liabilities Attributed To Investment Capital | Issuer's Allocation Percentage |
|---|---|---|---|
| Corporate and governmental debt instruments | | | |
| Corp stock, stock rights, stock warrants, and stock options | | | |
| Cash | | | |

## Supplemental Information

| PRLBL  PRIVATE LABEL SOURCING, LLC | 10/15/2007  1:03 PM |
|---|---|
| 22-3800350  **NY Partner Statements** | |
| FYE: 12/31/2006  **PRIVATE LABEL SOURCING, LLC** | |
| **Schedule K-1** | |

Partner #:       2
Partner Name:    JETWELL GARMENTS, LT                                    SSN/EIN:  Applied For

### Form IT-204, Schedule K-1, Line 9 - New York State Additions

| Code | Description | Amount |
|---|---|---|
| A-1 | Personal income and unincorporated business taxes | $ 250 |

### Form IT-204, Schedule K-1, Line 73 - Tax Preference Items for Minimum Tax

| Description | Amount |
|---|---|
| Depr Adjmt Prop Serv Aft 1986 | $ 1 |

PRLBL 10/15/2007 1:03 PM
Partner# 2

## NYC Partner's Share of Modifications Worksheet

Form **NYC-204**
Schedule K-1

**2006**

For calendar year 2006, or fiscal year beginning _____ and ending _____

| Partner's identifying number | Applied For | Partnership's identifying number | 22-3800350 |

Partner's name, address, and ZIP code
JETWELL GARMENTS, LT
576-586 CASTLE PEAK ROAD
CHEUNG SAH WAN
KOWLOON

Partnership's name, address, and ZIP code
PRIVATE LABEL SOURCING, LLC
597 BROADWAY 2ND FLOOR
NEW YORK          NY   10012

Amended ☐     Final ☐
Resident ☐    Nonresident ☒

| Partner's percentage of: | Beginning of Year | End of Year |
|---|---|---|
| Profit sharing | 50.000000 % | 50.000000 % |
| Loss sharing | 50.000000 % | 50.000000 % |
| Ownership of capital | 50.811100 % | 50.811100 % |

### Additions

| | | |
|---|---|---|
| 13 | All income taxes and unincorporated business taxes | 250. |
| 14a | Sales and use tax credit | |
| 14b | Relocation credits | |
| 14c | Expenses related to exempt income | |
| 14d | Depreciation adjustments | |
| 14e | Exempt activities | |
| 15 | Other additions | |
| | Total additions | 250. |

### Subtractions

| | | |
|---|---|---|
| 17 | All income tax and unincorporated business tax | |
| 18 | Sales and use tax refunds from vendors or NY State | |
| 19 | Wages and salaries subject to federal jobs credit | |
| 20 | Depreciation adjustment | |
| 21 | Exempt income | |
| 22 | 50% of dividends | |
| 23 | Exempt activities | |
| 24 | Other subtractions | |
| | Total subtractions | |

### Credit for UBT Paid

Form NYC-204, line 19
Form NYC-204, line 21
Form NYC-204, line 25
Form NYC-204, lines 22 and 24a through 24d
Percentage of Total Distributive Shares (NYC-204, Sch C, Col 4)

### Allocation Percentages - Nonresident Partners Only

Business allocation percentage ................ 97.93000 %
Investment allocation percentage .............. _____ %
NYC allocated income .......................... _____

## Supplemental Information

_____
_____
_____
_____
_____