# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 4th day of June, 2008, deponent served a true copy of the annexed **NOTICE OF MOTION, DECLARATION OF PHILIP A. BYLER, ESQ. IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGEMENT DISMISSING DEFENDANT SECOND SKIN, LLC, DECLARATION OF CHRISTINE DENTE IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGEMENT DISMISSING DEFENDANT SECOND SKIN, LLC, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGEMENT DISMISSING DEFENDANT SECOND SKIN, LLC, LOCAL RULE 56.1 STATEMENT OF UNDISPUTED FACTS** which was retrieved by a messenger of Defendants' choosing at the offices of Nesenoff & Miltenberg, located at 363 Seventh Avenue, Fifth Floor, New York, New York 10001 by 5:00 p.m. on such date.

TO:    **LAW OFFICES OF ERIC J. GRANNIS**
         Attn.: Eric J. Grannis, Esq.
         620 Fifth Avenue
         New York, New York 10020

_____
**Marianna Bediner**

Sworn to before me this
4th day of June, 2008

_____
**NOTARY PUBLIC**

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 20 10