# NESENOFF & MILTENBERG, LLP

ATTORNEYS AT LAW

363 SEVENTH AVENUE
FIFTH FLOOR
NEW YORK, NEW YORK 10001-3904

TELEPHONE (212) 736-4500
TELECOPIER (212) 736-2260

IRA S. NESENOFF
ANDREW T. MILTENBERG

PHILIP A. BYLER
ALAN M. SHECTMAN
SHARI S. LASKOWITZ
LAINE A. ARMSTRONG
MEGAN S. GODDARD
ANDREW B. PLOTKIN

PARALEGAL

TANYA C. SIMMONS

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

**June 9, 2008**

**VIA FACSIMILE and
UPS OVERNIGHT MAIL**
The Honorable Harold Baer
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street - Room 2230
New York, New York 10007

> Re:    *Atateks Foreign Trade Ltd, et. al. v. Private Label Sourcing, LLC, et. al.*
>        **Index No. 07 Civ. 6665 (S.D.N.Y.)(HB)**

**Dear Judge Baer:**

We are the attorneys for the defendant Private Label Sourcing, LLC ("PLSL"), and the defendant Second Skin, LLC ("Second Skin") (collectively "Defendants") in the above-referenced action. As Your Honor may recall, this case is schedule for trial in August 2008. By Stipulation and Order filed April 30, 2008, we and counsel for the plaintiffs Atateks Foreign Trade Ltd, Jordan and Atateks Dis Ticaret, A.S. ("Plaintiffs") entered into a discovery and motion briefing schedule. The Stipulation and Order was So Ordered by Your Honor on May 5, 2008. Pursuant to this Stipulation and Order, Motions for Summary Judgment were due to be served and filed on June 3, 2008, opposition papers shall be served and filed by June 10, 2008, and reply papers shall be served and filed by June 12, 2008. As ordered, Defendants served and filed their Motion for Summary Judgment on June 3, 2008. We have spoken with Plaintiffs' counsel who has indicated that he will serve and file his opposition to Defendants' Motion for Summary Judgment by June 10, 2008 as ordered.

We write to you now to request a brief extension of time for Defendants to serve and file their reply in further support of the Motion for Summary Judgement.

As indicated above, Defendants' reply is due to be served and filed on June 12, 2008. However, Andrew T. Miltenberg and Laine A. Armstrong are engage engaged in a jury trial before

Page -2-

Judge Rachel N. Davidson, J.S.C. of the Superior Court of New Jersey, Essex County, Law Division in the matter of <u>Santini v Gelb</u>, Docket No: L-5738-04. Judge Davidson swore the jury on June 5, 2008, and the presentation of evidence is scheduled to begin on June 11, 2008 at 9:00 a.m. We anticipate that the trial will last until the week of June 30, 2008 through July 3, 2008. Judge Davidson can be contacted at the Historic Courthouse, Rm 312, 470 Dr. Martin Luther King, Jr., Blvd., Newark, New Jersey 07102, (973) 693-6716, if Your Honor should wish to confirm these details. In addition, I am engaged in trial before the Supreme Court, Nassau County in the matter of <u>Seattle Pacific v Golden Valley Realty</u>, Index No. 8188/2004. We selected a jury in <u>Seattle Pacific</u> on June 5, 2008, and are scheduled to be assigned to a judge and commence opening statements on June 11, 2008. The Nassau County Clerk of Court can be contacted to confirm these details at (516) 571-2904.

As all three attorneys familiar with the above-captioned action will be actively engaged in trial on June 11 through June 12, 2008, the days designated for Defendants to prepare their reply in further support of Defendants' Motion for Summary Judgment, we very respectfully request that Defendants be permitted an extension of time, until Monday, June 16, 2008, to serve and file said reply. We have consulted with Plaintiffs' counsel, Eric J. Grannis, and he does not object to this request.

Thank you for your consideration.

Respectfully submitted,
NESENOFF & MILTENBERG, LLP.

Philip A. Byler, Esq. (1234)

cc: Eric J. Grannis, Esq.
Andrew T. Miltenberg, Esq.
Laine Armstrong, Esq.