**EXHIBIT A**

| | |
|---|---|
| From: | christine@prvtlabel.com |
| Sent: | Monday, November 06, 2006 1:48 PM |
| To: | ilhan@atateks.com.tr; bahar@atateks.com.tr; imer@basul.com.tr |
| Cc: | gizem@basul.com.tr; nilda@prvtlabel.com |
| Subject: | atateks payment schedule |

Hello,

Ilhan, I am extremely disappointed that I had to awake this morning only to come to find out that nothing has been done with respect to consigning
this shipment of 235,000 pcs and 19,500 pcs to Private Label. We clearly
discussed together on the phone that i would provide you with a payment schedule on my Monday. I assured you that you would have this payment schedule.
We are at a great disadvantage at the moment since we do not have the documents to correctly enter the shipment into customs and we need to ship these units to target by 11/8 (wednesday) so this needs to be addressed immediately with a release letter to our forwarder so that we can get the goods cleared and shipped to target. We do not even have enough time to work the freight and this is top urgent! If I cannot ship to Target, I cannot draw down with our factor in order to continue to repay you. I again will reiterate
that we are not having any financial difficulties! This is purely a cash
flow issue. it is 1:40pm ny time and we have lost half the day so pls send the letter to release the private label po's #34290/34289/34285 and 34286!

Belwo find the schedule for this shipment...

| | |
|---|---|
| 11/17 | $250,000.00 |
| 11/24 | $250,000.00 |
| 12/1 | $200,000.00 |
| 12/8 | $200,000.00 |
| 12/20 | $100,000.00 |
| 12/29 | $100,000.00 |
| 1/5 | $100,000.00 |

this covers approximately the first shipment. I worked on this since this
is the top priority! Also, this payment schedule is not taking into account any of the invoice rebates that are still owed to private label.

In reference to the other email recap that we discussed on the phone in reference to the Jordan situation i will work on this as advised to you on monday (later today and send to you tonight the recap for jordan situation).

As it relatest to our recap of the lace situation see above and in regards to the balance shipments i will work on the repayment schedule for balance p.o.s by the end of this week.

best regards,
Christine

1

**EXHIBIT B**

| | |
|---|---|
| From: | Bahar Akbulut [Bahar Akbulut/Atateks] |
| Sent: | Friday, July 21, 2006 5:49 AM |
| To: | Yasemin Uzelli; Arzu Odacioglu |
| Subject: | Fw: SS DEBIT NOTES |
| Attachments: | SECOND SKIN DEBIT NOTE 1006.xls; SECOND SKIN DEBIT NOTE 1005.xls; SECOND SKIN DEBIT NOTE 1004.xls; SECOND SKIN DEBIT NOTE 1003.xls; SECOND SKIN DEBIT NOTE 1001.xls; SECOND SKIN DEBIT NOTE 1002.xls |

```
bilginize
----- Forwarded by Bahar Akbulut/Atateks on 21.07.2006 11:48 -----


"imer basul" <imer@basul.com.tr>
21.07.2006 10:40


To
<bahar_akbulut@atateks.com.tr>
cc
"'Basul/Gizem Imgel'" <gizem@basul.com.tr>
Subject
FW: SS DEBIT NOTES




Bahar

Gelince konusuruz

From: Nilda Corchado [mailto:nilda@prvtlabel.com]
Sent: Friday, July 21, 2006 1:17 AM
To: IMER@BASUL.COM.TR; GIZEM@BASUL.COM.TR
Subject: SS DEBIT NOTES

Hi Imer,

As discussed the following are all the debit notes as discussed for second skin.   The
original debit notes and the backup have been sent via fed exp # 7004 0480 5797.

Pls confirm receipt and confirmation that the funds will be wired to Second Skin by 7/24
latest.

Thanks and best regards,
Nilda
```

1

**EXHIBIT C**

| | |
|---|---|
| From: | Bahar Akbulut [Bahar Akbulut/Atateks] |
| Sent: | Wednesday, July 26, 2006 9:29 AM |
| To: | Arzu Odacioglu |
| Cc: | Yuksel Halacoglu; Yasemin Uzelli |
| Subject: | Fw: Backup for Second Skin Debit Notes |
| Attachments: | 20060719124911.pdf; 20060719124932.pdf; 20060719125030.pdf; 20060719125054.pdf; 20060719125124.pdf; 20060719125152.pdf; 20060719125215.pdf; SECOND SKIN DEBIT NOTE 1006.xls; SECOND SKIN DEBIT NOTE 1004.xls; SECOND SKIN DEBIT NOTE 1005.xls; SECOND SKIN DEBIT NOTE 1001.xls; SECOND SKIN DEBIT NOTE 1002.xls; SECOND SKIN DEBIT NOTE 1003.xls |

buna bir bakip bana ne zaman  ödenecegini  de dair bilgi verir misiniz.


