UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATATEKS FOREIGN TRADE LTD, JORDAN AND ATATEKS DIS TICARET A.S., <br><br> Plaintiffs, <br><br> v. <br><br> PRIVATE LABEL SOURCING, LLC AND SECOND SKIN, LLC, <br><br> Defendants. | Index No. 07 Civ. 6665 (HB) |

**DECLARATION OF ERIC J. GRANNIS, ESQ. IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

**ERIC J. GRANNIS, ESQ.** hereby declares subject to the penalties of perjury pursuant to 28 U.S.C. § 1746:

1. I am an attorney duly admitted to practice in the State of New York and to the bar of the United States District Court for the Southern District of New York. I represent the Plaintiffs (collectively referred to as "Atateks" herein), Atateks Dis Ticaret A.S. ("Atateks Turkey") and Atateks Foreign Trade Ltd, Jordan ("Atateks Jordan") in the above-captioned action. I submit this declaration in support of its motion for summary judgment.

2. Attached are copies of the following exhibits, which are referenced in Atatek's Memorandum of Law.

| Exhibit | Description |
|---|---|
| A | Private Label's tax return for 2003 |
| B | Private Label's tax return for 2004 |
| C | Private Label's tax return for 2005 |
| D | Private Label's tax return for 2006 |
| E | Purchase Agreement dated January 4, 2006 |
| F | Declaration of Christine Dente for C&C Textile v. Private Label et al. dated March 21, 2008 |
| G | Transcript of deposition testimony of Christine Dente dated May 29, 2008 |
| H | Plaintiffs' Second Set of Document Requests dated April 23, 2008 |

| I | Letter from Laine A. Armstrong to Eric J. Grannis dated May 28, 2008 |
| J | Plaintiffs' Notice of Deposition dated April 28, 2008 |
| K | Email from Laine A. Armstrong to Eric J. Grannis dated May 14, 2008 |
| L | Defendants' Response to Plaintiffs' Second Request for the Production of Documents dated May 15, 2008 |
| M | First Amended Complaint for C&C Textile v. Private Label et al. dated February 28, 2008 |

Dated:   New York, New York
         June 10, 2008

                                        LAW OFFICES OF ERIC J. GRANNIS

                                        By:   *Eric Grannis*
                                              Eric J. Grannis (EJG 8403)
                                        620 Fifth Avenue
                                        New York, NY 10020
                                        212-903-1025

                                        Attorneys for Plaintiffs