**EXHIBIT F**

Craig S. Granet, State Bar #071020
FELL, MARKING, ABKIN, MONTGOMERY,
GRANET & RANEY, LLP
222 East Carrillo Street, Suite 400
Santa Barbara, California 93101-2142
(805) 963-0755

NESENOFF & MILTENBERG, LLP
Andrew T. Miltenberg, Esq. (NY State Bar No. 2399582)
Philip A. Byler, Esq. (NY State Bar No. 1475664)
363 Seventh Avenue - Fifth Floor
New York, New York 10001
(212) 736-4500

Attorneys for Defendants named by Plaintiff as Private Label Sourcing, LLC (a Delaware Limited Liability Company), Private Label Sourcing, LLC (a New Jersey Limited Liability Company), Second Skin, LLC and Christine Dente

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

-------------------------------------------------------------x

C&C TEXTILE CO., LTD., a Korean Corporation, |

                Plaintiff, | CASE NO: CV07-07408

       v. | (RGK, VBK)

PRIVATE LABEL SOURCING, LLC, a Delaware |

Limited Liability Company, PRIVATE LABEL | DECLARATION OF CHRISTINE

SOURCING, LLC, a New Jersey Limited Liability | DENTE IN SUPPORT OF

Company, SECOND SKIN, LLC, a New Jersey | <u>MOTION TO DISMISS</u>

Limited Liability Company, CHRISTINE DENTE, |

BRUCE R. ALLEN, WELL SUCCESS, a Hong | Date: April 14, 2008

Kong Corporation, JETWELL GARMENTS, LTD, a| Time: 9:00 a.m.

Hong   Kong Corporation, and DOES 1-10, inclusive,| The Honorable R. Gary Klausner

        Defendants. |

-------------------------------------------------------------x

    **CHRISTINE A. DENTE,** hereby declares subject to the penalties of perjury under 28 U.S.C. § 1746:

1.    I am a defendant in this action, and I am a citizen and resident of New Jersey. I make this Declaration in support of the motion to dismiss made by Defendants named in the First Amended Complaint as Private Label Sourcing, LLC (a Delaware Limited Liability Company), Private Label Sourcing, LLC (a New Jersey Limited Liability Company), Second Skin, LLC and me. I have personal knowledge of the facts stated in this Declaration.

2.    I am an owner of a fifty (50%) ownership interest in the Defendant Private Label Sourcing, LLC (Delaware) (hereinafter "PLSL"). The Defendant Jetwell Garments, Ltd. (hereinafter "Jetwell"), is owner of the other fifty (50%) membership interest in PLSL. Chueng Kin ("Jocky") is the sole owner of Jetwell. Defendant Well Success Textile (HK) Co. Ltd. ("Well Success Textile") is not an owner, member, or agent of PLSL.

3.    PLSL is a limited liability company formed under the laws of the State of Delaware and is registered to do business in New Jersey. There is only one PLSL; no PLSL was formed under the law of the State of New Jersey. PLSL is a garment supplier that imports garments for U.S. retailers from Hong Kong. PLSL operates as a limited liability company with proper observance of the LLC as the entity doing business. PLSL's company documents are maintained in New York City and New Jersey offices.

4.    PLSL's sole contact with the State of California is clearing goods through customs that are shipped to a California port. After the goods clear customs, PLSL's retail clients take possession of the goods from a warehouse. PLSL is not responsible for transportation of the goods from California to any destination. PLSL does not have an office in California. PLSL does not have any assets in California. PLSL does not have any bank accounts in California. PLSL is not registered to business in California.

5.    Furthermore, Jetwell and I are the only members of PLSL, and we have not authorized any other individuals or companies to enter into contracts, or otherwise bind, PLSL. Jimmy Tsui, is not, and has never been, a member or employee of PLSL; and Jimmy Tsui is not, and has never been, an employee of Jetwell. Furthermore, Jimmy Tsui is not, nor has he ever been, authorized to act on behalf of PLSL. In addition,

DECLARATION OF CHRISTINE DENTE IN SUPPORT OF MOTION TO DISMISS

Defendant Well Success Textile is not a member, owner and/or affiliate of PLSL, and is not authorized to act on behalf of PLSL. Nor is Defendant Well Success Textile authorized to act as the "accounting office" of PLSL.

6. In addition, I am the sole owner of Second Skin, LLC. Second Skin, LLC is a limited liability company formed under the laws of the State of New Jersey in April 2005 and operates as a limited liability company with proper observance of the LLC as the entity doing business. Second Skin, LLC was not formed as an "alter ego" to PLSL, nor am I an "alter ego" to Second Skin, LLC. Contrary to insinuations in plaintiff's papers, Second Skin, LLC was not formed to conceal money from PLSL's creditors or from the defendant Bruce Allen. Second Skin, LLC was formed as a completely separate entity in which Jetwell has no interest.

7. I formed Second Skin, LLC as a separate entity to undertake entirely different business than PLSL. Second Skin, LLC was formed to work with international manufacturers in Turkey specializing in seamless apparel. Particularly, Second Skin, LLC was not a party to, and is in no way involved in, the contract with the Plaintiff C&C Textile Co., Ltd. that is a subject of the First Amended Complaint.

8. In addition, Second Skin, LLC never received any money payable to PSLS or for any PSLS contracts. Particularly, Second Skin, LLC did not receive any payments for merchandise relating to contract at issue in this case. PLSL is, and has always been, a company in good standing, and has paid its own creditors since the time it was formed.

9. Second Skin, LLC does not do any business in or have any contact with the State of California. Second Skin, LLC does not have an office anywhere in California. Second Skin, LLC does not have any assets in California. Second Skin, LLC does not have any bank accounts in California. Second Skin, LLC is not registered to business in California.

10. In connection with the contract with Plaintiff C & C Textiles Co., Ltd. that is the subject of this case, I did not enter the State of California and I did not personally do anything involving communications to anyone in California. I have no office in California; I have no bank account in California; and I have no assets in California.

<div align="center">3</div>

<div align="center">DECLARATION OF CHRISTINE DENTE IN SUPPORT OF MOTION TO DISMISS</div>

I declare under the penalty of perjury that the foregoing is true and correct.

Dated:   March 11, 2008

**Christine Dente**

ANDREW T. MILTENBERG
Notary Public, State of New York
No. 02MI6008077
Qualified in New York County
Commission Expires June 1, 20__

DECLARATION OF CHRISTINE DENTE IN SUPPORT OF MOTION TO DISMISS

**EXHIBIT G**

**3**

1  UNITED STATES DISTRICT COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  ---------------------------------x

4  ATATEKS FOREIGN TRADE LTD., JORDAN
   and ATATEKS DIS TICARET A.S.,
5
                Plaintiffs,
6
            v.              Index No:
7                    07 Civ 6665 (HB)
   PRIVATE LABEL SOURCING, LLC and
8  SECOND SKIN, LLC,

9                Defendants.
   ---------------------------------x
10
11              May 29, 2008
                10:02 a.m.
12

13

14        Deposition of CHRISTINE ANN DENTE,
15  taken by plaintiffs, held at the offices of Eric
16  J. Grannis, Esq., 620 Fifth Avenue, New York, New
17  York 10020, before Maureen McCormick, a Notary
18  Public of the State of New York.
19
20
21
22
23
24
25

---

**3**

1
2              STIPULATIONS
3
4        IT IS HEREBY STIPULATED AND AGREED,
5  by and between counsel for the respective parties
6  hereto, that all objections, except as to form,
7  are reserved to the time of trial.
8        IT IS FURTHER STIPULATED AND AGREED
9  that the deposition may be signed and sworn to
10  before any officer authorized to administer an
11  oath.
12        IT IS FURTHER STIPULATED AND AGREED
13  that the sealing and filing of the deposition be
14  waived.
15
16
17
18
19
20
21
22
23
24
25

---

**2**

1
2  APPEARANCES:
3
4  ERIC J. GRANNIS, ESQ.
5      Attorney for Plaintiffs
6      620 Fifth Avenue
7      New York, NY 10020
8
9
10  NESENOFF & MILTENBERG, LLP
11      Attorneys for Defendants
12      363 Seventh Avenue, Fifth Floor
13      New York, New York 10001-3904
14  BY:  PHILIP A. BYLER, ESQ.
15
16
17  ALSO PRESENT:
18  DAVID CONNELLY
19  ALP DUMAN
20
21
22
23
24
25

---

**4**

1                C. Dente
2  CHRISTINE ANN DENTE,
3      called as a witness, having been duly sworn,
4      testified as follows:
5  EXAMINATION
6  BY MR. GRANNIS:
7      Q.  What is your name?
8      A.  Christine Ann Dente.
9      Q.  Where do you reside?
10      A.  935 Sedgewick Court, Westfield, New
11  Jersey 07090.
12      Q.  Hello, Ms. Dente.  Welcome.
13      A.  Thank you.
14      Q.  If any of my questions are unclear,
15  just ask me to rephrase them.
16      A.  Okay.
17      Q.  Just also remember a couple of things
18  that are just useful in depositions, which is
19  that, you know, in normal conversation, we
20  sometimes will nod our head or say uh-huh, but
21  it's better in a deposition to say yes or no so
22  the court reporter can hear it.
23      A.  Okay.
24      Q.  And the other point is that sometimes
25  in conversation people will understand a question

C. Dente

1  halfway through and will begin answering it
2  because they know where the question is going,
3  but in a deposition it's better to let me finish
4  the question, even if you know where the question
5  is going so that the court reporter can get it
6  clearly down before she takes down your answer.
7      A.   Absolutely.  No problem.
8      Q.   Ms. Dente, did you go to college?
9      A.   Yes, I did.
10      Q.   Where did you go to college?
11      A.   Fashion Institute of Technology in
12  Manhattan.
13      Q.   Did you graduate?
14      A.   I did.
15      Q.   When did you graduate?
16      A.   1985.
17      Q.   Can you give me a very brief overview
18  of your career in fashion or business prior to
19  founding Private Label?
20      A.   Would you like exact companies and
21  dates?
22      Q.   How many of them would there be,
23  approximately?
24      A.   About five.

**6**

C. Dente

1      Q.   Yes, let's do that.
2      A.   Okay.  So I can reference my --
3      Q.   Absolutely.
4      A.   The first company I worked for out of
5  college was the Joseph & Friss & Company, and
6  that was from 1985 to 1989; and then I worked for
7  a company Faddalley, Inc., from 1989 to 1992.
8      Q.   How do you spell Faddalley?
9      A.   F-A-D-D-A-L-L-E-Y.
10      And then from there I worked for a
11  company called Tropic Tex from 1992 to 1994; and
12  then from there I worked at a company called
13  Danielle Caron from 1994 to 1995; then I worked
14  for Miss Julie Apparel, from 1995 to 1996; and
15  then Boulevard Apparel Group from 1996 to 2001;
16  and then finally Private Label Sourcing, which
17  was formed in 2001.
18      Q.   What did you do at Boulevard Apparel?
19      A.   Sales, merchandising, and production.
20      Q.   Tell me more about the business of
21  Boulevard Apparel.
22      A.   It serviced the mass market group of
23  retailers. We were strictly Private Label, so
24  everything was cut to order.  We would work with

**7**

C. Dente

1  the retailer, develop the product, and then
2  ultimately ship it with the retailer's label in
3  the product.
4      Q.   Where were goods manufactured for
5  Boulevard Apparel?
6      A.   Worldwide.
7      Q.   When you founded Private Label in 2001,
8  did you found it with anybody else?
9      A.   Yes, Mr. Bruce Allen.
10      Q.   What did Mr. Allen contribute in 2001
11  to the founding?
12      A.   He handled the financial side of the
13  business, and I handled the sales, merchandising,
14  and production side.
15      Q.   How did you come to know Mr. Allen?
16      A.   We worked together both at Danielle
17  Caron and also at Boulevard Apparel Group.
18      Q.   Tell me about the business of Private
19  Label in the first couple of years.
20      What did it sell?
21      A.   What type of product did it sell?
22      Q.   Yes.
23      A.   Ladies apparel.
24      Q.   Which manufacturers did it work with at

**8**

C. Dente

1  that time?
2      A.   Again, worldwide.  We worked with
3  factories all around the world.
4      Q.   Who did you sell to in those first
5  couple of years?
6      A.   We sold to Target.  We sold to
7  Wal-Mart.  We did some business with Kmart.
8      Q.   Were you 50-50 partners with Mr. Allen?
9      A.   Yes, we were.
10      MR. GRANNIS:  Off the record.
11      (Discussion off the record.)
12      Q.   At a certain point in time, did Mr.
13  Allen come to sell his ownership in Private
14  Label?
15      A.   Yes, he did.
16      Q.   When was that?
17      A.   In January of 2006.
18      Q.   How did that come about?
19      A.   I'm not sure I know.  I'm not sure I
20  understand the question.
21      Q.   Did Mr. Allen tell you why he was
22  selling his interest?
23      A.   The year prior to 2006, Mr. Allen had a
24  lot of health issues.  He did not come to the

11

C. Dente

1 office very often. I would say within the year
2 of 2005, he was there maybe collectively one
3 month, and I think just the stress of the
4 business. His health issues led him to make a
5 decision to pursue other interests.
6     Q.   Is that what he told you about the
7 reason he was doing that?
8     A.   Yes.
9     Q.   Am I right that Jetwell Garments came
10 to own 50 percent of Private Label?
11     A.   They purchased 50 percent of Mr.
12 Allen's shares, yes.
13     Q.   Just to be clear, did they purchase all
14 of Mr. Allen's shares?
15     A.   Yes, they did.
16     Q.   Who owns Jetwell Garments?
17     A.   Jockey Cheung.
18     Q.   Where does Mr. Cheung live?
19     A.   Hong Kong.
20     Q.   How did Mr. Allen become acquainted
21 with Mr. Cheung as a potential buyer?
22     A.   We were doing business with a factory
23 based in Hong Kong called Well Success, and
24 Jockey was owners or partners. I'm not a hundred

10

C. Dente

1 percent sure, because we didn't get involved in
2 the ownership of Well Success, but was a partner
3 in Well Success -- I don't know what percentage
4 -- and that's how we met him.
5     Q.   Have you ever drawn a salary from
6 Private Label?
7     A.   I'm paid by Private Label, yes.
8     Q.   As an owner of Private Label, you have
9 received at times distributions arising from your
10 ownership interest; is that correct?
11     A.   I drew a salary from Private Label.
12     Q.   You drew a salary, and did you also
13 receive distributions from Private Label?
14     A.   Which was considered part of our
15 salary.
16     Q.   Did you ever receive a W-2 from Private
17 Label?
18     A.   Yes, so all income was on the W-2.
19     Q.   Is Private Label commercially active
20 today?
21     A.   Yes, it is.
22     Q.   What approximately are the sales for
23 Private Label so far this year?
24     A.   I would have to check on that for you.

12

C. Dente

1 I don't know a full number.
2     Q.   Could you say whether it was less or
3 more than a million dollars?
4     A.   I would have to check for you.
5     Q.   Do you know whether it's less or more
6 than $5 million?
7     A.   I would have to check for you.
8     Q.   Do you know if it's less or more than
9 $10 million?
10     A.   I would have to check for you.
11     Q.   Do you know if it's less or more than
12 $100 million?
13     A.   I would have to check for you.
14     Q.   Do you know if it's less or more than a
15 billion dollars?
16     A.   I would have to check for you.
17     Q.   Just so I understand, your testimony
18 today is that you are unsure as to whether or not
19 you had more than a billion dollars of sales?
20     A.   I'm unsure as to what the year-to-date
21 sales are.
22     Q.   And you are unsure as whether or not
23 they're more or less than a billion dollars?
24     A.   I'm just answering your question that I

12

C. Dente

1 would have to check for you as to what the total
2 sales were to date.
3     Q.   My question was: Were they more or
4 less than a billion dollars? And you can't
5 answer that?
6     A.   Less.
7     Q.   Are they more or less than a hundred
8 million?
9     A.   Less.
10     Q.   Are they more or less than 10 million?
11     A.   I would have to check for you.
12     Q.   Are they more or less than a million?
13     A.   I would have to check for you.
14     Q.   So you couldn't state for certain that
15 they have had at least a million dollars in sales
16 so far this year?
17     A.   I would have to check.
18     Q.   What goods are you selling at Private
19 Label now?
20     A.   Ladies' apparel.
21     Q.   Where did you get those goods from?
22     A.   Worldwide.
23     Q.   Approximately how many manufacturers do
24 you have?

13

C. Dente

1
2    A.    We have a factory matrix of more than a
3    hundred factories.  Whether we use all of them,
4    it depends.  From time to time, depends on the
5    product.
6    Q.    Can you name five among your top
7    manufacturers today?
8    A.    For Private Label?
9    Q.    Yes.
10    A.    Well Success.
11    Q.    Any others?
12    A.    Well Success is the largest.
13    Q.    Can you tell me others that are among
14    your top five?
15    A.    Basul.
16    Q.    Any others?
17    A.    That's it.
18    Q.    When you say that's it, what do you
19    mean?  Because you mentioned before you had a
20    hundred factories that you could draw upon.
21    A.    And I believe that you asked me who I
22    was doing the largest amount of business with
23    currently, so I...
24    Q.    What would be after Well Success and
25    Basul?

14

C. Dente

1
2    A.    I would really have to check for you.
3    That's where our business is concentrated right
4    now.
5    Q.    How much of your business would --
6    would you think it would represent more than half
7    of your business, those two companies?
8    A.    Yes.
9    Q.    What do you buy through Basul?
10    A.    Ladies' apparel.
11    Q.    Where is that ladies' apparel produced?
12    A.    In Turkey.
13    Q.    What companies produce that ladies'
14    apparel for Basul?
15    A.    Are you asking me for specific factory
16    names?
17    Q.    If you have them.
18    A.    There's multiple factories.  I would
19    have to -- there's multiple factories.
20    Q.    How many employees does Private Label
21    have today?
22    A.    Approximately nine.
23    Q.    Can you tell me the names of those nine
24    employees of Private Label?
25    A.    David Tally.

15

C. Dente

1
2    Q.    Would you spell Tally, please?
3    A.    T-A-L-L-Y.  Mabel Kwan.
4    Q.    Could you spell Kwan?
5    A.    K-W-A-N.  Shanny Guzman.
6    Q.    How do you spell Shanny?
7    A.    S-H-A-N-N-Y.
8    Q.    Others?
9    A.    George Montalbano, Stanley Waldon, Lisa
10    Burke, and that's it.
11    Q.    I count six.  You had mentioned nine.
12    Were there others?
13    A.    Myself.  I believe I said approximately
14    nine.
15    Q.    So on further reflection, does it
16    appear there's seven, because you have given me
17    seven names?
18    A.    Let me go through in my mind.  Lisa
19    Burke, Shanny, David, Mabel, Stanley, George.
20    Yes.
21    Q.    Do you know whether these are all
22    technically employees?
23         Do you know that there's a difference
24    between an employee and an independent
25    contractor?

16

C. Dente

1
2    A.    I'm not sure.  Are you asking me from a
3    tax purpose from the way an employee is paid?
4    Q.    Correct.  Do you understand that?
5         Do you understand that there's a
6    difference between an employee and an independent
7    contractor in terms of the way that's reported
8    for tax purposes?
9    A.    I believe so.
10    Q.    Do you happen to know whether or not
11    you report these individuals as being employees
12    of Private Label?
13    A.    Yes.
14    Q.    Or independent contractors?
15    A.    Yes, we do.
16    Q.    As employees?
17    A.    Yes.
18    Q.    How long has Mr. Tally been employed by
19    Private Label?
20    A.    I would have to check the dates for all
21    the employees for you.  I don't know that
22    information off the top of my head.
23    MR. GRANNIS:  I'll ask that that information be
24    provided to us, since the witness does not have
25    it.

17

C. Dente

1     THE WITNESS:  I prefer not to guess.
2   If you're asking me for exact dates, I would
3   prefer to give you exact information.  I
4   think it's important.
5        MR. GRANNIS:  That's fine.  I'm
6   amenable to that.
7   Q.   But these are current employees,
8   correct?
9   A.   That's correct.
10   Q.   Where are the offices of Private Label?
11   A.   597 Broadway.
12   Q.   When was the company Second Skin
13   founded?
14   A.   July of 2005.
15   Q.   Who owns Second Skin?
16   A.   Christine Dente.
17   Q.   And that's you?
18   A.   100 percent.  Yes, I do.
19   Q.   What was it founded to do?
20   A.   Specifically it didn't have one
21   specific purpose.  At the time when it was
22   formed, I was consulting.
23   Q.   Can you explain that?
24   A.   Joining retailers with factories,

18

C. Dente

1   helping them place production as a liaison.
2   Q.   Is Second Skin still active?
3   A.   Yes, it is.
4   Q.   What does Second Skin do today?
5   A.   The same.
6   Q.   Does Second Skin have any employees?
7   A.   Yes.  One besides myself.  Excuse me,
8   besides myself.
9   Q.   Who is that?
10   A.   Nilda Corchado.
11   Q.   You are also an employee of Second
12   Skin?
13   A.   Yes, I am.
14   Q.   What are some of the manufacturers that
15   Second Skin works with?
16   A.   Synko, out of Korea.
17   Q.   How do you spell that, please?
18   A.   S-Y-N-K-O.
19        At one time it did work with Basul
20   through Atateks.
21   Q.   Any others that it has worked with?
22   A.   No.
23   Q.   Just those two?
24   A.   Yes.

19

C. Dente

1   Q.   Who was Second Skin paid by?
2   A.   I'm not sure what the question is.
3   Q.   Did Second Skin receive revenue?
4   A.   Yes.
5   Q.   You received money?
6   A.   Yes.
7   Q.   Who did you receive money from?
8   A.   I'm still not clear about the question.
9   Q.   Did you receive money from Synko?
10   A.   What time period are we talking about?
11   I think the question's very general.
12   Q.   If I ask for all the money that -- all
13   the people that have ever paid money to Second
14   Skin, is that going to be a lot of entities?
15        MR. BYLER:  Money for whatever reason?
16        MR. GRANNIS:  Yes.  I just wanted to
17   know the source of the revenue.
18   Q.   Its sounds like you worked with two
19   companies, Synko and Basul.  Maybe the answer is
20   you received your revenues from Synko and Basul
21   by providing services to them.
22        MR. BYLER:  Just objection to form.
23   Revenues could have a narrow meaning or a
24   broad meaning, revenues in terms of the sale

20

C. Dente

1   of product, revenues in the sense of any
2   kind of income that might include
3   commissions.
4        So you may want to clarify your
5   question.
6   Q.   I would like to know in the broadest
7   sense possible where the money came from that
8   went into Second Skin.
9   A.   Again, I would ask -- are we speaking
10   about commissions?
11   Q.   I'm speaking about any type of money.
12   A.   What time period are we talking about?
13   Q.   From the beginning of the company to
14   the present.
15        MR. BYLER:  If you want to, you know,
16   answer in terms of time frame, go ahead, if
17   that helps you answer a general question
18   posed.
19   A.   Okay.  Communications were received
20   from Basul, or actually Atateks through Basul and
21   from Synko.
22   Q.   Did Second Skin receive money from
23   anybody else?
24   A.   Specific to commissions, that's who I

21

C. Dente

1 received money from.
2 Q. Not specific to commissions.
3 Did Second Skin receive money from
4 anybody else?
5 A. I'm not -- again, you would have to
6 clarify the time frame that you're talking about.
7 Q. I can be clear. From the beginning --
8 A. Okay.
9 Q. -- when the company was formed to
10 today. In other words, to use a simple term --
11 A. Yes.
12 Q. -- ever. Is that clear now?
13 A. Yes, it's clear.
14 Q. Can you answer the question now?
15 MR. BYLER: Objection to form. Go
16 ahead.
17 A. I also received money from Target.
18 Q. When you say I, you mean Second Skin?
19 A. Correct. That's what you did ask that
20 question, correct?
21 Q. What did Target pay that money for?
22 A. Goods.
23 Q. Goods manufactured by whom?
24 A. Again, multiple factories.
25

22

C. Dente

1 Q. Can you name a few?
2 A. Through Synko.
3 Q. Did Second Skin receive any money for
4 goods manufactured by Atateks?
5 A. Say the question one more time, please?
6 Q. Did Second Skin receive --
7 A. No.
8 Q. Receive any money?
9 A. No.
10 Q. Let me finish.
11 A. Okay.
12 Q. Did Second Skin receive any money from
13 Target in any way related to goods manufactured
14 by Atateks?
15 A. Absolutely not.
16 The time I was doing business with
17 Atateks from 2002 through 2006 Second Skin was
18 not actively doing any business with Target
19 manufacturing any goods.
20 Q. What time frame was it that Second Skin
21 received money from Target?
22 A. Not until starting 2007.
23 Q. Did Private Label do business with
24 Synko in 2007?
25

23

C. Dente

1 A. Yes, under different product
2 categories.
3 Q. Can you explain to me what you mean by
4 different product categories?
5 A. Different items.
6 Are you asking for crossover between
7 Private Label and Second Skin?
8 Q. Yes.
9 A. No, totally different product
10 categories.
11 Q. Let me ask you this: Was there any
12 reason why this consulting work that -- phrase it
13 differently.
14 Was there any reason why the business
15 that Second Skin was doing would not have been
16 done by Private Label?
17 A. It was different product categories.
18 It was different businesses that I was pursuing.
19 Q. Can you explain what you mean by
20 different product categories?
21 A. Well, I guess two. I am the business.
22 My business relationships really generate the
23 business, and what I was pursuing in Second Skin
24 was different than what was being done in Private
25

24

C. Dente

1 Label.
2 Q. How was it different?
3 A. Different product categories, different
4 types of product, different fabrics, different
5 styles.
6 Q. The commissions that you earned from
7 Atateks were with respect to the same goods that
8 were being sold to Private Label, right?
9 A. I'm sorry. Say the question again?
10 Q. The commission that you say you earned
11 from Atateks were from the same goods that
12 Atateks was selling to Private Label, right?
13 A. Atateks supplied us with seamless
14 product, which is a very specialized product
15 that's made on Santoni machines. That business
16 was never done with Second Skin.
17 Second Skin never bought from Atateks,
18 never sold to Target any type of seamless
19 product.
20 Q. You referred earlier, you recall, to
21 earning certain commissions paid by Basul where
22 the money was originally received from Atateks,
23 right?
24 A. Correct.
25

C. Dente

1    Q.  Let me put it more simply.

2    You received certain commissions from

3    Atateks through Basul?

4    A.  That's correct.

5    Q.  What were those commissions for?

6    A.  Seamless product.

7    Q.  That seamless product you're referring

8    to, wasn't that the same seamless product that

9    Private Label was purchasing?

10    A.  It was not purchased by Second Skin.

11    It was purchased by Private Label.  Second Skin

12    was acting as a consultant.

13    Q.  I understand that Private Label was

14    buying the merchandise, and Second Skin was not,

15    but when you refer to commissions earned on

16    seamless garments that Second Skin was earning,

17    these were the same seamless garments that

18    Private Label was buying, right?

19    A.  Commission was only paid on product

20    that was shipped, sold and shipped, so

21    commissions were -- were satisfied.

22    I'm not sure where you're going with

23    the question, but one company was buying product,

24    Private Label, and the other company was acting

C. Dente

1    as a consultant, as a liaison.

2    Q.  But it was consulting with respect to

3    the same product?

4    A.  With seamless product.

5    MR. BYLER:  Objection to the form of

6    the question.  It was a little confusing.

7    Try to rephrase it.

8    Q.  Second Skin was earning certain

9    commissions with respect to consulting done in

10    relationship to certain seamless products; is

11    that fair?

12    A.  Correct.

13    Q.  Those seamless products were the same

14    products that Private Label was buying, correct?

15    A.  I'm going to answer the question this

16    way, because you have asked it several different

17    ways.

18    There was no product ever purchased by

19    Second Skin.  There are no purchase orders.  What

20    was paid to Second Skin by Atateks was payments

21    for commissions.

22    MR. GRANNIS:  Could we go off the

23    record for a second.

24    (Discussion off the record.)

C. Dente

1    Q.  When did Second Skin earn commissions

2    from Atateks?  What year?

3    A.  Well, Second Skin wasn't formed until

4    July of 2005, so between the year of 2005 when it

5    was formed through 2006.

6    Q.  What did Second Skin earn those

7    commissions for?

8    A.  I'll state again that I was paid

9    commission for goods that were manufactured and

10    sold to Private Label.

11    Q.  Thank you.

12    Is there a reason why those services

13    that you were offering through Second Skin could

14    not have been offered through Private Label?

15    A.  I set up Second Skin as a consulting

16    company, as a commissioned -- as a consulting

17    commission based company for multiple

18    relationships, not just for the business that was

19    being done through Atateks.

20    Q.  With respect to the business done

21    through Atateks, could that service have been

22    offered through Private Label?

23    A.  That's not what Private Label was set

24    up to do.

C. Dente

1    Q.  Was Second Skin profitable in 2005?

2    A.  Yes, it was.

3    Q.  Do you have any idea of how much money

4    it made?

5    A.  I don't know.  I would have to check

6    for you.

7    MR. GRANNIS:  I'll ask that that be checked.

8    Q.  Do you know if it was profitable in

9    2006?

10    A.  Yes, it was.

11    Q.  Do you know how much?

12    A.  I would have to check for you.

13    MR. GRANNIS:  I'll ask that that information be

14    obtained.

15    Q.  Do you know if it was profitable in

16    2007?

17    A.  We haven't filed a tax return yet,

18    so...

19    Q.  Do you know whether it was profitable,

20    though?

21    A.  To the best of my knowledge, it will

22    be.

23    MR. GRANNIS:  Off the record.

24    (Discussion off the record.)

29

C. Dente

1
2    Q.   Let's go back to Private Label.
3         What types of services -- Private Label
4    earned money with respect to its business with
5    Atateks; is that correct?
6    A.   Yes.
7    Q.   How did it earn money?
8    A.   We received orders from Target and
9    other retailers, but specific to Target we
10   received orders from Target.
11        Atateks manufactured them.  We shipped
12   them to Target with a markup.
13   Q.   Is it fair to say that you generally
14   tried to buy the goods for a certain amount from
15   Atateks and then sell them for somewhat more to
16   Target?
17   A.   That's correct.
18   Q.   And was there a set amount of the
19   markup?
20   A.   No.
21   Q.   And how was the markup determined?
22   A.   It was really done on a case by case
23   basis, depending open the quantity, the time
24   period that we would be shipping to Target.
25        You know, it really depended on

30

C. Dente

1
2    negotiations on both sides.  There's not one
3    specific formula.
4    Q.   Can you give me in just an order of
5    magnitude -- I'm not trying to pin you down to a
6    particular number -- whether or not the -- you
7    tended to mark things up 1 percent, 10 percent,
8    50 percent?  Some general range.
9    A.   We tried to make anywhere between 8 to
10   10 percent, and that's for larger business that
11   were manufacturing.
12   Q.   Is it fair to say that you feel that
13   Private Label provided services which merited
14   earning 8 to 10 percent on these goods?
15   A.   Absolutely.
16   Q.   Can you tell me what types of services
17   did Private Label provide to Atateks or what did
18   Atateks -- what did Private Label do in this
19   process of buying and selling goods?
20   A.   I just want to be clear about your
21   question, because you referenced in the beginning
22   of your question -- if it could be read back to
23   me -- what services did Private Label provide to
24   Atateks.
25   Q.   Right.

