D8449 08/15/2007 12:53 PM

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B. ▶ Attach to Form 1040 or 1041. ▶ See Instructions for Schedule C (Form 1040). | **2005** Attachment Sequence No. 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| CHRISTINE A PETTI | 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 |

| A | Principal business or profession, including product or service (see page C-2 of the instructions) CLOTHING IMPORT BUSINESS | B | Enter code from pages C-8, 9, & 10 ▶ 424300 |
|---|---|---|---|
| C | Business name. If no separate business name, leave blank. SECOND SKIN LLC | D | Employer ID number (EIN), if any 76-0794118 |
| E | Business address (including suite or room no.) ▶ 935 SEDGEWICK COURT City, town or post office, state, and ZIP code  WESTFIELD   NJ 07090 | | |
| F | Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ | | |
| G | Did you "materially participate" in the operation of this business during 2005? If "No," see page C-3 for limit on losses ... [X] Yes [ ] No | | |
| H | If you started or acquired this business during 2005, check here ... ▶ [ ] | | |

**Part I  Income**

| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | 174,475 |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 174,475 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 80,402 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 94,073 |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 94,073 |

**Part II  Expenses.** Enter expenses for business use of your home **only** on line 30.

| 8 | Advertising | 8 | | 18 | Office expense | 18 | |
|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see page C-3) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-5): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 3,046 |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 6,884 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-5) | 24b | 4,106 |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 3,007 |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶ | | | | | 28 | 17,043 |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | | | | | 29 | 77,030 |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If a loss, you must go to line 32. | | | | | 31 | 77,030 |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6). • If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3. • If you checked 32b, you must attach Form 6198. Your loss may be limited. | | | | | 32a [ ] All investment is at risk. 32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see page C-7 of the instructions.   Schedule C (Form 1040) 2005

DAA

D8449 08/15/2007 12:53 PM

**CHRISTINE A PETTI**                     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

Schedule C (Form 1040) 2005   CLOTHING IMPORT BUSINESS             Page 2

**Part III   Cost of Goods Sold (see page C-6)**

33   Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34   Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ................................................ ☐ Yes ☐ No

| Line | Description | | Amount |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | 0 |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | 80,402 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | 80,402 |
| 41 | Inventory at end of year | 41 | 0 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | 80,402 |

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43   When did you place your vehicle in service for business purposes? (month, day, year) ▶ ..................

44   Of the total number of miles you drove your vehicle during 2005, enter the number of miles you used your vehicle for:

    a   Business ............................   b   Commuting (see instructions) ............   c   Other ............................

45   Do you (or your spouse) have another vehicle available for personal use? ................................................ ☐ Yes ☐ No
46   Was your vehicle available for personal use during off-duty hours? ................................................ ☐ Yes ☐ No
47a   Do you have evidence to support your deduction? ................................................ ☐ Yes ☐ No
   b   If "Yes," is the evidence written? ................................................ ☐ Yes ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| BANK CHARGES | 117 |
| FUEL | 876 |
| TELEPHONE | 2,014 |

48   Total other expenses. Enter here and on page 1, line 27      48     3,007

DAA                                                                           Schedule C (Form 1040) 2005