D8449 10/15/2007 5:04 PM

**SCHEDULE C (Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

**Profit or Loss From Business**
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040, 1040NR, or 1041.     ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2006**

Attachment Sequence No. **09**

| | | |
|---|---|---|
| Name of proprietor | | Social security number (SSN) |
| CHRISTINE A PETTI | | 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 |
| A  Principal business or profession, including product or service (see page C-2 of the instructions) | | B  Enter code from pages C-8, 9, & 10 |
| CLOTHING IMPORT BUSINESS | | ▶ 424300 |
| C  Business name. If no separate business name, leave blank. | | D  Employer ID number (EIN), if any |
| SECOND SKIN LLC | | 76-0794118 |

E  Business address (including suite or room no.) ▶ ...........
   City, town or post office, state, and ZIP code  NJ 07090

F  Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ▶ ...........

G  Did you "materially participate" in the operation of this business during 2006? If "No," see page C-3 for limit on losses ........ [X] Yes [ ] No

H  If you started or acquired this business during 2006, check here ........ ▶ [ ]

### Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here ▶ [ ] | 1 | 131,610 |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 131,610 |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | 72,378 |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 59,232 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ▶ | 7 | 59,232 |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---:|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense | 18 | |
| 9 | Car and truck expenses (see page C-4) | 9 | 15,545 | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see page C-5): | | |
| 11 | Contract labor (see page C-4) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 21 | Repairs and maintenance | 21 | 10,234 |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel | 24a | 2,447 |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b | Deductible meals and entertainment (see page C-6) | 24b | 2,106 |
| 15 | Insurance (other than health) | 15 | | 25 | Utilities | 25 | 2,316 |
| 16 | Interest: | | | 26 | Wages (less employment credits) | 26 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 27 | Other expenses (from line 48 on page 2) | 27 | 408 |
| b | Other | 16b | | | | | |
| 17 | Legal and professional services | 17 | 6,274 | | | | |

28  Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ▶  **28  39,330**

29  Tentative profit (loss). Subtract line 28 from line 7  **29  19,902**

30  Expenses for business use of your home. Attach Form 8829  **30**

31  Net profit or (loss). Subtract line 30 from line 29.
   - If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
   - If a loss, you must go to line 32.
   **31  19,902**

32  If you have a loss, check the box that describes your investment in this activity (see page C-6).
   - If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.
   - If you checked 32b, you must attach Form 6198. Your loss may be limited.
   **32a** [ ] All investment is at risk.
   **32b** [ ] Some investment is not at risk.

For Paperwork Reduction Act Notice, see page C-8 of the instructions.                                Schedule C (Form 1040) 2006

DAA

D8449 10/15/2007 5:04 PM

**CHRISTINE A PETTI**          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

Schedule C (Form 1040) 2006   CLOTHING IMPORT BUSINESS     Page 2

**Part III   Cost of Goods Sold (see page C-7)**

33. Method(s) used to value closing inventory:   a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34. Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ............................................................................. ☐ Yes ☐ No

| | | |
|---|---|---:|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 0 |
| 36 | Purchases less cost of items withdrawn for personal use | 70,368 |
| 37 | Cost of labor. Do not include any amounts paid to yourself | |
| 38 | Materials and supplies | |
| 39 | Other costs     See Statement 1 | 2,010 |
| 40 | Add lines 35 through 39 | 72,378 |
| 41 | Inventory at end of year | 0 |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 72,378 |

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file Form 4562.

43. When did you place your vehicle in service for business purposes? (month, day, year) ▶ .......................

44. Of the total number of miles you drove your vehicle during 2006, enter the number of miles you used your vehicle for:

    a Business .............................    b Commuting (see instructions) .............................    c Other .............................

45. Do you (or your spouse) have another vehicle available for personal use? ................................ ☐ Yes ☐ No
46. Was your vehicle available for personal use during off-duty hours? ...................................... ☐ Yes ☐ No
47a. Do you have evidence to support your deduction? ................................................... ☐ Yes ☐ No
   b. If "Yes," is the evidence written? .................................................................. ☐ Yes ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---:|
| BANK CHARGES | 376 |
| TELEPHONE | 32 |

48. Total other expenses. Enter here and on page 1, line 27 ................................................ 48   **408**

DAA                                                                              Schedule C (Form 1040) 2006