16-Jun-08

## JETWELL GARMENTS LTD.

*PRIVATE LABEL SOURCING C/A*

| DATE | TERMS | DESCRIPTION | AMOUNT USD | AMOUNT USD | BALANCE USD |
|---|---|---|---|---|---|
| 05/01/2006 | T/T | LOAN TO PLS | 5,834.00 | | 5,834.00 |
| 05/01/2006 | T/T | LOAN TO PLS | 1,500.00 | | 7,334.00 |
| 07/01/2006 | T/T | LOAN TO PLS | 150.00 | | 7,484.00 |
| 10/01/2006 | T/T | LOAN TO PLS | 8,000.00 | | 15,484.00 |
| 10/01/2006 | T/T | LOAN TO PLS | 17,000.00 | | 32,484.00 |
| 10/01/2006 | T/T | LOAN TO PLS | 51,000.00 | | 83,484.00 |
| 12/01/2006 | T/T | LOAN TO PLS | 5,000.00 | | 88,484.00 |
| 17/01/2006 | T/T | LOAN TO PLS | 49,667.00 | | 138,151.00 |
| 20/01/2006 | T/T | LOAN TO PLS | 24,000.00 | | 162,151.00 |
| 20/01/2006 | T/T | LOAN TO PLS | 35,000.00 | | 197,151.00 |
| 21/01/2006 | T/T | LOAN TO PLS | 42,800.00 | | 239,951.00 |
| 25/01/2006 | T/T | LOAN TO PLS | 41,000.00 | | 280,951.00 |
| 27/01/2006 | T/T | LOAN TO PLS | 30,000.00 | | 310,951.00 |
| 27/01/2006 | | JETWELL - INVESTMENT | | 300,000.00 | 10,951.00 |
| 02/02/2006 | | [REDACTED] | [REDACTED] | | 201,667.00 |
| 08/02/2006 | T/T | LOAN TO PLS | 40,500.00 | | 59,551.00 |
| 08/02/2006 | T/T | LOAN TO PLS | 41,000.00 | | 100,551.00 |
| 09/02/2006 | T/T | RETURN LOAN TO GMAC | 922,091.00 | | 1,022,642.00 |
| 09/02/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 922,091.00 | 100,551.00 |
| 09/02/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 380,826.26 | (280,275.26) |
| 16/02/2006 | T/T | LOAN TO PLS | 81,500.00 | | (198,775.26) |
| 21/02/2006 | T/T | LOAN TO PLS | 56,000.00 | | (142,775.26) |
| 24/02/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 70,484.04 | (213,259.30) |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 27/02/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 79,437.60 | (292,696.90) |
| 27/02/2006 | T/T | LOAN TO PLS - TURKEY SUPPLIERS | 95,000.00 | (197,696.90) |
| 27/02/2006 | L/C | LOAN TO PLS - CHUNGYANG | 212,202.53 | 14,505.63 |
| 28/02/2006 | | REC'D FROM TARGET STORES INC USD901,117.25 x 15% | | 135,167.59 | (120,661.96) |
| 28/02/2006 | | ADJ RESERVE FROM TARGET STORES INC | 351,471.63 | 230,809.67 |
| 01/03/2006 | T/T | LOAN TO PLS | 8,000.00 | 238,809.67 |
| 03/03/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 101,451.24 | 137,358.43 |
| 06/03/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 39,403.94 | 97,954.49 |
| 07/03/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 3,044.50 | 103,009.99 |
| 08/03/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 30,741.98 | 72,268.01 |
| 13/03/2006 | T/T | LOAN TO PLS | 24,000.00 | 96,288.01 |
| 13/03/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 52,815.60 | 43,452.41 |
| 15/03/2006 | T/T | LOAN TO PLS | 31,100.00 | 74,552.41 |
| 17/03/2006 | T/T | LOAN TO PLS | 15,000.00 | 89,552.41 |
| 17/03/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 55,209.63 | 34,342.78 |
| 23/03/2006 | T/T | LOAN TO PLS | 45,000.00 | 79,342.78 |
| 3/24/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 6,788.27 | 72,554.51 |
| 3/27/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 18,226.84 | 54,327.67 |
| 3/29/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 5,142.23 | 49,185.44 |
| 31/03/2006 | T/T | LOAN TO PLS | 37,000.00 | 86,185.44 |
| 31/03/2006 | | REC'D FROM TARGET STORES INC USD239,980.00 x 15% | | 35,997.00 | 50,188.44 |
| 31/03/2006 | | ADJ RESERVE FROM TARGET STORES INC | 54,204.70 | 104,393.14 |
| 05/04/2006 | T/T | LOAN TO PLS | 40,000.00 | 144,393.14 |
| 05/04/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 38,238.76 | 106,154.38 |
| 06/04/2006 | | | | |
| 11/04/2006 | T/T | LOAN TO PLS | 55,500.00 | 169,754.38 |
| 12/04/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 807.84 | 168,946.54 |
| 20/04/2006 | T/T | LOAN TO PLS | 75,000.00 | 243,946.54 |
| 21/04/2006 | L/C | LOAN TO PLS - SYNKO | 136,775.80 | 380,722.34 |
| 25/04/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 2,869.06 | 377,853.28 |
| 28/04/2006 | T/T | LOAN TO PLS - IMER BASUL (TURKEY) | 35,000.00 | 412,853.28 |

