# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

      **MARIANNA BEDINER** being duly sworn, deposes and says I am not a party of this action, I am over 18 years of age and my business address is c/o Nesenoff & Miltenberg, LLP, 363 Seventh Avenue, Fifth Floor, New York, New York 10001.

      On the 15th day of May, 2008, deponent served a true copy of the annexed **DEFENDANTS' RESPONSE TO PLAINTIFFS' SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** via UPS Overnight Mail, Tracking No.: 1Z 869 6XX 22 1013 9896, in a pre-paid wrapper addressed to:

TO:   LAW OFFICES OF ERIC J. GRANNIS
       Attn.: Eric J. Grannis, Esq.
       620 Fifth Avenue
       New York, New York 10020

_____
**Marianna Bediner**

Sworn to before me this
15th day of May, 2008

_____
**NOTARY PUBLIC**

ALAN M. SHECTMAN
Notary Public, State of New York
No. 02SH5049602
Qualified in Putnam County
Commission Expires September 18, 20 09