**LAW OFFICES OF ERIC J. GRANNIS**
Rockefeller Center • 620 Fifth Avenue • New York, New York 10020
Phone: (212) 903-1025 • Fax: (212) 208-4597 • www.grannislaw.com

---

Eric J. Grannis
Phone: (212) 903-1025
Fax: (212) 208-4597
egrannis@grannislaw.com

June 24, 2008

BY FACSIMILE AND ECF

Honorable Harold Baer
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re: Atateks Foreign Trade Ltd. v. Private Label Sourcing, LLC (07 Civ. 6665)

Your Honor:

      I represent the Plaintiffs in the above-referenced action. I write to seek the Court's assistance with respect to certain discovery issues.

      Over the course of the last two months, the parties have made strenuous efforts to get this case ready for trial. When I was substituted as counsel on April 7, not even document discovery had occurred. Within 69 days, we essentially completed discovery, including five depositions, and briefed a summary judgment motion.

      There are, however, a few stray discovery issues that remain. At the deposition of Defendants' principal, Christine Dente, I requested certain information that Ms. Dente was unable to provide and requested certain documents that Ms. Dente either referred to in her testimony or that would answer questions that Ms. Dente was unable to answer. In a letter dated June 11, I reminded Defendants' counsel of these requests and also noted one area in which document production had been inadequate. I also noted that there had been no response to the discovery issue raised in my letter dated May 28, 2008. I enclose both letters.

      Defendants' counsel not have given me any substantive response to these letters despite repeated inquiries on my part. They have advised me that they are consulting with Ms. Dente, but they have been unwilling to state neither whether they will in fact produce the information and documents requested nor even when they will tell me whether they will do so. Ordinarily, I would be patient. However, this case has been put down for trial in August. I am therefore concerned that if I delay any further, the Court will consider my application to be untimely.

Honorable Harold Baer                  2                  June 24, 2008

         Accordingly, I would respectfully request that Your Honor order the Defendants to respond promptly to my discovery requests.

                                                               Respectfully Submitted,

                                                               Eric Grannis

Enclosures
Copy (by ecf): Phil Byler, Esq.