# LAW OFFICES OF ERIC J. GRANNIS

Rockefeller Center • 620 Fifth Avenue • New York, New York 10020
Phone: (212) 903-1025 • Fax: (212) 208-4597 • www.grannislaw.com

Eric J. Grannis
Phone: (212) 903-1025
Fax: (212) 208-4597
egrannis@grannislaw.com

May 28, 2008

**BY EMAIL**

Laine A. Armstrong, Esq.
Nesenoff & Miltenberg, LLP
363 Seventh Avenue, Fifth Floor
New York , NY  10001

Re:     Atateks Foreign Trade Ltd. v. Private Label Sourcing, LLC (07 Civ. 6665)

Dear Laine:

I write in response to your letter dated May 28, 2008.

We requested "Documents sufficient to show all payments by Target Corporation or any other entity for goods manufactured by Plaintiffs . . ."  You have indicated that Private Label received payment for such goods by assigning its receivables from Target Company to BB&T.  Since Private Label received payment from BB&T for these goods, documents concerning this factoring plainly constitute "Documents sufficient to show all payments by Target Corporation *or any other entity* for goods manufactured by Plaintiffs." (emphasis added). Accordingly, please produce documents showing the receivables that were factored and the payments that Private Label (or Second Skin) received from such factoring.

Yours very truly,

Eric Grannis

Eric Grannis