From: Nilda Corchado [mailto:nilda@prvtlabel.com]
Sent: Monday, July 24, 2006 10:14 PM
To: 'imer basul'
Subject: RE: Backup for Second Skin Debit Notes


Hi  Imer,

Attached is all the backup for the greige liability $ figure deducted… as well as the debit notes.  Christine needs confirmation that you will wire the approx $15,000 to second skin by tomrw.

Thanks and best regards,
Nilda


From: imer basul [mailto:imer@basul.com.tr]
Sent: Thursday, July 20, 2006 3:36 AM
To: 'Nilda Corchado'
Subject: RE: Backup for Second Skin Debit Notes

what is this


From: Nilda Corchado [mailto:nilda@prvtlabel.com]
Sent: Wednesday, July 19, 2006 7:59 PM
To: imer@basul.com.tr
Subject: Backup for Second Skin Debit Notes
Please note that this dollar figure needs to be paid before you leave Turkey.  Please confirm. Debit notes will be sent separately.

**EXHIBIT D**

**SECOND SKIN**
935 Sedgewick Ct.
Westfield, NJ 07090

# DEBIT NOTE # 1005

This debit note has been charged to your account

**DATE:** July 20, 2006

**DEBIT TO:**
BASUL TEKSTIL LTD / ATATEKS

ATTN; IMER BASUL

| REF # | DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|---|
| | Target Chargeback for Sort & Segregation of | | $ 596.80 |
| | merchandise under D16 PO #8505789 | | |
| | The container was not loaded to Target | | |
| | specifications | | |
| | | | |
| | *ALL SUPPORTING DOCUMENTS ATTACHED | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL | 0 | $ 596.80 |

for production / imports departments references

| STYLE # | P.O. # | S/A # | UNITS | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

for accounting use only

Voucher #

Voucher date

| G/L # | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Prepared by: JASMINE GUZMAN          Authorized by:

DATE: 02/14/2005

TARGET STORES (TARGET CORPORATION)
THIS IS AN INVOICE FOR PAYMENT OF AN IMPORT CLAIM

BASCO TEKSTIL LTD / PLC
ATTN : A PRIVATE LABEL
597 BROADWAY, 2ND FLOOR
NEW YORK NY 10012
PHONE: 212-233-9-08

IMPORT VN: 1095C90
DOM VN: 205C90

** THIS IS AN INVOICE FOR AN OPEN CLAIM THAT HAS BEEN FILED AGAINST YOUR COMPANY.
** THESE CHARGES MAY BE DEDUCTED FROM FUTURE INVOICES. IF YOU CHOOSE TO MAKE PAYMENT VIA OTHER MEANS PLEASE CONTACT US.

CLAIM # : 35045C50442
CLAIM TYPE : 528-SHRT & SEZ
BILL OF LADING : 0
# OF CARTONS : 0031491

DEPT # : 2316
PO # : 8505789
CONTAINER # : DOCU1168972
AUC BM OFFICE :

CLAIM COST BREAKOUT:  0.00

TOTAL CLAIM AMOUNT DUE:  $56.80  PLEASE FOLD HERE
COMMENT: Container not loaded per target specifications  644 1/10/46

**IF PAYING BY CHECK PLEASE MAKE PAYABLE TO:
    TARGET STORES

**PLEASE MAIL CHECK TO:
    TARGET IMPORT CLAIMS DEPARTMENT
    P.O. BOX 97
    MINNEAPOLIS, MN 55440-0097

    CONTACT: AMY STENNES
    PHONE : 763-440-5760

TO : BASUL TEKSTIL LTD / PLC
    ATTN : A PRIVATE LABEL
    597 BROADWAY, 2ND FLOOR
    NEW YORK NY 10012

*Handwritten notes:*
FYI: AKPERS,
PO # 8505789
CONTAINER LOAD
INCORRECT
STYLE 12,375
~~$725.00~~



NYK Logistics (Americas) Inc.
IWDC Division
2417 East Carson Street
Long Beach, CA 90810
Phone: (310) 522-2200
Fax: (310) 522-2222