31

C. Dente

1
2    A.   So --
3    Q.   Let me --
4    A.   I'm not clear as to what really you're
5    asking.
6         MR. GRANNIS:  Let me withdraw --
7         MR. BYLER:  You gave one question,
8    which I thought was confusing, and that's
9    why she asked, and then you rephrased it, I
10   thought in a better way.
11        Why don't you start all over again.
12        MR. GRANNIS:  Exactly.
13   Q.   I did recognize and also from your
14   facial expression that the question may not have
15   been a good one.
16        In the course of buying goods from
17   Atateks and selling them to Target, Private Label
18   did some work; is that fair to say?
19   A.   Yes.
20   Q.   Tell me what Private Label did.
21   A.   We met with Target.  We developed the
22   product.  We had Atateks make samples.  There was
23   an approval process, and we helped facilitate
24   getting the products shipped.
25   Q.   Did you provide or did you arrange for

32

C. Dente

1
2    any type of inspection of goods?
3    A.   Target inspected the goods.  Target
4    signs the inspection certificates.
5    Q.   When does it inspect the goods?
6    A.   At the FOB point overseas.
7    Q.   Is it a Target employee that does that?
8    A.   It is an independent agency that is
9    contracted by Target.
10   Q.   Who is that?
11   A.   It's part of TSS Services, which is
12   Target Sourcing Services.
13   Q.   Did Basul ever inspect the goods?
14   A.   There were dual inspections, both Basul
15   and Target.
16   Q.   Did you ever pay Basul to inspect
17   goods?
18   A.   Basul was paid a commission for their
19   services of working with Atateks in Turkey, since
20   we weren't present in Turkey, but they weren't
21   paid specifically, if you're asking me, just to
22   inspect goods.
23   Q.   Who was the commission paid by?
24   A.   It was included in the price of the
25   garment, and it was paid by Atateks.

33

C. Dente

1
2    Q.   Let me ask you this:  Why would Atateks
3    pay someone to inspect its own goods?
4    A.   I didn't say they paid them to inspect
5    goods.  I said they were paid a commission.
6         I specifically said that what you were
7    referencing did not include just inspection of
8    goods.  It included a range of services.
9    Q.   What was the range of services?
10   A.   I think I had described it previously.
11   Are you asking my services or Basul?
12   Q.   I thought you said Basul.
13   A.   You would have to speak to Basul
14   exactly to find out the scope of their services.
15   Q.   What do you know about the scope of
16   their services?
17   A.   I can speak to the scope of their
18   services for us, but not for Atateks.
19   Q.   You said earlier that Basul was not
20   only paid to inspect goods to Atateks, but also
21   for a scope of services.
22   A.   I don't know what those exact scope of
23   services are.
24   Q.   How do you know there was a scope of
25   services if you don't know what they are?

34

C. Dente

1
2    A.   Because they did things other than
3    inspect goods.
4    Q.   How do you know they did things other
5    than inspect goods for Atateks?
6    A.   Because we had daily communications
7    with them.  They were the liaison between
8    ourselves and Atateks, so there were obviously
9    other -- there were other services being
10   performed.
11   Q.   I want to make sure that I understand
12   precisely what Private Label was doing, so I want
13   to go through the different things that you
14   referred to briefly.
15        I think you mentioned something about
16   developing goods.  Do I have that term correctly?
17   A.   Developing product.
18   Q.   Can you tell me what that means?
19   A.   Product development.
20   Q.   And just could you tell me -- I don't know much
21   in the fashion business.
22        Can you tell me what was involved in
23   doing that?
24   A.   Developing different garments,
25   different styles.

35

C. Dente

1
2    Q.   Would you design them?  What does that
3    mean, developing?
4    A.   Both shopping the marketplace and also
5    extracting specific, you know, details and
6    creating garments.  Yes, it's a product
7    development.  It's a product of shopping and
8    designing.
9    Q.   Would that also involve, for example,
10   saying to Target here is a manufacturer who could
11   manufacture this garment you're looking for?
12   A.   No.  It was the responsibility of
13   Private Label to source the product wherever they
14   felt it was best to be sourced.
15   Q.   So in other words, is it fair to say
16   that once it had -- you had figured out that
17   Target wanted to produce -- would want to buy a
18   certain garment, you would then figure out what
19   manufacturer could produce that garment?
20   A.   I believe I stated earlier in my
21   testimony that we had a list of over a hundred
22   factories that we potentially do business with,
23   so in order to get competitive pricing, we source
24   our things worldwide, and we decide ultimately,
25   you know, within the proper time frame where the

36

C. Dente

1
2    product's going to be manufactured.
3    Q.   You referred also to producing product.
4    What did you mean by that?
5    A.   I thought you said earlier that one of
6    the things that -- maybe you said producing
7    samples.
8    A.   I did.
9    Q.   Producing samples, tell me about that.
10   A.   I'm not sure what you want to know
11   about that.
12   Q.   Who would produce these samples?
13   A.   Again, we would get samples from
14   multiple factories.
15   Q.   The factories who produced these
16   samples, what would you do with them?
17   A.   Review them, determine what we felt
18   was -- was the best fit for the order.
19   Q.   Tell me about the approval process.
20   A.   The approval process included both
21   ourselves and Target.  Target had to sign off on
22   the fit, colors.
23   Q.   Tell me about product shipment.
24   A.   I'm not sure what you want to know.
25   Q.   Just expand.  You used two words.  You

37

C. Dente

1  have to do product shipment.  What was the word?
2      A.   We helped facilitate product being
3  shipped.
4      Q.   What does that mean by facilitating?
5      A.   When the product was ready to be
6  shipped, we helped facilitate whether it was on a
7  direct LC basis, Target opening the LC to us,
8  delivering it to the forwarder in conjunction
9  with the factory or the goods being brought into
10 our warehouse, which we used our own forwarder.
11     Q.   In some cases, Target purchased goods
12 directly from Atateks on a letter of credit
13 basis; is that correct?
14     A.   That is correct.
15     Q.   And other cases Private Label purchased
16 goods from Atateks and sold them to Target; is
17 that correct?
18     A.   That is correct.
19     Q.   If Private Label was an intermediate
20 purchaser of the goods, did that affect the work
21 that Private Label had to do?
22     A.   No.
23     Q.   Did Second Skin provide services to
24 Atateks to earn these commissions?

38

C. Dente

1      A.   They were the liaison.
2      Q.   Who was Second Skin the liaison with or
3  between?
4      A.   I'm not sure what the question is.
5      Q.   You said that Second Skin was liaison.
6      A.   Okay.
7      Q.   Do you understand that being a liaison
8  means you're a liaison between two people or two
9  companies or something like that?
10     A.   Yes.
11     Q.   Who was the Second Skin liaising
12 between?
13     A.   Let me rephrase that.
14          It was my relationship with Atateks,
15 okay, that was established a long time ago with,
16 again, multiple factories around the world, and
17 when I was able to generate business for them,
18 even when it was manufactured by Private Label,
19 there was a commission that was paid to Second
20 Skin, but Second Skin was not buying product.
21     Q.   Did you do any work to earn that
22 commission?
23     A.   My commission was based on my
24 relationships.

39

C. Dente

1      Q.   So does that mean you didn't do any
2  work?
3      A.   The work or the relationships that I
4  established in order to earn the commission.  It
5  was a consulting based company that earned
6  commission.
7      Q.   Can you describe any actual work you
8  did to earn those commissions?
9          MR. BYLER:  Objection to form.  Go
10 ahead.
11     A.   It was my relationship that ultimately
12 led to orders being placed there.
13     Q.   This was a relationship with Atateks;
14 is that correct?
15     A.   If that's what you were referencing.
16 Are you referencing Atateks specifically?
17     Q.   I'm talking about the commissions paid
18 by Atateks, and you're saying you were being paid
19 for your relationship.
20          When you refer to your relationship,
21 are you referring to your relationship with
22 Atateks?
23     A.   Yes, I am.
24     Q.   Can you tell me -- when did you develop

40

C. Dente

1  that relationship?
2      A.   In 2002, we started doing business with
3  Atateks.
4      Q.   Through Private Label?
5      A.   Yes.
6      Q.   Did you develop this relationship with
7  Atateks in the course of doing work for Private
8  Label?
9      A.   Could you repeat the question one more
10 time?  Could she read it back to me?
11          MR. GRANNIS:  Sure.
12          (Question read.)
13     A.   I had developed a relationship with
14 Atateks even prior to them placing any business
15 with Private Label.
16     Q.   When did you develop that relationship
17 with Atateks?
18     A.   We had come in contact with each other,
19 I believe, back in 2000, 2001, but we didn't
20 start doing business at Private Label until 2002.
21     Q.   So are you amending your earlier answer
22 that you developed a relationship in 2002?
23     A.   I would have to read -- I would have to
24 have my testimony read back to me.

41

C. Dente

1
2    MR. GRANNIS:  Could you read it back?
3    (Record read.)
4    Q.    So you are changing your answer that
5    you developed a relationship in 2002?
6    A.    Private Label developed a manufacturing
7    relationship during 2002, and I believe when you
8    did ask me the question, you did ask me to
9    clarify if I meant myself or Private Label.
10    May I say something?
11    Q.    Sure.
12    A.    I feel that if you want to ask me a
13    question you should ask me a direct question,
14    because you're asking the same question five
15    different ways, and it's very confusing, so I
16    just would like to state that for the record.
17    Q.    Sure.
18    Was Second Skin formed to work with
19    manufacturers all over the world?  Is that your
20    testimony?
21    A.    Yes.
22    Q.    Do you recognize that document?
23    A.    Yes.
24    MR. BYLER:  Let me state for the
25    record, this is a declaration in the C&C

42

C. Dente

1
2    Textile Company Limited versus Private Label
3    Sourcing, et al, case that was filed in the
4    Central District of California, and keep in
5    mind there were allegations in the complaint
6    in that case that were the concern of
7    dealing with issues in that case that came
8    up in the course of the declaration of
9    Christine Dente.
10    I also will add for the record the case
11    was dismissed for lack of jurisdiction.
12    Q.    Ms. Dente, is that your signature on
13    the last page?
14    A.    Yes, it is.
15    Q.    And did you review this declaration
16    before you signed it?
17    A.    Yes, I did.
18    Q.    I'll direct your attention to Paragraph
19    7.  You state there, "I formed Second Skin LLC as
20    a separate entity to undertake entirely different
21    business than PLSL."
22    MR. GRANNIS:  Let the record reflect
23    that PLSL is defined earlier as Private
24    Label.
25    Q.    Quote, Second Skin was formed to work

43

C. Dente

1
2    with international manufacturers in Turkey
3    specializing in seamless apparel.
4    Is that statement true?
5    A.    Yes.
6    Q.    Was it formed to work with
7    international manufacturers in Turkey or
8    transformed to work with manufacturers worldwide?
9    A.    Worldwide.  I believe that was
10    answering specific as Phil stated to the
11    complaint that was...
12    Q.    Which international manufacturers in
13    Turkey is that referring to?
14    A.    Atateks and Orma.
15    Q.    Did it, in fact, work with Orma?
16    A.    Yes, it did.
17    Q.    Did it earn commissions from Orma?
18    A.    Yes, it did.
19    Q.    Are you amending your earlier answer
20    that the only entities that Second Skin earned
21    commissions from were Synko and Atateks through
22    Basul?
23    A.    I believe you were specifically
24    referring to Atateks at that point.
25    Q.    But in your deposition earlier today,

44

C. Dente

1
2    you told me that there were two entities that
3    Second Skin earned commissions from.  You said it
4    was Atateks through Basul, and you said it was
5    Synko.
6    A.    I believe I started with Basul, and we
7    were speaking specifically to Atateks, so I also
8    received through Basul commissions from Orma.
9    Q.    Are there any other entities that you
10    received commissions from through Basul, other
11    than Atateks and Orma?
12    A.    No, no.
13    MR. BYLER:  Just for the record, don't
14    jump to conclusions about amending or
15    changing testimony.  I think hearing the
16    testimony -- I think at times it in the
17    testimony comes down to being specific in
18    ways and a matter of clarification as
19    opposed to change or amend, and this was one
20    last instance where some further detail, I
21    think, clarified and made more specific the
22    information being provided.
23    MR. GRANNIS:  Fortunately, a judge will
24    help us determine that at some point.
25    Q.    What did Orma pay commissions to Second

45

C. Dente

1  Skin for?
2      A.   Apparel that was being shipped.
3      Q.   Did Private Label purchase that
4  apparel?
5      A.   Yes, it did.
6      Q.   What did Second Skin receive
7  commissions from Synko for?
8      A.   Ladies' apparel.
9      Q.   Was that ladies' apparel sold to
10 Private Label?
11     A.   Yes, it was.
12     Q.   What amount of commissions did Second
13 Skin earn from Synko?
14     A.   I would have to look back and tell you.
15 MR. GRANNIS:  I'll ask that that be looked into
16 and the answer provided.
17     Q.   What amount of commissions did Second
18 Skin earn from Orma?
19     A.   I would have to look into that also.
20 MR. GRANNIS:  I'll ask that you do so and provide
21 it.
22     Q.   Would Private Label sometimes issue
23 chargebacks to Atateks?
24     A.   Yes.

46

C. Dente

1      Q.   Did Atateks ever object to a
2  chargeback?
3      A.   Prior to debit notes being written all
4  chargebacks were negotiated and agreed upon.
5          Whether at the time Atateks received
6  them and decided they no longer wanted to pay
7  them was a different story, but debit notes were
8  not written until negotiations were done and
9  chargebacks were agreed upon.
10     Q.   How were those negotiations done?
11     A.   Through Basul, as Basul was the liaison
12 between ourselves and Atateks, and through their
13 representative, Bahar.
14     Q.   Were they generally done orally or by
15 e-mail?
16     A.   E-mail.
17         There were several occasions, though,
18 where there were one-on-one meetings to discuss
19 them, especially if they were larger.
20     Q.   Can you describe these negotiations?
21     A.   I'm not sure what the question is.
22     Q.   I take it -- is it fair to say that
23 sometimes Private Label would indicate that it
24 wanted to issue a chargeback in a certain amount;

47

C. Dente

1  is that correct?
2      A.   The chargebacks were generated directly
3  from the customer, so the chargebacks came from
4  Target.
5      Q.   Right.
6      A.   Does that answer your question?
7          In other words, Private Label did not
8  just generate a chargeback.
9      Q.   I understand.
10     A.   Okay.
11     Q.   Let's say I'm just going to try to take
12 a hypothetical figure in order to make it more
13 concrete.
14     A.   Okay.
15     Q.   Let's say that you get a chargeback
16 from Target for $10,000.
17     A.   Okay.
18     Q.   Then at least on some occasions you
19 would at that point go to Atateks and say, you
20 should be liable for this chargeback of $10,000
21 from Target; is that correct?
22     A.   Just to educate you, in case your
23 client didn't, that we knew about chargebacks
24 prior to them being issued by Target, so it was

48

C. Dente

1  negotiated on a case-by-case basis, and obviously
2  when chargebacks were generated, it was by the
3  fault of something that the factory had done.
4  There's numerous reasons why chargebacks can be
5  generated.
6          There were times that we chose to
7  partner and help Atateks so they did not have to
8  absorb the chargeback by themselves, but again,
9  that was negotiated on a case-by-case basis, and
10 chargebacks were not arbitrarily issued.  They
11 were spoken about in advance as a debit note was
12 issued.
13     Q.   Was it ever in part the fault of
14 Private Label that a chargeback occurred?
15     A.   Not to my knowledge.
16     Q.   What are the reasons a chargeback can
17 occur?
18     A.   There could be quality claims, there
19 could be late shipments, cancellations, loss of
20 sales.  To name a few.
21     Q.   Does Private Label play a role in
22 coordinating the ordering and shipment of goods
23 to assure that they arrive on time?
24     A.   Private Label takes the information

49

C. Dente

1  that's given to them by Target and then passes
2  that information along to the factories.
3          Everything is made to order, so we get
4  our direction directly from the retailer.
5      Q.  After Target places a purchase order,
6  was there ever a case in which Atateks might
7  require additional information to complete
8  manufacturing the goods?
9      A.  I think previous in our testimony in
10 questions that you asked me, you asked me about
11 an approval process, so obviously those approvals
12 are not located on a purchase order sheet.
13         Purchase order sheet indicates
14 quantities, other details, labels that are
15 required, but the approval process happens in
16 spite of the purchase order that's issued, so if
17 that's what you're asking me...
18     Q.  Does the approval process always occur
19 prior to the purchase order issuing?
20     A.  Not necessarily.  It's work in
21 progress.
22     Q.  So there could be some additional
23 details transmitted after the purchase order
24 which are necessary to manufacture the goods?

50

C. Dente

1      A.  That is correct.
2      Q.  At least in theory, if Private Label
3  were to drop the ball and not convey certain
4  information to Atateks, then Atateks couldn't
5  manufacture the goods on time?
6          MR. BYLER:  Objection to form.  Go
7      ahead.
8      A.  We would be reliant on information
9  coming from Atateks to submit to Target to
10 manufacture that product, so if Atateks didn't
11 supply that information on time, we couldn't get
12 it to Target on time, and therefore, the ball
13 would be dropped on the Atateks side.
14         They have to stay within a time and
15 action calendar.  There were many times that
16 Atateks fell outside of that time and action
17 calendar which impacted them producing product.
18     Q.  Would you agree that if Private Label
19 were a poorly-run, negligent operation -- and I'm
20 not asking you to say it is.  I'm saying if it
21 were the case -- wouldn't that potentially impact
22 on getting these goods manufactured on time?
23     A.  I can't comment.
24         MR. BYLER:  Objection to form.

51

C. Dente

1  Hypothetical to a fact witness.  Go ahead.
2      A.  I can't comment on that, because I'm
3  not sure what a negligently run company would do.
4      Q.  How many chargebacks were there in
5  rough terms over the course of the years of
6  relationship that you had with Atateks?
7      A.  I think that's a very specific
8  question, even though you said roughly.  We
9  manufactured millions of units with Atateks.
10     Q.  Right.
11     A.  It would be unfair for me to guess at
12 that.
13     Q.  Is it your testimony that with respect
14 to the chargebacks issued with respect to the
15 millions of goods --
16     A.  Uh-huh.
17     Q.  -- that Private Label never did
18 anything that contributed even in part to a
19 chargeback?
20     A.  I really think that's a very unfair
21 statement.  I think that, you know, a working
22 relationship, there's partnership, there's all
23 parties involved.
24         I think I testified that there were

52

C. Dente

1  times that we chose to partner with Atateks to
2  contribute to those chargebacks so not one party
3  had to absorb anything.  So I think that what we
4  do is a human business.  There's always issues.
5          If you're asking me to pinpoint
6  collectively whose fault it is, I think that's --
7  I just -- it's -- it's unfair for me.  I think we
8  would have to go case by case.
9      Q.  So are you saying that --
10     A.  I can't answer that question generally.
11 I would have to answer on a case-by-case basis.
12         If you gave me a purchase order, you
13 gave me a chargeback, and you asked me based on
14 that situation whose fault it was, I would then
15 be able to answer you.
16     Q.  You testified earlier that in some
17 cases you, meaning Private Label, shared in the
18 chargeback.
19     A.  That's correct.
20     Q.  Meaning that effectively Atateks paid
21 part of the chargeback and Private Label paid
22 part of the charge?
23     A.  That is correct.
24     Q.  When you made that determination about

55

C. Dente

1    whether or not you would -- you meaning Private
2    Label would share in the chargeback, did you ever
3    consider whether or not Private Label might have
4    had some responsibility for the issuance of the
5    chargeback?
6        A.    I considered the whole situation.  I
7    didn't just consider Private Label.
8        Q.    Was that a consideration, whether or
9    not Private Label might have some fault?
10       A.    I considered the whole business
11   relationship and I -- I considered it on a
12   case-by-case basis, depending on the situation.
13       Q.    When you say you considered it, the
14   whole business relationship, did that include
15   whether or not Private Label might have had some
16   fault or did it exclude that fact?
17       A.    It included all the circumstances at
18   hand.
19       Q.    And was one of those circumstances
20   whether or not Private Label had any fault?
21       A.    It really depended on the situation.
22       Q.    So you are unwilling to tell me whether
23   or not a fault by Private Label was one of those
24   circumstances?
25

54

C. Dente

1        MR. BYLER:  Objection to form.
2        A.    No.
3        Q.    Can you tell me then whether that was a
4    circumstance you considered?
5        A.    I think I did answer the question for
6    you.  I answered that we had an ongoing,
7    long-term business relationship, and I considered
8    the situation fairly, all parties being included.
9        Q.    Let me ask you one more time, and
10   you'll tell me whether or not you can answer this
11   yes or no.
12           When you consider all the circumstances
13   in determining whether or not Private Label would
14   share in the chargeback, did you consider as one
15   of those circumstances whether or not Private
16   Label might have been in part to blame for the
17   chargeback?
18       MR. BYLER:  Objection to the form.
19   Asked and answered.  Ambiguous wording.  Try
20   to do something with that.
21       Q.    Can you answer that yes or no?
22       A.    I believe I did answer the question.
23       Q.    I'd like you to, but you didn't answer
24   with a yes or no.  Can you answer it with a yes

55

C. Dente

1    or no?
2        A.    No, I can't.
3        MR. BYLER:  We are going for an hour
4    and 25 minutes.  I mean --
5        MR. GRANNIS:  I'm happy to take a
6    break.  Off the record.
7        (Recess taken.)
8    EXAMINATION CONTINUED
9    BY MR. GRANNIS:
10       Q.    I'm going to show you what's been
11   marked as Plaintiff's Exhibit 502.
12           (Plaintiffs' Exhibit 501, Declaration,
13       marked for identification.)
14           (Plaintiffs' Exhibit 502, Commercial
15       Invoice, marked for identification.)
16       MR. GRANNIS:  I'm going to note for the
17   record that I previously questioned Ms.
18   Dente about a declaration in another action,
19   and I failed to note at that time that the
20   document had been marked as Plaintiffs'
21   Exhibit 501, and so I'm doing so now for the
22   record, and now I am handing Ms. Dente a
23   document Plaintiffs' Exhibit 502, which
24   states commercial invoice at the top.
25

56

C. Dente

1        Q.    And I will ask, Ms. Dente, if you
2    recognize this document.
3        A.    Yes, I do.
4        Q.    What is that?
5        A.    It's a piece of paper that's included
6    in all of the commercial documents when goods are
7    exported from a country.
8        Q.    Is there a style number on this
9    document?
10       A.    Yes.
11       Q.    What is that style number?
12       A.    135.  I can't see if it says 809 or
13   609.  I apologize.  It's not clear on the copy.
14       Q.    Who signed that style number?  Let me
15   clarify the question.  Is that a Target style
16   number?
17       A.    It's recognized by both Private Label
18   and by Target.
19       Q.    This shows us, am I right, that Atateks
20   manufactured goods with that style number for
21   sale to Target; is that correct?
22       A.    Yes, consigned to Private Label.
23       Q.    Do you know whether Private Label
24   arranged for any other manufacturers, other than

C. Dente

1  Atateks, to make that style number for Target?

2

3      A.  I would have to check.

4      Q.  In general, were there any cases in

5  which you, Private Label, had another

6  manufacturer in addition to Atateks make a

7  certain style number for Target?

8      A.  I would have to check.  I would have to

9  go back on a case-by-case basis.  We manufacture

10  lots of different styles.

11          MR. GRANNIS:  I'm going to hand the

12      witness Plaintiffs' Exhibit 503, which

13      states, "Debit Note 1580" at the top.

14          (Plaintiffs' Exhibit 503, Debit Note

15      1580, marked for identification.)

16      Q.  Do you recognize this document, Ms.

17  Dente?

18      A.  Yes, I do.

19      Q.  What is it?

20      A.  It's a debit note.

21      Q.  Can you explain what a debit note is?

22      A.  It is debiting back to a specific

23  factory moneys that are owed to Private Label for

24  various different reasons.

25      Q.  Who is being debited here?

C. Dente

1

2      A.  Atateks.

3      Q.  You see a reference on the first page

4  to customer allowances?

5      A.  Yes.

6      Q.  Can you explain what that refers to?

7      A.  Yes, that's the difference between the

8  actual FOB and the sell price to Target.

9      Q.  What's the actual FOB?

10      A.  The actual price paid to Atateks for

11  the manufacturing of the goods.

12      Q.  Was this actual amount paid by Target?

13      A.  Rephrase the question.  Which actual

14  amount?

15      Q.  You said that the FOB --

16      A.  Yes.

17      Q.  -- was the actual price paid to

18  Atateks.

19      A.  Correct.  Maybe I should explain

20  customer allowance to you.  Maybe --

21      Q.  Please.

22      A.  So there's a style that's manufactured

23  for Target.  There was an agreed upon sell price

24  between Private Label and Target.  A letter of

25  credit is opened by Target to Basul, transferred

C. Dente

1  to Atateks.

2

3          In there is a customer allowance.

4  There is a difference between the FOB price that

5  we're going to be paying the factory, Atateks,

6  and the actual sell price to Target.

7          Upon shipping the goods, the commercial

8  invoices are presented to the bank.  Atateks is

9  able to draw down on the LC.  Once they receive

10  those funds, they remit the difference between

11  the FOB and the actual sell price to Target.

12  That is the customer allowance.

13      Q.  If you turn to the second page with

14  respect to Style 121375.

15      A.  Yes.

16      Q.  I'm going to try to explain, because

17  this is new to me, and you can see if you think I

18  have it right.

19      A.  Okay.

20      Q.  Private Label agreed that Atateks would

21  be paid $4.30 per unit for that style?

22      A.  Correct.

23      Q.  Target paid by letter of credit 4.50

24  per unit for that style.

25      A.  Correct.

C. Dente

1

2      Q.  The allowance is the 20 cents

3  difference between 4.50 and 4.30?

4      A.  Correct.

5      Q.  And Private Label was entitled to that

6  difference?

7      A.  Correct.

8      Q.  So with respect to this debit note and

9  the goods reflected in this debit note, Private

10  Label earned $61,722,51, which is reflected on

11  the first page.

12      A.  That is not correct, because there's

13  also a charge on here for QC charges.  That was

14  not money that was made by Private Label that was

15  collected by Target, so you would have to back

16  out your QC charges.

17      Q.  Fair enough.

18          With respect to this debit note and

19  with respect to these goods, Private Label earned

20  $55,479.70?

21      A.  That was the customer allowance, yes.

22      Q.  Did Private Label earn any other money

23  with respect to these goods?

24      A.  Yes.  They bill Target 8 percent.

25      Q.  Turning to the second page again.

61

C. Dente

1
2    So at some point you entered into a
3    deal with Atateks that Atateks would be paid
4    $4.30 a unit for that style number?
5    A.    Purchase orders were issued. Our
6    business is done on purchase orders, purchase
7    order basis. There are no contracts. There are
8    no deals. Everything is cut to order. We issue
9    purchase orders.
10    Q.    At the time that you would issue this
11    purchase order, would you tell Atateks how much
12    Target was going to be paying for the garment?
13    A.    Yes, there was a rider that was
14    attached to the purchase order.
15    Q.    It would state in this case that Target
16    was going to be paid 4.50 per unit?
17    A.    Correct, correct. You also have to
18    acknowledge that the LC was open to Basul and
19    transferred to Atateks, so Atateks was always in
20    full control of all the money. The money did not
21    pass through Private Label.
22    Q.    The 8 percent you were referring to,
23    was that the 8 percent of the FOB or the LC
24    price?
25    A.    Of the LC price.

62

C. Dente

1
2    Q.    When did Nilda start working for Second
3    Skin?
4    A.    I would have to check the exact date.
5    I don't know off the top of my head.
6    Q.    Can you give me something approximate?
7    A.    Within the past year.
8    Q.    So that means you believe sometime
9    since June of 2007?
10    A.    Correct.
11    Q.    When did she stop working for Private
12    Label?
13    A.    It would have been at the same time.
14    Q.    Prior to Nilda working for Second Skin,
15    did anybody assist you with respect to your work
16    for Second Skin?
17    A.    No.
18    Q.    Where is Second Skin located?
19    A.    The physical address when the company
20    was registered was 935 Sedgewick Court,
21    Westfield, New Jersey 07090.
22    Q.    Where has the business of Second Skin
23    been conducted?
24    A.    Well, because it's a consulting based
25    business, and I am really the business, business

63

C. Dente

1
2    can be done anywhere.
3    Q.    Does Second Skin own any equipment?
4    A.    No.
5    Q.    Does it have any phone lines?
6    A.    Yes.
7    Q.    What phone line is that?
8    A.    That's my cell phone.
9    Q.    What about Nilda? Is there a phone for
10    Nilda?
11    A.    Are you asking is there a phone line
12    specifically registered to Second Skin or in the
13    name of Second Skin?
14    Q.    Correct.
15    A.    No.
16    Q.    Does Nilda use a computer?
17    A.    She uses a laptop.
18    Q.    Who is that computer owned by?
19    A.    She has more than one laptop, so she
20    works from home from the laptop. She works from
21    the office sometimes on a laptop. We travel with
22    our laptops.
23    Q.    When you refer to the office, are you
24    referring to the offices of Private Label?
25    A.    I'm referring to any office that we go

64

C. Dente

1
2    to. Target offices, her home.
3    Q.    When she is here in New York City, does
4    she ever work at Private Label's offices?
5    A.    Yes, she does.
6    Q.    Does Second Skin pay any rent to
7    Private Label for that?
8    A.    No.
9    Q.    Could you please describe the offices
10    of Private Label? One room? Several rooms?
11    A.    It's one large, open room with three --
12    two individual offices within the large open
13    room.
14    Q.    Does Nilda work at an individual office
15    or does she work in the open area?
16    A.    Nilda works everywhere. I mean,
17    it's -- it's -- that's a very ambiguous question.
18    Q.    Does she have a desk that's her desk?
19    A.    Yes, she does.
20    Q.    Is that located in the big open area or
21    in one of the two rooms?
22    A.    She works in both areas. She works in
23    a desk and open area, and she also works in my
24    private office.
25    Q.    The desk in the open area, is that

65

C. Dente

1  considered her desk?
2      A.  Yes, it is.
3      Q.  How long has she been -- has that been
4  her desk?
5      A.  I'm not sure what the question is.
6      Q.  It's her desk today, right?
7      A.  Yes.
8      Q.  She has a desk today?
9      A.  Right.  It was her desk yesterday.
10     Q.  If we take it back into prior
11 yesterdays --
12     A.  I'm sure where you're leading with the
13 question, and I can't answer the question because
14 I don't know what the question is.
15     Q.  Your job is not to understand where the
16 question's leading, just to answer them.  You
17 understand --
18     A.  I don't understand the question.
19     Q.  We know it was her desk today.  We know
20 it was her desk yesterday.  When did it begin
21 being her desk?
22     A.  I would have to check on that for you.
23 If this is not a memory test, I couldn't give you
24 an exact day, a specific time, a year.  I would

66

C. Dente

1  have to check.
2      Q.  Has she ever had a different desk?
3      A.  Yes, she has.  The business that we do
4  can be done from anywhere.  It's not specific to
5  a desk or an office, a city, a state, a country.
6      Q.  What's Nilda's phone number, her office
7  phone number?
8      A.  Her office phone number?
9      Q.  Right.
10     A.  Well, we just established that she
11 didn't have a number that was registered to
12 Second Skin.
13     Q.  What number --
14     A.  She uses her own personal cell phone.
15     Q.  Did you ever call her on a land line?
16     A.  Depending on where she is.  I call her
17 at her home.  I call her at multiple places.
18     Q.  If she's working at the offices of
19 Private Label, is there a land line there that
20 she will pick up?
21     A.  Yeah.  There's -- if she was in the
22 office, yes.
23     Q.  Is there a specific number for her?
24     A.  There's a general office number.