| Date | Type | Description | Amount | | |
|---|---|---|---|---|---|
| 29/04/2006 | T/T | LOAN TO PLS | 40,000.00 | | 452,853.28 |
| 4/30/2006 | | REC'D FROM TARGET STORES INC USD57,191.84 x 15% | | 8,578.78 | 444,274.50 |
| 03/05/2006 | T/T | LOAN TO PLS | 20,000.00 | | 464,274.50 |
| 03/05/2006 | T/T | LOAN TO PLS | 20,000.00 | | 484,274.50 |
| 04/05/2006 | T/T | LOAN TO PLS | 10,000.00 | | 494,274.50 |
| 09/05/2006 | | HK ADVINCTGS ALTIN CREDIT R44006 | | 1,818,190.30 | 2,312,375.50 (approx) |
| 10/05/2006 | T/T | LOAN TO PLS | 120,000.00 | | 622,374.50 |
| 12/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 56,433.20 | 565,941.30 |
| 12/05/2006 | T/T | LOAN TO PLS | 170,000.00 | | 735,941.30 |
| 12/05/2006 | T/T | LOAN TO PLS (CHRISTINE-CREDIT CARD EXP) | 34,963.04 | | 770,904.34 |
| 15/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 154,092.21 | 616,812.13 |
| 17/05/2006 | | HOTEL CHGS - MS. CHRISTINE | 3,063.97 | | 619,876.10 |
| 17/05/2006 | T/T | LOAN TO PLS | 180,000.00 | | 799,876.10 |
| 18/05/2006 | T/T | LOAN TO PLS | 310,000.00 | | 1,109,876.10 |
| 19/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 177,881.47 | 831,994.63 |
| 22/05/2006 | T/T | LOAN TO PLS | 70,000.00 | | 1,001,994.63 |
| 23/05/2006 | T/T | LOAN TO PLS | 50,000.00 | | 1,051,994.63 |
| 25/05/2006 | T/T | LOAN TO PLS | 77,000.00 | | 1,128,994.63 |
| 29/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 46,912.13 | 1,082,082.50 |
| 29/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 41,661.08 | 1,040,421.42 |
| 30/05/2006 | T/T | LOAN TO PLS | 152,000.00 | | 1,192,421.42 |
| 30/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 68,259.62 | 1,124,161.80 |
| 30/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 62,700.83 | 1,061,460.97 |
| 31/05/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 133,130.02 | 928,330.95 |
| 31/05/2006 | | ADJ RESERVE FROM TARGET STORES INC | | 31,553.34 | 959,884.29 |
| | | REC'D FROM TARGET STORES INC USD887,533.49 x 15% | | | |
| 03/06/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 197,068.28 | 762,816.01 |
| 05/06/2006 | T/T | LOAN TO PLS | 82,000.00 | | 844,816.01 |
| 08/06/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 36,281.60 | 808,534.41 |
| 09/06/2006 | | DN HK ADVINCTGS ALTIN CREDIT 52065 | | | 810,832.21 (approx) |
| 12/06/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 122,173.97 | 694,460.44 |
| 09/06/2006 | T/T | LOAN TO PLS | 170,000.00 | | 864,460.44 |
| 13/06/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 9,665.49 | 854,794.95 |