6045050442

# INVOICE   #1095098

TO: TARGET CORP IMPORT CLAIMS
AMY STENNES
7000 TARGET PARKWAY MS-3351
BROOKLYN PARK, MN 55445

REMITTANCE

DATE: 1/30/2006
INVOICE: 2201710
TARGET-NYKN

| | QTY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SORT AND SEG CHARGES:<br>FOR VIRGINIA FACILITY<br><br>VESSEL/VOYAGE: PARIS EXPRESS V20<br><br>ETA: 01/14/06   FILE#: 644<br>CONTAINER NO.: POCU1148972<br>DEPT: 0016   P.O.# 8505789<br><br><br>NOTE: NO CONTAINER MANIFEST PROVIDED<br><br>PLEASE SEE ATTACHED BACK-UP DOCUMENTATION | 1492 | $ 0.40 | $ 596.80 |
| TOTAL AMOUNT DUE: | | | $ 596.80 |

THANK YOU FOR USING NYK LOGISTICS (AMERICAS) INC.



#644

220/210

(644)

**Target Corporation**
Exception Form for Sort and Seg

Unload Date: 1-20-06   Vessel: Paris Express   ETA: 1-18-06

Origin: _____   Voyage #: 20-06F

Container number: POCU 1148972

Vendor: _____   # of Cartons: 1492   Dept: 0016   PO #: 8505789

Vendor: _____   # of Cartons: _____   Dept: _____   PO #: _____

Vendor: _____   # of Cartons: _____   Dept: _____   PO #: _____

Vendor: _____   # of Cartons: _____   Dept: _____   PO #: _____

Vendor: _____   # of Cartons: _____   Dept: _____   PO #: _____

Vendor: _____   # of Cartons: _____   Dept: _____   PO #: _____

Vendor: _____   # of Cartons: _____   Dept: _____   PO #: _____

Vendor: _____   # of Cartons: _____   Dept: _____   PO #: _____

Total cartons that require Sort and Seg: 1492

Charge per Carton: .40   Total Charge: 596.80

Please check all that may apply:

___ Mixed nose of container
✓ Mixed middle of container
✓ Mixed rear of container

Clearly explain how container was loaded:
mixed item #s

Please include all of the following for backup:

✓ Copy of the Load Plan or the Container Manifest
✓ Picture of the door with the container number
✓ Picture close enough to read the carton markings on at least 2 consecutive cartons with different item numbers
✓ Picture from a distance showing several cartons

How long did it take to handle this exception? 8 hrs

9/12 SS Cork 1/0

## TARGET TALLY SHEET
### Inbound Tally Sheet — OK TO SHIP

TIME START: __/__:__/__  TIME FINISH: __/__:__/__  YEAR: _____  ETA: 01/14/2036

LDS — PARIS EXPRESS  V. 20-ORF

JAN 2 4 2036

| CONTAINER | SEQ | PO | Dept | Item | Cls | CTNS | 551 | 552 | 553 | 554 | 555 | 556 | 557 | 558 | 559 | 560 | 578 | 579 | 580 | 587 | 588 | 589 | 590 | 593 | 594 | 600 | 3801 | 3802 | 3803 | 3804 | 3807 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| POCU148972 | 1 | 8505789 | 0015 | 5005 | 01 | 13 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | | | | | | | | | |
| POCU148972 | 2 | 8505789 | 0016 | 5206 | 01 | 103 | 2 | 4 | 5 | 5 | 6 | 6 | 7 | 13 | 15 | 5 | | | | | | | | | | | | | | | |
| POCU148972 | 3 | 8505789 | 0016 | 5007 | 01 | 181 | 6 | 7 | 7 | 9 | 9 | 9 | 9 | 6 | 8 | 7 | 4 | 4 | | | | | | | | | | | | | |
| POCU148972 | 4 | 8505789 | 0015 | 5008 | 01 | 34 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | | | | | | | | | | | | |
| POCU148972 | 5 | 8505789 | 0016 | 5009 | 01 | 3 | | | 1 | 1 | 1 | | | | | | | | | | | | | | | | | | | | |
| POCU148972 | 6 | 8505789 | 0016 | 5011 | 01 | 89 | 3 | 4 | 4 | 4 | 5 | 4 | 5 | 5 | 6 | 4 | 3 | 4 | 2 | | | | | | | | | | | | |
| POCU148972 | 7 | 8505789 | 0016 | 5012 | 01 | 154 | 5 | 6 | 6 | 7 | 7 | 6 | 7 | 7 | 7 | 10 | 5 | 6 | 6 | | | | | | | | | | | | |
| POCU148972 | 8 | 8505789 | 0016 | 5014 | 01 | 2 | | | | | | 1 | | 1 | | | | | | | | | | | | | | | | | |
| POCU148972 | 9 | 8505789 | 0016 | 5015 | 01 | 67 | 2 | 2 | 3 | 3 | 3 | 3 | 3 | 3 | 4 | 2 | 3 | | | | | | | | | | | | | | |
| POCU148972 | 10 | 8505789 | 0016 | 5016 | 01 | 260 | 9 | 11 | 11 | 12 | 14 | 13 | 14 | 20 | 18 | 9 | 16 | 12 | | | | | | | | | | | | | |
| POCU148972 | 11 | 8505789 | 0016 | 5017 | 01 | 420 | 13 | 17 | 18 | 19 | 20 | 19 | 22 | 32 | 28 | 14 | 17 | 16 | 12 | | | | | | | | | | | | |
| POCU148972 | 12 | 8505789 | 0013 | 5018 | 01 | 124 | 5 | 6 | 6 | 6 | 6 | 6 | 6 | 8 | 9 | 4 | 4 | 5 | 4 | | | | | | | | | | | | |
| POCU148972 | 13 | 8505789 | 0016 | 5219 | 01 | 37 | 3 | 1 | 1 | 2 | 2 | 2 | 2 | 2 | 2 | 1 | 1 | 1 | 1 | | | | | | | | | | | | |