67

C. Dente

1      Q.  A general office?
2      A.  Yes.
3      Q.  If you wanted to reach her on a land
4  line when she was working at --
5      A.  You would call -- you would call the
6  main number, and you could be transferred to her.
7      Q.  Does Nilda receive mail in the course
8  of her duties for Second Skin?
9      A.  I assume from time to time.
10     Q.  Where does she receive that mail?
11     A.  Again, be specific.  What mail?  I
12 mean, mail is a very general...
13     Q.  Business related mail relating to
14 Second Skin.
15     A.  What business?
16     Q.  Second Skin.  Second Skin does
17 business, right?
18     A.  I receive mail for Second Skin.
19     Q.  She doesn't review any mail to Second
20 Skin?
21     A.  No.
22     Q.  Where does the mail that you
23 received -- where is that received?
24     A.  It's received at multiple locations,

68

C. Dente

1  again the 935 Sedgewick Court.  It could be
2  received at 597 Broadway.
3      Q.  Is there a Second Skin e-mail account?
4      A.  Yes, there is.
5      Q.  Does Nilda have an e-mail address at
6  Second Skin?
7      A.  Yes, she does.
8      Q.  Do you have one?
9      A.  Yes.
10     Q.  Does anybody else have one?
11     A.  I would have to check on that.  I don't
12 think so.
13     Q.  Turning back to Exhibit 503, I
14 apologize.  I'm asking a question twice, but what
15 are QC charges?
16     A.  Quality inspection charges, when goods
17 are checked for quality.
18     Q.  This is a cost that Private Label
19 incurred and is now charging back to Atateks; is
20 that right?
21     A.  Correct.  That's an agreed upon way of
22 doing business with all our factories.
23     Q.  Who did you pay this amount to?
24     A.  It's actually deducted from open

69

C. Dente

1
2  invoices that are owed to Private Label and then
3  debited back to the factories, specific factories
4  by style. A general way and industry standard
5  way of doing business.
6       Q.  Did Target deduct that amount from the
7  amount that it paid?
8       A.  Target deducts the amount in different
9  ways. I can either deduct it from Private Label
10  open invoices or sometimes it's deducted from LC,
11  open LCs.
12       Q.  I'm just trying to clarify.
13            This was money in effect that Target
14  initially charged?
15       A.  If it appears on a debit note, then it
16  was debited from a Private Label invoice and then
17  debited back to the specific factory.
18       Q.  It would have been debited by Target;
19  is that correct?
20       A.  That is correct.
21       Q.  Would there be underlying documentation
22  with respect to that?
23       A.  Absolutely, yes.
24            MR. GRANNIS: Off the record.
25            (Discussion off the record.)

70

C. Dente

1
2            MR. GRANNIS: I'm going to show the
3  witness Plaintiffs' Exhibit 504, bearing
4  Bates numbers D 590 through D 600, entitled,
5  "Invoice 1609."
6            (Plaintiffs' Exhibit 504, Documents
7            Bearing Bates Nos. D 590 through D 600
8            marked for identification.)
9       Q.  Do you recognize this document, Ms.
10  Dente?
11       A.  It's the same document you showed me
12  before.
13       Q.  Meaning it's the same type of document?
14       A.  Correct.
15       Q.  Let me ask you this: You see on Page
16  592 there -- do you see the Bates number on the
17  bottom right?
18       A.  Bates?
19       Q.  It's called -- just this is lawyer
20  talk, Bates, B-A-T-E-S, is a lawyer's fancy term
21  basically for when we put a number on a document,
22  so I may refer to that.
23            MR. BYLER: Actually, there was a Mr.
24            Bates who devised this. Okay?
25            MR. GRANNIS: Right.

71

C. Dente

1
2       Q.  Do you see the document that says 592
3  at the bottom?
4       A.  Yes.
5       Q.  Does 592 relate to Page 590?
6       A.  I'm not sure what the question is.
7       Q.  We got these documents from your
8  counsel.
9       A.  Okay.
10       Q.  And they often -- I don't think they
11  were stapled. I mean that as no criticism.
12  That's very common, but we used our best
13  judgments as to what documents to staple together
14  because they seem to relate to each other.
15       A.  Okay.
16       Q.  So we stapled these documents together,
17  but I don't know if they're really related.
18            Is 592 related to 590? Is it a type of
19  backup to 590 or have I just stapled together
20  documents that should be separate?
21       A.  I don't know. I need time to go
22  through and specifically marry and match, and I
23  don't know.
24            If you're telling me that you attached
25  it, obviously you had good reason to attach it.

72

C. Dente

1
2       Q.  No, I don't necessarily know a lot
3  about the documents.
4            Maybe what I can ask you to do is, if
5  you wouldn't mind, when you are on lunch break,
6  maybe take a few minutes to see if there's any
7  connection between those documents.
8            MR. GRANNIS: I'm handing the witness
9  Plaintiffs' Exhibit 505, which bears the
10  title "Invoice 1630," and Bates Nos. D 548
11  through D 551.
12            (Plaintiffs' Exhibit 505, Documents
13            Bearing Bates Nos. D 548 through 551 marked
14            for identification.)
15       Q.  Do you recognize this document, Ms.
16  Dente?
17       A.  Yes, I do.
18       Q.  What is this?
19       A.  It's the same document we have been
20  discussing three times in a row.
21       Q.  One of them is entitled "Invoice," the
22  one you're looking at now, and Exhibit 503 was
23  entitled "Debit Note"?
24       A.  I need 503 again.
25            This was a change that actually was

73

C. Dente

1  initiated by Atateks, that they preferred to have
2  the correct title of this document noted as
3  invoice as opposed to debit note for their own
4  banking purposes.
5  Q.  Fair enough.
6      From your perspective, the debit note
7  where we see these types of documents, and it
8  says debit notes versus invoice, they're really
9  just the same thing?
10  A.  That is correct.
11  Q.  Ocean freight charges are being charged
12  back to Atateks by Plaintiffs' Exhibit 505; is
13  that correct?
14  A.  That's correct.
15  Q.  How would this have come about, that
16  they would have been charged for ocean freight
17  charges?
18  A.  Well, this particular situation happens
19  to stick out in my mind, that we had several
20  occasions in the year of 2006 where we had orders
21  that were supposed to be shipped on a direct LC
22  basis, okay, meaning the LC was open to Basul,
23  transferred to Atateks.
24      Atateks was not able to fulfill their

74

C. Dente

1  delivery obligation, so the letter of credit had
2  to be cancelled, and the goods have to be -- had
3  to be brought through our warehouse.
4      When goods are shipped on a direct LC
5  basis, Target is responsible for the sea freight.
6  If in fact we have to change the terms and the
7  goods are brought through our warehouse, we then
8  in turn would charge Atateks back for the sea
9  freight.  It would become their responsibility to
10  move the freight to get it to us.
11  Q.  I'm going to show you Plaintiffs'
12  Exhibit 506, titled "Invoice 1631," bearing Bates
13  Nos. 542 through 545.
14      (Plaintiffs' Exhibit 506, Documents
15      Bearing Bates Nos. 542 through 545 marked
16      for identification.)
17  Q.  And is this essentially the same
18  document as you were just looking at in
19  Plaintiffs' Exhibit 505?
20      MR. BYLER:  When you say the same kind
21      of document --
22      MR. GRANNIS:  Same kind of document.
23  A.  Yes, the same kind of document.
24  Q.  Were the circumstances for charging

75

C. Dente

1  ocean freight charges the same in this case as
2  the previous exhibit?
3  A.  I would have to check on a case-by-case
4  basis.
5      When I answered the question for you
6  before, I said I remember that there were several
7  occasions within the time of the year of 2006
8  where Atateks was not able to fulfill their
9  obligations on a direct LC base, and we had to
10  bring goods to the warehouse.
11      If you would want me to check invoice
12  by invoice, I could do that.
13      MR. GRANNIS:  I'm going to show the
14      witness Plaintiffs' Exhibit 507.  Off the
15      record.
16      (Discussion off the record.)
17      (Plaintiffs' Exhibit 507, Documents
18      Bearing Bates Nos. 535 through 539 marked
19      for identification.)
20      MR. GRANNIS:  I'm handing the witness
21      Plaintiffs' Exhibit 507, which is titled,
22      "Debit Note 1632" bearing Bates Nos. 535
23      through 539.
24  Q.  Ms. Dente, this is another debit note

76

C. Dente

1  of the type we've seen before, correct?
2  A.  Yes.
3  Q.  In this case, expediting charges from
4  Target are being charged back to Atateks,
5  correct?
6  A.  Appears that way.
7  Q.  Do the remaining pages of this document
8  reflect these expediting charges shown on the
9  first page of the document?
10  A.  It seems to be that way, if you look at
11  comments, vendor pays negotiated expediting
12  charges per deviation.
13  Q.  Do you have any recollection or general
14  understanding as to why Atateks was being charged
15  expediting?
16  A.  They were obviously late.
17  Q.  Do you know whether or not there was
18  any type of e-mail negotiation which preceded the
19  issuance of this debit note?
20  A.  I would have to check for you, but I
21  believe that I testified earlier that all
22  chargebacks were negotiated prior to debit notes
23  being issued.
24  Q.  Was that the case even through 2007?

79

C. Dente

1                C. Dente
2  A.  Yes.
3       MR. BYLER:  Just objection to the form.
4  2007?  Do you mean 2007?
5  Q.  Do you have any recollection that debit
6  notes were issued as late as April 2007?
7  A.  I would have to check.
8       MR. GRANNIS:  I am showing the witness
9  what has been marked as Plaintiffs' Exhibit
10  508, titled "Debit Note 1634," with Bates
11  No. 857 through 858.
12       (Plaintiffs' Exhibit 508, Documents
13  Bearing Bats Nos. 857 through 858 marked for
14  identification.)
15  Q.  Ms. Dente, this is another debit note
16  of the type we have seen before, correct?
17  A.  That is correct.
18  Q.  You see it states that new store
19  discount.  Do you see that?
20  A.  Yes.
21  Q.  Could you tell me what a new store
22  discount is?
23  A.  When Target opens a new store, we
24  agreed to a certain amount of goods of a master
25  purchase order that we're manufacturing to be

C. Dente

1  way.  It's standard industry practice.
2  Q.  Was it common for Target to impose this
3  new store discount?
4  A.  Yes.
5  Q.  Do you know when Atateks's goods were
6  first sold at a new store and, therefore,
7  discounted?
8   
9  A.  I have no idea.  I would have to check.
10  Q.  This new store discount chargeback is
11  being issued in November of 2006.
12  A.  Okay.
13  Q.  Correct?
14  A.  That's what it looks like.
15  Q.  At this point, Private Label has been
16  doing business with Atateks for three or four
17  years?
18  A.  Since, I think we established, around
19  2002.
20  Q.  So that's about four years?
21  A.  Uh-huh.
22  Q.  And there have been hundreds of
23  thousands or millions -- have to be millions of
24  garments?
25  A.  Yes, millions.

78

C. Dente

1  delivered for that new store set, so the day the
2  doors open, obviously there was no product
3  ordered specifically, so they add on to product
4  that was already been ordered so they have goods
5  to open the new store, and they ask for a
6  discount for them.
7   
8       MR. GRANNIS:  Would you read that back?
9       (Answer read.)
10  Q.  Ms. Dente, I'm not sure I understood.
11       If there was a purchase order for, say,
12  10,000 garments, and this new store opens up --
13  A.  Okay.
14  Q.  -- would some of those 10,000 garments
15  be directed to the new store or are you saying
16  that you would add to the number of garments
17  reflected in the purchase order?
18  A.  We would create a separate purchase
19  order and add to it.
20  Q.  Would the separate purchase order
21  reflect this discount?
22  A.  I don't know.  I would have to check.
23  Q.  When did you first encounter with
24  Target this new store discount policy?
25  A.  They have always done business that

80

C. Dente

1  Q.  Do you think it's possible that the
2  first time that they -- that Target imposed the
3  new store discount on goods by Atateks was
4  November 2006?
5  A.  I would have to check.  I don't think
6  it would be possible, but I would have to check,
7  since we had been doing business, as you said,
8  for four years.
9  Q.  We have not been able to locate any
10  chargeback to Atateks with respect to a new store
11  discount until November of 2006.
12  A.  It is possible.  Like I said, I would
13  have to check.  It's possible that none of the
14  styles that were being manufactured by Atateks
15  were chosen for the new store openings, as I told
16  you that Target on a case-by-case basis, as they
17  determine they are going to be opening new
18  stores, go back and issue additional goods
19  against master purchase orders that have been
20  opened, so could have been that another vendor's
21  styles were chosen for the new store opening.
22  Q.  Is it possible that Target did impose
23  new store discounts before on Atateks's goods,
24  but you simply didn't charge them back to

83

C. Dente

1
2 Atateks?
3     A.  I would really have to check, Eric.  I
4 mean, really in fairness, again --
5     Q.  How would you check?
6     A.  Have to go back and check the debit
7 notes that we have on file.
8     Q.  How would you check whether or not
9 Atateks's goods had previously been subject to a
10 new store discount?
11     A.  Because if it had been, a debit note
12 would have been issued, and it would state such.
13     Q.  How do you know it's not possible that
14 they were subject to a new store discount, but
15 you just didn't charge it back because you viewed
16 it as Private Label's responsibility?
17     A.  Can I pose another question?
18         Do you have debit note purchase orders
19 dating back to 2002?  In fairness, the reason I'm
20 saying -- I think we're both talking about a
21 subject that we may not have documents to review,
22 so if you would like a specific answer to that
23 question, we absolutely can check, because
24 everything is kept on file.
25 MR. GRANNIS:  I would appreciate your checking

82

C. Dente

1
2 and seeing if there are any new store discount
3 chargebacks prior to November 2006.
4         THE WITNESS:  Okay.
5         MR. GRANNIS:  And if in fact Target
6     imposed any new store discounts with respect
7     to goods manufactured by --
8         THE WITNESS:  I can absolutely do that.
9         MR. GRANNIS:  Irrespective of whether
10     or not you charged them back to Atateks.
11         THE WITNESS:  Okay, that's fine.
12     Q.  What does tank test refer to here?
13     A.  I would have to assume since that's not
14 my handwriting that it must have been a test
15 order that was ordered for a new store.
16     Q.  Could you explain what that means, a
17 test order?
18     A.  From time to time Target, as opposed to
19 bulk ordering or ordering a large quantity up
20 front, chooses to test certain styles to see the
21 validity or the magnitude.
22     Q.  And by that do you mean sort of whether
23 consumers will actually buy them and how much?
24     A.  Yes, that's correct.
25     Q.  You mentioned that a purchase order

84

C. Dente

1
2 would be issued with respect to this order for
3 goods for the new store, correct?
4     A.  Correct.
5     Q.  And I think you said you weren't sure
6 whether or not the price would reflect the
7 discount.
8     A.  That is correct or the terms.  I don't
9 know if the terms, because there is a part for
10 terms on our purchase orders.
11     Q.  When the purchase order was issued or
12 prior to that point, would Atateks be advised
13 that a new store discount was going to be imposed
14 upon it with respect to these goods?
15     A.  As I stated previously, it's an
16 industry standard, not just with Target, but most
17 large mass market retailers as they're opening
18 new stores in order to facilitate getting product
19 in there -- a product in there quickly when they
20 don't know an exact store opening, there are
21 discounts that are -- that are negotiated up
22 front, so yes, it's an industry standard.  It's
23 not anything that would come as a surprise.
24     Q.  Would the purchase order state that
25 these goods were being purchased for a new store?

84

C. Dente

1
2     A.  I just told you I would have to see a
3 purchase order.  I couldn't answer that off the
4 top of my head.
5     Q.  How can you be sure that Atateks was in
6 fact told that the goods it was manufacturing
7 were going to go to a new store?
8     A.  It would have to somewhere reference
9 it, but you're asking me would it be on the
10 purchase order.  You also asked me would it be on
11 e-mail, how it would be communicated.  I'm
12 telling you I would have to check.
13 MR. GRANNIS:  I'm going to call for the
14 production of documents which would establish
15 that in fact it was indeed communicated to
16 Atateks that a new store discount would be
17 imposed upon it.
18         Let me just finish this.  Or that
19 these goods were in fact being ordered for a new
20 store, and I will advise you by letter of all of
21 the chargebacks reflected in the records for new
22 stores to back up that document production.
23     Q.  You were going to say?
24     A.  You're going to advise us by letter.
25 Could you state -- you're going to advise us by

85

C. Dente

1  letter of what?
2      Q.   Advise you by letter of the chargebacks
3  which, like this, refer to new stores.
4      A.   I thought you told me you were only
5  able to locate one.
6      Q.   This was the first one that I was able
7  to locate.
8      A.   So it's the first one.  It's not the
9  only one you were able to locate?
10     Q.   Correct.  There are others which are
11  later.
12     A.   Okay.
13     Q.   And to be frank when -- I think you
14  know where I'm going with this.
15     A.   I don't.  That's why I'm trying to --
16  I'm trying to help you, because I really don't
17  know.  I mean, of all the points, I don't know
18  why this is a point.
19     Q.   One issue is that obviously we want to
20  make sure that Atateks was aware before it
21  manufactured the goods --
22     A.   Okay.
23     Q.   -- that a new store discount would be
24  imposed on it.

86

C. Dente

1      You would agree, would you not, it
2  would only be fair that Atateks would know some
3  way that it was going to be subject to the
4  discount?
5      A.   Absolutely, and what I wanted to
6  contribute before is that, in addition to our
7  purchase orders that are issued to Atateks, they
8  also received a copy of what's considered the
9  Target commit, which is another word for purchase
10  order for Target, and it clearly states on the
11  columns there when there's a new store order, but
12  the point I was trying make in all of the charges
13  of chargebacks, Eric, this is really so minimal
14  in the realm of things, but we -- we can pursue
15  it.
16     Q.   Our clients like to see us fighting for
17  every dime.
18     A.   And you should.
19         MR. GRANNIS:  I am handing the witness
20  Plaintiffs' Exhibit 509, entitled, "Debit
21  Note 1635" bearing Bates Nos. 841 through
22  856.
23         (Plaintiffs' Exhibit 509, Documents
24  Bearing Bates Nos. 841 through 856 marked

87

C. Dente

1  for identification.)
2      THE WITNESS:  Can we actually go back
3  to the previous exhibits for a minute.  You
4  showed me for the new store?  Just the one
5  for the new store you previously showed.  I
6  think it was the one right on top.
7      MR. GRANNIS:  That's it.
8      MR. BYLER:  508.
9      THE WITNESS:  Okay.  I just want to
10  note for the record that these chargebacks
11  don't even pertain to Atateks.  It pertains
12  -- that was crossed out, and actually
13  pertains to a different factory, which is
14  Orma.
15     MR. GRANNIS:  That's very helpful to
16  know.  Thank you.
17     MR. BYLER:  In your testimony you're
18  referring to both Plaintiffs' Exhibit 508
19  and 509.
20     THE WITNESS:  That's correct.
21     So to clarify for you also how we would
22  know that, it would be referenced by the
23  purchase order number and the style number
24  to determine which factory it applies to

88

C. Dente

1  from the Target paperwork.
2      Q.   Could I ask you to look at Page 843 of
3  Plaintiffs' Exhibit 509.
4      How would you determine from this to
5  whom to attribute this new store discount?
6      A.   I'm going to go to the previous page,
7  because there may be a master page.
8      Okay, it has on the very first page
9  where says Target stores chargeback on Page No.
10  842, it says, "Department 18, July '06, new store
11  discount 7/19 to 7/23."
12     Q.   I'm sorry.  How would this tell you
13  which manufacturer to attribute this chargeback
14  to?
15     A.   Because of the department, okay, and
16  because of the July new store, we would know
17  whatever new store items we were producing during
18  that time period for Department 18.
19     There's also a vendor number on here,
20  and I would have to check again, not knowing
21  anything off the top of my head, but not only do
22  we have a vendor number, but so do the factories
23  have vendor numbers.
24     MR. GRANNIS:  I'm going to show the

89

C. Dente

1
2  witness Plaintiffs' Exhibit 510, which is a
3  document titled, "Debit Note 1642" with
4  Bates Nos. 829 to 838.
5       (Plaintiffs' Exhibit 510, Document
6  Bearing Bates Nos. 829 through 838 marked
7  for identification.)
8       Q.  With respect to the first amount
9  charged here, 179.31, can you tell me what that
10 is about?
11      A.  Target -- you are talking about this
12 first line, Target PO fill rate?
13      Q.  Correct.
14      A.  And revised -- wait.  Target fill rate
15 revised and carton shortage.  That means that we
16 short shipped.  Target transmits an EDI which is
17 electronically transferred, and then we are
18 responsible for inputting the exact number of
19 cartons that are to be shipped.
20      If we're not mirroring what they
21 ordered, they then impose a discount or a
22 chargeback for short shipping.
23      Q.  Does that mean that they didn't get the
24 quantity of goods which we told them we were
25 giving them?

90

C. Dente

1
2      A.  That is correct.  We do advanced ship
3  notices.
4      Q.  Kindly turn your attention to Page D
5  837.  Do you see that it says dispute and then
6  absorbed?
7      A.  Yes.
8      Q.  Could you tell me what that would refer
9  to?
10     A.  I have no idea.  It's not my
11 handwriting.
12     Q.  Do you know whose handwriting that is?
13     A.  No, I don't.
14     Q.  Did you ever negotiate or dispute
15 chargebacks imposed by Target?
16     A.  Absolutely.
17     Q.  That's if you felt that they were
18 unjustified; is that correct?
19     A.  That's correct.
20     Q.  Can you remember any particular
21 circumstances in which you felt they were
22 unjustified?
23     A.  I mean, as to a specific circumstance?
24 No, but generally speaking, there are many times
25 that a retailer takes a discount and finds out

91

C. Dente

1
2  the details later.
3       For example, they could charge us back
4  for expediting when it was agreed that they were
5  going to absorb the expediting, because we're
6  forced to use Target's forwarders, if they prepay
7  something, they find out the details later, so it
8  could be -- it could very well be that once they
9  find out the details that the department agreed
10 to pay for it, and then the chargeback would be
11 reversed, but they would automatically deduct it
12 from us.
13      Q.  Would you sometimes dispute or
14 negotiate a chargeback after they issued you
15 documentation or would that always occur prior to
16 documentation?
17      A.  It varied.
18      MR. GRANNIS:  I'm going to show the
19 witness Plaintiffs' Exhibit 511, entitled
20 "Invoice 1644" bearing Bates Nos. 820
21 through 822.
22      (Plaintiffs' Exhibit 511, Documents
23 Bearing Bates Nos. 820 through 822 marked
24 for identification.)
25      Q.  If you turn to Page 821, it says at the

92

C. Dente

1
2  top Basul Textile Limited.  Do you see that?
3      A.  Yes.
4      Q.  This is a documentation from Target;
5  isn't that right?
6      A.  Yes.
7      Q.  So is this a chargeback from Target?
8      A.  It is a chargeback from Target.
9      Q.  Does this suggest that Basul Textile
10 Limited is in fact the vendor for these goods?
11     A.  Basul is listed as the vendor.  As I
12 explained to you before, the letter of credit are
13 open to Basul and then transferred to the
14 specific factory that's going to manufacture the
15 product, so Basul's vendor number is attached to
16 specific factories' vendor numbers, but Basul was
17 not a manufacturer of product.  They are not a
18 factory.
19     Q.  Does this document mean that with
20 respect to the goods at issue here those goods
21 were sold by letter of credit?
22     A.  I would have to double confirm the
23 terms on here or -- not the terms, but the
24 terminology, but if you look at the very bottom,
25 it says to Basul Textile Limited FLC.  I don't

93

C. Dente

1  know if that means first letter of credit, so it
2  is possible.
3
4       Again, you have to explain that it's --
5  everything is attached. There's an attachment
6  from Private Label to Basul, from Basul to their
7  specific factories, so all the vendor numbers are
8  attached.
9       Q.  I think I can state better the question
10  I'm trying to get at.
11      A.  Okay.
12      Q.  On some occasions, Private Label
13  purchased goods from Atateks and sold them to
14  Target?
15      A.  Correct.
16      Q.  And I'm going to say in those cases,
17  just to establish terminology, that Private Label
18  was an intermediate purchaser. I just mean that
19  Private Label --
20      A.  No, no.
21      Q.  -- purchased the goods from Atateks and
22  then sold the goods to Target.
23      A.  I think it's just a matter of
24  semantics, because everything was made to order
25  for Target. It was ordered on Target's behalf.

94

C. Dente

1
2       Q.  I just want to distinguish between
3  those cases where goods went directly from either
4  Atateks or Basul to Target and ones where they
5  went through Private Label.
6       Can you come up with a terminology for
7  me to describe the circumstances in which goods
8  go through Private Label?
9       A.  Warehouse goods versus direct LC goods.
10      Q.  Does the fact that it says Basul
11  Textile Limited mean that these were direct LC
12  goods?
13      A.  Not necessarily. I would have to check
14  for you, because even when we brought goods
15  through our warehouse, it's mandatory for Target
16  to know where we are manufacturing our product,
17  because as I stated before, they inspect it.
18      MR. GRANNIS:  I'm going to hand the
19  witness Plaintiffs' Exhibit 512, bearing
20  Bates Nos. 764 through 784, with the title
21  "Debit Note 1654."
22      (Plaintiffs' Exhibit 512, Documents
23  Bearing Bates Nos. 764 through 784 marked
24  for identification.)
25      Q.  Can you tell me what this means when it

95

C. Dente

1  talks about the improper loading of import
2  containers?
3
4       A.  When business is done on a direct LC
5  basis, containers are delivered to the factory to
6  be loaded, so the factory's responsible for
7  loading the containers, and then the containers
8  are picked up and brought back to the forwarder.
9       So in this case what it implies is that
10  the containers were loaded improperly. They
11  could have maybe not be full container loads, and
12  they were supposed to be full container loads,
13  could mean that there were mixed styles within
14  the containers, improper packing lists. Can mean
15  a whole host of things, but the containers were
16  not packed correctly.
17      Q.  With respect to Atateks, what factory
18  of Atateks were goods picked up from?
19      A.  Both their Turkey factories and their
20  Jordan factories.
21      Q.  With respect to the obligation of
22  Atateks to deliver goods in a timely fashion, am
23  I correct in thinking that the obligation of
24  Atateks was to deliver those goods to its factory
25  door?

96

C. Dente

1
2       A.  No, delivery to the forwarder.
3       Q.  Where is the forwarder located?
4       A.  That I don't know. I mean, within a
5  certain proximity to the factory. They're using
6  local forwarders. Whether they're for warehouse
7  goods, a forwarder we appoint, or Target's
8  forwarder.
9       Q.  You referred earlier to containers
10  being shipped at -- arriving at the factory?
11      A.  Delivered to the factory, yes.
12      Q.  Does the forwarder provide those
13  containers?
14      A.  Yes, and the reason for the factory
15  load is because the shipment may be so large
16  instead of moving individual boxes that it's
17  loaded at the factory for ease for both the
18  factory and the forwarder.
19      Q.  If Atateks loads those garments onto
20  the container at the factory in a timely fashion,
21  and there are subsequent delays in
22  transportation, does Atateks have any liability
23  for that?
24      A.  No.
25      Q.  Its responsibility is to make those

97

C. Dente

1   goods available at its factory for those
2   containers?
3   A.   Correct, and I want -- I would like to
4   ask for you to be specific when you says there's
5   further delays, meaning that once the containers
6   are delivered to the forwarders' location, and
7   they're put on a vessel or being aired for
8   whatever reason, that there's delays in the
9   vessel or delays in the aircraft unbeknownst to
10  Atateks.
11  Is that what you're asking me?
12  Q.   Well, not exactly.
13  A.   Okay.
14  Q.   Would you agree with the following --
15  A.   Okay.
16  Q.   Containers are delivered to Atateks,
17  its factory.  Atateks loads garments onto the
18  container.
19  A.   Uh-huh.
20  Q.   Once Atateks does that in a timely
21  fashion, it has no further responsibility for
22  delivery of the goods; is that correct?
23  A.   With all due respect, I think you're
24  speaking very generally, because you don't


1   goods available at its factory for those
2   containers?
3   A.   Correct, and I want -- I would like to
4   ask for you to be specific when you says there's
5   further delays, meaning that once the containers
6   are delivered to the forwarders' location, and
7   they're put on a vessel or being aired for
8   whatever reason, that there's delays in the
9   vessel or delays in the aircraft unbeknownst to
10  Atateks.
11  Is that what you're asking me?
12  Q.   Well, not exactly.
13  A.   Okay.
14  Q.   Would you agree with the following --
15  A.   Okay.
16  Q.   Containers are delivered to Atateks,
17  its factory.  Atateks loads garments onto the
18  container.
19  A.   Uh-huh.
20  Q.   Once Atateks does that in a timely
21  fashion, it has no further responsibility for
22  delivery of the goods; is that correct?
23  A.   With all due respect, I think you're
24  speaking very generally, because you don't

101

C. Dente

1
2    Q.   But maybe I'm misunderstanding, but it
3    seems to distinguish between in store and guest
4    returns as if those are different things.
5        A.   I think that they're just spelling out
6    very specifically that the guest is returning it
7    in store.
8            Again, this is a standard industry
9    practice with most mass market retailers, that at
10   the end of the selling period that they go back
11   and tie by item number any returns that were
12   manufactured by a specific vendor and charge them
13   back.
14       Q.   What is a selling period?
15       A.   It's by a specific -- we have to go
16   again, specific by style.  There's a three-month
17   selling period, six-month selling period.  That's
18   why you will find on many of Target's chargebacks
19   it takes six months to a year for them to even
20   generate chargebacks for goods that may have been
21   shipped a year to a year and a half prior to
22   receiving the actual claims.
23       Q.   If you turn to the third page of this
24   document bearing Bates No. 81, you'll see that it
25   says, "Begin date 1/30/2005, and end date January

102

C. Dente

1
2    28, 2006."
3            Now, this cover memo to you wasn't
4    generated until January 22, 2007?
5        A.   Exactly my point that I made
6    previously.
7        Q.   This goes back, in fact two years back?
8        A.   I said a year, approximately a year and
9    a half, year to a year and a half.
10       Q.   So at this point in time in January 22,
11   2007, Target imposed these chargebacks upon
12   Private Label; is that correct?
13       A.   That is correct.
14       Q.   Do you have any idea of how this came
15   about?
16       A.   It's standard industry practice, as I
17   told you, with most mass market retailers, that
18   they have the latitude to charge you back for
19   goods that are returned at store level by their
20   consumers.
21       Q.   When you say the latitude, does that
22   mean it sometimes happens and sometimes doesn't
23   or does it always happen?
24       A.   I would have to assume that if they
25   receive an item back, and they are able to tie it

103

C. Dente

1    back to our item number that was manufactured by
2    our vendor number, then in turn they would charge
3    us back, because retailers like to collect every
4    penny they can get.
5        Q.   Do you know whether or not you had
6    ever -- you meaning Private Label -- had ever
7    previously charged back to Atateks a chargeback
8    from Target for in store and guest returns
9    defectives?
10       A.   I would have to check for you, but I
11   would have to assume due to the time period of
12   which we were doing business from 2002 through
13   2006, that it's very possible.
14   MR. GRANNIS:  I would ask that you produce
15   documents to demonstrate that.
16       Q.   Whose handwriting is on this document
17   beginning on Page 81?
18       A.   I'm not sure.  It's not mine.
19       Q.   You see here it says, "Basul Atateks"
20   and below that "Basul Orma"?
21       A.   Yes.
22       Q.   How did the person doing this relate
23   these chargebacks to the particular manufacturer?
24       A.   Based on the DPCI number.

104

C. Dente

1
2    Q.   What is a DPCI number?
3        A.   Department class and code.
4        Q.   How do you relate that to Atateks or
5    Basul?
6        A.   How do we relate it to Orma or Atateks
7    you mean?
8        Q.   That's correct.
9        A.   Based on the DPCI.  Those are attached
10   to the garments.  These numbers are attached to
11   the garments that are shipped.  In addition, they
12   appear on Target's commit sheets.
13   MR. GRANNIS:  I would ask for the production, if
14   it hasn't previously been produced, of these
15   Target commitment --
16           THE WITNESS:  Commitment sheets.
17           MR. GRANNIS:  Commitment sheets, which
18   would show these DPCI numbers for Atateks
19   that would permit us to confirm that these
20   chargebacks have been properly charged.
21           THE WITNESS:  Atateks is in possession
22   of all commitment sheets as well, just so
23   you know, to permit you to cross reference
24   it.  That is how they manufactured the
25   product.  That's how they shipped the

105

1               C. Dente

2   product.

3         MR. GRANNIS:  The lawyers will debate.

4   Thank you for that information.  The lawyers

5   will debate later --

6         MR. BYLER:  We have a standing

7   objection for these documents are already in

8   the possession of Atateks.