| Date | Type | Description | Amount | Amount 2 | Balance |
|---|---|---|---:|---:|---:|
| 13/06/2006 | T/T | LOAN TO PLS | 293,000.00 | | 1,147,794.95 |
| 15/06/2006 | T/T | LOAN TO PLS (PAYROLL) | 39,000.00 | | 1,186,794.95 |
| 16/06/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 167,555.81 | 1,019,239.14 |
| 22/06/2006 | T/T | LOAN TO PLS | 290,000.00 | | 1,309,239.14 |
| 23/06/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 147,636.84 | 1,161,602.30 |
| 23/06/2006 | T/T | LOAN TO PLS | 20,000.00 | | 1,181,602.30 |
| 28/06/2006 | T/T | LOAN TO PLS | 230,000.00 | | 1,411,602.30 |
| 28/06/2006 | T/T | LOAN TO PLS | 62,500.00 | | 1,474,102.30 |
| 30/06/2006 | | REC'D FROM TARGET STORES INC USD47,895.88 x 15% | | 7,184.38 | 1,466,917.92 |
| 03/07/2006 | T/T | LOAN TO PLS | 430,000.00 | | 1,896,917.92 |
| 04/07/2006 | T/T | LOAN TO PLS | 36,000.00 | | 1,932,917.92 |
| 05/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 295,482.88 | 1,637,435.04 |
| 05/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 117,785.71 | 1,519,649.33 |
| 10/07/2006 | T/T | LOAN TO PLS | 68,500.00 | | 1,588,149.33 |
| 10/07/2006 | | RECD FROM ORIGINAL SIGNS AND OTHERS | | | |
| 10/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 279,015.70 | 1,317,233.63 |
| 10/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 58,516.79 | 1,258,716.84 |
| 14/07/2006 | T/T | LOAN TO PLS | 140,000.00 | | 1,398,716.84 |
| 14/07/2006 | T/T | LOAN TO PLS | 20,000.00 | | 1,418,716.84 |
| 15/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 53,657.75 | 1,365,059.09 |
| 18/07/2006 | T/T | LOAN TO PLS | 130,000.00 | | 1,495,059.09 |
| 19/07/2006 | T/T | LOAN TO PLS | 16,000.00 | | 1,511,059.09 |
| 19/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 36,102.29 | 1,474,956.80 |
| 20/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 79,496.76 | 1,395,460.04 |
| 22/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 168,529.70 | 1,226,930.34 |
| 22/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 83,322.17 | 1,143,608.17 |
| 22/07/2006 | T/T | LOAN TO PLS | | 4,253.40 | 1,139,354.77 |
| 24/07/2006 | T/T | LOAN TO PLS | 120,000.00 | | 1,259,354.77 |
| 27/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 55,630.80 | 1,203,723.97 |
| 28/07/2006 | T/T | LOAN TO PLS | 155,000.00 | | 1,358,723.97 |
| 28/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 56,006.36 | 1,302,717.61 |
| 29/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 14,093.14 | 1,288,624.47 |