S/S

# TARGET TALLY SHEET

**Inbound Tally Sheet**

PARIS EXPRESS

V. 20-ORF

TIME START: __/__/__/__  TIME FINISH: __/__/__/__  TEAM: _____

ETA: 01/14/2006

414

| CONTAINER | SEQ | PO | Dept | Item | Cls | CTNS | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 551 | 552 | 553 | 554 | 555 | 556 | 557 | 558 | 559 | 560 | 570 | 579 | 580 | 587 | 588 | 589 | 590 | 593 | 594 | 8600 | 3801 | 3802 | 3803 | 3804 | 3807 |

TOTAL: 1492

ACTUAL CNTR#: POCU 1148272    SEAL#: PNU 3783544    VERIFIED BY: Felipe    DOCK #: 208

NAME: Felipe                        NAME: _____

SHIFT: 3                            SHIFT: _____
DATE: 01-20-06                      DATE: _____
START TIME: 9:30                    START TIME: _____
FINISH TIME: 2:30                   FINISH TIME: _____
TOTAL HOURS: _____                 TOTAL HOURS: _____
TOTAL MANHOURS: _____              TOTAL MANHOURS: _____
CARTONS UNLOADED: 1492              CARTONS UNLOADED: _____
TOTAL ITEMS UNLOADED: 13            TOTAL ITEMS UNLOADED: _____

POCU1148272

261152

TARGET                              Page 11 of 13

**EXHIBIT E**



SibelEren@hsbc.com.tr    To   ozlemyilmaz@atateks.com.tr
15.09.2006 16:44    cc   CigdemTogar@atateks.com.tr
                     bcc
               Subject   Re: sibel hnfaxladınız mı? Hala gelmedi de?

```
Basic Header   : F 01 HSBCTRIXA956 HSBC BANK(USA) NYK 0000 000000
Application Header : I 103 MRMDUS33XXXX HSBC BANK(USA) NYK N
     -----------------------------------------------------------
:20: Transaction Reference Number
     6.712.17.2034 -
:23B: Bank Operation Code
      CRED -
:32A: Date and Amount
      060914USD10000,00 -
:33B: Amount
      USD10000, -
:50K: Ordering Customer
      /712101423477001 -
      IHSAN
      ARSLAN
:53B: Sender's Correspondent
      /000152480 -
:57D: Account With Institution
      //FW021200339 -
      BANK OF AMERICA
:59: Beneficiary customer
     /9511478947 -
     SECOND SKIN LLC

:71A: Details of Charges
      SHA -
      -}
```

*Handwritten note:* Sn. BAHAR Hn / 14/09/2006 da yapılan 10.000 USD'lık Christine Dentk (Second Skin LLC) ödemesinin swiftidir. (Hesaplarda mutabık kalınamamış tutar = 10.000 USD)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* RAPOR SONU \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Saygılarımla,

Sibel Eren
MERTER ŞUBESİ
Kurumsal Pazarlama Yönetmen Yard.
Tel / Ext: 637 82 62 - 223
Fax      : 637 22 21

                                                              To
ozlemyilmaz@atateks.com.tr      SibelEren@hsbc.com.tr
                                                              cc
15/09/2006 16:36            CigdemTogar@atateks.com.tr
                                                             Subject
                          sibel hnfaxladınız mı? Hala gelmedi de?