9     Q.   Are there any other names you can read

10  in the handwriting and recognize, other than

11  Orma, Synko, Basul, and Atateks?

12     A.   No, none that I can see.

13     Q.   Basul was not a manufacturer of goods,

14  right?

15     A.   That's correct.  They were not a

16  factory.

17     Q.   Correct.

18        On Page 87, it simply refers to Basul,

19  and it doesn't refer to a manufacturer.  Can you

20  explain why that would be the case?

21     A.   Where specifically?  I do see where it

22  says factory FTY with a question mark.

23     Q.   Below though, Basul 81.

24     A.   Yes, and I believe that where it states

25  Basul factory, question mark, it's referring to

106

1               C. Dente

2   all the Basul underneath there.

3     Q.   So does that mean that you know it's

4   Basul, but you're not able to identify from this

5   which factory that is; is that right?

6     A.   Perhaps at this moment when they were

7   going through it, and then they had to go back

8   and cross reference it to documents, as I'm

9   suggesting you can do the same.

10     Q.   Did Private Label ever transfer any

11  money to Second Skin?

12     A.   My salary was paid to Second Skin.

13     Q.   Did you also draw at the same time a

14  salary from Private Label?

15     A.   No.

16     Q.   Other than commissions that Second Skin

17  received from Atateks, Orma, and Synko, did

18  Second Skin ever receive any payments for goods

19  that were manufactured for Private Label?

20        MR. BYLER:  Objection to the form.  Go

21  ahead.

22     A.   Absolutely not.  There is no purchase

23  orders in the name of Second Skin.  Second Skin

24  did not purchase any goods whatsoever.

25        I'm going to state again, they are --

107

1               C. Dente

2   they were a consulting based company.

3        MR. GRANNIS:  I'm going to show the

4   witness Plaintiffs' Exhibit 514, not bearing

5   any Bates labels.

6        For the record, these were documents

7   produced by plaintiffs, just for the record,

8   we did produce those with a Bates label, but

9   it seems that we have inadvertently printed

10  out one lacking the Bates label.

11        We're happy to subsequently identify

12  the Bates numbers that apply to this

13  document.

14        MR. BYLER:  Okay.

15       (Plaintiffs' Exhibit 514, Document,

16   marked for identification.)

17     Q.   Does this document relate to the

18  commissions that were paid to Second Skin which

19  we have talked about in this deposition?

20     A.   Stating again that the only moneys that

21  were received from Atateks were for commissions,

22  that in order for us to, you know, have the

23  ability to cross reference these to what's

24  attached to the back, but again, stating for the

25  record the only money that was received from

108

1               C. Dente

2   Atateks was for commissions.

3        I also would like to ask that -- I

4   believe when you presented these documents during

5   the first deposition with Ilhan that we were

6   told they were irrelevant, because you were

7   backing out the commission payments from the

8   moneys that you're claiming.

9     Q.   Right.  These documents don't relate to

10  the total quantum of damages which are owed by

11  Private Label.  That is true, and we acknowledge

12  that.

13     A.   Okay.

14     Q.   However, they do go to the issue of

15  possible fraudulent conveyances from Private

16  Label to Second Skin, and obviously if you want

17  to ask your lawyer about that, you can do that,

18  but just for the record, we're saying that.

19        MR. BYLER:  I think there's a

20  limitation on what you can try to do given

21  your representations to Judge Baer.  We

22  won't get into that now.

23        By the way, it's almost one o'clock.

24  What's your timing?

25        MR. GRANNIS:  I never make commitments

109

C. Dente

1
2  with respect to time, but I will make a
3  disclosure, which is that I have about an
4  eleven-page outline, and I am seven pages
5  through it, which if this reflects reality,
6  suggests that I'm more than half way done.
7      Would you like to take a lunch break
8  now?
9      THE WITNESS:  I would prefer to go
10  straight through.  I don't know.  I don't
11  want to make that decision though for
12  everybody.
13      MR. GRANNIS:  Off the record.
14      (Luncheon recess)
15
16
17
18
19
20
21
22
23
24
25

110

C. Dente

1
2      AFTERNOON SESSION
3      1:33 p.m.
4  CHRISTINE ANN DENTE,
5      resumed and testified as follows:
6  EXAMINATION CONTINUED
7  BY MR. GRANNIS:
8      Q.  I'm going to show you what has
9  previously been marked as exhibit -- as
10  Defendant's Exhibit 10, and I am remarking it as
11  Plaintiffs' Exhibit 515, Bates No. D 11262.
12      (Plaintiffs' Exhibit 515, Document
13      Bearing Bates Nos. D 11262 marked for
14      identification.)
15      Q.  And I'll ask you if you recognize this
16  document.
17      A.  I do.
18      Q.  What is that?
19      A.  It's a letter written by Atateks
20  confirming that a payment of $150,000 was made to
21  me for commission income.
22      Q.  When you say to you, you mean more
23  technically to Second Skin?
24      A.  Yes, that is correct.
25      Q.  How did that letter come to be written?

111

C. Dente

1
2  Do you know?
3      A.  Yes.  I had requested it because I used
4  a portion of the money that I made in commission
5  to purchase an apartment here in New York, and in
6  order to identify where certain funds came from
7  for the mortgage company, they requested a
8  letter.
9      MR. GRANNIS:  I'm handing Ms. Dente
10      Plaintiffs' Exhibit 516, which is a tax
11      return for Private Label for 2003.
12      (Plaintiffs' Exhibit 516, Tax Return,
13      marked for identification.)
14      Q.  Do you recognize this document, Ms.
15  Dente?
16      A.  Yes, I do.
17      Q.  What is that?
18      A.  It's a 2003 tax return for Private
19  Label Sourcing.
20      Q.  I'll direct your attention to the
21  fourth page of this document, which says at the
22  top, "Analysis of net income."
23      Do you see that?
24      A.  Yes.
25      Q.  Do you see that line that says total

112

C. Dente

1
2  assets there, Line 14?
3      A.  Yes.
4      Q.  That suggests that at the end of the
5  year 2003, Private Label had total assets of
6  1,634,000.
7      A.  Okay.
8      Q.  Would you agree with that?
9      A.  Which year?  I'm sorry.
10      Q.  The end of 2003.
11      A.  Okay.  Yes, I would agree that's what
12  it says here.
13      Q.  Would you agree that's true?
14      A.  I would agree that's what it says here.
15      Q.  Would you agree that's true?
16      A.  I would have to assume so.
17      Q.  By the way, it says here on Line 18,
18  "All nonrecourse loans," and it says, 1,752,201.
19  What does that refer to?  What loans are those?
20      A.  I have no idea.  I would have to go
21  back and cross reference records and documents.
22      As I stated earlier in my testimony
23  that during my partnership with Bruce Allen, he
24  handled the financials of the company, not --
25  they were not reviewed with me, and I handled the

113

C. Dente

1  sales, merchandising, and production.

2  2004.

3      Q.   You see that recourse loans is listed

4  under liabilities and capital, right?

5      A.   Okay.

6      Q.   And you understand here that this is a

7  liability, that Private Label has this loan?

8      A.   Yes, yes.

9      Q.   Do you see that the amount of the

10 liability is greater than the amount of the

11 assets?

12     A.   Yes.

13     Q.   We usually refer to that as insolvency,

14 meaning that the liabilities are greater than the

15 assets.

16         MR. BYLER:   Objection.  You're starting

17     to ask legal questions, using a legal term

18     of insolvency.

19         This is one tax return.  You can ask

20     this witness about her personal knowledge

21     concerning this document, but, I mean, I

22     think you are going to get into a bar review

23     type examination that's not appropriate for

24     the deposition.

25     Q.   Do you have any reason to believe that

115

C. Dente

1  2004.

2      Q.   I'll again direct your attention to the

3  fourth page.  You'll notice here that it says on

4  Line 18 -- says "All Nonrecourse Loans."

5      A.   Yes.

6      Q.   2,583,000.  You again don't have any

7  knowledge as to the nature of that loan?

8      A.   That's correct.

9      Q.   You again don't have any views as to

10 whether or not Private Label was insolvent as of

11 this date?

12     A.   I don't have any views.

13     Q.   Just as not to take any time up, you'd

14 give the same answer if I asked you about 2005

15 and 2006?

16     A.   That is correct.

17         MR. GRANNIS:   I'm going to show the

18     witness Plaintiffs' Exhibit 518, bearing

19     Bates No. 1359 to 1383.

20         (Plaintiffs' Exhibit 518, Documents

21     Bearing Bates Nos. 1359 through 1383 marked

22     for identification.)

23     Q.   Can you tell me what that document is,

24 Ms. Dente?

114

C. Dente

1  -- do you have any reason the disagree with the

2  statement that the liabilities exceeded the

3  assets?

4      A.   I don't have any reason to disagree

5  with the numbers that you are quoting off the

6  document in front of me.  I would --

7      Q.   Do you have any belief as to whether

8  Private Label was insolvent or solvent?

9      A.   I really -- I couldn't make any comment

10 towards that.  I'd have to have the opportunity

11 to review this and review other documents within

12 the company, and this was prepared by an outside

13 accounting firm, Mahoney Cohen, and Bruce was in

14 control of dealing with them and providing them

15 all the documentation to put this tax return

16 together.

17         MR. GRANNIS:   I'm showing the witness

18     Plaintiffs' Exhibit 517, which is a 2004 tax

19     return for Private Label with Bates Nos.

20     1321 to 1346.

21         (Plaintiffs' Exhibit 517, 2004 Tax

22     Return, marked for identification.)

23     Q.   What is this document?

24     A.   It's a Private Label tax return from

116

C. Dente

1      A.   2005 Private Label tax return.

2         MR. BYLER:   Do you have a 2005 tax

3     return?

4         MR. GRANNIS:   I'm not going to ask

5     questions about that.  I just wanted to

6     identify it.

7         I'm going to show the witness

8     Plaintiffs' Exhibit 519, bearing Bates Nos.

9     1384 to 1393.

10        (Plaintiffs' Exhibit 519, Documents

11    Bearing Bates Nos. 1384 through 1393 marked

12    for identification.)

13     Q.   What is this document?

14     A.   Private Label tax return from 2006.

15     Q.   Did you notice here that it says, "All

16 nonrecourse loans"?

17     A.   Where are we referring to?

18     Q.   This is Line 18 of Page 4.

19     A.   Yes.

20     Q.   You'll notice that on the right Column

21 D it doesn't show anything.  Do you see that?

22     A.   Yes.

23     Q.   On Line 18?

24     A.   Yes.

117

C. Dente

1
2    Q.   I'll represent to you for the record
3    that this means that the beginning of the year
4    there was a loan outstanding, and at the end of
5    year there wasn't, and if I asked you how that
6    loan came to be paid off, would you have any
7    information about that?
8    A.   I would have to see specific documents
9    and have to cross reference which loans we are
10   talking about and --
11   Q.   Who would know more about this than
12   you?
13   A.   Who would know more about this than me?
14   Q.   Right.
15   A.   Well, I would have to first say perhaps
16   Bruce Allen, because he had still been my
17   partner, and again, I told you he was in control
18   of the financial side of the business and
19   handling all the documents that would have been
20   given to the accountants to prepare the tax
21   return.
22   Q.   Do you see that on Page 1387, the same
23   page we were just looking at, for accounts
24   payable, it says 3,243,000?
25   A.   Accounts payable is a specific --

118

C. Dente

1
2    Q.   I'm sorry.  Do you see it says on Line
3    15 accounts payable?
4    A.   Yes.
5    Q.   You understand that?  What are accounts
6    payable?
7    A.   Moneys that are owed.
8    Q.   Owed by Private Label to another party?
9    A.   Correct.
10   Q.   Do you know what's included in this
11   3,243,000?
12   A.   For any of the figures that are located
13   in this document, 2006 tax return, I would have
14   to go back and have the opportunity to cross
15   reference other documents to how it was prepared.
16   MR. GRANNIS:  I would ask that the defendants
17   produce underlying work papers to establish how
18   this figure of 3,243,381 was arrived at, and in
19   particular, the amount if any of liability that
20   is -- to Atateks that is included in that figure.
21   THE WITNESS:  So to be clear, you only
22   want to know the details if Atateks is included
23   in that number.
24   MR. GRANNIS:  I'd like to know all of
25   them, but also interested particularly in

119

C. Dente

1
2    Atateks.
3    Q.   Ms. Dente, I've reviewed the tax return
4    and I'll tell you what I found, which is that in
5    2003 and 2004 Private Label had substantial
6    profits, okay.
7    2003 was 740,000, and 2004 was 308.
8    Then in 2005 and 2006, it had substantial losses
9    in each of those years.  It was in the range of
10   $700,000.
11   Can you tell me why Private Label
12   became unprofitable?
13   A.   Yes.  We had some major shipping
14   problems, both out of Turkey, production problems
15   I should say, which led to shipping problems, the
16   majority of them in Turkey.  Had to give a ratio,
17   70 percent of the problems occurred in Turkey, 30
18   percent happened in Korea.
19   So there was an overall delay in
20   shipping goods, which led to cancellations,
21   sell-offs and things of that sort.
22   Q.   Did the delays in Turkey only involve
23   Atateks?
24   A.   No, at that particular time it actually
25   didn't involve Atateks at all.

120

C. Dente

1
2    Q.   What did it involve?
3    A.   It involved other factories in Turkey.
4    Q.   Which?
5    A.   For different type product.
6    Q.   What were those factories?
7    A.   I would have to get the names for you.
8    Totally unrelated to seamless product.
9    Q.   Were there any other causes of the
10   delays?
11   A.   I'm sorry?
12   Q.   Were there any particular causes of the
13   delays?
14   A.   I think just general mismanagement of
15   production on the factory -- at the factory
16   level, but yes, in fact you are correct that was
17   a very difficult year for us.
18   Q.   2005 and 2006 was also unprofitable.
19   A.   It was very difficult.  We had to start
20   to work our way back from the problems of 2005.
21   Q.   Did Atateks ever deliver garments to
22   Basul's warehouse?
23   A.   Basul didn't have a warehouse.  Basul
24   for the record never took possession of any
25   goods.

121

C. Dente

1  Q.  Did Private Label have a warehouse in
2  Turkey?
3  
4  A.  No, they did not.
5  Q.  Second Skin never had a warehouse in --
6  A.  No, Second Skin never purchased any
7  product.
8  Q.  Did Atateks ever deliver goods to a
9  warehouse in Turkey for Private Label?
10  A.  Atateks shipped goods two ways, as I
11  previously mentioned in my testimony.  On a
12  direct LC basis, when LC was opened from Target,
13  those goods were delivered to Target's forwarder.
14  When goods were shipped to our warehouse, we
15  determined the forwarder that was going to be
16  used, and the goods were shipped to a warehouse
17  in Miami.
18  Q.  What is AQL?
19  A.  AQL is a certain rating system of
20  industry standard by which goods are evaluated
21  for quality.
22  Q.  Can you expand on that, please?
23  A.  I don't know enough about -- that's not
24  my area of expertise.  I just know that there is
25  an industry standard that is used when inspecting

122

C. Dente

1  goods for quality, and there's a certain method
2  in which the goods are inspected, certain amount
3  of goods that are inspected to ascertain if the
4  goods are 100 percent good quality to be shipped.
5  It's an industry standard for all
6  retailers.
7  
8  Q.  Suppose that there is a proposed
9  shipment of goods, a collection of goods to be
10  shipped, which is inspected, and it contains
11  10,000 garments.
12  A.  All the same style?
13  Q.  All the same style.  Could that
14  shipment meet AQL standards if a single defect
15  was found?
16  A.  I don't know.  That's not my area of
17  expertise, I don't really know the rating system.
18  I would not know even how to explain it to you
19  other than the general understanding that I tried
20  to give you as it's an industry standard that's
21  set, and any inspection services, any -- whether
22  they're independent or working for the retailer,
23  work off the same exact guidelines.
24  Q.  Would you agree that under the AQL
25  standard, there can be some defects in

123

C. Dente

1  merchandise in some number of items, and yet it
2  could still meet an AQL standard?
3  
4  A.  I think what you're trying to say is
5  you're asking me is -- is there a difference
6  between the AQL standards versus goods that I
7  would believe to be commercially acceptable,
8  commercially acceptable for sale?
9  Because neither one of us would really
10  determine.  It really -- it's not -- it's a very
11  objective approach.  There's no -- there's no
12  room for opinion.  So there's a standard, certain
13  amount of garments are chosen, reviewed, and then
14  a report is done, and it's based on a whole, you
15  know, AQL standard.
16  Q.  I'm not trying to press you to --
17  A.  Okay, I -- just so you -- you can
18  understand that I couldn't answer that question,
19  you couldn't answer that question.
20  It is not a subjective question when
21  inspection is being done.  There is, though, the
22  -- you can say subjectively would I believe them
23  to be commercially acceptable, does the average
24  consumer understand what you're talking about,
25  the AQL.  Would they wear the garment?  In

124

C. Dente

1  layman's terms, would they still wear the
2  garment?  Is it commercially acceptable?
3  
4  Q.  What I was saying is -- I'm not at all
5  -- I'm trying to find out how much you know about
6  AQL, and I'm not trying to put words in your
7  mouth.  Let me try one more time, and if you
8  don't know, you don't know.
9  A.  Okay.
10  Q.  Do you know whether the AQL standards
11  permit approval of shipments of goods, even if
12  there are some defects found, if the defects are
13  found on sufficiently few garments?
14  A.  Okay.  I'll try and answer for you one
15  more time.
16  With the AQL is a standard, so it would
17  not allow or disallow goods to be shipped.
18  That's really of the ultimate decision of the
19  retailer, the factory, and the vendor to make
20  that determination.
21  Q.  But a good isn't -- isn't a shipment of
22  goods determined to either not or to meet or not
23  meet an AQL standard?
24  A.  That's correct.
25  Q.  Couldn't a shipment of goods be

125

C. Dente

1  determined to meet an AQL standard, even if there
2  might be some defects found, if the defects were
3  found on sufficiently few garments?
4       A.   Then it would be meeting AQL standard,
5  and it would be -- they would sign the inspection
6  certificate to allow the goods to ship.
7            Again, I don't know if I'm answering or
8  not. That's not my area of expertise.
9       (Plaintiffs' Exhibit 520, Collection of
10      Documents, marked for identification.)
11      Q.   Ms. Dente, I'm going to give you a
12  collection of documents that has been labeled
13  Plaintiffs' Exhibit 520, and the first page of
14  this document is something I produced previously,
15  but we have modified again. You have seen it
16  before, and it is our current calculation of what
17  we believe -- we meaning the plaintiffs believe.
18          We have eliminated the commissions to
19  you, although it's just subject to the statement
20  I made before about we believe they are
21  fraudulent transfers, but that's really just for
22  the record. I'm not asking you about it.
23          So I've put -- so this now has been
24  revised. I put a date on it, and it's not --

126

C. Dente

1  actually this document, which my office prepared
2  in conjunction with the client is actually the
3  first four pages, okay? Now, behind it is all of
4  the receipts. I'm sorry.
5           This is all of the invoices, bills of
6  lading, airway bills, for goods we, the
7  plaintiffs, manufactured and sold to Target
8  through Private Label from December 15, 2005, on.
9  Okay?
10      A.   Can I go back and just comment that you
11  made as far as the commission payments that are
12  backed out of here because you believe them to be
13  fraudulently transferred. I -- just again I want
14  to just comment that I'm not quite sure where
15  you're going and stating that for the record,
16  because they were commission payments made to
17  Second Skin, not made to Private Label, so
18  nothing was transferred from Private Label to
19  Second Skin.
20      Q.   I understand, and I wouldn't have taken
21  your silence to be any concession. I understand
22  that.
23      A.   Okay.
24      Q.   Do you disagree with any of the

127

C. Dente

1  invoices contained in here or --
2       A.   What I disagree --
3            MR. BYLER: Hold on. I object to the
4  line of the questioning.
5            We just got handed a page -- an inch
6  thick, a lot of documents. The first four
7  pages are what you have compiled. There are
8  other documents which you're representing to
9  support.
10           To be asking in a deposition well, do
11  you disagree with anything, I think is a
12  fundamentally flawed question.
13           I mean, it's unfair to the witness,
14  because, you know, you're representing while
15  these correlate -- there was four years of
16  business that was done by the two companies,
17  and it would take time really to, you know,
18  check what's been clipped to the first four
19  pages to see if it correlates, not to
20  mention whether it is complete or
21  incomplete. In other ways.
22           We've been going through a lot of
23  different documents concerning chargebacks
24  and the like, so I have to state for the

128

C. Dente

1  record the objection to this approach to
2  questioning the witness.
3            You're asking this witness her personal
4  knowledge of. That's the purpose of
5  deposition, but what you handed her is
6  basically a representation on your part of
7  what really amounts to a legal case on your
8  part, and I don't think that's, you know, a
9  way of going at this that's appropriate for
10  a deposition.
11           MR. GRANNIS: I'm always amenable to
12  help with suggestions.
13           Do you have a method you would prefer
14  to have that question answered?
15           THE WITNESS: I have an opinion.
16           MR. BYLER: The witness has an opinion.
17           THE WITNESS: I have an opinion,
18  because we believe -- and again I don't know
19  if these are reflective of the exact
20  documents we reviewed previous to the first
21  deposition of Ilhan, but we don't agree with
22  your approach to your accounting, because we
23  did business on a purchase order basis, so
24  you would really have to cross reference all

129

C. Dente

1 of the purchase orders back to what you're
2 considering invoices.
3     Then we would have to take it on a
4 case-by-case basis, because there are
5 counterclaims being helped against those
6 purchase orders, so it's almost impossible
7 for us to reconcile this.
8   Q.  Do you have your own reconciliation of
9 how much you owed to our client?
10     MR. BYLER:  I thought there was a
11 presentation to Atateks in --
12     THE WITNESS:  And Ilhan.
13     MR. BYLER:  And Ilhan, but that may
14 have occurred, come to think of it, before
15 you, Eric, were counsel to Atateks in this
16 case.
17     There was such an effort, and it did
18 reflect a different methodology.  I would
19 call this a macro approach.
20     What the witness just now -- I'm glad
21 she spoke, not me, but said is -- you have
22 to do it by purchase order because it was a
23 purchase order business.  There wasn't any
24 large master contract.  It was a purchase

131

C. Dente

1 its position with respect to the accounting.
2     I, therefore, would request that
3 Private Label set forth its own accounting.  As
4 we know, this case, if we can't resolve it, is
5 going to result in a trial before Judge Baer.
6     I'm sure Judge Baer would want us in
7 the course of discovery to exchange our
8 respective positions in advance of the trial so
9 that we know where we differ, and I hope that we
10 we'll be able to get Private Label's concrete
11 position with respect to its accounting,
12 including the backup documentation.
13     MR. BYLER:  The only further comment is
14 there was a settlement conference where
15 Private Label did make a presentation,
16 understanding you don't have it, but I just
17 say that for the record to indicate only
18 that it's not that Private Label is trying
19 to hide the ball.
20     It's just that we're not prepared today
21 to present that to you, because you know,
22 you --
23     THE WITNESS:  We thought you had it.
24     MR. GRANNIS:  I would note that whether

130

C. Dente

1 order business, so to do an accounting of
2 damages, which is what you're getting at,
3 you have to go by purchase order and then
4 start to, you know, look at each purchase
5 order in terms of what may have been
6 chargebacks, what may have been, you know,
7 accounts, whatever, and that's the approach
8 you have to take in terms of doing
9 accounting for damages.
10     MR. GRANNIS:  Off the record.
11     (Discussion off the record.)
12     MR. BYLER:  All I was going to say, we
13 don't agree with the approach you've taken
14 reflected in Plaintiffs' Exhibit 520, and
15 that's, you know, the explanation I gave in
16 response to your document.
17     We have had an off the record
18 discussion in terms of how we can deal with
19 the issue of damages more productively,
20 which I think was a good discussion.
21 MR. GRANNIS:  I will state for the record that
22 obviously parties disagree in litigation.  I
23 understand that the deposition format may not be
24 a format in which Private Label wishes to explain

132

C. Dente

1 or not we have it, documents exchanged in
2 settlement are for settlement purposes only,
3 and I think I would have been inappropriate
4 for me to question the witness about --
5     MR. BYLER:  I'm not saying it was
6 inappropriate for you to raise the question.
7 It's just I wanted to indicate there was
8 something done by Private Label, and yes it
9 was for settlement.
10     On the other hand, it did reflect the
11 methodology in terms of the approach we
12 believe appropriate.
13   Q.  Back to the questioning on a new topic.
14     When did you last speak with Bahar?
15   A.  I'm not quite sure of her exact
16 departure from Atateks, but it was somewhere --
17 my last interactions with her were somewhere
18 between December of 2006 to April 2007.
19     I couldn't exactly pinpoint exactly
20 when she departed from Atateks, and when she
21 departed from Atateks I had no further contact
22 with her.
23   Q.  Have you had any contact with her in
24 any form, either directly or indirectly, in the

133

C. Dente

1  last couple of weeks?
2      A.   Indirectly through attorneys.
3      Q.   Through which attorneys?
4      A.   Through my attorneys.
5      Q.   They contacted her?
6      A.   We contacted Basul, who in turn
7  contacted Bahar.
8      Q.   What does Bahar do now for employment?
9  Do you know?
10     A.   No.  You would have to question Bahar
11  about that.
12     Q.   Does that mean you don't know?
13     A.   I don't know.
14     Q.   What meetings have you had with Ihsan?
15     A.   I've had multiple meetings with Ihsan.
16     Q.   How many meetings approximately?
17     A.   I couldn't even venture to guess.
18  Many, many occasions.  On three very major
19  occasions that I can think of is when I flew from
20  New York and met upper management of Target and
21  brought them to Ihsan's factories.
22     Q.   What was the purpose of bringing them
23  to Ihsan's factories?
24     A.   To show them the factories, establish a

134

C. Dente

1  relationship, help plan and grow business going
2  forward, business relationships going forward to
3  kind of seal the bond.  There were higher level
4  meetings.
5      Q.   Did you ever discuss with him the
6  details in particular amounts owed or invoices,
7  other than any recent settlement agreement that
8  occurred, settlement meetings that occurred?
9      A.   Yeah, he called me on several
10  occasions.  He e-mailed me directly.
11     Q.   Tell me what you generally recall about
12  the substance of those communications.
13     A.   It was specific to when are we going
14  the get our money.
15     Q.   Did he make any admission that your
16  chargebacks were correct?
17     A.   Ihsan in -- any time in trying to
18  discuss chargebacks or overall problems with him,
19  he would be very defensive.  He never felt his
20  factory was at fault.  He blamed Basul, he blamed
21  Target, he blamed Private Label.
22         He didn't want to get involved in
23  details, specific details of numbers, and he did
24  not want to acknowledge why there was a delay in

135

C. Dente

1  paying them due to all the problems that occurred
2  specifically out of Jordan.
3      Q.   What were the problems out of Jordan?
4      A.   There were major, major production
5  problems and, you know, the cause for those
6  production problems, according to Atateks, is a
7  very gray area.  They claim it was the war.
8          If you read the articles from the
9  National Labor Committee, they claim that there
10  was tremendous upheaval in the Atateks factory,
11  workers being abused.
12         When Target went in and inspected the
13  factories themselves and audited the factories,
14  they found payroll were incomplete.  People not
15  being paid for overtime.  They did not have
16  proper sleeping conditions, that the overall
17  treatment of the employees was improper.
18         The working conditions were not
19  functional, and Atateks claims it was because
20  they didn't get proper information from Private
21  Label and Basul, so there was conflicting stories
22  all the way around.
23     Q.   Have you had many meetings with Mr.
24  Duman, Alp Duman?

136

C. Dente

1      A.   No.
2          MR. GRANNIS:  Off the record.
3          (Recess taken.)
4          MR. GRANNIS:  Ms. Dente, I think you
5  indicated you just had something you wanted
6  to add.
7          THE WITNESS:  Yes.  With regard to our
8  discussion of the tax returns, where we're
9  looking at Page 4 and you were referencing
10  accounts payable, you were also referencing
11  assets, liabilities.
12         I just want to be clear that in the
13  business that we do, if we have goods prior
14  to December 31 that are on water that
15  haven't yet arrived, they're entered into
16  your inventory, but not yet paid for, so
17  where you're also looking at loans and
18  things of that sort, that is all tied back
19  to inventory versus invoicing and tied back
20  to payable, so I just wanted to -- that
21  information I think you did request, though,
22  and can be clarified with the accountants.
23         MR. GRANNIS:  I have no further
24  questions.  Do you have any questions?