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 29/07/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 9,296.55 | 1,279,327.92 |
| 31/07/2006 | | REC'D FROM TARGET STORES INC USD616,869.04 x 15% | | 92,530.35 | 1,186,797.57 |
| 31/07/2006 | | DISPUTE FROM TARGET STORES INC | 3,357.09 | | 1,190,154.66 |
| 31/07/2006 | | CHARGEBACK FROM TARGET STORES INC | 1,910.91 | | 1,192,065.57 |
| 31/07/2006 | | ADJ RESERVE FROM TARGET STORES INC | 4,136.24 | | 1,196,201.81 |
| 01/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 2,809.28 | 1,193,392.53 |
| 01/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 2,052.36 | 1,191,340.17 |
| 03/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 39,628.84 | 1,151,711.33 |
| 04/08/2006 | T/T | TERM LOAN FM BB&T / DBS | 45,000.00 | | 1,196,711.33 |
| 08/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 2,649.59 | 1,194,061.74 |
| 10/08/2006 | T/T | LOAN TO PLS | 53,000.00 | | 1,247,061.74 |
| 10/08/2006 | | [illegible] | | | |
| 11/08/2006 | T/T | LOAN TO PLS | 35,000.00 | | 1,290,161.74 |
| 12/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 44,709.46 | 1,245,452.28 |
| 14/08/2006 | T/T | LOAN TO PLS | 150,000.00 | | 1,395,452.28 |
| 16/08/2006 | T/T | LOAN TO PLS | 75,000.00 | | 1,470,452.28 |
| 17/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 49,909.62 | 1,420,542.66 |
| 19/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 17,762.40 | 1,402,780.26 |
| 19/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 21,124.88 | 1,381,655.38 |
| 21/08/2006 | T/T | LOAN TO PLS | 310,000.00 | | 1,691,655.38 |
| 23/08/2006 | T/T | LOAN TO PLS | 64,000.00 | | 1,755,655.38 |
| 24/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 68,252.89 | 1,687,402.49 |
| 28/08/2006 | T/T | LOAN TO PLS | 258,000.00 | | 1,945,402.49 |
| 30/08/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 78,611.60 | 1,866,790.89 |
| 31/08/2006 | | REC'D FROM TARGET STORES INC USD843,246.91 x 15% | | 126,487.04 | 1,740,303.85 |
| 31/08/2006 | | DISPUTE FROM TARGET STORES INC | 41,328.92 | | 1,781,632.77 |
| 31/08/2006 | | ADJ RESERVE FROM TARGET STORES INC | 6,726.80 | | 1,788,359.57 |
| 02/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 307,228.39 | 1,481,131.18 |
| 05/09/2006 | T/T | LOAN TO PLS | 120,000.00 | | 1,601,131.18 |
| 07/09/2006 | T/T | LOAN TO PLS | 50,000.00 | | 1,651,131.18 |
| 08/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 31,824.00 | 1,619,307.18 |

| Date | Type | Description | Amount | Debit | Balance |
|---|---|---|---|---|---|
| 11/09/2006 | T/T | LOAN TO PLS | 40,000.00 | | 1,667,407.18 |
| 14/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 13,818.51 | 1,653,588.67 |
| 14/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 380,148.80 | 1,273,439.87 |
| 14/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 20,710.08 | 1,252,729.79 |
| 15/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 53,316.62 | 1,199,413.17 |
| 15/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 859.35 | 1,198,553.82 |
| 15/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 8,128.99 | 1,190,424.83 |
| 16/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 1,398.91 | 1,189,025.92 |
| 18/09/2006 | T/T | LOAN TO PLS | 145,000.00 | | 1,334,025.92 |
| 19/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 93,027.57 | 1,240,998.35 |
| 20/09/2006 | T/T | LOAN TO PLS | 94,000.00 | | 1,334,998.35 |
| 21/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 35,646.48 | 1,299,351.87 |
| 21/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 14,343.26 | 1,285,008.61 |
| 23/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 53,312.03 | 1,231,696.58 |
| 28/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 38,171.36 | 1,193,525.22 |
| 28/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 12,466.31 | 1,181,058.91 |
| 29/09/2006 | T/T | LOAN TO PLS | 35,000.00 | | 1,216,058.91 |
| 29/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 5,007.56 | 1,211,051.35 |
| 30/09/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 5,439.25 | 1,205,612.10 |
| 30/09/2006 | | REC'D FROM TARGET STORES INC USD1,564,871.88 x 15% DISPUTE FROM TARGET STORES INC | | 234,730.78 | 970,881.32 |
| 30/09/2006 | | ADJ RESERVE FROM TARGET STORES INC | 108,703.45 | | 1,079,584.77 |
| 30/09/2006 | | | 26,839.67 | | 1,106,424.44 |
| 04/10/2006 | T/T | LOAN TO PLS | 370,000.00 | | 1,476,424.44 |
| 04/10/2006 | T/T | LOAN TO PLS | 35,000.00 | | 1,511,424.44 |
| 04/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 31,435.48 | 1,479,988.96 |
| 04/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 30,936.92 | 1,449,052.04 |
| 09/10/2006 | T/T | LOAN TO PLS | 20,000.00 | | 1,469,052.04 |
| 09/10/2006 | | | | | |
| 09/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 9,742.84 | 1,467,409.20 |
| 09/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 21,694.47 | 1,445,714.73 |
| 10/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 25,740.72 | 1,419,974.01 |
| 11/10/2006 | T/T | LOAN TO PLS | 580,000.00 | | 1,999,974.01 |