137

C. Dente

1
2  MR. BYLER:  No.
3  (Time noted:  2:40 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

139

C. Dente

1
2
3
4
5
6
7  _____
8  CHRISTINE ANN DENTE
9
10  Subscribed and sworn to
11  before me this    day
12  of        2008
13  _____
14
15
16
17
18
19
20
21
22
23
24
25

138

C. Dente

1
2  May 29, 2008
3
4  **ERRATA**
5
6  PAGE/LINE CHANGE/REASON
7  _____
8  _____
9  _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25

140

1
2  CERTIFICATE
3
4  STATE OF NEW YORK )
5  ) ss.
6  COUNTY OF NEW YORK)
7
8  I, Maureen McCormick, a Shorthand
9  Reporter and Notary Public within and for the
10  State of New York, do hereby certify:
11  That CHRISTINE ANN DENTE, the witness
12  whose deposition is hereinbefore set forth, was
13  duly sworn by me and that such deposition is a
14  true record of the testimony given by such
15  witness.
16  I further certify that I am not related
17  to any of the parties to this action by blood or
18  marriage and that I am in no way interested in
19  the outcome of this matter.
20
21
22  _____
23  MAUREEN McCORMICK
24
25

2   May 29, 2008

3

4              INDEX

5   WITNESS       EXAMINATION BY      PAGE

6   Christine Dente   Mr. Grannis      3

7

8              EXHIBITS                    55
    Plaintiffs' Exhibit 501, Declaration
9
    Plaintiffs' Exhibit 502, Commercial   55
10  Invoice
                                          57
11  Plaintiffs' Exhibit 503, Debit Note
    1580
12                                        70
13  Plaintiffs' Exhibit 504, Documents
    Bearing Bates Nos. D 590 through D
    600
14                                        72
15  Plaintiffs' Exhibit 505, Documents
    Bearing Bates Nos. D 548 through 551
                                          74
16  Plaintiffs' Exhibit 506, Documents
17  Bearing Bates Nos. 542 through 545
                                          75
    Plaintiffs' Exhibit 507, Documents
18  Bearing Bates Nos. 535 through 539
                                          77
19  Plaintiffs' Exhibit 508, Documents
20  Bearing Bats Nos. 857 through 858
                                          86
21  Plaintiffs' Exhibit 509, Documents
    Bearing Bates Nos. 841 through 856
                                          89
22  Plaintiffs' Exhibit 510, Document
23  Bearing Bates Nos. 829 through 838
                                          91
    Plaintiffs' Exhibit 511, Documents
24  Bearing Bates Nos. 820 through 822
                                          94
25
25  Plaintiffs' Exhibit 512, Documents
    Bearing Bates Nos. 764 through 784

                                      142
1
2

3   May 29, 2008

4

5          INDEX (Continued)

6   Plaintiffs' Exhibit 513, Documents   100
    Bearing Bates Nos. 79 through 89
7                                        107
    Plaintiffs' Exhibit 514, Document
8                                        110
    Plaintiffs' Exhibit 515, Document
9   Bearing Bates Nos. D 11262
                                         111
10  Plaintiffs' Exhibit 516, Tax Return
                                         114
11  Plaintiffs' Exhibit 517, 2004 Tax
    Return
12                                       115
    Plaintiffs' Exhibit 518, Documents
13  Bearing Bates Nos. 1359 through 1383
                                         116
14  Plaintiffs' Exhibit 519, Documents
    Bearing Bates Nos. 1384 through 1393
15                                       125
    Plaintiffs' Exhibit 520, Collection
16  of Documents

17

18  REQUESTS:  16, 27, 28, 45, 81, 103, 104, 118, 130
19
20
21
22
23
24
25

PIROZZI & HILLMAN
212-213-5858

**$**

**$10** [1] - 11:10
**$10,000** [2] - 47:17, 47:21
**$100** [1] - 11:13
**$150,000** [1] - 110:20
**$4.30** [2] - 59:21, 61:4
**$55,479.70** [1] - 60:20
**$61,722,51** [1] - 60:10
**$700,000** [1] - 119:10

**'**

**'06** [1] - 88:11

**0**

**07** [1] - 1:7
**07090** [2] - 4:11, 62:21

**1**

**1** [1] - 30:7
**1,634,000** [1] - 112:6
**1,752,201** [1] - 112:18
**1/30/2005** [1] - 101:25
**10** [5] - 12:11, 30:7, 30:10, 30:14, 110:10
**10,000** [3] - 78:12, 78:14, 122:11
**100** [3] - 17:19, 122:5, 142:6
**10001-3904** [1] - 2:13
**10020** [2] - 1:17, 2:7
**103** [1] - 142:18
**104** [1] - 142:18
**107** [1] - 142:7
**10:02** [1] - 1:11
**110** [1] - 142:8
**111** [1] - 142:9
**11262** [3] - 110:11, 110:13, 142:9
**114** [1] - 142:10
**115** [1] - 142:12
**116** [1] - 142:13
**118** [1] - 142:18
**121375** [1] - 59:14
**125** [1] - 142:15
**130** [1] - 142:18
**1321** [1] - 114:21
**1346** [1] - 114:21
**135** [1] - 56:13
**1359** [3] - 115:20, 115:22, 142:13
**1383** [3] - 115:20, 115:22, 142:13
**1384** [3] - 116:10, 116:12, 142:14
**1387** [1] - 117:22
**1393** [3] - 116:10, 116:12, 142:14

**14** [1] - 112:2
**15** [2] - 118:3, 126:9
**1580** [3] - 57:13, 57:15, 141:11
**16** [1] - 142:18
**1609** [1] - 70:5
**1630** [1] - 72:10
**1631** [1] - 74:13
**1632** [1] - 75:23
**1634** [1] - 77:10
**1635** [1] - 86:22
**1642** [1] - 89:3
**1644** [1] - 91:20
**1654** [1] - 94:21
**179.31** [1] - 89:9
**18** [6] - 88:11, 88:19, 112:17, 115:5, 116:19, 116:24
**1985** [2] - 5:17, 6:7
**1989** [2] - 6:7, 6:8
**1992** [2] - 6:8, 6:12
**1994** [2] - 6:12, 6:14
**1995** [2] - 6:14, 6:15
**1996** [2] - 6:15, 6:16
**1:33** [1] - 110:3

**2**

**2,583,000** [1] - 115:7
**20** [1] - 60:2
**2000** [1] - 40:20
**2001** [5] - 6:16, 6:18, 7:8, 7:11, 40:20
**2002** [9] - 22:18, 40:3, 40:21, 40:23, 41:5, 41:7, 79:19, 81:19, 103:13
**2003** [6] - 111:11, 111:18, 112:5, 112:10, 119:5, 119:7
**2004** [6] - 114:19, 114:22, 115:2, 119:5, 119:7, 142:11
**2005** [12] - 9:3, 17:15, 27:5, 28:2, 115:15, 116:2, 116:3, 119:8, 120:18, 120:20, 126:9
**2006** [19] - 8:18, 8:24, 22:18, 27:6, 28:10, 73:21, 75:8, 79:11, 80:5, 80:12, 82:3, 102:2, 103:14, 115:16, 116:15, 118:13, 119:8, 120:18, 132:19
**2007** [11] - 22:23, 22:25, 28:17, 62:9, 76:25, 77:4, 77:6, 102:4, 102:11, 132:19
**2008** [5] - 1:11, 138:2, 139:12, 141:2, 142:3
**22** [2] - 102:4, 102:10
**25** [1] - 55:5
**27** [1] - 142:18
**28** [2] - 102:2, 142:18
**29** [4] - 1:11, 138:2, 141:2, 142:3

**2:40** [1] - 137:3

**3**

**3** [1] - 141:5
**3,243,000** [2] - 117:24, 118:11
**3,243,381** [1] - 118:18
**30** [1] - 119:17
**308** [1] - 119:7
**31** [1] - 136:15
**363** [1] - 2:12

**4**

**4** [2] - 116:19, 136:10
**4.30** [1] - 60:3
**4.50** [3] - 59:23, 60:3, 61:16
**45** [1] - 142:18

**5**

**5** [1] - 11:7
**50** [3] - 9:11, 9:12, 30:8
**50-50** [1] - 8:9
**501** [3] - 55:13, 55:22, 141:8
**502** [4] - 55:12, 55:15, 55:24, 141:9
**503** [6] - 57:12, 57:14, 68:14, 72:22, 72:24, 141:11
**504** [3] - 70:3, 70:6, 141:12
**505** [5] - 72:9, 72:12, 73:13, 74:20, 141:14
**506** [3] - 74:13, 74:15, 141:16
**507** [4] - 75:15, 75:18, 75:22, 141:17
**508** [5] - 77:10, 77:12, 87:9, 87:19, 141:19
**509** [5] - 86:21, 86:24, 87:20, 88:4, 141:20
**510** [3] - 89:2, 89:5, 141:22
**511** [2] - 91:19, 91:22, 141:23
**512** [3] - 94:19, 94:22, 141:25
**513** [3] - 100:6, 100:9, 142:6
**514** [3] - 107:4, 107:15, 142:7
**515** [3] - 110:11, 110:12, 142:8
**516** [3] - 111:10, 111:12, 142:10
**517** [3] - 114:19, 114:22, 142:11
**518** [3] - 115:19, 115:21, 142:12
**519** [3] - 116:9, 116:11, 142:14

**520** [4] - 125:10, 125:14, 130:15, 142:15
**535** [3] - 75:19, 75:23, 141:18
**539** [3] - 75:19, 75:24, 141:18
**542** [3] - 74:14, 74:16, 141:16
**545** [3] - 74:14, 74:16, 141:16
**548** [3] - 72:10, 72:13, 141:15
**55** [2] - 141:8, 141:9
**551** [3] - 72:11, 72:13, 141:15
**57** [1] - 141:10
**590** [6] - 70:4, 70:7, 71:5, 71:18, 71:19, 141:13
**592** [4] - 70:16, 71:2, 71:5, 71:18
**597** [2] - 17:12, 68:3

**6**

**600** [3] - 70:4, 70:7, 141:13
**609** [1] - 56:14
**620** [2] - 1:16, 2:6
**6665** [1] - 1:7

**7**

**7** [1] - 42:19
**7/19** [1] - 88:12
**7/23** [1] - 88:12
**70** [2] - 119:17, 141:12
**72** [1] - 141:14
**74** [1] - 141:15
**740,000** [1] - 119:7
**75** [1] - 141:17
**764** [3] - 94:20, 94:23, 141:25
**77** [1] - 141:18
**784** [3] - 94:20, 94:23, 141:25
**79** [3] - 100:8, 100:10, 142:6

**8**

**8** [3] - 30:9, 30:14, 60:24, 61:22, 61:23
**809** [1] - 56:13
**81** [4] - 101:24, 103:18, 105:23, 142:18
**820** [3] - 91:20, 91:23, 141:24
**821** [1] - 91:25
**822** [3] - 91:21, 91:23, 141:24
**829** [3] - 89:4, 89:6, 141:22
**837** [1] - 90:5

**838** [3] - 89:4, 89:6, 141:22
**841** [3] - 86:22, 86:25, 141:21
**842** [1] - 88:11
**843** [1] - 88:3
**856** [3] - 86:23, 86:25, 141:21
**857** [3] - 77:11, 77:13, 141:19
**858** [3] - 77:11, 77:13, 141:19
**86** [1] - 141:20
**87** [1] - 105:18
**89** [4] - 100:8, 100:10, 141:21, 142:6

**9**

**91** [1] - 141:23
**935** [3] - 4:10, 62:20, 68:2
**94** [1] - 141:24

**A**

**a.m** [1] - 1:11
**A.S** [1] - 1:4
**ability** [1] - 107:23
**able** [12] - 38:18, 52:16, 59:9, 73:25, 75:9, 80:10, 85:6, 85:7, 85:10, 102:25, 106:4, 131:11
**Absolutely** [8] - 5:8, 6:4, 22:16, 30:15, 69:23, 86:6, 90:16, 106:22
**absolutely** [2] - 81:23, 82:8
**absorb** [3] - 48:9, 52:4, 91:5
**absorbed** [1] - 90:6
**abused** [1] - 135:12
**acceptable** [4] - 123:7, 123:8, 123:23, 124:3
**according** [1] - 135:7
**account** [1] - 68:4
**accountants** [2] - 117:20, 136:23
**accounting** [7] - 114:14, 128:23, 130:2, 130:10, 131:2, 131:4, 131:12
**Accounts** [2] - 100:7, 117:25
**accounts** [5] - 117:23, 118:3, 118:5, 130:8, 136:11
**acknowledge** [3] - 61:18, 108:11, 134:25
**acquainted** [1] - 9:21
**acting** [2] - 25:13, 25:25
**action** [4] - 50:16, 50:17, 55:19, 140:17
**active** [2] - 10:20, 18:3
**actively** [1] - 22:19
**actual** [10] - 39:8, 58:8,

58:9, 58:10, 58:12, 58:13, 58:17, 59:6, 59:11, 101:22
**add** [2] - 42:10, 78:4, 78:16, 78:19, 136:7
**addition** [3] - 57:6, 86:7, 104:11
**additional** [3] - 49:8, 49:23, 80:19
**address** [2] - 62:19, 68:6
**administer** [1] - 3:10
**admission** [1] - 134:16
**advance** [2] - 48:12, 131:9
**advanced** [1] - 90:2
**advise** [3] - 84:20, 84:24, 84:25
**Advise** [1] - 85:3
**advised** [1] - 83:12
**affect** [1] - 37:21
**AFTERNOON** [1] - 110:2
**agency** [1] - 32:8
**ago** [1] - 38:16
**agree** [11] - 50:19, 86:2, 97:15, 112:8, 112:11, 112:13, 112:14, 112:15, 122:24, 128:22, 130:14
**AGREED** [3] - 3:4, 3:8, 3:12
**agreed** [9] - 46:5, 46:10, 58:23, 59:20, 68:22, 77:24, 91:4, 91:9, 98:8
**agreement** [1] - 134:8
**ahead** [6] - 20:17, 21:17, 39:11, 50:8, 51:2, 106:21
**aircraft** [1] - 97:10
**aired** [1] - 97:8
**airplane** [1] - 99:10
**airway** [1] - 126:7
**al** [1] - 42:3
**allegations** [1] - 42:5
**Allen** [10] - 7:10, 7:11, 7:16, 8:9, 8:14, 8:22, 8:24, 9:21, 112:23, 117:16
**Allen's** [2] - 9:13, 9:15
**allow** [2] - 124:17, 125:7
**allowance** [5] - 58:20, 59:3, 59:12, 60:2, 60:21
**allowances** [1] - 58:4
**almost** [2] - 108:23, 129:7
**ALP** [1] - 2:19
**Alp** [1] - 135:25
**ALSO** [1] - 2:17
**Alyssa** [1] - 100:12
**Ambiguous** [1] - 54:20
**ambiguous** [1] - 64:17
**amenable** [2] - 17:7, 128:12
**amend** [1] - 44:19
**amending** [3] - 40:22, 43:19, 44:14
**amount** [19] - 13:22, 29:14, 29:18, 45:13, 45:18, 46:25,

58:12, 58:14, 68:24, 69:6, 69:7, 69:8, 77:24, 89:8, 113:9, 113:10, 118:19, 122:3, 123:13
**amounts** [2] - 128:8, 134:7
**Analysis** [1] - 111:22
**AND** [3] - 3:4, 3:8, 3:12
**ANN** [5] - 1:14, 4:2, 110:4, 139:8, 140:11
**Ann** [1] - 4:8
**Answer** [1] - 78:9
**answer** [30] - 5:7, 12:6, 19:20, 20:17, 20:18, 21:15, 26:16, 40:22, 41:4, 43:19, 45:17, 47:7, 52:11, 52:12, 52:16, 54:6, 54:11, 54:22, 54:23, 54:24, 54:25, 65:14, 65:17, 81:22, 84:3, 99:17, 115:15, 123:18, 123:19, 124:14
**answered** [4] - 54:7, 54:20, 75:6, 128:15
**answering** [4] - 5:2, 11:25, 43:10, 125:8
**apartment** [1] - 111:5
**apologize** [2] - 56:14, 68:15
**apparel** [9] - 7:24, 12:21, 14:10, 14:11, 14:14, 43:3, 45:5, 45:9, 45:10
**Apparel** [7] - 6:15, 6:16, 6:19, 6:22, 7:6, 7:18, 45:3
**appear** [2] - 15:16, 104:12
**APPEARANCES** [1] - 2:2
**applies** [1] - 87:25
**apply** [1] - 107:12
**appoint** [1] - 96:7
**appreciate** [1] - 81:25
**approach** [7] - 123:11, 128:2, 128:23, 129:20, 130:8, 130:14, 132:12
**appropriate** [3] - 113:23, 128:10, 132:13
**approval** [7] - 31:23, 36:19, 36:20, 49:12, 49:16, 49:19, 124:11
**approvals** [1] - 49:12
**approved** [1] - 98:12
**approximate** [1] - 62:6
**April** [2] - 77:6, 132:19
**AQL** [14] - 121:18, 121:19, 122:14, 122:24, 123:3, 123:6, 123:15, 123:25, 124:6, 124:10, 124:16, 124:23, 125:2, 125:5
**arbitrarily** [1] - 48:11
**area** [8] - 64:15, 64:20, 64:23, 64:25, 121:24, 122:16, 125:9, 135:8
**areas** [1] - 64:22
**arising** [1] - 10:10

**arrange** [1] - 31:25
**arranged** [1] - 56:25
**arrive** [2] - 48:24, 99:10
**arrived** [2] - 118:18, 136:16
**arriving** [1] - 96:10
**articles** [1] - 135:9
**ascertain** [1] - 122:4
**assets** [6] - 112:2, 112:5, 113:11, 113:15, 114:4, 136:12
**assist** [1] - 62:15
**assume** [5] - 67:10, 82:13, 102:24, 103:12, 112:16
**assure** [1] - 48:24
**Atateks** [149] - 18:21, 20:21, 22:5, 22:15, 22:18, 24:8, 24:12, 24:13, 24:14, 24:18, 24:23, 25:4, 26:21, 27:3, 27:20, 27:22, 29:5, 29:11, 29:15, 30:17, 30:18, 30:24, 31:17, 31:22, 32:19, 32:25, 33:2, 33:18, 33:20, 34:5, 34:8, 37:13, 37:17, 37:25, 38:15, 39:14, 39:17, 39:19, 39:23, 40:4, 40:8, 40:15, 40:18, 43:14, 43:21, 43:24, 44:4, 44:7, 44:11, 45:24, 46:2, 46:6, 46:13, 47:20, 48:8, 49:7, 50:5, 50:10, 50:11, 50:14, 50:17, 51:7, 51:10, 52:2, 52:21, 56:20, 57:2, 57:6, 58:2, 58:10, 58:18, 59:2, 59:5, 59:8, 59:20, 61:3, 61:11, 61:19, 68:20, 73:2, 73:13, 73:24, 73:25, 74:9, 75:9, 76:5, 76:15, 79:16, 80:4, 80:11, 80:15, 81:2, 82:10, 83:12, 84:5, 84:16, 85:21, 86:3, 86:8, 87:12, 93:13, 93:21, 94:4, 95:17, 95:18, 95:22, 95:24, 96:19, 96:22, 97:11, 97:17, 97:18, 97:21, 98:9, 98:19, 98:21, 99:9, 99:11, 103:8, 103:20, 104:4, 104:6, 104:18, 104:21, 105:8, 105:11, 106:17, 107:21, 108:2, 110:19, 118:20, 118:22, 119:2, 119:23, 119:25, 120:21, 121:8, 121:10, 129:12, 129:16, 132:17, 132:21, 132:22, 135:7, 135:11, 135:20
**ATATEKS** [2] - 1:4, 1:4
**Atateks's** [3] - 79:6, 80:24, 81:9
**attach** [1] - 71:25
**attached** [8] - 61:14, 71:24, 92:15, 93:5, 93:8, 104:9, 104:10, 107:24

145

attachment [1] - 93:5
attention [4] - 42:18, 90:4, 111:20, 115:3
Attorney [1] - 2:5
attorneys [3] - 133:3, 133:4, 133:5
Attorneys [1] - 2:11
attribute [2] - 88:6, 88:14
audited [1] - 135:14
authorized [1] - 3:10
automatically - 91:11
available [1] - 97:2
Avenue [3] - 1:16, 2:6, 2:12
average [1] - 123:23
aware [1] - 85:21

**B**

backed [1] - 126:13
backing [1] - 108:7
backup [2] - 71:19, 131:13
Baer [3] - 108:21, 131:6, 131:7
Bahar [5] - 46:14, 132:15, 133:8, 133:9, 133:11
ball [2] - 50:4, 50:13, 131:20
bank [1] - 59:8
banking [1] - 73:5
bar [1] - 113:22
base [1] - 75:10
Based [2] - 103:25, 104:9
based [8] - 9:24, 27:18, 38:24, 39:6, 52:14, 62:24, 107:2, 123:14
basis [18] - 29:23, 37:8, 37:14, 48:2, 48:10, 52:12, 53:13, 57:9, 61:7, 73:23, 74:6, 75:5, 80:17, 95:5, 99:15, 121:12, 128:24, 129:5
Basul [55] - 13:15, 13:25, 14:9, 14:14, 18:20, 19:20, 19:21, 20:21, 24:22, 25:4, 32:13, 32:14, 32:16, 32:18, 33:11, 33:12, 33:13, 33:19, 43:22, 44:4, 44:6, 44:8, 44:10, 46:12, 58:25, 61:18, 73:23, 92:2, 92:9, 92:11, 92:13, 92:16, 92:25, 93:6, 94:4, 94:10, 99:23, 103:20, 103:21, 104:5, 105:11, 105:13, 105:18, 105:23, 105:25, 106:2, 106:4, 120:23, 133:7, 134:21, 135:22
Basul's [2] - 92:15, 120:22
Bates [47] - 70:4, 70:7, 70:16, 70:18, 70:20, 70:24, 72:10, 72:13, 74:13, 74:16, 75:19, 75:23, 77:10, 86:22,

86:25, 89:4, 89:6, 91:20, 91:23, 94:20, 94:23, 100:8, 100:10, 101:24, 107:5, 107:8, 107:10, 107:12, 110:11, 110:13, 114:20, 115:20, 115:22, 116:9, 116:12, 141:13, 141:15, 141:16, 141:18, 141:21, 141:22, 141:24, 141:25, 142:6, 142:9, 142:13, 142:14
BATES [1] - 70:20
Bats [2] - 77:13, 141:19
bearing [1] - 70:3, 74:13, 75:23, 86:22, 91:20, 94:19, 100:7, 101:24, 107:4, 115:19, 116:9
Bearing [26] - 70:7, 72:13, 74:16, 75:19, 77:13, 86:25, 89:6, 91:23, 94:23, 100:10, 110:13, 115:22, 116:12, 141:13, 141:15, 141:16, 141:18, 141:19, 141:21, 141:22, 141:24, 141:25, 142:6, 142:9, 142:13, 142:14
bears [1] - 72:9
became [1] - 119:12
become [4] - 9:21, 74:10
begin [2] - 5:2, 65:21
Begin [1] - 101:25
beginning [5] - 20:14, 21:8, 30:21, 103:18, 117:3
behalf [1] - 93:25
behind [1] - 126:4
belief [1] - 114:8
below [1] - 103:21
Below [1] - 105:23
best [4] - 28:22, 35:14, 36:18, 71:12
better [4] - 4:21, 5:4, 31:10, 93:9
between [22] - 3:5, 15:24, 16:6, 23:7, 27:5, 30:9, 34:7, 38:4, 38:9, 38:13, 46:13, 58:7, 58:24, 59:4, 59:10, 60:3, 72:7, 94:2, 100:22, 101:3, 123:6, 132:19
big [1] - 64:20
bill [1] - 60:24
billion [4] - 11:16, 11:20, 11:24, 12:5
bills [2] - 126:6, 126:7
blame [1] - 54:17
blamed [3] - 134:21, 134:22
blood [1] - 140:17
blows [1] - 99:10
bond [1] - 134:4
bottom [3] - 70:17, 71:3, 92:24
bought [1] - 24:18
Boulevard [5] - 6:16, 6:19,

6:22, 7:6, 7:18
boxes [1] - 96:16
break [3] - 55:7, 72:5, 109:7
brief [1] - 5:18
briefly [1] - 34:14
bring [1] - 75:11
bringing [1] - 133:23
broad [2] - 19:25, 98:15
broadest [1] - 20:7
Broadway [2] - 17:12, 68:3
brought [5] - 37:10, 74:4, 74:8, 94:14, 95:8, 133:22
Bruce [4] - 7:10, 112:23, 114:14, 117:16
bulk [1] - 82:19
Burke [2] - 15:10, 15:19
Business [1] - 67:14
business [59] - 5:19, 6:21, 7:14, 7:19, 8:8, 9:5, 9:23, 13:22, 14:3, 14:5, 14:7, 22:17, 22:19, 22:24, 23:15, 23:22, 23:23, 23:24, 24:16, 27:19, 27:21, 29:4, 30:10, 34:21, 35:22, 38:18, 40:3, 40:15, 40:21, 42:21, 52:5, 53:11, 53:15, 54:8, 61:6, 62:22, 62:25, 66:4, 67:16, 67:18, 68:23, 69:5, 78:25, 79:16, 80:8, 95:4, 98:2, 99:19, 103:13, 117:18, 127:17, 128:24, 129:24, 130:2, 134:2, 134:3, 136:14
businesses [1] - 23:19
buy [4] - 14:9, 29:14, 35:17, 82:23
buyer [2] - 9:22, 100:16
buying [7] - 25:15, 25:19, 25:24, 26:15, 30:19, 31:16, 38:21
BY [2] - 2:14, 4:6, 55:10, 110:7, 141:4
BYLER [34] - 2:14, 19:16, 19:23, 20:16, 21:16, 26:6, 31:7, 39:10, 41:24, 44:13, 50:7, 50:25, 54:2, 54:19, 55:4, 70:23, 74:21, 77:3, 87:9, 87:18, 105:6, 106:20, 107:14, 108:19, 113:16, 116:3, 127:4, 128:17, 129:11, 129:14, 130:13, 131:14, 132:6, 137:2

**C**

C&C [1] - 41:25
calculation [1] - 125:17
calendar [2] - 50:16, 50:18
California [1] - 42:4
cancellations [2] - 48:20, 119:20

cancelled [1] - 74:3
capital [1] - 113:4
career [1] - 5:19
Caron [2] - 6:14, 7:18
carton [1] - 89:15
cartons [1] - 89:19
case [38] - 29:22, 42:3, 42:6, 42:7, 42:10, 47:23, 48:2, 48:10, 49:7, 50:22, 52:9, 52:12, 53:13, 57:9, 61:15, 75:2, 75:4, 76:4, 76:25, 80:17, 95:9, 99:15, 105:20, 128:8, 129:5, 129:17, 131:5
case-by-case [9] - 48:2, 48:10, 52:12, 53:13, 57:9, 75:4, 80:17, 99:15, 129:5
cases [6] - 37:12, 37:16, 52:18, 57:4, 93:16, 94:3
categories [6] - 23:3, 23:5, 23:11, 23:18, 23:21, 24:4
causes [2] - 120:9, 120:12
cell [2] - 63:8, 66:15
Central [1] - 42:4
cents [1] - 60:2
certain [19] - 8:13, 12:15, 24:22, 25:3, 26:9, 26:11, 29:14, 35:18, 46:25, 50:4, 57:7, 77:24, 82:20, 96:5, 111:6, 121:19, 122:2, 122:3, 123:12
CERTIFICATE [1] - 140:2
certificate [3] - 100:2, 100:3, 125:7
certificates [1] - 32:4
certify [2] - 140:10, 140:16
change [3] - 44:19, 72:25, 74:7
CHANGE/REASON [1] - 138:6
changing [2] - 41:4, 44:15
charge [9] - 52:23, 60:13, 74:9, 80:25, 81:15, 91:3, 101:12, 102:18, 103:3
chargeback [26] - 46:3, 46:25, 47:9, 47:16, 47:21, 48:9, 48:15, 48:17, 51:20, 52:14, 52:19, 52:22, 53:3, 53:6, 54:15, 54:18, 79:10, 80:11, 88:10, 88:14, 89:22, 91:10, 91:14, 92:7, 92:8, 103:8
chargebacks [29] - 45:24, 46:5, 46:10, 47:3, 47:4, 47:24, 48:3, 48:5, 48:11, 51:5, 51:15, 52:3, 76:23, 82:3, 84:21, 85:3, 86:14, 87:11, 90:15, 98:5, 101:18, 101:20, 102:11, 103:24, 104:20, 127:24, 130:7,

134:17, 134:19
 **charged** [9] - 69:14, 73:12, 73:17, 76:5, 76:15, 82:10, 89:9, 103:8, 104:20
 **charges** [11] - 60:13, 60:16, 68:16, 68:17, 73:12, 73:18, 75:2, 76:4, 76:9, 76:13, 86:13
 **charging** [2] - 68:20, 74:25
 **check** [41] - 10:25, 11:5, 11:8, 11:11, 11:14, 11:17, 12:2, 12:12, 12:14, 12:18, 14:2, 16:20, 28:6, 28:13, 57:3, 57:8, 62:4, 65:23, 66:2, 68:12, 75:4, 75:12, 76:21, 77:7, 78:22, 79:9, 80:6, 80:7, 80:14, 81:3, 81:5, 81:6, 81:8, 81:23, 84:12, 88:21, 94:13, 99:21, 99:23, 103:11, 127:19
 **checked** [2] - 28:8, 68:18
 **checking** [1] - 81:25
 **Cheung** [3] - 9:18, 9:19, 9:22
 **chooses** [1] - 82:20
 **chose** [2] - 48:7, 52:2
 **chosen** [3] - 80:16, 80:22, 123:13
 **CHRISTINE** [5] - 1:14, 4:2, 110:4, 139:8, 140:11
 **Christine** [4] - 4:8, 17:17, 42:9, 141:5
 **circumstance** [1] - 54:5, 90:23
 **circumstances** [9] - 53:18, 53:20, 53:25, 54:13, 54:16, 74:25, 90:21, 94:7, 99:16
 **city** [1] - 66:6
 **City** [1] - 64:3
 **Civ** [1] - 1:7
 **claim** [3] - 100:14, 135:8, 135:10
 **claiming** [1] - 108:8
 **claims** [3] - 48:19, 101:22, 135:20
 **clarification** [1] - 44:18
 **clarified** [2] - 44:21, 136:23
 **clarify** [6] - 20:5, 21:7, 41:9, 56:16, 69:12, 87:22
 **class** [1] - 104:3
 **clear** [10] - 9:14, 19:9, 21:8, 21:13, 21:14, 30:20, 31:4, 56:14, 118:21, 136:13
 **clearly** [2] - 5:7, 86:11
 **client** [3] - 47:24, 126:3, 129:10
 **clients** [1] - 86:17
 **clipped** [1] - 127:19
 **close** [1] - 99:6
 **code** [1] - 104:3
 **Cohen** [1] - 114:14

**collect** [1] - 103:4
 **collected** [1] - 60:15
 **collection** [1] - 122:9, 125:13
 **Collection** [2] - 125:10, 142:15
 **collectively** [2] - 9:3, 52:7
 **college** [3] - 5:9, 5:11, 6:6
 **colors** [1] - 36:22
 **Column** [1] - 116:21
 **columns** [1] - 86:12
 **coming** [1] - 50:10
 **comment** [6] - 50:24, 51:3, 114:10, 126:11, 126:15, 131:14
 **comments** [1] - 76:12
 **Commercial** [2] - 55:15, 141:9
 **commercial** [4] - 55:25, 56:7, 59:7, 99:25
 **commercially** [5] - 10:20, 123:7, 123:8, 123:23, 124:3
 **commission** [16] - 24:11, 27:10, 27:18, 32:18, 32:23, 33:5, 38:20, 38:23, 38:24, 39:5, 39:7, 108:7, 110:21, 111:4, 126:12, 126:17
 **Commission** [1] - 25:20
 **commissioned** [1] - 27:17
 **commissions** [31] - 20:4, 20:11, 20:25, 21:3, 24:7, 24:22, 25:3, 25:6, 25:16, 25:22, 26:10, 26:22, 27:2, 27:8, 37:25, 39:9, 39:18, 43:17, 43:21, 44:3, 44:8, 44:10, 44:25, 45:8, 45:13, 45:18, 106:16, 107:18, 107:21, 108:2, 125:19
 **commit** [2] - 86:10, 104:12
 **commitment** [2] - 104:15, 104:22
 **Commitment** [2] - 104:16, 104:17
 **commitments** [1] - 108:25
 **Committee** [1] - 135:10
 **common** [2] - 71:12, 79:3
 **communicated** [2] - 84:11, 84:15
 **Communications** [1] - 20:20
 **communications** [2] - 34:6, 134:13
 **companies** [5] - 5:21, 14:7, 14:13, 19:20, 38:10, 127:17
 **company** [18] - 6:5, 6:8, 6:12, 6:13, 17:13, 20:14, 21:10, 25:24, 25:25, 27:17, 27:18, 39:6, 51:4, 62:19, 107:2, 111:7, 112:24, 114:13
 **Company** [2] - 6:6, 42:2

**competitive** [1] - 35:23
 **compiled** [1] - 127:8
 **complaint** [2] - 42:5, 43:11
 **complete** [2] - 49:8, 127:21
 **computer** [2] - 63:16, 63:18
 **concentrated** [1] - 14:3
 **concern** [1] - 42:6
 **concerning** [2] - 113:21, 127:24
 **concession** [1] - 126:22
 **conclusions** [1] - 44:14
 **concrete** [2] - 47:14, 131:11
 **conditions** [2] - 135:17, 135:19
 **conducted** [1] - 62:23
 **conference** [1] - 131:15
 **confirm** [2] - 92:22, 104:19
 **confirming** [1] - 110:20
 **conflicting** [1] - 135:22
 **confusing** [3] - 26:7, 31:8, 41:15
 **conjunction** [2] - 37:9, 126:3
 **connection** [1] - 72:7
 **CONNELLY** [1] - 2:18
 **consider** [4] - 53:4, 53:8, 54:13, 54:15
 **consideration** [1] - 53:9
 **considered** [9] - 10:15, 53:7, 53:11, 53:12, 53:14, 54:5, 54:8, 65:2, 86:9
 **considering** [1] - 129:3
 **consigned** [1] - 56:23
 **consultant** [2] - 25:13, 26:2
 **consulting** [9] - 17:23, 23:13, 26:3, 26:10, 27:16, 27:17, 39:6, 62:24, 107:2
 **consumer** [2] - 100:21, 123:24
 **consumers** [3] - 82:23, 100:24, 102:20
 **contact** [3] - 40:19, 132:22, 132:24
 **contacted** [1] - 133:6, 133:7, 133:8
 **contained** [1] - 127:2
 **container** [5] - 95:11, 95:12, 96:20, 97:19, 98:22
 **Containers** [1] - 97:17
 **containers** [11] - 95:3, 95:5, 95:7, 95:10, 95:14, 95:15, 96:9, 96:13, 97:3, 97:6
 **contains** [1] - 122:10
 **CONTINUED** [2] - 55:9, 110:6
 **Continued** [1] - 142:4
 **contract** [1] - 129:25
 **contracted** [1] - 32:9