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---:|---:|---:|
| 12/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 53,495.94 | 1,946,478.07 |
| 12/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 1,939.96 | 1,944,538.11 |
| 16/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 7,650.82 | 1,936,887.29 |
| 17/10/2006 | T/T | LOAN TO PLS | 160,000.00 | | 2,096,887.29 |
| 18/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 25,450.87 | 2,071,436.42 |
| 18/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 885,335.21 | 1,186,101.21 |
| 19/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 4,429.25 | 1,181,671.96 |
| 19/10/2006 | T/T | LOAN TO PLS | | | 1,204,671.96 |
| 20/10/2006 | T/T | LOAN TO PLS | 20,000.00 | | 1,224,671.96 |
| 23/10/2006 | T/T | LOAN TO PLS | 30,000.00 | | 1,254,671.96 |
| 23/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 46,622.16 | 1,208,049.80 |
| 23/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 88,283.24 | 1,119,766.56 |
| 24/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 10,768.40 | 1,108,998.16 |
| 26/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 3,599.88 | 1,105,398.28 |
| 27/10/2006 | T/T | LOAN TO PLS | 17,000.00 | | 1,122,398.28 |
| 27/10/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 151,750.50 | 970,647.78 |
| 31/10/2006 | | REC'D FROM TARGET STORES INC USD417,085.64 x 15% | | 62,562.85 | 908,084.93 |
| 31/10/2006 | | DISPUTE FROM TARGET STORES INC | 45,623.39 | | 953,708.32 |
| 31/10/2006 | | ADJ RESERVE FROM TARGET STORES INC | 4,485.06 | | 958,193.38 |
| 01/11/2006 | T/T | LOAN TO PLS | 110,000.00 | | 1,068,193.38 |
| 02/11/2006 | T/T | LOAN TO PLS | 100,000.00 | | 1,168,193.38 |
| 03/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 239,891.76 | 928,301.62 |
| 03/11/2006 | T/T | LOAN TO PLS | 40,000.00 | | 968,301.62 |
| 04/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 99,638.50 | 868,663.12 |
| 07/11/2006 | T/T | LOAN TO PLS | 10,000.00 | | 878,663.12 |
| 07/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 345,513.17 | 533,149.95 |
| 08/11/2006 | | [redacted] | | | |
| 13/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | 200,000.00 | | 741,249.95 |
| 15/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 23,989.18 | 717,260.77 |
| 17/11/2006 | T/T | LOAN TO PLS | 250,000.00 | | 967,260.77 |
| 20/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 116,420.76 | 850,840.01 |
| 21/11/2006 | T/T | LOAN TO PLS | 280,000.00 | | 1,130,840.01 |

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 21/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 280,703.39 | 850,136.62 |
| 22/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 545,238.08 | 304,898.54 |
| 28/11/2006 | T/T | LOAN TO PLS | 300,000.00 | | 604,898.54 |
| 28/11/2006 | L/C | LOAN TO PLS - SYNKO | 200,000.00 | | 804,898.54 |
| 30/11/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 120,591.32 | 684,307.22 |
| 30/11/2006 | | REC'D FROM TARGET STORES INC USD803,942.13 x 15% | 7,228.37 | | 691,535.59 |
| 30/11/2006 | | DISPUTE FROM TARGET STORES INC | 6,845.97 | | 698,381.56 |
| 05/12/2006 | T/T | ADJ RESERVE FROM TARGET STORES INC | 315,000.00 | | 1,013,381.56 |
| 05/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 293,505.94 | 719,875.62 |
| *12/12/2006* | | *EKADMNCHGSAVNXXXXX11 13/11/2006* | | *94,167.93* | *625,707.69* |
| 12/12/2006 | T/T | LOAN TO PLS | 270,000.00 | | 903,807.69 |
| 12/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 51,775.20 | 852,032.49 |
| 12/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 37,207.78 | 814,824.71 |
| 12/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 91,609.87 | 723,214.84 |
| 12/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 96,309.62 | 626,905.22 |
| 12/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 5,686.88 | 621,218.34 |
| 12/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 240,312.82 | 380,905.52 |
| 20/12/2006 | T/T | LOAN TO PLS | 175,000.00 | | 555,905.52 |
| 27/12/2006 | AUTO | TERM LOAN FM BB&T / DBS | | 112,894.33 | 443,011.19 |
| 28/12/2006 | T/T | LOAN TO PLS | 250,000.00 | | 693,011.19 |
| 31/12/2006 | | REC'D FROM TARGET STORES INC USD1,404,773.96 x 15% | | 210,716.09 | 482,295.10 |
| 31/12/2006 | | DISPUTE FROM TARGET STORES INC | 5,363.96 | | 487,659.06 |
| 31/12/2006 | | ADJ RESERVE FROM TARGET STORES INC | 55,316.78 | | 542,975.84 |