**contractor** [2] - 15:25, 16:7
 **contractors** [1] - 16:14
 **contracts** [1] - 61:7
 **contribute** [3] - 7:11, 52:3, 86:7
 **contributed** [1] - 51:19
 **control** [3] - 61:20, 114:15, 117:17
 **conversation** [2] - 4:19, 4:25
 **convey** [1] - 50:4
 **conveyances** [1] - 108:15
 **coordinating** [1] - 48:23
 **copy** [2] - 56:14, 86:9
 **Corchado** [1] - 18:11
 **correct** [50] - 10:11, 17:9, 17:10, 21:21, 25:5, 26:15, 29:5, 29:17, 37:14, 37:15, 37:18, 37:19, 39:15, 47:2, 47:22, 50:2, 52:20, 52:24, 56:22, 60:12, 61:17, 69:19, 69:20, 73:3, 73:11, 73:14, 73:15, 76:2, 76:6, 77:16, 77:17, 82:24, 83:3, 83:8, 87:21, 90:2, 90:18, 90:19, 95:23, 97:23, 102:12, 102:13, 104:8, 105:15, 110:24, 115:9, 115:17, 120:16, 124:24, 134:17
 **Correct** [22] - 16:4, 21:20, 24:25, 26:13, 58:19, 59:22, 59:25, 60:4, 60:7, 61:17, 62:10, 63:14, 68:22, 70:14, 79:13, 83:4, 85:11, 89:13, 93:15, 97:4, 105:17, 118:9
 **correctly** [2] - 34:16, 95:16
 **correlate** [1] - 127:16
 **correlates** [1] - 127:20
 **cost** [1] - 68:19
 **counsel** [3] - 3:5, 71:8, 129:16
 **count** [1] - 15:11
 **counterclaims** [1] - 129:6
 **country** [2] - 56:8, 66:6
 **COUNTY** [1] - 140:6
 **couple** [4] - 4:17, 7:20, 8:6, 133:2
 **course** [6] - 31:16, 40:8, 42:8, 51:6, 67:8, 131:8
 **Court** [3] - 4:10, 62:20, 68:2
 **court** [2] - 4:22, 5:6
 **COURT** [1] - 1:2
 **cover** [1] - 102:3
 **create** [1] - 78:18
 **creating** [1] - 35:6
 **credit** [7] - 37:13, 58:25, 59:23, 74:2, 92:12, 92:21, 93:2
 **criticism** [1] - 71:11
 **cross** [7] - 104:23, 106:8,

107:23, 112:21, 117:9, 118:14, 128:25
**crossed** [1] - 87:13
**crossover** [1] - 23:7
**current** [2] - 17:8, 125:17
**customer** [6] - 47:4, 58:4, 58:20, 59:3, 59:12, 60:21
**cut** [2] - 6:25, 61:8

**D**

**daily** [1] - 34:6
**damages** [4] - 108:10, 130:3, 130:10, 130:20
**Danielle** [2] - 6:14, 7:17
**date** [8] - 11:21, 12:3, 62:4, 98:12, 101:25, 115:12, 125:25
**dates** [3] - 5:22, 16:20, 17:3
**dating** [1] - 81:19
**DAVID** [1] - 2:18
**David** [2] - 14:25, 15:19
**deal** [2] - 61:3, 130:19
**dealing** [2] - 42:7, 114:15
**deals** [1] - 61:8
**debate** [2] - 105:3, 105:5
**debit** [20] - 46:4, 46:8, 48:12, 57:20, 57:21, 60:8, 60:9, 60:18, 69:15, 73:4, 73:7, 73:9, 75:25, 76:20, 76:23, 77:5, 77:15, 81:6, 81:11, 81:18
**Debit** [9] - 57:13, 57:14, 72:23, 75:23, 77:10, 86:21, 89:3, 94:21, 141:11
**debited** [5] - 57:25, 69:3, 69:16, 69:17, 69:18
**debiting** [1] - 57:22
**December** [3] - 126:9, 132:19, 136:15
**decide** [1] - 35:24
**decided** [1] - 46:7
**decision** [3] - 9:6, 109:11, 124:18
**Declaration** [2] - 55:13, 141:8
**declaration** [4] - 41:25, 42:8, 42:15, 55:19
**deduct** [3] - 69:6, 69:9, 91:11
**deducted** [2] - 68:25, 69:10
**deducts** [1] - 69:8
**defect** [1] - 122:14
**defectives** [2] - 100:18, 103:10
**defects** [5] - 122:25, 124:12, 125:3
**Defendant's** [1] - 110:10
**defendants** [1] - 118:16
**Defendants** [2] - 1:9, 2:11

**defensive** [1] - 134:20
**defined** [1] - 42:23
**delay** [3] - 99:8, 119:19, 134:25
**delayed** [1] - 99:9
**delays** [9] - 96:21, 97:6, 97:9, 97:10, 98:17, 98:24, 119:22, 120:10, 120:13
**deliver** [4] - 95:22, 95:24, 120:21, 121:8
**delivered** [6] - 78:2, 95:5, 97:7, 97:17, 98:11, 121:13
**Delivered** [1] - 96:11
**delivering** [1] - 37:9
**delivery** [3] - 74:2, 96:2, 97:23
**demonstrate** [1] - 103:16
**Dente** [24] - 4:8, 4:12, 5:9, 17:17, 42:9, 42:12, 55:19, 55:23, 56:2, 57:17, 70:10, 72:16, 75:25, 77:15, 78:10, 111:9, 111:15, 115:25, 119:3, 125:12, 136:5, 141:5
**DENTE** [5] - 1:14, 4:2, 110:4, 139:8, 140:11
**departed** [2] - 132:21, 132:22
**Department** [3] - 88:11, 88:19, 104:3
**department** [2] - 88:16, 91:9
**departure** [1] - 132:17
**depended** [2] - 29:25, 53:22
**deposition** [15] - 3:9, 3:13, 4:21, 5:4, 43:25, 107:19, 108:5, 113:24, 127:11, 128:6, 128:11, 128:22, 130:24, 140:12, 140:13
**Deposition** [1] - 1:14
**depositions** [1] - 4:18
**describe** [4] - 39:8, 46:21, 64:9, 94:7
**described** [1] - 33:10
**design** [1] - 35:2
**designing** [1] - 35:8
**desk** [14] - 64:18, 64:23, 64:25, 65:2, 65:5, 65:7, 65:9, 65:10, 65:20, 65:21, 65:22, 66:3, 66:6
**detail** [1] - 44:20
**details** [10] - 35:5, 49:15, 49:24, 91:2, 91:7, 91:9, 118:22, 134:7, 134:24
**determination** [2] - 52:25, 124:20
**determine** [6] - 36:17, 44:24, 80:18, 87:25, 88:5, 123:10
**determined** [4] - 29:21,

121:15, 124:22, 125:2
**determining** [1] - 54:14
**develop** [4] - 7:2, 39:25, 40:7, 40:17
**developed** [5] - 31:21, 40:14, 40:23, 41:5, 41:6
**developing** [2] - 34:16, 35:3
**Developing** [2] - 34:17, 34:24
**development** [2] - 34:19, 35:7
**deviation** [1] - 76:13
**devised** [1] - 70:24
**differ** [1] - 131:10
**difference** [9] - 15:23, 16:6, 58:7, 59:4, 59:10, 60:3, 60:6, 100:22, 123:5
**different** [27] - 23:2, 23:5, 23:10, 23:18, 23:19, 23:21, 23:25, 24:3, 24:4, 24:5, 26:17, 34:13, 34:24, 34:25, 41:15, 42:20, 46:8, 57:10, 57:24, 66:3, 69:8, 87:14, 101:4, 120:5, 127:24, 129:19
**Different** [2] - 23:6, 24:4
**differently** [1] - 23:14
**difficult** [2] - 120:17, 120:19
**dime** [1] - 86:18
**direct** [12] - 37:8, 41:13, 42:18, 73:22, 74:5, 75:10, 94:9, 94:11, 95:4, 111:20, 115:3, 121:12
**directed** [1] - 78:15
**direction** [1] - 49:5
**directly** [6] - 37:13, 47:3, 49:5, 94:3, 132:25, 134:11
**DIS** [1] - 1:4
**disagree** [6] - 114:2, 114:5, 126:25, 127:3, 127:12, 130:23
**disallow** [1] - 124:17
**disclosure** [1] - 109:3
**discount** [22] - 77:19, 77:22, 78:7, 78:21, 78:24, 79:4, 79:10, 80:4, 80:12, 81:10, 81:14, 82:2, 83:7, 83:13, 84:16, 85:24, 86:5, 88:6, 88:12, 89:21, 90:25, 98:10
**discounted** [1] - 79:8
**discounts** [3] - 80:24, 82:6, 83:21
**discovery** [1] - 131:8
**discuss** [3] - 46:19, 134:6, 134:19
**discussing** [1] - 72:20
**Discussion** [6] - 8:12, 26:25, 28:25, 69:25, 75:17,

130:12
**discussion** [3] - 130:19, 130:21, 136:9
**dismissed** [1] - 42:11
**dispute** [3] - 90:5, 90:14, 91:13
**distinguish** [2] - 94:2, 101:3
**distributions** [2] - 10:10, 10:14
**District** [1] - 42:4
**DISTRICT** [2] - 1:2, 1:2
**document** [39] - 44:22, 55:21, 55:24, 56:3, 56:10, 57:16, 70:9, 70:11, 70:13, 70:21, 71:2, 72:15, 72:19, 73:3, 74:19, 74:22, 74:23, 74:24, 76:8, 76:10, 84:22, 89:3, 92:19, 101:24, 103:17, 107:13, 107:17, 110:16, 111:14, 111:21, 113:21, 114:7, 114:24, 115:24, 116:14, 118:13, 125:15, 126:2, 130:17
**Document** [6] - 89:5, 107:15, 110:12, 141:22, 142:7, 142:8
**documentation** [6] - 69:21, 91:15, 91:16, 92:4, 114:16, 131:13
**documents** [27] - 56:7, 71:7, 71:13, 71:16, 71:20, 72:3, 72:7, 73:8, 81:21, 84:14, 103:16, 105:7, 106:8, 107:6, 108:4, 108:9, 112:21, 114:12, 117:8, 117:19, 118:15, 125:13, 127:7, 127:9, 127:24, 128:21, 132:2
**Documents** [24] - 70:6, 72:12, 74:15, 75:18, 77:12, 86:24, 91:22, 94:22, 100:9, 115:21, 116:11, 125:11, 141:12, 141:14, 141:16, 141:17, 141:19, 141:20, 141:23, 141:25, 142:6, 142:12, 142:14, 142:16
**dollars** [6] - 11:4, 11:16, 11:20, 11:24, 12:5, 12:16
**done** [21] - 23:17, 23:25, 24:17, 26:10, 27:20, 27:21, 29:22, 46:9, 46:11, 46:15, 48:4, 61:6, 63:2, 66:5, 78:25, 95:4, 109:6, 123:14, 123:21, 127:17, 132:9
**door** [2] - 95:25, 98:22
**doors** [1] - 78:3
**double** [1] - 92:22
**down** [5] - 5:7, 30:5, 44:17, 59:9
**DPCI** [4] - 103:25, 104:2,

104:9, 104:18
**draw** [3] - 13:20, 59:9, 106:13
**drawn** [1] - 10:6
**drew** [2] - 10:12, 10:13
**drop** [1] - 50:4
**dropped** [1] - 50:14
**dual** [1] - 32:14
**due** [2] - 97:24, 103:12, 135:2
**duly** [2] - 4:3, 140:13
**Duman** [2] - 135:25
**DUMAN** [1] - 2:19
**during** [4] - 41:7, 88:18, 108:4, 112:23
**duties** [1] - 67:9

**E**

**e-mail** [5] - 46:16, 68:4, 68:6, 76:19, 84:11
**E-mail** [1] - 46:17
**e-mailed** [1] - 134:11
**earn** [11] - 27:2, 27:7, 29:7, 37:25, 38:22, 39:5, 39:9, 43:17, 45:14, 45:19, 60:22
**earned** [9] - 24:7, 24:11, 25:16, 29:4, 39:6, 43:20, 44:3, 60:10, 60:19
**earning** [4] - 24:22, 25:17, 26:9, 30:14
**ease** [1] - 96:17
**EDI** [1] - 89:16
**educate** [1] - 47:23
**effect** [1] - 69:13
**effectively** [1] - 52:21
**effort** [1] - 129:18
**either** [4] - 69:9, 94:3, 124:22, 132:25
**electronically** [1] - 89:17
**eleven** [1] - 109:4
**eleven-page** [1] - 109:4
**eliminated** [1] - 125:19
**employed** [1] - 16:18
**employee** [5] - 15:24, 16:3, 16:6, 18:12, 32:7
**employees** [9] - 14:20, 14:24, 15:22, 16:11, 16:16, 16:21, 17:8, 18:7, 135:18
**employment** [1] - 133:9
**encounter** [1] - 78:23
**end** [5] - 101:10, 101:25, 112:4, 112:10, 117:4
**entered** [2] - 61:2, 136:16
**entirely** [1] - 42:20
**entities** [4] - 19:15, 43:20, 44:2, 44:9
**entitled** [6] - 60:5, 70:4, 72:21, 72:23, 86:21, 91:19
**entity** [1] - 42:20

**equipment** [1] - 63:3
**Eric** [5] - 1:15, 81:3, 86:14, 99:20, 129:16
**ERIC** [1] - 2:4
**ERRATA** [1] - 138:4
**especially** [1] - 46:20
**Esq** [1] - 1:16
**ESQ** [2] - 2:4, 2:14
**essentially** [1] - 74:18
**establish** [4] - 84:14, 93:17, 118:17, 133:25
**established** [5] - 38:16, 39:5, 66:11, 79:18, 99:6
**et** [1] - 42:3
**evaluated** [1] - 121:20
**everywhere** [1] - 64:16
**exact** [11] - 5:21, 17:3, 17:4, 33:22, 62:4, 65:25, 83:20, 89:18, 122:23, 128:20, 132:16
**Exactly** [2] - 31:12, 102:5
**exactly** [4] - 33:14, 97:13, 132:20
**examination** [1] - 113:23
**EXAMINATION** [4] - 4:5, 55:9, 110:6, 141:4
**example** [2] - 35:9, 91:3
**exceeded** [1] - 114:3
**except** [1] - 3:6
**exchange** [1] - 131:8
**exchanged** [1] - 132:2
**exclude** [1] - 53:17
**Excuse** [1] - 18:8
**exhibit** [2] - 75:3, 110:9
**Exhibit** [70] - 55:12, 55:13, 55:15, 55:22, 55:24, 57:12, 57:14, 68:14, 70:3, 70:6, 72:9, 72:12, 72:22, 73:13, 74:13, 74:15, 74:20, 75:15, 75:18, 75:22, 77:9, 77:12, 86:21, 86:24, 87:19, 88:4, 89:2, 89:5, 91:19, 91:22, 94:19, 94:22, 100:6, 100:9, 107:4, 107:15, 110:10, 110:11, 110:12, 111:10, 111:12, 114:19, 114:22, 115:19, 115:21, 116:9, 116:11, 125:10, 125:14, 130:15, 141:8, 141:9, 141:11, 141:12, 141:14, 141:16, 141:17, 141:19, 141:20, 141:22, 141:23, 141:25, 142:6, 142:7, 142:8, 142:10, 142:11, 142:12, 142:14, 142:15
**exhibits** [1] - 87:4
**EXHIBITS** [1] - 141:7
**expand** [2] - 36:25, 121:22
**expects** [1] - 98:7
**expediting** [6] - 76:4, 76:9,

76:12, 76:16, 91:4, 91:5
**expertise** [3] - 121:24, 122:17, 125:9
**explain** [12] - 17:24, 23:4, 23:20, 57:21, 58:6, 58:19, 59:16, 82:16, 93:4, 105:20, 122:18, 130:25
**explained** [1] - 92:12
**explanation** [1] - 130:16
**explanatory** [1] - 100:19
**exported** [1] - 56:8
**expression** [1] - 31:14
**extension** [1] - 98:9
**extracting** [1] - 35:5

**F**

**F-A-D-D-A-L-L-E-Y** [1] - 6:10
**fabrics** [1] - 24:5
**facial** [1] - 31:14
**facilitate** [4] - 31:23, 37:3, 37:7, 83:18
**facilitating** [1] - 37:5
**fact** [13] - 43:15, 51:2, 53:17, 74:7, 82:5, 84:6, 84:15, 84:19, 92:10, 94:10, 98:13, 102:7, 120:16
**factories** [26] - 8:4, 13:3, 13:20, 14:18, 14:19, 17:25, 21:25, 35:22, 36:14, 36:15, 38:17, 49:3, 68:23, 69:3, 88:23, 93:7, 95:19, 95:20, 120:3, 120:6, 133:22, 133:24, 133:25, 135:14
**factories'** [1] - 92:16
**factory** [36] - 9:23, 13:2, 14:15, 37:10, 48:4, 57:23, 59:5, 69:17, 87:14, 87:25, 92:14, 92:18, 95:5, 95:17, 95:24, 96:5, 96:10, 96:11, 96:14, 96:17, 96:18, 96:20, 97:2, 97:18, 98:22, 99:22, 99:24, 105:16, 105:22, 105:25, 106:5, 120:15, 124:19, 134:21, 135:11
**factory's** [2] - 95:6, 99:7
**Faddalley** [2] - 6:8, 6:9
**failed** [1] - 55:20
**Fair** [2] - 60:17, 73:6
**fair** [7] - 26:12, 29:13, 30:12, 31:18, 35:15, 46:23, 86:3
**fairly** [1] - 54:9
**fairness** [2] - 81:4, 81:19
**fancy** [1] - 70:20
**far** [3] - 10:24, 12:17, 126:12
**Fashion** [1] - 5:12
**fashion** [5] - 5:19, 34:21,

95:22, 96:20, 97:22
**fault** [9] - 48:4, 48:14, 52:7, 52:15, 53:10, 53:17, 53:21, 53:24, 134:21
**fell** [1] - 50:17
**felt** [5] - 35:14, 36:17, 90:17, 90:21, 134:20
**few** [5] - 22:2, 48:21, 72:6, 124:13, 125:4
**Fifth** [3] - 1:16, 2:6, 2:12
**fighting** [1] - 86:17
**figure** [4] - 35:18, 47:13, 118:18, 118:20
**figured** [1] - 35:16
**figures** [1] - 118:12
**file** [2] - 81:7, 81:24
**filed** [2] - 28:18, 42:3
**filing** [1] - 3:13
**fill** [2] - 89:12, 89:14
**finally** [1] - 6:17
**financial** [2] - 7:13, 117:18
**financials** [1] - 112:24
**fine** [2] - 17:6, 82:11
**finish** [3] - 5:4, 22:11, 84:18
**firm** [1] - 114:14
**first** [22] - 6:5, 7:20, 8:5, 58:3, 60:11, 76:10, 78:23, 79:7, 80:3, 85:7, 85:9, 88:9, 89:8, 89:12, 93:2, 108:5, 117:15, 125:14, 126:4, 127:7, 127:19, 128:21
**fit** [2] - 36:18, 36:22
**five** [4] - 5:25, 13:6, 13:14, 41:14
**flawed** [1] - 127:13
**FLC** [1] - 92:25
**flew** [1] - 133:20
**Floor** [1] - 2:12
**FOB** [7] - 32:6, 58:8, 58:9, 58:15, 59:4, 59:11, 61:23
**following** [1] - 97:15
**follows** [2] - 4:4, 110:5
**forced** [1] - 91:6
**FOREIGN** [1] - 1:4
**form** [12] - 3:6, 19:23, 21:16, 26:6, 39:10, 50:7, 50:25, 54:2, 54:19, 77:3, 106:20, 132:25
**format** [1] - 130:24, 130:25
**formed** [9] - 6:18, 17:23, 21:10, 27:4, 27:6, 41:18, 42:19, 42:25, 43:6
**formula** [1] - 30:3
**forth** [2] - 131:4, 140:12
**Fortunately** [1] - 44:23
**forward** [2] - 134:3
**forwarder** [1] - 37:9, 37:11, 95:8, 96:2, 96:3, 96:7, 96:8, 96:12, 96:18, 99:5, 121:13, 121:15

**forwarders** [2] - 91:6, 96:6
**forwarders'** [1] - 97:7
**founded** [2] - 7:8, 17:14, 17:20
**founding** [2] - 5:20, 7:12
**four** [7] - 79:16, 79:20, 80:9, 126:4, 127:7, 127:16, 127:19
**fourth** [2] - 111:21, 115:4
**frame** [4] - 20:17, 21:7, 22:21, 35:25
**frank** [1] - 85:14
**fraudulent** [2] - 108:15, 125:22
**fraudulently** [1] - 126:14
**freight** [8] - 73:12, 73:17, 74:6, 74:10, 74:11, 75:2
**Friss** [1] - 6:6
**front** [4] - 82:20, 83:22, 98:6, 114:7
**FTY** [1] - 105:22
**fulfill** [2] - 73:25, 75:9
**full** [4] - 11:2, 61:20, 95:11, 95:12
**functional** [1] - 135:20
**fundamentally** [1] - 127:13
**funds** [2] - 59:10, 111:6
**FURTHER** [2] - 3:8, 3:12

**G**

**garment** [7] - 32:25, 35:11, 35:18, 35:19, 61:12, 123:25, 124:3
**garments** [18] - 25:17, 25:18, 34:24, 35:6, 78:12, 78:14, 78:16, 79:24, 96:19, 97:18, 98:21, 104:10, 104:11, 120:21, 122:11, 123:13, 124:13, 125:4
**Garments** [2] - 9:10, 9:17
**general** [11] - 19:12, 20:18, 30:8, 57:4, 66:25, 67:2, 69:4, 76:14, 98:19, 120:14, 122:19
**general..** [1] - 67:13
**generally** [7] - 29:13, 46:15, 52:11, 90:24, 97:25, 99:16, 134:12
**generate** [4] - 23:23, 38:18, 47:9, 101:20
**generated** [4] - 47:3, 48:3, 48:6, 102:4
**George** [2] - 15:9, 15:19
**given** [5] - 15:16, 49:2, 108:20, 117:20, 140:14
**glad** [1] - 129:21
**goods** [114] - 7:5, 12:19, 12:22, 22:5, 22:14, 22:20, 24:8, 24:12, 27:10, 29:14, 30:14, 30:19, 31:16, 32:2,

32:3, 32:5, 32:13, 32:17, 32:22, 33:3, 33:5, 33:8, 33:20, 34:3, 34:5, 34:16, 37:10, 37:12, 37:17, 37:21, 48:23, 49:9, 49:25, 50:6, 50:23, 51:16, 56:7, 56:21, 58:11, 59:7, 60:9, 60:19, 60:23, 68:17, 74:3, 74:5, 74:8, 75:11, 77:24, 78:5, 79:6, 80:4, 80:19, 80:24, 81:9, 82:7, 83:3, 83:14, 83:25, 84:6, 84:19, 85:22, 89:24, 92:10, 92:20, 93:13, 93:21, 93:22, 94:3, 94:7, 94:9, 94:12, 94:14, 95:18, 95:22, 95:24, 96:7, 97:2, 97:23, 98:8, 98:11, 99:4, 99:10, 100:2, 100:20, 101:20, 102:19, 105:13, 106:18, 106:24, 119:20, 120:25, 121:8, 121:10, 121:13, 121:14, 121:16, 121:20, 122:2, 122:3, 122:4, 122:5, 122:9, 123:6, 124:11, 124:17, 124:22, 124:25, 125:7, 126:7, 136:14
**Goods** [2] - 21:23, 21:24
**graduate** [2] - 5:14, 5:16
**Grannis** [2] - 1:16, 141:5
**GRANNIS** [63] - 2:4, 4:6, 8:11, 16:23, 17:6, 19:17, 26:23, 28:8, 28:14, 28:24, 31:6, 31:12, 40:12, 41:2, 42:22, 44:23, 45:16, 45:21, 55:6, 55:10, 55:17, 57:11, 69:24, 70:2, 70:25, 72:8, 74:23, 75:14, 75:21, 77:8, 78:8, 81:25, 82:5, 82:9, 84:13, 86:20, 87:8, 87:16, 88:25, 91:18, 94:18, 100:5, 103:15, 104:13, 104:17, 105:3, 107:3, 108:25, 109:13, 110:7, 111:9, 114:18, 115:18, 116:5, 118:16, 118:24, 128:12, 130:11, 130:22, 131:25, 136:3, 136:5, 136:24
**gray** [1] - 135:8
**greater** [2] - 113:10, 113:14
**Group** [2] - 6:16, 7:18
**group** [1] - 6:23
**grow** [1] - 134:2
**guess** [4] - 17:2, 23:22, 51:12, 133:18
**guest** [5] - 100:17, 100:23, 101:3, 101:6, 103:9
**guests** [1] - 100:25
**guidelines** [1] - 122:23
**Guzman** [1] - 15:5

**H**

**half** [5] - 14:6, 101:21, 102:9, 109:6
**halfway** [1] - 5:2
**hand** [4] - 53:19, 57:11, 94:18, 132:11
**handed** [2] - 127:6, 128:6
**handing** [6] - 55:23, 72:8, 75:21, 86:20, 100:5, 111:9
**handled** [4] - 7:13, 7:14, 112:24, 112:25
**handling** [1] - 117:19
**handwriting** [5] - 82:14, 90:11, 90:12, 103:17, 105:10
**happy** [2] - 55:6, 100:11
**hard** [1] - 99:16
**HB** [1] - 1:7
**head** [4] - 4:20, 16:22, 62:5, 84:4, 88:22
**health** [2] - 8:25, 9:5
**hear** [1] - 4:22
**hearing** [1] - 44:15
**held** [1] - 1:15
**Hello** [1] - 4:12
**help** [5] - 44:24, 48:8, 85:17, 128:13, 134:2
**helped** [5] - 31:23, 37:3, 37:7, 98:13, 129:6
**helpful** [1] - 87:16
**helping** [1] - 18:2
**helps** [1] - 20:18
**hereby** [1] - 140:10
**HEREBY** [1] - 3:4
**hereinbefore** [1] - 140:12
**hereto** [1] - 3:6
**hide** [1] - 131:20
**higher** [1] - 134:4
**Hold** [1] - 127:4
**home** [3] - 63:20, 64:2, 66:18
**Hong** [2] - 9:20, 9:24
**hope** [1] - 131:10
**host** [1] - 95:15
**hour** [1] - 55:4
**human** [2] - 52:5, 99:19
**hundred** [5] - 9:25, 12:8, 13:3, 13:20, 35:21
**hundreds** [1] - 79:22
**hypothetical** [1] - 47:13
**Hypothetical** [1] - 51:2

**I**

**I..** [1] - 13:23
**idea** [5] - 28:4, 79:9, 90:10, 102:14, 112:20
**identification** [20] - 55:14, 55:16, 57:15, 70:8, 72:14, 74:17, 75:20, 77:14, 87:2,

89:7, 91:24, 94:24, 100:11, 107:16, 110:14, 111:13, 114:23, 115:23, 116:13, 125:11
**identify** [4] - 106:4, 107:11, 111:6, 116:7
**Ihsan** [3] - 133:15, 133:16, 134:18
**Ihsan's** [2] - 133:22, 133:24
**Ilhan** [4] - 108:5, 128:22, 129:13, 129:14
**impact** [1] - 50:22
**impacted** [1] - 50:18
**implies** [1] - 95:9
**import** [1] - 95:2
**important** [1] - 17:5
**impose** [3] - 79:3, 80:23, 89:21
**imposed** [7] - 80:3, 82:6, 83:13, 84:17, 85:25, 90:15, 102:11
**impossible** [1] - 129:7
**improper** [3] - 95:2, 95:14, 135:18
**improperly** [1] - 95:10
**inadvertently** [1] - 107:9
**inappropriate** [2] - 132:4, 132:7
**Inc** [1] - 6:8
**inch** [1] - 127:6
**include** [3] - 20:3, 33:7, 53:15
**included** [10] - 32:24, 33:8, 36:20, 53:18, 54:9, 56:6, 100:2, 118:10, 118:18, 118:22
**including** [1] - 131:13
**income** [4] - 10:19, 20:3, 110:21, 111:22
**incomplete** [1] - 127:22, 135:15
**incurred** [1] - 68:20
**indeed** [1] - 84:15
**independent** [5] - 15:24, 16:6, 16:14, 32:8, 122:22
**INDEX** [2] - 141:3, 142:4
**Index** [1] - 1:6
**indicate** [3] - 46:24, 131:18, 132:8
**indicated** [1] - 136:6
**indicates** [1] - 49:14
**indirectly** [1] - 132:25
**Indirectly** [1] - 133:3
**individual** [3] - 64:12, 64:14, 96:16
**individuals** [1] - 16:11
**industry** [10] - 69:4, 79:2, 83:16, 83:22, 101:8, 102:16, 121:20, 121:25, 122:6, 122:20

**information** [15] - 16:22, 16:23, 17:4, 28:14, 44:22, 48:25, 49:3, 49:8, 50:5, 50:9, 50:12, 105:4, 117:7, 135:21, 136:22
**initiated** [1] - 73:2
**inputting** [1] - 89:18
**insolvency** [2] - 113:13, 113:18
**insolvent** [2] - 114:9, 115:11
**inspect** [10] - 32:5, 32:13, 32:16, 32:22, 33:3, 33:4, 33:20, 34:3, 34:5, 94:17
**inspected** [5] - 32:3, 122:3, 122:4, 122:10, 135:13
**inspecting** [1] - 121:25
**inspection** [9] - 32:2, 32:4, 33:7, 68:17, 100:2, 100:3, 122:21, 123:21, 125:6
**inspections** [1] - 32:14
**instance** [1] - 44:20
**instead** [1] - 96:16
**Institute** [1] - 5:12
**interactions** [1] - 132:18
**interest** [2] - 8:23, 10:11
**interested** [2] - 118:25, 140:18
**interests** [1] - 9:6
**intermediate** [2] - 37:20, 93:18
**international** [3] - 43:2, 43:7, 43:12
**inventory** [2] - 136:17, 136:20
**Invoice** [7] - 55:16, 70:5, 72:10, 72:21, 74:13, 91:20, 141:10
**invoice** [6] - 55:25, 69:16, 73:4, 73:9, 75:12, 75:13
**invoices** [8] - 59:8, 69:2, 69:10, 99:25, 126:6, 127:2, 129:3, 134:7
**invoicing** [1] - 136:20
**involve** [4] - 35:9, 119:22, 119:25, 120:2
**involved** [5] - 10:2, 34:22, 51:24, 120:3, 134:23
**irrelevant** [1] - 108:6
**Irrespective** [1] - 82:9
**IS** [3] - 3:4, 3:8, 3:12
**issuance** [2] - 53:5, 76:20
**issue** [10] - 45:23, 46:25, 61:8, 61:10, 80:19, 85:20, 92:20, 98:17, 108:14, 130:20
**issued** [14] - 47:25, 48:11, 48:13, 49:17, 51:15, 61:5, 76:24, 77:6, 79:11, 81:12, 83:2, 83:11, 86:8, 91:14
**issues** [5] - 8:25, 9:5, 42:7,

52:5, 99:20
**issuing** [1] - 49:20
**IT** [3] - 3:4, 3:8, 3:12
**item** [3] - 101:11, 102:25, 103:2
**items** [3] - 23:6, 88:18, 123:2

**J**

**January** [4] - 8:18, 101:25, 102:4, 102:10
**Jersey** [2] - 4:11, 62:21
**Jetwell** [2] - 9:10, 9:17
**job** [1] - 65:16
**Jockey** [2] - 9:18, 9:25
**Joining** [1] - 17:25
**Jordan** [3] - 95:20, 135:3, 135:4
**JORDAN** [1] - 1:4
**Joseph** [1] - 6:6
**judge** [1] - 44:23
**Judge** [3] - 108:21, 131:6, 131:7
**judgments** [1] - 71:13
**Julie** [1] - 6:15
**July** [4] - 17:15, 27:5, 88:11, 88:17
**jump** [1] - 44:14
**June** [1] - 62:9
**jurisdiction** [1] - 42:11

**K**

**K-W-A-N** [1] - 15:5
**keep** [1] - 42:4
**kept** [1] - 81:24
**kind** [5] - 20:3, 74:21, 74:23, 74:24, 134:4
**Kindly** [1] - 90:4
**Kmart** [1] - 8:8
**knowing** [1] - 88:21
**knowledge** [5] - 28:22, 48:16, 113:20, 115:8, 128:5
**Kong** [2] - 9:20, 9:24
**Korea** [2] - 18:17, 119:18
**Kwan** [2] - 15:3, 15:4