**Opening Balance for 2007**

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 03/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 22,929.60 | 520,046.24 |
| 03/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 168,329.07 | 351,717.17 |
| 03/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 34,272.00 | 317,445.17 |
| 03/01/2007 | T/T | LOAN TO PLS | 160,000.00 | | 477,445.17 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 10/01/2007 | T/T | LOAN TO PLS | 54,000.00 | 485,545.17 |
| 11/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 539,545.17 |
| 12/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | 68,824.70 | 470,720.47 |
| 12/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | 7,245.95 | 463,474.52 |
| 17/01/2007 | T/T | LOAN TO PLS | 10,000.00 | 473,474.52 |
| 22/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | 180,000.00 | 653,474.52 |
| 25/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | 33,586.31 | 619,888.21 |
| 26/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | 5,265.39 | 614,622.82 |
| 27/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | 1,873.82 | 612,749.00 |
| 29/01/2007 | AUTO | LOAN TO PLS | 11,605.27 | 601,143.73 |
| 30/01/2007 | AUTO | TERM LOAN FM BB&T / DBS | 45,000.00 | 646,143.73 |
| 31/01/2007 | T/T | LOAN TO PLS | 44,752.50 | 601,391.23 |
| 31/01/2007 | | DISPUTE FROM TARGET STORES INC | 90,000.00 | 691,391.23 |
| 31/01/2007 | | ADJ RESERVE FROM TARGET STORES INC | 386,805.47 | 304,585.76 |
| 31/01/2007 | | Sub-total for Jan. | 157,102.08 | 461,687.84 |
| | | | 6,408.37 | 468,096.21 |
| | | | 710,610.45 | |
| | | | 785,490.08 | |
| 01/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 16,990.87 | 451,105.34 |
| 01/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 15,514.20 | 435,591.14 |
| 02/02/2007 | T/T | LOAN TO PLS | 80,000.00 | 515,591.14 |
| 03/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 38,422.79 | 477,168.35 |
| 03/02/2007 | T/T | LOAN TO PLS | 47,000.00 | 524,168.35 |
| 09/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 66,308.50 | 457,859.85 |
| 09/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 69,217.20 | 388,642.65 |
| 10/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 14,595.25 | 374,047.40 |
| 12/02/2007 | T/T | LOAN TO PLS | 100,000.00 | 474,047.40 |
| 14/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 5,060.50 | 468,986.90 |
| 15/02/2007 | T/T | LOAN TO PLS | 60,000.00 | 528,986.90 |
| 21/02/2007 | T/T | LOAN TO PLS | 52,000.00 | 580,986.90 |
| 24/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 35,319.23 | 545,667.67 |
| 24/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 11,016.00 | 534,651.67 |
| 24/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | 4,409.33 | 530,242.34 |