**L**

**label** [3] - 7:3, 107:8, 107:10
**Label** [143] - 5:20, 6:17, 6:24, 7:8, 7:20, 8:15, 9:11, 10:7, 10:8, 10:9, 10:12, 10:14, 10:18, 10:20, 10:24, 12:20, 13:8, 14:20, 14:24, 16:12, 16:19, 17:11, 22:24, 23:8, 23:17, 24:2, 24:9, 24:13, 25:10, 25:12, 25:14, 25:19, 25:25, 26:15, 27:11,

27:15, 27:23, 27:24, 29:2, 29:3, 30:13, 30:17, 30:18, 30:23, 31:17, 31:20, 34:12, 35:13, 37:16, 37:20, 37:22, 38:19, 40:5, 40:9, 40:16, 40:21, 41:6, 41:9, 42:2, 42:24, 45:4, 45:11, 45:23, 46:24, 47:8, 48:15, 48:22, 48:25, 50:3, 50:19, 51:18, 52:18, 52:22, 53:3, 53:4, 53:8, 53:10, 53:16, 53:21, 53:24, 54:14, 54:17, 56:18, 56:23, 56:24, 57:5, 57:23, 58:24, 59:20, 60:5, 60:10, 60:14, 60:19, 60:22, 61:21, 62:12, 63:24, 64:7, 64:10, 66:20, 68:19, 69:2, 69:9, 69:16, 79:15, 93:6, 93:12, 93:17, 93:19, 94:5, 94:8, 102:12, 103:7, 106:10, 106:14, 106:19, 108:11, 108:16, 111:11, 111:19, 112:5, 113:7, 114:9, 114:20, 114:25, 115:11, 116:2, 116:15, 118:8, 119:5, 119:11, 121:2, 121:9, 126:9, 126:18, 126:19, 130:25, 131:4, 131:16, 131:19, 132:9, 134:22, 135:22
**LABEL** [1] - 1:7
**Label's** [3] - 64:4, 81:16, 131:11
**labeled** [1] - 125:13
**labels** [2] - 49:15, 107:5
**Labor** [1] - 135:10
**lack** [1] - 42:11
**lacking** [1] - 107:10
**Ladies** [1] - 7:24
**Ladies'** [3] - 12:21, 14:10, 45:9
**ladies'** [3] - 14:11, 14:13, 45:10
**lading** [1] - 126:7
**land** [3] - 66:16, 66:20, 67:4
**laptop** [4] - 63:17, 63:19, 63:20, 63:21
**laptops** [1] - 63:22
**large** [6] - 64:11, 64:12, 82:19, 83:17, 96:15, 129:25
**larger** [2] - 30:10, 46:20
**largest** [2] - 13:12, 13:22
**last** [5] - 42:13, 44:20, 132:15, 132:18, 133:2
**late** [4] - 48:20, 76:17, 77:6, 98:8
**lateness** [1] - 98:20
**latitude** [2] - 102:18, 102:21
**lawyer** [2] - 70:19, 108:17
**lawyer's** [1] - 70:20
**lawyers** [2] - 105:3, 105:4

**layman's** [1] - 124:2
**LC** [16] - 37:8, 59:9, 61:18, 61:23, 61:25, 69:10, 73:22, 73:23, 74:5, 75:10, 94:9, 94:11, 95:4, 121:12
**LCs** [1] - 69:11
**leading** [2] - 65:13, 65:17
**least** [3] - 12:16, 47:19, 50:3
**leave** [1] - 100:3
**led** [4] - 9:5, 39:13, 119:15, 119:20
**legal** [3] - 113:17, 128:8
**Less** [2] - 12:7, 12:10
**less** [10] - 11:3, 11:6, 11:9, 11:12, 11:15, 11:24, 12:5, 12:8, 12:11, 12:13
**letter** [14] - 37:13, 58:24, 59:23, 74:2, 84:20, 84:24, 85:2, 85:3, 92:12, 92:21, 93:2, 110:19, 110:25, 111:8
**level** [6] - 99:22, 99:24, 100:21, 102:19, 120:16, 134:4
**liabilities** [4] - 113:4, 113:14, 114:3, 136:12
**liability** [4] - 96:22, 113:7, 113:10, 118:19
**liable** [3] - 47:21, 98:20, 98:24
**liaising** [1] - 38:12
**liaison** [9] - 18:2, 26:2, 34:7, 38:2, 38:3, 38:6, 38:8, 38:9, 46:12
**limitation** [1] - 108:20
**Limited** [5] - 42:2, 92:2, 92:10, 92:25, 94:11
**line** [9] - 63:7, 63:11, 66:16, 66:20, 67:5, 89:12, 100:15, 111:25, 127:5
**Line** [6] - 112:2, 112:17, 115:5, 116:19, 116:24, 118:2
**lines** [1] - 63:5
**Lisa** [2] - 15:9, 15:18
**list** [1] - 35:21
**listed** [2] - 92:11, 113:3
**lists** [1] - 95:14
**litigation** [1] - 130:23
**live** [1] - 9:19
**LLC** [3] - 1:7, 1:8, 42:19
**LLP** [1] - 2:10
**load** [1] - 96:15
**loaded** [3] - 95:6, 95:10, 96:17
**loading** [2] - 95:2, 95:7
**loads** [5] - 95:11, 95:12, 96:19, 97:18
**loan** [4] - 113:7, 115:8, 117:4, 117:6
**Loans** [1] - 115:5

**loans** [6] - 112:18, 112:19, 113:3, 116:17, 117:9, 136:18
**local** [1] - 96:6
**locate** [4] - 80:10, 85:6, 85:8, 85:10
**located** [5] - 49:13, 62:18, 64:20, 96:3, 118:12
**location** [2] - 97:7, 99:7
**locations** [1] - 67:25
**long-term** [1] - 54:8
**look** [6] - 45:15, 45:20, 76:11, 88:3, 92:24, 130:5
**looked** [1] - 45:16
**looking** [6] - 35:11, 72:22, 74:19, 117:23, 136:10, 136:18
**looks** [1] - 79:14
**loss** [1] - 48:20
**losses** [1] - 119:8
**LTD** [1] - 1:4
**lunch** [2] - 72:5, 109:7
**Luncheon** [1] - 109:14

**M**

**Mabel** [2] - 15:3, 15:19
**machines** [1] - 24:16
**macro** [1] - 129:20
**magnitude** [2] - 30:5, 82:21
**Mahoney** [1] - 114:14
**mail** [14] - 46:16, 46:17, 67:8, 67:11, 67:12, 67:13, 67:14, 67:19, 67:20, 67:23, 68:4, 68:6, 76:19, 84:11
**mailed** [1] - 134:11
**main** [1] - 67:7
**major** [4] - 119:13, 133:19, 135:5
**majority** [1] - 119:16
**management** [1] - 133:21
**mandatory** [1] - 94:15
**Manhattan** [1] - 5:13
**manufacture** [6] - 35:11, 49:25, 50:6, 50:11, 57:9, 92:14
**manufactured** [20] - 7:5, 21:24, 22:5, 22:14, 27:10, 29:11, 36:2, 38:19, 50:23, 51:10, 56:21, 58:22, 80:15, 82:7, 85:22, 101:12, 103:2, 104:24, 106:19, 126:8
**manufacturer** [8] - 35:10, 35:19, 57:6, 88:14, 92:17, 103:24, 105:13, 105:19
**manufacturers** [10] - 7:25, 12:24, 13:7, 18:15, 41:19, 43:2, 43:7, 43:8, 43:12, 56:25
**manufacturing** [8] - 22:20, 30:11, 41:6, 49:9, 58:11,

77:25, 84:6, 94:16
**mark** [3] - 30:7, 105:22, 105:25
**marked** [24] - 55:12, 55:14, 55:16, 55:21, 57:15, 70:8, 72:13, 74:16, 75:19, 77:9, 77:13, 86:25, 89:6, 91:23, 94:23, 100:10, 107:16, 110:9, 110:13, 111:13, 114:23, 115:22, 116:12, 125:11
**market** [4] - 6:23, 83:17, 101:9, 102:17
**marketplace** [1] - 35:4
**markup** [3] - 29:12, 29:19, 29:21
**marriage** [1] - 140:18
**marry** [1] - 71:22
**Mart** [1] - 8:8
**mass** [4] - 6:23, 83:17, 101:9, 102:17
**master** [4] - 77:24, 80:20, 88:8, 129:25
**match** [1] - 71:22
**matrix** [1] - 13:2
**matter** [3] - 44:18, 93:23, 140:19
**Maureen** [2] - 1:17, 140:8
**MAUREEN** [1] - 140:23
**McCormick** [3] - 1:17, 140:8, 140:23
**me..** [1] - 49:18
**mean** [32] - 13:19, 21:19, 23:4, 23:20, 35:3, 36:4, 37:5, 39:2, 55:5, 64:16, 67:13, 71:11, 77:4, 81:4, 82:22, 85:18, 89:23, 90:23, 92:19, 93:18, 94:11, 95:13, 95:14, 96:4, 98:9, 102:22, 104:7, 106:3, 110:22, 113:21, 127:14, 133:13
**meaning** [10] - 19:24, 19:25, 52:18, 53:2, 73:23, 97:6, 99:9, 103:7, 113:14, 125:18
**Meaning** [2] - 52:21, 70:13
**means** [8] - 34:18, 38:9, 62:8, 82:16, 89:15, 93:2, 94:25, 117:3
**meant** [1] - 41:9
**meet** [5] - 122:14, 123:3, 124:22, 124:23, 125:2
**meeting** [1] - 125:5
**meetings** [7] - 46:19, 133:15, 133:16, 133:17, 134:5, 134:9, 135:24
**memo** [1] - 102:3
**memory** [1] - 65:24
**mention** [1] - 127:21
**mentioned** [5] - 13:19,

15:11, 34:15, 82:25, 121:11
**merchandise** [2] - 25:15, 123:2
**merchandising** [3] - 6:20, 7:14, 113:2
**merited** [1] - 30:13
**met** [3] - 10:5, 31:21, 133:21
**method** [2] - 122:2, 128:14
**methodology** [2] - 129:19, 132:12
**Miami** [1] - 121:17
**might** [7] - 20:3, 49:7, 53:4, 53:10, 53:16, 54:17, 125:3
**million** [8] - 11:4, 11:7, 11:10, 11:13, 12:9, 12:11, 12:13, 12:16
**millions** [5] - 51:10, 51:16, 79:23, 79:25
**MILTENBERG** [1] - 2:10
**mind** [4] - 15:18, 42:5, 72:5, 73:20
**mine** [1] - 103:19
**minimal** [1] - 86:14
**minute** [1] - 87:4
**minutes** [2] - 55:5, 72:6
**mirroring** [1] - 89:20
**mismanagement** [1] - 120:14
**Miss** [1] - 6:15
**misunderstanding** [1] - 101:2
**mixed** [1] - 95:13
**modified** [1] - 125:16
**moment** [1] - 106:6
**money** [29] - 19:6, 19:8, 19:10, 19:13, 19:14, 20:8, 20:12, 20:23, 21:2, 21:4, 21:18, 21:22, 22:4, 22:9, 22:13, 22:22, 24:23, 28:4, 29:4, 29:7, 60:14, 60:22, 61:20, 69:13, 106:11, 107:25, 111:4, 134:15
**Money** [1] - 19:16
**Moneys** [1] - 118:7
**moneys** [1] - 57:23, 107:20, 108:8
**Montalbano** [1] - 15:9
**month** [3] - 9:4, 101:16, 101:17
**months** [1] - 101:19
**mortgage** [1] - 111:7
**most** [3] - 83:16, 101:9, 102:17
**mouth** [1] - 124:7
**move** [1] - 74:11
**moving** [1] - 96:16
**MR** [95] - 4:6, 8:11, 16:23, 17:6, 19:16, 19:17, 19:23, 20:16, 21:16, 26:6, 26:23,

28:8, 28:14, 28:24, 31:6, 31:7, 31:12, 39:10, 40:12, 41:2, 41:24, 42:22, 44:13, 44:23, 45:16, 45:21, 50:7, 50:25, 54:2, 54:19, 55:4, 55:6, 55:10, 55:17, 57:11, 69:24, 70:2, 70:23, 70:25, 72:8, 74:21, 74:23, 75:14, 75:21, 77:3, 77:8, 78:8, 81:25, 82:5, 82:9, 84:13, 86:20, 87:8, 87:9, 87:16, 87:18, 88:25, 91:18, 94:18, 100:5, 103:15, 104:13, 104:17, 105:3, 105:6, 106:20, 107:3, 107:14, 108:19, 108:25, 109:13, 110:7, 111:9, 113:16, 114:18, 115:18, 116:3, 116:5, 118:16, 118:24, 127:4, 128:12, 128:17, 129:11, 129:14, 130:11, 130:13, 130:22, 131:14, 131:25, 132:6, 136:3, 136:5, 136:24, 137:2
**Mulhair** [1] - 100:12
**multiple** [9] - 14:18, 14:19, 21:25, 27:18, 36:14, 38:17, 66:18, 67:25, 133:16
**must** [1] - 82:14
**mystery** [1] - 98:5

**N**

**name** [6] - 4:7, 13:6, 22:2, 48:21, 63:13, 106:23
**names** [5] - 14:16, 14:23, 15:17, 105:9, 120:7
**narrow** [1] - 19:24
**National** [1] - 135:10
**nature** [1] - 115:8
**necessarily** [3] - 49:21, 72:2, 94:13
**necessary** [1] - 49:25
**need** [2] - 71:21, 72:24
**negligent** [1] - 50:20
**negligently** [1] - 51:4
**negotiate** [2] - 90:14, 91:14
**negotiated** [9] - 46:5, 48:2, 48:10, 76:12, 76:23, 83:21, 98:6, 98:10, 99:14
**negotiation** [1] - 76:19
**negotiations** [4] - 30:2, 46:9, 46:11, 46:21
**NESENOFF** [1] - 2:10
**net** [1] - 111:22
**never** [10] - 24:17, 24:18, 24:19, 51:18, 99:10, 108:25, 120:24, 121:5, 121:6, 134:20
**new** [41] - 59:17, 77:18, 77:21, 77:23, 78:2, 78:6,

78:12, 78:15, 78:24, 79:4,
79:7, 79:10, 80:4, 80:11,
80:16, 80:18, 80:22, 80:24,
81:10, 81:14, 82:2, 82:6,
82:15, 83:3, 83:13, 83:18,
83:25, 84:7, 84:16, 84:19,
84:21, 85:4, 85:24, 86:12,
87:5, 87:6, 88:6, 88:11,
88:17, 88:18, 132:14
   **NEW** [3] - 1:2, 140:4, 140:6
   **New** [12] - 1:16, 1:18, 2:7,
2:13, 4:10, 62:21, 64:3,
111:5, 133:21, 140:10
   **Nilda** [10] - 18:11, 62:2,
62:14, 63:9, 63:10, 63:16,
64:14, 64:16, 67:8, 68:6
   **Nilda's** [1] - 66:7
   **nine** [4] - 14:22, 14:23,
15:11, 15:14
   **none** [2] - 80:14, 105:12
   **nonrecourse** [2] - 112:18,
116:17
   **Nonrecourse** [1] - 115:5
   **normal** [1] - 4:19
   **Nos** [36] - 70:7, 72:10,
72:13, 74:14, 74:16, 75:19,
75:23, 77:13, 86:22, 86:25,
89:4, 89:6, 91:20, 91:23,
94:20, 94:23, 100:8, 100:10,
110:13, 114:20, 115:22,
116:9, 116:12, 141:13,
141:15, 141:16, 141:18,
141:19, 141:21, 141:22,
141:24, 141:25, 142:6,
142:9, 142:13, 142:14
   **Notary** [2] - 1:17, 140:9
   **note** [18] - 48:12, 55:17,
55:20, 57:20, 57:21, 60:8,
60:9, 60:18, 69:15, 73:4,
73:7, 75:25, 76:20, 77:15,
81:11, 81:18, 87:11, 131:25
   **Note** [1] - 57:13, 57:14,
72:23, 75:23, 77:10, 86:22,
89:3, 94:21, 141:11
   **noted** [2] - 73:3, 137:3
   **notes** [6] - 46:4, 46:8, 73:9,
76:23, 77:6, 81:7
   **nothing** [1] - 126:19
   **notice** [3] - 115:4, 116:16,
116:21
   **notices** [1] - 90:3
   **November** [4] - 79:11, 80:5,
80:12, 82:3
   **number** [34] - 11:2, 30:6,
56:9, 56:12, 56:15, 56:17,
56:21, 57:2, 57:7, 61:4, 66:7,
66:8, 66:9, 66:12, 66:14,
66:24, 66:25, 67:7, 70:16,
70:21, 78:16, 87:24, 88:20,
88:23, 89:18, 92:15, 101:11,

103:2, 103:3, 103:25, 104:2,
118:23, 123:2
   **numbers** [9] - 70:4, 88:24,
92:16, 93:7, 104:10, 104:18,
107:12, 114:6, 134:24
   **numerous** [1] - 48:5
   **NY** [1] - 2:7

**O**

   **o'clock** [1] - 108:23
   **oath** [1] - 3:11
   **object** [2] - 46:2, 127:4
   **Objection** [9] - 21:16, 26:6,
39:10, 50:7, 50:25, 54:2,
54:19, 106:20, 113:16
   **objection** [4] - 19:23, 77:3,
105:7, 128:2
   **objections** [1] - 3:6
   **objective** [1] - 123:11
   **obligation** [3] - 74:2, 95:21,
95:23
   **obligations** [1] - 75:10
   **obtained** [1] - 28:15
   **obviously** [9] - 34:8, 48:2,
49:12, 71:25, 76:17, 78:3,
85:20, 108:16, 130:23
   **occasions** [8] - 46:18,
47:19, 73:21, 75:8, 93:12,
133:19, 133:20, 134:11
   **occur** [3] - 48:18, 49:19,
91:15
   **occurred** [6] - 48:15,
119:17, 129:15, 134:9, 135:2
   **Ocean** [1] - 73:12
   **ocean** [2] - 73:17, 75:2
   **OF** [3] - 1:2, 140:4, 140:6
   **offered** [2] - 27:15, 27:23
   **offering** [1] - 27:14
   **office** [13] - 9:2, 63:21,
63:23, 63:25, 64:14, 64:24,
66:6, 66:7, 66:9, 66:23,
66:25, 67:2, 126:2
   **officer** [1] - 3:10
   **offices** [8] - 1:15, 17:11,
63:24, 64:2, 64:4, 64:9,
64:12, 66:19
   **offs** [1] - 119:21
   **often** [2] - 9:2, 71:10
   **Once** [2] - 59:9, 97:21
   **once** [4] - 35:16, 91:8, 97:6,
99:4
   **one** [36] - 9:3, 17:21, 18:20,
22:6, 25:24, 30:2, 31:7,
31:15, 36:5, 40:10, 44:19,
46:19, 52:3, 53:20, 53:24,
54:10, 54:15, 63:19, 64:11,
64:21, 68:9, 68:11, 72:22,
85:6, 85:7, 85:9, 85:10, 87:5,
87:7, 107:10, 108:23,

113:19, 123:9, 124:7, 124:14
   **One** [4] - 18:8, 64:10,
72:21, 85:20
   **one-on-one** [1] - 46:19
   **ones** [1] - 94:4
   **ongoing** [3] - 54:7, 99:18
   **open** [15] - 29:23, 61:18,
64:11, 64:12, 64:15, 64:20,
64:23, 64:25, 68:25, 69:10,
69:11, 73:23, 78:3, 78:6,
92:13
   **opened** [3] - 58:25, 80:21,
121:12
   **opening** [5] - 37:8, 80:18,
80:22, 83:17, 83:20
   **openings** [1] - 80:16
   **opens** [2] - 77:23, 78:12
   **operation** [1] - 50:20
   **opinion** [4] - 123:12,
128:16, 128:17, 128:18
   **opportunity** [2] - 114:11,
118:14
   **opposed** [3] - 44:19, 73:4,
82:18
   **orally** [1] - 46:15
   **order** [44] - 6:25, 30:4,
35:23, 36:18, 39:5, 47:13,
49:4, 49:6, 49:13, 49:14,
49:17, 49:20, 49:24, 52:13,
61:7, 61:8, 61:11, 61:14,
77:25, 78:11, 78:17, 78:19,
78:20, 82:15, 82:17, 82:25,
83:2, 83:11, 83:18, 83:24,
84:3, 84:10, 86:11, 86:12,
87:24, 93:24, 107:22, 111:6,
128:24, 129:23, 129:24,
130:2, 130:4, 130:6
   **ordered** [6] - 78:4, 78:5,
82:15, 84:19, 89:21, 93:25
   **ordering** [3] - 48:23, 82:19
   **orders** [15] - 26:20, 29:8,
29:10, 39:13, 61:5, 61:6,
61:9, 73:21, 80:20, 81:18,
83:10, 86:8, 106:23, 129:2,
129:7
   **originally** [1] - 24:23
   **Orma** [12] - 43:14, 43:15,
43:17, 44:8, 44:11, 44:25,
45:19, 87:15, 103:21, 104:6,
105:11, 106:17
   **ourselves** [3] - 34:8, 36:21,
46:13
   **outcome** [1] - 140:19
   **outline** [1] - 109:4
   **outside** [2] - 50:17, 114:13
   **outstanding** [1] - 117:4
   **overall** [3] - 119:19, 134:19,
135:17
   **overseas** [1] - 32:6
   **overtime** [1] - 135:16

   **overview** [1] - 5:18
   **owed** [6] - 57:23, 69:2,
108:10, 118:7, 129:10, 134:7
   **Owed** [1] - 118:8
   **own** [8] - 9:11, 33:3, 37:11,
63:3, 66:15, 73:4, 129:9,
131:4
   **owned** [1] - 63:18
   **owner** [1] - 10:9
   **owners** [1] - 9:25
   **ownership** [3] - 8:14, 10:3,
10:11
   **owns** [2] - 9:17, 17:16

**P**

   **p.m** [2] - 110:3, 137:3
   **packed** [1] - 95:16
   **packing** [1] - 95:14
   **page** [16] - 42:13, 58:3,
59:13, 60:11, 60:25, 76:10,
88:7, 88:8, 88:9, 101:23,
109:4, 111:21, 115:4,
117:23, 125:14, 127:6
   **PAGE** [1] - 141:4
   **Page** [1] - 70:15, 71:5,
88:3, 88:10, 90:4, 91:25,
103:18, 105:18, 116:19,
117:22, 136:10
   **PAGE/LINE** [1] - 138:6
   **pages** [5] - 76:8, 109:4,
126:4, 127:8, 127:20
   **paid** [33] - 10:8, 16:3, 19:2,
19:14, 24:22, 25:20, 26:21,
27:9, 32:18, 32:21, 32:23,
32:25, 33:4, 33:5, 33:20,
38:20, 39:18, 39:19, 52:21,
52:22, 58:10, 58:12, 58:17,
59:21, 59:23, 61:3, 61:16,
69:7, 106:12, 107:18, 117:6,
135:16, 136:17
   **paper** [1] - 56:6
   **papers** [1] - 118:17
   **paperwork** [1] - 88:2
   **Paragraph** [1] - 142:18
   **part** [10] - 10:15, 32:11,
48:14, 51:19, 52:22, 52:23,
54:17, 83:9, 99:25, 128:7,
128:9
   **particular** [8] - 30:6, 73:19,
90:20, 103:24, 118:19,
119:24, 120:12, 134:7
   **particularly** [1] - 118:25
   **parties** [5] - 3:5, 51:24,
54:9, 130:23, 140:17
   **partner** [4] - 10:3, 48:8,
52:2, 117:17
   **partners** [2] - 8:9, 9:25
   **partnership** [3] - 51:23,
99:18, 112:23

party [2] - 52:3, 118:8
pass [1] - 61:21
passes [1] - 49:2
past [1] - 62:7
pay [8] - 21:22, 32:16, 33:3, 44:25, 46:7, 64:6, 68:24, 91:10
Payable [1] - 100:7
payable [6] - 117:24, 117:25, 118:3, 118:6, 136:11, 136:21
paying [3] - 59:5, 61:12, 135:2
payment [1] - 110:20
payments [5] - 26:21, 106:18, 108:7, 126:12, 126:17
payroll [1] - 135:15
pays [1] - 76:12
penny [1] - 103:5
people [3] - 4:25, 19:14, 38:9
People [1] - 135:15
per [4] - 59:21, 59:24, 61:16, 76:13
percent [15] - 9:11, 9:12, 10:2, 17:19, 30:7, 30:8, 30:10, 30:14, 60:24, 61:22, 61:23, 119:17, 119:18, 122:5
percentage [1] - 10:4
performed [1] - 34:10
Perhaps [1] - 106:6
perhaps [1] - 117:15
period [9] - 19:11, 20:13, 29:24, 88:19, 101:10, 101:14, 101:17, 103:12
permit [3] - 104:19, 104:23, 124:11
person [1] - 103:23
personal [3] - 66:15, 113:20, 128:4
perspective [1] - 73:7
pertain [1] - 87:12
pertains [2] - 87:12, 87:14
Phil [1] - 43:10
PHILIP [1] - 2:14
phone [9] - 63:5, 63:7, 63:8, 63:9, 63:11, 66:7, 66:8, 66:9, 66:15
phrase [1] - 23:13
physical [1] - 62:19
pick [1] - 66:21
picked [2] - 95:8, 95:18
piece [1] - 56:6
pin [1] - 30:5
pinpoint [2] - 52:6, 132:20
place [1] - 18:2
placed [1] - 39:13
places [2] - 49:6, 66:18

placing [1] - 40:15
Plaintiff's [1] - 55:12
Plaintiffs [2] - 1:5, 2:5
plaintiffs [4] - 1:15, 107:7, 125:18, 126:8
Plaintiffs' [66] - 55:13, 55:15, 55:21, 55:24, 57:12, 57:14, 70:3, 70:6, 72:9, 72:12, 73:13, 74:12, 74:15, 74:20, 75:15, 75:18, 75:22, 77:9, 77:12, 86:21, 86:24, 87:19, 88:4, 89:2, 89:5, 91:19, 91:22, 94:19, 94:22, 100:6, 100:9, 107:4, 107:15, 110:11, 110:12, 111:10, 111:12, 114:19, 114:22, 115:19, 115:21, 116:9, 116:11, 125:10, 125:14, 130:15, 141:8, 141:9, 141:11, 141:12, 141:14, 141:16, 141:17, 141:19, 141:20, 141:22, 141:23, 141:25, 142:6, 142:7, 142:8, 142:10, 142:11, 142:12, 142:14, 142:15
plan [1] - 134:2
play [1] - 48:22
PLSL [2] - 42:21, 42:23
PO [1] - 89:12
point [14] - 4:24, 8:13, 32:6, 43:24, 44:24, 47:20, 61:2, 79:15, 83:12, 85:19, 86:13, 98:25, 102:5, 102:10
points [1] - 85:18
policy [1] - 78:24
poorly [1] - 50:20
poorly-run [1] - 50:20
portion [1] - 111:4
pose [1] - 81:17
posed [1] - 20:19
position [2] - 131:2, 131:12
positions [1] - 131:9
possession [3] - 104:21, 105:8, 120:24
possible [10] - 20:8, 80:2, 80:7, 80:13, 80:14, 80:23, 81:13, 93:3, 103:14, 108:15
potential [1] - 9:22
potentially [2] - 35:22, 50:22
practice [3] - 79:2, 101:9, 102:16
preceded [1] - 76:19
precisely [1] - 34:12
prefer [4] - 17:2, 17:4, 109:9, 128:14
preferred [1] - 73:2
prepare [1] - 117:20
prepared [4] - 114:13, 118:15, 126:2, 131:21

prepay [1] - 91:6
PRESENT [1] - 2:17
present [3] - 20:15, 32:20, 131:22
presentation [2] - 129:12, 131:16
presented [2] - 59:8, 108:4
press [1] - 123:16
pretty [1] - 100:19
previous [5] - 49:10, 75:3, 87:4, 88:7, 128:21
previously [12] - 33:10, 55:18, 81:9, 83:15, 87:6, 98:4, 102:6, 103:8, 104:14, 110:9, 121:11, 125:15
price [1] - 32:24, 58:8, 58:10, 58:17, 58:23, 59:4, 59:6, 59:11, 61:24, 61:25, 83:6
pricing [1] - 35:23
printed [1] - 107:9
private [1] - 64:24
Private [146] - 5:20, 6:17, 6:24, 7:8, 7:13, 9:4, 9:11, 10:7, 10:8, 10:9, 10:12, 10:14, 10:17, 10:20, 10:24, 12:19, 13:8, 14:20, 14:24, 16:12, 16:19, 17:11, 22:24, 23:8, 23:17, 23:25, 24:9, 24:13, 25:10, 25:12, 25:14, 25:19, 25:25, 26:15, 27:11, 27:15, 27:23, 27:24, 29:2, 29:3, 30:13, 30:17, 30:18, 30:23, 31:17, 31:20, 34:12, 35:13, 37:16, 37:20, 37:22, 38:19, 40:5, 40:8, 40:16, 40:21, 41:6, 41:9, 42:2, 42:23, 45:4, 45:11, 45:23, 46:24, 47:8, 48:15, 48:22, 48:25, 50:3, 50:19, 51:18, 52:18, 52:22, 53:2, 53:4, 53:8, 53:10, 53:16, 53:21, 53:24, 54:14, 54:16, 56:18, 56:23, 56:24, 57:5, 57:23, 58:24, 59:20, 60:5, 60:9, 60:14, 60:19, 60:22, 61:21, 62:11, 63:24, 64:4, 64:7, 64:10, 66:20, 68:19, 69:2, 69:9, 69:16, 79:15, 81:16, 93:6, 93:12, 93:17, 93:19, 94:5, 94:8, 102:12, 103:7, 106:10, 106:14, 106:19, 108:11, 108:15, 111:11, 111:18, 112:5, 113:7, 114:9, 114:20, 114:25, 115:11, 116:2, 116:15, 118:8, 119:5, 119:11, 121:2, 121:9, 126:9, 126:18, 126:19, 130:25, 131:4, 131:11, 131:16, 131:19, 132:9, 134:22,

135:21
PRIVATE [1] - 1:7
problem [1] - 5:8
problems [10] - 119:14, 119:15, 119:17, 120:20, 134:19, 135:2, 135:4, 135:6, 135:7
process [7] - 30:19, 31:23, 36:19, 36:20, 49:12, 49:16, 49:19
produce [7] - 14:13, 35:17, 35:19, 36:12, 103:15, 107:8, 118:17
produced [5] - 14:11, 36:15, 104:14, 107:7, 125:15
producing [4] - 36:3, 36:6, 50:18, 88:18
Producing [1] - 36:9
Product [1] - 34:19
product [48] - 7:2, 7:4, 7:22, 13:5, 20:2, 23:2, 23:5, 23:10, 23:18, 23:21, 24:4, 24:5, 24:15, 24:20, 25:7, 25:8, 25:9, 25:20, 25:24, 26:4, 26:5, 26:19, 31:22, 34:17, 35:6, 35:7, 35:13, 36:3, 36:23, 37:2, 37:3, 37:6, 38:21, 50:11, 50:18, 78:3, 78:4, 83:18, 83:19, 92:15, 92:17, 94:16, 104:25, 105:2, 120:5, 120:8, 121:7
product's [1] - 36:2
production [1] - 6:20, 7:15, 18:2, 84:14, 84:22, 104:13, 113:2, 119:14, 120:15, 135:5, 135:7
productively [1] - 130:20
products [4] - 26:11, 26:14, 26:15, 31:24
profitable [4] - 28:2, 28:9, 28:16, 28:20
profits [1] - 119:6
progress [1] - 49:22
proper [3] - 35:25, 135:17, 135:21
properly [1] - 104:20
proposed [1] - 122:8
provide [6] - 30:17, 30:23, 31:25, 37:24, 45:21, 96:12
provided [4] - 16:24, 30:13, 44:22, 45:17
providing [2] - 19:22, 114:15
proximity [2] - 96:5, 99:6
Public [2] - 1:18, 140:9
purchase [41] - 9:14, 26:20, 45:4, 49:6, 49:13, 49:17, 49:20, 49:24, 52:13, 61:6, 61:9, 61:11, 61:14, 77:25, 78:11, 78:17, 78:18, 78:20,