| Date | Type | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 28/02/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 59,408.45 | 470,833.89 |
| 28/02/2007 | T/T | LOAN TO PLS | 162,000.00 | | 632,833.89 |
| 28/02/2007 | D/N | DN070206 - [redacted] | | | |
| 28/02/2007 | D/N | DN070205 - JETWELL'S LOAN INTEREST | 5,874.68 | | 1,284,894.92 |
| 28/02/2007 | | ADJ RESERVE FROM TARGET STORES INC | 11,013.94 | | 1,279,020.24 |
| 28/02/2007 | | DISPUTE FROM TARGET STORES INC | 18,300.11 | | 1,268,006.30 |
| 28/02/2007 | D/N | DN070204 - LOAN INT. FOR SETTLING W.S's LOAN - JAN 07 | 3,677.20 | 216,967.17 | 1,249,706.19 |
| 28/02/2007 | D/N | DN070202 - BANK CHGS FROM BB&T | 1,414.70 | | 1,466,673.36 |
| 28/02/2007 | D/N | DN070201 - BANK CHGS FROM DBS | 8,854.34 | | 1,462,996.16 |
| | | | | | 1,461,581.46 |
| | | *Sub-total for Feb.* | 1,370,028.20 | 553,229.49 | |
| 03/03/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 63,001.83 | 1,221,893.09 |
| 07/03/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 29,994.56 | 1,191,898.53 |
| 07/03/2007 | T/T | LOAN TO PLS | 47,000.00 | | 1,238,898.53 |
| 16/03/2007 | T/T | LOAN TO PLS | 25,000.00 | | 1,263,898.53 |
| 17/03/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 17,639.85 | 1,246,258.68 |
| 21/03/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 18,360.00 | 1,227,898.68 |
| 21/03/2007 | T/T | LOAN TO PLS | 100,000.00 | | 1,327,898.68 |
| 22/03/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 2,181.78 | 1,244,185.53 |
| 22/03/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 9,275.91 | 1,246,367.31 |
| 22/03/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 72,255.46 | 1,255,643.22 |
| 27/03/2007 | T/T | LOAN TO PLS | 60,000.00 | | 1,344,185.53 |
| 30/03/2007 | T/T | LOAN TO PLS | 100,000.00 | | 1,404,185.53 |
| 31/03/2007 | D/N | DN070301 - BANK CHGS FROM DBS | 4,739.65 | | 1,408,925.18 |
| 31/03/2007 | D/N | DN070302 - BANK CHGS FROM BB&T | 1,038.86 | | 1,409,964.04 |
| 31/03/2007 | | [redacted] | | 40,396.10 | 1,369,567.94 |
| 31/03/2007 | | DISPUTE FROM TARGET STORES INC | 3,917.75 | | 1,373,485.69 |
| 31/03/2007 | | ADJ RESERVE FROM TARGET STORES INC | 2,933.63 | | 1,376,419.32 |
| 31/03/2007 | D/N | DN070303 - JETWELL'S LOAN INTEREST | 8,928.92 | | 1,385,348.24 |
| | | *Sub-total for Mar.* | 353,558.81 | 253,105.49 | |
| 03/04/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 15,651.53 | 1,369,696.71 |