80:20, 81:18, 82:25, 83:10, 83:11, 83:24, 84:3, 84:10, 86:8, 86:10, 87:24, 106:22, 106:24, 111:5, 128:24, 129:2, 129:7, 129:23, 129:24, 129:25, 130:4, 130:5
Purchase [2] - 49:14, 61:5
purchased [10] - 9:12, 25:11, 25:12, 26:19, 37:12, 37:16, 83:25, 93:13, 93:21, 121:6
purchaser [2] - 37:21, 93:18
purchases [1] - 100:21
purchasing [1] - 25:10
purpose [4] - 16:3, 17:22, 128:5, 133:23
purposes [3] - 16:8, 73:5, 132:3
pursue [2] - 9:6, 86:15
pursuing [2] - 23:19, 23:24
put [7] - 25:2, 70:21, 97:8, 114:16, 124:6, 125:24, 125:25
puts [1] - 98:21

**Q**

QC [3] - 60:13, 60:16, 68:16
Quality [1] - 68:17
quality [7] - 48:19, 68:18, 99:21, 99:23, 121:21, 122:2, 122:5
quantities [1] - 49:15
quantity [3] - 29:23, 82:19, 89:24
quantum [1] - 108:10
question's [2] - 19:12, 65:17
questioned [1] - 55:18
questioning [3] - 127:5, 128:3, 132:14
questions [6] - 4:14, 49:11, 113:17, 116:6, 136:25
quickly [1] - 83:19
quite [2] - 126:15, 132:16
Quote [1] - 42:25
quoting [1] - 114:6

**R**

raise [1] - 132:7
range [4] - 30:8, 33:8, 33:9, 119:9
rate [2] - 89:12, 89:14
rating [2] - 121:19, 122:17
ratio [1] - 119:16
reach [1] - 67:4
read [11] - 30:22, 40:11, 40:13, 40:24, 40:25, 41:2, 41:3, 78:8, 78:9, 105:9,

135:9
ready [1] - 37:6
reality [1] - 109:5
really [25] - 14:2, 23:23, 29:22, 29:25, 31:4, 51:21, 53:22, 62:25, 71:17, 73:9, 81:3, 81:4, 85:17, 86:14, 98:16, 99:15, 114:10, 122:17, 123:9, 123:10, 124:18, 125:22, 127:18, 128:8, 128:25
realm [1] - 86:15
reason [9] - 9:8, 19:16, 23:13, 23:15, 27:13, 71:25, 81:19, 96:14, 97:9, 100:14, 113:25, 114:2, 114:5
reasons [3] - 48:5, 48:17, 57:24
receipts [1] - 126:5
Receive [1] - 22:9
receive [18] - 10:14, 10:17, 19:4, 19:8, 19:10, 20:23, 21:4, 22:4, 22:7, 22:13, 45:7, 59:9, 67:8, 67:11, 67:19, 98:7, 102:25, 106:18
received [2] - 10:10, 19:6, 19:21, 20:20, 21:2, 21:18, 22:22, 24:23, 25:3, 29:8, 29:10, 44:8, 44:10, 46:6, 67:24, 67:25, 68:3, 86:9, 99:5, 106:17, 107:21, 107:25
receiving [1] - 101:22
recent [1] - 134:8
Recess [2] - 55:8, 136:4
recess [1] - 109:14
recognize [9] - 31:13, 41:22, 56:3, 57:16, 70:9, 72:15, 105:10, 110:15, 111:14
recognized [1] - 56:18
recollection [2] - 76:14, 77:5
reconcile [1] - 129:8
reconciliation [1] - 129:9
Record [1] - 41:3
record [36] - 8:11, 8:12, 26:24, 26:25, 28:24, 28:25, 41:16, 41:25, 42:10, 42:22, 44:13, 55:7, 55:18, 55:23, 69:24, 69:25, 75:16, 75:17, 87:11, 107:6, 107:7, 107:25, 108:18, 109:13, 117:2, 120:24, 125:23, 126:16, 128:2, 130:11, 130:12, 130:18, 130:22, 131:18, 136:3, 140:14
records [2] - 84:21, 112:21
recourse [1] - 113:3
refer [10] - 25:16, 39:21, 63:23, 70:22, 82:12, 85:4,

90:8, 105:19, 112:19, 113:13
reference [10] - 6:3, 58:3, 84:8, 104:23, 106:8, 107:23, 112:21, 117:9, 118:15, 128:25
referenced [2] - 30:21, 87:23
referencing [5] - 33:7, 39:16, 39:17, 136:10, 136:11
referred [4] - 24:21, 34:14, 36:3, 96:9
referring [11] - 25:8, 39:22, 43:13, 43:24, 61:22, 63:24, 63:25, 87:19, 99:4, 105:25, 116:18
refers [3] - 58:6, 100:24, 105:18
reflect [6] - 42:22, 76:9, 78:21, 83:6, 129:19, 132:11
reflected [5] - 60:9, 60:10, 78:17, 84:21, 130:15
reflection [1] - 15:15
reflective [1] - 128:20
reflects [1] - 109:5
regard [1] - 136:8
registered [3] - 62:20, 63:12, 66:12
relate [7] - 71:5, 71:14, 103:23, 104:4, 104:6, 107:17, 108:9
related [5] - 22:14, 67:14, 71:17, 71:18, 140:16
relating [1] - 67:14
relationship [21] - 26:11, 38:15, 39:12, 39:14, 39:20, 39:21, 39:22, 40:2, 40:7, 40:14, 40:17, 40:24, 41:5, 41:7, 51:7, 51:23, 53:12, 53:15, 54:8, 99:19, 134:2
relationships [5] - 23:23, 27:19, 38:25, 39:4, 134:3
reliant [1] - 50:9
remaining [1] - 76:8
remarking [1] - 110:10
remember [3] - 4:17, 75:7, 90:20
remit [1] - 59:10
rent [1] - 64:6
repeat [1] - 40:10
Rephrase [1] - 58:13
rephrase [3] - 4:15, 26:8, 38:14
rephrased [1] - 31:9
report [2] - 16:11, 123:14
reported [1] - 16:7
Reporter [1] - 140:9
reporter [2] - 4:22, 5:6
represent [2] - 14:6, 117:2
representation [1] - 128:7
representations [1] -

108:21
representative [1] - 46:14
representing [2] - 127:9, 127:15
request [2] - 131:3, 136:22
requested [2] - 111:3, 111:7
REQUESTS [1] - 142:18
require [1] - 49:8
required [1] - 49:16
Research [1] - 100:7
reserved [1] - 3:7
reside [1] - 4:9
resolve [1] - 131:5
respect [26] - 24:8, 26:3, 26:10, 27:21, 29:4, 51:14, 51:15, 59:14, 60:8, 60:18, 60:19, 60:23, 62:15, 69:22, 80:11, 82:6, 83:2, 83:14, 89:8, 92:20, 95:17, 95:21, 97:24, 109:2, 131:2, 131:12
respective [2] - 3:5, 131:9
response [2] - 98:13, 130:17
responsibility [7] - 35:12, 53:5, 74:10, 81:16, 96:25, 97:22, 98:17
responsible [5] - 74:6, 89:18, 95:6, 98:10, 99:11
result [1] - 131:6
resumed [1] - 110:5
retailer [5] - 7:2, 49:5, 90:25, 122:22, 124:19
retailer's [1] - 7:3
retailers [8] - 6:24, 17:25, 29:9, 83:17, 101:9, 102:17, 103:4, 122:7
return [14] - 28:18, 100:17, 111:11, 111:18, 113:19, 114:16, 114:20, 114:25, 116:2, 116:4, 116:15, 117:21, 118:13, 119:3
Return [4] - 111:12, 114:23, 142:10, 142:11
returned [3] - 100:20, 102:19
returning [1] - 101:6
returns [6] - 100:18, 100:23, 101:4, 101:11, 103:9, 136:9
revenue [2] - 19:4, 19:18
revenues [3] - 19:21, 19:25, 20:2
Revenues [1] - 19:24
reversed [1] - 91:11
review [6] - 42:15, 67:20, 81:21, 113:22, 114:12
Review [1] - 36:17
reviewed [4] - 112:25, 119:3, 123:13, 128:21

**revised** [4] - 89:14, 89:15, 98:12, 125:25
**rider** [1] - 61:13
**role** [1] - 48:22
**room** [4] - 64:10, 64:11, 64:13, 123:12
**rooms** [2] - 64:10, 64:21
**rough** [1] - 51:6
**roughly** [1] - 51:9
**row** [1] - 72:20
**run** [2] - 50:20, 51:4

## S

**S-H-A-N-N-Y** [1] - 15:7
**S-Y-N-K-O** [1] - 18:19
**salary** [6] - 10:6, 10:12, 10:13, 10:16, 106:12, 106:14
**sale** [3] - 19:25, 56:22, 123:8
**Sales** [1] - 6:20
**sales** [8] - 7:14, 10:23, 11:20, 11:22, 12:3, 12:16, 48:21, 113:2
**samples** [6] - 31:22, 36:7, 36:9, 36:12, 36:13, 36:16
**Santoni** [1] - 24:16
**satisfied** [1] - 25:22
**scope** [8] - 33:14, 33:15, 33:17, 33:21, 33:22, 33:24
**sea** [2] - 74:6, 74:9
**seal** [1] - 134:4
**sealing** [1] - 3:13
**seamless** [1] - 24:14, 24:19, 25:8, 25:9, 25:17, 25:18, 26:5, 26:11, 26:14, 43:3, 120:8
**Seamless** [1] - 25:7
**second** [4] - 26:24, 59:13, 60:25, 100:15
**SECOND** [1] - 1:8
**Second** [83] - 17:13, 17:16, 18:3, 18:5, 18:7, 18:12, 18:16, 19:2, 19:4, 19:14, 20:9, 20:23, 21:4, 21:19, 22:4, 22:7, 22:13, 22:18, 22:21, 23:8, 23:16, 23:24, 24:17, 24:18, 25:11, 25:12, 25:15, 25:17, 26:9, 26:20, 26:21, 27:2, 27:4, 27:7, 27:14, 27:16, 28:2, 37:24, 38:3, 38:6, 38:12, 38:20, 38:21, 41:18, 42:19, 42:25, 43:20, 44:3, 44:25, 45:7, 45:13, 45:18, 62:2, 62:14, 62:16, 62:18, 62:22, 63:3, 63:12, 63:13, 64:6, 66:13, 67:9, 67:15, 67:17, 67:19, 67:20, 68:4, 68:7, 106:11, 106:12, 106:16, 106:18,

106:23, 107:18, 108:16, 110:23, 121:5, 121:6, 126:18, 126:20
**Sedgewick** [3] - 4:10, 62:20, 68:2
**see** [29] - 56:13, 58:3, 59:17, 70:15, 70:16, 71:2, 72:6, 73:8, 77:18, 77:19, 82:20, 84:2, 86:17, 90:5, 92:2, 100:13, 101:24, 103:20, 105:12, 105:21, 111:23, 111:25, 113:3, 113:9, 116:22, 117:8, 117:22, 118:2, 127:20
**seeing** [1] - 82:2
**seem** [1] - 71:14
**self** [1] - 100:19
**self-explanatory** [1] - 100:19
**sell** [10] - 7:21, 7:22, 8:5, 8:14, 29:15, 58:8, 58:23, 59:6, 59:11, 119:21
**sell-offs** [1] - 119:21
**selling** [9] - 8:23, 12:19, 24:13, 30:19, 31:17, 101:10, 101:14, 101:17
**semantics** [1] - 93:24
**sense** [2] - 20:2, 20:8
**separate** [4] - 42:20, 71:20, 78:18, 78:20
**service** [1] - 27:22
**serviced** [1] - 6:23
**Services** [2] - 32:11, 32:12
**services** [19] - 19:22, 27:13, 29:3, 30:13, 30:16, 30:23, 32:19, 33:8, 33:9, 33:11, 33:14, 33:16, 33:18, 33:21, 33:23, 33:25, 34:9, 37:24, 122:21
**SESSION** [1] - 110:2
**set** [7] - 27:16, 27:24, 29:18, 78:2, 122:21, 131:4, 140:12
**settlement** [6] - 131:15, 132:3, 132:10, 134:8, 134:9
**seven** [3] - 15:16, 15:17, 109:4
**Seventh** [1] - 2:12
**Several** [1] - 64:10
**several** [5] - 26:17, 46:18, 73:20, 75:7, 134:10
**Shanny** [3] - 15:5, 15:6, 15:19
**share** [2] - 53:3, 54:15
**shared** [1] - 52:18
**shares** [2] - 9:13, 9:15
**sheet** [2] - 49:13, 49:14
**sheets** [4] - 104:12, 104:16, 104:17, 104:22
**ship** [3] - 7:3, 90:2, 125:7

**shipment** [8] - 36:23, 37:2, 48:23, 96:15, 122:9, 122:14, 124:21, 124:25
**shipments** [2] - 48:20, 124:11
**shipped** [21] - 25:21, 29:11, 31:24, 37:4, 37:7, 45:3, 73:22, 74:5, 89:16, 89:19, 96:10, 101:21, 104:11, 104:25, 121:10, 121:14, 121:16, 122:5, 122:10, 124:17
**shipping** [6] - 29:24, 59:7, 89:22, 119:13, 119:15, 119:20
**shopping** [2] - 35:4, 35:7
**short** [2] - 89:16, 89:22
**shortage** [1] - 89:15
**Shorthand** [1] - 140:8
**show** [13] - 55:11, 70:2, 74:12, 75:14, 88:25, 91:18, 104:18, 107:3, 110:8, 115:18, 116:8, 116:22, 133:25
**showed** [3] - 70:11, 87:5, 87:6
**showing** [2] - 77:8, 114:18
**shown** [1] - 76:9
**shows** [1] - 56:20
**side** [4] - 7:13, 7:15, 50:14, 117:18
**sides** [1] - 30:2
**sign** [2] - 36:21, 125:6
**signature** [1] - 42:12
**signed** [4] - 3:9, 42:16, 56:15, 100:4
**signs** [1] - 32:4
**silence** [1] - 126:22
**simple** [1] - 21:11
**simply** [3] - 25:2, 80:25, 105:18
**single** [1] - 122:14
**situation** [6] - 52:15, 53:7, 53:13, 53:22, 54:9, 73:19
**six** [3] - 15:11, 101:17, 101:19
**six-month** [1] - 101:17
**Skin** [83] - 17:13, 17:16, 18:3, 18:5, 18:7, 18:13, 18:16, 19:2, 19:4, 19:15, 20:9, 20:23, 21:4, 21:19, 22:4, 22:7, 22:13, 22:18, 22:21, 23:8, 23:16, 23:24, 24:17, 24:18, 25:11, 25:12, 25:15, 25:17, 26:9, 26:20, 26:21, 27:2, 27:4, 27:7, 27:14, 27:16, 28:2, 37:24, 38:3, 38:6, 38:12, 38:21, 41:18, 42:19, 42:25, 43:20, 44:3, 45:2, 45:7, 45:14,

45:19, 62:3, 62:14, 62:16, 62:18, 62:22, 63:3, 63:12, 63:13, 64:6, 66:13, 67:9, 67:15, 67:17, 67:19, 67:21, 68:4, 68:7, 106:11, 106:12, 106:16, 106:18, 106:23, 107:18, 108:16, 110:23, 121:5, 121:6, 126:18, 126:20
**SKIN** [1] - 1:8
**sleeping** [1] - 135:17
**so..** [1] - 28:19
**sold** [13] - 8:7, 24:9, 24:19, 25:21, 27:11, 37:17, 45:10, 79:7, 92:21, 93:13, 93:22, 126:8
**solvent** [1] - 114:9
**someone** [1] - 33:3
**sometime** [1] - 62:8
**sometimes** [8] - 4:20, 4:24, 45:23, 46:24, 63:21, 69:10, 91:13, 102:22
**somewhat** [1] - 29:15
**somewhere** [3] - 84:8, 132:17, 132:18
**sorry** [6] - 24:10, 88:13, 112:9, 118:2, 120:11, 126:5
**sort** [3] - 82:22, 119:21, 136:19
**sounds** [1] - 19:19
**source** [3] - 19:18, 35:13, 35:23
**sourced** [1] - 35:14
**Sourcing** [4] - 6:17, 32:12, 42:3, 111:19
**SOURCING** [1] - 1:7
**SOUTHERN** [1] - 1:2
**speaking** [5] - 20:10, 20:12, 44:7, 90:24, 97:25
**specialized** [1] - 24:15
**specializing** [1] - 43:3
**specific** [30] - 14:15, 17:22, 21:3, 29:9, 30:3, 35:5, 43:10, 44:17, 44:21, 51:8, 57:22, 65:25, 66:5, 66:24, 67:12, 69:3, 69:17, 81:22, 90:23, 92:14, 92:16, 93:7, 97:5, 101:12, 101:15, 101:16, 117:8, 117:25, 134:14, 134:24
**Specific** [1] - 20:25
**Specifically** [1] - 17:21
**specifically** [11] - 32:21, 33:6, 39:17, 43:23, 44:7, 63:12, 71:22, 78:4, 101:6, 105:21, 135:3
**spell** [5] - 6:9, 15:2, 15:4, 15:6, 18:18
**spelling** [1] - 101:5
**spite** [1] - 49:17
**spoken** [1] - 48:12

**ss** [1] - 140:5
**standard** [18] - 69:4, 79:2, 83:16, 83:22, 101:8, 102:16, 121:20, 121:25, 122:6, 122:20, 122:25, 123:3, 123:12, 123:15, 124:16, 124:23, 125:2, 125:5
**standards** [3] - 122:14, 123:6, 124:10
**standing** [1] - 105:6
**Stanley** [2] - 15:9, 15:19
**staple** [1] - 71:13
**stapled** [3] - 71:11, 71:16, 71:19
**start** [5] - 31:11, 40:21, 62:2, 120:19, 130:5
**started** [2] - 40:3, 44:6
**starting** [2] - 22:23, 113:16
**State** [2] - 1:18, 140:10
**state** [14] - 12:15, 27:9, 41:16, 41:24, 42:19, 61:15, 66:6, 81:12, 83:24, 84:25, 93:9, 106:25, 127:25, 130:22
**STATE** [1] - 140:4
**statement** [4] - 43:4, 51:22, 114:3, 125:20
**states** [2] - 55:25, 57:13, 77:18, 86:11, 105:24
**STATES** [1] - 1:2
**Stating** [1] - 107:20
**stating** [2] - 107:24, 126:16
**stay** [1] - 50:15
**stick** [1] - 73:20
**still** [5] - 18:3, 19:9, 117:16, 123:3, 124:2
**STIPULATED** [3] - 3:4, 3:8, 3:12
**STIPULATIONS** [1] - 3:2
**stop** [1] - 62:11
**store** [44] - 77:18, 77:21, 77:23, 78:2, 78:6, 78:12, 78:15, 78:24, 79:4, 79:7, 79:10, 80:4, 80:11, 80:16, 80:22, 80:24, 81:10, 81:14, 82:2, 82:6, 82:15, 83:3, 83:13, 83:20, 83:25, 84:7, 84:16, 84:20, 85:24, 86:12, 87:5, 87:6, 88:6, 88:11, 88:17, 88:18, 100:17, 100:20, 100:21, 100:22, 101:3, 101:7, 102:19, 103:9
**Stores** [1] - 100:7
**stores** [5] - 80:19, 83:18, 84:22, 85:4, 88:10
**stories** [1] - 135:22
**story** [1] - 46:8
**straight** [1] - 109:10
**stress** [1] - 9:4
**strictly** [1] - 6:24
**style** [16] - 56:9, 56:12,

56:15, 56:16, 56:21, 57:2, 57:7, 58:22, 59:21, 59:24, 61:4, 69:4, 87:24, 101:16, 122:12, 122:13
**Style** [1] - 59:14
**styles** [7] - 24:6, 34:25, 57:10, 80:15, 80:22, 82:20, 95:13
**subject** [5] - 81:9, 81:14, 81:21, 86:4, 125:20
**subjective** [1] - 123:20
**subjectively** [1] - 123:22
**submit** [1] - 50:10
**Subscribed** [1] - 139:10
**subsequent** [1] - 96:21
**subsequently** [1] - 107:11
**substance** [1] - 134:13
**substantial** [2] - 119:5, 119:8
**Success** [6] - 9:24, 10:3, 10:4, 13:10, 13:12, 13:24
**sufficiently** [2] - 124:13, 125:4
**suggest** [1] - 92:9
**suggesting** [1] - 106:9
**suggestions** [1] - 128:13
**suggests** [2] - 109:6, 112:4
**supplied** [1] - 24:14
**supply** [1] - 50:12
**support** [1] - 127:10
**Suppose** [1] - 122:8
**supposed** [2] - 73:22, 95:12
**surprise** [1] - 83:23
**sworn** [4] - 3:9, 4:3, 139:10, 140:13
**Synko** [13] - 18:17, 19:10, 19:20, 19:21, 20:22, 22:3, 22:25, 43:21, 44:5, 45:8, 45:14, 105:11, 106:17
**system** [2] - 121:19, 122:17

---

**T**

**T-A-L-L-Y** [1] - 15:3
**talks** [1] - 95:2
**Tally** [3] - 14:25, 15:2, 16:18
**tank** [1] - 82:12
**Target** [99] - 8:7, 21:18, 21:22, 22:14, 22:19, 22:22, 24:19, 29:8, 29:9, 29:10, 29:12, 29:16, 29:24, 31:17, 31:21, 32:3, 32:7, 32:9, 32:12, 32:15, 35:10, 35:17, 36:21, 37:8, 37:12, 37:17, 47:5, 47:17, 47:22, 47:25, 49:2, 49:6, 50:10, 50:13, 56:16, 56:19, 56:22, 57:2, 57:7, 58:8, 58:12, 58:23,

58:24, 58:25, 59:6, 59:11, 59:23, 60:15, 60:24, 61:12, 61:15, 64:2, 69:6, 69:8, 69:13, 69:18, 74:6, 76:5, 77:23, 78:24, 79:3, 80:3, 80:17, 80:23, 82:5, 82:18, 83:16, 86:10, 86:11, 88:2, 88:10, 89:11, 89:12, 89:14, 89:16, 90:15, 92:4, 92:7, 92:8, 93:14, 93:22, 93:25, 94:4, 94:15, 98:7, 99:21, 100:6, 100:16, 100:24, 102:11, 103:9, 104:15, 121:12, 126:8, 133:21, 134:22, 135:13
**Target's** [6] - 91:6, 93:25, 96:7, 101:18, 104:12, 121:13
**Tax** [4] - 111:12, 114:22, 142:10, 142:11
**tax** [16] - 16:3, 16:8, 28:18, 111:10, 111:18, 113:19, 114:16, 114:19, 114:25, 116:2, 116:3, 116:15, 117:20, 118:13, 119:3, 136:9
**technically** [2] - 15:22, 110:23
**Technology** [1] - 5:12
**tended** [1] - 30:7
**term** [5] - 21:11, 34:16, 54:8, 70:20, 113:17
**terminology** [3] - 92:24, 93:17, 94:6
**terms** [15] - 16:7, 19:25, 20:17, 51:6, 74:7, 83:8, 83:9, 83:10, 92:23, 124:2, 130:6, 130:9, 130:19, 132:12
**test** [5] - 65:24, 82:12, 82:14, 82:17, 82:20
**testified** [5] - 4:4, 51:25, 52:17, 76:22, 110:5
**testimony** [14] - 11:18, 35:21, 40:25, 41:20, 44:15, 44:16, 44:17, 49:10, 51:14, 87:18, 98:5, 112:22, 121:11, 140:14
**Tex** [1] - 6:12
**Textile** [5] - 42:2, 92:2, 92:9, 92:25, 94:11
**THE** [16] - 17:2, 82:4, 82:8, 82:11, 87:3, 87:10, 87:21, 104:16, 104:21, 109:9, 118:21, 128:16, 128:18, 129:13, 131:24, 136:8
**themselves** [2] - 48:9, 135:14
**theory** [1] - 50:3
**therefore** [3] - 50:13, 79:7, 131:3
**thick** [1] - 127:7
**thinking** [1] - 95:23

**third** [1] - 101:23
**thousands** [1] - 79:23
**three** [5] - 64:11, 72:20, 79:16, 101:16, 133:19
**three-month** [1] - 101:16
**TICARET** [1] - 1:4
**tie** [2] - 101:11, 102:25
**tied** [2] - 136:19, 136:20
**timely** [4] - 95:22, 96:20, 97:21, 98:21
**timing** [1] - 108:24
**title** [3] - 72:10, 73:3, 94:20
**titled** [5] - 74:13, 75:22, 77:10, 89:3, 100:6
**today** [11] - 10:21, 11:19, 13:7, 14:21, 18:5, 21:11, 43:25, 65:7, 65:9, 65:20, 131:21
**together** [5] - 7:17, 71:13, 71:16, 71:19, 114:17
**took** [1] - 120:24
**top** [11] - 13:6, 13:14, 16:22, 55:25, 57:13, 62:5, 84:4, 87:7, 88:22, 92:2, 111:22
**topic** [1] - 132:14
**total** [4] - 12:2, 108:10, 111:25, 112:5
**totally** [1] - 23:10
**Totally** [1] - 120:8
**towards** [1] - 114:11
**TRADE** [1] - 1:4
**transfer** [1] - 106:10
**transferred** [8] - 58:25, 61:19, 67:7, 73:24, 89:17, 92:13, 126:14, 126:19
**transfers** [1] - 125:22
**transformed** [1] - 43:8
**transmits** [1] - 89:16
**transmitted** [1] - 49:24
**transportation** [2] - 96:22, 98:18
**travel** [1] - 63:21
**treatment** [1] - 135:18
**tremendous** [1] - 135:11
**trial** [3] - 3:7, 131:6, 131:9
**tried** [3] - 29:14, 30:9, 122:19
**Tropic** [1] - 6:12
**true** [5] - 43:4, 108:11, 112:13, 112:15, 140:14
**Try** [2] - 26:8, 54:20
**try** [5] - 47:12, 59:16, 108:20, 124:7, 124:14
**trying** [13] - 30:5, 69:12, 85:16, 85:17, 86:13, 93:10, 98:16, 123:4, 123:16, 124:5, 124:6, 131:19, 134:18
**TSS** [1] - 32:11
**Turkey** [14] - 14:12, 32:19,

32:20, 43:2, 43:7, 43:13,
95:19, 119:14, 119:16,
119:17, 119:22, 120:3,
121:3, 121:9
**turn** [7] - 59:13, 74:9, 90:4,
91:25, 101:23, 103:3, 133:7
**Turning** [2] - 60:25, 68:14
**twice** [1] - 68:15
**two** [13] - 14:7, 18:24,
19:19, 23:22, 36:25, 38:9,
44:2, 64:12, 64:21, 102:7,
121:10, 127:17
**type** [11] - 7:22, 20:12,
24:19, 32:2, 70:13, 71:18,
76:2, 76:19, 77:16, 113:23,
120:5
**types** [4] - 24:5, 29:3,
30:16, 73:8

## U

**ultimate** [1] - 124:18
**ultimately** [4] - 7:3, 35:24,
39:12, 99:11
**unbeknownst** [2] - 97:10,
99:8
**unclear** [1] - 4:14
**under** [4] - 23:2, 100:14,
113:4, 122:24
**underlying** [2] - 69:21,
118:17
**underneath** [1] - 106:2
**understood** [1] - 78:10
**undertake** [1] - 42:20
**unfair** [4] - 51:12, 51:21,
52:8, 127:14
**unit** [4] - 59:21, 59:24, 61:4,
61:16
**UNITED** [1] - 1:2
**units** [1] - 51:10
**unjustified** [2] - 90:18,
90:22
**unprofitable** [2] - 119:12,
120:18
**unrelated** [1] - 120:8
**unsure** [3] - 11:19, 11:21,
11:23
**unwilling** [1] - 53:23
**up** [15] - 27:16, 27:25, 30:7,
42:8, 66:21, 78:12, 82:19,
83:21, 84:22, 94:6, 95:8,
95:18, 98:6, 99:10, 115:14
**upheaval** [1] - 135:11
**upper** [1] - 133:21
**useful** [1] - 4:18
**uses** [2] - 63:17, 66:15

## V

**validity** [1] - 82:21
**varied** [1] - 91:17

**various** [1] - 57:24
**vendor** [12] - 76:12, 88:20,
88:23, 88:24, 92:10, 92:11,
92:15, 92:16, 93:7, 101:12,
103:3, 124:19
**vendor's** [1] - 80:21
**venture** [1] - 133:18
**versus** [5] - 42:2, 73:9,
94:9, 123:6, 136:20
**vessel** [2] - 97:8, 97:10
**vessel's** [1] - 99:9
**viewed** [1] - 81:15
**views** [2] - 115:10, 115:13

## W

**W-2** [2] - 10:17, 10:19
**wait** [1] - 89:14
**waived** [1] - 3:14
**Wal** [1] - 8:8
**Wal-Mart** [1] - 8:8
**Waldon** [1] - 15:9
**war** [1] - 135:8
**warehouse** [13] - 37:11,
74:4, 74:8, 75:11, 94:15,
96:6, 120:22, 120:23, 121:2,
121:5, 121:9, 121:14, 121:16
**Warehouse** [1] - 94:9
**was..** [1] - 43:11
**water** [1] - 136:15
**ways** [6] - 26:18, 41:15,
44:18, 69:9, 121:10, 127:22
**wear** [2] - 123:25, 124:2
**weeks** [1] - 133:2
**Welcome** [1] - 4:12
**Westfield** [2] - 4:10, 62:21
**whatsoever** [1] - 106:24
**whole** [5] - 53:7, 53:11,
53:15, 95:15, 123:14
**wishes** [1] - 130:25
**withdraw** [1] - 31:6
**witness** [27] - 4:3, 16:24,
51:2, 57:12, 70:3, 72:8,
75:15, 75:21, 77:8, 86:20,
89:2, 91:19, 94:19, 100:5,
107:4, 113:20, 114:18,
115:19, 116:8, 127:14,
128:3, 128:4, 128:17,
129:21, 132:5, 140:11,
140:15
**WITNESS** [17] - 17:2, 82:4,
82:8, 82:11, 87:3, 87:10,
87:21, 104:16, 104:21,
109:9, 118:21, 128:16,
128:18, 129:13, 131:24,
136:8, 141:4
**word** [2] - 37:2, 86:10
**wording** [1] - 54:20
**words** [5] - 21:11, 35:15,
36:25, 47:8, 124:6

**workers** [1] - 135:12
**works** [7] - 18:16, 63:20,
64:16, 64:22, 64:23
**world** [3] - 8:4, 38:17, 41:19
**Worldwide** [3] - 7:7, 12:23,
43:9
**worldwide** [3] - 8:3, 35:24,
43:8
**written** [4] - 46:4, 46:9,
110:19, 110:25

## Y

**year** [23] - 8:24, 9:2, 10:24,
11:21, 12:17, 27:3, 27:5,
62:7, 65:25, 73:21, 75:8,
101:19, 101:21, 102:8,
102:9, 112:5, 112:9, 117:3,
117:5, 120:17
**year-to-date** [1] - 11:21
**years** [9] - 7:20, 8:6, 51:6,
79:17, 79:20, 80:9, 102:7,
119:9, 127:16
**yesterday** [2] - 65:10, 65:21
**yesterdays** [1] - 65:12
**YORK** [3] - 1:2, 140:4,
140:6
**York** [10] - 1:16, 1:17, 1:18,
2:7, 2:13, 64:3, 111:5,
133:21, 140:10