| Date | Type | Description | Amount 1 | Amount 2 | Balance |
|---|---|---|---|---|---|
| 03/04/2007 | T/T | LOAN TO PLS | 71,000.00 | | 1,440,696.71 |
| 10/04/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 116,485.38 | 1,324,211.33 |
| 10/04/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 8,440.98 | 1,315,770.35 |
| 12/04/2007 | T/T | LOAN TO PLS | 103,000.00 | | 1,418,770.35 |
| 17/04/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 95,806.15 | 1,322,964.20 |
| 17/04/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 116,332.63 | 1,206,631.57 |
| 18/04/2007 | T/T | LOAN TO PLS | 110,000.00 | | 1,316,631.57 |
| 30/04/2007 | D/N | DN070401 - BANK CHGS FROM DBS | | 6,951.25 | 1,323,582.82 |
| 30/04/2007 | D/N | DN070402 - BANK CHGS FROM BB&T | | 928.53 | 1,324,511.35 |
| 30/04/2007 | D/N | ~~LOAN FROM PEGASUS CONSULTING~~ | | | 1,292,826.00 |
| 30/04/2007 | | DISPUTE FROM TARGET STORES INC | 19,657.52 | | 1,312,483.52 |
| 30/04/2007 | | ADJ RESERVE FROM TARGET STORES INC | 3,816.33 | | 1,316,299.85 |
| 30/04/2007 | D/N | DN070403 - JETWELL'S LOAN INTEREST | 9,054.27 | | 1,325,354.12 |
| | | Sub-total for Apr. | 324,407.90 | 384,402.02 | |
| 02/05/2007 | T/T | LOAN TO PLS | 100,000.00 | | 1,425,354.12 |
| 16/05/2007 | T/T | LOAN TO PLS | 69,000.00 | | 1,494,354.12 |
| 17/05/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 20,095.77 | 1,474,258.35 |
| 21/05/2007 | T/T | LOAN TO PLS | 25,000.00 | | 1,499,258.35 |
| 30/05/2007 | T/T | LOAN TO PLS | 74,000.00 | | 1,573,258.35 |
| 31/05/2007 | D/N | DN070501 - BANK CHGS FROM DBS | 6,560.65 | | 1,579,819.00 |
| 31/05/2007 | D/N | DN070502 - BANK CHGS FROM BB&T | 270.91 | | 1,580,089.91 |
| 31/05/2007 | | ~~LOAN FROM PEGASUS CONSULTING~~ | | 63,279.60 | 1,516,810.31 |
| 31/05/2007 | | DISPUTE FROM TARGET STORES INC | 4,028.84 | | 1,520,839.15 |
| 31/05/2007 | | ADJ RESERVE FROM TARGET STORES INC | 496.80 | | 1,521,335.95 |
| 31/05/2007 | D/N | DN070503 - JETWELL'S LOAN INTEREST | 9,541.55 | | 1,530,877.50 |
| | | Sub-total for May | 288,898.75 | 83,375.37 | |
| 05/06/2007 | T/T | LOAN TO PLS | 62,000.00 | | 1,592,877.50 |
| 06/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 17,930.43 | 1,574,947.07 |
| 07/06/2007 | T/T | LOAN TO PLS | 12,000.00 | | 1,586,947.07 |
| 11/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 4,030.79 | 1,582,916.28 |
| 13/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 36,499.35 | 1,546,416.93 |
| 14/06/2007 | T/T | LOAN TO PLS | 64,000.00 | | 1,610,416.93 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 15/06/2007 | T/T | LOAN TO PLS | 75,000.00 | 1,685,416.93 |
| 15/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | | 30,212.76 | 1,655,204.17 |
| 15/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | 2,200.26 | 1,653,003.91 |
| 20/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | 3,146.21 | 1,649,857.70 |
| 20/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | 4,876.99 | 1,644,980.71 |
| 21/06/2007 | T/T | LOAN TO PLS | 250,000.00 | 1,894,980.71 |
| 27/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | 4,879.39 | 1,890,101.32 |
| 27/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | 25,774.22 | 1,864,327.10 |
| 28/06/2007 | AUTO | TERM LOAN FM BB&T / DBS | 466,407.79 | 1,397,919.31 |
| 30/06/2007 | D/N | DN070601 - BANK CHGS FROM DBS | 5,838.81 | 1,403,758.12 |
| 30/06/2007 | D/N | DN070602 - BANK CHGS FROM BB&T | 2,323.94 | 1,406,082.06 |
| 30/06/2007 | | [REDACTED] | 23,995.20 | 1,382,086.86 |
| 30/06/2007 | D/N | DN070503 - JETWELL'S LOAN INTEREST | 9,772.48 | 1,394,749.31 |
| | | ADJ RESERVE FROM TARGET STORES INC | 2,889.97 | 1,384,976.83 |
| | | *Sub-total for Jun.* | 483,825.20 | 619,953.39 |
| 04/07/2007 | T/T | LOAN TO PLS | 80,000.00 | 1,474,749.31 |
| 06/07/2007 | AUTO | TERM LOAN FM BB&T / DBS | 45,002.44 | 1,429,746.87 |
| 06/07/2007 | T/T | LOAN TO PLS | 230,000.00 | 1,659,746.87 |
| 09/07/2007 | AUTO | TERM LOAN FM BB&T / DBS | 86,751.00 | 1,572,995.87 |
| 11/07/2007 | AUTO | TERM LOAN FM BB&T / DBS | 233,322.45 | 1,339,673.42 |
| 17/07/2007 | AUTO | TERM LOAN FM BB&T / DBS | 7,814.02 | 1,331,859.40 |
| | | *Sub-total for Jul.* | 310,000.00 | 372,889.91 |

Total amount from March to July 2007    1,760,690.00    1,713,326.00

Total amount PLS owed & dued to Jetwell    1,331,859.40